# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al.,<br><br>      Defendants. | C.A. No. _____ |

# DECLARATION OF PETER C. LAING

I, Peter C. Laing declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein based on my personal experience and publicly available information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Pima County Superintendent's Office as the Chief Deputy Superintendent of Finance & Operations. I have professionally served in the field of education for 27 years.

3. Previously, I was employed by, or provided consulting services to, the Arizona Department of Education in varying capacities for 21 years, most recently serving as Policy Advisor & Strategic Projects.

4. As the Chief Deputy Superintendent of Finance & Operations for Pima County, I provide leadership for the Pima County School Superintendent's Office's finance and operations staff and activities, which includes serving as the Chief Financial Officer for the Office, and overseeing the performance of accounting and financial functions for all school districts in Pima County as mandated by Arizona Revised Statutes, and providing services to ensure accurate financial reporting requirements in compliance with the Uniform System of Financial Records (USFR) for Arizona school districts. These functions include performing accounting services related to revenues, expenditures, and budgeting, and acting as a liaison between the Pima County Treasurer's Office and all school districts in Pima County, with minor exemptions for school districts approved by the Arizona State Board of Education to assume accounting responsibility under ARS 15-914.01. Pima County serves 18 schools districts serving 238 schools, and 59 charter

LEAs serving 90 charter schools (*Source: ADE 2025 List of Fundable and Active LEAs*), and a total public school enrollment of 141,176 (*Source: ADE 2024-2025 School Year Enrollment Report*), or approximately 12.8% of Arizona's total public school enrollment.

5.  My service at the Arizona Department Education included extensive experience in both developing and managing federal formula and discretionary grant programs. This experience included directly leading and supporting the agency's implementation of Title I-A, I-D, II-A, IV-A, V-B entitlement grant programs as Deputy Associate Superintendent of Educator & School Excellence and supporting the development of Arizona's Every Student Succeeds Act (ESSA) State Plan. From March 2020 to March 2023, I served as Policy Advisor & Strategic Projects, where the scope of my responsibilities included providing leadership and support for the agency's implementation of roughly $4 billion COVID-19 federal recovery funds, to include ESSER I, II, ARP-ESSER, EANS I, EANS II, and ARP Homeless I and II programs.

6.  I also represented Arizona through serving on the Federal Liaisons Network of the Council of Chief State School Officers, with service as Vice Chair (2021-2022) and Chair (2022-March 2023). The Federal Liaison Network of the Council is the main convening body of state leads for federal policy and programs; it is designed to be a peer-support network to support states with implementing federal policies and programs. In my leadership roles as Chair and Vice Chair, I interacted regularly with senior ED staff on a variety of issues, including Title grant programs and funding and COVID-19 federal recovery funds.

7.  From these experiences, I know that Arizona's State Education Agency (SEA), the Arizona Department of Education, is responsible for the management and implementation of ESSA entitlement funds on behalf 1,099,612 public school students, served by 653 LEAs and 2,170 public schools (*Source: ADE 2024-2025 School Year Enrollment Report*).

## Anticipated Federal Funds Have Been Withheld from the State

8. State Education Agencies (SEAs) and Local Education Agencies (LEAs) depend on annual formula funding from the U.S. Department of Education (ED).

9. The funding is statutorily required by the Elementary and Secondary Education Act of 1965 (ESEA), which focuses on equitable access to quality education, especially for disadvantaged students. The law has been reauthorized and amended multiple times and is currently referred to as "ESSA" for the Every Student Succeeds Act that was passed in 2015. ESSA provides the statutory framework for the major federal K-12 programs that the Arizona Department of Education implements.

10. ED awards funding under ESSA based on the statutory titles (e.g. Title I, Title II, Title III etc.). Arizona has received Grant Award Notifications for some of the ESSA title programs for the 2025-26 school year, including Title I, Part A, and Title I, Part D. However, other title program funding appears to be frozen and is being withheld.

11. With respect to the frozen ESSA title funding, Arizona anticipated to receive an estimated $132,302,753.00 to be used for the state's 2025-26 fiscal year, which began July 1, 2025, based on the award amounts received for the 2024-2025 fiscal year. This includes:

   a. $9,803,715: Title I-C - Education of Migratory Children (20 U.S.C. §§ 6391 et seq.)

   b. $43,833,611: Title II-A - Supporting Effective Instruction (20 U.S.C. §§ 6611-14)

   c. $15,495,043: Title III-A - English Language Acquisition, Language Enhancement, and Academic Achievement (20 U.S.C. §§ 3101-3131)

  d. $23,077,837.00: Title IV-A – Student Support and Academic Enrichment Grants (20 U.S.C. §§ 7111-7122)[1]

  e. $24,011,830: Title IV-B – 21st Century Community Learning Centers (20 U.S.C. §§ 7171-7176)

  f. $16,080,717: Adult Basic Literacy; Integrated English Literacy and Civics Education Grants (29 U.S.C. § 3271 et seq.)

12. Of those amounts, based on prior year numbers and the 2025 numbers that ED released for Title IV-A, Pima County School Districts were expecting to receive an estimated $11,572,994.82 and Charter LEAs were expecting to receive $2,148,108.87 for the upcoming year. Additionally, Pima Community College was estimated to receive $3,003,765, based on what those entities received in the 2024 funding cycle. In sum, that's a total estimated impact in Pima County of $16,724,868.69.

13. The frozen funding does not derive from competitive grant programs. Formula funds under ESSA title programs are calculated automatically using specific formulas written into the law and administered by ED. Those formulas are based on population data and targeted need-based factors for each ESSA title program. These funds are then passed from ED to SEAs, which retain some funds to administer the programs and implement allowable SEA-level activities. The bulk of the funding is passed to LEAs (i.e., school districts).

14. As described further below, the withheld funding is provided to ensure that SEAs and LEAs can meet their federal obligations to K-12 students. To remove the funding without

---

[1] Paragraph 11 lists anticipated numbers based off 2024 figures, except for the number in (d) for Title IV-A funds, for which ED has ED has publicly estimated Arizona's 2025 award per their posted budget tables: https://www.ed.gov/about/ed-overview/annual-performance-reports/budget/budget-tables/fiscal-year-2024-fy-2026-presidents-budget-state-tables-us-department-of-education. Arizona received $25,037,577 in 2024 for this program.

removing the obligations and duties of SEAs and LEAs risks our compliance with laws focused on ensuring that all students succeed.

### Arizona's LEAs Built Their 2025-25 Budgets in Reasonable Anticipation of Receiving ESSA Formula Funds by July 1

15. The annual timeline for availability of ESSA formula funding has historically been predictable and consistent to allow SEAs and LEAs to budget for the upcoming school year. The general timeline has historically proceeded as follows:

   a. ED receives appropriations on an annual basis from Congress.

   b. ED makes grants for these formula programs for each fiscal year based on forward funding provided for the current fiscal year and advance appropriations provided for the following fiscal year. An initial portion of the funds are awarded by ED on July 1 and the remaining funds are awarded on October 1. For example, the federal ESSA formula funds for the federal FY2024 (which ran Oct 1, 2023 through September 30, 2024) were provided on July 1, 2024 and October 1, 2024 and were used for the 2024-25 school year.

   c. Each spring, the U.S. Department of Education (ED) calculates the estimated allocations for each state under each ESSA title program.

   d. Prior to July 1, ED generally would communicate "preliminary" allocations to each state under each title in January of each year.[2] They are preliminary because the final amounts may shift based on final student counts and the need factors.

---

[2] Those preliminary allocations would have been delayed this year due to the passage of the continuing resolution. Typically, in this situation, ED would have released full preliminary allocations based on the continuing resolution within 2-3 weeks of the CR's adoption.

5

e. The SEA uses these preliminary allocations to calculate the preliminary allocations for each LEA in the state as well as the funds that will be retained by the SEA to administer the federal programs required by ESSA, and to implement allowable SEA-level activities.

f. Meanwhile, during this same time in spring, the Arizona Department of Education generally releases preliminary allocations and detailed grant applications by March 1. LEAs must complete and submit their applications by May 1 so the Arizona Department of Education can review them for "substantial approval" by June 30. An application must receive substantial approval for an LEA to begin obligating their allocated grant funds as of July 1. LEAs may then draw down their allocated funds through a reimbursement process once their application receives a final approval status (Director Approved). These applications ensure that the funds will only be spent consistent with law and the ESSA State Plan for the State of Arizona that was approved by ED. ADE generally released preliminary allocations and grant applications by March 1, and they are due by May 1, so they can then be reviewed and 'substantially approved' by June 30, and LEAs can begin obligating funds by July 1. The timeline this year was delayed due to the late CR process. Absent any preliminary data from ED on the impacted programs, ADE generally calculated preliminary allocations based on 80% of an LEA's prior year award, with the expectation of revising these amounts once allocation data were received from ED.

g. In spring, LEAs are also developing their full budgets for their schools for the following school year. These budgets include estimated funding from federal

formula programs, with a deadline to submit their proposed budget to the state by July 5. Based on these budgets, LEAs often begin hiring staff for the following school year in the spring of the preceding school year.

h. On or around July 1, ED sends Arizona Grant Award Notifications (GANs) for each ESSA title program. Every year, the GANs for formula title funding include a funding period that runs from July 1 to September 30 of the following year. For example, in 2024, like prior years, the GANs for ESSA title programs all contained these dates:

| AWARD PERIODS | |
|---|---|
| BUDGET PERIOD | 07/01/2024 - 09/30/2025 |
| FEDERAL FUNDING PERIOD | 07/01/2024 - 09/30/2025 |
| FUTURE BUDGET PERIODS | |
| N/A | |

i. Once Arizona receives the state's allocation under each title program, it can then update preliminary allocations used for the initial application process. LEAs then revise their application based on any changes due to their final allocations. Once an application is fully approved ("Director Approved"), an LEA may draw down funds through the submission of reimbursement requests.

j. All this planning and execution is complicated and work-intensive and requires all involved entities, most importantly ED and OMB, to follow predetermined and long-standing timelines to ensure that SEAs and LEAs can start using funds on July 1 each year.

7

16. Based on my experience working at the Arizona Department of Education, and now at the County and LEA levels, I know that LEAs in Arizona and the Arizona Department of Education itself were acting under a reasonable belief that this same process would occur for all ESSA formula funding for the 2025-26 school year.

17. I understand that the Arizona Department of Education has an ESSA State Plan that was approved by ED.

18. On March 15, 2025, the U.S. Congress passed the "Full-Year Continuing Appropriations and Extensions Act of 2025." This act extended the same funding for fiscal year 2024 into fiscal year 2025. As a result, the Arizona Department of Education—and Arizona's LEAS, including Pima County—reasonably believed that the ESSA formula funding would be level-funded for the 2025-26 school year. Arizona's LEAs reasonably expected that ESSA formula funding would remain nearly level, or generally consistent with what they received in the prior year, based on the continuing resolution.

19. Based on prior years, Pima County's LEAs expected to start receiving notice from ADE regarding the receipt of preliminary allocations from ED in April. Nothing arrived in April. In the middle of May, ED started sending preliminary allocations for some of the Title programs. By the middle of June, however, ED had still not communicated about a number of programs including Title I-C, Title II-A, Title IV-B, Title III-A, and Adult Basic Literacy and English Literacy and Civic Education Grants.

**Pima County School Districts are Experiencing Immediate Harm and Will Experience Further Harm as a Result of the Formula Funding Freeze**

20. Based on publicly available data from prior years, and the partial information that ED has posted this year, I have calculated the estimated impact for the school districts and charter LEAs within Pima County of the formula funding under the withheld programs.

21. The charts below set out those figures, with estimated totals based on the final original allocation amounts received by each entity for the 2024-2025 school year

| 2024-2025 Final Original Allocations for Impacted Grant Programs, for Pima County School Districts, Charter LEAs, and Adult Education | |
|---|---|
| School Districts | $11,572,994.82 |
| Charter LEAs | $2,148,108.87 |
| Adult Education | $3,003,765.00 |
| | |
| TOTAL ALL | $16,724,868.69 |

| 2024-2025 Final Original Allocations for Impacted Grant Programs, for Pima County School Districts | | | | | | |
|---|---|---|---|---|---|---|
| | $14,938.23 | $4,659,218.63 | $1,345,065.61 | $2,723,572.35 | $2,830,200.00 | $11,572,994.82 |
| District Name | FY25 Title I-C Migrant Ed Basic Consortium | FY25 Title II-A | FY25 Title III | FY25 Title IV-A | FY25 Title IV-B 21st CCLC | TOTAL ALL |
| Ajo Unified District | | $13,667.11 | $14,382.52 | $10,000.00 | $0.00 | $38,049.63 |
| Altar Valley Elementary District | | $40,633.34 | | $22,121.93 | $179,500.00 | $242,255.27 |
| Amphitheater Unified District | | $534,195.72 | $116,708.19 | $265,690.80 | $497,200.00 | $1,413,794.71 |
| Baboquivari Unified School District #40 | | $38,975.85 | | $83,180.44 | $0.00 | $122,156.29 |
| Catalina Foothills Unified District | | $50,412.15 | $16,180.34 | $10,000.00 | $0.00 | $76,592.49 |
| Continental Elementary District | | $21,651.95 | | $10,000.00 | $0.00 | $31,651.95 |
| Marana Unified District | $14,938.23 | $337,361.85 | $44,495.93 | $110,088.47 | $670,000.00 | $1,176,884.48 |
| Pima County Accommodation School District | | $3,581.84 | | | $0.00 | $3,581.84 |
| Sahuarita Unified District | | $122,116.57 | $31,162.13 | $35,771.64 | $280,000.00 | $469,050.34 |
| Sunnyside Unified District | | $809,654.87 | $432,074.99 | $468,915.94 | $670,000.00 | $2,380,645.80 |
| Tanque Verde Unified District | | $20,671.53 | | $10,000.00 | $0.00 | $30,671.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tucson Unified District | | $2,466,843.79 | $661,895.73 | $1,656,079.55 | $533,500.00 | **$5,318,319.07** |
| Vail Unified District | | $199,452.06 | $28,165.78 | $41,723.58 | $0.00 | **$269,341.42** |

| 2024-2025 Final Original Allocations for Impacted Grant Programs, for Pima County Charter LEAs ||||||||
|---|---|---|---|---|---|---|
| | | $502,538.21 | $576,246.11 | $180,530.64 | $15,581.06 | $873,212.85 | **$2,148,108.87** |
| Charter LEA Name | County | FY25 Title I-C Migrant Ed Basic | FY25 Title II-A | FY25 Title III | FY25 Title III Consortium | FY25 Title IV-A | TOTAL ALL |
| Academy Del Sol, Inc. | Pima | | $30,136.29 | | | $219,530.05 | $249,666.34 |
| Academy of Mathematics and Science, Inc. | Pima | | $25,149.21 | $13,933.07 | | $36,567.78 | $75,650.06 |
| Academy of Tucson, Inc. | Pima | | $15,249.69 | | | $11,811.68 | $27,061.37 |
| Aprender Tucson | Pima | | $12,031.94 | $13,034.16 | | $11,559.22 | $36,625.32 |
| Arizona Community Development Corporation | Pima | | $87,864.00 | $36,106.13 | | $63,582.85 | $187,552.98 |
| Blue Adobe Project | Pima | | $2,389.64 | | | $10,000.00 | $12,389.64 |
| CITY Center for Collaborative Learning | Pima | | $8,719.27 | | | $10,000.00 | $18,719.27 |
| Colearn Academy Arizona | Pima | | $6,271.10 | | | $10,000.00 | $16,271.10 |
| Compass High School, Inc. | Pima | | $13,305.10 | | | $10,000.00 | $23,305.10 |
| CPLC Community Schools dba Hiaki High School | Pima | | $2,918.10 | | | $10,000.00 | $12,918.10 |
| CPLC Community Schools dba Toltecalli High School | Pima | | $5,093.27 | | | $10,000.00 | $15,093.27 |
| Daisy Education | Pima | | $23,908.34 | | | $18,905.54 | $42,813.88 |

10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Corporation dba Sonoran Science Academy | | | | | | | |
| Daisy Education Corporation dba Sonoran Science Academy - Phoenix | Pima | | $24,040.05 | $16,030.52 | | $17,226.21 | $57,296.78 |
| Daisy Education Corporation dba Sonoran Science Academy East | Pima | | $19,037.92 | | $15,581.06 | $12,616.86 | $47,235.84 |
| Desert Sage School | Pima | | $3,163.41 | | | $10,000.00 | $13,163.41 |
| Desert Sky Community School, Inc. | Pima | | $1,881.15 | | | | $1,881.15 |
| Ed Ahead | Pima | | $1,096.52 | | | $10,000.00 | $11,096.52 |
| Edge School, Inc., The | Pima | | $3,563.61 | | | $10,000.00 | $13,563.61 |
| Educational Impact, Inc. | Pima | | $6,405.31 | | | $10,000.00 | $16,405.31 |
| Great Expectations Academy | Pima | | $5,250.98 | | | $10,000.00 | $15,250.98 |
| Griffin Foundation, Inc. The | Pima | | $4,943.28 | | | $10,000.00 | $14,943.28 |
| Highland Free School | Pima | | $856.12 | | | $10,000.00 | $10,856.12 |
| Math and Science Success Academy, Inc. | Pima | | $30,499.70 | $21,423.97 | | $25,623.04 | $77,546.71 |
| Nosotros, Inc | Pima | | $12,571.26 | | | $11,351.72 | $23,922.98 |
| Pima Prevention Partnership | Pima | | $3,677.85 | | | $10,000.00 | $13,677.85 |
| Pima Prevention Partnership dba Pima Partnership Academy | Pima | | $1,827.53 | | | $10,000.00 | $11,827.53 |
| Pima Prevention Partnership dba Pima | Pima | | $5,356.45 | | | $10,000.00 | $15,356.45 |

11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Partnership School, The | | | | | | | |
| Portable Practical Educational Preparation, Inc. (PPEP, Inc.) | Pima | $502,538.21 | $29,738.17 | $43,597.03 | | $20,605.20 | $596,478.61 |
| Portable Practical Educational Preparation, Inc. (PPEP, Inc.) | Pima | | $71,108.15 | $22,472.69 | | $147,154.26 | $240,735.10 |
| Presidio School | Pima | | $14,287.38 | | | $13,764.99 | $28,052.37 |
| Satori, Inc. | Pima | | $2,574.33 | | | | $2,574.33 |
| Science Technology Engineering and Math Arizona | Pima | | $11,695.17 | | | $10,000.00 | $21,695.17 |
| Southgate Academy, Inc. | Pima | | $24,393.64 | $13,933.07 | | $22,940.42 | $61,267.13 |
| StrengthBuilding Partners | Pima | | $1,995.39 | | | $10,000.00 | $11,995.39 |
| The Charter Foundation, Inc. | Pima | | $21,541.80 | | | $20,391.10 | $41,932.90 |
| Tucson Country Day School, Inc. | Pima | | $12,872.69 | | | | $12,872.69 |
| Tucson International Academy, Inc. | Pima | | $19,958.85 | | | $19,581.93 | $39,540.78 |
| Tucson Preparatory School | Pima | | $1,227.59 | | | $10,000.00 | $11,227.59 |
| Tucson Youth Development /ACE Charter High School | Pima | | $7,645.86 | | | $10,000.00 | $17,645.86 |

| 2024-2025 Final Original Allocations for Impacted Grant Programs for Adult Education Grantees ||||
|---|---|---|---|---|
| **Entity Name** | **County** | **Adult Education Workforce System - Federal** | **Adult Education Consolidated** | **Total ALL** |
| Pima Community College | Pima | $81,343.00 | $2,922,422.00 | **$3,003,765.00** |

22. These Title funds are used in a variety of ways across Pima County, all critical to the school districts and their unique needs.

23. For instance, Title I, Part C is the federal Migrant Education Program (MEP). It is specifically designed to support the educational needs of migratory children - students whose families move frequently due to seasonal work, such as agricultural workers. Arizona serves over 10,000 children of migratory workers, most of which are employed by the state's $31 billion agricultural industry (*Source: Arizona Farm Bureau*). The goal of the federal MEP is to ensure that all children of mobile farm workers and fishers reach challenging academic standards and graduate with a high school diploma (or complete a high school equivalency diploma) that prepares them for responsible citizenship, further learning, and productive employment. Services provided through the Migrant Education Program may include services provided before school, after school and inter-sessions hours. These services could include, but not limited to, family outreach, in-home support services, language and cultural training, Out-of-School Youth (OSY) intervention, preschool programming, student leadership opportunities and summer and extended day programming. Migrant programs often support staff to provide summer instructional programs, tutoring for students throughout the school year, along with summer programming, other before and after school programs as well as other wrap around services for students.

24. Title II funds are used to provide professional development to educators to improve the quality and effectiveness of teachers, principals, and other school leaders, with the primary goal of increasing student achievement and to meet and exceed challenging state

13

academic standards. This could include funding staff positions to locally design and deliver ongoing professional learning within schools.

25. Title III funds are intended to help assist all English Language Learners to attain the proficiency in English necessary to help develop and ensure high levels of academic achievement in English. In the District, these funds can be used to hire staff to deliver supports to students, and to design and deliver focused professional learning to develop teachers of English learners to improve their effectiveness in providing English language instruction to students.

26. Title IV-A are intended to support schools to increase student academic achievement through providing all students with access to a well-rounded education, improving school conditions for students learning—in particular through ensuring safe and healthy schools, and through improving teachers' use of technology to improve the effectiveness of their instruction and improve the digital literacy of all students. Schools are encouraged to leverage these funds based on their local needs and contexts.

27. Well-rounded education could include courses, activities, and programming in subjects such as English, reading or language arts, writing, science, technology, engineering, mathematics, foreign languages, civics and government, economics, arts, history, geography, computer science, music, career and technical education, health, physical education, and any other subject, as determined by the State or local agency, with the purpose of providing all students access to an enriched curriculum and educational experience.

28. Importantly, Title IV-has been the primary vehicle for the federal government's investment in ensuring the safety of schools and students, particularly in light of incidents of school shootings across the country. Additionally, these funds can be further leveraged to

provide support so that every student can experience a safe, healthy, and supportive learning environment, including focusing on students' physical and mental health and safety. Additionally, these funds have a targeted allowability to support teachers with more effectively integrating the use of technology in their instruction, and to increase the digital literacy of students.

29. Schools often leverage these funds to support staff, programming and materials to support these wide ranges of allowable activities to support their students based on their local needs. In some cases, they are the primary source of funds to support these activities in their schools, particularly with respect to supporting student access to arts and music, accelerated, advanced and enriched instructional opportunities, and school safety and physical education.

30. Title IV-B, also known as the 21st Century Career Learning Centers, provides the only federally funding source dedicated exclusively to before and after school programs, and summer learning programs. The funds are further focused on supporting programs in schools serving higher percentages (at least 40%) of economically disadvantaged students. Programs and services may be wide-ranging and provide critical opportunities for providing students with academic enrichment, including providing tutorial services to help students, particularly students who attend low-performing schools, to meet challenging State academic standards. Programs may be offered on a school campus, or another location leveraging a community-based approach, and based on local needs and student interests. These programs offer students a broad array of additional services, programs, and activities, such as youth development activities, service learning, nutrition and health education, drug and violence prevention programs, counseling programs, art, music, physical fitness and wellness programs, technology education programs, financial literacy programs, environmental literacy programs, mathematics, science, career and

technical programs, internship or apprenticeship programs, and other ties to an in-demand industry sector or occupation for high school students that are designed to reinforce and complement the regular academic program of participating students.

31. Summer programs supported by the Title IV-B 21st Century Career Learning Center grant program are at some of the most immediate risk based on ED funding freeze, as such programs were scheduled to begin now, with staff hired, materials purchased to support programs, and contracts signed for the provision of services.

32. School districts and charter LEAs rely on the technical assistance, services, and support provided by their SEA to ensure that covered grant programs are implemented in accordance with the law, guidance, and best practices to ensure effective outcomes for our students, educators, and schools. We are very concerned of the impact that ED's funding freeze will have on the Arizona Department of Education's staff and services, and how that could negatively impact their ability to support school districts and charter LEAs to effectively implement ESSA requirements – which ultimately will negatively impact our students.

33. Additionally, Arizona's private schools will be negatively impacted as a result of ED's funding freeze. School districts are required to plan for and provide equitable services for their private schools, per ESSA requirements. Districts will now not be able to provide those services that were collaboratively determined through timely and meaningful consultation that was conducted this Spring with private schools.

34. All of these grant-supported programs and services are at immediate risk because there are no guaranteed funds for July 1, 2025, through September 30, 2026. Without these funds, some districts may have to imminently cut programs, services, and support. Schools may need to defer filling vacant positions or move staff around. And schools, already operating on

tight budgets, may not be able to shift funding to address these immediate needs in the short term.

35. Under federal law and regulation, funding under these withheld programs can only be used to supplement (and not replace or supplant) existing programs. If LEAs use state funds to backfill these programs for the 2025-26 school year, they potentially risk creating a supplanting issue in the future if these funds are released in future years, or of creating an additional administrative burden to document and justify shifts in funding sources as part of future application cycles

36. Even if the freeze is only temporary, it is already causing confusing and additional administrative burden for school districts. Like other LEAs across Arizona, Pima County school districts have already completed their plans and budgets for using the formula funds from the withheld programs and submitted proposed budgets for the 2025-26 school year on July 5, and many LEAs have already hired staff and executed contracts for services based on their expectation that these formula-based entitlement funds would indeed be available to them to meet their responsibilities per the requirements of ESSA.

37. LEAs were relying on the reasonable belief that ESSA formula funding would be largely level-funded for this year, based on the passage of the Continuing Resolution for the 2025-2026 budget year. This critical funding supports staff, programming, and materials that are necessary to ensure all children, and in particular our most disadvantaged children, are provided a significant opportunity to receive a fair, equitable, and high-quality education, and to close educational achievement gaps per ESSA's statement of purpose (ESEA § 1001).

38. In light of the withheld programs, school districts, charter LEAs and adult education providers will need to scramble to immediately work to revise their budgets to address

the new significant uncertainty of this funding freeze. Many LEAs already have had to make immediate adjustments to scheduled summer programs for students and professional learning for educators due to the cloud of uncertainty regarding the status of these vital resources and their inability to leverage other funds to cover the shortfall.

39. These impacts are felt even more acutely within rural and remote schools, where the programs and services provided through these resources are a lifeline for their students, particularly during the summer where programming is often designed to address learning gaps and stem summer learning loss. The lack of these learning opportunities serves to inflict even more harm on already disadvantaged student populations, particularly as schools have diligently worked to address the learning impacts of COVID-19. The lack of summer professional learning opportunities for teachers serves to directly harm the ability of schools to support their teachers to equip them with the necessary knowledge and tools to help them be as effective as possible in serving the students in their classrooms. The impact of these revisions will likely—if not necessarily—lead to reductions in staff and a significant reduction in the ability of most LEAs to provide services to students over the course of this new school year, with the negative harm and impact growing the longer these resources are delayed for our schools.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2025, at Tucson, Arizona.

_____
Peter C. Laing