# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF CALIFORNIA, et al.,

       Plaintiffs,

     v.

LINDA MCMAHON, in her official capacity as
Secretary of Education, et al.,

       Defendants.

C.A. No. _____

## <u>DECLARATION OF CHIEF DEPUTY SUPERINTENDENT INGRID ROBERSON</u>

I, Ingrid Roberson, declare as follows:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the California Department of Education (CDE) as Chief Deputy Superintendent. In my role, I am responsible for the oversight of programs and personnel that deliver services along the TK-12 continuum.

3.      CDE is the state agency responsible for carrying out the State's constitutional responsibility to provide Californians with a free public education. Cal. Const. art. IX, §§ 5-6. CDE's mission is to provide a world-class education for all students, from early childhood to adulthood. CDE innovates and collaborates with educators, schools, parents, and community partners to prepare students to live, work, and thrive in a multicultural, multilingual, and highly connected world.

4.      To accomplish this mission, CDE works with 1,978 local education agencies (school districts, county offices of education and direct funded charter schools) ("LEAs"); 9,107 schools; and estimates that it serves 5,806,221 students based on census day enrollment. CDE also works with agencies funded with the Workforce Innovation and Opportunity Act (WIOA) Title II-A funds, including 168 LEAs, twenty-two Community Colleges, thirteen Community Based Organizations, two Correctional Facilities including the California Department of Corrections and Rehabilitation, four libraries, and two state agencies (the Department of Developmental Services (DDS) and the Department of State Hospitals (DSH)).

5.     As Chief Deputy Superintendent, I am familiar with CDE's federal grant application and funding processes, both in terms of how federal grant funds are allocated and transferred from the United States Department of Education (ED) to the State of California and from the State of California through CDE to LEAs, and the ways in which CDE and California LEAs rely on timely disbursement of these funds, and the harms attendant on failure to timely disburse these funds.

**Anticipated Federal Funds Have Been Withheld from the State**

6.     CDE and California LEAs depend on annual formula funding from ED.

7.     The funding is statutorily required by the Elementary and Secondary Education Act of 1965 (ESEA), which focuses on equitable access to quality education, especially for disadvantaged students. The law has been reauthorized and amended multiple times and is currently referred to as "ESSA" for the Every Student Succeeds Act that was passed in December 2015. ESSA provides the statutory framework for the major federal K-12 programs that CDE administers.

8.     ED awards funding under ESSA based on the statutory Titles (e.g. Title I, Title II, Title III etc.).

9.     ED also awards funding for Adult Education under WIOA.

10.     As of July 9, 2025, CDE has received Grant Award Notifications (GANs) for some of the ESSA Title programs for the 2025-26 fiscal year, including Title I-A, Title I-B, Title I-D, and Title V-B. However, other Title program funding appears to be frozen and is being withheld.

11.     With respect to the frozen ESSA Title funding, CDE anticipated receiving—but has not yet received—an estimated $822 million[1] to be used for the state's 2025-26 school year, which began July 1, 2025. This includes:

    a.  $120.9 million:  Title I-C - Education of Migratory Children (20 U.S.C. §§ 6391 et seq.)

    b.  $232 million:  Title II-A - Supporting Effective Instruction (20 U.S.C. §§ 6611-14)

    c.  $157.6 million:  Title III-A - English Language Acquisition, Language Enhancement, and Academic Achievement (20 U.S.C. §§ 3101-3131)

    d.  $164.5 million:  Title IV-A – Student Support and Academic Enrichment Grants (20 U.S.C. §§ 7111-7122)

    e.  $146.6 million:  Title IV-B – 21st Century Community Learning Centers (20 U.S.C. §§ 7171-7176)

12.     ED has also frozen funding for Adult Basic Literacy and Integrated English Literacy and Civics Education Grants (29 U.S.C. § 3271 et seq.) in the amount of $117.1 million.

13.     In total, between the ESSA programs and the Adult Ed programs, ED has frozen $939 million of funding for the state of California (collectively the "Impacted Programs").

14.     The frozen funding for these programs does not derive from discretionary or competitive grant programs. Formula funds under the Impacted Programs are calculated automatically using specific formulas written into the law and administered by ED. Those formulas are based on population data and targeted need-based factors for each Impacted

---

[1] This estimate is based on FY25 funding tables and preliminary allocations previously provided by ED for Title IV-A and Adult Education and Family Literacy Act - Basic State Grants.  For the remaining anticipated Title funding not yet received, the anticipated award amounts are based on FY24 amounts, since CDE never received funding tables for FY25.

Program. These funds are then passed from ED to CDE, which retains some funds necessary to administer and monitor the programs. The majority of the funding is allocated to LEAs (i.e., school districts) through subgrants for local assistance.

15.    As described further below, CDE and subgrantee LEAs would use the withheld funding to meet federal obligations to K-12 students. The funding freeze does not obviate these obligations. As such, without this funding, California and subgrantee LEAs' obligations become an unfunded mandate, which will make it harder for California and subgrantee LEAs to comply with obligations under federal laws and to satisfy constitutional and statutory obligations to educate the State's youth and ensure that all students succeed.

### CDE and Subgrantee LEAs Built Their 2025-26 Budgets in Reasonable Anticipation of Receiving Funds Under the Impacted Programs by July 1

16.    The annual timeline for availability of formula funding has historically been predictable and consistent to allow CDE (and other State Education Agencies (SEAs) throughout the country) and its LEAs to budget for the upcoming school year.  In the Congressional Budget Act of 1974, Public Law 93-344, Section 501, currently codified at Title 31 United States Code Section 1102, Congress changed the federal fiscal year to October 1 to September 30 (instead of July 1 to June 30), effective in fiscal year 1977. Thereafter, ED continued the practice of issuing GANs—a formal communication from ED that provides authorization to use the awarded funds—on July 1. The performance period under the GAN for some ESEA programs, however, was changed to 15 months (July 1 to the following September 30 of the ensuing year). ED began this practice on July 1, 1980, and the practice has continued for 45 years.  This practice has continued throughout my experience as a CDE employee. I understand this practice is intended to address the fact that the academic school year is not aligned with the federal fiscal year, which

starts on October 1, and to assist SEAs and LEAs in budgeting for the upcoming school year. The general timeline has historically proceeded as follows:

a. ED receives appropriations on an annual basis from Congress.

b. ED makes state grants for each fiscal year based on forward funding provided for the current fiscal year and advance appropriations provided for the following fiscal year. An initial portion of the funds are awarded by ED on July 1 and the remaining funds are awarded on October 1. For example, the federal ESSA formula funds for the federal FY2024 (funding period October 1, 2023 through September 30, 2024) were provided on July 1, 2024 and October 1, 2024 and were used for the 2024-25 school year.

c. Each spring, ED calculates the estimated allocations for each state under each ESSA Title and WIOA program.

d. Prior to July 1, ED notifies states of the preliminary allocations—also known as "funding tables"—with "preliminary" allocations to each state under each Title. Allocations are preliminary because the final amounts may shift based on student counts and the need factors.

e. CDE uses these preliminary allocations to calculate the preliminary allocations for each LEA in the state as well as the funds that will be retained by CDE to administer and monitor the federal programs required by ESSA and WIOA.

f. Each spring, LEAs also develop their budgets for the following school year. These budgets include estimated funding from federal formula programs. Based on these budgets, LEAs often begin hiring staff for the following school year in the spring of the preceding school year.

g.  Meanwhile, during this same time in spring, LEAs complete and submit a detailed application to CDE in order to start drawing down these funds as of July 1. These applications ensure that the funds will only be spent consistent with law and the ESSA and WIOA state plans for the State of California that were approved by ED.

h.  On or around July 1, ED sends GANs to CDE for each federal program. Every year, the GANs for formula Title funding include a funding period from July 1 to September 30 of the following year.

i.  Once CDE receives the state's allocation under each Title program, it can then move forward with processing allocations for funds disbursement to LEAs.

j.  LEAs receiving formula-based allocations under the Title I-A; Title I-D-2; Title II-A; Title III English Learners; Title III Immigrant Students; and Title IV-A programs must report the cash balance for each of these programs on a quarterly basis to CDE to receive their apportionments for those programs. The LEAs report their cash balance data through the Federal Cash Management Data Collection (CMDC) system.

k.  CDE uses the LEAs' reported cash balance from the CMDC to determine the amount to disburse to LEAs on an advanced basis in each reporting period for the formula-based programs. CDE draws down funds on a weekly basis from the Federal G5 system to meet the immediate cash needs of the LEAs. The funds are deposited at the State Treasurer's Office two days prior to the warrant (payment) issue date to the LEA.

l.  For Title IV-B, expenditures are reported on a quarterly basis, and payments are made on an advance basis at designated intervals throughout the year, beginning 30 days after July 1.

m.  Adult Education grants are awarded pursuant to a four-year, competitive process, and are funded on a reimbursement basis.

17.     All of the above-described planning and execution is complex and work-intensive and requires all involved entities, most importantly ED and the Office of Management and Budget (OMB), to follow predetermined and long-standing timelines to ensure that SEAs and LEAs can start using funds on July 1 each year. CDE and California LEAs were acting and preparing for this school year under the reasonable belief that this same process would occur for all formula funding under the Impacted Programs for the 2025-26 school year.

18.     Instead, the federal government has impeded overall fiscal operations and planning for CDE and respective LEAs. The risks to programs and services are dire and will be disruptive to students, staff, and their families. ED provided less than 24 hours' notice on the last day of our state's fiscal year that nearly $1 billion of anticipated federal funding was being withheld from CDE and LEAs. This unexpected departure from ED's decades-long federal funding process significantly burdens CDE because it creates chaos requiring CDE immediately to scramble to plan for shortfalls and prepare for a likely fiscal crisis at the state and local levels where our students will not have ongoing services, programming or staff available due to lack of federal funds in the immediate summer and subsequent fall sessions.

**Anticipated Federal Funds Have Been Withheld by ED from the State of California**

19.     CDE has an ESSA State Plan that was most recently approved by ED on November 15, 2023. Attached hereto as Attachments A and B are true and correct copies of the ESSA State Plan and approval. This is the operative ESSA State plan for California, and I am

aware of no outstanding information that must be submitted by the State of California to ED to be eligible for ESSA formula grant funding.

20.    CDE has a WIOA State Plan that was most recently approved by ED on September 6, 2024. Attached hereto as Attachments C and D are true and correct copies of the WIOA State Plan and approval. This is the operative WIOA State plan for California, and I am aware of no outstanding information that must be submitted by the State of California to ED to be eligible for WIOA formula grant funding.

21.    Based on prior years, CDE expected to start receiving funding tables with preliminary allocations from ED in April. Nothing arrived in April.

22.    In the middle of May, ED started sending preliminary allocations for some of the Title programs. CDE received tables for the Title IV-A and Adult Education Basic Grants to States programs. True and correct copies of these notifications are attached hereto as Attachments E and F.

23.    By the middle of June, however, ED had still not communicated about a number of programs including Title I-C, Title II-A, Title IV-B, Title III-A, and Adult Basic Literacy and English Literacy and Civic Education Grants.

24.    On June 13, 2025, the Council of Chief State Schools Officers (CCSSO) communicated to all member SEAs (which includes CDE) the following message:

> **Update on FY 2025 Preliminary Allocations**
> The US Department of Education (ED) has been delayed in sending allocation calculations to states in accordance with the continuing resolution that Congress passed in March to fund the federal government through the end of fiscal year (FY) 2025 (Sept. 30). To date, ED has released the following preliminary FY 2025 estimates of state allocations to SEAs:
>
> - Title I, Part A: Grants to Local Educational Agencies
> - Title I, Part B: State Assessment Formula Grants

- Title I, Part D: Programs for Children and Youth Who Are Neglected, Delinquent, or At-Risk
- Title IV, Part A: Student Support and Academic Enrichment Grant
- Education for Homeless Children and Youth

ED has told CCSSO it is working on allocations for additional funding streams, and CCSSO anticipates those will be communicated soon.

A true and correct copy of that email is attached hereto as Attachment G.

25. CDE received no further communications about the missing formula funds until late in the day on Monday, June 30, 2025. In multiple emails from noreply@ed.gov, ED shared the following message:

> Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

True and correct copies of those emails are attached hereto as Attachments H, I, J, K, and L.

26. Notably, Title IV-A was named as under review even though CDE had already received preliminary allocation notices on May 30, 2025, for these funds. The other Titles were all funds for which CDE had not yet received preliminary allocation notices.

27. CDE also received an email from noreply@ed.gov on Monday, June 30, 2025 that stated the following:

> Given the change in Administrations, the Department is reviewing the FY2025 funding for the Adult Education Basic Grants to States grant program, including the Integrated English Language and Civics Education (IELCE) program, and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing

9

> Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

A true and correct copy of that email is attached hereto as Attachment M.

28.     Moreover, on June 30, 2025, CDE received an email from Patricia H. Tyler, Executive Director of the National Association of State Directors of Adult Education (NASDAE)—of which a CDE official is a board member—containing a response from Nick Moore, Deputy Assistant Secretary of the Office of Career, Technical, and Adult Education (OCTAE) within ED, regarding NASDAE's inquiry about the funding freeze. Deputy Assistant Secretary Moore noted that ED is "currently deferring all questions relate to this program to our OMB colleagues." A true and correct copy of that email is attached hereto as Attachment N.

### CDE is Experiencing Immediate Harm and Will Experience Further Harm as a Result of the Formula Funding Freeze

29.     In 2024-25, CDE received approximately $28.9 million of ESSA formula funding to administer the federal programs under ESSA that are now being impacted. This funding covered the salaries and benefits of 109 full-time equivalent positions (FTEs) at CDE. It also covered other costs such as the production of annual expenditure reports regarding pupils, schools, and LEAs, including reports completed on June 30, 2025, and preparation for reports due in August or September. All of this is at immediate risk because there are no guaranteed funds for July 1, 2025 through September 30, 2026.

30.     As a result, CDE must begin preparing for layoffs, which will be necessary unless injunctive relief is granted. The harm from the nearly certain prospect of layoffs is immediate because the process is administratively burdensome, requiring significant time and diversion of

CDE staff resources, as well as expenditure of research and consultation costs associated with planning and implementing potential layoffs.

31.     Moreover, even planning for layoffs disrupts operations by reducing staffing capacity, delaying critical program work and reducing institutional knowledge. It also adversely affects employees by diminishing morale, increasing workplace stress, and negatively impacting overall well-being.

32.     Large scale and unplanned layoffs at CDE will trigger additional financial obligations, including covering existing staff salaries during the layoff process, as well as potential costs for unemployment benefits and leave payouts thereafter. Because salaries otherwise covered by federal funding must be paid, it will necessarily come from CDE's general fund appropriation. This causes a ripple effect, reducing CDE's ability to provide services and carryout other critical state-funded education programs. Because of the funding freeze, CDE will need to divert resources and decrease other expenditures not associated with these statutorily mandated Title programs to try, where possible, to cover program costs. The harm to CDE cannot be undone even if ED ultimately releases these withheld funds as the diversion of resources, as well as program and service cuts and delays will have a lasting impact throughout the upcoming school year.

33.     Set forth below is a detailed review of the impacts to CDE for each program at issue.

### *Title I-C - Education of Migratory Children*

34.     Title I-C is the federal Migrant Education Program (MEP). It is specifically designed to support the educational needs of migratory children — students whose families move frequently due to seasonal agricultural, dairy, lumber, or fishing work — during the school

year and during the summer, helping them overcome educational disruptions, cultural and language barriers, social isolation, and health issues. The MEP seeks to ensure that migratory children are not disadvantaged by differences in curriculum, graduation requirements, or standards when moving between states and that they reach challenging academic standards and graduate with a high school diploma (or complete a high school equivalency diploma) that prepares them for responsible citizenship, further learning, and productive employment.

35.    For the 2024-2025 school year, CDE received $120,988,939 for the MEP program. Approximately $2,499,000 was allocated to CDE for administration of the MEP program, approximately $12,000,000 was reserved for statewide services and contracts (which includes programs providing direct services to migrant students, as well as operation and administration of the Migrant Student Information Network data collection system), and the remaining was allocated to LEAs to operate regional MEP programs.

36.    The Migrant Education Office, within CDE, administers, oversees, and coordinates MEP and has numerous obligations. These include: ensuring proper identification and recruitment of eligible children, conducting comprehensive needs assessments, developing service delivery plans, program evaluation, ensuring proper records transfer and continuity, tracking and documenting the delivery of services to priority-for-service-designated students, monitoring program implementation and compliance, and providing technical assistance.

37.    13.2 FTEs are funded at CDE from Title I-C funds to provide leadership and support to twenty regional programs across California. Most of these FTEs have responsibility over particular regions and their work includes managing different aspects of programs, such as identification and recruitment, contract monitoring, working with vendors and contractors to

support the regions, reviewing applications and expenditures, site visitations, and working on program development. One FTE supports cross-system data collection and sharing.

### *Title II-A - Supporting Effective Instruction*

38.     Title II-A, also known as Supporting Effective Instruction, is the only federal program dedicated to ensuring that every student has access to qualified, effective teachers and leaders. The purpose is to strengthen the quality and effectiveness of teachers, principals, and other school leaders by ensuring student access to effective educators, improving student achievement consistent with challenging state academic standards, and increasing the numbers of effective educators for low income and minority students.

39.     CDE has numerous obligations related to the administration of Title II-A programs, all of which face imminent harm due to the funding freeze. CDE's Professional Learning Support Division supports 16.4 FTE positions with Title II-A state operations funding, and there are several other divisions within CDE that also fund positions through Title II-A, including supporting staff from the Federal Program Monitoring Office to coordinate and conduct required monitoring of LEA compliance with the program. Overall, Title II-A funds 19.7 FTE positions throughout CDE supported by $7,007,000 in administrative funding.

40.     The funding freeze will reduce CDE's ability to provide technical assistance. Under California's ESSA State Plan, Title II-A funds are used to support CDE staff who distribute, monitor, and provide technical assistance regarding appropriate use of local Title II-A funds, especially district and school efforts to recruit and retain effective teachers, principals, and other school leaders, provide local direct assistance allocations, provide equitable services for eligible non-profit, private schools, and administer grants for the 21st Century School Leadership Academy. Although CDE may be able to divert carryover funds from unfilled staffing positions,

as well as teacher recruitment and retention programs for the time being, the freeze will preclude CDE from carrying out these responsibilities once carryover funds for Title II-A are expended, and CDE staff will then no longer be funded to carry out this work. Moreover, despite limited carryover funds, the funding freeze harms CDE immediately because CDE has to divert resources now to plan and prepare for when that funding runs out.

41.    The funding freeze will also reduce CDE's ability to support the implementation of State academic content standards and curriculum frameworks. Under California's ESSA State Plan, Title II-A funds are used to build the capacity of California educators to successfully implement California's standards and frameworks while emphasizing the importance of meeting the specific, and often multiple, learning needs of diverse students including, but not limited to, English learners, students with disabilities, foster youth, and low-income students. California thus uses Title II-A funds to build upon this work, deploying a variety of strategies consistent with the state's Quality Professional Learning Standards to design and provide professional learning opportunities for educators to support student achievement of the standards. However, the freeze will preclude CDE from ensuring several professional learning opportunities and grants are implemented effectively and aligned to evidence-based practices.

42.    The funding freeze will also result in the elimination of several regional and statewide grants, state-level monitoring, and technical support for the 21st Century California State Leadership Academy (21CSLA). 21CSLA is a network of professional learning providers throughout California that provides high-quality professional learning for administrators and other school leaders free of charge to LEAs that receive federal Title II-A funds. The 21CSLA state center and regional academies provide professional learning on a variety of high priority topics, including but not limited to: coaching and training around supporting effective standards-

14

aligned instruction that promotes critical thinking, inclusive practices, social-emotional learning, restorative practices and other alternative behavioral programs; implementing effective language acquisition programs for English learners and strategies for addressing performance gaps among pupil groups; leveraging wraparound services to support healthy development of pupils and civic engagement; building collegial environments; effectively engaging parents and guardians; and using resources provided by CDE related to the state assessment system, such as formative or interim assessments, to improve outcomes for pupils.

43.    CDE was planning on using approximately $7,630,000 of 2025-26 Title II-A allocation for the 21CSLA program to support several grantees that provide statewide and regional professional learning and support, including the University of California, Berkeley; California State University, Chico; Madera County Superintendent of Schools; and Sonoma County Office of Education. CDE was also planning on using approximately $5,305,000 in Title IV-A funds—which may be transferred pursuant to the approved State Plan to support state-level Title II-A activities—to support other 21CSLA grantees that provide the same suite of 21CSLA services discussed above, including the Los Angeles County Office of Education, Los Angeles Education Partnership, and Sacramento County Office of Education. As it has done in the past CDE was going to fund these grantees immediately upon receiving the GAN on July 1.

44.    Due to the funding freeze, CDE lacks the funds to support the 21CSLA program for FY 2025 and is unable to provide financial support to grantees, cutting off this critical funding stream. Because 21CSLA provides year-round services, these grantees will imminently experience staff layoffs, professional development event cancellations, and the elimination of individualized leadership coaching. Indeed, several grantees have reported that they expended

their FY 2024 grant award allocations and do not have carryover funds from FY 2024 to continue staffing and program services for FY 2025.

45.    Title II-A funds also go to CDE's monitoring and technical assistance for eight statewide and regional California Subject Matter Projects (CSMP). CSMP is an essential component of California's professional learning infrastructure. With more than 80 regional sites statewide, CSMP is a network of eight discipline-based communities of practice that promote high-quality teaching and leadership. CSMP activities are designed by university faculty, teacher leaders, and teacher practitioners to improve standards-based instructional practices that lead to increased achievement for all students. The Title II-A funding makes up 40 percent of the base funding that each of the 80 CSMP offices and sites receives. These sites reside at the University of California (UC), California State University (CSU), and private college and university campuses throughout the state.

46.    CDE was planning on using approximately $3,410,000 of 2025-26 Title II-A allocation for the CSMP program, which directly impacts the contractor, University of California, Office of the President, and the subcontractors providing services throughout the state. Specifically, because CSMP relies on continuous funding to sustain programs and activities, all the statewide offices and regional sites are in the process of pausing or evaluating specific operations due to the funding freeze. CDE and the University of California has had to defer decisions on personnel, programs and activities, since we lack confirmation that we will have the funds to support those personnel, programs, or activities. If the delay is not resolved by the end of this month, CSMP anticipates that the loss of Title II-A funding will result in the layoffs of key personnel (site directors and administrative staff). Indeed, at least one CSMP has already had to relay termination dates to four of its academic coordinators. The loss of personnel

will have greater consequences statewide. Without personnel, CSMP will be forced to
immediately stop offering professional development workshops. Ultimately, CSMP anticipates
that this would lead to the closure of several CSMP sites across the state by the December 31,
2025.

47.    Pursuant to ESSA Title II-A, Equitable Access to Teachers, funds may also be
used to improve access to effective teachers. Accordingly, pursuant to California's ESSA State
Plan, Title II-A funds are used to collect and evaluate pertinent data, and then report on equitable
access to teachers in schools that receive Title II-A funds. These functions are executed through
CDE's Promoting Equitable Access to Teachers (PEAT) program. In furtherance of this work,
CDE and the California Commission on Teacher Credentialing (CTC) entered into a data-sharing
memorandum of understanding, which led to the modernization of the statewide system for
teacher assignment monitoring and to the development of the California Statewide Assignment
Accountability System (CalSAAS). CalSAAS identifies potential teacher misassignments and
provides a communication platform for LEAs to address and resolve them. This has enabled
CDE to create data profiles that provide information regarding the rates at which low-income and
minority children are taught by out-of-field or inexperienced teachers as compared to the rates at
which other children are taught by these types of teachers.

48.    CDE was planning on using approximately $308,000 of 2025-26 Title II-A
allocation to support the CTC in conducting teacher misassignment monitoring as outlined in
California Education Code Section 44258.9. Without this funding, LEAs' ability to ensure that
teachers are assigned to the right classes (e.g., a teacher credentialed in math is assigned to a
math class) will be significantly impaired which could result in LEAs refusal to conduct annual
monitoring. This, in turn, would make it impossible for the CTC to ensure that all educators are

appropriately credentialed for their assignment, hold LEAs accountable, or provide the CDE with the data necessary to complete ESSA reporting requirements.

49.     Title II-A funds also support the California Longitudinal Pupil Achievement Data System (CALPADS). CALPADS is California's longitudinal data system used to maintain student and staff demographics, course data, discipline, assessments, staff assignments, and other data for state and federal reporting. A portion of Title II-A funds are used to support the system in order to meet the requirements of ESSA Title II-A Equitable Access to Teachers, as detailed above.

50.     CDE uses approximately $995,000 of Title II-A funds annually to support CALPADS infrastructure. As a result, the funding freeze poses an immediate risk to CDE's cloud-hosted infrastructure supporting CALPADS. The frozen funds would have been used to maintain cloud services that ensure security compliance, system performance, and application support. The freeze could thus diminish CDE's ability to sustain robust security monitoring of the system. Additionally, the lack of funding could limit CDE's capacity to scale or execute automated processes that support CALPADS operations, requiring costly reengineering of workflows.

51.     Title II-A funds also support equitable services for private schools. CDE provides state-wide professional development activities to California's nonprofit private school teachers and administrators. Specifically, CDE consults with a diverse body of current practitioners from private schools and private school networks across the state that represent the broadly inclusive needs and interests of California's nonprofit, private school students to conduct and analyze needs assessments and collaboratively design these statewide professional learning activities.

52.     The funding freeze will result in the elimination of equitable services contracts by or before the end of August. The canceled contracts would include over $1,000,000 in contracts with the Sacramento County Office of Education for providing state-wide professional development activities to California's nonprofit private school teachers and administrators based on a proportional share and on an equitable basis of Title II-A funding for state-level activities, per ESSA requirements. These contracts include Title IV-A funds, which may be transferred pursuant to the approved State Plan to provide Title II-A state-level activities. The freeze will also result in the elimination of contracts totaling over $400,000 with the San Joaquin Office of Education for professional learning management and delivery systems and professional learning videos for the private school community. The termination of these contracts will result in the loss of several core aspects of the professional learning management and delivery systems. For example, the development of key learning modules will cease, and the professional learning management and delivery systems will no longer be maintained.

### *Title III-A - English Language Acquisition, Language Enhancement, and Academic Achievement for English Learner Students*

53.     Title III-A, is the English Language Acquisition, Language Enhancement, and Academic Achievement for English Learner Students program. It is designed to help English Learner (EL) classified students achieve English proficiency and meet state academic standards and to support immigrant students and families. Goals of this program include improving EL students' language skills and helping them meet academic standards, implementing effective language instruction in the classrooms, and promoting parental involvement.

54.     For the 2024-25 school year, CDE received approximately $157,600,000 for the Title III-A program. Approximately $7,880,000 was allocated to CDE for administration of the program, and the remaining was allocated to LEAs for local program implementation.

19

55.     The Multilingual Support Division (MSD), within CDE, administers, oversees, and coordinates the Title III-A program. MSD's obligations include: developing guidance and resources, providing technical assistance, monitoring for program compliance with federal law and implementation, facilitating the statewide activities of regional leads, and hosting collaborative sessions and professional learning webinars.

56.     There are 31.2 FTEs at CDE who are funded with Title III-A funds. Of those staff, 18.4 FTEs are staffed in the MSD to assist with the implementation of Title III-A by providing direct technical assistance, guidance, and administrative support to LEAs. They offer technical help in various program areas, including English language development, program design and selection, and the reclassification, or exit, process, which is a key milestone for English learners. The other 12.8 FTE are funded across CDE to support Title III-A requirements. The staff also support LEAs in developing and maintaining compliant programs. On the administrative side, CDE staff ensure that Title III-A funds are allocated and distributed correctly, and that federally mandated data collection and reporting are completed in a timely manner.

57.     As a result of the funding freeze, CDE has suspended in person site-based program monitoring and will be unable to resume in-person monitoring without these funds. CDE personnel will be unable to attend nationwide conferences and cross-state collaboration or conduct in-state travel to support program implementation. Without capacity to monitor and assist Title III-A program implementation in LEAs, requirements to support language proficiency, English language development instruction, and ensure EL students receive access to core curricular programs would likely flounder, putting schools across California at risk of

violating students' civil rights and negatively impacting student academic achievement,

wellbeing, and post-secondary preparation

### *Title IV-A – Student Support and Academic Enrichment Grants*

58.     Title IV-A is the federal Student Support and Academic Enrichment (SSAE) grant

program. This program is designed to improve academic achievement by increasing the capacity

of States, LEAs, schools, and local communities to:

> (1) provide all students with access to a well-rounded education through college
> and career guidance, STEM-focused programming, accelerated learning
> programs, arts education, and other educational programs and support;
> (2) improve school conditions for student learning through drug and violence
> prevention activities, expanding school-based mental health services, bullying and
> suicide prevention training, and similar programs; and
> (3) improve the use of technology and digital literacy for all students through
> investments in capacity and infrastructure, professional development, expanding
> access for educators to tools, devices, and digital learning resources, and the
> development of innovative strategies for delivering courses through technology.

59.     CDE has numerous responsibilities in administering, overseeing, and coordinating

the SSAE Program. These state-level responsibilities include, but are not limited to, providing

technical assistance (e.g., webinars and trainings) and other support to LEAs on program

eligibility and requirements; reviewing, monitoring, approving, and/or maintaining Federal

Addendum (i.e., LEA plans for use of federal funds) and a Federal Addendum database;

conducting needs assessments; offering equitable services consultations; providing guidance on

authorized uses of funds and capital expenditure requests; and processing LEA requests to close

out annual grant allocations and invoicing LEAs for return of expired Title IV-A funds. CDE staff also ensure the Consolidated Application Reporting System and Consolidated State Performance Report data collections—both of which are critical tools for mandated data collection and reporting—are in compliance for data submissions to ED. These Staff also maintain and improve Title IV-A webpages and online resources, conduct the Title IV-A state operations budget, submit Budget Change Proposals when necessary, conduct legislative bill analysis related to Title IV-A bills, and monitor and maintain the daily inquiries to the Title IV-A group mailbox.

60.    Aside from the above responsibilities, CDE's core obligation under this program is to administer the grants and to monitor LEAs for compliance as required by the grant. Along with the numerous responsibilities in administering, overseeing, and coordinating the SSAE program, CDE monitors approximately 100 LEAs annually to ensure authorized use of funds and program compliance. All program administration and monitoring activities are funded by one percent (1%) of the state annual federal allocation for the program designated for state operations.

61.    With the 1 percent allowable state operations funds, CDE currently funds 7.9 FTE staff responsible for administering and monitoring the Title IV-A grant program. The allocation for these staff and associated operational costs is approximately $1,970,000. Staff are responsible for implementing the state educational agency requirements of the grant as required by ESSA.

62.    Because Title IV-A provides 100 percent of the funding for these positions, if Title IV-A funds are delayed or withheld, CDE would not have the funds to pay staff salaries to implement, support, and oversee the SSAE grant program in accordance with federal requirements  Because the staff must be paid, and will be paid by the CDE's general fund, the

expense will cause an overall deficiency, leaving CDE with a shortfall to pay all staff and outstanding bills. This will undermine the program's goals of supporting academic enrichment, promoting safety, health, and well-being, and improving access to technology and digital literacy.

### *Title IV-B – 21st Century Community Learning Centers*

63.     Title IV-B is the 21st Century Community Learning Centers (21st CCLC) program. This program supports the creation of community learning centers that provide academic enrichment opportunities during non-school hours for children, particularly students who attend high-poverty and low-performing schools. The 21st CCLC program helps students meet state and local academic standards in core academic subjects, such as reading and math; offers students a broad array of enrichment activities in after-school, before-school, summer, and inter-session (expanded learning) programs that can complement their regular academic work; and offers literacy and other educational services to the families of participating children. Federal 21st CCLC funding supports programs at approximately 692 school sites, about 361 of which are at high schools.  During the summer, these programs also provide meals to participating students. 21st CCLC funds are particularly critical for California high-school students, as it is the only source of funding for expanded learning programs at the high-school level. Sixty percent (60%) of 21st CCLC funding is earmarked in the State for high-school expanded learning programs.

64.     CDE has numerous responsibilities in administering, overseeing, and coordinating the 21st CCLC program, including overseeing the process to issue awards to local entities; providing technical assistance, training, and ongoing program evaluation; and assessment of needs for expanded learning programs.

23

65.     Title IV-B funding supports 15.5 FTE positions within CDE, three statewide contracts, and activities of 16 county offices of education that all provide support, training, and technical assistance necessary to implement federal program requirements. The allocation for these staff is approximately $2,932,000. The disruption to anticipated Title IV-B funds has placed in jeopardy CDE's ability to continue providing this support. One county office of education, for example, has reported to CDE that it has begun planning for potential layoffs, which as described above, is a resource and time intensive process.

### *Adult Basic Literacy, Integrated English Literacy and Civics Education Grants*

66.     The Adult Education and Family Literacy Act (AEFLA) seeks to assist lower-education adults with literacy, employment training, economic independence, and the education of their children. The AEFLA also supports adults with earning a secondary school diploma and the transition to postsecondary education and training. It also seeks to assist immigrants and other English language learners in literacy, numeracy, and basic civics education. A portion of these funds are made available to the California Department of Corrections and Rehabilitation and to libraries, and the remaining funds go to LEAs. From the funding available for basic grants to California, a given share of funds must be specifically allocated to English literacy and civics education.

67.     The Adult Education Office (AEO) within CDE is responsible for administering, overseeing, and coordinating AEFLA funding. AEO's responsibilities include: reviewing and approving grant applications; reviewing and approving courses and programs; providing technical assistance via conferences, webinars, and other learning opportunities; compliance monitoring; review and approval of quarterly claims; one-on-one technical assistance to sub-

recipients; and contract development, review, and monitoring. The AEO has 19.5 FTE funded with $6,590,000 through the AEFLA to perform these functions.

68.     If these positions are lost due to the funding freeze, AEO would not be able to complete necessary work to close the 2024-25 year, including processing reimbursements to sub-recipients and contractors, as well as the submission of required data, narrative reports, and financial reports to ED. AEO is also required, pursuant to WIOA, to conduct mid-cycle modifications to the state plan, and such mandated modifications could not be accomplished if FTEs were lost due to the funding shortage.

### *Federal Program Monitoring*

69.     With the requirement to monitor federal subgrant recipients, CDE's centralized Federal Program Monitoring (FPM) office is split funded by all the federal grants listed above. A total of 10 FTE are partially funded using Title I-C, Title II-A, Title III-A, Title IV-A, Title IV-B, and Adult Basic Literacy state operations funds. In collaboration with approximately 16 program offices within CDE, the FPM Office acts as the administrative authority for CDE's compliance monitoring activities and serves as CDE's point of contact for LEAs. The reduction of federal funds will leave the FPM Office and CDE without sufficient resources to conduct annual risk assessments and monitoring of over 1,000 LEAs annually. This will negatively impact CDE's ability to meet SEA compliance monitoring obligations as a pass-through entity under state and federal law (2 Code of Federal Regulations (CFR) Section §200.332). This includes evaluating each subrecipient's fraud risk and risk of non-compliance to ensure LEAs comply with federal statutes, regulations, and terms and conditions of the subaward(s) they receive.

70.    The School Fiscal Services Division (SFSD) has 40 staff that are partially funded by state operations from Title I, Title II-A, and Title II-A ESSA federal grants, SFSD is responsible for allocating and apportioning Title I-A, Title I-D, Comprehensive School Improvement (CSI), Title III English Learner, Title III Immigrant, Title IV-A, and Title V-B, as well as providing LEAs with fiscal and accounting support for program implementation.

**California's LEAs are Experiencing Immediate Harms and Will Experience Further Harm as a Result of the Formula Funding Freeze**

71.    Our LEAs have already developed budgets for the 2025-26 school year. LEAs were relying on the reasonable belief that ESSA formula funding would be largely level-funded for this year. That funding supports staff, programming, and materials that are necessary to ensure that disadvantaged students have equal access to education and opportunity.

72.    Some of our LEAs have active summer programming that is funded in whole or part by the funding that is currently being withheld.

73.    Under federal law and regulation, funding under these withheld programs can only be used to supplement (and not replace or supplant) existing programs. If LEAs use state funds to backfill these programs for the 2025-26 school year, they risk creating a supplanting issue in the future if these funds are released in future years.

74.    Below is a detailed review of the anticipated impacts to LEAs for each program at issue. CDE's knowledge of these harms arises from various sources. As an initial matter, many of the harms have been directly reported to CDE in recent days and weeks. Moreover, CDE's monitoring of these entities—which includes review of project plans, expense reports, budgets, and quarterly reports, as well as periodic site visits and interviews with key personnel—provide CDE with intimate familiarity with the budgets and financial outlook of these entities' programs.

### *Title I-C - Education of Migratory Children*

75.     Allowable uses by LEAs for these funds include important services for migratory children such as: tutors and remedial instruction, summer school programs, school readiness and early childhood education, secondary credit accrual and recovery services, health screenings and referrals, nutritional support, transportation assistance, counseling, mental health services, college and financial aid guidance, vocational and technical education, and preparation for high school graduation.

76.     Funding for these programs has historically gone to 20 regional subgrantees that serve approximately 78,000 eligible migratory students across 600 school districts in California. Over 450 FTEs are funded using MEP program funds across California

77.     The funding freeze to MEP will cause immediate harm to LEAs and migratory students and youth that benefit from the MEP program.

78.     For example, the Butte County Office of Education ("BCOE"), receives up to $8 million per school year to administer the California Mini-Corps ("CMC") program statewide. CMC, which has been running in California for more than fifty years, provides high-quality tutoring to migratory students by trained college-age tutors at colleges and universities. The goals of the program also include mentoring and training college tutors in instructional strategies, and in that way, develop a cadre of future bilingual, credentialed teachers that will be better equipped to work with migratory students. BCOE has informed CDE that it canceled the majority of summer programming due to the funding freeze and has issued layoff notices to educators and tutors that participate in the program. Accordingly, if the funding freeze continues, BCOE will not be able to continue CMC during the upcoming academic year. Even if funding

resumes, the funding freeze has caused irreparable harm, as it will be difficult to reinitiate it after the cancelations and layoffs.

79.     Further, CDE has been informed that as a direct result of the funding freeze of MEP funds, Santa Clara County Office of Education ("SCCOE")—which received approximately $8.5 million in Title I-C funds—has laid off 22 MEP-funded staff and shuttered the migrant program, which served approximately 6,000 eligible migratory students in 18 districts. Due to the funding freeze, SCCOE has cancelled summer school programming and after school tutoring, and supplemental support for English language arts and mathematics that will remain cancelled during the upcoming school year. Prior annual MEP funding had been used to provide health services, vision screenings, and dental referrals which have now been interrupted. SCCOE was also forced to suspend planned student leadership programming and university visits; science, technology, engineering, and mathematics, or STEM, programs; and their regional migrant student speech and debate tournament because of the funding freeze. SCCOE has also cancelled case management services to support high school student progress and school readiness preschool programming, impacting a spectrum of students.

### *Title II-A - Supporting Effective Instruction*

80.     As discussed above, the purpose of Title II-A, also known as Supporting Effective Instruction, is to strengthen the quality and effectiveness of teachers, principals, and other school leaders by ensuring student access to effective educators, improving student achievement consistent with challenging state academic standards, and increasing the numbers of effective educators for low income and minority students. Title II-A is the only federal program dedicated to ensuring that every student has access to qualified, effective teachers and leaders.

81.     CDE was expecting to receive $214,154,000 in FY 2025 Title II-A funding to support the 1,974 California LEAs that participate in Title-II funding. The allocation formula for Title II-A is largely based on the number of students from families with incomes below the poverty line. As a result, withholding these funds thus disproportionately impacts LEAs serving students living in poverty. Moreover, there are not enough carryover fund to sustain LEA direct assistance annual allocations.

82.     As a general matter, Title II-A funding supports (1) the recruitment and retention, and (2) the professional development of teachers and other educators.

83.     The recruitment and retention programs focus on high-needs schools and hard-to-staff positions. Accordingly, Title II-A funds pipeline programs, induction programs for new teachers and principals that include credentialing and ongoing mentoring support, and incentive pay to attract high-quality candidates to understaffed positions.

84.     The professional development programs deliver evidence-based support to improve teaching and learning outcomes. These programs build teacher content knowledge in science, engineering, mathematics, computer science, and literacy, and they also support the effective integration of technology into classrooms. Title II-A also funds training for educators in how to leverage data to improve student outcomes. Finally, these programs also invest in the development of instructional coaches and mentors, as well as administrators who drive schoolwide improvement.

85.     The funding freeze will impose significant harm on California's Title II-A programs. The freeze will likely lead to the elimination of critical district-level and school-site level staff that instruct, coach, and mentor teachers, principals, and other school leaders. Indeed, the most recent data indicates that 42% of Title II-A LEA expenditures were for certificated staff

salaries and benefits. The freeze will also reduce the scope of the teacher and principal induction programs as the supplemental funding provided by Title II-A helps to enhance programs to ensure participant success by, for example, providing individual coaching and networking opportunities, as well as other evidence-based supports. The absence of Title II-A funds will also likely require LEAs to charge early career educators and leaders with fees to participate in these programs.

86.    The professional development programs will inevitably be disrupted as LEAs begin to deplete reserves to cover the gap in funding. Specifically, LEAs will reduce or eliminate professional development events, coaching, and networking, revert to less effective professional development formats, and possibly shift costs, such as participation fees and substitute costs, onto educators, which will almost certainly lead to decreased participation in professional development activities. Recruitment and retention programs will inevitably be reduced as LEAs focus remaining budgets on general, less effective professional development.

*__Title III-A - English Language Acquisition, Language Enhancement, and Academic Achievement for English Learner Students__*

87.    Allowable uses for these funds to support English learner (EL) and eligible immigrant children and youth at LEAs include: professional development and trainings to educators in providing support to newly arrived students, academic language instructional coaches to work with immigrant populations, supplemental materials, resource teachers and paraeducators, supplemental instructional materials, family literacy, parent and family outreach, and training activities designed to assist parents and families to become active participants in the education of their children, and provision of tutorials, mentoring, and academic or career counseling for immigrant children and youth.

88.     In the 2024-25 school year, $138,431,722 went to English learner programming, $17,565,157 went to immigrant student programming subgrants, and $2,000,000 went to Regional English Learner Specialists programs, including the annual Title III-A grant, apportioned local assistance carryover, and state local assistance. Funding for these programs has historically gone to over 828 LEAs, which include school districts, charter schools, and county offices of education. English learner programming assists over one million students across California, while over 139,513 students benefit from immigrant student programs.

89.     LEAs will suffer immediate harm from the freeze of Title III-A funds and efforts to support English learner and immigrant students will be severely inhibited. These include: the provision of summer programs, educator professional development, hiring and/or retaining classified and certificated staff (instructional aides, teachers, and teachers on special assignment) who provide direct English learner and immigrant student services, purchasing of supplemental materials and resources designed for English learner students, and parent engagement programming. Further impacts will become increasingly notable when students return to the classroom for the 2025-26 school year and other direct student services are halted.

### Title IV-A – Student Support and Academic Enrichment Grants

90.     Title IV-A grants to LEAs fund numerous activities to improve students' academic achievement by increasing the capacity of LEAs, schools, and local communities to (1) provide all students with access to a well-rounded education; (2) improve school conditions for student learning; and (3) improve the use of technology to improve the academic achievement and digital literacy of all students.

91.     CDE provides Title IV-A sub grants to approximately 1600 LEAs statewide annually to provide critical enhancements to academic programs and a safe and effective

learning environment. CDE provides annual Title IV-A sub-grants to approximately 1,600 LEAs statewide to provide critical enhancements to academic programs and a safe and effective learning environment.

92.     Title IV-A provides broad flexibility to LEAs to meet individualized LEA needs within the three general content areas, guided by the LEAs needs assessments. The program thus targets funds to fill specific critical gaps and needs.  For example, a significant number of LEAs fund teacher and other school and support positions largely or entirely using Title IV-A funds. Moreover, LEAs may use Title IV-A funds for vital school safety measures, including fencing, security cameras, and infrastructure essential to ensuring a safe learning environment.

### *Title IV-B – 21st Century Community Learning Centers*

93.     Last year, 21st CCLC funding supported expanded learnings opportunities for approximately 165,000 students.

94.     California's 21st CCLC summer programs opened in reliance on receiving continued funding through August as they entered the state fiscal year beginning on July 1, 2025. Since June 30, CDE has been inundated with communications from LEAs and community providers seeking guidance on whether they can continue to operate or advising that they will likely be forced to discontinue operating and lay off staff. While CDE is working with these providers to determine how to continue to support the operation of these vital expanded learning sites, it is very likely that, in light of the uncertainty introduced by the funding freeze, many of these programs will be forced to shutter. High school programs are harmed the most since 40 percent of the 21st CCLC funds are the only dedicated funds for high school students. CDE is hearing from high school programs every day wondering how they will be able to stay open. This will extend throughout the school year as well.

95.     Title VI-B also funds 691 school sites to provide expanded learning opportunities outside of the regular school day, 15.5 FTEs within CDE, 3 statewide contracts, 16 county offices of education, and other critical funding within CDE.

***Adult Basic Literacy, Integrated English Literacy and Civics Education Grants***

96.     Freezing Adult Basic Literacy, Integrated English Literacy and Civics Education Grants will severely impact the state's adult education systems. Adult learners—including English language learners and those working toward a high school diploma—depend on services funded by WIOA.  These programs provide foundational instruction in reading, math, English language acquisition, high school equivalency preparation, and also include evidence-based programs such as Integrated Education and Training (IET) and Integrated English Literacy and Civics Education (IELCE), which accelerate career readiness and economic self-sufficiency.

97.     Allowable uses for these funds include important services for lower-education adults such as free classes geared towards literacy, earning a high school diploma or high school equivalent (GED and HiSET), workforce preparedness, English language, and U.S. citizenship classes. These funds may also be used for parents to support their school age children. Funding for these programs has historically gone to over 200 LEAs, as well as to community college non-credit programs, the California Department of Corrections and Rehabilitation, the California Department of Developmental Services, California State Hospital, community-based organizations, and local libraries.  In total, California's AEFLA program served almost 400,000 adult students in 2024-2025.

98.     The funding freeze will result in a substantial reduction in services to adult learners within the first quarter of the year. Community-based organizations will cease services.

LEAs and community college non-credit programs will also experience reductions in services over the first quarter of the year.

99.    California's AEFLA funding also supports three State Leadership Projects, all of which are currently experiencing (or will imminently experience) significant harm from the pause in funding. Each of these is discussed below.

### *Outreach and Technical Assistance Network*

100.    The Outreach and Technical Assistance Network (OTAN) is administered by the Sacramento County Office of Education. The annual contract amount is $5,376,473, and has been funded by CDE through AEFLA funds since 1989.

101.    OTAN provides technical assistance and other support for instructional technology and distance learning to literacy and adult education providers in California. OTAN also maintains the online application and reporting system for California's AEFLA programs. Additionally, OTAN acts as a resource center for electronic collaboration, and also provides information and training for the use of new technologies in adult education classrooms. Finally, OTAN provides critical support for distance and remote learning, including licensing of curriculum materials and assisting CDE with distance learning policy development.

102.    The funding freeze has limited OTAN's capacity to support AEO with monitoring and reporting requirements for adult education programs. OTAN houses the Online Application and Reporting site, which agencies use to submit quarterly claims, course approvals, and a yearly plan. They also house the Administrative Management System that allows AEO staff to review and approve quarterly claims so that sub-recipients can be reimbursed. Without these funds, the AEO will not be able to close out the 2024-25 year because, for example, it will not be able to process reimbursements. Nor will AEO be able to meet the October 1, 2025 deadline to submit

mandated data reports to ED or the December 31, 2025 deadline for completion of our Federal Financial Report.

103.    Other OTAN activities have been postponed or significantly reduced. For example, OTAN's work to increase digital access and upskill educators in online and blended learning environments is paused. Much of the technical assistance OTAN provides to sub-recipients regarding compliance with federal regulations and other key topics is also unavailable.

104.    The reduction or suspension of many of OTAN's activities will have a disproportionate effect on educators and agencies serving remote and rural learners, which is where OTAN's technological training is especially critical in providing a lifeline for continuity of instruction.

105.    The harms to OTAN's operations cannot be mitigated through alternative funding streams because there are no other funding sources to support this work. If funding is not restored imminently, CDE will be forced to cancel the OTAN contract which would lead to layoffs of 18 employees at the Sacramento County Office of Education where OTAN is housed. Although the layoff process takes time given the numerous rules, regulations, and procedures involved, the harm to CDE is immediate because it will have to divert resources now to plan and prepare for the nearly certain prospect of layoffs absent injunctive relief.

### *California Adult Literacy Professional Development Project*

106.    The California Adult Literacy Professional Development Project (CALPRO) is administered by the American Institutes of Research (AIR). The annual contract amount is $2,042,319, and it has been funded by CDE through AEFLA funds since 2011.

107.    The purpose of CALPRO is to build the capacity of local education programs funded by CDE and the California Adult Education Program (CAEP). CALPRO improves local

program capacity to offer effective and evidence-based instruction and services to low-skilled adults throughout the state in meeting their educational, career, and community goals.

108.     The adult education workforce is largely composed of part-time instructors drawn from K-12, community college, and industry experts. CALPRO provides base-line professional development and support to ready this workforce to provide effective instruction to adult language, literacy, and high school equivalency students.

109.     CALPRO also provides primary training for new adult education local agency administrators through the annual Adult Education Administrators Leadership Institute. Through this program, CALPRO provides support over a 2-year period through intensive training and coaching for California's adult education local agency leadership. The Institute covers topics and skills that new adult education administrators need to perform their jobs effectively including Fiscal and Personnel Management, Program Marketing, Program Design and Implementation, Collaboration and Partnership Building, and Instructional Leadership.

110.     The funding freeze has already caused numerous harms to CALPRO services and staff. Both full and part-time staff have been asked to reduce output and to maintain only basic, minimal operations. Moreover, CALPRO has also had to terminate contracts for consultants, subject matter experts, and small business contractors previously funded by WIOA Title II, Section 243 funds related to Integrated English Language and Civics Education. More broadly, many of CALPRO's services have been suspended, including professional development services to the adult education community via webinars, training, and coaching. Finally, AIR plans to close the Sacramento-based office that is dedicated to conducting CALPRO.

111.     The harms to CALPRO's operations cannot be mitigated through alternative funding streams because there is no state funding for this work.

36

### *Comprehensive Adult Student Assessment System*

112.    The Comprehensive Adult Student Assessment System (CASAS) is a nonprofit organization. The annual contract amount is $2,042,319, and it has been funded by CDE through AEFLA funds since 1980.

113.    CASAS provides testing of basic and academic skills for youth and adults, as well as curriculum tools. Tests are geared towards native and non-native English speakers and assess reading, math, listening, speaking, and writing from the lowest literacy levels to high school exit and transition to postsecondary education, training, and the workforce. CASAS assessments have been approved by the ED and by the United States Department of Labor.

114.    CASAS also provides CDE and AEFLA grantees with data and accountability support, both of which facilitate CDE's annual data reporting to ED. For example, CASAS aggregates statewide data that is needed to meet both federal and state reporting requirements. Such data includes outcomes for employment and earnings, postsecondary credentials, educational progress, and English-learner civics. CASAS also generates agency-level reports for CDE and other state entities. Much of the CASAS reporting will be due on October 1, 2025.

115.    The funding freeze has had several significant impacts. CASAS will likely not be able to meet the October 1, 2025 and December 31, 2025 reporting deadlines for numerous required reports. CASAS will also likely not be able to update student enrollment software (TOPSpro Enterprise) for the 2025-26 program year. CASAS will not be able to provide the assessment tools, the technical support and training for the upcoming fiscal year—which is necessary to ensure accurate statewide data collection and analysis—will be substantially reduced.

116.     The harms to CASAS's operations cannot be mitigated through alternative funding streams because there are limited state resources to support this work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2025, at Dublin, CA.

INGRID ROBERSON

# ATTACHMENT A

### California ESSA State Plan Glossary

The following acronyms and terms are used throughout the State Plan. Readers of the State Plan are encouraged to refer to this glossary as needed.

| Acronym/Term | Definition |
|---|---|
| *CalEDFacts* | *CalEDFacts* is a compilation of statistics and information on a variety of issues concerning education in California. http://www.cde.ca.gov/re/pn/fb/ |

| Acronym/Term | Definition |
|---|---|
| **California School Dashboard** | The California School Dashboard (Dashboard) is a Web site released in March 2017 that parents/guardians, educators, and the public can use to see how districts and schools are meeting the needs of California's diverse student population based on the concise set of measures included in the new accountability system, including test scores, graduation rates, English learner progress, and suspension rates. Additionally, the Dashboard includes reporting and evaluation of local indicators. The Dashboard is part of California's new school accountability system based on the Local Control Funding Formula, enacted in 2013. As provisioned in California *Education Code*, the Dashboard will be used to support local educational agencies (LEAs) in identifying strengths, weaknesses, and areas for improvement; to assist in determining whether LEAs and schools are eligible for technical assistance; and to assist the state in determining whether LEAs and schools are eligible for more intensive support/intervention. http://www.caschooldashboard.org/ |

| Acronym/Term | Definition |
|---|---|
| **CAASPP** | The California Assessment of Student Performance and Progress (CAASPP) System was established on January 1, 2014. The CAASPP System replaced the Standardized Testing and Reporting (STAR) Program, which became inoperative on July 1, 2013. The CAASPP system includes the Smarter Balanced summative assessments for English language arts/literacy and mathematics, the California Science Tests, the reading/language arts standards-based Tests in Spanish, and the California Alternative Assessments.<br>http://www.cde.ca.gov/ta/tg/ca/ |
| **CCEE** | The California Collaborative for Educational Excellence (CCEE) was established pursuant to California *Education Code* Section 52074, which states that "[t]he purpose of the California Collaborative for Educational Excellence is to advise and assist school districts, county superintendents of schools, and charter schools in achieving the goals set forth in a local control and accountability plan." The CCEE is a public agency that is governed by a five-member governing board composed of the State Superintendent of Public Instruction (or his or her designee), the president of the State Board of Education (or his or her designee), a county superintendent of schools appointed by the Senate Committee on Rules, a superintendent of a school district appointed by the Governor, and a teacher appointed by the Speaker of the Assembly.<br>http://ccee-ca.org/ |

| Acronym/Term | Definition |
|---|---|
| **CDE** | The California Department of Education (CDE) oversees the state's diverse and dynamic public school system, which is responsible for the education of more than seven million children and young adults in more than 10,000 schools. The CDE and the State Superintendent of Public Instruction are responsible for enforcing education law and regulations and for continuing to reform and improve public elementary school programs, secondary school programs, adult education, expanded learning programs, and some preschool and child care programs. The CDE's mission is to provide a world-class education for all students, from early childhood to adulthood. The CDE serves the state by innovating and collaborating with educators, schools, parents, and community partners, preparing students to live, work, and thrive in a highly connected world. http://www.cde.ca.gov/ |
| **COE** | There are 58 county offices of education (COEs) in California that provide services to the state's school districts. COEs have elected governing boards and are administered by elected or appointed county superintendents. The county superintendent is responsible for examining and approving school district budgets and expenditures and for reviewing and approving Local Control and Accountability Plans. COEs support school districts by performing tasks that can be done more efficiently and economically at the county level. COEs provide or help formulate new curricula, staff development and training programs, and instructional procedures; design business and personnel systems; and perform many other services to meet changing needs and requirements. When economic or technical conditions make county or regional services most appropriate for students, COEs provide a wide range of services, including special and vocational education, programs for youths at risk of failure, and instruction in juvenile detention facilities. In addition, several statutes give COEs responsibility for monitoring districts for adequate textbooks, facilities, and teacher qualifications. http://www.cde.ca.gov/re/sd/co/coes.asp |

| Acronym/Term | Definition |
|---|---|
| CPAG | The California Practitioners Advisory Group (CPAG) provides input to the State Board of Education (SBE) on ongoing efforts to establish a single coherent local, state, and federal accountability system. This advisory committee also serves as the state's committee of practitioners under Title I requirements. The purpose of this advisory committee is to provide input to the SBE on practical implications of decisions before the SBE, which includes providing input on decisions related to implementing the state's Local Control Funding Formula. The committee also reviews any state rules and regulations relating to Title I of the Elementary and Secondary Education Act, as amended by the Every Student Succeeds Act, in order to advise the state in carrying out its Title I responsibilities. http://www.cde.ca.gov/be/cc/cp/ |
| CSMP | The California Subject Matter Project (CSMP) is a network of nine discipline-based statewide projects that support on-going quality professional development. Activities and programs are designed by university faculty, teacher leaders, and teacher practitioners to improve instructional practices that lead to increased achievement for all students. The CSMP encompasses the course content represented in California's K–12 standards and frameworks, and covers all of the academic disciplines required to meet college entrance ("a–g") requirements. After completing a program, teachers are offered ongoing education resources and support through professional communities, and further, programs cultivate and emphasize teacher leadership. CSMP programs support teachers' implementation of standards and literacy strategies in order to nurture the academic skills of English learners and students with low literacy and content area skills. The CSMP bolsters the state's efforts to incorporate the new standards and assessments, while also addressing the needs of California's diverse students to ensure they acquire the requisite content knowledge to succeed in college and beyond or in their chosen careers. https://csmp.ucop.edu/ |

| Acronym/Term | Definition |
|---|---|
| **CTC** | The California Commission on Teacher Credentialing (CTC) is an agency in the Executive Branch of the California State Government that operates as an independent standards board and works in conjunction with the California Department of Education to serve California teachers. The CTC is statutorily responsible for the design, development, and implementation of standards that govern educator preparation for the public schools of California, for the licensing and credentialing of professional educators in California, for the enforcement of professional practices of educators, and for the review and discipline of applicants and credential holders in the State of California. http://www.ctc.ca.gov/ |

| Acronym/Term | Definition |
|---|---|
| **Curriculum Frameworks** | The California State Board of Education (SBE) adopts curriculum frameworks for kindergarten through grade twelve (K–12) in accordance with California *Education Code* (*EC*) Section 51002, which calls for the development of "broad minimum standards and guidelines for educational programs." Curriculum frameworks are aligned to the SBE-adopted academic content standards. The SBE has adopted curriculum frameworks in various content areas, including English language arts/English language development, mathematics, history–social science, science, visual and performing arts, career technical education, health, world language, and physical education. The Instructional Quality Commission (IQC) develops the curriculum frameworks under the authority of *EC* Section 33538, in a process defined in the *California Code of Regulations*, Title 5, sections 9510–9516.

The process begins with the California Department of Education conducting four focus groups of educators to get input on improvements to an existing framework. The IQC recruits members for the Curriculum Framework and Evaluation Criteria Committee (CFCC). The CFCC is composed of a minimum of nine to a maximum of 20 members, at least half of whom are classroom teachers. The IQC makes recommendations to the SBE about the development of a curriculum framework and appointments to the CFCC.

Curriculum frameworks are developed in a public manner. The CFCC develops a draft document, and the IQC prepares the draft framework for field review and holds public meetings on the document. The IQC is responsible for the draft framework that is recommended to the SBE. After a 60-day public comment period, the SBE also holds a public hearing prior to considering the framework for adoption. After adoption, the frameworks are available for purchase through the CDE and may be viewed on the CDE All Curriculum Frameworks Web page at http://www.cde.ca.gov/ci/cr/cf/allfwks.asp.

Curriculum frameworks have drawn state and national recognition for focusing directly on the curriculum and for contributing substantively to the improvement of teaching and learning. Based on current research in education and the specific content area, the frameworks provide a firm foundation for curriculum and instruction by describing the scope and sequence of knowledge and the skills that all students are expected to master. The frameworks' overarching dedication is to the balance of factual knowledge, fundamental skills, and the application of knowledge and skills. |

| Acronym/Term | Definition |
|---|---|
| **Curriculum Frameworks (continued)** | In addition, the frameworks establish criteria to evaluate instructional materials. These criteria are used to select, through the state adoption process mandated in *EC* sections 60200–60206, instructional materials for K–8. Frameworks also guide district selection of instructional resources for grades nine through twelve. Although curriculum frameworks cover the K–12 educational program, their effect can be seen in preschool programs, child-care centers, adult education programs, higher education instruction, and university entrance requirements. |
| **EL** | The Every Student Succeeds Act defines the term English learner (EL) as an individual:<br>(A) who is aged 3 through 21;<br>(B) who is enrolled or preparing to enroll in an elementary school or secondary school;<br>(C) (i) who was not born in the United States or whose native language is a language other than English;<br>(ii)(I) who is a Native American or Alaska Native, or a native resident of the outlying areas; and<br>(II) who comes from an environment where a language other than English has had a significant impact on the individual's level of English language proficiency; or<br>(iii) who is migratory, whose native language is a language other than English, and who comes from an environment where a language other than English is dominant; and<br>(D) whose difficulties in speaking, reading, writing, or understanding the English language may be sufficient to deny the individual—<br>(i) the ability to meet the challenging state academic standards;<br>(ii) the ability to successfully achieve in classrooms where the language of instruction is English; or<br>(iii) the opportunity to participate fully in society. |

| Acronym/Term | Definition |
|---|---|
| **Federal Program Monitoring** | California provides a coordinated and transparent federal program monitoring (FPM) process to ensure LEAs are meeting program requirements and spending program funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. Thus, the CDE's FPM process includes a data review of 50 percent of the LEAs in the state to identify and conduct a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/. |
| **Golden State Seal Merit Diploma** | California Assembly Bill 3488, approved in July 1996, called for the development of the Golden State Seal Merit Diploma (GSSMD) to recognize public school graduates who have demonstrated their mastery of the high school curriculum in at least six subject matter areas, four of which are English-language arts, mathematics, science, and U.S. history, with the remaining two subject matter areas selected by the student. The GSSMD is awarded jointly by the State Board of Education and the State Superintendent of Public Instruction. http://www.cde.ca.gov/ta/tg/ca/meritdiploma.asp |

| Acronym/Term | Definition |
|---|---|
| **LCAP** | The Local Control and Accountability Plan (LCAP) is an important component of California's Local Control Funding Formula (LCFF). The LCAP is a tool that California local educational agencies use to set goals, plan actions, and leverage resources to meet those goals to improve student outcomes with specific activities to address state and local priorities. The eight state priorities include the following:<br><br>1. Basic<br>   a. Teacher assignment<br>   b. Access to standards-aligned instructional materials<br>   c. Facilities<br>2. Implementation of State Standards<br>3. Parental Involvement<br>4. Pupil Achievement<br>5. Pupil Engagement<br>6. School Climate<br>7. Course Access<br>8. Other Pupil Outcomes<br><br>ESSA local planning requirements are addressed in the LEA LCAP Addendum described below.<br><br>California *Education Code* requires that LCAPs be developed in a public process in consultation with teachers, principals, administrators, other school personnel, local bargaining units of the school district, parents, and pupils.<br>http://www.cde.ca.gov/re/lc/ |

| Acronym/Term | Definition |
|---|---|
| **LCAP Addendum** | The Local Control and Accountability Plan Addendum (LCAP Addendum) is the mechanism by which local educational agencies will address local planning requirements of Every Student Succeeds Act programs within the LCAP development process. The addendum is intended to supplement the LCAP, just as ESSA funds are intended to supplement state funds. It addresses the local planning requirements for the following ESSA programs:<br><br>• Title I, Part A: Improving Basic Programs Operated by State and Local Educational Agencies<br><br>• Title I, Part D: Prevention and Intervention Programs for Children and Youth Who Are Neglected, Delinquent, or At-Risk<br><br>• Title II, Part A: Supporting Effective Instruction<br><br>• Title III, Part A: Language Instruction for English Learners and Immigrant Students<br><br>• Title IV, Part A: Student Support and Academic Enrichment Grants |

| Acronym/Term | Definition |
|---|---|
| LCFF | California's 2013–14 Budget Act enacted landmark legislation that greatly simplifies the school finance system and provides additional resources to local educational agencies serving students with greater educational needs. The changes introduced by the Local Control Funding Formula (LCFF) represent a major shift in how the state funds local educational agencies (LEAs), eliminating revenue limits and most state categorical programs. LEAs receive funding based on the demographic profile of the students they serve and gain greater flexibility to use these funds to improve student outcomes. More information regarding the LCFF is available on the California Department of Education (CDE) LCFF Overview Web page at http://www.cde.ca.gov/fg/aa/lc/lcffoverview.asp.<br><br>LEAs receive a base grant based upon average daily attendance with additional funds for students in certain grade spans. In addition, they receive a supplemental grant equal to 20 percent of the base grant based on the number of students eligible to receive free or reduced-price meals, English learners, and foster youth students, and a concentration grant equal to 50 percent of the adjusted base grant for these same students when exceeding 55 percent of an LEA's enrollment. LEAs have broad discretion regarding use of the base grants but are required to develop, adopt, and annually update a three-year Local Control and Accountability Plan (LCAP) which describes how they intend to meet annual goals for all pupils, with specific activities to address state and local priorities identified in LCFF statute. The law requires LEAs to increase or improve services for high-need students in proportion to the additional funding apportioned on the basis of the target student enrollment in the district. |
| LEA | In California, local educational agencies (LEAs) include county offices of education, school districts, and direct-funded charter schools. |
| SBE | The California State Board of Education (SBE) is the state's 11 member K–12 policy-making body for academic standards, curriculum, instructional materials, assessments, and accountability. California *Education Code* 12032 officially designates the SBE as the state educational agency (SEA) for federally funded education programs, including the Every Student Succeeds Act. The SEA has the primary responsibility for overseeing the state's full compliance with provisions of federal law including school accountability. http://www.cde.ca.gov/be/ |

| Acronym/Term | Definition |
|---|---|
| SEA | The state educational agency (SEA) is defined in ESSA as the agency primarily responsible for the state supervision of public elementary schools and secondary schools. California *Education Code* 12032 officially designates the State Board of Education as the SEA for federally funded education programs, including the ESSA. |
| Seal of Biliteracy | The State Seal of Biliteracy, codified in California *Education Code* sections 51460–51464, provides recognition to high school students who have demonstrated proficiency in speaking, reading, and writing in one or more languages in addition to English. http://www.cde.ca.gov/sp/el/er/sealofbiliteracy.asp |
| TDG | The Technical Design Group (TDG) is a group of experts in psychometric theory and education research that provide recommendations to the California Department of Education on matters related to the state and federal accountability system. |

# Revised State Template for the Consolidated State Plan

## The Elementary and Secondary Education Act of 1965, as amended by the Every Student Succeeds Act



**US .Depа tment f Educа io**
**Issued: March 2017**

OMB Number: 1810-0576
Expiration Date: September 30, 2017

California ESSA Consolidated State Plan
State Board of Education | California Department of Education
September 2023

## Introduction

Section 8302 of the Elementary and Secondary Education Act of 1965 (ESEA), as amended by the Every Student Succeeds Act (ESSA),[1] requires the Secretary to establish procedures and criteria under which, after consultation with the Governor, a State educational agency (SEA) may submit a consolidated State plan designed to simplify the application requirements and reduce burden for SEAs. ESEA section 8302 also requires the Secretary to establish the descriptions, information, assurances, and other material required to be included in a consolidated State plan. Even though an SEA submits only the required information in its consolidated State plan, an SEA must still meet all ESEA requirements for each included program. In its consolidated State plan, each SEA may, but is not required to, include supplemental information such as its overall vision for improving outcomes for all students and its efforts to consult with and engage stakeholders when developing its consolidated State plan.

## Completing and Submitting a Consolidated State Plan

Each SEA must address all of the requirements identified below for the programs that it chooses to include in its consolidated State plan. An SEA must use this template or a format that includes the required elements and that the State has developed working with the Council of Chief State School Officers (CCSSO).

Each SEA must submit to the U.S. Department of Education (Department) its consolidated State plan by one of the following two deadlines of the SEA's choice:

- **April 3, 2017**; or
- **September 18, 2017**.

Any plan that is received after April 3, but on or before September 18, 2017, will be considered to be submitted on September 18, 2017. In order to ensure transparency consistent with ESEA section 1111(a)(5), the Department intends to post each State plan on the Department's website.

## Alternative Template

If an SEA does not use this template, it must:

1) Include the information on the Cover Sheet;
2) Include a table of contents or guide that clearly indicates where the SEA has addressed each requirement in its consolidated State plan;
3) Indicate that the SEA worked through CCSSO in developing its own template; and
4) Include the required information regarding equitable access to, and participation in, the programs included in its consolidated State plan as required by section 427 of the General Education
   Provisions Act. See Appendix B.

## Individual Program State Plan

An SEA may submit an individual program State plan that meets all applicable statutory and regulatory requirements for any program that it chooses not to include in a consolidated State plan. If an SEA intends to submit an individual program plan for any program, the SEA must submit the

---

[1] Unless otherwise indicated, citations to the ESEA refer to the ESEA, as amended by the ESSA.

individual program plan by one of the dates above, in concert with its consolidated State plan, if applicable.

## Consultation

Under ESEA section 8540, each SEA must consult in a timely and meaningful manner with the Governor, or appropriate officials from the Governor's office, including during the development and prior to submission of its consolidated State plan to the Department. A Governor shall have 30 days prior to the SEA submitting the consolidated State plan to the Secretary to sign the consolidated State plan. If the Governor has not signed the plan within 30 days of delivery by the SEA, the SEA shall submit the plan to the Department without such signature.

## Assurances

In order to receive fiscal year (FY) 2017 ESEA funds on July 1, 2017, for the programs that may be included in a consolidated State plan, and consistent with ESEA section 8302, each SEA must also submit a comprehensive set of assurances to the Department at a date and time established by the Secretary. In the near future, the Department will publish an information collection request that details these assurances.

For Further Information: If you have any questions, please contact your Program Officer at OSS.[State]@ed.gov (e.g., OSS.Alabama@ed.gov).

## Cover Page

**Contact Information and Signatures**

| **SEA Contact** (Name and Position):<br>Karen Stapf Walters, Executive Director<br>California State Board of Education | Telephone:<br>916-319-0699 |
|---|---|
| Mailing Address:<br>California Department of Education<br>1430 N Street, Suite 5111<br>Sacramento, CA 95814 | Email Address:<br>kstapfwalters@cde.ca.gov |

| By signing this document, I assure that:<br>To the best of my knowledge and belief, all information and data included in this plan are true and correct.<br>The SEA will submit a comprehensive set of assurances at a date and time established by the Secretary, including the assurances in ESEA section 8304.<br>Consistent with ESEA section 8302(b)(3), the SEA will meet the requirements of ESEA sections 1117 and 8501 regarding the participation of private school children and teachers. |
|---|

| **Authorized SEA Representative (Printed Name)**<br>Michael Kirst, President<br>California State Board of Education | Telephone:<br>916-319-0705 |
|---|---|
| **Signature of Authorized SEA Representative** | Date:<br>July 11, 2018 |
| **Governor (Printed Name)**<br>Edmund G. Brown, Jr. | Date SEA provided plan to the Governor under ESEA section 8540:<br>August 11, 2017 |
| **Signature of Governor** | Date:<br>July 11, 2018 |

## Programs Included in the Consolidated State Plan

_Instructions:_ _Indicate below by checking the appropriate box(es) which programs the SEA included in its consolidated State plan. If an SEA elected not to include one or more of the programs below in its consolidated State plan, but is eligible and wishes to receive funds under the program(s), it must submit individual program plans for those programs that meet all statutory and regulatory requirements with its consolidated State plan in a single submission._

☒ Check this box if the SEA has included all of the following programs in its consolidated State plan.

**or**

If all programs are not included, check each program listed below that the SEA includes in its consolidated State plan:

☐ Title I, Part A: Improving Basic Programs Operated by Local Educational Agencies

☐ Title I, Part C: Education of Migratory Children

☐ Title I, Part D: Prevention and Intervention Programs for Children and Youth Who Are Neglected, Delinquent, or At-Risk

☐ Title II, Part A: Supporting Effective Instruction

☐ Title III, Part A: English Language Acquisition, Language Enhancement, and Academic Achievement

☐ Title IV, Part A: Student Support and Academic Enrichment Grants

☐ Title IV, Part B: 21st Century Community Learning Centers

☐ Title V, Part B, Subpart 2: Rural and Low-Income School Program

☐ Title VII, Subpart B of the McKinney-Vento Homeless Assistance Act: Education for Homeless Children and Youth Program (McKinney-Vento Act)

## Instructions

_Each SEA must provide descriptions and other information that address each requirement listed below for the programs included in its consolidated State plan. Consistent with ESEA section 8302, the Secretary has determined that the following requirements are absolutely necessary for consideration of a consolidated State plan. An SEA may add descriptions or other information, but may not omit any of the required descriptions or information for each included program._

## Title I, Part A: Improving Basic Programs Operated by Local Educational Agencies

1. <u>Challenging State Academic Standards and Assessments</u> *(ESEA section 1111(b)(1) and (2) and 34 CFR §§ 200.1–200.8.)*[2]

2. <u>Eighth Grade Math Exception</u> *(ESEA section 1111(b)(2)(C) and 34 CFR § 200.5(b)(4))*:

    i.  Does the State administer an end-of-course mathematics assessment to meet the requirements under section 1111(b)(2)(B)(v)(I)(bb) of the ESEA?
        ☐ Yes
        X No

    ii. If a State responds "yes" to question 2(i), does the State wish to exempt an eighth-grade student who takes the high school mathematics course associated with the end-of-course assessment from the mathematics assessment typically administered in eighth grade under section 1111(b)(2)(B)(v)(I)(aa) of the ESEA and ensure that:
        a.  The student instead takes the end-of-course mathematics assessment the State administers to high school students under section 1111(b)(2)(B)(v)(I)(bb) of the ESEA;
        b.  The student's performance on the high school assessment is used in the year in which the student takes the assessment for purposes of measuring academic achievement under section 1111(c)(4)(B)(i) of the ESEA and participation in assessments under section 1111(c)(4)(E) of the ESEA;
        c.  In high school:
            1. The student takes a State-administered end-of-course assessment or nationally recognized high school academic assessment as defined in 34 CFR § 200.3(d) in mathematics that is more advanced than the assessment the State administers under section 1111(b)(2)(B)(v)(I)(bb) of the ESEA;
            2. The State provides for appropriate accommodations consistent with 34 CFR § 200.6(b) and (f); and
            3. The student's performance on the more advanced mathematics assessment is used for purposes of measuring academic achievement under section 1111(c)(4)(B)(i) of the ESEA and participation in assessments under section 1111(c)(4)(E) of the ESEA.

    iii. If a State responds "yes" to question 2(ii), consistent with 34 CFR § 200.5(b)(4), describe, with regard to this exception, its strategies to provide all students in the State the opportunity to be prepared for and to take advanced mathematics coursework in middle school.

3. <u>Native Language Assessments</u> *(ESEA section 1111(b)(2)(F) and 34 CFR § 200.6(f)(2)(ii) ) and (f)(4)*:

---

[2] The Secretary anticipates collecting relevant information consistent with the assessment peer review process in 34 CFR § 200.2(d).  An SEA need not submit any information regarding challenging State academic standards and assessments at this time.

i.   Provide its definition for "languages other than English that are present to a significant extent in the participating student population," and identify the specific languages that meet that definition.

California defines "languages other than English that are present to a significant extent in the participating student population" as any native language other than English spoken by 15 percent or more of the student population (i.e., students enrolled in grades kindergarten through grade twelve [K–12]). The 15 percent threshold is consistent with California *Education Code* 48985 that indicates which languages school districts are required to translate parent information. Using this definition, California has identified Spanish as the language other than English that is present to a significant extent. This is based on 2015–16 Language Data for Districts and Schools by Language Group, which may be accessed on the California Department of Education (CDE) Web page at http://www.cde.ca.gov/ls/pf/cm/transref.asp. These data indicate that Spanish is spoken by 33.5 percent of students in kindergarten through grade twelve. The next most populous language is spoken by only 1.31 percent of students. Within the English learner student group, Spanish is spoken by 83.4 percent of students, with the next language trailing far behind at 2.2 percent.

ii.  Identify any existing assessments in languages other than English, and specify for which grades and content areas those assessments are available.

California is committed to providing reliable assessments in languages other than English based on the constructs being measured. For the California Assessment of Student Performance and Progress (CAASPP) Smarter Balanced mathematics assessment in grades three through eight and grade eleven, California provides stacked translations in Spanish (stacked translations provide the full translation of each test item above the original item in English), and language glossaries in the 11 languages most commonly spoken in Smarter Balanced member state schools. In addition, for the CAASPP Smarter Balanced mathematics and English language arts assessments, California provides translated test directions in 17 languages.

Beginning in 2017–18, the California Science Test (CAST) will include stacked translations in Spanish and embedded glossaries for specific words.

For the California Alternate Assessment in mathematics for students in grades three through eight and grade eleven, eligible pupils shall have any instructional supports and/or accommodations, including the language of instruction, used in the pupil's daily instruction in accordance with the pupil's individualized education program.

iii. Indicate the languages identified in question 3(i) for which yearly student academic assessments are not available and are needed.

In support of biliteracy, California is currently developing a Spanish reading/language arts assessment, the California Spanish Assessment

(CSA). The State Board of Education (SBE)-approved purpose of the CSA is to measure a student's competency in Spanish language arts in grades three through eight and high school for the purpose of: (1) providing student-level data in Spanish competency; (2) providing aggregate data that may be used for evaluating the implementation of Spanish language arts programs at the local level; and (3) providing a high school measure suitable to be used, in part, for the State Seal of Biliteracy.

iv.   Describe how it will make every effort to develop assessments, at a minimum, in languages other than English that are present to a significant extent in the participating student population including by providing

a.   The State's plan and timeline for developing such assessments, including a description of how it met the requirements of 34 CFR § 200.6(f)(4);

Table 1, below, provides the timeline for developing additional assessments.

**Table 1. Timeline for Assessments in Languages Other Than English**

| Development Strategy | Timeline | Key Accessibility Features* |
|---|---|---|
| California Science Tests – Pilot Test | 2016–17 | Accessibility features in development |
| California Science Tests | 2017–18 | Stacked translations (Spanish), translated glossary in nine languages, read aloud in Spanish, translated test directions in seventeen languages |
| California Alternate Assessment for Science | 2016–17 | Teachers may translate the directions and test items into the language of instruction |

*This list is not a reflection of all accessibility features available on the California Science Test, but resources specific to English Learners.

b.   A description of the process the State used to gather meaningful input on the need for assessments in languages other than English, collect and respond to public comment, and consult with educators; parents and families of English learners; students, as appropriate; and other stakeholders; and

With the enactment of Assembly Bill 484 in January 2014, California committed to redefine its statewide assessments into a comprehensive system amenable to improving teaching and learning throughout the state, including assessments in languages other than English. Between May 2014 and August 2015, California conducted in-person regional meetings (inclusive of educators, parents, and community members) and online surveys to gather

input on specific assessments, including native language assessments. The activities described above are documented in the March 2016 report from the CDE to the Governor entitled *Recommendations for Expanding California's Comprehensive Assessment System* (https://www.cde.ca.gov/ta/tg/ca/documents/compassessexpand.pdf). This report was also presented publicly at the March 2016 SBE meeting. That meeting provided all members of the public an opportunity to comment on the plan and to provide written feedback.

The CDE continues to meet regularly with parent, educator, and family advocacy groups, the California Practitioners Advisory Group, the Advisory Commission on Special Education, a Technical Advisory Group, and local educational agency (LEA) representatives to provide assessment updates and receive feedback.

California will continue to engage in conversations with stakeholders and experts in the fields of language acquisition, measurement, and accountability over the course of developing the CSA with the goal of obtaining direction from the SBE regarding the use of a valid and reliable CSA in accountability.

c. As applicable, an explanation of the reasons the State has not been able to complete the development of such assessments despite making every effort.

N/A

4. <u>Statewide Accountability System and School Support and Improvement Activities</u> *(ESEA section 1111(c) and (d))*:
   i. <u>Subgroups</u> *(ESEA section 1111(c)(2))*:
      a. List each major racial and ethnic group the State includes as a subgroup of students, consistent with ESEA section 1111(c)(2)(B).

      In California, the racial/ethnic student groups are the following:

      - Black or African American
      - Asian
      - Filipino
      - Hispanic or Latino
      - American Indian or Alaska Native
      - Native Hawaiian or Pacific Islander
      - Two or More Races
      - White

      b. If applicable, describe any additional subgroups of students other than the statutorily required subgroups (*i.e.*, economically disadvantaged students, students from major racial

and ethnic groups, children with disabilities, and English learners) used in the Statewide accountability system.

In addition to the statutorily required student groups, California includes foster youth and homeless children in its accountability system.

c. Does the State intend to include in the English learner subgroup the results of students previously identified as English learners on the State assessments required under ESEA section 1111(b)(2)(B)(v)(I) for purposes of State accountability (ESEA section 1111(b)(3)(B))? Note that a student's results may be included in the English learner subgroup for not more than four years after the student ceases to be identified as an English learner.

X Yes
□ No

d. If applicable, choose one of the following options for recently arrived English learners in the State:
X  Applying the exception under ESEA section 1111(b)(3)(A)(i); or
□ Applying the exception under ESEA section 1111(b)(3)(A)(ii); or
□ Applying the exception under ESEA section 1111(b)(3)(A)(i) or under ESEA section 1111(b)(3)(A)(ii). If this option is selected, describe how the State will choose which exception applies to a recently arrived English learner.

ii.  <u>Minimum N-Size</u> *(ESEA section 1111(c)(3)(A))*:

a. Provide the minimum number of students that the State determines are necessary to be included to carry out the requirements of any provisions under Title I, Part A of the ESEA that require disaggregation of information by each subgroup of students for accountability purposes.

California's accountability system will be applied to all schools, including charter schools, and all student groups with 30 or more students.

b. Describe how the minimum number of students is statistically sound.

Given the confidence level and margin of error, a sample size of 30 is needed to appropriately estimate the population. A sample size of 30 produces a standardized normal distribution, where the distance between the variance is normal/standard, resulting in statistically significant results (based on the central limit theorem), which is well documented in many statistics textbooks (Cohen, 2001; Cohen and Lea, 2004; Mendenhall and Ott, 1980; Urdan, 2001; Vogt, 2005).

c. Describe how the minimum number of students was determined by the State, including how the State collaborated with teachers, principals, other school leaders, parents, and other stakeholders when determining such minimum number.

Statistical research overwhelmingly supports a minimum n-size of 30 to produce a mean, range, standard deviation, and even distribution (Mendenhall and Ott, 1980; confirmed in later years by Cohen, 2001; Cohen and Lea, 2004; Urdan, 2001; Vogt, 2005). Based on this research, the California Legislature established the n-size for accountability purposes in California *Education Code* (*EC*) Section 52052. There was support from educational stakeholders and a general consensus regarding the established n-size of 30 when the legislation was introduced. In preparation for submission of the State Plan, over 400 comments were received on the accountability section through the 30-day public comment period through 13 stakeholder meetings, a public survey, and submitted written comments via letters and e-mails. These comments represent feedback from education administrators, teachers, parents, advocacy groups, and members of the public. The CDE's Technical Design Group also concurred that the n-size required under *EC* Section 52052 was statistically valid and reliable.

d. Describe how the State ensures that the minimum number is sufficient to not reveal any personally identifiable information.[3]

To preserve student anonymity, the CDE has a long-established practice to not report data if a student group has less than 11 students. For reporting purposes only, California provides Status/Change data for student groups with 11 to 29 students in the group.

e. If the State's minimum number of students for purposes of reporting is lower than the minimum number of students for accountability purposes, provide the State's minimum number of students for purposes of reporting.

The minimum size for reporting is 11.

iii. <u>Establishment of Long-Term Goals</u> *(ESEA section 1111(c)(4)(A))*:

Long-term goals, and the ability for LEAs or schools to determine interim progress goals, are built into the California Model (for a complete description of the California

---

[3] Consistent with ESEA section1111(i), information collected or disseminated under ESEA section 1111 shall be collected and disseminated in a manner that protects the privacy of individuals consistent with section 444 of the General Education Provisions Act (20 U.S.C. 1232g, commonly known as the "Family Educational Rights and Privacy Act of 1974"). When selecting a minimum n-size for reporting, States should consult the Institute for Education Sciences report "Best Practices for Determining Subgroup Size in Accountability Systems While Protecting Personally Identifiable Student Information" to identify appropriate statistical disclosure limitation strategies for protecting student privacy.

Model, please see the response to Section A.4.v: Annual Meaningful Differentiation). This new system is based on a five-by-five colored grid that produces 25 results. Each of these 25 results represent a combination of current performance (known as "Status") and how current performance compares to past performance (known as "Change"). Overall performance within the California Model therefore includes whether there has been improvement, and a school and student group's placement on the grid determines the improvement that is required to maintain the current performance level (color) on the grid or to move to the next performance level. Goals can be established relative to overall performance within the Status and/or Change components of the five-by-five colored grids.

An overview of the California accountability model (California Model) is provided on the CDE California Accountability Model & School Dashboard Web page at http://www.cde.ca.gov/ta/ac/cm/. Detailed information on the production of the indicators in the new California Model is provided in the California Accountability System: California School Dashboard Technical Guide available on the CDE Web page at http://www.cde.ca.gov/ta/ac/cm/ under the Data Files and Guide tab.

a. Academic Achievement. *(ESEA section 1111(c)(4)(A)(i)(I)(aa))*
   1. Describe the long-term goals for improved academic achievement, as measured by proficiency on the annual statewide reading/language arts and mathematics assessments, for all students and for each subgroup of students, including: (i) baseline data; (ii) the timeline for meeting the long-term goals, for which the term must be the same multi-year length of time for all students and for each subgroup of students in the State; and (iii) how the long-term goals are ambitious.

Proficiency is measured by looking at each student's Distance from Level 3 for their respective grade level. This method compares how far above or below students are from the lowest possible scale score to achieve Level 3 (Standard Met) on the Smarter Balanced assessments, which indicates 'proficiency under ESSA.

The initial baseline was set using only two years of data (2015 and 2016). The third year of data (2017 Smarter Balanced Assessment results) demonstrated a need to make adjustments to ensure stability in the model. As part of the annual review process, the SBE approved in November 2017: (1) a revised layout of the five-by-five colored grid, (2) new Change cut cores for both ELA and math, and (3) new Status cut scores for math. As a result, a new baseline was created and is reflected in the new five-by-five colored tables and in the baseline data tables provided below.

English language arts (ELA) baseline data uses the 2017 ELA assessment results for Status, compared to the 2016 ELA assessment results for Change. The baseline data was used to establish the five-by-five colored grid, which is shown below in Table 2.

Mathematics baseline data uses the 2017 mathematics assessment results for Status, compared to the 2016 mathematics assessment results for Change. The baseline data was used to establish the five-by-five colored grid, which is shown below in Table 3.

For grades 3-8, the goal for all schools and all student groups is to reach the "High" Status, as shown in the five-by-five colored grids below. This means that the goal is for all students and student groups to be at least 10 points above the lowest possible scale score to achieve Level 3 (Standard Met) for ELA. For mathematics, the goal is for all students and student groups to be at the lowest possible scale score to achieve Level 3 (Standard Met).

For ELA, only 28 percent of schools currently meet or exceed this goal; for mathematics, only 22 percent of schools currently meet or exceed this goal, making it ambitious.

For grade 11, the goal for all schools and student groups is to reach the "High" Status, as shown in the five-by-five colored grids below. This means that the goal for all students and student groups is to be at least 30 points above the lowest possible scale score and to achieve Level 3 (Standard Met) for ELA. For mathematics, the goal for all students and student groups is to be at the lowest possible scale score to achieve Level 3 (Standard Met).

This data will be reported in the California School Dashboard using five-by-five colored grids for the first time in the 2018 Dashboard.

For ELA, 33.9 percent of schools would currently meet or exceed this goal. This is an ambitious goal because of the need for schools to improve their overall performance year after year and in light of the significant progress that some student groups need to make to meet the long-term goal and narrow performance gaps. For mathematics, only 13.8 percent of schools would currently meet or exceed this goal, making the goal ambitious.

The SBE has established a seven-year timeline for schools and student groups to reach the goal. The SBE expects to revise the performance levels for state indicators every seven years based on new distributions and has established an annual review process to assess progress on all indicators statewide. Additionally, as approved by the U.S. Department of Education on August 12, 2022, through the 2021–22 Addendum Template for the Consolidated State Plan due to COVID-19, California shifted the timeline to measure long-term goals and measurement of interim progress forward by two years as follows:

| Number | Year |
|--------|------|
| 1 | 2017 |
| 2 | 2018 |
| 3 | 2019 |
| **4** | **2022** |
| **5** | **2023** |

| 6 | 2024 |
|---|------|
| 7 | 2025 |

The CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing schools to determine how much improvement is needed to reach the goal. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/.

**Table 2. ELA – Academic Indicator (Grades 3-8)**
**The Goal for 3-8: 10 Points Above Distance from Standard**

| Levels | Change: Declined Significantly **673 Schools** by more than 15 points | Change: Declined **2,449 Schools** by 3 to 15 points | Change: Maintained **1,697 Schools** Declined by less than 3 point or Improved by less than 3 points | Change: Increased **1,950 Schools** by 3 to less than 15 points | Change: Increased Significantly **469 Schools** by 15 points or more |
|---|---|---|---|---|---|
| Status: Very High **833 Schools** 45 or more points above | 35 (0.5%) Green | 278 (3.8%) Green | 232 (3.2%) Blue | 256 (3.5%) Blue | 32 (0.4%) Blue |
| Status: High **1,284 Schools** 10 to 44.9 points | 79 (1.1%) Green | 410 (5.7%) Green | 333 (4.6%) Green | 376 (5.2%) Green | 86 (1.2%) Blue |
| Status: Medium **720 Schools** -5 points to +9.9 points | 45 (0.6%) Yellow | 234 (3.2%) Yellow | 161 (2.2%) Yellow | 218 (3.0%) Green | 62 (0.9%) Green |
| Status: Low **3,783 Schools** -5.1 to -70 points | 372 (5.2%) Orange | 1,281 (17.7%) Orange | 860 (11.9%) Orange | 999 (13.8%) Yellow | 271 (3.7%) Yellow |
| Status: Very Low **618 Schools** -70.1 points or lower | 142 (2.0%) Red | 246 (3.4%) Red | 111 (1.5%) Red | 101 (1.4%) Orange | 18 (0.3%) Orange |

| # of schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 7,238 | 499 (6.9%) | 2,632 (36.4%) | 1,710 (23.6%) | 1,791 (24.7%) | 606 (8.4%) |

For all percentages calculated above, the total number of schools (7,238) was used for the denominator.

**Table 3. Math – Academic Indicator (Grades 3-8)**
The Goal for Grades 3-8: +0 Points Above Distance from Standard

| Levels | Change: Declined Significantly **492 Schools** by more than 15 points | Change: Declined **2,056 Schools** by 3 to 15 points | Change: Maintained **1,707 School** Declined by less than 3 points or Increased by less than 3 points | Change: Increased **2,330 Schools** by 3 to less than 15 points | Change: Increased Significantly **652 Schools** by 15 points or more |
|---|---|---|---|---|---|
| Status: Very High **741 Schools** 35 points or higher | 10 (0.1%) Green | 159 (2.2%) Green | 211 (2.9%) Blue | 304 (4.2%) Blue | 57 (0.8%) Blue |
| Status: High **1,076 Schools** zero to 34.9 points | 19 (0.3%) Green | 265 (3.7%) Green | 266 (3.7%) Green | 413 (5.7%) Green | 113 (1.6%) Blue |
| Status: Medium **1,181 Schools** -25 points to less than zero | 40 (0.5%) Yellow | 289 (4.0%) Yellow | 282 (3.9%) Yellow | 427 (5.9%) Green | 143 (2.0%) Green |
| Status: Low **3,763 Schools** -25.1 to -95 points | 304 (4.2%) Orange | 1,147 (15.8%) Orange | 870 (12.0%) Orange | 1,115 (15.4%) Yellow | 327 (4.5%) Yellow |
| Status: Very Low **476 Schools** -95.1 points or lower | 119 (1.6%) Red | 196 (2.7%) Red | 78 (1.1%) Red | 71 (1.0%) Orange | 12 (0.2%) Orange |

| # of schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 7,237 | 393 (5.4%) | 2,404 (33.2%) | 2,053 (28.4%) | 1,702 (23.5%) | 685 (9.5%) |

For all percentages calculated above, the total number of schools (7,237) was used for the denominator.

## Table 4. ELA – Academic Indicator (High School)

The Goal for High Schools: 30 Points Above Distance from Standard

| Performance Level | Declined Significantly from Prior Year (by 20.1 points or more) | Declined from Prior Year (by 3.0 to 20 points) | Maintained from Prior Year (declined or increased by 2.9 points or less) | Increased from Prior Year (by 3 points to 14.9 points) | Increased Significantly from Prior Year (by 15 points or more) |
|---|---|---|---|---|---|
| **Very High** +75 points or higher in Current Year | 26 (1.9%) Green | 42 (3.1%) Green | 23 (1.7%) Blue | 23 (1.7%) Blue | 20 (1.4%) Blue |
| **High** +30 to +74.9 points in Current Year | 106 (7.9%) Green | 94 (7.0%) Green | 37 (2.8%) Green | 54 (4.0%) Green | 32 (2.4%) Blue |
| **Medium** 0 to +29.9 points in Current Year | 110 (8.2%) Yellow | 72 (5.4%) Yellow | 39 (2.9%) Yellow | 40 (3.0%) Green | 30 (2.2%) Green |
| **Low** -0.1 to -45 points in Current Year | 166 (12.3%) Orange | 83 (6.2%) Orange | 35 (2.6%) Orange | 37 (2.8%) Yellow | 28 (2.1%) Yellow |
| **Very Low** -45.1 points or lower in Current Year | 115 (8.5%) Red | 54 (4.0%) Red | 17 (1.3%) Red | 33 (2.5%) Orange | 30 (2.2%) Orange |

.

| # of Schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 1,346 | 186 (13.8%) | 347 (25.8%) | 286 (21.3%) | 429 (31.9%) | 98 (7.3%) |

**Table 5. Mathematics - Academic Indicator for High School (Grades 7-12)**

The Goal for High Schools: +0 Points Above Distance from Standard

| Performance Level | Declined Significantly from Prior Year (by more than 20 points) | Declined from Prior Year (by 3 to 20 points) | Maintained from Prior Year (declined by less than 3 points or increased by less than 3 points) | Increased from Prior Year (by 3 to less than 15 points) | Increased Significantly from Prior Year (by 15 points or more) |
|---|---|---|---|---|---|
| **Very High** +25 points or higher in Current Year | 17 (1.3%) **Green** | 23 (1.7%) **Green** | 14 (1.1%) **Blue** | 28 (2.1%) **Blue** | 26 (2.0%) **Blue** |
| **High** 0 to +24.9 points in Current Year | 14 (1.1%) **Green** | 19 (1.4%) **Green** | 11 (0.8%) **Green** | 23 (1.7%) **Green** | 8 (0.6%) **Blue** |
| **Medium** -0.1 to -59.9 points in Current Year | 74 (5.5%) **Yellow** | 99 (7.4%) **Yellow** | 52 (3.9%) **Yellow** | 82 (6.2%) **Green** | 62 (4.7%) **Green** |
| **Low** -60.1 to -115 points in Current Year | 118 (8.8%) **Orange** | 121 (9.0%) **Orange** | 74 (5.5%) **Orange** | 79 (5.9%) **Yellow** | 59 (4.4%) **Yellow** |
| **Very Low** -115.1 points or lower in Current Year | 116 (8.7%) **Red** | 95 (7.1%) **Red** | 36 (2.7%) **Red** | 55 (4.1%) **Orange** | 33 (2.4%) **Orange** |

| # of Schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 1,338 | 247 (18.5%) | 401 (30.0%) | 363 (27.1%) | 251 (18.8%) | 76 (5.7%) |

The statewide baseline data for all students and each student group are provided below. The tables display the performance gaps among student groups at the state level, and the

approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal. The tables show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within 7 years.

**Table 6: State Level ELA Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -17.0 | -0.5 | Orange | 4 points | -5.0 |
| American Indian | -51.3 | -3.2 | Orange | 9 points | -24.3 |
| Asian | 51.1 | 0.8 | Blue | Increased from Baseline | 51.2 |
| Black or African American | -60.9 | -1.9 | Orange | 10 points | -30.9 |
| Filipino | 32.1 | 0.4 | Green | Increased from Baseline | 32.2 |
| Hispanic or Latino | -41.3 | -0.6 | Orange | 7 points | -20.3 |
| Pacific Islander | -29.9 | -1.3 | Orange | 6 points | -11.9 |
| Two or More Races | 16.7 | -0.7 | Green | Increased from Baseline | 16.8 |
| White | 15.1 | -0.5 | Green | Increased from Baseline | 15.5 |
| English Learner | -50.8 | -1.6 | Orange | 9 points | -23.8 |
| Foster Youth | -86.9 | 4.0 | Orange | 14 points | -44.9 |
| Homeless | -62.1 | -4.2 | Orange | 10 points | -32.1 |
| Socioeconomically Disadvantaged | -45.9 | -44.6 | Orange | 8 points | -21.9 |
| Students with Disabilities | -104.7 | -2.5 | Red | 16 points | -56.7 |

**Table 7: State Level ELA Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | 18.1 | 5.1 | Green | Increase from Baseline | 18.2 |
| American Indian | -14.3 | -0.7 | Orange | 3.5 | -3.8 |
| Asian | 83.9 | 7.4 | Blue | Increase From Baseline | 84.0 |
| Black or African American | -35.8 | 3 | Orange | 6.5 | -16.3 |
| Filipino | 64.3 | 4.8 | Blue | Increase From Baseline | 64.4 |
| Hispanic | -6.7 | 1.7 | Orange | 2.4 | 0.5 |
| Pacific Islander | -10.1 | -2 | Orange | 2.9 | -1.4 |

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| Two or More Races | 46.3 | 9.7 | Blue | Increase From Baseline | 46.4 |
| White | 44.1 | 9.3 | Green | Increase From Baseline | 44.2 |
| English Learner | -78.6 | -5.2 | Red | 12.7 | -40.5 |
| Foster | -100.5 | 5.1 | Orange | 15.8 | -53.1 |
| Homeless | -36 | -8.3 | Orange | 6.6 | -16.2 |
| Socioeconomically Disadvantaged | -10.1 | 2.2 | Orange | 2.9 | -1.4 |
| Students With Disabilities | -112.5 | 0 | Red | 17.5 | -60.0 |

**Table 8: State Level Mathematics Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Annual Average Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -38.0 | 0.8 | Orange | 5 points | -23.0 |
| American Indian | -73.2 | -1.8 | Orange | 10 points | -43.2 |
| Asian | 49.9 | 3.1 | Blue | Increased from Baseline | 50.0 |
| Black or African American | -90.7 | -1.1 | Orange | 13 points | -51.7 |
| Filipino | 10.9 | 3.0 | Green | Increased from Baseline | 11.0 |
| Hispanic or Latino | -65.5 | 0.4 | Orange | 9 points | -38.5 |
| Pacific Islander | -50.5 | 0.8 | Orange | 7 points | -29.5 |
| Two or More Races | -2.5 | 1.4 | Yellow | 1 point | 0.5 |
| White | -5.0 | 0.9 | Yellow | 1 point | -2.0 |
| English Learner | -68.3 | -0.5 | Orange | 10 points | -38.5 |
| Foster Youth | -110.0 | 6.8 | Orange | 16 points | -62.0 |
| Homeless | -82.9 | -2.7 | Orange | 12 points | -46.9 |
| Socioeconomically Disadvantaged | -68.6 | -0.3 | Orange | 10 points | -38.6 |
| Students with Disabilities | -125.0 | -.09 | Red | 18 points | -71.0 |

**Table 9: State Level Mathematics Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -64.5 | -0.7 | Orange | 9.2 | -36.9 |
| American Indian | -102.7 | -7.3 | Red | 14.7 | -58.6 |
| Asian | 46 | 1.9 | Blue | Increase From Baseline | 46.1 |
| Black or African American | -129.8 | -3.6 | Red | 18.5 | -74.3 |
| Filipino | -15.2 | -3.9 | Yellow | 2.2 | -8.6 |
| Hispanic | -99.7 | -4.3 | Red | 14.2 | -57.1 |
| Pacific Islander | -92.4 | -7.2 | Orange | 13.2 | -52.8 |
| Two or More Races | -34.1 | 2.8 | Orange | 4.9 | -19.4 |
| White | -34.4 | 3.3 | Yellow | 4.9 | -19.7 |

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| English Learner | -153 | -8.2 | Red | 21.9 | -87.3 |
| Foster | -193.6 | -3.5 | Red | 27.7 | -110.5 |
| Homeless | -124.7 | -13.4 | Red | 17.8 | -71.3 |
| Socioeconomically Disadvantaged | -99 | -3.4 | Red | 14.1 | -56.7 |
| Students With Disabilities | -200.9 | -4.3 | Red | 28.7 | -114.8 |

2. Provide the measurements of interim progress toward meeting the long-term goals for academic achievement in Appendix A.

3. Describe how the long-term goals and measurements of interim progress toward the long-term goals for academic achievement take into account the improvement necessary to make significant progress in closing statewide proficiency gaps.

Because all student groups have the same long-term goal, student groups with lower baseline performance will need to make greater improvement over time to reach the long-term goal. The ability for LEAs or schools to determine interim progress goals, including for lower performing student groups, is built into the California Model. In addition, the CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing schools to target improvement strategies to reach the goal for each student group. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/.

Additionally, under state law, every LEA must adopt and annually update a Local Control and Accountability Plan (LCAP). In the LCAP, the LEA must establish goals for all students and the statutory student groups across priority areas defined in statute. The LEA must also describe actions and services, and related expenditures, to meet the goals for student performance.

The template LEAs must use for LCAPs includes a summary in which LEAs must address any indicator where the performance of one or more student groups is two or more color-coded levels below the performance for all students (e.g., student group performance is Red while overall performance is Yellow, Green or Blue; student group performance is Orange while overall performance is Green or Blue). Under the California Model, an LEA is not making progress toward closing performance gaps among student groups if either of the examples described above are present. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to make significant progress in closing performance gaps on the relevant indicator(s).

LEAs must therefore annually review and update their overarching plans for educational programming to address areas where the LEA is not making progress in addressing performance gaps among student groups.

This statewide system to assist LEAs to leverage change is an important component to helping narrow statewide proficiency gaps. The tables below show how student groups within schools are doing statewide, broken down by the five color-coded performance levels.

**Table 10a School Level Academic Indicator: ELA Student Group Results** (Grades 3-8)

| Student Groups | Total* | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| All Schools (Total = 7,238) | 7,238 | 499 (6.9%) | 2,632 (36.4%) | 1,710 (23.6%) | 1,791 (24.7%) | 606 (8.4%) |
| African American | 1,298 | 394 (30.4%) | 533 (41.1%) | 277 (21.3%) | 79 (6.1%) | 15 (1.2%) |
| Asian | 1,702 | 6 (0.4%) | 127 (7.5%) | 125 (7.3%) | 750 (44.1%) | 694 (40.8%) |
| Filipino | 426 | 0 (0.0%) | 22 (5.2%) | 38 (8.9%) | 223 (52.3%) | 143 (33.6%) |
| Hispanic/Latino | 6,375 | 573 (9.0%) | 2,936 (46.1%) | 1,860 (29.2%) | 823 (12.9%) | 183 (2.9%) |
| Native American | 28 | 8 (28.6%) | 13 (46.4%) | 7 (25.0%) | 0 (0.0%) | 0 (0.0%) |
| Pacific Islander | 9 | 0 (0.0%) | 3 (33.3%) | 5 (55.6%) | 1 (11.1%) | 0 (0.0%) |
| Two or More Races | 681 | 6 (0.9%) | 54 (7.9%) | 56 (8.2%) | 332 (48.8%) | 233 (34.2%) |
| White | 4,034 | 42 (1.0%) | 718 (17.8%) | 663 (16.4%) | 1,792 (44.4%) | 819 (20.3%) |
| Socioeconomically Disadvantaged | 6,634 | 653 (9.8%) | 3,280 (49.4%) | 1,975 (29.8%) | 601 (9.1%) | 125 (1.9%) |
| English Learners (4 years of RFEP) | 5,816 | 915 (15.7%) | 2,544 (43.7%) | 1,572 (27.0%) | 610 (10.5%) | 175 (3.0%) |
| Students with Disabilities | 3,688 | 1,875 (50.8%) | 1,347 (36.5%) | 371 (10.1%) | 80 (2.2%) | 15 (0.4%) |
| Foster Youth | 0 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Homeless Youth | 628 | 148 (23.6%) | 257 (40.9%) | 193 (30.7%) | 25 (4.0%) | 5 (0.8%) |

*Total = Number of schools with 30 or more students at the school level and student group level taking the Smarter Balanced Summative Assessments.
- = No data available due to less than 30 for that student group taking the Smarter Balanced Summative Assessments.

**Table 10b. School Level Academic Indicator: ELA Student Group Results (High Schools)**

| Student Groups | Total* | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| All Schools (Total = 1,346) | 1,346 | 186 (13.8%) | 347 (25.8%) | 286 (21.2%) | 429 (31.9%) | 98 (7.3%) |
| African American | 183 | 63 (4.7%) | 66 (4.9%) | 32 (2.4%) | 13 (1.0%) | 3 (0.2%) |
| Asian | 306 | 4 (0.3%) | 8 (0.6%) | 25 (1.9%) | 168 (12.5%) | 95 (7.1%) |
| Filipino | 100 | 1 (0.1%) | 2 (0.1%) | 11 (0.8%) | 53 (3.9%) | 27 (2.0%) |
| Hispanic/Latino | 1,127 | 160 (11.9%) | 411 (30.5%) | 270 (20.1%) | 234 (17.4%) | 51 (3.8%) |
| Native American | 9 | 2 (0.1%) | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Pacific Islander | 5 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Two or More Races | 79 | 0 (0.0%) | 6 (0.4%) | 6 (0.4%) | 41 (3.0%) | 21 (1.6%) |
| White | 660 | 9 (0.7%) | 61 (4.5%) | 117 (8.7%) | 335 (24.9%) | 136 (10.1%) |
| English Learners | 658 | 421 (31.3%) | 174 (12.9%) | 51 (3.8%) | 8 (0.6%) | 2 (0.1%) |
| Foster | 6 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Homeless | 80 | 17 (1.3%) | 32 (2.4%) | 17 (1.3%) | 8 (0.6%) | 0 (0.0%) |
| Socioeconomically Disadvantaged | 1,193 | 187 (13.9%) | 439 (32.6%) | 291 (21.6%) | 228 (16.9%) | 48 (3.6%) |
| Students with Disabilities | 451 | 293 (21.8%) | 137 (10.2%) | 19 (1.4%) | 0 (0.0%) | 0 (0.0%) |

*Total = Number of schools with 30 or more students at the school level and student group level with English Language Arts/Literacy Smarter Balanced Assessment results in both the current and prior year.

Note: For all percentages calculated above, the total number of schools (1,340) was used for the denominator.

**Table 11a. School Level Academic Indicator: Math Student Group Results (Grades 3-8)**

| Student Groups | Total* | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| All Schools (Total = 7,237) | 7,237 | 393 (5.4%) | 2,404 (33.2%) | 2,053 (28.4%) | 1,702 (23.5%) | 685 (9.5%) |
| African American | 1,297 | 408 (31.5%) | 501 (38.6%) | 338 (26.1%) | 46 (3.5%) | 4 (0.3%) |
| Asian | 1,701 | 6 (0.4%) | 115 (6.8%) | 120 (7.1%) | 591 (34.7%) | 869 (51.1%) |
| Filipino | 426 | 0 (0.0%) | 37 (8.7%) | 51 (12.0%) | 208 (48.8%) | 130 (30.5%) |
| Hispanic/Latino | 6,375 | 487 (7.6%) | 2,698 (42.3%) | 2,197 (34.5%) | 857 (13.4%) | 136 (2.1%) |
| Native American | 27 | 9 (33.3%) | 10 (37.0%) | 8 (29.6%) | 0 (0.0%) | 0 (0.0%) |
| Pacific Islander | 9 | 2 (22.2%) | 3 (33.3%) | 3 (33.3%) | 0 (0.0%) | 1 (11.1%) |
| Two or More Races | 681 | 6 (0.9%) | 72 (10.6%) | 83 (12.2%) | 283 (41.6%) | 237 (34.8%) |
| White | 4,029 | 40 (1.0%) | 759 (18.8%) | 760 (18.9%) | 1,662 (41.3%) | 808 (20.1%) |
| Socioeconomically Disadvantaged | 6,631 | 534 (8.1%) | 2,976 (44.9%) | 2,239 (33.8%) | 762 (11.5%) | 120 (1.8%) |
| English Learners (4 years of RFEP) | 5,817 | 695 (11.9%) | 2,260 (38.9%) | 1,818 (31.3%) | 737 (12.7%) | 307 (5.3%) |
| Students with Disabilities | 3,661 | 1,644 (44.9%) | 1,380 (37.7%) | 496 (13.5%) | 107 (2.9%) | 34 (0.9%) |
| Foster Youth | 0 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Homeless Youth | 621 | 120 (19.3%) | 240 (38.6%) | 217 (34.9%) | 39 (6.3%) | 5 (0.8%) |

**Table 11b. School Level Academic Indicator: Math Student Group Results (High Schools)**

| Student Groups | Total* | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| All Schools (Total = 1,338) | 1,338 | 247 (18.5%) | 401 (30.0%) | 363 (27.1%) | 251 (18.8%) | 76 (5.7%) |
| African American | 174 | 78 (5.8%) | 61 (4.6%) | 25 (1.9%) | 9 (0.7%) | 1 (0.1%) |
| Asian | 299 | 1 (0.1%) | 15 (1.1%) | 42 (3.1%) | 124 (9.3%) | 117 (8.7%) |
| Filipino | 95 | 0 (0.0%) | 6 (0.4%) | 33 (2.5%) | 31 (2.3%) | 25 (1.9%) |
| Hispanic/Latino | 1,123 | 237 (17.7%) | 459 (34.3%) | 280 (20.9%) | 132 (9.9%) | 15 (1.1%) |
| Native American | 3 | 2 (0.1%) | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Pacific Islander | 0 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Two or More Races | 72 | 0 (0.0%) | 5 (0.4%) | 18 (1.3%) | 27 (2.0%) | 22 (1.6%) |
| White | 656 | 22 (1.6%) | 77 (5.8%) | 228 (17.0%) | 238 (17.8%) | 91 (6.8%) |
| English Learners | 652 | 344 (25.7%) | 223 (16.7%) | 47 (3.5%) | 26 (1.9%) | 12 (0.9%) |
| Foster | 0 | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Homeless | 71 | 19 (1.4%) | 33 (2.5%) | 14 (1.0%) | 5 (0.4%) | 0 (0.0%) |
| Socioeconomically Disadvantaged | 1,189 | 257 (19.2%) | 459 (34.3%) | 314 (23.5%) | 133 (9.9%) | 26 (1.9%) |
| Students with Disabilities | 448 | 252 (18.8%) | 182 (13.6%) | 14 (1.0%) | 0 (0.0%) | 0 (0.0%) |

Note: For all percentages calculated above, the total number of schools (1,338) was used for the denominator

The mathematics results immediately above show, as one example, that greater improvement among African American students statewide will be needed to make significant progress toward closing achievement gaps. Only 5.7 percent of schools are in the Green and Blue performance levels for this student group, which is more than 25 percentage points lower than the percent of schools in those performance levels overall.

Using the five-by-five grid, the schools represented in this table can determine how much greater improvement is necessary for lower-performing student groups to meet or exceed the goal within the seven-year period of time. All LEAs must also address in their LCAP annually the efforts they will undertake to make significant progress in closing performance gaps where any student group is two or more levels below the overall performance within the LEA. The progress statewide toward narrowing performance gaps reflected in this table will occur as LEAs and schools complete that process and focus on accelerating improvement for students that are at lower levels of performance. California's emerging statewide system of support, described in more detail in section A.4.viii.c, will focus on improving capacity at the local level to identify strengths and weaknesses and prioritize improvement efforts, including narrowing performance gaps.

The tables below display statewide baseline data for all students and each student group, the approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal, and the projected Status after year 3 if the student group makes the average annual improvement necessary over the seven-year period for each student group to meet the long-term goal and is therefore on track to meet the long-term goal. The tables show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within seven years.

**Table 12a: State Level ELA Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -17.0 | -0.5 | Orange | 4 points | -5.0 |
| American Indian | -51.3 | -3.2 | Orange | 9 points | -24.3 |
| Asian | 51.1 | 0.8 | Blue | Increased from Baseline | 51.2 |
| Black or African American | -60.9 | -1.9 | Orange | 10 points | -30.9 |
| Filipino | 32.1 | 0.4 | Green | Increased from Baseline | 32.2 |
| Hispanic or Latino | -41.3 | -0.6 | Orange | 7 points | -20.3 |
| Pacific Islander | -29.9 | -1.3 | Orange | 6 points | -11.9 |
| Two or More Races | 16.7 | -0.7 | Green | Increased from Baseline | 16.8 |
| White | 15.1 | -0.5 | Green | Increased from Baseline | 15.5 |
| English Learner | -50.8 | -1.6 | Orange | 9 points | -23.8 |
| Foster Youth | -86.9 | 4.0 | Orange | 14 points | -44.9 |
| Homeless | -62.1 | -4.2 | Orange | 10 points | -32.1 |
| Socioeconomically Disadvantaged | -45.9 | -44.6 | Orange | 8 points | -21.9 |
| Students with Disabilities | -104.7 | -2.5 | Red | 16 points | -56.7 |

**Table 12b: State Level ELA Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | 18.1 | 5.1 | Green | Increase From Baseline | 18.2 |
| American Indian | -14.3 | -0.7 | Orange | 3.5 | -3.8 |
| Asian | 83.9 | 7.4 | Blue | Increase From Baseline | 84.0 |
| Black or African American | -35.8 | 3 | Orange | 6.5 | -16.3 |
| Filipino | 64.3 | 4.8 | Blue | Increase From Baseline | 64.4 |
| Hispanic | -6.7 | 1.7 | Orange | 2.4 | 0.5 |
| Pacific Islander | -10.1 | -2 | Orange | 2.9 | -1.4 |

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| Two or More Races | 46.3 | 9.7 | Blue | Increase From Baseline | 46.4 |
| White | 44.1 | 9.3 | Green | Increase From Baseline | 44.2 |
| English Learner | -78.6 | -5.2 | Red | 12.7 | -40.5 |
| Foster | -100.5 | 5.1 | Orange | 15.8 | -53.1 |
| Homeless | -36 | -8.3 | Orange | 6.6 | -16.2 |
| Socioeconomically Disadvantaged | -10.1 | 2.2 | Orange | 2.9 | -1.4 |
| Students With Disabilities | -112.5 | 0 | Red | 17.5 | -60.0 |

**Table 13a: State Level Mathematics Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Annual Average Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -38.0 | 0.8 | Orange | 5 points | -23.0 |
| American Indian | -73.2 | -1.8 | Orange | 10 points | -43.2 |
| Asian | 49.9 | 3.1 | Blue | Increased from Baseline | 50.0 |
| Black or African American | -90.7 | -1.1 | Orange | 13 points | -51.7 |
| Filipino | 10.9 | 3.0 | Green | Increased from Baseline | 11.0 |
| Hispanic or Latino | -65.5 | 0.4 | Orange | 9 points | -38.5 |
| Pacific Islander | -50.5 | 0.8 | Orange | 7 points | -29.5 |
| Two or More Races | -2.5 | 1.4 | Yellow | 1 point | 0.5 |
| White | -5.0 | 0.9 | Yellow | 1 point | -2.0 |
| English Learner | -68.3 | -0.5 | Orange | 10 points | -38.5 |
| Foster Youth | -110.0 | 6.8 | Orange | 16 points | -62.0 |
| Homeless | -82.9 | -2.7 | Orange | 12 points | -46.9 |
| Socioeconomically Disadvantaged | -68.6 | -0.3 | Orange | 10 points | -38.6 |
| Students with Disabilities | -125.0 | -.09 | Red | 18 points | -71.0 |

**Table 13b: State Level Mathematics Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -64.5 | -0.7 | Orange | 9.2 | -36.9 |
| American Indian | -102.7 | -7.3 | Red | 14.7 | -58.6 |
| Asian | 46 | 1.9 | Blue | Increase From Baseline | 46.1 |
| Black or African American | -129.8 | -3.6 | Red | 18.5 | -74.3 |
| Filipino | -15.2 | -3.9 | Yellow | 2.2 | -8.6 |
| Hispanic | -99.7 | -4.3 | Red | 14.2 | -57.1 |
| Pacific Islander | -92.4 | -7.2 | Orange | 13.2 | -52.8 |
| Two or More Races | -34.1 | 2.8 | Orange | 4.9 | -19.4 |
| White | -34.4 | 3.3 | Yellow | 4.9 | -19.7 |
| English Learner | -153 | -8.2 | Red | 21.9 | -87.3 |
| Foster | -193.6 | -3.5 | Red | 27.7 | -110.5 |
| Homeless | -124.7 | -13.4 | Red | 17.8 | -71.3 |
| Socioeconomically Disadvantaged | -99 | -3.4 | Red | 14.1 | -56.7 |
| Students With Disabilities | -200.9 | -4.3 | Red | 28.7 | -114.8 |

b. <u>Graduation Rate</u>. *(ESEA section 1111(c)(4)(A)(i)(I)(bb))*
   1. Describe the long-term goals for the four-year adjusted cohort graduation rate for all students and for each subgroup of students, including: (i) baseline data; (ii) the timeline for meeting the long-term goals, for which the term must be the same multi-year length of time for all students and for each subgroup of students in the State; and (iii) how the long-term goals are ambitious.

      California's overall graduation rates have been steadily increasing since California started calculating the four-year cohort rate beginning with the 2009–10 graduating class.

      The baseline data for graduation rate is based on the 2015-16 four-year cohort rate for Status. The baseline data was used to establish the five-by-five colored grid, which is shown below. The 2014-15 four-year cohort was used to determine Change in the five-by-five colored grid.

      In July 2019, the SBE adopted an extended-year graduation rate that now includes fifth year graduates. Because the goal for extended graduation rates must be higher than the four-year cohort graduation rate, the SBE increased the goal from 90 percent to 90.5 percent. The goal for all students and all student groups is to reach the "High" Status, shown in the five-by-five colored grid below. This means the goal is to have an extended-graduation rate of at least 90.5 percent.

      In addition, because the extended graduation rate has a much more positive impact for schools in the lower percentiles, the SBE approved raised the graduation rate threshold for the "Very Low" Status level from below 67 percent to below 68 percent. Therefore, any school with a graduation rate below 68 percent will be identified for CSI.

      For graduation rate,48.5 percent of schools would currently meet or exceed this goal for all student performance. This is an ambitious goal because of the need for schools to improve their overall performance year after year and in light of the significant progress that some student groups need to make to meet the long-term goal and narrow performance gaps.

The SBE has established a seven-year timeline for reaching the goal. The SBE expects to revise the performance levels for state indicators every seven years and has established an annual review process to assess progress on all indicators statewide. Additionally, as approved by the U.S. Department of Education on August 12, 2022, through the 2021–22 Addendum Template for the Consolidated State Plan due to COVID-19, California shifted the timeline to measure long-term goals and measurement of interim progress forward by two years as follows:

| Number | Year |
|--------|------|
|        |      |

| 1 | 2017 |
|---|------|
| 2 | 2018 |
| 3 | 2019 |
| **4** | **2022** |
| **5** | **2023** |
| **6** | **2024** |
| **7** | **2025** |

The CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing schools to determine how much improvement is needed to reach that goal. The report is available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/.

## Table 14. High School Graduation Rate Indicator

| Levels | Change: Declined Significantly **73 Schools** Declined by greater than 5% | Change: Declined **190 Schools** Declined by 1% to 5% | Change: Maintained **333 Schools** Declined or increased by less than 1% | Change: Increased **493 Schools** Increased by 1% to 5% | Change: Increased Significantly **275 Schools** Increased by 5% or greater |
|---|---|---|---|---|---|
| Status: Very High **520 Schools** 95% or more | N/A | 39 (2.9%) Blue | 203 (14.9%) Blue | 224 (16.4%) Blue | 54 (4.0%) Blue |
| Status: High **354 Schools** 90.5% to less than 95% | 5 (0.4%) Orange | 65 (4.8%) Yellow | 71 (5.2%) Green | 142 (10.4%) Green | 71 (5.2%) Blue |
| Status: Medium **164 Schools** 85% to less than 90.5% | 6 (0.4%) Orange | 29 (2.1%) Orange | 28 (2.1%) Yellow | 55 (4.0%) Green | 46 (3.4%) Green |
| Status: Low **204 Schools** 68% to less than 85% | 28 (2.1%) Red | 33 (2.4%) Orange | 21 (1.5%) Orange | 52 (3.8%) Yellow | 70 (5.1%) Yellow |
| Status: Very Low **122 Schools** Less than 68% | 34 (2.5%) Red | 24 (1.8%) Red | 10 (0.7%) Red | 20 (1.5%) Red | 34 (2.5%) Red |

| # of schools | N/A | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| 1,364 | N/A | 150 (11.0%) | 94 (6.9%) | 215 (15.8%) | 314 (23.0%) | 591 (43.3%) |

For all percentages calculated above, the total number of schools (1,364) was used for the denominator. The statewide baseline data, which uses the 2014–15 cohort rate, for all students and each student group are provided below. The table shows the approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal. The table displays the performance gaps at the state level among student groups who attend non-alternative schools, and shows that some student groups will need to make significantly more progress than higher performing student groups to reach the statewide goal within seven years.

**Table 15. State Level Graduation Rate by Student Group**

| Student Group | Grade Rate (Status) | Change | Color | Average Annual Improvement to Meet Goal | Status After Year 3 |
|---|---|---|---|---|---|
| All Students | 83.8 | 0.9 | Orange | 1.3 | 87.8 |
| American Indian | 74.0 | -0.4 | Orange | 3.3 | 83.9 |
| Asian | 93.7 | 0.9 | Green | Increased from Baseline | 93.8 |
| Black or African American | 72.9 | 0.3 | Orange | 3.5 | 83.5 |
| Filipino | 94.0 | 0.7 | Green | Increased from Baseline | 94.1 |
| Hispanic or Latino | 80.5 | 1.5 | Yellow | 2.0 | 86.5 |
| Pacific Islander | 83.3 | 0.1 | Orange | 1.4 | 87.6 |
| Two or More Races | 85.8 | -0.5 | Yellow | 0.9 | 88.6 |
| White | 88.9 | 0.4 | Yellow | 0.3 | 89.9 |
| English Learner | 72.5 | 3.0 | Yellow | 3.6 | 83.3 |
| Foster Youth | 51.1 | 1.0 | Red | 7.9 | 74.7 |
| Homeless | 70.5 | 3.1 | Yellow | 4.0 | 82.5 |
| Socioeconomically Disadvantaged | 79.8 | 1.8 | Yellow | 2.1 | 86.2 |
| Students with Disabilities | 66.1 | 1.4 | Red | 4.9 | 80.7 |

2. If applicable, describe the long-term goals for each extended-year adjusted cohort graduation rate, including (i) baseline data; (ii) the timeline for meeting the long-term goals, for which the term must be the same multi-year length of time for all students and for each subgroup of students in the State; (iii) how the long-term goals are ambitious; and (iv) how the long-term goals are more rigorous than the long-term goal set for the four-year adjusted cohort graduation rate.

At the July 2019 meeting, the SBE adopted a graduation rate that now includes fifth year graduates. Because the goal for extended graduation rates must be higher than the four-year cohort graduation rate, the SBE adopted at their September 2019 an increase in the goal from 90 percent to 90.5 percent. The goal for all students and all student groups is to reach the "High" Status, shown in the five-by-five colored grid below. This means all schools and student groups, including those that do not have fifth-year graduates, will be held accountable for the higher 90.5 percent graduation rate goal on the California School Dashboard (Dashboard).

However, LEAs and schools are still required to meet the 90 percent four-year cohort graduation rate graduation rate goal and the established interim progress goals. LEAs and schools must not only report performance on the LEA and school report cards using the measures of interim progress, but LEAs also must annually review and update their overarching plans for educational programming to address areas where performance is not on track to meet the long-term goal or where the LEA is not making progress in addressing performance gaps among student groups.

In addition, because the extended graduation rate has a much more positive impact for schools in the lower percentiles, the SBE determined that it was appropriate to raise the graduation rate threshold for the "Very Low" Status level from below 67 percent to below 68 percent. Therefore, any school with a graduation rate below 68 percent will be identified for CSI.

3. Provide the measurements of interim progress toward the long-term goals for the four-year adjusted cohort graduation rate and any extended-year adjusted cohort graduation rate in Appendix A.

4. Describe how the long-term goals and measurements of interim progress for the four-year adjusted cohort graduation rate and any extended-year adjusted cohort graduation rate take into account the improvement necessary to make significant progress in closing statewide graduation rate gaps.

Given that all student groups have the same long-term goal, student groups with lower baseline performance will need to make greater improvement over time to reach the long-term goal. The ability for LEAs or schools to determine interim progress goals, including for lower performing student groups, is built into the California Model. In addition, the CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing schools to target improvement strategies to reach the goal for each student group. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/.

Additionally, under state law, every LEA must adopt and annually update a LCAP. In the LCAP, the LEA must establish goals for all students and the statutory student groups across priority areas defined in statute. The LEA must also describe actions and services, and related expenditures, to meet the goals for student performance.

The template LEAs must use for LCAPs includes a summary in which LEAs must address any indicator where the performance of one or more student groups is two or more color-coded levels below the performance for all students (e.g., student group performance is Red while overall performance is Yellow, Green or

Blue; student group performance is Orange while overall performance is Green or Blue). Under the California Model, an LEA is not making progress toward closing performance gaps among student groups if either of the examples described above are present. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to make significant progress in closing performance gaps on the relevant indicator(s).

LEAs must therefore annually review and update their overarching plans for educational programming to address areas where the LEA is not making progress in addressing performance gaps among student groups.

This statewide system to assist LEAs to leverage change is an important component to helping narrow statewide proficiency gaps. The table below shows how student groups within schools are doing statewide, broken down by the five color-coded performance levels.

**Table 16. School Graduation Rate Indicator, Performance Categories for Student Groups**

| Student Groups | Total* | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|---|
| All Schools | 1,364 | 150 (11.0%) | 94 (6.9%) | 215 (15.8%) | 314 (23.0%) | 591 (43.3%) |
| African American | 257 | 36 (2.6%) | 34 (2.5%) | 48 (3.5%) | 73 (5.4%) | 66 (4.8%) |
| Asian | 325 | 6 (0.4%) | 19 (1.4%) | 35 (2.6%) | 34 (2.5%) | 231 (16.9%) |
| Filipino | 120 | 2 (0.1%) | 3 (0.2%) | 14 (1.0%) | 18 (1.3%) | 83 (6.1%) |
| Hispanic/Latino | 1,116 | 123 (9.0%) | 108 (7.9%) | 183 (13.4%) | 258 (18.9%) | 444 (32.6%) |
| Native American | 5 | 0 (0.0%) | 1 (0.1%) | 1 (0.1%) | 0 (0.0%) | 3 (0.2%) |
| Pacific Islander | 1 | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Two or More Races | 56 | 3 (0.2%) | 7 (0.5%) | 9 (0.7%) | 5 (0.4%) | 32 (2.3%) |
| White | 801 | 64 (4.7%) | 54 (4.0%) | 107 (7.8%) | 123 (9.0%) | 453 (33.2%) |
| Socioeconomically Disadvantaged | 1,249 | 147 (10.8%) | 140 (10.3%) | 213 (15.6%) | 318 (23.3%) | 431 (31.6%) |
| English learners | 749 | 157 (11.5%) | 84 (6.2%) | 175 (12.8%) | 152 (11.1%) | 181 (13.3%) |
| Students with Disabilities | 664 | 233 (17.1%) | 118 (8.7%) | 176 (12.9%) | 78 (5.7%) | 59 (4.3%) |

*Total = Number of schools with 30 or more students at the schoolwide level and student group level.

For all percentages calculated above, the total number of schools (1,364) was used for the denominator.

The results show, as one example, that greater improvement among English learners statewide will be needed to make significant progress toward narrowing achievement gaps.

Only 333 schools (44.4 percent) are in the Green and Blue performance levels for this student group, which is 22 percentage points lower than the percent of schools in those performance levels overall.

Using the five-by-five grid, the schools represented in this table can determine how much greater improvement is necessary for lower-performing student groups to meet or exceed the goal within the relevant period of time. All LEAs must also address in their LCAP annually the efforts they will undertake to make significant progress in closing performance gaps where any student group is two or more levels below the overall performance within the LEA. The progress statewide toward narrowing performance gaps reflected in this table will occur as LEAs and schools complete that process and focus on accelerating improvement for students that are at lower levels of performance. California's emerging statewide system of support, discussed in more detail in section A.4.viii.c, will focus on improving capacity at the local level to identify strengths and weaknesses and prioritize improvement efforts, including narrowing performance gaps.

The table below displays statewide baseline data for all students and each student group, the approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal, and the projected Status after year 3 if the student group makes the average annual improvement necessary over the seven-year period for each student group to meet the long-term goal and is therefore on track to meet the long-term goal. The tables show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within seven years.

The table show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within seven years. The statewide baseline data, which uses the 2015-16 cohort rate, for all students and each student group are provided below. The table displays the performance gaps at the state level among student groups who attend non-alternative schools, and shows that some student groups will need to make significantly more progress than higher performing student groups to reach the statewide goal within seven years.

**Table 17. State Level Graduation Rate by Student Group**

| Student Group | Grade Rate (Status) | Change | Color | Average Annual Improvement to Meet Goal | Status After Year 3 |
|---|---|---|---|---|---|
| All Students | 83.8 | 0.9 | Orange | 1.3 | 87.8 |
| American Indian | 74.0 | -0.4 | Orange | 3.3 | 83.9 |
| Asian | 93.7 | 0.9 | Green | Increased from Baseline | 93.8 |
| Black or African American | 72.9 | 0.3 | Orange | 3.5 | 83.5 |
| Filipino | 94.0 | 0.7 | Green | Increased from Baseline | 94.1 |
| Hispanic or Latino | 80.5 | 1.5 | Yellow | 2.0 | 86.5 |
| Pacific Islander | 83.3 | 0.1 | Orange | 1.4 | 87.6 |
| Two or More Races | 85.8 | -0.5 | Yellow | 0.9 | 88.6 |
| White | 88.9 | 0.4 | Yellow | 0.3 | 89.9 |
| English Learner | 72.5 | 3.0 | Yellow | 3.6 | 83.3 |
| Foster Youth | 51.1 | 1.0 | Red | 7.9 | 74.7 |
| Homeless | 70.5 | 3.1 | Yellow | 4.0 | 82.5 |
| Socioeconomically Disadvantaged | 79.8 | 1.8 | Yellow | 2.1 | 86.2 |
| Students with Disabilities | 66.1 | 1.4 | Red | 4.9 | 80.7 |

c. English Language Proficiency. *(ESEA section 1111(c)(4)(A)(ii))*

1. Describe the long-term goals for English learners for increases in the percentage of such students making progress in achieving English language proficiency, as measured by the statewide English language proficiency assessment including: (i) baseline data; (ii) the State-determined timeline for such students to achieve English language proficiency; and (iii) how the long-term goals are ambitious.

As discussed in more detail in section A.4.iv.d, the English Learner Progress Indicator (ELPI) provides credit to schools when students move up one performance level on the state English language proficiency test from the prior year to the current year. Using the former English language assessment results (the California English Language Development Test [CELDT]) and current methodology, a student that starts with a beginning level on the CELDT is expected to achieve English language proficiency within five years and maintain language proficiency until meeting all reclassification criteria.

Research indicates that it takes five to seven years for English learner (EL) students to become English language proficient (Cook, Linquanti,

Chinen & Jung, 2012; Thompson, 2015; Umansky & Reardon, 2014). Therefore, the design of the ELPI sets high expectations for schools.

California recently transitioned to a new English language proficiency test. The first operational administration of the new summative assessment, the English Language Proficiency Assessments for California (ELPAC), occurred in spring 2018 and the second administration occurred in spring 2019.

The 2021–22 was the first administration of the Summative Alternate ELPAC which is designed to provide information on student annual progress toward ELP and support decisions for students to be RFEP. It is aligned with 2012 California English Language Development Standards via the English Language Development Connectors (https://www.cde.ca.gov/ta/tg/ep/documents/eldconnectorsaltelpac.docx) which are reduced in depth, breadth, and complexity for this population.

The Alternate ELPAC (both Initial and Summative) replaces all locally determined alternate assessments and provides a consistent, standardized measurement of ELP across the state for students with the most significant cognitive disabilities.

In November 2019, the SBE adopted cut scores for Status based on the first two years of results, so performance for LEAs and schools on Status were reported in the 2019 California School Dashboard. As discussed in Section vi.d and f below, California updated the timeline for identifying schools for comprehensive support and additional targeted support to reflect an additional cohort of schools that were identified for this support based on the 2019 Dashboard. This ensured that California used the ELPI in assistance and support determinations for LEAs and schools at the earliest point practicable after transitioning to the new assessment.

The ELPI baseline data for Status is based on progress between 2018 and 2019. The goal for all schools is to reach the "High" Status, as shown in the table below. This means that the goal is for at least 55 percent of students to gain one performance level on the language proficiency assessment annually. Only 25 percent of schools currently meet or exceed this goal, making it ambitious for the state to meet.

The SBE has established a seven-year timeline for reaching the goal. The SBE expects to revise the performance levels for state indicators every seven years and has established an annual review process to assess progress on all indicators statewide. Additionally, as approved by the U.S. Department of Education on August 12, 2022, through the 2021–22 Addendum Template for the Consolidated State Plan due to COVID-19, California shifted the timeline to measure long-term goals and measurement of interim progress forward by two years as follows:

| Number | Year |
| --- | --- |

| 1 | 2019 |
|---|------|
| **2** | **2022** |
| **3** | **2023** |
| **4** | **2024** |
| **5** | **2025** |
| **6** | **2026** |
| **7** | **2027** |

In 2023, when a third year of ELPAC data is available, and the SBE adopted an updated methodology for the indicator that indicates where schools and student groups are on the five-by-five colored grid, allowing schools to target improvement strategies to reach the goal. This report will be available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/. The CDE conducted data simulations using results from the 2020–21, 2021–22, and 2022–23 Summative ELPAC results. These data simulations were used to establish the Change cut scores for the ELPI and determine the simulated overall performance color as outlined in Table 18 below. The results in Table 18 are not the final results that will be reported for the ELPI on the 2023 Dashboard.

**Table 18: 2023 Simulated English Learner Progress Status and Change Levels With School Performance**

| Performance Level | Change: Significantly Declined | Change: Declined | Change: Maintained | Change: Increased | Change: Significantly Increased |
|---|---|---|---|---|---|
| Status: Very High | 13 (0.2%) Yellow | 51 (0.7%) Green | 49 (0.6%) Blue | 126 (1.6%) Blue | 347 (4.5%) Blue |
| Status: High | 69 (0.9%) Orange | 200 (2.6%) Yellow | 128 (1.7%) Green | 334 (4.3%) Green | 517 (6.7%) Blue |
| Status: Medium | 265 (3.4%) Orange | 459 (6.0%) Orange | 219 (2.8%) Yellow | 415 (5.4%) Green | 296 (3.9%) Green |
| Status: Low | 431 (5.6%) Red | 319 (4.1%) Orange | 122 (1.6%) Orange | 148 (1.9%) Yellow | 49 (0.6%) Yellow |
| Status: Very Low | 271 (3.5%) Red | 81 (1.1%) Red | 12 (0.2%) Red | 19 (0.2%) Orange | 11 (0.1%) Yellow |

The statewide baseline data, which uses the English Language Proficiency Assessment data from 2017-18 and 2018-19, and simulated change and color, which uses data from the English Language Proficiency Assessment data from 2020–21, 2021–22 and 2022–23, for all English learner students are provided in the Table below. The table displays the statewide baseline performance on this indicator and shows the approximate average annual improvement necessary over the seven-year period to meet the long-term goal.

**Table 19. State Level English Learner Progress Performance Level (Change and Color are based on 2023 ELPI data simulations)**

| Student Group | 2018-19 ELPI Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Year 3 |
|---|---|---|---|---|---|
| English Learners | 48.3 | -0.2 | Yellow | 1.3 | 52.2 |

    2.   Provide the measurements of interim progress toward the long-term goal for increases in the percentage of English learners making progress in achieving English language proficiency in Appendix A.

iv.      <u>Indicators</u> *(ESEA section 1111(c)(4)(B))*

    a.  <u>Academic Achievement Indicator</u>.  Describe the Academic Achievement indicator, including a description of how the indicator (i) is based on the long-term goals; (ii) is measured by proficiency on the annual Statewide reading/language arts and mathematics assessments; (iii) annually measures academic achievement for all students and separately for each subgroup of students; and (iv) at the State's discretion, for each public high school in the State, includes a measure of student growth, as measured by the annual Statewide reading/language arts and mathematics assessments.

        The Academic Indicator includes the CAASPP for ELA and mathematics in grades three through eight (3–8) for elementary and middle schools and grade 11 for high schools. Proficiency is measured by looking at a student's Distance from Level 3 (for each grade), which compares how far above or below students are from the lowest possible scale score to achieve Level 3 (Standard Met/Proficiency) on the administration of the Smarter Balanced assessments. "Status" is determined using the average of these distances on the most recent administration of the Smarter Balanced assessments, and "Change" is the difference between performance from the prior year and current year. The same calculation methodology is used at both the school level and the student group level. Results for both ELA and mathematics will be reported as their own academic measures.

        The Smarter Balanced Assessments uses vertically aligned scale scores, which provides a basis for describing individual student progress over time,

setting goals, and ultimately determining whether students are on track for college and career readiness. Using scale scores provides a more precise measure of school status and progress. Distance from Level 3 uses scales scores to determine how far each student is from the lowest scale score needed to achieve Level 3 (Standard Met), which indicates 'proficiency' under ESSA. As a result, all of the students within a school are reflected in the calculation showing how close the "all students" group and each student group is to proficiency. Because the progress of all students are taken into consideration the tendency for schools to focus on only those students just below proficiency will be reduced.

For the purposes of the State Plan, the academic achievement indicator consists only of the Status component of California's Academic Achievement Indicator on the Dashboard for grades 3-8. For grade 11, the indicator includes both Status and Change, as authorized by ESSA, Section 1111(c)(4)(B)(i).

Detailed information on the production of the new indicators in the new California Model is provided in the California Accountability System: California School Dashboard Technical Guide available on the CDE Web page at http://www.cde.ca.gov/ta/ac/cm/ under the Data Files and Guide tab.

Indicator for Public Elementary and Secondary Schools that are Not High Schools (Other Academic Indicator). Describe the Other Academic indicator, including how it annually measures the performance for all students and separately for each subgroup of students. If the Other Academic indicator is not a measure of student growth, the description must include a demonstration that the indicator is a valid and reliable statewide academic indicator that allows for meaningful differentiation in school performance.

Chronic absenteeism will serve as an additional academic indicator for grades K–8, given its strong correlation with future academic attainment. There is wide agreement that students who are absent 10 percent or more of the school year, including excused and unexcused absences, are at greater risk of reading below grade level and dropping out of high school (Ginsburg, Jordan, and Chang, 2014; Balfanz and Byrnes, 2012; Ginsburg and Chudowsky, 2012).

In addition, this indicator will be especially important for schools that only serve students in grades K–2. A study in California found that only 17 percent of children chronically absent in both kindergarten and grade 1 were proficient readers by the end of grade 3, as compared to 64 percent of their peers who attended school regularly (Bruner, Discher, and Chang, 2011). This research, along with review and approval of the indicator by the CDE's Technical Design Group, will allow chronic absenteeism to serve as a valid and reliable academic indicator.

LEAs reported chronic absence data to the state for the first time in CALPADS for the 2016–17 school year. Each LEA reported which students were chronically absent, which is defined in California Education Code Section 60901(c)(1) as "a pupil who is absent on 10 percent or more of the school days in the school year when the total number of days a pupil is absent is divided by the total number of days the pupil is enrolled and school was actually taught in the regular day schools of the district, exclusive of Saturdays and Sundays." LEAs reported the second year of chronic absence data in CALPADS for the 2017-18 school year, which allowed the SBE to establish color-coded performance levels for this indicator prior to releasing the 2018 Dashboard. Additionally, chronic absence data is available via the CDE's DataQuest Web Site: https://dq.cde.ca.gov/dataquest/DQCensus/AttChrAbsRate.aspx?agglevel=State&cds=00&year=2016-17. The SBE established the color-coded performance levels using the methodology described in section v.a below, which is the methodology used to establish the five-by-five grids for other indicators that are included throughout this state plan and therefore ensure meaningful differentiation among the color-coded performance levels. The calculation formula is number of students chronically absent 10 percent or more divided by the number of students who are eligible for chronic absenteeism enrollment. The calculation formula for Change is the current year chronic absence rate minus the prior year chronic absence rate. Below is the five-by-five colored table that will be used to determine performance levels.

**Table 20. Chronic Absenteeism Performance Levels**

| Performance Level | Increased Significantly From Prior Year (by 3.0% or more) | Increased From Prior Year (by 0.5% to less than 3.0%) | Maintained From Prior Year (declined or increased by less than 0.5%) | Declined From Prior Year (by 0.5% to less than 3.0%) | Declined Significantly From Prior Year (by 3.0% or more) |
|---|---|---|---|---|---|
| **Very Low** 2.5% or less in Current Year | 0 (0.0%) Yellow | 62 (0.8%) Green | 168 (2.2%) Blue | 185 (2.4%) Blue | 53 (0.7%) Blue |
| **Low** More than 2.5% to 5.0% in Current Year | 18 (0.2%) Orange | 361 (4.7%) Yellow | 311 (4.1%) Green | 386 (5.1%) Green | 61 (0.8%) Blue |
| **Medium** More than 5.0% to 10.0% in Current Year | 139 (1.8%) Orange | 1,106 (14.5%) Orange | 520 (6.8%) Yellow | 856 (11.2%) Green | 214 (2.8%) Green |
| **High** More than 10.0% to 20.0% in Current Year | 459 (6.0%) Red | 960 (12.6%) Orange | 311 (4.1%) Orange | 587 (7.7%) Yellow | 245 (3.2%) Yellow |
| **Very High** More than 20.0% in Current Year | 182 (2.4%) Red | 227 (3.0%) Red | 36 (0.5%) Red | 138 (1.8%) Orange | 47 (0.6%) Yellow |

| # of Schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 7,632 | 900 (11.8%) | 2,680 (35.1%) | 1,756 (23.0%) | 1,829 (24.0%) | 467 (6.1%) |

As noted in Section iv.a above, the academic indicator consists only of the "Status component of California's Academic Indicator on the Dashboard for

grades 3-8. The "Change" component of California's Academic Indicator will serve as an additional academic indicator for grades 3-8. The method for calculating this indicator is as described in Section iii.A.1.

b.  <u>Graduation Rate</u>. Describe the Graduation Rate indicator, including a description of (i) how the indicator is based on the long-term goals; (ii) how the indicator annually measures graduation rate for all students and separately for each subgroup of students;
(iii) how the indicator is based on the four-year adjusted cohort graduation rate; (iv) if the State, at its discretion, also includes one or more extended-year adjusted cohort graduation rates, how the four-year adjusted cohort graduation rate is combined with that rate or rates within the indicator; and (v) if applicable, how the State includes in its four-year adjusted cohort graduation rate and any extended-year adjusted cohort graduation rates students with the most significant cognitive disabilities assessed using an alternate assessment aligned to alternate academic achievement standards under ESEA section 1111(b)(2)(D) and awarded a State-defined alternate diploma under ESEA section 8101(23) and (25).

Beginning in 2019, California's Graduation Rate Indicator will use the most current four-year cohort as the base for the graduation rate indicator. Fifth-year graduates from the prior four-year cohort, will be added to both the numerator and denominator to calculate the graduation rate. The same calculation methodology is used at both the school level and the student group level. The combined four-and five-year graduation rate will have its own long-term goal described in section b.1 above, which applies to all schools and all student groups.

For the purposes of the State Plan, graduation rate consists only of the Status component of California's Graduation Rate Indicator on the Dashboard.

Currently, students with the most significant cognitive disabilities are held to the same graduation requirements as all other students.

c.  <u>Progress in Achieving English Language Proficiency (ELP) Indicator</u>. Describe the Progress in Achieving ELP indicator, including the State's definition of ELP, as measured by the State ELP assessment.

California's English Learner Progress Indicator (ELPI) is based on performance on the English Language Proficiency Assessments for California (ELPAC)For accountability purposes, the ELPI has six performance levels.

The current ELPI calculation formula for "Status" is:

Annual ELPAC Test Takers Who Increased at least 1 ELPI Level

*plus*

Annual ELPAC Test Takers Who Maintained Level 4 on the ELPAC

*plus*

Annual Summative Alternate ELPAC Test Takers Who Had a Scale Score Change of Ten or More Points or Who Increase at least 1 Summative Alternate ELPAC Performance Level or Who Maintained Level 3 on the Summative Alternate ELPAC

divided by

The Number of Annual ELPAC Test Takers and Summative Alternate ELPAC Test Takers in the Current Year

The ELPI calculation formula for "Change" is:

Current Year Status minus Prior Year Status

Students who have demonstrated English proficiency on the assessment must maintain their English proficiency while meeting other criteria for reclassification and exit from EL status. This model was developed in consultation with the CDE's Technical Design Group to ensure that EL achievement is validly and reliably measured. This indicator is applied to all EL students in grades 1–12.

California recently transitioned to a new English language proficiency test. The first administration of the new assessment, the ELPAC, occurred in spring 2018 and the second administration occurred in spring 2019. As noted in Section iii.c.1 above, now that the ELPAC is operational and the CDE has two years of results, the SBE established the ELPI methodology and the Status cut points at the November 2019 SBE meeting, so Status performance levels for LEAs and schools were reported in the 2019 California School Dashboard.

Beginning with the 2023 California School Dashboard, California will include the Summative Alternate ELPAC results in the indicator and expand the indicator to include change cut scores and five-by-five grid as shown in the table below.

**Table 20x: English Learner Progress Status and Change Levels**

| Performance Level | Change: Declined Significantly by greater than 10% points | Change: Declined by 2% points to 10% Points | Change: Maintained Declined or increased by less than 2% points | Change: Increased by 2% points to less than 10% points | Change: Increased Significantly by 10% points or greater |
|---|---|---|---|---|---|
| Status: Very High 65.0% or greater | Yellow | Green | Blue | Blue | Blue |
| Status: High 55.0% to less than 65.0% | Orange | Yellow | Green | Green | Blue |
| Status: Medium 45.0% to less than 55.0% | Orange | Orange | Yellow | Green | Green |
| Status: Low 35.0% to less than 45.0% | Red | Orange | Orange | Yellow | Yellow |
| Status: Very Low Less than 35.0% | Red | Red | Red | Orange | Yellow |

The previously submitted language above provided a brief description of the process and timeline to be undertaken to standardize EL Entrance and Exit Criteria for English learners in California. Further details of the timeline are included here:

- In January 2019, a study related to the use of the new English Language Proficiency Assessments for California (ELPAC) scores will be presented to the State Board of Education to adopt a new ELPAC reclassification criteria. The standardized Language Observation Tool and Parent Involvement Protocol will be developed in 2018–19 and piloted in 2019–20.

- In January 2019, work with the Legislature will begin to change the reclassification criteria in California Education Code. This process generally takes one year. Legislation will include the standardized, statewide Language Observation Tool and Parent Involvement Protocol.

- If the Legislature enacts law to change the reclassification criteria including the Language Observation Tool, and Parent Involvement Protocol, the law goes into effect on July 1, 2020.

- The Regulatory Process would begin in 2020–21, and full implementation is expected in 2021–22.

d.  School Quality or Student Success Indicator(s). Describe each School Quality or Student Success Indicator, including, for each such indicator: (i) how it allows for meaningful differentiation in school performance; (ii) that it is valid, reliable, comparable, and statewide (for the grade span(s) to which it applies); and (iii) of how each such indicator annually measures performance for all students and separately for each subgroup of students. For any School Quality or Student Success indicator that does not apply to all grade spans, the description must include the grade spans to which it does apply.

The Suspension Rate Indicator will be used to measure school quality for all students in K–12. For all state indicators, the California Model determines performance levels based on the distribution of LEA data. The distribution is used to set four cut scores for both Status and Change. However, for the Suspension Rate Indicator, the data were significantly different among elementary, middle, and high schools. After consulting with the Technical Design Group about the implications of this difference, three distributions were created for the Suspension Rate Indicator only, one for elementary, one for middle, and one for high schools. The three sets of distributions resulted in the establishment of three different sets of cut scores, which allows for meaningful differentiation and a valid and reliable comparison among schools statewide by school type. The same calculation methodology will be used at both the school level and the student group level.

The calculation formula for Status is the number of students suspended divided by the number of students cumulatively enrolled. The calculation

formula for Change is the current year suspension rate minus the prior year suspension rate.

Below are the three five-by-five colored tables that will be used to determine performance levels for elementary, middle, and high schools.

**Table 21. Suspension Indicator (Elementary School)**

| Level | Change: Increased Significantly by greater than 2.0% | Change: Increased by 0.3% to 2.0% | Change: Maintained Declined or increased by less than 0.3% | Change: Declined by 0.3% to less than 1.0% | Change: Declined Significantly by 1.0% or greater |
|---|---|---|---|---|---|
| Status: Very Low 0.5% or less | N/A | Green | Blue | Blue | Blue |
| Status: Low Greater than 0.5% to 1.0% | N/A | Yellow | Green | Green | Blue |
| Status: Medium Greater than 1.0% to 3.0% | Orange | Orange | Yellow | Green | Green |
| Status: High Greater than 3.0% to 6.0% | Red | Orange | Orange | Yellow | Yellow |
| Status: Very High Greater than 6.0% | Red | Red | Red | Orange | Yellow |

**Table 22. Suspension Indicator (Middle School)**

| Level | Change: Increased Significantly by greater than 4.0% | Change: Increased by 0.3% to 4.0% | Change: Maintained Declined or increased by less than 0.3% | Change: Declined by 0.3% to less than 3.0% | Change: Declined Significantly by 3.0% or greater |
|---|---|---|---|---|---|
| Status: Very Low 0.5% or less | N/A | Green | Blue | Blue | Blue |
| Status: Low Greater than 0.5% to 2.0% | N/A | Yellow | Green | Green | Blue |
| Status: Medium Greater than 2.0% to 8.0% | Orange | Orange | Yellow | Green | Green |
| Status: High Greater than 8.0% to 12.0% | Red | Orange | Orange | Yellow | Yellow |
| Status: Very High Greater than 12.0% | Red | Red | Red | Orange | Yellow |

**Table 23. Suspension Indicator (High School)**

| Level | Change: Increased Significantly by greater than 3.0% | Change: Increased by 0.3% to 3.0% | Change: Maintained Declined or increased by less than 0.3% | Change: Declined by 0.3% to less than 2.0% | Change: Declined Significantly by 2.0% or greater |
|---|---|---|---|---|---|
| Status: Very Low 0.5% or less | N/A | Green | Blue | Blue | Blue |
| Status Low Greater than 0.5% to 1.5% | N/A | Yellow | Green | Green | Blue |
| Status: Medium Greater than 1.5% to 6.0% | Orange | Orange | Yellow | Green | Green |
| Status: High Greater than 6.0% to 10.0% | Red | Orange | Orange | Yellow | Yellow |
| Status: Very High Greater than 10.0% | Red | Red | Red | Orange | Yellow |

As noted above, the "Change" component for California's Graduation Rate Indicator and English Learner Progress Indicator are additional indicators of student success. The methods for calculating these indicators are as described in sections iii.A.3 & 4 above.

The College/Career Indicator is an additional indicator of student success for high schools. The SBE adopted performance standards (i.e., five-by-five grid) for the College/Career Indicator (CCI) prior to the initial year of school identification in 2018–19. The five-by-five grid was established using the methodology described in section v.a below, which is the methodology used to establish the five-by-five grids for other indicators that are included throughout this state plan and therefore ensures meaningful differentiation among the color-coded performance levels.

The CCI is designed to include multiple measures in order to value the multiple pathways that students may take to prepare for postsecondary. The CCI currently has three levels (Prepared, Approaching Prepared, and Not Prepared) and is designed to allow new

measures to be added when they become available. To determine how well schools have prepared students for postsecondary, the CCI evaluates all students in the four-year graduation cohort. The same calculation methodology is used for both the school level and the student group level.

In consulting with the CDE's Technical Design Group, it was determined that the following measures were valid and reliable measures of college/career readiness. These measures are included in the Fall 2017 California School Dashboard release:

- Grade 11 CAASPP results in ELA and mathematics
- a–g Completion[4]
- Dual Enrollment
- Advanced Placement (AP) exam
- International Baccalaureate (IB) exam
- Career Technical Education (CTE) pathway completion

California added new data elements to California's student-level data collection, the California Longitudinal Pupil Achievement Data System (CALPADS), in the 2016–17 school year, which the SBE subsequently approved for inclusion within the CCI calculation. These measures are:

- State Seal of Biliteracy
- Articulated CTE Pathways

For the CCI, "Status" is determined using the current CCI rate and "Change" is the difference between the current rate and the prior year's rate. Below is the five-by-five colored table that will be used to determine performance levels.

---

[4] Additional information about the a-g subject requirements is available on the University of California's Web site: https://www.ucop.edu/agguide/a-g-requirements/.

**Table 24. College/Career Indicator Performance Levels**

| Performance Level | Declined Significantly<br><br>From Prior Year (by 9.1% or more) | Declined<br><br>From Prior Year (by 2.0% to 9.0%) | Maintained<br><br>From Prior Year (declined or increased by 1.9%) | Increased<br><br>From Prior Year (by 2.0% to 8.9%) | Increased Significantly<br><br>From Prior Year (by 9.0% or more) |
|---|---|---|---|---|---|
| **Very High**<br><br>70.0% or greater in Current Year | 6<br>(0.3%)<br>Yellow | 35<br>(1.9%)<br>Green | 62<br>(3.4%)<br>Blue | 71<br>(3.9%)<br>Blue | 40<br>(2.2%)<br>Blue |
| **High**<br><br>55.0% to less than 70.0% in Current Year | 11<br>(0.6%)<br>Orange | 53<br>(2.9%)<br>Yellow | 70<br>(3.9%)<br>Green | 89<br>(4.9%)<br>Green | 69<br>(3.8%)<br>Blue |
| **Medium**<br><br>35.0% to less than 55.0% in Current Year | 36<br>(2.0%)<br>Orange | 136<br>(7.6%)<br>Orange | 114<br>(6.3%)<br>Yellow | 147<br>(8.2%)<br>Green | 92<br>(5.1%)<br>Green |
| **Low**<br><br>10.0% to less than 35.0 in Current Year% | 42<br>(2.3%)<br>Red | 85<br>(4.7%)<br>Orange | 59<br>(3.3%)<br>Orange | 72<br>(4.0%)<br>Yellow | 30<br>(1.7%)<br>Yellow |
| **Very Low**<br><br>Less than 10.0% in Current Year | 5<br>(0.3%)<br>Red | 74<br>(4.1%)<br>Red | 321<br>(17.8%)<br>Red | 82<br>(4.6%)<br>Orange | 0<br>(0.0%)<br>Yellow |

| # of Schools | Red | Orange | Yellow | Green | Blue |
|---|---|---|---|---|---|
| 1,801 | 442<br>(24.5%) | 409<br>(22.7%) | 275<br>(15.3%) | 433<br>(24%) | 242<br>(13.4%) |

v.    <u>Annual Meaningful Differentiation</u> *(ESEA section 1111(c)(4)(C))*

   a. Describe the State's system of annual meaningful differentiation of all public schools in the State, consistent with the requirements of section 1111(c)(4)(C) of the ESEA, including a description of (i) how the system is based on all indicators in the State's accountability system, (ii) for all students and for each subgroup of students. Note that each state must comply with the requirements in 1111(c)(5) of the ESEA with respect to accountability for charter schools.

   California has developed a multiple measures accountability system that uses percentile distributions to create a five-by-five grid. This five-by-five grid provides 25 results that combine "Status" and "Change" to make an overall determination for each of California's Dashboard indicators. "Status" and "Change" receive equal weight in determining overall performance.

   "Status" is determined using the current year performance (i.e., current year graduation rate), and "Change" is the difference between performance from the current year and the prior year, or between the current year and a multi-year weighted average.

   To determine the percentile cut scores for "Status," LEAs and schools were ordered from highest to lowest and four cut points were selected based on the distribution. These cut points created five "Status" levels:

   - Very High
   - High
   - Medium
   - Low
   - Very Low

   For "Change" cut scores, LEAs and schools were ordered separately from highest to lowest for positive change and lowest to highest for negative change. These cuts points created five "Change" levels:

   - Increased significantly
   - Increased
   - Maintained
   - Declined
   - Declined significantly

   Each indicator has its own unique set of cut points for "Status" and "Change," which are determined in consultation with the CDE's Technical Design Group to ensure validity and reliability in the indicator's measurement. The cut points will generally remain in place for seven years, although the SBE may adjust the cut points earlier if statewide data demonstrate that the existing cut points no longer support meaningful differentiation of schools. By combining the results of

both "Status" and "Change," one of five color-coded "Performance Levels" can be assigned for each indicator:

- Blue
- Green
- Yellow
- Orange
- Red

The following table is a sample of the five-by-five grid California will use to illustrate school, LEA, and student group performance relative to each indicator:

### Table 25. Sample Five-by-Five Grid

| Levels | Change: Declined Significantly | Change: Declined | Change: Maintained | Change: Increased | Change: Increased Significantly |
|---|---|---|---|---|---|
| Status: Very High | Yellow | Green | Blue | Blue | Blue |
| Status: High | Orange | Yellow | Green | Green | Blue |
| Status: Medium | Orange | Orange | Yellow | Green | Green |
| Status: Low | Red | Orange | Orange | Yellow | Yellow |
| Status: Very Low | Red | Red | Red | Orange | Yellow |

Schools receive a color-coded performance level for all students and each student group with at least 30 students on each indicator that applies based on the grades served by the school.

The differing possible combinations of colors on the indicators that apply for each school allow meaningful differentiation of performance for all students and each student group. For example, a school with all Green indicators is higher performing than another school with all Yellow indicators, but lower performing than a third school with all Green indicators except for one Blue indicator.

Similarly, the five distinct levels within Status and Change allow meaningful differentiation within each component used to determine overall performance.

b. Describe the weighting of each indicator in the State's system of annual meaningful differentiation, including how the Academic Achievement, Other Academic, Graduation Rate, and Progress in ELP indicators each receive substantial weight individually and, in the aggregate, much greater weight than the School Quality or Student Success indicator(s), in the aggregate.

For each indicator, "Status" and "Change" have equal weight. In addition, each indicator is given equal weight when meaningfully differentiating schools, with ELA and Mathematics assessments considered as two separate indicators for school differentiation.

Seven of the eleven possible school-level indicators described in this plan are academic. Two of these represent the Status" component in determining a color-coded performance level on a Dashboard indicator, contributing half of the overall color-coded performance levels for two of California's Dashboard indicators (Graduation Rate Indicator and English Learner Progress Indicator). The "Change" components of these two Dashboard indicators serve as student success indicators. Due to the combination of "Status" and "Change" to determine an overall color-coded performance level for each of California's Dashboard indicators, two-thirds of the overall performance determination within California's system of meaningful differentiation is therefore attributed to academics without devaluing the importance of school quality.

As noted, the differing possible combinations of colors on the indicators that apply for each school allow meaningful differentiation of performance for all students and each student group. For example, a school with all Green indicators is higher performing than another school with all Yellow indicators, but lower performing than a third school with all Green indicators except for one Blue indicator. Accordingly, the academic indicators receive much greater weight, in the aggregate, than the other indicators within California's system of meaningful differentiation.

c. If the States uses a different methodology or methodologies for annual meaningful differentiation than the one described in 4.v.a. above for schools for which an accountability determination cannot be made (*e.g.*, P-2 schools), describe the different methodology or methodologies, indicating the type(s) of schools to which it applies.

California will produce an accountability report for every public school in the state. Schools with less than 30 students will receive data; however, they will not receive a performance level (i.e., a color) consistent with the requirement in

ESSA, Section 1111(c)(3)(A)(i) that the state plan describe a minimum n-size to be used for any provisions requiring disaggregation of performance data by student groups and that the minimum n-size be the same for all students and student groups. This will provide small schools with data that they can use to improve student performance.

In addition, California's new accountability system includes LEAs. The indicators used for school accountability will also be applied at the LEA level. As a result, the performance of students in schools with less than 30 students will be rolled up to the LEA level and to the state level, and the performance of those students is used for accountability determinations and identification for assistance of LEAs under state law. California is in the process of developing tools for all LEAs and schools to use for continuous improvement and implementing state law requirements for assistance and intervention for LEAs that are low-performing on the indicators described for the state and additional local indicators that apply only at the LEA level. Schools with less than 30 students will have access to these tools to assist them in their improvement plans. (Note: For privacy purposes results are never displayed for fewer than 11 students.)

For schools that are so small that they do not receive a color-coded performance level on any indicator within the Dashboard (approximately 100 schools in 2017-18), the CDE will review their performance data and other relevant information annually and shall identify them for comprehensive support and improvement or targeted support and improvement assistance based on any identified performance issues.

California's accountability system uses both "Status" and "Change," which requires two consecutive years of data. Therefore, newly opened schools will not receive performance levels on the state indicators until the second year of data are available. Schools will not be eligible for comprehensive or targeted support until they receive performance levels on the state indicators.

State assessments are administered starting at grade 3. Elementary schools with kindergarten, grade 1, and/or grade 2 students will have their ELA and mathematics reports based on grade 3 results of schools with which they are paired, using the same Distance from Met methodology that is applied to all schools and student groups. Pairing is based on matriculation patterns. For start-up schools, where there is not a matriculation pattern, the grade 3 district average will be used.

vi.   Identification of Schools *(ESEA section 1111(c)(4)(D))*
   a. Comprehensive Support and Improvement Schools. Describe the State's methodology for identifying not less than the lowest-performing five percent of all schools receiving Title I, Part A funds in the State for comprehensive support and improvement, including the year in which the State will first identify such schools.

Consistent with the system of meaningful differentiation described in sections A.4.v.a and A.4.v.b above, California will use the color combinations that schools receive on California School Dashboard indicators to identify the lowest performing 5 percent of Title I schools statewide for comprehensive support.

The selection criteria for the selection of at least the lowest performing of 5 percent of Title I schools is based on all of the following criteria:

- Schools with all red indicators;

- Schools with all red but one indicator of any other color;

- Schools with all red and orange indicators; and

- Schools with five or more indicators where the majority are red.

Based on simulations completed using the fall 2017 Dashboard data, these business rules result in the selection of at least 5 percent of Title I schools statewide. Under this approach, performance on a single indicator is not determinative of selection among the lowest performing 5 percent of Title I schools.

b. <u>Comprehensive Support and Improvement Schools</u>. Describe the State's methodology for identifying all public high schools in the State failing to graduate one third or more of their students for comprehensive support and improvement, including the year in which the State will first identify such schools.

Beginning with the 2019 Dashboard, California will use the average of three years of graduation rate data to identify schools with a high school graduation rate less than 68 percent. Any school with a graduation rate less than 68 percent averaged over three years will be identified for comprehensive assistance. For the 2019-20 school identification, only two years of data will be used to calculate the graduation rate due to the use of the extended graduation rate

Three years of data will be used to identify schools; therefore, newly opened schools will not be identified for comprehensive support and improvement until the third year of data is available. However, all schools and student groups with a graduation rate below 68 percent will be given the lowest performance level, Red, on the California School Dashboard. This performance level will be used as part of the criteria when determining schools under consideration of comprehensive support in addition to the lowest 5 percent (section A.4.vi.a).

c. <u>Comprehensive Support and Improvement Schools</u>. Describe the methodology by which the State identifies public schools in the State receiving Title I, Part A funds that have received additional targeted support under ESEA section 1111(d)(2)(C) (based on identification as a school in which any subgroup of students, on its own,

would lead to identification under ESEA section 1111(c)(4)(D)(i)(I) using the State's methodology under ESEA section 1111(c)(4)(D)) and that have not satisfied the statewide exit criteria for such schools within a State-determined number of years, including the year in which the State will first identify such schools.

California will determine whether any school identified for additional targeted support, as specified in section A.4.vi.f, did not meet the exit criteria specified in section A.4.viii.b within four years. The earliest that the initial identification of any "additional targeted support" school that did not exit such status for comprehensive support and improvement will occur is fall 2024.

d.  <u>Frequency of Identification</u>. Provide, for each type of school identified for comprehensive support and improvement, the frequency with which the State will, thereafter, identify such schools. Note that these schools must be identified at least once every three years.

California will initially identify schools for each type of school identified in consecutive years (fall 2018, fall 2019, fall 2020). Schools will be identified in 2019 to ensure that the ELPI is used in assistance and support determinations. Schools will be identified in 2019 to ensure that the incorporation of the participation rate into the Academic Indicator, as required in ESEA section 1111(c)(4)(C), is used in assistance and support determinations. In response to the flexibilities provided by the 2021–22 Addendum by ED, the SBE approved revising the timeline for frequency of school identification. Specifically, following the 2022 determinations, schools will be identified once every three years effective in fall 2023.

e.  <u>Targeted Support and Improvement</u>. Describe the State's methodology for annually identifying any school with one or more "consistently underperforming" subgroups of students, based on all indicators in the statewide system of annual meaningful differentiation, including the definition used by the State to determine consistent underperformance. *(ESEA section 1111(c)(4)(C)(iii))*

California's definition of a school with one or more "consistently underperforming" student group" is a school in which any student group both receives at least two color-coded performance ratings on California's Dashboard indicators and, on its own, meets the criteria for being identified for comprehensive support pursuant to section vi(a) above in two consecutive years. The methodology for identifying such schools is to determine whether any student group at a school has the color-coded performance levels on applicable indicators that match the color-coded performance levels used as criteria for identifying the lowest performing schools receiving Title I, Part A funds for comprehensive support in two consecutive years. California will identify schools with one or more "consistently

underperforming" student group annually, beginning in 2018-19 (based on data from the 2016-17 and 2017-18 school years).

f.  <u>Additional Targeted Support</u>. Describe the State's methodology for identifying schools in which any subgroup of students, on its own, would lead to identification under ESEA section 1111(c)(4)(D)(i)(I) using the State's methodology under ESEA section 1111(c)(4)(D), including the year in which the State will first identify such schools and the frequency with which the State will, thereafter, identify such schools. *(ESEA section 1111(d)(2)(C)-(D))*

California will identify schools for additional targeted support from among the schools with one of more "consistently underperforming" student group, as specified in section vi(e) above. Schools with one or more "consistently underperforming" student group will be identified for additional targeted support if any student group at the school, one its own, meets the criteria used to identify the lowest performing Title I schools for comprehensive support.

California will initially identify schools for additional targeted support in consecutive years (fall 2018, fall 2019, and fall 2020). In response to the flexibilities provided by the 2021–22 Addendum by ED, the SBE approved revising the timeline for frequency of school identification. Specifically, following the 2022 determinations, schools will be identified once every three years effective in fall 2023.

Also, as discussed above, in the event a school or student group has a participation rate below 95 percent, California will assign the lowest possible scale score (LOSS) to the number of students needed to bring the participation rate to 95 percent. The identification of schools in the fall of 2020 will ensure that the LOSS is factored into the participation rate for the Academic Indicator and is used in assistance and support determinations at the earliest point possible.

g.  <u>Additional Statewide Categories of Schools</u>. If the State chooses, at its discretion, to include additional statewide categories of schools, describe those categories.

Not applicable.

vii.  <u>Annual Measurement of Achievement</u> *(ESEA section 1111(c)(4)(E)(iii))*: Describe how the State factors the requirement for 95 percent student participation in statewide mathematics and reading/language arts assessments into the statewide accountability system.

Schools that do not meet the 95 percent participation rate will have their distance from level 3 score adjusted downward. The Lowest Obtainable Scale Score (LOSS) will be assigned for each student needed to bring school, district, and student group to a 95 percent participation rate. The LOSS score will be compared to the lowest

possible scale score for Level 3 (Standard Met) to determine Distance from Standard (DFS). These scores will be included in the calculation of the school's and student group's DFS.

viii.     <u>Continued Support for School and LEA Improvement</u> *(ESEA section 1111(d)(3)(A))*

    a. <u>Exit Criteria for Comprehensive Support and Improvement Schools</u>. Describe the statewide exit criteria, established by the State, for schools identified for comprehensive support and improvement, including the number of years (not to exceed four) over which schools are expected to meet such criteria.

The statewide exit criteria are whether the school has improved performance so that it no longer meets the criteria that were used to identify schools for comprehensive support at the time the school was initially identified, with an additional check to ensure that the Status for the indicators with improved performance has increased. Consequently, a school will have to improve its performance across indicators (including an increase in Status in the relevant indicator(s)) so that it no longer has any combination of color-coded performance levels that meet the criteria used for identification at the time the school was identified. If the school's color-coded performance levels for the current year match the color combinations used to identify schools for comprehensive support when the school was initially identified, it has not met the exit criteria.

Schools are expected to meet these exit criteria within four years from initial identification.

Additionally, in response to the flexibilities provided by the 2021–22 Addendum by ED, the SBE approved revising the timeline and not count the 2019–20 or 2020–21 school years toward the number of years in which a school must meet the exit criteria. The SBE also modified the exit criteria for schools identified for CSI and ATSI that will be eligible to exit status in fall 2022 to use the status performance level rather than the performance color that is based on both status and change. The school or student subgroup in the school must (1) no longer meet the criteria for identification and (2) have improved performance on the indicators (including an increase in the status portion of each indicator) compared to when the school was initially identified.

    b. <u>Exit Criteria for Schools Receiving Additional Targeted Support</u>. Describe the statewide exit criteria, established by the State, for schools receiving additional targeted support under ESEA section 1111(d)(2)(C), including the number of years over which schools are expected to meet such criteria.

The statewide exit criteria are whether the performance of the student group(s) at the school has improved so that it no longer meets the criteria that were used to identify these schools for additional targeted support at the time the school was initially identified, with an additional check to ensure that the Status for the

indicators with improved performance has increased. Consequently, a school will have to improve its performance across indicators (including an increase in Status for the relevant indicator(s)) for the relevant student group(s) so that it no longer has any combination of color-coded performance levels that meet the criteria used for identification at the time the school was identified. If the school's color-coded performance levels for the current year match the color combinations used to identify schools for additional targeted support when the school was initially identified, it has not met the exit criteria.

Schools are expected to meet these exit criteria within four years from initial identification.

Additionally, in response to the flexibilities provided by the 2021–22 Addendum by ED, the SBE approved revising the timeline and not count the 2019–20 or 2020–21 school years toward the number of years in which a school must meet the exit criteria. The SBE adopted modifying the exit criteria for schools identified for CSI and ATSI that will be eligible to exit status in fall 2022 to use the status performance level rather than the performance color that is based on both status and change. The school or student subgroup in the school must (1) no longer meet the criteria for identification and (2) have improved performance on the indicators (including an increase in the status portion of each indicator) compared to when the school was initially identified. Finally, the SBE modified the State-determined number of a years that a school identified for ATSI has to meet the exit criteria; ATSI schools identified in the fall of 2018, 2019, 2022, and 2023 will all have until fall 2026 to meet the exit criteria.

c. <u>More Rigorous Interventions</u>. Describe the more rigorous interventions required for schools identified for comprehensive support and improvement that fail to meet the State's exit criteria within a State-determined number of years consistent with section 1111(d)(3)(A)(i)(I) of the ESEA.

California's Local Control Funding Formula (LCFF), enacted in 2013, fundamentally changed how all local educational agencies (LEAs) in the state are funded, how they are measured for results, and the services and supports they receive to allow all students to succeed to their greatest potential. California is committed to aligning state and federal education policies to the greatest extent possible to develop an integrated local, state, and federal accountability and continuous improvement system grounded in the LCFF. Under the LCFF, LEAs are held accountable for improving student performance. Specifically, LCFF sets eight priorities for school districts and charter schools (ten for county offices of education) that LEAs must address in Local Control and Accountability Plans (LCAPs). Informed by performance data provided through the California School Dashboard, LCAPs describe each LEA's overall vision for students, annual goals, and specific actions that will be taken to achieve the vision and goals.

To ensure that federally funded goals and activities are aligned to state priorities and to streamline and to align local planning processes to the greatest extent possible, the CDE, in collaboration with LEA representatives, has designed a new approach to meeting federal planning requirements within the context of the LCAP process—the LCAP Addendum. The addendum is intended to supplement the LCAP, just as Every Student Succeeds Act (ESSA) funds are intended to supplement state funds.

**California's System of Support**

California is building a statewide system of support that will help LEAs and their schools meet the needs of each student they serve, with a focus on building local capacity to sustain improvement and to effectively address disparities in opportunities and outcomes. Inspired by the conceptual framework behind a Multi-Tiered System of Supports (MTSS), California's statewide system of support will align state and regional resources to support improvement for all schools and districts. This multi-tiered approach will provide support to LEAs and schools within California's integrated local, state, and federal accountability and continuous improvement system. It builds on three levels of supports: Support for All LEAs and Schools, Differentiated Assistance, and Intensive Intervention, as shown in Table 27 below.

**Table 26. Overview of California's Support System**

| Level of Support | Description of Supports Available |
|---|---|
| Support for All LEAs and Schools (Level 1) | Various state and local agencies provide an array of support resources, tools, and voluntary technical assistance that all LEAs may use to improve student performance at the LEA and school level and narrow disparities among student groups across the LCFF priorities, including recognition for success and the ability to share promising practices. |
| Differentiated Assistance (Level 2) | County superintendents (or the Superintendent of Public Instruction/California Department of Education, when provided to county offices of education) and the California Collaborative for Educational Excellence provide differentiated assistance for LEAs in the form of individually designed technical assistance, to address identified performance issues, including significant disparities in performance among student groups. |
| Intensive Intervention (Level 3) | The Superintendent of Public Instruction may require more intensive interventions for LEAs with persistent performance issues and a lack of improvement over a specified time period. |

The first level of support will provide all LEAs and schools with early support so that they do not require more intensive assistance in the second and third levels of support, based on low performance. The California School Dashboard will provide all LEAs and schools with data regarding student performance on the state and local performance indicators and will highlight disparities among student groups on those indicators. This will guide LEAs and schools as they review and update their LCAPs annually and address school-level planning and improvement requirements.

The second level of support will provide differentiated assistance to LEAs including any LEA with a school identified for comprehensive support that does not meet the exit criteria within four years of identification.

Three primary statewide teams provide the foundation for the statewide system of support: the California Department of Education (CDE), California's county offices of education (COEs), and the California Collaborative for Educational Excellence (CCEE), with the State Board of Education (SBE) playing a central policy role. These entities have key roles in providing supports to help all LEAs and schools improve and are given statutory responsibility for providing more focused, evidence-based interventions and assistance for LEAs that are struggling. Critical roles will also be played by multiple stakeholders in the full system of support including other state entities (i.e., the California Commission on Teacher Credentialing and California Subject Matter Project), labor, state associations, researchers, non-profit organizations, institutions of higher education, philanthropy, and coalitions. Systematic collaboration and coordination among all of these entities will facilitate coherent technical assistance and support at the local level and ensure alignment of efforts to continuously improve student outcomes.

California's educational system is founded on the belief that the LEA is the primary unit of change and plays the central role in supporting schools to implement and sustain improvement efforts. California's diversity requires more than a "one size fits all solution" to help LEAs and schools successfully implement continuous improvement efforts and meet the needs of all learners, particularly those students most in need. Although they will be differentiated to meet local needs to the greatest extent possible, all of California's supports and interventions for schools and districts will be implemented within the larger context of this statewide system of support.

California will monitor the implementation of the supports described below and throughout the State Plan and will make improvements, based on LEA and stakeholder feedback, or additions as new, vetted resources and strategies become available. As part of the statewide system of support, California will incorporate ESSA and state resources to the greatest extent possible to ensure that Title I LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes

and procedures that lead to successful continuous improvement of student outcomes.

**Intensive Interventions**

Schools that are identified for comprehensive support and intervention (CSI) that do not meet exit criteria within four years from initial identification will be eligible for more rigorous, or intensive, interventions within the system of support described above. Specifically, the LEA will become eligible for differentiated assistance (Level 2), with the assistance focused particularly on helping the LEA improve in its ability to support its schools in general, and the school that did not meet the exit criteria in particular. The support provided will focus on building LEA capacity to identify issues that impact student learning and to implement interventions and strategies with only the strongest evidence that addresses those issues. This approach is grounded in working with local educators and stakeholders to analyze data and identify strengths, weaknesses, and goals, and provide ongoing performance and progress monitoring to build internal accountability with evidence of improvement.

Any LEA with schools that fail to meet exit criteria after four years will be required to **partner with an external entity, agency, or individual** with demonstrated expertise and capacity to conduct a deep, comprehensive, evidence-based review of the LEA and school. More rigorous interventions will include, but not be limited to, the following activities:

- LEAs will partner with an external entity, agency, or individual to conduct a new comprehensive and/or segmented **needs assessment** that focuses on systemic factors and conduct a deep **root cause analysis** that identifies gaps between current conditions and desired conditions in student performance and progress.

- LEAs will continue to partner with an external entity, agency, or individual to utilize the results of the deep root cause analysis along with stakeholder feedback to develop a **new improvement plan** that includes a prioritized set of more rigorous interventions and strategies that have demonstrated impact or that are supported by the strongest or moderate levels of evidence. The amended plan will include a **program evaluation** component with support to conduct more rigorous **ongoing performance and progress monitoring**, as well as to build internal accountability with evidence of improvement.

d.  <u>Resource Allocation Review</u>.  Describe how the State will periodically review resource allocation to support school improvement in each LEA in the State serving a significant number or percentage of schools identified for comprehensive or targeted support and improvement.

California will periodically review resource allocation to those LEAs and schools identified for CSI and targeted support and improvement (TSI). The state will assist the COEs to work with LEA and school leaders and local stakeholders to identify the resources and supports available through existing local, state, and federal programs and to maximize the utility of those resources by aligning, reconfiguring, and streamlining them. Based on locally identified needs, gaps in resources or capacity to provide support or opportunities to redirect existing resources to more effectively meet needs may be identified.

Based on available data, elements of the process may include, but are not limited to, the following activities:

- **Comprehensive Support and Improvement Review**: California will review and approve initial CSI plans, including a review of how the LEA will address identified resource inequities.

- **Targeted Support and Improvement Review Supports**: California will provide guidance and templates to support development, review, and approval of initial TSI plans, which may be incorporated in the Single Plan for Student Achievement and will include a review of how the LEA will address identified resource inequities.

- **Consolidated Application Reporting System (CARS)**: The CDE will revise and periodically review resource allocation pages in the CARS for LEAs with a significant number of schools identified for CSI and TSI.

- **Federal Program Monitoring**: The CDE will annually review selected LEAs, including LEAs with a significant number of schools identified for CSI and TSI, for resource allocation inequities, strategies designed to resolve resource allocation inequities, and progress in resolving resource allocation inequities. This process may include technical assistance and support for program strategies.

- **Differentiated Assistance**: California will provide assistance to LEAs and schools identified for CSI and TSI with more intensive and differentiated assistance focused on LEAs with a significant number of schools identified for CSI and TSI with the intent to build LEA capacity to identify, correct, and monitor the resolution of resource inequities.

e. <u>Technical Assistance</u>.  Describe the technical assistance the State will provide to each LEA in the State serving a significant number or percentage of schools identified for comprehensive or targeted support and improvement.

**Foundational Technical Assistance and Support**

California will support all LEAs receiving assistance under Title I, Part A to continuously improve student outcomes by providing planning supports, reviewing plans, and monitoring the implementation of plans. In addition to these formal processes, California will also provide to Title I LEAs a Title I, Part A Guidance document, technical assistance, statewide conferences and local institutes, and an online collection of resources and strategies that support continuous improvement. All of these supports and strategies are described below. Supports for LEAs with a significant number of schools identified for CSI and TSI will be differentiated to address specific local needs.

### Supporting the Development of LCAP Addenda

Title I LEAs will be required to submit to the state educational agency (SEA) a LCAP Addendum, which addresses all of the local planning requirements under the ESSA and serves as the LEA Plan. In its LCAP Addendum, each LEA will describe how it is leveraging Title I, Part A funds to improve student outcomes. California will provide all Title I LEAs with a Title I, Part A Guidance document containing recommendations for addressing the local planning requirements in the ESSA.

### Reviewing LCAP Addenda

In reviewing LCAP Addenda, the SEA will only approve LEA plans that include descriptions regarding how the LEA will use ESSA funds to supplement goals and priorities identified in the LEA's LCAP. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response based on the recommendations in the Title I, Part A Guidance document. California will provide the LEA with a designated expert point of contact at the state and regional levels with whom they can discuss these recommendations and be supported to develop a stronger LCAP Addendum.

### Monitoring Title I LEAs

California provides a coordinated and transparent federal program monitoring (FPM) process to ensure Title I LEAs are meeting program requirements and spending program funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. Thus, the CDE's FPM process includes a data review of 50 percent of the LEAs in the state to identify and conduct a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/.

Through the FPM process, Title I LEAs will have access to resources, instruments, training, and state and regional staff experts that will support them to prepare for the monitoring process, and, upon completion of the monitoring process, address any findings that suggest the LEA is not meeting Title I, Part A requirements.

**Providing Technical Assistance**

California will provide technical assistance to Title I LEAs who have questions or need support to develop or implement plans. California will provide the LEA with designated expert points of contact at the state and regional levels with whom they can discuss topics such as coordinating resources, information, and supports to address identified needs at school sites. This technical assistance will be provided through timely and responsive phone or e-mail correspondence.

**Statewide Conferences and Local Institutes**

California will provide and sponsor regular statewide meetings, conferences, and local institutes that will include presentations, workshops, and facilitated Q and A sessions by national, state, and local leaders to facilitate sharing and dissemination of best practices and develop productive relationships with colleagues from across the state.

**Online Collection of Resources and Strategies**

To ensure continuous access and consistent guidance to Title I LEAs, the CDE will make available an online collection of resources that support school improvement. The Web site will include the guidance document described above, frequently asked questions and answers regarding school improvement, and contact information for regional and statewide technical assistance.

**Targeted/Focused Technical Assistance and Support**

California will provide differentiated and responsive technical assistance and support to LEAs with significant numbers of for schools that have been identified for CSI or TSI that is designed to build LEA capacity to support local school improvement efforts. Using a systemic approach to problem solving, California will focus technical assistance and support in three key areas: needs assessment and root cause analysis, improvement planning and evidence-based decision-making, and performance and progress monitoring, which is aligned to the general approach to technical assistance for LEAs identified for support under LCFF and broader school improvement strategies for schools identified for comprehensive and targeted supports. A description of the three key areas of technical assistance and support is provided below.

**Needs Assessment and Root Cause Analysis**

A well-designed and executed needs assessment lays the foundation for a strong improvement plan with interventions that are not only evidence-based but have been proven effective. California will provide resources and tools to support LEAs as they design and complete needs assessments for various school improvement efforts. Information will include a process for engaging stakeholders and examining student, school, and educator needs, as well as potential root causes of gaps between current practice and desired outcomes for student performance and progress. Technical assistance will focus on helping school districts understand the relationship between school-level needs assessments and root cause analysis and the connection to broader system-wide improvement. This understanding will strengthen improvement planning, implementation, and performance and progress monitoring.

**Improvement Planning and Evidence-based Decision-making**

California will provide resources to support LEAs in developing improvement strategies based on evidence-based interventions and determining whether specific evidence-based strategies meet the specific needs and context of the school. This will include providing access to planning tools and guidance documents, and highlighting promising or proven planning strategies and interventions being implemented by LEAs.

In addition, California will direct LEAs to databases, clearinghouses, and guidance documents that outline processes for reviewing and selecting interventions on the basis of their evidence and relevance to local context and needs.

**Performance and Progress Monitoring**

California will provide school districts with opportunities to participate in meetings and trainings focused on monitoring and evaluating the impact of evidence-based interventions. To support this work, California will make available resources to support ongoing evaluation and program review that LEAs can use to conduct interim progress checks.

f.  <u>Additional Optional Action</u>. If applicable, describe the action the State will take to initiate additional improvement in any LEA with a significant number or percentage of schools that are consistently identified by the State for comprehensive support and improvement and are not meeting exit criteria established by the State or in any LEA with a significant number or percentage of schools implementing targeted support and improvement plans.

Not applicable.

1. <u>Disproportionate Rates of Access to Educators</u> (*ESEA section 1111(g)(1)(B)):* Describe how low-income and minority children enrolled in schools assisted under Title I, Part A are not served at disproportionate rates by ineffective, out-of-field, or inexperienced teachers, and the measures the SEA will use to evaluate and publicly report the progress of the SEA with respect to such description.[5]

   **Evaluating and Reporting Disproportionate Rates of Access to Educators Under the No Child Left Behind Act**

   California's 2016 State Plan to Ensure Equitable Access to Excellent Educators (2016 equity plan), available on the California Department of Education (CDE) Educator Excellence Web page at http://www.cde.ca.gov/pd/ee/, includes California's most recent data regarding the rates at which low-income and minority children enrolled in schools assisted under Title I, Part A are served at disproportionate rates by unqualified, out-of-field, or inexperienced teachers. The definitions provided in Table 28 below were used to collect relevant teacher and student data and calculate disproportionate rates of access to educators (or equity gaps) to meet requirements under the 2001 reauthorization of the Elementary and Secondary Education Act, No Child Left Behind (NCLB).

---

[5] Consistent with ESEA section 1111(g)(1)(B), this description should not be construed as requiring a State to develop or implement a teacher, principal or other school leader evaluation system.

**Table 27. California Definitions for Purposes of Collecting Equity Data Under NCLB**

| Term | Definition |
| --- | --- |
| Unqualified teacher | A teacher who is assigned based on the issuance of a Provisional Intern Permit (PIP), Short-term Staff Permit (STSP), or Variable or Short-term Waiver. |
| Out-of-field teacher | A teacher who holds a Limited Assignment Teaching Permit. |
| Inexperienced teacher | A teacher who has two or fewer years of teaching experience. |
| Minority student | A student who is American Indian/Alaska Native, Asian, African American, Filipino, Native Hawaiian/Pacific Islander, Hispanic, or Two or More Races Not Hispanic. |
| Low-income student | A student who is eligible to receive Free or Reduced-Price Meals. These students are referred to as socioeconomically disadvantaged (SED) throughout the plan. |

For the 2016 equity plan, the CDE used data collected via the California Longitudinal Pupil Achievement Data System (CALPADS), data collected by the California Commission on Teacher Credentialing (CTC), and *CalEdFacts* to create data profiles that provide information regarding the rates at which low-income and minority children are taught by unqualified, out-of-field, and inexperienced teachers compared to the rates at which other children are taught by these teachers.

At the request of stakeholders, and to provide a more precise depiction of statewide gaps, the plan includes equity gap data with California's 10,453 schools organized by student demographics into deciles. The 1,002 schools in decile 1 were compared to the 1,002 schools in decile 10.

A summary of disproportionate rates of access to educators as described in the 2016 equity plan is provided in Table 29 below.

**Table 28. Summary of Equity Gaps Described in California's 2016 Equity Plan**

| Term | Equity Gap |
|---|---|
| Inexperienced Teachers by Minority Decile | 13.5 percent of teachers in California's schools with the highest percentage of minority students had been teaching for 2 or fewer years, while 10.1 percent of teachers in schools with the lowest percentage of minority students have been teaching for 2 or fewer years. This represents an equity gap of 3.4 percentage points. |
| Inexperienced Teachers by SED Decile | 14.3 percent of teachers in schools with the highest percentage of SED students have been teaching for 2 or fewer years, while 9.4 percent of teachers in schools with the lowest percentage of SED students have been teaching for 2 or fewer years. This represents an equity gap of 4.9 percentage points. |
| Unqualified Teachers by Minority Decile | 2.2 percent of teachers in schools with the highest percentage of minority students hold a PIP, STSP, or Waiver; while 0.8 percent of teachers in schools with the lowest percentage of minority students hold a PIP, STSP, or Waiver. This represents an equity gap of 1.4 percentage point. |
| Unqualified Teachers by SED Decile | 2 percent of teachers in schools with the highest percentage of SED students hold a PIP, STSP, or Waiver; while 1 percent of teachers in schools with the lowest percentage of SED students hold a PIP, STSP, or Waiver. This represents an equity gap of 1 percentage point. |
| Out-of-field Teachers by Minority Decile | 0.7 percent of teachers in schools with the highest percentage of minority students held a Limited Assignment Permit, while 0.5 percent of teachers in schools with the lowest percentage of minority students hold a Limited Assignment Permit. This represents an equity gap of 0.2 percentage point. |
| Out-of-field Teachers by SED Decile | 0.6 percent of teachers in schools with the highest percentage of SED students held a Limited Assignment Permit, while 0.4 percent of teachers in schools with the lowest percentage of SED students hold a Limited Assignment Permit. This represents an equity gap of 0.2 percentage point. |

### Evaluating and Reporting Equity Gaps Under the Every Student Succeeds Act

California's Local Control Funding Formula (LCFF), enacted in 2013, fundamentally changed how all local educational agencies (LEAs) in the state are funded, how they are measured for results, and the services and supports they receive to allow all students to succeed to their greatest potential. California is committed to aligning state and federal education policies to the greatest extent possible to develop an integrated local, state, and federal accountability and continuous improvement system grounded in the LCFF.

Under the LCFF, LEAs are held accountable for improving student performance. Specifically, California's LCFF-based system sets eight priorities for school districts and charter schools (ten for county offices of education). LCFF Priority 1 recognizes that LEAs should be accountable for providing all students with access to standards-aligned instructional materials, facilities that are in good repair, and teachers who hold teaching credentials and are appropriately assigned (have official certification for the position in which they are teaching). Teachers are not appropriately assigned if they are placed in a position for which the employee does not hold a legally recognized certificate or credential or if placed in a certificated teaching or services position that the employee is not otherwise authorized by statute to hold. State law provides that teachers in charter schools shall hold a certificate, permit, or other document equivalent to that which a teacher in other public schools would be required to hold, but grants charter schools credentialing flexibility with regard to non-core, non-college preparatory courses.[5]

Under NCLB, California did not collect data regarding teacher effectiveness, nor did the state have a definition for the term "ineffective teacher." The CDE has consulted with diverse stakeholders regarding the most appropriate approach for addressing the Every Student Succeeds Act (ESSA) requirement to evaluate and publicly report data regarding "ineffective" teachers and the students they serve.

To meet ESSA requirements, California's definition for "ineffective teacher" builds on LCFF Priority 1 by focusing on credential and assignment status – specifically whether teachers are not appropriately assigned or are teaching without a credential – while recognizing the flexibility afforded charter schools under state law. California will meet the requirement by reporting – at the school and district levels and statewide – data illustrating the various credential statuses recognized by state law and teacher misassignments and any equity gaps that may exist within each status. The data profile will include:

- The percent of teachers who are holding either preliminary or clear credentials;

- The percent of teachers with intern credentials;

- The percent of teachers who are misassigned; and

- The percent of teachers with emergency permits, provisional permits, or waivers.

Under the ESSA, the definitions provided in Table 13 below will be used to collect relevant teacher and student data and calculate equity gaps.

**Table 29. California Definitions for Purposes of Collecting Equity Data Under ESSA[6]**

| Term | Definition |
|------|------------|
| Ineffective teacher | An ineffective teacher is any of the following:<br>• An individual whose assignment is legally authorized by an emergency permit that does not require possession of a full teaching license; or<br>• A teacher who holds a teaching credential but does not possess a permit or authorization that temporarily allows them to teach outside of their credentialed area (misassigned); or<br>• An individual who holds no credential, permit, or authorization to teach in California.<br><br>Under this definition, teachers with the following limited emergency permits would be considered ineffective:<br>• Provisional Internship Permits,<br>• Short-Term Staff Permits<br>• Variable Term Waivers<br>• Substitute permits or Teaching Permits for Statutory Leave (TPSL) holders serving as the teacher of record |
| Out-of-field teacher | A credentialed out-of-field teacher is:<br><br>A credentialed teacher who has not yet demonstrated subject matter competence in the subject area(s) or for the student population to which he or she is assigned. Under this definition, the following limited permits will be considered out of field:<br><br>• General Education Limited Assignment Permit (GELAP)<br>• Special Education Limited Assignment Permit (SELAP) |

---

[6] California *Education Code (EC)* Section 47605(l) states that teachers in charter schools shall hold a CTC certificate, permit, or other document equivalent to that which a teacher in other public schools would be required to hold. However, *EC* Section 47605(l) grants charter schools credentialing flexibility with regard to non-core, non-college preparatory courses. Therefore, the ESSA required definitions and approach to reporting data for ineffective, out-of-field, and inexperienced teachers will account for the statutory flexibility afforded to charter schools under state law.

| Term | Definition |
|------|-----------|
| | • Short-Term Waivers<br>• Emergency English Learner or Bilingual Authorization Permits<br>• Local Assignment Options except for those made pursuant to California Code of Regulations, Title 5, Section 80005(b) |
| Inexperienced teacher | A teacher who has two or fewer years of teaching experience. |
| Minority student | A student who is American Indian/Alaska Native, Asian, African American, Filipino, Native Hawaiian/Pacific Islander, Hispanic, or Two or More Races Not Hispanic. |
| Low-income student | A student who is eligible to receive Free or Reduced-Price Meals. |

The CDE and the CTC entered into a data-sharing memorandum of understanding, which led to the modernization of the statewide system for teacher assignment monitoring and to the development of the California Statewide Assignment Accountability System (CalSAAS). CalSAAS identifies potential teacher misassignments and provides a communication platform for LEAs to address and resolve them. This has enabled CDE to create data profiles that provide information regarding the rates at which low-income and minority children are taught by teachers in the credential and assignment statuses recognized by state law, consistent with the ineffective teacher definition, out-of-field teachers, and inexperienced teachers, compared to the rates at which other children are taught by these types of teachers. The data profile includes comparisons for each of these components. To provide a more precise depiction of equity gaps, California will organize data by quartiles.

Each year, the CDE will use this data to evaluate equity gaps and prepare a report that communicates the state's progress toward eliminating equity gaps. The report will be provided to the State Board of Education and posted on CDE Web pages.

Beyond the evaluation and public reporting of equity gaps, California will take a number of steps to ensure that low-income and minority children enrolled in schools assisted under Title I, Part A are not served at disproportionate rates by ineffective, out-of-field, or inexperienced teachers. Under ESSA Section 1112(b)(2), each LEA is required to submit a plan to the state educational agency (SEA) that describes how it will identify and address any disparities that result in low-income students and minority students being taught at higher rates than other students by ineffective, inexperienced, or out-of-field teachers. Beginning in the 2018–19 school year, LEAs will need to address this provision in the LCAP Addendum. The LCAP is the LEA strategic planning document that is submitted every three years and updated annually, while the Addendum ensures LEAs are meeting federal planning requirements and is submitted to the SEA for approval. In reviewing LCAP Addenda, the SEA will only approve LEA plans that include descriptions

about how the LEA will identify and address any disparities that result in low-income students and minority students being taught at higher rates than other students by ineffective, inexperienced, or out-of-field teachers. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response.

Further, once updates to California's procedures for calculating, reporting, and evaluating equitable access to teachers are completed and new procedures have been established, the CDE will provide training to the relevant state and local educational agencies to promote statewide understanding of the new requirements as they relate to the LCAP process and to provide support in informing LEAs about the new teacher equity reporting process. State and county educational agencies within the statewide system of support will collaborate to develop and provide resources, tools, support, and technical assistance regarding teacher equity issues that will be available to all LEAs (Level 1 supports). These agencies will also develop and provide needs assessment, root cause analysis, improvement planning, evidence-based decision making, and performance and progress monitoring tools and training that is differentiated to the needs of LEAs that have been identified as having persistent teacher equity gaps (Level 2 supports). LEAs will also be provided with expert points of contact at the state and regional levels with whom they can discuss available guidance and be supported to develop strong teacher equity plans.

**Table 30a. 2014–15 Inexperienced Teachers for Title I Schools by Minority Student Enrollment**

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Minority Student Enrollment | Percent of Minority Student Enrollment | Total Teachers | Number of Inexperienced Teachers | Percent of Inexperienced Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 1** | 1,616 | 777,822 | 400,462 | 51.5% | 40,914 | 4,874 | 11.9% |
| **Quartile 2** | 1,611 | 1,017,172 | 849,284 | 83.5% | 48,509 | 5,978 | 12.3% |
| **Quartile 3** | 1,614 | 1,052,844 | 1,000,984 | 95.1% | 49,811 | 5,916 | 11.9% |
| **Quartile 4** | 1,613 | 1,030,616 | 1,019,670 | 98.9% | 48,882 | 6,236 | 12.8% |
| **Title I Total** | 6,454 | 3,878,454 | 3,270,400 | 84.3% | 188,116 | 23,004 | 12.2% |
| **Statewide Total** | 10,028 | 6,224,433 | 4,697,286 | 75.5% | 300,997 | 35,525 | 11.8% |

**Table 30b. 2019–20 Ineffective Teachers for Title I Schools by Minority Student Enrollment**

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Minority Student Enrollment | Percent of Minority Student Enrollment | Total Teachers | Number of Ineffective Teachers | Percent of Ineffective Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 1** | 1,784 | 855,244 | 466,246 | 54.5% | 45,660 | 3,439 | 7.5% |
| **Quartile 2** | 1,785 | 1,109,614 | 935,282 | 84.3% | 54,516 | 4,703 | 8.6% |
| **Quartile 3** | 1,785 | 1,145,346 | 1,091,641 | 95.3% | 54,764 | 4,209 | 7.7% |

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Minority Student Enrollment | Percent of Minority Student Enrollment | Total Teachers | Number of Ineffective Teachers | Percent of Ineffective Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 4** | 1,784 | 1,041,601 | 1,029,093 | 98.8% | 48,900 | 5,806 | 11.9% |
| **Title I Total** | 7,138 | 4,151,805 | 3,522,262 | 84.8% | 203,840 | 18,157 | 8.9% |
| **Statewide Total** | **10,020** | **6,147,573** | **4,770,373** | **77.6%** | **300,939** | **24,323** | **8.1%** |

**Table 30c. 2014–15 Out of Field Teachers for Title I Schools by Minority Student Enrollment**

| Quartile Rank for Title I Schools | Number of Schools | Total Student Enrollment | Minority Student Enrollment | Percent of Minority Student Enrollment | Total Teachers | Number of Out of Field Teachers | Percent of Out of Field Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 1** | 1,616 | 777,822 | 400,462 | 51.5% | 40,914 | 226 | 0.6% |
| **Quartile 2** | 1,611 | 1,017,172 | 849,284 | 83.5% | 48,509 | 327 | 0.7% |
| **Quartile 3** | 1,614 | 1,052,844 | 1,000,984 | 95.1% | 49,811 | 327 | 0.7% |
| **Quartile 4** | 1,613 | 1,030,616 | 1,019,670 | 98.9% | 48,882 | 354 | 0.7% |
| **Title I Total** | 6,454 | 3,878,454 | 3,270,400 | 84.3% | 188,116 | 1,234 | 0.7% |
| **Statewide Total** | 10,028 | 6,224,433 | 4,697,286 | 75.5% | 300,997 | 1,953 | 0.6% |

**Table 31a. 2014–15 Inexperienced Teachers for Title I Schools by Socioeconomically Disadvantaged Student Enrollment**

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Inexperienced Teachers | Percent of Inexperienced Teachers |
|---|---|---|---|---|---|---|---|
| Quartile 1 | 1,613 | 966,149 | 447,575 | 46.3% | 48,601 | 5,417 | 11.1% |
| Quartile 2 | 1,614 | 966,758 | 727,573 | 75.3% | 46,376 | 5,785 | 12.5% |
| Quartile 3 | 1,614 | 996,175 | 868,422 | 87.2% | 47,390 | 5,803 | 12.2% |
| Quartile 4 | 1,613 | 949,372 | 902,922 | 95.1% | 45,749 | 5,999 | 13.1% |
| Title I Total | 6,454 | 3,878,454 | 2,946,492 | 76.0% | 188,116 | 23,004 | 12.2% |
| Statewide Total | 10,028 | 6,224,433 | 3,760,569 | 60.4% | 300,997 | 35,525 | 11.8% |

**Table 31b. 2019–20 Ineffective Teachers for Title I Schools by Socioeconomically Disadvantaged Student Enrollment**

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Ineffective Teachers | Percent of Ineffective Teachers |
|---|---|---|---|---|---|---|---|
| Quartile 1 | 1,784 | 1,085,435 | 484,961 | 44.7% | 54,401 | 4,209 | 7.7% |

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Ineffective Teachers | Percent of Ineffective Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 2** | 1,785 | 1,077,499 | 773,820 | 71.8% | 53,666 | 4,738 | 8.8% |
| **Quartile 3** | 1,785 | 1,035,200 | 881,247 | 85.1% | 49,881 | 4,588 | 9.2% |
| **Quartile 4** | 1,784 | 953,671 | 898,181 | 94.2% | 45,892 | 4,622 | 10.1% |
| **Title I Total** | 7,138 | 4,151,805 | 3,038,209 | 73.2% | 203,840 | 18,157 | 8.9% |
| **Statewide Total** | **10,020** | **6,147,573** | **3,648,614** | **59.4%** | **300,939** | **24,323** | **8.1%** |

**Table 31c. 2014–15 Out of Field Teachers for Title I Schools by Socioeconomically Disadvantaged Student Enrollment**

| Quartile Rank for Title I Schools | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Out of Field Teachers | Percent of Out of Field Teachers |
|---|---|---|---|---|---|---|---|
| **Quartile 1** | 1,613 | 966,149 | 447,575 | 46.3% | 48,601 | 284 | 0.6% |
| **Quartile 2** | 1,614 | 966,758 | 727,573 | 75.3% | 46,376 | 353 | 0.8% |
| **Quartile 3** | 1,614 | 996,175 | 868,422 | 87.2% | 47,390 | 351 | 0.7% |
| **Quartile 4** | 1,613 | 949,372 | 902,922 | 95.1% | 45,749 | 246 | 0.5% |
| **Title I Total** | 6,454 | 3,878,454 | 2,946,492 | 76.0% | 188,116 | 1,234 | 0.7% |
| **Statewide Total** | 10,028 | 6,224,433 | 3,760,569 | 60.4% | 300,997 | 1,953 | 0.6% |

**Table 32a. 2014–15 Unqualified Teachers by Socioeconomically Disadvantaged
Student Enrollment**

| School Type | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Unqualified Teachers | Percent of Unqualified Teachers |
|---|---|---|---|---|---|---|---|
| Title I | 6,454 | 3,878,454 | 2,946,492 | 76.0% | 188,116 | 2,940 | 1.6% |
| Non-Title I | 3,574 | 2,345,979 | 814,077 | 34.7% | 112,881 | 1,555 | 1.4% |
| Statewide Total | 10,028 | 6,224,433 | 3,760,569 | 60.4% | 300,997 | 4,495 | 1.5% |

**Table 32b. 2019–20 Ineffective Teachers by Socioeconomically Disadvantaged
Student Enrollment**

| School Type | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Ineffective Teachers | Percent of Ineffective Teachers |
|---|---|---|---|---|---|---|---|
| Title I | 7,138 | 4,151,805 | 3,038,209 | 73.2% | 203,840 | 18,157 | 8.9% |
| Non-Title I | 2,882 | 1,995,768 | 610,405 | 30.6% | 97,099 | 6,166 | 6.4% |
| Statewide Total | **10,020** | **6,147,573** | **3,648,614** | **59.4%** | **300,939** | **24,323** | **8.1%** |

**Table 32c. 2014–15 Out of Field Teachers by Socioeconomically Disadvantaged Student Enrollment**

| School Type | Number of schools | Total Student Enrollment | Socio-economically Disadvantaged Student Enrollment | Percent of Socio-economically Disadvantaged Student Enrollment | Total Teachers | Number of Out of Field Teachers | Percent of Out of Field Teachers |
|---|---|---|---|---|---|---|---|
| Title I | 6,454 | 3,878,454 | 2,946,492 | 76.0% | 188,116 | 1,234 | 0.7% |
| Non-Title I | 3,574 | 2,345,979 | 814,077 | 34.7% | 112,881 | 719 | 0.6% |
| Statewide Total | 10,028 | 6,224,433 | 3,760,569 | 60.4% | 300,997 | 1,953 | 0.6% |

6. School Conditions (*ESEA section 1111(g)(1)(C)):*  Describe how the SEA agency will support LEAs receiving assistance under Title I, Part A to improve school conditions for student learning, including through reducing: (i) incidences of bullying and harassment; (ii) the overuse of discipline practices that remove students from the classroom; and (iii) the use of aversive behavioral interventions that compromise student health and safety.

California's Local Control Funding Formula (LCFF)-based system sets eight priorities for school districts and charter schools (ten for county offices of education) and places significant emphasis on the improvement of school conditions for student learning. State Priority 6 specifically focuses on School Climate and requires local educational agencies (LEAs) to support the development of positive school climate through their Local Control and Accountability Plans (LCAPs) while considering suspension rates, pupil expulsion rates, and other local measures, including surveys of pupils, parents, and teachers on the sense of safety and school connectedness.

Progress for each of the LCFF priorities is tracked through state and local indicators adopted by the State Board of Education (SBE). Suspension rates have been selected as a state indicator and are used as a measure of school quality. California's strong commitment to the improvement of school conditions for student learning is further underscored by its selection of chronic absence as its additional kindergarten through grade eight (K–8) academic measure under the ESSA. This is a reflection of the state's understanding of the correlation of chronic absence with academic achievement and its utility as a key indicator of student risk. LEAs will use information regarding suspension rates and chronic absenteeism, provided annually via the California School Dashboard, to assess and continuously improve their local plans to improve school conditions for

student learning.

California will support LEAs receiving assistance under Title I, Part A to improve school conditions by providing planning supports, reviewing plans, and monitoring the implementation of plans that address school conditions including through reducing incidences of bullying and harassment; the overuse of discipline practices that remove students from the classroom; and the use of aversive behavioral interventions that compromise student health and safety. In addition to these formal processes, California will also provide to Title I LEAs a Title I, Part A Guidance document, technical assistance, statewide conferences and local institutes, and an online collection and resource exchange of strategies that support improved school climate. All of these supports and strategies are described below.

## State Educational Agency Support for Title I LEAs

### Supporting the Development of LCAP Addenda

Title I LEAs will be required to submit to the state educational agency (SEA) an LCAP Addendum, which addresses all of the local planning requirements under the ESSA and serves as the LEA Plan. In its LCAP Addendum, each LEA will describe, among other things, how it will improve school conditions for learning and specifically how it will support efforts to reduce the overuse of discipline practices that remove students from the classroom.

To support Title I LEAs in developing plans to improve school conditions for student learning, California will provide all Title I LEAs with a Title I, Part A Guidance document that will contain strategies for addressing the local planning requirements in the ESSA, including strategies to improve school conditions and reduce the overuse of discipline practices that remove students from the classroom. The strategies California will provide to Title I LEAs are described in the "State Identified Strategies for Title I LEAs" section below.

### Reviewing LCAP Addenda

In reviewing LCAP Addenda, California will only approve LEA plans that include descriptions regarding how the LEA will improve school conditions for student learning and address the overuse of discipline practices that remove students from the classroom. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response based on the information in the Title I, Part A Guidance document. California will provide the LEA with a designated expert point of contact at the state and regional levels with whom they can discuss this guidance and be supported to develop a stronger LCAP Addendum.

### Monitoring Title I LEAs

California provides a coordinated and transparent federal program monitoring (FPM) process to ensure Title I LEAs are meeting program requirements and spending program

funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. Thus, the California Department of Education's (CDE's) FPM process includes a data review of 50 percent of the LEAs in the state to identify and conduct a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/.

Through the FPM process, Title I LEAs will have access to resources, instruments, training, and state and regional staff experts that will support them to prepare for the monitoring process, and, upon completion of the monitoring process, address any findings that suggest the LEA is not meeting Title I, Part A requirements.

**Providing Technical Assistance**

Designated state and regional staff will be responsible for providing technical assistance to Title I LEAs who have questions or need support to develop or implement plans to improve school conditions. This technical assistance will be provided through timely and responsive phone or e-mail correspondence.

**Statewide Conferences and Local Institutes**

California will sponsor regular statewide conferences and local institutes that will include presentations, workshops, and Q and A sessions by national, state, and local leaders to help disseminate best practices to and with Title I LEAs to improve or refine services and supports to improve school conditions for student learning, reduce incidences of bullying and harassment, reduce the overuse of discipline practices that remove students from the classroom, and reduce the use of aversive behavioral interventions that compromise student health and safety.

**Online Collection of Resources and Strategies**

To ensure continuous access and consistent guidance to Title I LEAs, the CDE will make available an online collection of resources and strategies that support school improvement. The Web site will include the guidance described above, frequently asked questions and answers regarding school improvement, and contact information for regional and statewide technical assistance.

## State Identified Strategies for Title I LEAs

As part of California's emerging statewide system of support, described in the State Plan section A.4.viii.c, the CDE and its partners will utilize the processes described above to provide the following strategies and resources to Title I LEAs to improve school conditions for student learning.

Implementation of the strategies listed to improve school conditions will contribute to a positive school climate with infrequent incidences of bullying and harassment, more positive discipline practices, and student health and safety. Additional strategies that the CDE provides for schools and LEAs to specifically address bullying and harassment, positive discipline practices, and student health and safety are described at the end of this section.

**Strategies to Improve School Conditions for Student Learning**

The **California School Climate, Health, and Learning Survey (CAL-SCHLS) System** is comprised of three interrelated surveys developed for and supported by the CDE: the California Healthy Kids Survey, the California School Staff Survey, and the California School Parent Survey. These surveys provide schools and districts with critical information about the learning and teaching environment, the health and well-being of students, and supports for parents, school staff, and students that foster learning and school success. More information is available on the WestEd California Survey System Web page at http://cal-schls.wested.org/.

The use of a **Multi-Tiered System of Supports (MTSS)** will also improve school conditions for student learning in Title I LEAs. MTSS is a research-based system utilized in California schools to promote the building of a stronger student academic and behavioral support system at the local level. California will provide technical assistance to Title I educators through the processes, events, and resources described above in aligning their systems of student support at both district and site levels using the MTSS framework for a system-wide approach that promotes deeper knowledge of differentiated instruction to support the needs of all learners and provide targeted support for struggling learners. The MTSS model expands California's Response to Instruction and Intervention approach by aligning all systems of high-quality first instruction (using Universal Design for Learning principles and appropriate supports, strategies, and accommodations) and provides a framework to plan for intervention using a three-tiered approach. The model also includes structures for building, changing, and sustaining systems, and developing well-designed assessment processes and progress monitoring to allow for data-based problem solving in instruction and decision making. MTSS aids systematic change through intentional design and redesign of services and supports that quickly identify and match the needs of all students in general education contexts.

California has awarded a grant to two collaborating county offices of education with the intent of developing and scaling up a **MTSS framework** statewide. This framework will continue the state's work to support implementation of MTSS as critical strategy to improve school conditions for student learning and will provide resources for Title I LEAs.

California has established several work groups focused on developing policy recommendations and tools to support implementation of programs and evaluating the effectiveness of programs designed to reduce incidences of bullying and harassment, the overuse of discipline practices that remove students from the classroom, and the use of aversive behavioral interventions that compromise student health and safety. The

CDE formed the **School Conditions and Climate Working Group (CCWG)** to explore options for the further advancement of school conditions and climate measures and support tools. The CDE has joined a group of eight states that share information, best practices, and promising tools and ideas in the interest of building strong **Social and Emotional Learning (SEL)** in schools across their states. The CDE has developed and promotes a **Family Engagement Framework** and convened an **Ad Hoc Family Engagement Work Group** to foster regular, meaningful two-way communication between the CDE and family engagement stakeholders to inform statewide family engagement initiatives and improve technical assistance to LEAs.

**Strategies to Reduce Incidences of Bullying and Harassment**

The CDE has produced and promotes a variety of tools and resources for parents, administrators, and students about bullying and harassment. Resources include examples of bullying, a description of the key elements of a bullying prevention program, frequently asked questions and answers, sample policies and implementation plans to address bullying, publications, and links to national resources. More information is available on the CDE Bullying and Hate-Motivated Behavior Prevention Web page at http://www.cde.ca.gov/ls/ss/se/bullyingprev.asp.

**Strategies to Reduce the Overuse of Discipline Practices that Remove Students from the Classroom**

The CDE promotes specific strategies to reduce the overuse of discipline practices that remove students from the classroom, including information regarding keeping high-risk students in school, improving student engagement, and the importance to replacing punitive discipline practices with positive interventions. More information is available on the CDE Behavioral Intervention Strategies and Supports Web page at http://www.cde.ca.gov/ls/ss/se/behaviorialintervention.asp.

**Strategies to Reduce the Use of Aversive Behavioral Interventions that Compromise Student Health and Safety**

The CDE maintains and promotes a Web page that provides extensive information regarding Positive Behavioral Supports and Positive Behavioral Interventions and Supports. Resources include information regarding culturally responsive supports and restorative practices. More information is available on the CDE Core Component 6: Positive Behavioral Support Web page at http://www.cde.ca.gov/ci/cr/ri/corecomp6.asp. The CDE also shares guidance documents and technical assistance resources created to help LEAs implement positive behavioral intervention plans instead of aversive behavioral interventions on the CDE Behavioral Intervention Plans Web page at http://www.cde.ca.gov/sp/se/ac/bip.asp.

**Additional Strategies to Promote Student Health and Safety**

California also promotes a variety of resources to support LEAs with student mental health and substance abuse prevention strategies:

- **Student Assistance Programs (SAPs)** address substance abuse and a wide range of issues that impede adolescent academic achievement. The goals of SAPs are to reduce students' behavioral and disciplinary violations and substance use habits while improving school attendance and academic performance through the referral and facilitation of appropriate services. More information and resources to assist in establishing SAPS is available on the CDE Student Assistance Programs Web page at http://www.cde.ca.gov/ls/he/at/sap.asp.

- **Mental health services** in schools include a broad range of services, settings, and strategies. Resources to support mental health services and programs can be found on the CDE Mental Health Resources Web page at http://www.cde.ca.gov/ls/cg/mh/mhresources.asp.

- **Underage drinking prevention** resources provide a wide variety of materials and information including state and nationwide reports, data, adolescent brain research, alcohol-related campaigns, contact information, conferences and legislative initiatives. Resources are available on the CDE Underage Drinking Prevention Web page at http://www.cde.ca.gov/ls/he/at/preventionresguide.asp.

- **The Tobacco Use Prevention Education (TUPE)** program provides funding for programs in grades six through twelve to reduce youth tobacco use by helping young people make healthful tobacco-related decisions through tobacco-specific, research-validated educational instruction and activities that build knowledge as well as social skills and youth development assets. More information regarding the TUPE program is available on the CDE TUPE Program Overview Web page at http://www.cde.ca.gov/ls/he/at/tupeoverview.asp.

### Continuous Improvement

California will monitor the implementation of these supports and strategies and will make improvements, based on LEA and stakeholder feedback, or additions as new, vetted resources and strategies become available. As part of the statewide system of support, described in section A.4.viii.c, California will incorporate ESSA and state resources to the greatest extent possible to ensure that Title I LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes and procedures across state and federal programs that lead to successful continuous improvement of school conditions for student learning.

7. School Transitions *(ESEA section 1111(g)(1)(D))*: Describe how the State will support LEAs receiving assistance under Title I, Part A in meeting the needs of students at all levels of schooling (particularly students in the middle grades and high school), including how the State

will work with such LEAs to provide effective transitions of students to middle grades and high school to decrease the risk of students dropping out.

California will support local educational agencies (LEAs) receiving assistance under Title I, Part A in meeting the needs of students at all levels of schooling by providing planning supports, reviewing plans, and monitoring the implementation of plans that address successful student transitions and help to prevent dropouts. In addition to these formal processes, California will also provide to Title I LEAs a Title I, Part A Guidance document, technical assistance, statewide conferences and local institutes, and an online collection and resource exchange of strategies that help to meet the diverse needs of students, support successful student transitions, and prevent dropouts. All of these supports and strategies are described in more detail below.

## State Educational Agency Support for Title I LEAs

### Supporting the Development of LCAP Addenda

Title I LEAs will be required to submit to the state educational agency (SEA) a Local Control and Accountability Plan (LCAP) Addendum, which addresses all of the local planning requirements under the Every Student Succeeds Act (ESSA) and serves as the LEA Plan. In their LCAP Addendum, LEAs will describe, among other things, how they will support, coordinate, and integrate services provided under Title I with early childhood education programs at the LEA or individual school level, including plans for the transition of participants in such programs to local elementary school programs. They will also describe how they will implement strategies to facilitate effective transitions for students from middle grades to high school and from high school to postsecondary education or to entering the workforce.

California will provide guidance and resources to LEAs that will support them in developing and implementing plans to meet the diverse needs of students and support successful student transitions. In order to support Title I LEAs in developing successful transition plans, California will provide all Title I LEAs with a **Title I, Part A Guidance document** that will contain strategies for addressing the local planning requirements in the ESSA, including addressing diverse student needs, successful student transitions, and dropout prevention. The strategies California has identified to support Title I LEAs are described under the "State Identified Strategies for Title I LEAs" section below.

### Reviewing LCAP Addenda

In reviewing LCAP Addenda, California will only approve LCAP addenda that include descriptions about how the LEA will meet diverse student needs and ensure successful student transitions, including specific information about aligning early education programs to elementary school programs, the transitions into and out of middle school and high school, and strategies to reduce dropouts. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response based on the information in the Title I, Part A Guidance document.

California will provide the LEA with designated expert points of contact at the state and regional levels with whom they can discuss this guidance and be supported to develop a stronger LCAP Addendum.

### Monitoring Title I LEAs

California provides a coordinated and transparent federal program monitoring (FPM) process to ensure Title I LEAs are meeting program requirements and spending program funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. The CDE's FPM process includes a data review of 50 percent of the LEAs in the state, which results in the identification and subsequent implementation of a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/.

Through the FPM process, Title I LEAs will have access to resources, instruments, training, and state and regional staff experts that will support them to prepare for the monitoring process, and, upon completion of the monitoring process, address any findings that suggest the LEA is not meeting Title I, Part A requirements.

### Providing Technical Assistance

Designated state and regional staff will be responsible for providing technical assistance to Title I LEAs who have questions or need support to develop or implement plans to support successful student transitions and prevent dropouts. This technical assistance will be provided through timely and responsive phone or e-mail correspondence.

### Statewide Conferences and Local Institutes

California will sponsor regular statewide conferences and regional and local institutes that will include presentations, workshops, and Q and A sessions by national, state, and local leaders to help disseminate and exchange best practices to and with Title I LEAs to improve or refine services and supports that help meet the diverse needs of students, ensure successful transitioning of students, and prevent dropouts.

### Online Collection of Resources and Strategies

To ensure continuous access and consistent guidance to Title I LEAs, California will make available an online collection of resources and strategies that support successful student transitions and prevent dropouts. The Web page will include the Title I, Part A Guidance document, information pertaining to the strategies described below, frequently asked questions and answers regarding student transitions, and contact information for regional and statewide technical assistance.

### State Identified Strategies for Title I LEAs

The table below lists the strategies California will provide to Title I LEAs, through the processes described above, to address diverse student needs, support successful student transitions, and prevent dropouts. These strategies are explained below the table.

**Table 36. California Strategies for Meeting Student Needs and Providing Effective Transitions**

| Transition Phase | California Strategies |
|---|---|
| *Across the Education Continuum* | • Curriculum Frameworks<br>• Multi-Tiered System of Supports (MTSS)<br>• Pupil Promotion and Retention Statutes<br>• 21st Century Community Learning Centers<br>• Dropout Prevention<br>   ○ California Longitudinal Pupil Achievement Data System (CALPADS)<br>   ○ Chronic Absenteeism Indicator (2018)<br>   ○ School Attendance Review Board (SARB) Handbook<br>   ○ Model SARBs |
| *Early Education Transition to Elementary School* | • *Alignment of California Preschool Learning Foundations with Key Early Education Resources*<br>• Recommendations for early education and elementary school collaboration<br>• Coordination with local programs enrolled in California's Quality Rating and Improvement System (QRIS)<br>• Transitional Kindergarten |
| *Transitions Into and Out of Middle School* | • Taking Center Stage Act II/Schools to Watch<br>• California Mathematics Placement Act of 2015 |
| *High School Transitions to College/Career* | • Early Assessment Program (EAP)<br>• College/Career Indicator<br>• Career Technical Education Courses and Career Pathways<br>• California Career Resource Network (CalCRN)<br>• Concurrent enrollment practices |

### *Across the Education Continuum*

In providing support to Title I LEAs, California will draw from several resources that help to address diverse student needs and support student transitions at all levels of schooling.

California's **curriculum frameworks** represent the state's most comprehensive guidance for implementing the state's academic content standards and are developed by content experts and teachers from across California. They include sections on content and pedagogy for each content area and grade level, transitional kindergarten through grade 12 (TK–12), and chapters regarding access and equity that provide detailed guidance for addressing the diverse needs of California's student population. For instance, the California English Language Arts/English Language Development Framework chapter on access and equity provides guidance for addressing the needs of students with common learning differences such as learning English or disabilities. However, the framework goes beyond these common learning differences to address certain types of English learning, certain disabilities, and learning differences that may arise from living in poverty, LGBT status, and advanced learning. The curriculum frameworks will provide the basis for California's technical assistance to Title I LEAs to help them develop or improve coherent, responsive educational programs between feeder and receiving schools. California also provides training on each curriculum framework across the state and Title I LEAs will have priority registration at these events.

The use of a **Multi-Tiered System of Supports (MTSS)** will also strengthen successful student transitions across the education continuum in Title I LEAs. MTSS is a research-based system utilized in California schools to promote the building of a stronger student academic and behavioral support system at the local level. California will provide technical assistance to Title I educators through the processes, events, and resources described above in aligning their systems of student support at both district and site levels using the MTSS framework for a system-wide approach that promotes deeper knowledge of differentiated instruction to support the needs of all learners and provide targeted support for struggling learners. The MTSS model expands California's Response to Instruction and Intervention approach by aligning all systems of high-quality first instruction (using Universal Design for Learning principles and appropriate supports, strategies, and accommodations) and provides a framework to plan for intervention using a three-tiered approach. The model also includes structures for building, changing, and sustaining systems, and developing well-designed assessment processes and progress monitoring to allow for data-based problem solving in instruction and decision making. MTSS aids systematic change through intentional design and redesign of services and supports that quickly identify and match the needs of all students in general education contexts.

California has awarded a grant to two collaborating county offices of education with the intent of developing and scaling up a **MTSS framework** statewide. This framework will continue the state's work to support implementation of MTSS as critical strategy to improve school conditions for student learning and will provide resources for Title I LEAs.

California also has **statutory requirements regarding pupil promotion and retention** to support the use of appropriate promotion practices. California will support Title I LEAs through the processes described above to develop, implement, or evaluate promotion and retention policies.

Additionally, the state's ESSA Title IV, Part B **21st Century Community Learning Centers** program will give funding priority to those expanded learning programs that target services to students (and their families) who primarily attend schools that enroll students who may be at risk for academic failure, dropping out of school, involvement in criminal or delinquent activities, or who lack strong positive role models.

### *Dropout Prevention*

California supports Title I LEAs to reduce dropouts by providing a student data system and providing training to ensure appropriate uses of the system. The **California Longitudinal Pupil Achievement Data System (CALPADS)** is the foundation of California's K–12 education data system, comprised of student demographic, program participation, grade level, enrollment, course enrollment and completion, discipline, and statewide assessment data. The student-level, longitudinal data in CALPADS enables the calculation of more accurate dropout and graduation rates. It provides LEAs with immediate access to longitudinal data and reports on their own students enabling the LEAs to determine if a student has actually dropped out or moved to a different school and a student's risk for dropping out. All CALPADS data are maintained in compliance with state and federal privacy laws, including the Family Educational Rights and Privacy Act (FERPA).

California is also helping Title I LEAs reduce dropouts by including the **Chronic Absenteeism Indicator** into its accountability system given the strong correlation between chronic absence and future academic attainment. There is wide agreement that students who are absent 10 percent or more of the school year, including excused and unexcused absences, are at greater risk of reading below grade level and dropping out of high school (Ginsburg, Jordan, and Chang, 2014; Balfanz and Byrnes, 2012; Ginsburg and Chudowsky, 2012). LEAs will report chronic absence data to the state for the first time in fall 2017. It is expected that the State Board of Education (SBE) will approve color-coded performance levels scores to be reported in the California School Dashboard, as described in section A.4.iv.b of this plan, no earlier than the fall 2018, when at least two years of data will be available. When this indicator becomes operational, it will help the state support Title I LEAs by setting a long-term goal for reducing dropouts statewide. The state will disseminate strategies through the processes described above to Title I LEAs that will help them meet the long-term goal.

Title I LEAs will be supported to implement practices and effective strategies for dropout reduction included in California's **School Attendance Review Board Handbook**, available at http://www.cde.ca.gov/ls/ai/sb/sarbhandbook.asp. The State **School Attendance Review Board** (SARB) coordinates statewide policy and personnel training on the operation of county and local SARBs. SARBs provide intensive guidance and

community services to meet the special needs of students with school attendance or school behavior problems. The State SARB is a partnership that includes representatives from school districts, parent groups, county probation departments, county welfare departments, county superintendents of schools, law enforcement agencies, community-based service centers, school guidance personnel, the health care and mental health professions, and state associations interested in youth with school attendance or behavioral problems. The State SARB makes annual recommendations regarding strategies to reduce the number of dropouts in the state's public education system. The State SARB also coordinates the **Model SARB** Recognition Program to encourage best practices in dropout prevention and to encourage the development of effective strategies to prevent students from dropping out of California's public schools.

### *Early Education Transition to Elementary School*

California's early education programs are administered by the CDE so that such programs are aligned with K–12 settings. This alignment is clearly delineated in the publication *Alignment of California Preschool Learning Foundations with Key Early Education Resources*, available on the CDE Alignment of the Preschool Learning Foundations Web page at http://www.cde.ca.gov/sp/cd/re/psalignment.asp, which provides an in-depth analysis of how the nine domains of the preschool foundations closely align with the *California Infant/Toddler Learning and Development Foundations*, the California Content Standards, and the Head Start Child Development and Early Learning Framework. This publication is an integral guidance resource for all of California's early education programs and will be used in Title I, Part A technical assistance to support Title I LEAs in aligning early education programs with elementary school programs.

To further support the meaningful alignment and coordination between early education and K–12 systems beyond content standards, California will provide **guidance for the development of locally driven agreements** between LEAs and Head Start and other entities carrying out early education development programs. This guidance will elevate best practices that support the (1) development and implementation of systematic data and records sharing, (2) establishment of channels of communication from K–12 school staff to early education partners, (3) facilitation of meetings with parents, teachers, and early education staff to discuss developmental needs of individual children, including children with disabilities, (4) organization of joint transition-related training of school and early childhood staff, and (5) linkage and coordination of LEAs with the services provided by early education and support programs, local Head Start agencies, and other programs administered by partner agencies, including California First 5. This guidance will be included in the Title I, Part A Guidance document.

California's **Quality Rating and Improvement System (QRIS) and related supports** will be used by California, as appropriate, to support Title I LEAs to assess, improve, and communicate the level of quality in their early education programs. QRIS is a quality rating and improvement system that provides a framework to align program standards of quality in early education programs. The goal of QRIS is to ensure that children in

California have access to high quality early education programs so that they thrive in their early learning settings and succeed in kindergarten and beyond.

Title I, Part A technical assistance will also support LEAs in evaluating and continuously improving **transitional kindergarten** (TK) programs. TK is the first year of a two-year kindergarten program that uses a modified kindergarten curriculum that is age and developmentally appropriate. A child is eligible for TK if they have their fifth birthday between September 2 and December 2. TK curriculum is aligned to the state-adopted academic content standards and frameworks, the California Preschool Learning Foundations, and California Preschool Curriculum Frameworks. Each elementary or unified school district must offer TK classes for all children eligible to attend. A child who completes one year in a TK program may continue in a kindergarten program for one additional year. Early research into TK programs has shown that TK participants are better prepared for kindergarten (Manship et al., 2015).

### *Transitions Into and Out of Middle School*

California will support Title I LEAs serving middle schools through the processes, events, and resources described above to implement strategies recommended in *Taking Center Stage Act II (TCSII)*, and connect with high-performing, high needs **Schools to Watch** in their region.

*TCSII* is an online professional development publication developed collaboratively with educational experts across California and intended for use by middle level educators and schools. *TCSII* promotes, illustrates, and supports the concepts embedded in CDE's 12 Recommendations for Middle Grades Success. It applies youth development and brain development research on young adolescents to identify transition-relevant educational strategies and practices. This Web portal http://pubs.cde.ca.gov/tcsii/recsforsuccess/recsforsuccessindx.aspx) delivers developmentally responsive and research-based practices through videos, professional learning activities, and best practice vignettes focused on the young adolescent. *TCSII* contains a "Transitions" chapter which provides comprehensive background and identification of practices, approaches, and frameworks for transitions into and out of middle level schools on topics such as articulation agreements with elementary and high schools, academic counseling to prepare for transitions, the transition of at-risk students, mentor/buddy programs, summer "bridge" programs, and family engagement.

*TCSII* also informs the California middle school student success program Schools to Watch. Each year, the program identifies middle schools that meet the unique challenges of their student populations and are academically excellent, developmentally responsive, socially equitable, and structured for success. *TCSII* recommendations provide the criteria by which middle schools are selected for Schools to Watch, and all middle schools may use the nationally proven School Self-Study and Rating Rubric (http://www.clms.net/stw/forms/STW-TCSSelf-StudyRatingRubric.pdf) to evaluate and improve their school's instructional program. Schools to Watch also maintains a network

of high-performing middle schools that are actively involved in assisting struggling middle schools in their region or with similar student population characteristics.

California will help Title I LEAs, through the processes, events, and resources described above, to support schools in evaluating mathematics placement policies that help to clarify vertical articulation between feeder and receiver schools. The **California Mathematics Placement Act of 2015** required the governing boards of LEAs that serve pupils entering grade 9 to adopt "a fair, objective, and transparent mathematics placement policy" before the beginning of the 2016–17 school year. The mathematics placement policy must have been adopted in a regularly scheduled public meeting. The law further supports successful transitions by authorizing the governing boards of LEAs serving pupils who are transitioning between elementary school and middle or junior high school to develop and implement a mathematics placement policy.

### *High School Transitions to College/Career*

California, through the processes, events, and resources described above, will support Title I schools to increase **Early Assessment Program** (EAP) participation and evaluate supports for students who have been deemed less than "Ready" for college-level coursework. Each spring, all grade 11 students in California take the Smarter Balanced Summative Assessments for English language arts and mathematics. These assessments also serve as an indicator of readiness for college-level coursework in English and mathematics and are used by the California State University (CSU) and participating California Community Colleges (CCCs) to determine (EAP) status. In addition to receiving a student's results on the ELA and mathematics assessments, parents/guardians also receive their student's EAP status, which is one of four levels: Ready, Conditionally Ready, Not Yet Ready, and Not Ready. "Ready" students are considered ready for English and/or mathematics college-level coursework. These students are able to register in college degree-bearing courses upon enrolling in a CSU or a participating CCC. Providing this information to students before they begin grade 12 has been shown to decrease the need for college remediation. The EAP program demonstrates the continuous partnership between the SEA and California universities and colleges to ensure articulation of the pre-kindergarten–grade 12 system with the postsecondary education system.

Furthermore, Title I LEAs will be supported through the processes described above to analyze **College/Career Indicator** (CCI) results, establish CCI goals, and align resources to meet those goals. As noted in section A.4.iv.a of this State Plan, the CCI includes various measures that evaluate a student's preparedness for college or career including results on the grade 11 English language arts and mathematics assessments, career technical education (CTE) pathway completion, Advanced Placement or International Baccalaureate exam results, dual enrollment grades, and completion of state university admission requirements. The CCI is designed to include multiple measures in order to value the multiple pathways that students may take to prepare for life after high school.

California will also promote and expand use of **CTE courses** so students in Title I LEAs have access to **career pathways in the 15 Industry Sectors** as identified in the model CTE standards that the SBE adopted in 2013. CDE will focus on promoting and expanding use of the CTE courses that meet the a–g criteria needed for students to enter state colleges and universities. For three years (2015–16, 2016–17, and 2017–18) California allocated $900 million in state funds to provide incentive funds to districts to expand and improve CTE programs or in some cases to establish new programs. California will also utilize a factsheet for LEAs that helps them to identify ways in which CTE programs can be implemented or expanded in support of their LCAP goals and actions. CTE programs in California have been shown to increase a student's persistence to high school graduation and college entrance and graduation, making these programs an important strategy for effective transitioning to careers and dropout prevention.

California will also use the processes described above to support Title I LEAs to utilize the **California Career Resource Network (CalCRN)**, available at http://www.californiacareers.info/, which distributes career information, resources, and training materials to middle school and high school counselors, educators, and administrators in order to ensure that middle schools and high schools have the necessary information available to provide a student with guidance and instruction on education and job requirements necessary for career development. CalCRN is a resource developed and maintained by a partnership committee comprised of representatives from state agencies for education, employment development, postsecondary education, corrections and rehabilitation, social services, workforce investment, and developmental services.

Additionally, the CDE, in collaboration with California's postsecondary segments, will identify successful **concurrent enrollment practices** among districts and colleges, including early college and middle college programs, and share these approaches with Title I LEAs through the processes described above.

## Continuous Improvement

California will monitor the implementation of these supports and strategies and will make improvements, based on LEA and stakeholder feedback, or additions as new, vetted resources and strategies become available.

As part of the state's emerging statewide system of support, described in section A.4.viii.c, California will incorporate ESSA and state resources to the greatest extent possible to ensure that Title I LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes and procedures that lead to successful student transitions from pre-kindergarten to postsecondary.

**Title I, Part C: Education of Migratory Children**

1. Supporting Needs of Migratory Children *(ESEA section 1304(b)(1))*: Describe how, in planning, implementing, and evaluating programs and projects assisted under Title I, Part C, the State and its local operating agencies will ensure that the unique educational needs of migratory children, including preschool migratory children and migratory children who have dropped out of school, are identified and addressed through:

   v. The full range of services that are available for migratory children from appropriate local, State, and Federal educational programs;

   The California Department of Education (CDE) subgrants Migrant Education Program (MEP) funding to 20 local educational agencies (LEAs) that provide supplementary services in the areas with the highest concentrations of migratory workers. These MEP subgrantees' identification and recruitment (I&R) staff regularly review the mobility data of migrant populations to plan area I&R activities, and this mobility information allows subgrantees to target I&R efforts for the times of year when higher numbers of migratory families and youths arrive in their areas. All of the state's subgrantees develop specific I&R plans and strategies to meet the needs of their respective communities. School- and community-based approaches are both utilized to identify migratory families that may be eligible for MEP services. Recruiters in urban and mixed communities rely more on using school-based strategies, such as interviewing the parents of students who are newly enrolled in the local school district. Recruiters in less-populated or more rural areas typically utilize more community-based opportunities to interview families and youths, such as visiting farms, fields, orchards, dairies, ranches, and farmworker housing facilities.

   Once a migrant family or youth is identified, a recruiter interviews the parent, guardian, or youth to determine eligibility for MEP services using a customizable interview script that is facilitated by the state's data system, the Migrant Student Information System, or "MSIN 6.0." An automated procedure in the MSIN 6.0 produces a table that contains a list of all students who might be eligible to be counted or served by the program. To verify residence in years two and three of eligibility, the CDE requires that subgrantees make contact with all families and youth in their geographic areas at least once each year (typically on the anniversary of their qualifying arrival date). The subgrantee must document the nature of the contact (phone or in person), verify that children on the Certificate of Eligibility are still at the residence, verify if additional age-eligible children have joined the residence, and document if a worker has moved to seek or obtain employment. If a new qualifying move has been made, the recruiter must make a personal visit to the residence to complete a new Certificate of Eligibility.
   If a family is eligible for the migrant program, services may be provided, based upon student need, to children ages 3–21, including dropouts, and out-

of-school youth, so long as they have not yet earned a high school diploma or its equivalency.

Students that are identified as migratory students receive the core instruction, including physical education and visual and performing arts, as provided through state funds. Students who are low-income and disadvantaged may also receive supplementary services from Title I, Part A.

In California, about half of the migratory student population is identified as English learners and these students are eligible to receive supplementary services through Title III. In addition, the CDE provides training and resources to its MEP subgrantees for students learning English via funding for early education services such as the MEP Family Biliteracy Program, the MEP Binational Program, and the MEP expanded learning programs focused on English language development (ELD). Subgrantees determine the best use of funding to meet the diverse needs within their program areas.

Collaboration between educational services and health agencies is coordinated by the 20 subgrantees.

vi.    Joint planning among local, State, and Federal educational programs serving migratory children, including language instruction educational programs under Title III, Part A;

The California MEP collaborates with other local, state, and federal programs to ensure that comprehensive services, including language instruction programs under Title III and Title I, Part A, are provided to migratory students. At the state level, the CDE works with other state and federal programs, including Title I and Title III, to provide a variety of resources to the local MEP subgrantees. Moreover, California solicits parent involvement in the planning, operation, and evaluation of the MEP through the establishment of state and local parent advisory councils.

Additionally, the CDE MEP supports the education of preschool-aged migratory children (ages 3–5) through collaboration with the Early Education and Support Division within CDE to provide trainings to regional MEP staff via the California Preschool Instructional Network (CPIN). CPIN provides high quality professional development to regional staff that provide direct instruction to pre-k migratory students. The CDE MEP also works with the Nutrition Services Division at the CDE and the Summer Meals Program to ensure that children have access to nutritious, low-cost (or free) food year-round.

To support migratory students' high school graduation and dropout prevention, the MEP partners with internal CDE offices (e.g., Coordinated School Health Office, Career Technical Education) to provide access to

various initiatives and activities (e.g., California Healthy Kids Survey) and disseminate these resources and information to the local MEPs. For migratory students who have dropped out, the CDE collaborates with programs within the CDE (e.g. Homeless Education). The Workforce Innovation and Opportunity Act (WIOA) provides collaboration activities for the MEP to address the needs of migrant education students who have dropped out of school and for adult migratory farmworkers.

California's Local Control Funding Formula (LCFF) reinforces joint planning among local, state, and federal programs serving migratory children. The LCFF emphasizes equity by focusing on student group performance and coordination of services and provides core and base services for all students, including migrant students. California's new accountability system has an academic achievement indicator, a graduation rate indicator, and an English learner progress indicator amongst other state and federal indicators. Since approximately half of all migrant students are English learners, the emphasis on the accountability progress of English learners promotes joint planning and collaboration to provide services to migratory students.

vii. The integration of services available under Title I, Part C with services provided by those other programs; and

Additionally, the CDE meets with community-based organizations to identify promising practices at the local level and shares them with the local MEP Directors as appropriate during the Migrant Director's quarterly meetings. California *Education Code* sections 54443.1(c)(10) and 54443.1(h) requires MEP subgrantees to coordinate with other state and federal education programs at the local level. At the state level, both the Title III Program and the Migrant Program reside in the same CDE division in order to promote integration of services. The administrators of both programs present at various events including the annual Title III conference, Title III quarterly meetings, annual State Parent Conference, and statewide migrant meetings and conferences. Interagency coordination between the MEP and other programs that improve services to migratory children is monitored through the CDE's Federal Program Monitoring process as described in section A.4.viii.e. This integration of services ensures that migratory children are receiving the services to meet their unique educational needs.

California will monitor the implementation of the full range of services; joint planning among local, state, and federal programs; and the integration of services for migratory children and will make improvements based on subgrantee and stakeholder feedback. As part of the state's emerging statewide system of support, described in section A.4.viii.c, California will incorporate ESSA and state resources to the greatest extent possible to ensure that local MEPs and LEAs have the necessary support to develop or

strengthen integrated and coherent processes and procedures that lead to successful outcomes for the migratory children they serve.

viii.  Measurable program objectives and outcomes.

To ensure that the unique educational needs of migratory children are met and that migrant students participate effectively in school, the CDE has a three-part process. The first step includes identifying migratory student needs via a statewide Comprehensive Needs Assessment (CNA). The second step includes developing a State Services Delivery Plan (SSDP) based on the statewide CNA, which outlines the statewide needs as well as measurable program objectives and outcomes as a target to meet those needs. The third step includes the revision of the CDE funding application to align with the SSDP objectives and outcomes.

Moving forward, the CDE will require that all Title I, Part C subgrantees provide an annual update using the funding application to monitor program and student achievement. Starting in 2017–18, the funding application will be on a three-year cycle, and subgrantees will have to provide an annual update on three sections: student needs, measurable program outcomes, and revision of programs based on outcomes. Subgrantees will revise the needs of migratory children in their funding application based on several data sources to ensure that all eligible student needs are reviewed annually. Additionally, subgrantees will revise their direct services and measurable program objectives and outcomes to implement a cycle of continuous improvement.

Based on the results of the statewide needs assessment, outcomes and measurable program objectives were developed for nine focus areas: 1) English language arts (ELA), 2) ELD, 3) mathematics, 4) high school graduation/dropout, 5) school readiness, 6) out-of-school youth, 7) health, 8) parent engagement, and 9) student engagement. The table below displays outcomes and measurable program objectives for the California MEP. The first two outcomes are required and based on the Office of Migrant Education's Government Performance and Results Act. The second two outcomes, are unique to the California MEP and align with the California's accountability and continuous improvement system. Additional outcomes are in the process of being finalized and once complete will be made publicly available on the CDE Web page at http://www.cde.ca.gov/sp/me/mt/statesrvcdelivrypln.asp.

**Table 37. California MEP Outcomes and Measurable Program Objectives**

| Focus Area | Outcome | Measurable Program Objective/Performance Target |
|---|---|---|
| ELA | Increase in migratory students' ELA proficiency. | By 2021, migratory students scoring at Level 3 – Standard Met and Level 4 – Standard Exceeded on overall ELA achievement, will increase by 12.5 percent. |
| Mathematics | Increase in migratory students' mathematics proficiency. | By 2021, migratory students scoring at Level 3 – Standard Met and Level 4 – Standard Exceeded on overall math achievement will increase by 10.5 percent. |
| ELD | Increase in migratory students' English language proficiency. | Performance targets will be developed once the English Language Proficiency Assessments for California initial and summative assessments become operational and data becomes available in 2018–19. |
| High School Graduation | Increase the number of migratory students graduating high school. | By 2021, migratory students will have a graduation rate of 82.3 percent. |

Evaluating migratory students' needs occurs every three years within the MEP's continuous improvement cycle to ensure that the state and local MEPs address migratory students' needs as they change over time; therefore, these specific outcomes and targets will be updated periodically at the end of each cycle throughout the duration of this law. For future outcomes and measurable program objectives, please visit the link above.

2. Promote Coordination of Services (*ESEA section 1304(b)(3)*): Describe how the State will use Title I, Part C funds received under this part to promote interstate and intrastate coordination of services for migratory children, including how the State will provide for educational continuity through the timely transfer of pertinent school records, including information on health, when children move from one school to another, whether or not such move occurs during the regular school year.

Title I, Part C funded subgrantees utilize the Migrant Student Information Exchange (MSIX) and the MSIN to promote interstate and intrastate coordination of services for migratory children and the timely transfer of pertinent school records. The MSIX is a federally funded national data collection system that ensures greater continuity of educational services for migratory children by

providing a mechanism for all states to exchange education-related information on migratory children who move from one state to another. The MSIN is the California state equivalent to the MSIX and provides a mechanism for exchanging education-related information on migratory children who move within the state and assists the CDE-funded subgrantees in locating migrant students throughout the state using the Migrant Student Locator. Both the MSIX and the MSIN help to improve the timeliness of school enrollments, the appropriateness of grade and course placements, and the sharing of immunization information of migratory children. Lastly, the CDE and subgrantees collaborate with other states serving the same migratory students to ensure these eligible students receive services as they migrate. The CDE and subgrantees participate in interstate organizational meetings and conferences with the Interstate Migrant Education Council and the National Association of State Directors of Migrant Education.

3. Use of Funds *(ESEA section 1304(b)(4))*: Describe the State's priorities for the use of Title I, Part C funds, and how such priorities relate to the State's assessment of needs for services in the State.

California's priorities for the use of Title I, Part C funds directly relate to the state's evaluation of the unique educational needs of migratory children. The SSDP guides the MEP in planning and service delivery at the state, regional, and local levels by identifying the CDE's priorities to address the needs of migratory children with a focus on students identified as Priority for Services (PFS). Priorities within the SSDP include closing student achievement gaps in ELA, mathematics, ELD, and high school graduation. Additional priorities include increasing school readiness knowledge and skills, parent and student engagement, and access to health services. Meeting the needs of populations of concern, such as out-of-school youth and PFS students, are also priorities listed in the SSDP. Strategies to administer Title I, Part C funds may be updated to align with the emerging statewide system of support.

## Title I, Part D: Prevention and Intervention Programs for Children and Youth who are Neglected, Delinquent, or At-Risk

1. Transitions Between Correctional Facilities and Local Programs *(ESEA section 1414(a)(1)(B))*: Provide a plan for assisting in the transition of children and youth between correctional facilities and locally operated programs.

California will provide funded agencies with professional development and training targeting transitional planning for youth, relationship building with workforce and post-secondary institutions, data management, program evaluation, and implementing evidence-based and outcome driven strategies that are aligned to college and career readiness standards. California will continue to build statewide partnerships with the California Community Colleges Chancellor's Office, California Workforce Investment Board, and California Department of Corrections and

Rehabilitation to support local level planning and coordination with external partners. California will ensure that funded agencies are complying with federal, state, and local laws and regulations by conducting on-site and online reviews through the annual federal program monitoring review process that is conducted on an annual basis as described in A.4.viii.e.

2. <u>Program Objectives and Outcomes</u> *(ESEA section 1414(a)(2)(A))*: Describe the program objectives and outcomes established by the State that will be used to assess the effectiveness of the Title I, Part D program in improving the academic, career, and technical skills of children in the program.

Title I, Part D, subpart 2 provides for supplemental education programs for neglected, delinquent, and at-risk students at the LEA level rather than at the state agency level. In California, these funds are allocated to and administered by county offices of education (COE) that act as the LEA. The COEs use these funds primarily to support and supplement detention center education programs.

COEs are permitted to use Title I, Part D funds for a variety of services and supports, as appropriate, to achieve the purpose of the program. Additionally, the COEs are required to conduct a program evaluation of their Title I, Part D program every three years to determine the program's impact on the students' ability to improve educational achievement, accrue school credits, transition to regular school, complete high school and obtain employment, and as appropriate, participate in postsecondary education or job training. The COEs are to use the results of this evaluation to plan and improve subsequent programs for participating children and youth. As appropriate, the COEs may enact program changes based on their evaluation and provide services and supports, such as increased transition support to students and their families, drop-out prevention programs, coordination of health and social services, programs to meet the unique needs of their students, assistance in securing loans for postsecondary education, or mentoring and peer mediation groups.

The LEA requesting Title I, Part D funds submits an application to the state educational agency. In California, the COEs annually submit their Title I, Part D application to the California Department of Education (CDE) via the Consolidated Application Reporting System (CARS). The Title I, Part D program data provided in CARS by the COEs is reviewed by CDE program staff to identify and guide necessary support or technical assistance to participating COEs.

In addition to the program evaluation conducted by the COEs, which evaluates the program's impact on their students' ability to improve their educational achievement, accrue school credits, transition to regular school, complete high school and obtain employment and as appropriate, participate in postsecondary education or job training, California will also increase annually its pre- and post-testing of youth in Title I, Part D programs in reading and mathematics. California will also increase the number of students who earn a high school diploma or pass

a high school equivalency exam, and increase the enrollment of students in career-related programs or in programs to continue their education. These goals and objectives are aligned and built upon the U.S. Department of Education's leading indicators and will be used to assess the effectiveness of Title I, Part D programs in California. The CDE will develop and implement required regional training and technical assistance to funded agencies to support local and state level implementation of Title I, Part D requirements in alignment with the emerging statewide system of support as described in A.4.viii.c.

## Title II, Part A: Supporting Effective Instruction

1. <u>Use of Funds</u> *(ESEA section 2101(d)(2)(A) and (D))*: Describe how the State educational agency will use Title II, Part A funds received under Title II, Part A for State-level activities described in section 2101(c), including how the activities are expected to improve student achievement.

### Implementation of State Academic Content Standards and Curriculum Frameworks

The California State Board of Education (SBE) first adopted statewide academic content standards (standards) for English language arts (ELA) and mathematics in 1997. Since that time, California has been building an educational system based upon some of the most rigorous and well-respected standards in the nation. The SBE has approved standards for ELA, English language development (ELD), mathematics, science, career technical education, health education, history-social science, model school library, physical education, visual and performing arts, and world language. California's SBE-adopted curriculum frameworks (frameworks), described in greater detail in section D.4 below, provide guidance for implementing SBE-adopted standards.

Since 2010, California has been steadily supporting the transition to new standards for ELA/literacy, mathematics, ELD, and science. The SBE has updated the frameworks for each of these sets of standards and has also updated the framework for the history-social science standards.

Successful implementation of standards to support student achievement requires strong instructional leadership in every school and well-prepared teachers in every classroom. California will use Title II, Part A resources to build the capacity of California educators to successfully implement California's standards and frameworks while emphasizing the importance of meeting the specific, and often multiple, learning needs of diverse students including, but not limited to, English learners, students with disabilities, foster youth, and low-income students.

State-level activities to support the dissemination of standards and frameworks will be designed collaboratively by the California Department of Education (CDE), SBE, California Collaborative for Educational Excellence (CCEE), county offices of

education (COEs), California Commission on Teacher Credentialing (CTC), California Subject Matter Project (CSMP), and other entities as appropriate. Currently, the CDE, SBE, and COEs are working in collaboration with other state, regional, and local partners to support the implementation of standards and frameworks. The Standards Implementation Steering Committee, Collaboration Committees, and Communities of Practice support implementation through collaborative and coordinated efforts at the state, regional, and local levels in the areas of curriculum, instruction, and professional learning.

California will use Title II, Part A funds and funds available through related programs to continue and build upon this work, deploying a variety of strategies consistent with the Quality Professional Learning Standards to design and provide professional learning opportunities for educators to support student achievement of the standards. Further, to support the success of every student, inclusive best practices such as social emotional learning and a multi-tiered system of support approach will be highlighted. Activities will be designed to address areas of need identified through the California School Dashboard, review of Local Control and Accountability Plans (LCAPs) and LCAP Addenda, and stakeholder surveys. These data points will be reviewed regularly and activities updated as necessary to support continuous improvement.

**Support for School Leaders**

California will use the optional 3 percent reservation of the Title II, Part A LEA subgrant allocation to develop the expertise and capacity of the statewide system of support, as described in section A.4.viii.c, to strengthen school leaders' abilities to identify areas of need and to implement and sustain local actions that result in improvements while addressing inequities. This work will emphasize the development of individual leaders and leadership teams to guide and support teachers and staff in engaging students in differentiated teaching and learning so that all students have access to high quality standards-based instruction and graduate ready for success in college and careers.

The support structure will utilize lessons from past and current leadership initiatives focused on student-centered improvements. Key strategies and activities for principals and other school leaders will include, but not be limited to:

- Utilizing California's standards and frameworks to build instructional leadership capacity to meet the needs of all students;

- Collecting and analyzing data related to student achievement and well-being;

- Implementing cycles of continuous improvement based on data;

- Making evidence-based decisions to solve problems of practice;

- Establishing and maintaining evidence-based professional learning opportunities focused on building instructional capacity to improve student outcomes;

- Developing cultural competence and improving access to instructional resources;

- Implementing strategies to support equitable distribution of the educator workforce and labor-management collaboration; and

- Implementing strategies for establishing and supporting distributed or shared leadership at the school site that includes teacher leaders and site administrators in communities of practice.

California will analyze Dashboard data and stakeholder feedback to monitor the implementation of these supports and strategies and will make improvements in collaboration with the partners that contribute to the statewide system of support.

**California Subject Matter Project**

Title II, Part A funds will be used to support the work of the CSMP, an essential component of California's professional learning infrastructure. With more than 90 regional sites statewide, the CSMP is a network of nine discipline-based communities of practice that promote high-quality teaching and leadership. CSMP activities are designed by university faculty, teacher leaders, and teacher practitioners to improve standards-based instructional practices that lead to increased achievement for all students.

**Equitable Services**

Title II, Part A funds will also be used to provide state-wide professional development activities to California's nonprofit private school teachers and administrators based on a proportional share and on an equitable basis of Title II, Part A funding for state-level activities. The CDE consults with a diverse body of current practitioners from private schools and private school networks across the state that represent the broadly inclusive needs and interests of California's nonprofit, private school students to conduct and analyze needs assessments and collaboratively design these statewide professional learning activities.

**Administration and Technical Assistance**

Title II, Part A funds will be used to support CDE staff who distribute, monitor, and provide technical assistance regarding appropriate use of local Title II funds.

2.  Use of Funds to Improve Equitable Access to Teachers in Title I, Part A Schools *(ESEA section 2101(d)(2)(E))*: If an SEA plans to use Title II, Part A funds to improve equitable

access to effective teachers, consistent with ESEA section 1111(g)(1)(B), describe how such funds will be used for this purpose.

Title II, Part A funds will be used to collect and evaluate pertinent data, and then report on equitable access to teachers in schools that receive Title I, Part A funds. Consistent with California's commitments to equity, continuous improvement, and local control, the state will incorporate resources and supports for LEA efforts to address issues regarding educator equity into the statewide system of support, and will use Title II, Part A funds for this purpose. Specific strategies will be developed within the context of the emerging statewide system of support.

The statewide system of support will incorporate an equity planning process that brings LEA stakeholder teams together to build expertise and capacity in the areas of access, equity, and cultural competence. LEAs will have the benefit of intra/inter-district collaboration while engaging in facilitated learning sessions rooted in a continuous improvement approach on data review, stakeholder engagement, and implementation science to build the capacity of local leadership teams to spearhead equity work in their LEAs.

3. <u>System of Certification and Licensing</u> *(ESEA section 2101(d)(2)(B))*: Describe the State's system of certification and licensing of teachers, principals, or other school leaders.

The CTC operates as an independent standards board and works in conjunction with the CDE to serve California's teachers. The CTC is statutorily responsible for the design, development, and implementation of standards that govern educator preparation for the public schools of California and for the licensing and credentialing of professional educators in California.

The CTC is responsible for issuing any and all licenses required by law to serve in an instructional, administrative, service, or counseling position in the public schools in California. *Education Code* Section 44225 requires the CTC to award the following types of credentials to applicants whose preparation and competence satisfy its standards: basic teaching credentials for teaching in kindergarten, or any of grades 1 to 12 inclusive; credentials for teaching adult education classes and vocational education classes; credentials for teaching specialties, including bilingual education, early childhood education, and special education; and credentials for school services, such as administrators, school counselors, speech language therapists, audiologists, school psychologists, library media teachers, supervisors of attendance, and school nurses.

California teachers and administrators are required to participate in a two-year induction program in order to clear their preliminary credentials and become fully licensed. The CTC is responsible for both developing induction program standards and approving educator induction programs. The *California Standards for the Teaching Profession* serve as the basis for teacher induction programs. Strong and effective mentoring is one of the primary factors contributing to teacher retention and

classroom performance and is the most important aspect of induction. Teacher induction programs emphasize meeting the new teacher's immediate needs and supporting long-term teacher growth through ongoing reflection on and analysis of practice. More information regarding teacher induction is available on the CTC Elementary/Multiple Subjects Credentials Web page at http://www.ctc.ca.gov/help/MS/renewal.html.

The *California Professional Standards for Education Leaders* serve as the basis for administrator induction programs. The heart of the clear credential program for administrators is a coaching-based professional induction process contextualized through the job the administrator currently holds while still continuing to develop candidates for future leadership positions. This new structure is designed to provide the best career preparation for effective leadership in California's 21st century schools. More information regarding administrator induction is available on the CTC Clear Administrative Services Credential Web page at http://www.ctc.ca.gov/educator-prep/clear-asc%5Cdefault.html.

4. Improving Skills of Educators *(ESEA section 2101(d)(2)(J))*: Describe how the SEA will improve the skills of teachers, principals, or other school leaders in order to enable them to identify students with specific learning needs, particularly children with disabilities, English learners, students who are gifted and talented, and students with low literacy levels, and provide instruction based on the needs of such students.

California's curriculum frameworks serve as the cornerstone for the state's efforts to improve the skills of teachers, principals, and other school leaders to address the specific learning needs of students and improve student outcomes. The SBE-adopted frameworks provide guidance to K–12 educators for implementing California's academic content standards by outlining the scope and sequence of the learning trajectory across grade levels. They contain guidance on content and pedagogy, access and equity, and strategies for professional learning and leadership. Figure 2 below, a screenshot from the English language arts/English language develop (ELA/ELD) framework's "Access and Equity" chapter, illustrates California's commitment to identifying and meeting the needs of all of its diverse students, including children with disabilities, English learners, students who are gifted and talented, and students with low literacy levels.

**Figure 1. Chapter at a Glance of "Chapter 9: Access and Equity" of the** *English Language Arts/English Language Development Framework for California Public Schools Kindergarten Through Grade Twelve, p. 879*[7]

## Access and Equity

**Chapter 9**

| Page | Chapter at a Glance |
|------|---------------------|
| 880 | Introduction |
| 881 | California's Diversity |
| 882 | Standard English Learners |
| 884 | African American English Speakers |
| 886 | Chicana/Chicano English Speakers |
| 888 | English Learners |
| 891 | Reclassified English Proficient Students |
| 891 | Instructional Programs and Services for English Learners |
| 893 | Biliterate Students |
| 893 | Students Who are Deaf and Bilingual in ASL and Printed English |
| 894 | Students Who are Deaf and Hard of Hearing Who Communicate with Spoken English or Simultaneous Communication, Including Sign Supported Speech |
| 895 | Students Living in Poverty |
| 897 | Migrant Students |
| 898 | Lesbian, Gay, Bisexual, and Transgender Students |
| 899 | Advanced Learners |
| 902 | Students with Disabilities |
| 905 | Accommodations and Modifications for Students with Disabilities |
| 907 | Students with Autism Spectrum Disorders |
| 908 | Students with Significant Cognitive Disabilities |
| 910 | Planning for and Supporting the Range of Learners |
| 910 | Universal Design for Learning |
| 913 | Multi-Tiered System of Supports |
| 916 | Culturally and Linguistically Responsive Teaching |
| 920 | Instructional Practices for Supporting Students Experiencing Difficulty Reading |
| 928 | Linguistic and Cultural Congruence for ELs |
| 928 | Literacy Learning and Males |
| 929 | Conclusion |
| 930 | Works Cited |

Frameworks inform educator professional learning across the career continuum; they are used in educator preparation and induction programs and in the professional learning activities of in-service educators. Dissemination of the frameworks is the primary objective of the statewide standards implementation work described in section D.1 above. The frameworks also include evaluation criteria for instructional materials, encouraging publishers to develop classroom resources that

[7] Available at http://www.cde.ca.gov/ci/rl/cf/elaeldfrmwrksbeadopted.asp.

support framework content. Instructional materials approved by the SBE must meet the criteria described in the frameworks.

Additional strategies to support educators to identify and meet the needs of specific groups of students are described below.

**Supporting Educators to Identify and Meet the Needs of English Learners**

The California English Language Development Standards (CA ELD Standards) are designed to guide instruction so that English learners develop sufficient language to gain access to and engage in academic subjects, achieve in grade-level academic content, and meet state academic standards for college and career readiness. The CA ELD Standards were adopted in 2012 and are correlated to the ELA standards that were adopted in 2010. California is first in the nation to produce an integrated ELA/ELD curriculum framework and all subsequently adopted frameworks now include the integration of ELD.

**Supporting Educators to Identify and Meet the Needs of Students with Disabilities**

Further, to ensure that students with disabilities are served more effectively regardless of setting, California is undertaking substantial revisions to its teacher preparation standards and programs. The CTC has engaged a stakeholder group to redesign program standards for both special educators and general education teachers. This redesign is based on the concept of cross-training and will include increased preparation for general education teachers in serving students with disabilities. California recognizes that most students with disabilities receive much of their instruction in general education classrooms, so it is critical that general educators are better prepared to address the needs of the students with disabilities they serve.

Concurrently, special education program standards will be revised to include additional preparation to serve general education students, resulting in a broadened credential authorization that will allow special educators to serve general education students. As a result, special education expertise will be available through intervention and remediation activities to assist general education students who are struggling to overcome barriers to improved academic performance. These efforts to recognize the needs of students with disabilities in general education classrooms, and the challenges of the teachers who serve them, were inspired by the groundbreaking work of California's Statewide Special Education Task Force and their summary report, "One System: Reforming Education to Serve All Students," available at http://www.smcoe.org/about-smcoe/statewide-special-education-task-force/.

**Supporting Educators to Identify and Meet the Needs of Students with Low Literacy Levels**

The ELA/ELD curriculum framework provides guidance on learner differences and levels of support in order to help educators help students achieve their full potential. The framework stresses excellent initial instruction be provided to all learners, in all grade levels and content areas, and through close, ongoing monitoring of student progress, subsequent instruction can be tailored to meet students' needs (e.g., strategic scaffolding and grouping, culturally and linguistically responsive instruction, tiered interventions, and varied instructional approaches).The Multi-Tiered System of Supports approach to support and intervention promoted by the CDE incorporates a three-tiered structure of increasing levels of supports, beginning with core instruction in Tier 1 for all students in general education, increasing in intensity in Tier 2 with specific targeted instruction and support for students needing extra support, to intensive intervention for those students who experience difficulty in achieving grade level expectations, even with Tier 2 supports (e.g. low literacy skills).

### Supporting Educators to Identify and Meet the Needs of Students Who are Gifted and Talented

The CDE provides guidance and resources to help educators and parents understand how gifted and talented education (GATE) programs fit into the current funding context, an overview of the history of legislation and regulations related to implementation of GATE programs, and Web links to resources for the public to access as needed. The CDE also collaborates with the University of Southern California in a grant-funded project that focuses on early identification of potentially gifted children using non-traditional methods, with specific attention placed on the identification of underrepresented students from preschool through grade two (English learners, ethnic and racial minorities, socioeconomically disadvantaged, etc.).

### Continuous Improvement

California's accountability and continuous improvement system based on the Local Control Funding Formula (LCFF) provides LEAs with information and tools to identify areas where specific groups of students may need additional support. Performance data on a variety of state priorities is reported to the public through the California School Dashboard. LEAs can use this information to identify local educator professional learning needs, develop strategies, set goals, and resource these activities appropriately. The statewide system of support, a multi-leveled system that includes the standards implementation and support for school leaders activities described in section D.1 above, will provide resources and assistance to schools and districts as they work to address locally-determined professional learning needs of educators.

5. <u>Data and Consultation</u> *(ESEA section 2101(d)(2)(K))*: Describe how the State will use data and ongoing consultation as described in ESEA section 2101(d)(3) to continually

update and improve
the activities supported under Title II, Part A.

Data and consultation are at the heart of California's school funding system. At the local level, LCAPs are updated annually, allowing for local evaluation of programs and activities and realignment of resources that is responsive to the evolving needs of educators, students, and the district community.

Supplementing the LCAP development process with its requirements for community engagement, LEAs must complete the LCAP Addendum, which is the mechanism by which LEAs address the local planning requirements of the ESSA. Specifically, LEAs must describe programs and activities they will engage in using their Title II, Part A funds. Therefore, the expenditure of these funds is planned for in consultation with the local school community.

State-level activities will also be continuously evaluated and improved through data analysis and consultation. In reviewing LCAP Addenda, analyzing statewide Dashboard data annually, and consulting with state system of support partners, the state will prioritize state-level activities under Title II, Part A to address areas of greatest need. Systematic coordination with other state and federal programs will reduce redundancies and ensure the greatest impact at the local level.

Beyond the evaluation and public reporting of equity gaps, California will take a number of steps to ensure that low-income and minority children enrolled in schools assisted under Title I, Part A are not served at disproportionate rates by ineffective, out-of-field, or inexperienced teachers. Under ESSA Section 1112(b)(2), each LEA is required to submit a plan to the state educational agency (SEA) that describes how it will identify and address any disparities that result in low-income students and minority students being taught at higher rates than other students by ineffective, inexperienced, or out-of-field teachers. Beginning in the 2018–19 school year, LEAs will need to address this provision in the Local Control and Accountability Plan (LCAP) Addendum. The LCAP is the LEA strategic planning document that is submitted every three years and updated annually, while the Addendum ensures LEAs are meeting federal planning requirements and is submitted to the SEA for approval. In reviewing LCAP Addenda, the SEA will only approve LEA plans that include descriptions about how the LEA will identify and address any disparities that result in low-income students and minority students being taught at higher rates than other students by ineffective, inexperienced, or out-of-field teachers. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response.

Further, once updates to California's procedures for calculating, reporting, and evaluating equitable access to teachers are completed and new procedures have been established, the CDE will provide training to the relevant state and local educational agencies to promote statewide understanding of the new requirements as they relate to the LCAP process and to provide support in informing LEAs about

the new teacher equity reporting process. State and county educational agencies within the statewide system of support will collaborate to develop and provide resources, tools, support, and technical assistance regarding teacher equity issues that will be available to all LEAs (Level 1 supports). These agencies will also develop and provide needs assessment, root cause analysis, improvement planning, evidence-based decision making, and performance and progress monitoring tools and training that is differentiated to the needs of LEAs that have been identified as having persistent teacher equity gaps (Level 2 supports). LEAs will also be provided with expert points of contact at the state and regional levels with whom they can discuss available guidance and be supported to develop strong teacher equity plans.

6. <u>Teacher Preparation</u> *(ESEA section 2101(d)(2)(M))*: Describe the actions the State may take to improve preparation programs and strengthen support for teachers, principals, or other school
leaders based on the needs of the State, as identified by the SEA.

The State plans to leverage partnerships with institutions of higher education, LEAs, and other organizations in order to collaboratively and innovatively address teacher shortage areas in science, math, special education, and bilingual education. California does not plan to utilize Title II, Part A funds to improve preparation programs. Investments to strengthen supports for educators will be made within California's state system of support as described above in section A.4.viii.c.

## Title III, Part A, Subpart 1: English Language Acquisition and Language Enhancement

1. <u>Entrance and Exit Procedures</u> *(ESEA section 3113(b)(2)):* Describe how the SEA will establish and implement, with timely and meaningful consultation with LEAs representing the geographic diversity of the State, standardized, statewide entrance and exit procedures, including an assurance that all students who may be English learners are assessed for such status within 30 days of enrollment in a school in the State.

The statewide California entrance procedures ensure that all students who may be English learners (ELs) are assessed for such status using a valid and reliable instrument within 30 days of enrollment in a school in the state. Upon enrollment, parents of new students complete a standardized, statewide Home Language Survey (HLS). If the answer to any of the first three questions on the survey is a language other than English, the student is assessed to determine if the student is an EL. The state's English language proficiency (ELP) assessment guidance document, available at https://www.cde.ca.gov/ta/tg/ep/documents/elpacinfoguide19.pdf, contains the standardized entrance procedures.

For the initial assessment, California administered the California English Language Development Test (CELDT) in the 2017–18 school year while field testing the new English Language Proficiency Assessments for California (ELPAC) initial

assessment. In 2018–19, the ELPAC initial assessment replaced the CELDT as the state's initial ELP assessment. Regulations for the implementation of the ELPAC initial assessment were finalized in October 2017 and contained detailed updated entrance procedures. Validity of the ELPAC was assured through the processes used to develop the assessment instrument including content review, alignment studies, standard setting procedures, and comparison studies.

California has established processes to ensure timely and meaningful consultation with LEAs representing the geographic diversity of the state in the development of our standardized, statewide entrance and exit procedures by engaging stakeholders in meetings throughout the state; eliciting input and feedback at statewide conferences and trainings; soliciting participation in various committees; soliciting public comment during the regulations process; and providing policy updates. Evaluations, written feedback, and attendance records are evidence of timely and meaningful consultation, as well as collaboration to co-develop guidance documents and provide professional development.

In November 2018, a study related to the use of the new English Language Proficiency Assessments for California (ELPAC) scores will be presented to the State Board of Education to adopt a new ELPAC reclassification criteria. The standardized Language Observation Tool and Parent Involvement Protocol will be developed in 2018–19 and piloted in 2019–20.

In January 2019, work with the Legislature will begin to change the reclassification criteria in California Education Code. This process generally takes one year. Legislation will include the standardized, statewide Language Observation Tool and Parent Involvement Protocol.

If the Legislature enacts law to change the reclassification criteria including the Language Observation Tool, and Parent Involvement Protocol, the law goes into effect on July 1, 2020.

The Regulatory Process would begin in 2020–21, and full implementation is expected in 2021–22.

1. SEA Support for English Learner Progress *(ESEA section 3113(b)(6))*: Describe how the SEA
   will assist eligible entities in meeting:
   ix. The State-designed long-term goals established under ESEA section 1111(c)(4)(A)(ii), including measurements of interim progress towards meeting such goals, based on the State's English language proficiency assessments under ESEA section 1111(b)(2)(G); and
   x. The challenging State academic standards.

California will assist eligible entities in meeting the state-designed long-term goals, including measurements of interim progress, and provide assistance to meet the challenging State academic standards through a cohesive system of support that includes: adopting standards, developing assessments, establishing long term goals and an accountability system; providing resources to support LEAs in assisting ELs; and fostering continuous improvement.

The State Board of Education (SBE) has adopted state academic standards, including the English Language Development Standards, and has defined the EL subgroup in each of the state accountability indicators required under ESSA Section 1111(c)(4)(A)(ii).

### State Standards

The California English Language Development Standards (CA ELD Standards) are designed to guide instruction so that ELs develop sufficient language to gain access to and engage in academic subject learning, achieve in grade-level academic content, and meet state academic standards for college and career readiness. The CA ELD Standards were adopted in 2012 and have been validated to align to the state's current English Language Arts (ELA) standards. California is the first state in the nation to produce an integrated ELA/ELD framework and all subsequently adopted frameworks now include the integration of ELD. In 2015, a correspondence study was conducted to ensure the CA ELD Standards are also aligned to both the Science and Mathematics standards. The study found a strong correspondence between the language demands of the content standards and the CA ELD Standards. California ensures every content area framework incorporates the CA ELD Standards and the SBE adopts materials that are aligned to the content standards and the CA ELD Standards.

### State Assessments

ELs also participate in the California Assessment of Student Performance and Progress (CAASPP) system. ELs who have attended a school in the U.S. for less than 12 months are exempted from one administration of the state ELA assessment.

### Accountability System

The state-designed long-term goals for ELs are based on meeting the statewide and local accountability measures. Three indicators will be used: the Academic Indicator (to measure EL academic progress in ELA and mathematics), the English Learner Progress Indicator (to measure English proficiency growth based on CELDT scores and reclassification rates), and the Graduation Rate Indicator (to measure graduation rate growth).

The English Learner Progress Indicator (ELPI) measures the percent of EL students who are making progress toward English language proficiency from one year to the next on the ELPAC. The ELPI has six performance levels, and the interim goal for every EL student is to progress at least one ELPI performance level each year. Therefore, the benchmark for all students is to advance one performance level a year. The long-term goal for the newcomer EL with beginning-level initial English proficiency is to achieve English proficiency within five years. The entry performance level determines the number of years expected to reach proficiency, and at a minimum one year's progress is expected. As noted above, California transitioned to full implementation of the ELPAC beginning in the 2017–18 school year, replacing the CELDT. The ELPI is reported on the California School Dashboard, which can be found on the CDE California Accountability Model & School Dashboard Web page at http://www.cde.ca.gov/ta/ac/cm/. Progress on the California School Dashboard as well as local metrics will be used to measure interim progress and achievement of the academic goals for ELs.

### Supporting the Development of LCAP Addenda

Title III LEAs will be required to submit to the state educational agency (SEA) a Local Control and Accountability Plan (LCAP) Addendum, which addresses all of the local planning requirements under the Every Student Succeeds Act (ESSA) and serves as the LEA Plan. In their LCAP Addendum, LEAs will describe, among other things, Title III professional development, programs and activities, school support for assisting ELs in achieving English proficiency and the state academic standards, and parent, family, and community engagement in the education of ELs.

### Reviewing LCAP Addenda

In reviewing LCAP Addenda, California will only approve LEA plans that include descriptions for Title III professional development, programs and activities, school support for assisting ELs in achieving English proficiency and the state academic standards, and parent, family, and community engagement in the education of ELs. If the LEA's response is insufficient, California will return the LCAP Addendum with suggestions for ways to strengthen the LEA's response based on the state guidance for Title III. The LEA will be provided designated expert points of contact at the state and regional levels with whom they can discuss this guidance and be supported to develop a stronger LCAP Addendum.

### Developing Resources for LEAs to Support ELs

The state has established several systems of support that provide assistance to LEAs to ensure that students meet English language proficiency and state academic standards, including: a library of online resources for LEAs to

conduct interim assessments and monitor progress; statewide professional development provided by integrated teams of language, assessment, accountability, and academic experts; and a system of county level support. Title III funds are used to supplement existing efforts and provide additional targeted support to the LEAs that receive the funds. The state and Title III Regional County Office Leads provide in-person, virtual, and web-based assistance to support the planning, implementation, evaluation, and reporting of required and authorized activities designed to meet interim and long-term goals in English language proficiency as well as California's academic content standards.

Additionally, in response to a recent voter-approved ballot initiative, the California Education for a Global Economy Initiative (Proposition 58), and other changes in state and federal policy related to ELs, the CDE will issue the *California English Learner Roadmap*. This resource will include guidance on how LEAs and schools can implement and strengthen comprehensive, evidence-based programs and services for all profiles of ELs that enable access to college- and career-ready learning, as well as opportunities to attain the State Seal of Biliteracy.

**Continuous Improvement**

California will monitor the implementation of these supports and will develop additional tools, toolkits, and guidance documents to support ELs, their teachers, parents, school administrators, and other school personnel, from pre-kindergarten through grade 12, as necessary based on LEA and stakeholder feedback.

As part of the state's emerging statewide system of support, described in section A.4.viii.c, California will incorporate ESSA and state resources to the greatest extent possible to ensure that LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes and procedures that lead to successful student outcomes for ELs.

2.  Monitoring and Technical Assistance *(ESEA section 3113(b)(8))*: Describe:
    xi.   How the SEA will monitor the progress of each eligible entity receiving a Title III, Part A subgrant in helping English learners achieve English proficiency; and
    xii.  The steps the SEA will take to further assist eligible entities if the strategies funded under Title III, Part A are not effective, such as providing technical assistance and modifying such strategies.

**Monitoring Title III LEAs**

California provides a coordinated and transparent federal program monitoring (FPM) process to ensure Title III LEAs are meeting program requirements and spending program funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. Thus, the CDE's FPM process includes a data review of 50 percent of the LEAs in the state to identify and conduct a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/.

Through the FPM process, Title III LEAs will have access to resources, instruments, training, and state and regional staff experts that will support them to prepare for the monitoring process, and, upon completion of the monitoring process, address any findings that suggest the LEA is not meeting Title IIII, Part A requirements.

**Providing Technical Assistance**

The CDE provides technical assistance to LEAs in planning for the use of state and federal funds to meet the local and state accountability measures. In addition, Title III Regional County Office Leads are trained by the CDE to provide local technical assistance to LEAs on federal requirements, best practices, and improvement of EL progress in English language proficiency and meeting state academic standards. Title III Regional County Office Leads also recommend modifications to EL strategies as necessary.

**Further Assistance to Address Title III-funded Strategies That Are Not Effective**

The CDE works closely with the California Comprehensive Center and other entities to provide further assistance to eligible entities if the strategies funded under Title III are not effective. Root cause analysis tools and technical assistance are provided to LEAs to determine how to modify existing strategies.

**Continuous Improvement**

California will monitor the implementation of these monitoring and technical assistance processes and will make improvements as necessary, based on LEA and stakeholder feedback. As part of the statewide system of support, California will incorporate ESSA and state resources to the greatest extent possible to ensure that LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated

and coherent processes and procedures that lead to successful linguistic and academic outcomes for EL students.

### Title IV, Part A: Student Support and Academic Enrichment Grants

1. <u>Use of Funds</u> *(ESEA section 4103(c)(2)(A)):* Describe how the SEA will use funds received under Title IV, Part A, Subpart 1 for State-level activities.

California intends transfer the Title IV, Part A state-level activities funds to Title II, Part A to support state-level activities under Title II, Part A beginning in the 2018–19 fiscal year, subject to meaningful consultation with all relevant stakeholders around the intended use and any equitable distribution requirements.

2. <u>Awarding Subgrants</u> *(ESEA section 4103(c)(2)(B))*: Describe how the SEA will ensure that awards made to LEAs under Title IV, Part A, Subpart 1 are in amounts that are consistent with ESEA section 4105(a)(2).

In order to ensure that awards made to LEAs under Title IV, Part A, Subpart 1 are in the amounts consistent with Every Student Succeeds Act (ESSA) Section 4105(a)(2), the California Department of Education (CDE) will allocate funds in the manner described in the steps below:

1. Calculate the percentage of each LEA's Title I, Part A allocation from the total amount of Title I, Part A funding allocated to all LEAs by the state during the prior fiscal year.

2. Compute each LEA's share of the Title IV, Part A allocation by applying the above calculated percentage to the total amount of Title IV, Part A funds available for allocation.

3. If there are insufficient Title IV, Part A funds resulting in LEAs not receiving the minimum-allowed amount of $10,000, California will ratably reduce the LEA allocations of Title IV, Part A funding. This will involve a calculation by which a certain proportionate amount of each LEA allocation is reduced so that every applying LEA may receive at least the minimum allotment of $10,000 as pursuant to ESSA Section 4105(a)(2).

## B. Title IV, Part B: 21st Century Community Learning Centers

1. <u>Use of Funds</u> *(ESEA section 4203(a)(2))*: Describe how the SEA will use funds received under the 21st Century Community Learning Centers program, including funds reserved for State-level activities.

California's Expanded Learning Programs (ELPs) support local educational agencies (LEAs) and local communities by aligning with the regular school day for a well-rounded and supportive education for students. ELPs offer youth opportunities for

leadership, engaging youth leaders, as an example, in the reduction or elimination of incidents of bullying and harassment. ELPs are designed to promote student well-being through balanced nutrition, physical activity, and other enrichment activities supplementing the student's regular school day academic instruction.

ELPs recruit, train, and retain high quality staff and volunteers to provide academic and enrichment activities. They build collaborative relationships among internal school and external stakeholders, including students, parents, families, governmental agencies (e.g., city and county parks and recreation departments), local law enforcement, community organizations, and the private sector to improve programs. This ensures active family engagement and gathering additional community resources to expand and benefit the number of students being served in the most disadvantaged neighborhoods.

California plans to use Title IV, Part B state-level activity funds to contract with statewide technical assistance providers such as the California After School Network, ASAPconnect, county offices of education (COEs), and STEM Power of Discovery. This technical assistance system, in collaboration with the state, is called the System of Support for Expanded Learning (SSEL). The SSEL provides technical assistance to ELPs that are new, not meeting attendance or performance goals, or otherwise need assistance. It supports overall quality for all programs while still allowing local schools and districts the leeway and flexibility to deploy resources so they can improve.

California has developed, in collaboration with stakeholders, Quality Standards for Expanded Learning Programs, available on the California Department of Education (CDE) Web page at http://www.cde.ca.gov/ls/ba/as/documents/qualstandexplearn.pdf. These standards are the foundation that the SSEL uses to provide support to ELPs. A portion of the state-level reservation will be used for administration of Title IV, Part B funds: awarding and monitoring grants; providing technical assistance, evaluation, and training services; and providing local assistance funds to support continuous quality improvement.

2. <u>Awarding Subgrants</u> *(ESEA section 4203(a)(4)):* Describe the procedures and criteria the SEA will use for reviewing applications and awarding 21st Century Community Learning Centers funds to eligible entities on a competitive basis, which shall include procedures and criteria that take into consideration the likelihood that a proposed community learning center will help participating students meet the challenging State academic standards and any local academic standards.

California funds five-year 21st Century Community Learning Centers (CCLC) programs to establish or expand high quality before-and-after school programs for students that primarily attend low performing schools or schools identified by LEAs

as in need of intervention. These programs serve economically disadvantaged students and their families.

California has posted its 21st Century Request for Applications (RFA) for funds allocated beginning in the 2017–18 fiscal year to align with the Every Student Succeeds Act (ESSA) requirements on the CDE 21st CCLC Funding and Fiscal Management Web page at http://www.cde.ca.gov/ls/ba/cp/funding.asp. Consistent with federal requirements, California will award 21st CCLC funds in a competitive grant application process.

Those entities eligible to apply for 21st CCLC funding will be public or private entities or a consortium of such entities that propose to serve students (and their families) who primarily attend schools eligible for schoolwide programs under ESSA Section 1114, schools implementing comprehensive or targeted support and improvement activities under ESSA Section 1111(d), and schools determined by the LEA to be in need of intervention and support.

Applicants will be required to provide a local match. The applicant may not use matching funds from other federal or state funds. The amount of the match will be based on a sliding scale that takes into account the relative poverty of the population to be targeted by the eligible entity and the ability of the eligible entity to obtain such matching. If an eligible entity is unable to provide a match, a justification will be required as to why they are unable to provide a match.

The 21st CCLC RFA includes a program quality evaluation rubric that is derived from the Quality Standards for Expanded Learning in California, as well as state and federal application requirements. An online application reader's conference will use impartial, qualified, and calibrated peer evaluators to determine grant application program quality. Grant applications that have been identified as high quality programs will then be assigned priority for funding based on state and federal requirements. The RFA gives priority funding to applications:

1. That propose to target services to students (and their families) who primarily attend schools that:

   a. Are implementing comprehensive support and improvement activities or targeted support and improvement activities under Section 1111(d) or other schools determined by the LEA to be in need of intervention and support to improve student academic achievement and other outcomes; and

   b. Enroll students who may be at risk for academic failure, dropping out of school, involvement in criminal or delinquent activities, or who lack strong positive role models;

2. Are submitted jointly by eligible entities consisting of at least one:

    a.  LEA receiving funds under of Title I, Part A; and

    b.  Another eligible entity[8];

The applicant will be given this priority if it demonstrates that it is unable to partner with a community-based organization in reasonable geographic proximity and of sufficient quality.

3.  Demonstrate that the activities proposed in the application:

    a.  Are, as of the date of the submission of the application, not accessible to students who would be served; or

    b.  Would expand accessibility to high-quality services that may be available in the community.

4.  Replace an expiring grant. (This is a general state funding priority requirement.)

5.  Will provide year-round expanded learning programming. (This is a state middle and elementary funding priority requirement.)

6.  Have programs that have previously received funding, but are not currently expiring. (This is a state high school funding priority requirement.)

7.  Propose expansion of existing grants up to the per site maximum. (This is a state high school funding priority requirement.)

Priority will not be given to eligible entities that propose to use 21st CCLC funding to extend the regular school day.

These funding priorities will be additive. The proposed sites with the highest number of priorities will be funded first. High quality grant applications with an equal number of state and federal priorities will be selected for funding based on the highest percentage of school level poverty. All grantees will be required to sign assurances that they will comply with all ESSA and state requirements.

California's 21st CCLC program will have a minimum grant award per program site of $50,000 as required by federal law. In addition, grant awards are subject to state legislative cap amounts of $112,500 for programs serving elementary schools and $150,000 for programs serving middle or junior high schools. High school programs are similarly capped at $250,000 per school site. Elementary, middle, and junior high school awards may be increased up to double amounts using a large school

---

[8] Eligible entities include LEAs, community-based organizations, Indian tribes or tribal organizations, another public or private entity, or a consortium of two or more such agencies or organizations or entities.

adjustment formula.

Currently, all expiring 21st CCLC grantees must re-apply for a new five-year grant. As allowed by the ESSA, California will consider renewing sub-grants of existing grantees based on grantee performance during the preceding sub-grant period.

## C. Title V, Part B, Subpart 2: Rural and Low-Income School Program

1. <u>Outcomes and Objectives</u> *(ESEA section 5223(b)(1))*: Provide information on program objectives and outcomes for activities under Title V, Part B, Subpart 2, including how the SEA will use funds to help all students meet the challenging State academic standards.

   To support California students, the Rural and Low Income Schools (RLIS) Program's goal and objective is that resources under this program support rural LEAs in California that have a proportionately high rate of poverty among its population in meeting California's challenging academic standards. California expects LEAs to meet these standards by utilizing the flexible funds provided by the RLIS program to improve teaching and learning in the classroom through professional development to teachers and administrators in schools and by providing learning tools and resources that effectively engage children so that they can meet the challenging academic standards. The program objectives will also include, but will not be limited to, ensuring that all eligible LEAs are aware of, and have the ability to apply for and receive RLIS funding; ensuring that all eligible LEAs use the RLIS fund to effectively support other specified federal programs; and ensuring that RLIS LEAs report annually on allowable uses of funds through the Consolidated Application Reporting System.

2. <u>Technical Assistance</u> *(ESEA section 5223(b)(3))*: Describe how the SEA will provide technical assistance to eligible LEAs to help such agencies implement the activities described in ESEA section 5222.

   California's system of support will build the capacity of LEAs in the administration of these funds by providing technical assistance through training, information sharing, grant management, and on-demand support via webinars, e-mails, and telephone. The Local Control and Accountability Plan (LCAP) and LCAP Addendum planning process will support LEAs in tying this support to their overall goals.

## D. Education for Homeless Children and Youth program, McKinney-Vento Homeless Assistance Act, Title VII, Subtitle B

a. <u>Student Identification</u> *(722(g)(1)(B) of the McKinney-Vento Act)*: Describe the procedures the SEA will use to identify homeless children and youth in the State and to assess their needs.

LEAs identify and track homeless students using a variety of methods, including, but not limited to, self-identification, questions on registration forms, data queries, and in-take questionnaires. Since identification of homeless students can also come about because of student and family relationships with school staff, LEAs will ensure all school staff are trained on the proper identification and reporting procedures. Information will be provided by the California Department of Education (CDE) on LEA liaisons' participation in the local Point-In-Time Counts, as required by the U.S. Department of Housing and Urban Development (HUD), and best practices for engaging with local planning efforts to help improve the identification of homeless children and youth to LEAs, HUD, and other continuum of care agencies. Each LEA is required to identify and track the number of homeless students by grade level in the California Longitudinal Pupil Achievement Data System (CALPADS), which houses student-level data including demographics, course data, discipline, assessment, and other data for state and federal reporting.

LEAs use the following housing categories in CALPADS to determine if a student is homeless: temporary shelters, hotels/motels, temporarily doubled-up, and temporarily unsheltered. It is important to note that CALPADS also collects information regarding homeless unaccompanied youth, which is a youth that is not in the physical custody of their parent and/or guardian. These categories are based on the requirements outlined in the Consolidated State Performance Report that is submitted to the U.S. Department of Education annually. The data provided through CALPADS serves as California's means of identifying homeless children and youth in the state.

California provides support and technical assistance to LEAs to assist with the identification of homeless students. This includes tracking data in CALPADS and performing targeted outreach to LEAs that identify their homeless count as zero; creating and disseminating training modules on identification methods and strategies to LEA registrars, attendance clerks, school counselors, and LEA liaisons; and providing LEAs with posters outlining the educational rights of homeless children and youths and tracking LEA use of the poster through California's Consolidated Application and Reporting System (CARS).

Each LEA is required to identify at least one LEA liaison who is charged with representing the interests of the homeless students that the LEA serves, assessing the needs of these students, ensuring that needs are addressed by the appropriate entity, and serving as a resource to parents, families, and school and LEA personnel. The LEA liaison can be paid through a variety of funding sources, including state general funding and Title I, Part A reservation funds for homeless education.

To facilitate best practices regarding the assessment of the needs of homeless students, California will continue to support LEAs to conduct data analyses for their homeless students, implement case management models, and collaborate with relevant agencies to coordinate services.

To further enhance assessment of student needs, California is currently developing an intake template that will collect information related to the individual needs of the homeless students that a school or district serves. This template will be disseminated to LEAs for use in the 2018–19 school year. Staff will provide the tool and relevant trainings on its use to LEAs, measure its use through CARS, and encourage its use to assess the needs of homeless youth across the state. This template will assist LEAs during the federal program monitoring (FPM) process (described under I.6), as well as offer LEAs a resource for assessing student needs.

California will monitor the implementation of these procedures to identify homeless children and youth and assess their needs and will make improvements as necessary based on LEA and stakeholder feedback. As part of the statewide system of support, as described in section A.4.viii.c, California will incorporate resources to the greatest extent possible to ensure that LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes and procedures across state and federal programs that lead to successful outcomes for homeless children and youth.

b.  Dispute Resolution *(722(g)(1)(C) of the McKinney-Vento Act)*: Describe procedures for the prompt resolution of disputes regarding the educational placement of homeless children and youth.

The current dispute resolution process involves key steps aimed at ensuring that disputes are resolved promptly while safeguarding the rights of all parties. Every student, including an unaccompanied youth, must be immediately enrolled regardless of any dispute that arises. In the case of a dispute, the matter is first referred to the LEA liaison, with a written explanation from the disputing school; the LEA liaison then makes a determination regarding school selection, eligibility, or enrollment. The LEA has five business days to make a determination. If unresolved or appealed, the matter is referred to the county office of education (COE) liaison, who is required to make the school selection, eligibility, or enrollment decision within five working days of receipt of dispute materials. If the matter is not resolved at the LEA or COE level, the case will then be referred to the State Homeless Coordinator for review, and a final school selection, eligibility, or enrollment decision will be made within ten working days of receipt of materials.

California intends to make revisions to the dispute resolution process in 2017 to include more specific language regarding timelines, roles of all stakeholders, student-centered factors, unaccompanied youth rights, and eligibility to facilitate the prompt resolution of disputes. California will gather input from outside agencies, as well as parents, to strengthen the dispute resolution process.

The current process is posted on the CDE Resources for Homeless Children and Youths Web page at http://www.cde.ca.gov/sp/hs/cy/disputeres.asp. California will continue to provide professional development and technical assistance to LEAs

regarding the dispute resolution process to ensure effective implementation, as well as continue the monitoring of LEAs through the FPM process (described under I.6). This process includes the review of the dispute resolution process, identification, implementation of federal and state laws, use of Title I, Part A reservation funds, parent/guardian involvement, and professional development.

In addition, sample board policies and administrative regulations have been developed by the California School Boards Association (CSBA) that address the specific steps of the dispute resolution process, including a dispute resolution form LEAs can complete to identify the persons involved and track and record the process. LEAs throughout the state use the CSBA's sample board policies and administrative regulations to ensure compliance with state and federal laws.

c.  Support for School Personnel *(722(g)(1)(D) of the McKinney-Vento Act)*: Describe programs for school personnel (including the LEA liaisons for homeless children and youth, principals and other school leaders, attendance officers, teachers, enrollment personnel, and specialized instructional support personnel) to heighten the awareness of such school personnel of the specific needs of homeless children and youth, including runaway and homeless children and youth.

California will continue to collect the number and frequency of LEA liaisons participating in homeless education professional development through the Homeless Education Implementation and Policy page in the CARS. California will add an additional question to the Homeless Education Implementation and Policy page regarding the status of local training at each LEA and offer technical assistance to those LEAs and their liaisons that report that they have not participated in homeless education professional development within the past year.

California routinely offers professional development and trainings on homeless education to a variety of stakeholders, including LEAs, COEs, service providers, and local school attendance review boards, which are comprised of school personnel and other relevant stakeholders. Staff presents at various statewide conferences, regional and local meetings upon requests from LEAs and COEs, and various stakeholder meetings. Each training emphasizes collaboration and coordination with a variety of community agencies.

California will develop training modules with stakeholder input on various homeless education topics for principals, teachers, LEA liaisons, health care providers, outside agencies, preschool staff, and registrars. These training modules will be posted online and disseminated during the 2017–18 school year. They will include an overview of EHCY and all EHCY provisions under the ESSA, such as definitions, identification, enrollment, transportation, collaboration, dispute resolution, unaccompanied youths, preschool-age students, and Title I, Part A reservation funds.

California will continue to collect and post annually a database of LEA liaisons and their contact information through the CDE Resources for Homeless Children and Youths Web page to enable school personnel to contact LEA liaisons for specific information and resources as needed. This list of LEA liaisons becomes the basis for the Homeless Education Resources Listserv, which allows the State Homeless Coordinator to disseminate resources, materials, updates, and training modules.

In the past year, the State Coordinator has convened a "Homelessness Matters Workgroup" that is comprised of various state agencies such as the Department of Social Services, the Department of Public Health, the California Homeless Youth Project, the California Coalition for Youth, the Department of Community Services and Development, the Department of Housing and Community Development, and the Department of Health Care Services. All of the agencies, along with several COE liaisons, have developed goals and objectives to generate statewide activities and strategies to promote awareness about the plight of homeless students in California. The Workgroup has developed a "street sheet," which is a one page factsheet that includes graphics and information regarding homeless youth, as well as an agency registry to disseminate to Workgroup members, LEAs, other state agencies that serve homeless families, and other stakeholders. The Workgroup is also planning a social media campaign for fall 2017.

Finally, at conferences, workshops, and training sessions, the CDE presents information about runaway and unaccompanied youth students that offers strategies for working effectively with those students. The State Coordinator works closely with LEA liaisons who are in contact with local shelters that serve the special needs of runaway and unaccompanied homeless youths in California.

As with the procedures to identify and address the needs of homeless children and youth, California also intends to monitor school personnel programs meant to heighten the awareness of the specific needs of homeless children and youth and will make improvements based on LEA and stakeholder feedback. As part of the statewide system of support, California will incorporate ESSA and state resources to the greatest extent possible to ensure that LEAs and schools identified as needing additional assistance have the necessary support to develop or strengthen integrated and coherent processes and procedures across state and federal programs that lead to successful outcomes for homeless children and youths.

d.  Access to Services *(722(g)(1)(F) of the McKinney-Vento Act)*: Describe procedures that ensure that:

  i.  Homeless children have access to public preschool programs, administered by the SEA or LEA, as provided to other children in the State;

      The CDE will continue to coordinate and collaborate with Head Start, Early Head Start, and the Interagency Coordinated Council (ICC) and offer professional development and technical assistance to LEAs, as well as to

preschool programs, regarding homeless education and preschool collaboration. There will be an emphasis on identification, enrollment, transportation, and accessibility to community resources. Professional development and technical assistance will include guidance for literacy programs, addressing basic health needs, transitioning into kindergarten, and school readiness. LEAs and preschool programs will be encouraged to establish a case management process to meet the needs of homeless preschoolers.

Additionally, the CDE will add a question on the Homeless Education Implementation and Policy page in the CARS regarding the number of homeless preschoolers enrolled by an LEA- or state-run preschool program.

California's Homeless Education Posters and COE and LEA liaison contact information are provided to all Head Start, Early Head Start, and ICC Regional/Family Resource Centers on an annual basis. In addition, the State Coordinator and CDE early education program staff participate in a state advisory committee convened by WestEd. This advisory committee discusses supports for homeless children, ages zero to five, and their families in order to develop ongoing guidance and a publication that will include best practices for planning curriculum and supports that are responsive to the needs these children and their families and collaboration between early education programs with homeless children and family programs. The State Coordinator also presents annually at the Infant Development Association of California Conference. All of these outreach activities provide technical assistance, professional development, and knowledge to better identify, enroll, and serve homeless children between the ages zero to five.

ii.    Homeless youth and youth separated from public schools are identified and accorded equal access to appropriate secondary education and support services, including by identifying and removing barriers that prevent youth described in this clause from receiving appropriate credit for full or partial coursework satisfactorily completed while attending a prior school, in accordance with State, local, and school policies; and

California will undertake a variety of activities to support access to secondary education for homeless youth. California will continue to implement state *Education Code* Section 51225.1 that enables homeless students to complete the school district's high school graduation requirements within a fifth year or to complete state graduation requirements. California will disseminate information to ensure LEA policies are in place to allow homeless youth to remain in their school of origin and their right to be immediately enrolled as provisioned in California *Education Code* Section 48852.7. California will train LEAs to analyze their homeless student data available in the California School Dashboard and other sources, including dropout rates and graduation rates, to determine homeless student needs and ways to collaborate and

coordinate with various agencies to meet these needs. California has disseminated resources, sample templates, and presentations on credit recovery, partial credit acceptance, and the fee waiver process for the GED or High School Proficiency exam. Currently, the California *Education Code* requires LEAs to accept appropriate credit for full or partial coursework, and California will update the *2007 Granting and Transferring of Partial Course Credit* letter to LEAs to reflect new requirements under state policies and the ESSA.

For homeless youth that are separated from public schools, the State coordinator conducts presentations to LEA liaisons that emphasize the specific barriers that these students face. In addition, the California Homeless Youth Project and California Coalition for Youth offer a variety of resources that complement the state's efforts to identify and support homeless youth, such as a youth crisis line, webinars, a statewide conference, and resources for housing, health/wellness, and employment. The CDE homeless hotline number is also promoted statewide to assist parents, school personnel, state agencies, and community partners in identifying and supporting homeless youth. The State Coordinator also collaborates with the state Title I, Part D - Neglected and Delinquent Coordinator who works with juvenile correctional facilities to help provide information and technical assistance on transitional services for youths exiting the juvenile system.

For homeless youth disconnected from the school system, model policies, practices, and various programs will be shared so that LEAs can effectively partner with community-based organizations (CBOs). California will focus on how CBOs that work with homeless youth can participate in the Local Control and Accountability Plan process and help youth who have dropped out transition back into the educational system.

iii.  Homeless children and youth who meet the relevant eligibility criteria do not face barriers to accessing academic and extracurricular activities, including magnet school, summer school, career and technical education, advanced placement, online learning, and charter school programs, if such programs are available at the State and local levels.

California state law requires that a homeless child or youth be immediately deemed to meet all residency requirements for participation in interscholastic sports or other extracurricular activities. The CDE continues to collaborate and coordinate internally with regard to access to academic programs for homeless children and youths and the implications for charter schools, expanded learning, special education, adult education, and career and college transitions. California will ensure that the various programs are addressed and included in the training modules as it relates to the implementation of state laws, policies, and ESSA requirements. Also, through professional development and technical assistance, California will encourage

LEA liaisons to coordinate and collaborate with these different programs to ensure accessibility for homeless children and youths.

Using the Homeless Education Resource Listserv, the State Coordinator disseminates many resources from the National Center for Homeless Education including, but not limited to, *Ensuring Full Participation in Extra-Curricular Activities for Students Experiencing Homelessness* and *Serving Homeless Children and Youth in Charter Schools* briefs. Due to new state and federal laws, California homeless education programs and expanded learning programs are developing greater coordination, including the mutual sharing of resources, such as guidance, frequently asked questions, and homeless education posters to better serve LEAs in coordinating local programs.

e. <u>Strategies to Address Other Problems</u> *(722(g)(1)(H) of the McKinney-Vento Act)*: Provide strategies to address other problems with respect to the education of homeless children and youth, including problems resulting from enrollment delays that are caused by—
   i. requirements of immunization and other required health records;
   ii. residency requirements;
   iii. lack of birth certificates, school records, or other documentation;
   iv. guardianship issues; or
   v. uniform or dress code requirements.

The California training modules will address each of the issues listed above. The training modules will offer strategies and best practices to remove the barriers to immediate enrollment and ways to access various resources to obtain immunizations, other medical records, birth certificates, school records, and uniforms. California will also continue to encourage LEAs to use their EHCY grant funding and/or Title I, Part A reservation funds to assist with the costs associated with these efforts. Currently, the CDE Resources for Homeless Children and Youths Web page (http://www.cde.ca.gov/sp/hs/cy/) has various samples of residency forms, intake forms, caregiver affidavits, and other key resources posted for LEA use. As mentioned above, California will develop and disseminate a training module for LEA-level registrars, attendance clerks, and school counselors to assist with identification, enrollment, and other homeless children and youth provisions under the ESSA.

California law requires homeless children, youth, and adults obtain free identification cards and copies of birth certificates through the Department of Motor Vehicles. The State Coordinator has included this information in trainings to better serve homeless populations. LEAs contact the State Coordinator and/or the COE liaison if there is a delay in enrollment due to transfer of records. In addition, through professional development activities, LEAs are encouraged to coordinate and collaborate with any community

resource, faith-based organizations, or service providers to assist with the needs of our homeless children, youth, and their families. Recommendations to LEAs include connecting with their local health departments to set up local clinics to obtain their immunizations, medical records, and assess medical needs of homeless children and youth, and also providing information about food banks, clothes closets, and social services to homeless youth and their families.

f. <u>Policies to Remove Barriers</u> (*722(g)(1)(I) of the McKinney-Vento Act*): Demonstrate that the SEA and LEAs in the State have developed, and shall review and revise, policies to remove barriers to the identification of homeless children and youth, and the enrollment and retention of homeless children and youth in schools in the State, including barriers to enrollment and retention due to outstanding fees or fines, or absences.

California, through the CARS Homeless Education Implementation and Policy page, continues to collect the number of LEAs that have an approved homeless education board policy and the date in which it was last approved. Technical assistance is offered to those LEAs that do not have an approved homeless education board policy. California requires those LEAs that are applying for the federal supplemental EHCY grant funding to submit their approved homeless education board policies and administrative regulations. The CDE and the CSBA work closely together to ensure that the CSBA sample board policies meet all requirements. Finally, California continues to monitor LEAs for homeless education compliance, including approved homeless education board policies, through the FPM process.

California provides a coordinated and transparent FPM process to ensure LEAs are meeting program requirements and spending program funds appropriately as required by law. All LEAs in the state are divided into four cohorts. Two cohorts are subject to review each year. Thus, the CDE's FPM process includes a data review of 50 percent of the LEAs in the state to identify and conduct a total of 125 LEA on-site and online reviews during any given year. The remaining 50 percent of the LEAs in the state receive the data review the following year. A description of the FPM process, LEAs identified in each cohort, LEAs selected for online or on-site reviews, and program instruments can be found on the CDE Compliance Monitoring Web page at http://www.cde.ca.gov/ta/cr/. Through the FPM process, LEAs will have access to resources, instruments, training, and state and regional staff experts that will support them to prepare for the monitoring process, and, upon completion of the monitoring process, address any findings that suggest the LEA is not meeting EHCY requirements.

Again, through the training modules, California reminds LEAs that they are required to remove any and all barriers to homeless children and youth education, including unpaid fines and fees. It is recommended that unpaid fines and fees be waived, or paid using local, state, or federal funds. Also, LEAs and their LEA liaisons are expected to provide interventions and support to assist with school attendance

issues. Interventions may include provision of transportation, alarm clocks, school supplies, referrals to outside agencies, etc.

g.  <u>Assistance from Counselors</u> *(722(g)(1)(K))*: A description of how youths described in section 725(2) will receive assistance from counselors to advise such youths, and prepare and improve the readiness of such youths for college.

Within the training modules mentioned above, California will provide an overview of the requirements and showcase successful strategies for advising youth in order to prepare and improve their readiness for college. These modules will be for any stakeholder to learn about state and federal law with a focus on collaboration and coordination with higher education, new state laws, and the process for completing the Free Application for Federal Student Aid. There will be an emphasis on coordination between school counselors and LEA liaisons to identify and better prepare homeless youth for college and career readiness. Strategies within the module will encourage LEAs and their counselors to organize college campus visits for homeless youth, address application/tuition fee waivers, campus resources, and career options. Once school counselors and other stakeholders participate in the modules, homeless youth will be the direct recipient of the information and assistance, which includes: college campus visits, application and tuition fee waiver assistance, connections to campus resources and connections to career options/information.

California will assist in various ways to ensure adherence to California state law that requires postsecondary educational institutions designate a staff member to serve as the Homeless and Foster Student Liaison, such as providing training to these liaisons on how to certify the homeless status of a youth. This staff member can be employed within the financial aid office or another appropriate office or department. The Homeless and Foster Student Liaison will be responsible for understanding the provisions of the federal Higher Education Act pertaining to financial aid eligibility of homeless youth, including unaccompanied homeless youth. The liaison shall assist these students in applying for and receiving federal and state financial aid and other available services.

As noted above, the CDE CARS Homeless Education Implementation and Policy page will ensure that school counselors have been trained regarding homeless education and the importance of guiding homeless youth to career and college opportunities. For those LEAs that indicate that their school counselors have not been trained, technical assistance will be provided on an annual basis.

Finally, during the 2017–18 school year, California will develop a plan to reach out to the various postsecondary agencies and stakeholders to train and inform them of the requirements to serve and support homeless youth. Part of the training module will be to encourage them to reach out to the LEA liaisons in their area. California will also encourage LEAs and COEs to do the same to develop relationships, collaboration, and coordination with the various local postsecondary institutions.

## Appendix A: Measurements of interim progress

*Instructions: Each SEA must include the measurements of interim progress toward meeting the long-term goals for academic achievement, graduation rates, and English language proficiency, set forth in the State's response to Title I, Part A question 4.iii, for all students and separately for each subgroup of students, including those listed in response to question 4.i.a. of this document. For academic achievement and graduation rates, the State's measurements of interim progress must take into account the improvement necessary on such measures to make significant progress in closing statewide proficiency and graduation rate gaps.*

### A. Academic Achievement

The five-by-five grids included in Section A.iii.a.1 allow LEAs or schools to determine how much progress is needed within the relevant period of time for schools and student groups to reach the goal, both in the baseline year and at any point within the seven-year time period.

The tables below display statewide baseline data for all students and each student group, and the approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal. The tables show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within 7 years.

**Table 38a: State Level ELA Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -17.0 | -0.5 | Orange | 4 points | -5.0 |
| American Indian | -51.3 | -3.2 | Orange | 9 points | -24.3 |
| Asian | 51.1 | 0.8 | Blue | Increased from Baseline | 51.2 |
| Black or African American | -60.9 | -1.9 | Orange | 10 points | -30.9 |
| Filipino | 32.1 | 0.4 | Green | Increased from Baseline | 32.2 |
| Hispanic or Latino | -41.3 | -0.6 | Orange | 7 points | -20.3 |
| Pacific Islander | -29.9 | -1.3 | Orange | 6 points | -11.9 |
| Two or More Races | 16.7 | -0.7 | Green | Increased from Baseline | 16.8 |
| White | 15.1 | -0.5 | Green | Increased from Baseline | 15.5 |
| English Learner | -50.8 | -1.6 | Orange | 9 points | -23.8 |
| Foster Youth | -86.9 | 4.0 | Orange | 14 points | -44.9 |
| Homeless | -62.1 | -4.2 | Orange | 10 points | -32.1 |
| Socioeconomically Disadvantaged | -45.9 | -44.6 | Orange | 8 points | -21.9 |
| Students with Disabilities | -104.7 | -2.5 | Red | 16 points | -56.7 |

**Table 38b: State Level ELA Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | 18.1 | 5.1 | Green | Increase from Baseline | 18.2 |
| American Indian | -14.3 | -0.7 | Orange | 3.5 | -3.8 |
| Asian | 83.9 | 7.4 | Blue | Increase From Baseline | 84.0 |
| Black or African American | -35.8 | 3 | Orange | 6.5 | -16.3 |
| Filipino | 64.3 | 4.8 | Blue | Increase From Baseline | 64.4 |
| Hispanic | -6.7 | 1.7 | Orange | 2.4 | 0.5 |
| Pacific Islander | -10.1 | -2 | Orange | 2.9 | -1.4 |

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| Two or More Races | 46.3 | 9.7 | Blue | Increase From Baseline | 46.4 |
| White | 44.1 | 9.3 | Green | Increase From Baseline | 44.2 |
| English Learner | -78.6 | -5.2 | Red | 12.7 | -40.5 |
| Foster | -100.5 | 5.1 | Orange | 15.8 | -53.1 |
| Homeless | -36 | -8.3 | Orange | 6.6 | -16.2 |
| Socioeconomically Disadvantaged | -10.1 | 2.2 | Orange | 2.9 | -1.4 |
| Students With Disabilities | -112.5 | 0 | Red | 17.5 | -60.0 |

**Table 39a: State Level Mathematics Data by Student Group (Grades 3-8)**

| Student Group | Status | Change | Color | Annual Average Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -38.0 | 0.8 | Orange | 5 points | -23.0 |
| American Indian | -73.2 | -1.8 | Orange | 10 points | -43.2 |
| Asian | 49.9 | 3.1 | Blue | Increased from Baseline | 50.0 |
| Black or African American | -90.7 | -1.1 | Orange | 13 points | -51.7 |
| Filipino | 10.9 | 3.0 | Green | Increased from Baseline | 11.0 |
| Hispanic or Latino | -65.5 | 0.4 | Orange | 9 points | -38.5 |
| Pacific Islander | -50.5 | 0.8 | Orange | 7 points | -29.5 |
| Two or More Races | -2.5 | 1.4 | Yellow | 1 point | 0.5 |
| White | -5.0 | 0.9 | Yellow | 1 point | -2.0 |
| English Learner | -68.3 | -0.5 | Orange | 10 points | -38.5 |
| Foster Youth | -110.0 | 6.8 | Orange | 16 points | -62.0 |
| Homeless | -82.9 | -2.7 | Orange | 12 points | -46.9 |
| Socioeconomically Disadvantaged | -68.6 | -0.3 | Orange | 10 points | -38.6 |
| Students with Disabilities | -125.0 | -.09 | Red | 18 points | -71.0 |

**Table 39b: State Level Mathematics Data by Student Group (Grade 11)**

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| All Students | -64.5 | -0.7 | Orange | 9.2 | -36.9 |
| American Indian | -102.7 | -7.3 | Red | 14.7 | -58.6 |
| Asian | 46 | 1.9 | Blue | Increase From Baseline | 46.1 |
| Black or African American | -129.8 | -3.6 | Red | 18.5 | -74.3 |
| Filipino | -15.2 | -3.9 | Yellow | 2.2 | -8.6 |
| Hispanic | -99.7 | -4.3 | Red | 14.2 | -57.1 |
| Pacific Islander | -92.4 | -7.2 | Orange | 13.2 | -52.8 |
| Two or More Races | -34.1 | 2.8 | Orange | 4.9 | -19.4 |
| White | -34.4 | 3.3 | Yellow | 4.9 | -19.7 |

| Student Group | Status | Change | Color | Average Annual Improvement to Meet Goal | Status After Three Years |
|---|---|---|---|---|---|
| English Learner | -153 | -8.2 | Red | 21.9 | -87.3 |
| Foster | -193.6 | -3.5 | Red | 27.7 | -110.5 |
| Homeless | -124.7 | -13.4 | Red | 17.8 | -71.3 |
| Socioeconomically Disadvantaged | -99 | -3.4 | Red | 14.1 | -56.7 |
| Students With Disabilities | -200.9 | -4.3 | Red | 28.7 | -114.8 |

The same calculation is possible at the LEA and school levels, as illustrated through an example using the five-by-five grid for mathematics below: a school with a Low (Status) and Declined (Change) will receive a performance level of Orange, and a goal of reaching High (Status) and Maintained (Change) within 7 years. If the school's baseline Status was 40 points below Level 3, improving by 6 points the next year would move it into the Yellow performance level based on Low (Status) and Increased (Change). If the school continues that progress, on average, over the next six years, it will be in the Green performance level, based on High (Status) and Increased (Change), exceeding the goal. Another school that started in the same Low (Status) and Declined (Change), but had a Status of 70 points below Level 3, would have to make greater improvements each year to meet or exceed the goal, and can use the five-by-five grid to measure its interim progress toward the goal. It is important to note that the amount of change will vary from year to year. Schools and/or student groups may make significant growth one year and less growth the following year. Therefore, the amount of growth required each year would always be based on the prior year's performance.

The CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing LEAs and schools to determine how much improvement is needed to reach the goal. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/. California will ensure that LEAs report their measures of interim progress through the required LEA report card.

Additionally, under state law, every LEA must adopt and annually update a Local Control and Accountability Plan (LCAP). In the LCAP, the LEA must establish goals for all students and the statutory student groups across priority areas defined in statute. The LEA must also describe actions and services, and related expenditures, to meet the goals for student performance.

The template LEAs must use for LCAPs includes a summary in which LEAs must describe changes to programs or services that the LEA will make to address any area of low performance, which is defined to include Orange or Red performance levels on any of the required indicators under ESSA. Under the California Model, any LEA that has a Red or Orange performance level as its measure of interim progress is not on track for reaching and maintaining performance that meets the long-term established in the state plan. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to improve performance on the relevant indicator to get back on track for making progress toward the long-term goal.

The summary included in the LCAP template also requires LEAs to address any indicator where the performance of one or more student groups is two or more color-coded levels below the performance for all students (e.g., student group performance is Red while overall performance is Yellow, Green or Blue; student group performance is Orange while overall performance is Green or Blue). Under the California Model, an LEA is not making progress toward closing performance gaps among student groups if either of the examples described above are present. Accordingly, through the LCAP, such LEAs must describe the

efforts they will undertake to make significant progress in closing performance gaps on the relevant indicator(s).

LEAs must therefore not only report performance on the LEA report card using the measures of interim progress, but also must annually review and update their overarching plans for educational programming to address areas where performance is not on track to meet the long-term goal or where the LEA is not making progress in addressing performance gaps among student groups.

**Table 40. Math – Academic Indicator Change**

| Levels | Declined Significantly by more than 15 points | Declined By 3 to 15 points | Maintained Declined by less than 3 points or Increased by less than 3 points | Increased by 3 to less than 15 points | Increased Significantly By 15 points or more |
|---|---|---|---|---|---|
| Very High 35 points or higher | Green | Green | Blue | Blue | Blue |
| High zero to 34.9 points | Green | Green | Green | Green | Blue |
| Medium -25 points to less than zero | Yellow | Yellow | Yellow | Green | Green |
| Low -25.1 to -95 points | Orange | Orange | Orange | Yellow | Yellow |
| Very Low -95.1 points or lower | Red | Red | Red | Orange | Orange |

**B. Graduation Rates**

The five-by-five grids included in Section A.iii.b.1 provide LEAs and schools the tools to determine locally how much progress is needed within the seven-year period of time to reach the goals for schools and student groups, both in the baseline year and at any point within the seven years.

The table below displays statewide baseline data for all students and each student group, and the approximate average annual improvement necessary over the seven-year period for each student group to meet the long-term goal. The tables show that many student groups would need to make significantly more progress than higher performing student groups to reach the statewide goal within 7 years.

| Student Group | Grade Rate (Status) | Change | Color | Average Annual Improvement to Meet Goal | Status After Year 3 |
|---|---|---|---|---|---|
| All Students | 83.8 | 0.9 | Orange | 1.3 | 87.8 |
| American Indian | 74.0 | -0.4 | Orange | 3.3 | 83.9 |
| Asian | 93.7 | 0.9 | Green | Increased from Baseline | 93.8 |
| Black or African American | 72.9 | 0.3 | Orange | 3.5 | 83.5 |
| Filipino | 94.0 | 0.7 | Green | Increased from Baseline | 94.1 |
| Hispanic or Latino | 80.5 | 1.5 | Yellow | 2.0 | 86.5 |
| Pacific Islander | 83.3 | 0.1 | Orange | 1.4 | 87.6 |
| Two or More Races | 85.8 | -0.5 | Yellow | 0.9 | 88.6 |
| White | 88.9 | 0.4 | Yellow | 0.3 | 89.9 |
| English Learner | 72.5 | 3.0 | Yellow | 3.6 | 83.3 |
| Foster Youth | 51.1 | 1.0 | Red | 7.9 | 74.7 |
| Homeless | 70.5 | 3.1 | Yellow | 4.0 | 82.5 |
| Socioeconomically Disadvantaged | 79.8 | 1.8 | Yellow | 2.1 | 86.2 |
| Students with Disabilities | 66.1 | 1.4 | Red | 4.9 | 80.7 |

The same calculation is possible at the LEA and school levels, as illustrated through an example using the five-by-five grid for graduation rate below: a school in the Orange performance level due to the combination of Low (Status) and Declined (Change), and a goal of reaching High (Status) and Maintained (Change) within 7 years. If the school's initial status was 75 percent, improving by 2 percentage points the next year would move it into the Yellow performance level based on Low (Status) and Increased (Change). If the school continues that progress, on average, over the next five years, it will be in the Green performance level, based on Medium (Status) and Increased (Change), but not meeting the goal.

The CDE has produced a report that indicates where schools and student groups are on the five-by-five colored grid, allowing LEAs and schools to determine how much improvement is needed to reach the goal. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/. California will ensure that LEAs report their measures of interim progress through the required LEA report card. California will ensure that LEAs report their measures of interim progress through the required LEA report card.

Additionally, under state law, every LEA must adopt and annually update a Local Control and Accountability Plan (LCAP). In the LCAP, the LEA must establish goals for all students

and the statutory student groups across priority areas defined in statute. The LEA must also describe actions and services, and related expenditures, to meet the goals for student performance.

The template LEAs must use for LCAPs includes a summary in which LEAs must describe changes to programs or services that the LEA will make to address any area of low performance, which is defined to include Orange or Red performance levels on any of the required indicators under ESSA. Under the California Model, any LEA that has a Red or Orange performance level as its measure of interim progress is not on track for reaching and maintaining performance that meets the long-term established in the state plan. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to improve performance on the relevant indicator to get back on track for making progress toward the long-term goal.

The summary included in the LCAP template also requires LEAs to address any indicator where the performance of one or more student groups is two or more color-coded levels below the performance for all students (e.g., student group performance is Red while overall performance is Yellow, Green or Blue; student group performance is Orange while overall performance is Green or Blue). Under the California Model, an LEA is not making progress toward closing performance gaps among student groups if either of the examples described above are present. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to make significant progress in closing performance gaps on the relevant indicator(s).

LEAs must therefore not only report performance on the LEA report card using the measures of interim progress, but also must annually review and update their overarching plans for educational programming to address areas where performance is not on track to meet the long-term goal or where the LEA is not making progress in addressing performance gaps among student groups.

**Table 42. Graduation Rate Indicator**

| Level | Declined Significantly by greater than 5.0% | Declined by 1.0% to 5.0% | Maintained Declined or increased by less than 1.0% | Increased by 1.0% to less than 5.0% | Increased Significantly by 5.0% or greater |
|---|---|---|---|---|---|
| Very High 95.0% or greater | N/A | Blue | Blue | Blue | Blue |
| High 90.5% to less than 95.0% | Orange | Yellow | Green | Green | Blue |
| Medium 85.0% to less than 90.5% | Orange | Orange | Yellow | Green | Green |
| Low 67.0% to less than 85.0% | Red | Orange | Orange | Yellow | Yellow |
| Very Low Less than 68.0% | Red | Red | Red | Red | Red |

**C. Progress in Achieving English Language Proficiency**

The five-by-five grids included in Section A.iii.c.1 allow LEAs or schools to determine how much progress is needed within the relevant period of time to reach the goal, both in the baseline year and at any point within the seven-year time period.

The table below displays statewide baseline data on this indicator, and the approximate average annual improvement necessary over the seven-year period to meet the long-term goal.

**Table 43: State Level English Learner Progress Performance Level**

| Student Group | 2018-19 ELPI Status | Change | Color | Average Annual Improvement to Meet Goa | Status After Year 3 |
|---|---|---|---|---|---|
| English Learners | 48.3 | -0.2 | Yellow | 1.3 | 52.2 |

The same calculation is possible at the LEA and school levels, as illustrated through an example using the prior five-by-five grid for the ELPI below: a school in the Orange performance level due to the combination of Low (Status) and Declined (Change), and a goal of reaching High (Status) and Maintained (Change) within seven years. If the school's initial status was 61 percent, improving by 5 percentage points the next year would move it into the Yellow performance level based on Low (Status) and Increased (Change). If the school continues that progress, on average, over the next five years, it will be in the Blue performance level, based on Very High (Status) and Increased (Change), exceeding the goal.

The CDE has produced a report that indicates where schools are on the five-by-five colored grid, allowing LEAs and schools to determine how much improvement is needed to reach the goal. These reports are available on the CDE California Model Five-by-Five Placement Reports & Data Web page at https://www6.cde.ca.gov/californiamodel/. California will ensure that LEAs report their measures of interim progress through the required LEA report card. The color grid for the 2023 Dashboard is shown in Table 44.

Additionally, under state law, every LEA must adopt and annually update a LCAP. In the LCAP, the LEA must establish goals for all students and the statutory student groups across priority areas defined in statute. The LEA must also describe actions and services, and related expenditures, to meet the goals for student performance.

The template LEAs must use for LCAPs includes a summary in which LEAs must describe changes to programs or services that the LEA will make to address any area of low performance, which is defined to include Orange or Red performance levels on any of the required indicators under ESSA. Under the California Model, any LEA that has a Red or Orange performance level as its measure of interim progress is not on track for reaching and maintaining performance that meets the long-term established in the state plan. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to improve performance on the relevant indicator to get back on track for making progress toward the long-term goal.

The summary included in the LCAP template also requires LEAs to address any indicator where the performance of one or more student groups is two or more color-coded levels below the performance for all students (e.g., student group performance is Red while overall performance is Yellow, Green or Blue; student group performance is Orange while overall performance is Green or Blue). Under the California Model, an LEA is not making progress toward closing performance gaps among student groups if either of the examples described above are present. Accordingly, through the LCAP, such LEAs must describe the efforts they will undertake to make significant progress in closing performance gaps on the relevant indicator(s).

LEAs must therefore not only report performance on the LEA report card using the measures of interim progress, but also must annually review and update their overarching plans for educational programming to address areas where performance is not on track to

meet the long-term goal or where the LEA is not making progress in addressing
performance gaps among student groups.

**Table 44. English Learner Progress Indicator**

| Level | Change: Declined Significantly by greater than 10% points | Change: Declined by 2% points to 10% Points | Change: Maintained Declined or increased by less than 2% points | Change: Increased by 2% points to less than 10% points | Change: Increased Significantly by 10% points or greater |
|---|---|---|---|---|---|
| Status: Very High 65.0% or greater | Yellow | Green | Blue | Blue | Blue |
| Status: High 55.0% to less than 65.0% | Orange | Yellow | Green | Green | Blue |
| Status: Medium 45.0% to less than 55.0% | Orange | Orange | Yellow | Green | Green |
| Status: Low 35.0% to less than 45.0% | Red | Orange | Orange | Yellow | Yellow |
| Status: Very Low Less than 35.0% | Red | Red | Red | Orange | Yellow |

## Appendix B: Section 427 of the General Education Provisions Act (GEPA)

*Instructions: In the text box below, describe the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs provide the information to meet the requirements of Section 427 of the General Education Provisions Act (GEPA), consistent with the following instructions.*

California state law ensures that all persons in public schools—regardless of gender, race, national origin, color, disability, or age—are provided equitable access to, and participation in, federally-assisted education programs. Per California *Education Code:*

- Section 200: It is the policy of the State of California to afford all persons in public schools, regardless of their disability, gender, gender identity, gender expression, nationality, race or ethnicity, religion, sexual orientation, or any other characteristic that is contained in the definition of hate crimes set forth in Section 422.55 of the Penal Code, equal rights and opportunities in the educational institutions of the state. The purpose of this chapter is to prohibit acts that are contrary to that policy and to provide remedies therefor.

- Section 201(a): All pupils have the right to participate fully in the educational process, free from discrimination and harassment.

- Section 220: No person shall be subjected to discrimination on the basis of disability, gender, gender identity, gender expression, nationality, race or ethnicity, religion, sexual orientation, or any other characteristic that is contained in the definition of hate crimes set forth in Section 422.55 of the Penal Code in any program or activity conducted by an educational institution that receives, or benefits from, state financial assistance or enrolls pupils who receive state student financial aid.

- Section 250: Prior to receipt of any state financial assistance or state student financial aid, an educational institution shall provide assurance to the agency administering the funds, in the manner required by the funding agency, that each program or activity conducted by the educational institution will be conducted in compliance with the provisions of this chapter and all other applicable provisions of state law prohibiting discrimination. A single assurance, not more than one page in length and signed by an appropriate responsible official of the educational institution, may be provided for all the programs and activities conducted by an educational institution.

- Section 260: The governing board of a school district shall have the primary responsibility for ensuring that school district programs and activities are free from discrimination based on age and the characteristics listed in Section 220 and for monitoring compliance with any and all rules and regulations promulgated pursuant to Section 11138 of the Government Code.

  Section 262.3(a): A party to a written complaint of prohibited discrimination may appeal the action taken by the governing board of a school district pursuant to this article, to the State Department of Education.

OMB Control No. 1894-0005 (Exp. 04/30/2020)

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about the following provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

**According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-000**

California ESSA Consolidated State Plan
State Board of Education | California Department of Education
December 2020

California ESSA Consolidated State Plan
State Board of Education | California Department of Education
September 2023

ATTACHMENT B



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

November 15, 2023

The Honorable Tony Thurmond
Superintendent of Public Instruction
California Department of Education
1430 N Street
Sacramento, CA 95814

Dr. Linda Darling-Hammond
President
California State Board of Education
1430 N Street, Room 5111
Sacramento, CA 95814

Dear Superintendent Thurmond and Dr. Darling-Hammond:

I am writing in response to California's September 19, 2023, request to the U.S. Department of Education (Department) to amend its approved consolidated State plan under the Elementary and Secondary Education Act of 1965 (ESEA). Prior to implementing any revisions to its approved consolidated State plan, a State must submit its proposed amendments to the Department for review and approval.

I have determined that the amendment request meets ESEA requirements; accordingly, I am approving California's amended State plan. A summary of California's amendment is enclosed. This letter, as well as California's revised ESEA consolidated State plan, will be posted on the Department's website. Any further requests to amend California's ESEA consolidated State plan must be submitted to the Department for review and approval.

Please be aware that approval of this amendment is not a determination that all the information and data included in the amended State plan comply with Federal civil rights requirements, including Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, Title II of the Americans with Disabilities Act, and requirements under the Individuals with Disabilities Education Act. It is California's responsibility to comply with these civil rights requirements.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Page 2 – The Honorable Tony Thurmond and Dr. Linda Darling-Hammond

Thank you for the work California has invested in its consolidated State plan under the ESEA. If you need any assistance regarding its implementation, please contact the Office of School Support and Accountability at: OESE.Titlei-a@ed.gov.

Sincerely,

Adam Schott
Deputy Assistant Secretary for Policy and Programs
Delegated the Authority to Perform the
Functions and Duties of the Assistant Secretary
Office of Elementary and Secondary Education

Enclosure

cc:    Natasha Middleton, California Department of Education

Page 3 – The Honorable Tony Thurmond and Dr. Linda Darling-Hammond

**Amendment to the California Consolidated State Plan**
The following is a summary of California's amendment request. Please refer to the Department's
website https://oese.ed.gov/offices/office-of-formula-grants/school-support-and-
accountability/essa-consolidated-state-plans/ for California's complete consolidated State plan.

**Title I, Part A: Improving Basic Programs Operated by Local Educational Agencies**
- *Academic Achievement and Graduation Rate Long Term Goals*
  Consistent with its approved COVID-19 State Plan Addendum for the 2021-2022 school
  year, CDE shifted forward, by two years, its long-term goals and measurements of interim
  progress for academic achievement and graduation rates (i.e., the long-term goals are now for
  2025 rather than 2023).

- *Progress in Achieving English Language Proficiency (ELP) Long Term Goals*
  Consistent with its approved COVID-19 State Plan Addendum for the 2021-2022 school
  year, CDE shifted forward, by two years, its long-term goal and measurements of interim
  progress for progress in achieving ELP (i.e., the long-term goals are now for 2027 rather than
  2025).

  Additionally, CDE updated its plan to indicate that the first administration of the Summative
  Alternative English Language Proficiency Assessment for California (ELPAC) was in school
  year 2021-2022. The Alternate ELPAC replaced all locally determined alternate assessments
  for students with the most significant cognitive disabilities.

  Finally, CDE updated the tables in its plan based on simulated data using Summative ELPAC
  results from school years 2020-2021, 2021-2022, and 2022-2023 to include information on
  status (i.e., current year performance) and change (i.e., current year performance compared to
  prior year performance). To incorporate new information on the "change" portion of
  California's progress in achieving ELP goal and indicator, the State updated both the five-by-
  five grid for the progress in achieving ELP indicator and the information included in its table
  for its long-term goal for progress in achieving ELP.

- *Progress in Achieving ELP Indicator*
  CDE updated its progress in achieving ELP indicator to include English learners with the
  most significant cognitive disabilities who take the alternate ELPAC assessment. CDE will
  calculate the numerator of status using: ELs who maintained a level 4 on the ELPAC plus
  ELs taking the alternate ELPAC who had a scale score change of 10 or more points or who
  increased at least one performance level or maintained a level 3 performance level. CDE will
  calculate the denominator of status using the number of students taking either the ELPAC or
  the alternate ELPAC.

  Additionally, CDE removed language indicating that the progress in achieving ELP indicator
  will only consist of status. CDE will also calculate change for this indicator. Change is
  calculated by comparing the current year performance on status against the prior year
  performance on status. CDE will now use a five-by-five grid for the progress in achieving
  English language proficiency indicator with columns for change and rows for status that
  result in an overall color for the indicator of blue, green, yellow, orange, or red, which will be

Page 4 – The Honorable Tony Thurmond and Dr. Linda Darling-Hammond

used in the State's system of annual meaningful differentiation. The five-by-five grid uses California's traditional color scheme used for multiple other indicators (e.g., a school scoring a status of "low" and a change of "declined significantly" will receive an overall score of red on this indicator).

CDE will use the following rows for status:
  o very high: 65 percent or greater,
  o high: 55 percent to less than 65 percent,
  o medium: 45 percent to less than 55 percent,
  o low: 35 percent to less than 45 percent, and
  o very low: less than 35 percent.

CDE uses the following columns for change:
  o declined significantly by greater than 10 percentage points,
  o declined by between 2 and 10 percentage points,
  o maintained or declined or increased by less than 2 percentage points,
  o increased by between 2 and 10 percentage points, and
  o increased by 10 percentage points or greater.

- *Comprehensive Support and Improvement (CSI) and Additional Targeted Support and Improvement (ATSI)*
  Consistent with its approved COVID-19 State Plan Addendum for the 2021-2022 school year, CDE will next identify schools for CSI and ATSI in fall 2023 (based on data from the 2022-2023 school year) and every three years thereafter.

- *Exit Criteria for CSI*
  Consistent with its approved COVID-19 State Plan Addendum for the 2021-2022 school year, CDE will not count school years 2019-2020 or 2020-2021 towards the number of years in which a CSI school must meet the exit criteria before the State takes more rigorous State-determined action. CDE also indicates that the exit criteria for CSI schools that were eligible to exit status in fall 2022 was based on the performance level (i.e., only the status portion of each indicator) rather than performance color (i.e., based on both status and change for each indicator). That is, the school must (1) no longer meet the criteria for identification and (2) must have improved performance on the indicators compared to when the school was originally identified.

- *Exit Criteria for ATSI*
  Consistent with its approved COVID-19 State Plan Addendum for the 2021-2022 school year, CDE will not count school years 2019-2020 or 2020-2021 towards the number of years in which an ATSI school must meet the exit criteria before being identified for CSI. CDE also indicates that the exit criteria for ATSI schools that were eligible to exit status in fall 2022 was based on the performance level (i.e., only the status portion of each indicator) rather than performance color (i.e., based on both status and change for each indicator). That is, the student subgroup must (1) no longer meet the criteria for identification and (2) must have improved performance on the indicators compared to when the school was originally identified. CDE also revised the number of years to meet the exit criteria to indicate that all

Page 5 – The Honorable Tony Thurmond and Dr. Linda Darling-Hammond

schools identified for ATSI in fall 2018, 2019, 2022, and 2023 have until fall 2026 to meet
the exit criteria.

# ATTACHMENT C



# Unified Strategic Workforce Development Plan

## Economic and Workforce Analysis 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

## Table of Contents

Labor Market Conditions in California ..................................................................... 4

The Pandemic-Induced Business Cycle ................................................................... 4

    Total Nonfarm Jobs .......................................................................................... 4

    Industry Sector Jobs ......................................................................................... 6

    Regional Jobs (Metropolitan Areas) .................................................................. 7

    Impacts of the COVID-19 Pandemic on California's Labor Markets ..................... 8

Labor Market Trends Over the Last Five Years and the Last Year ........................... 10

    Total Nonfarm and Industry Sector Jobs ......................................................... 10

    Regional Jobs (Regional Planning Units) ......................................................... 13

    Regional Farm Jobs ....................................................................................... 13

    Regional Total Nonfarm Employment ............................................................. 14

California Gross Domestic Product ........................................................................ 20

Unemployment in California ................................................................................. 22

    Statewide ...................................................................................................... 22

    Regional Unemployment Rates ...................................................................... 24

    Unemployment Rates of Demographic Groups in California .............................. 25

Labor Underutilization in California ....................................................................... 27

    Californians Who Work Part-Time for Economic Reasons ................................. 27

    The U-6 and U-3 Measures of Labor Underutilization ...................................... 29

Labor Force Participation in California ................................................................... 31

    Demographic Characteristics of Labor Force Participation ................................ 32

    Baby Boomers Are Aging Out of the Labor Market ........................................... 34

Demand and Growth Industries ............................................................................ 37

Union Affiliation by Industry and Occupation ........................................................ 40

Future Job Growth Projections ............................................................................. 42

    Industry Employment Projections ................................................................... 42

        Middle-Skill Occupations Employment Projections ...................................... 48

Economic Inequality ............................................................................................ 50

    Long-Term Unemployment ............................................................................ 50

    Industry Wages ............................................................................................. 51

    Wages and Employment by Major Occupational Group .................................... 54

    Differences in the Employment Patterns of Men and Women ........................... 56

Educational Attainment and the Labor Market .................................................................. 57

Industry Employment ........................................................................................................ 57

Occupational Employment ................................................................................................ 58

Regional Inequalities: Coastal and Inland Areas of California ................................................ 59

Comparative Unemployment by Industry Sector and Occupation .......................................... 60

Demographics of Educational Attainment .......................................................................... 61

Demographics of Educational Attainment .......................................................................... 62

Workforce Analysis: Demographics and Target Populations ............................................ 63

Total Population ................................................................................................................ 63

Target Populations ............................................................................................................ 67

    Veterans ..................................................................................................................... 67

    Foreign-Born Workers ................................................................................................. 67

    Californians with Disabilities ....................................................................................... 68

    Youth Employment Trends ........................................................................................... 69

    In-Migration Trends ..................................................................................................... 69

    Justice-Involved Individuals Trends .............................................................................. 70

    Homelessness ............................................................................................................. 71

    Skill Gaps .................................................................................................................... 71

## Labor Market Conditions in California

Labor market conditions in California Have Returned to Normal Following the Severe Disruptions Caused by the COVID-19 Pandemic

- With a real Gross Domestic Product of nearly $3.2 trillion in 2022, a labor market with 19.4 million participants, and a nonfarm economy with 18.1 million jobs in September 2023, California has the largest economy of any state in the nation.
- Although the COVID-19 pandemic severely disrupted California's economy and labor markets in early 2020, it was an external shock to the system whose impacts were short-lived. The state's economy and labor markets rebounded quickly following the easing and eventual lifting of public health restrictions on economic activity. California recovered its pandemic-related job losses in June 2022 and unemployment fell to a record low level around the same time. As of September 2023, California's labor markets had returned to the full-employment conditions that existed prior to the pandemic.
- California's labor market continues to experience a demographic transformation as the predominantly White baby boomer generation has aged and begun retiring from the labor force in large numbers, leaving the more racially and ethnically diverse millennial generation to take their place.

## The Pandemic-Induced Business Cycle

**Total Nonfarm Jobs**

- In February 2020, the month prior to the COVID-19 pandemic outbreak, California's employment expansion turned 10 years old. [1] This was the state's longest employment expansion in the post-World War II era of record-keeping, eclipsing the 113-month expansion that lasted from July 1960 through December 1969.
- The COVID-19 pandemic outbreak and, more particularly, the partial shutdown of the economy and other associated public health measures implemented to mitigate its spread, abruptly ended the February 2010-February 2020 expansion. California lost 2,754,600 nonfarm jobs over just a two-month period from February 2020 through April 2020, which was a 15.6 percent decrease. This job loss was unprecedented in its depth, magnitude, and short duration.
- Following the lifting of the pandemic-induced shutdown of the economy and the subsequent easing of pandemic public health restrictions, California's labor market and economy embarked upon a robust recovery and expansion. The state fully recovered its pandemic-induced job loss in June 2022. In September 2023, the ongoing expansion turned 41 months old. All told, the state added 3,191,000 nonfarm jobs from April 2020 through September 2023.

---

[1] Whereas U.S. economic business cycles are officially arbitrated and dated by the National Bureau of Economic Research (NBER) based on a basket of economic indicators, no such dating of business cycles occurs at the state level. This document uses peaks and troughs in total nonfarm employment to identify California recessions and employment expansions.



FIGURE 1

Source: Employment Development Department

- California's pace of job growth has slowed markedly over the course its 41-month expansion. The state's year-over nonfarm job gains peaked in April 2021, the first full year of recovery, at 1,570,400 nonfarm jobs and slowed thereafter to 1,054,500 jobs in September 2021, 827,100 jobs in September 2022, and just 302,800 jobs in September 2023.

- In percentage terms, the state's pace of year-over job growth peaked at 10.5 percent in April 2021. It slowed to 6.6 and 4.9 percent in September 2021 and September 2022, respectively. In September 2023, California had a year-over gain of just 1.7 percent.

- Although at first glance this steadily slowing pace of job growth might suggest that California's jobs market is headed in the wrong direction, this is not the case. The slowing pace of jobs growth instead reflects the diminishing impacts of the COVID-19 pandemic over time and jobs market conditions that have returned to normal. California's 1.7 percent pace of year-over nonfarm job growth in September 2023 was comparable to the latter stages of pre-pandemic expansion. The state's year-over percent job gains were 2.1, 1.9, and 1.4 percent in September 2017, September 2018, and September 2019, respectively. The state's pace of year-over job growth ranged between 1.4 percent and 1.6 percent over the entire course of 2019 before rebounding to 1.9 and 2.0 percent in January 2020 and February 2020, respectively.

**Industry Sector Jobs**

- California's job losses during the two-month pandemic-induced recession were deep and widespread across major industry sectors, but deepest in the leisure and hospitality sector, which lost nearly one million, or half, of its jobs and in the other services sector, which lost a third of its jobs.  All told, nine of California's 11 major industry sectors incurred a job loss of more than 9.0 percent over the two-month period from February 2020 through April 2020.

TABLE 1

**California Nonfarm Jobs by Industry Sector During the Pandemic-Induced Business**
September 2023; Seasonally Adjusted Data; Thousands of Jobs

|  | February 2020 | April 2020 | September 2023 | Recession (Feb. 20-Apr. 20) | | Expansion (Apr. 20-Sep. 23) | |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Number | Percent | Number | Percent |
| **Total Nonfarm Jobs** | **17,672.6** | **14,918.0** | **18,109.0** | **-2,754.6** | **-15.6%** | **3,191.0** | **21.4%** |
| Mining and Logging | 22.6 | 20.4 | 19.9 | -2.2 | -9.7% | -0.5 | -2.5% |
| Construction | 911.7 | 741.9 | 933.8 | -169.8 | -18.6% | 191.9 | 25.9% |
| Manufacturing | 1,330.7 | 1,207.4 | 1,332.9 | -123.3 | -9.3% | 125.5 | 10.4% |
| Trade, Transportation, and Utilities | 3,050.9 | 2,618.3 | 3,148.9 | -432.6 | -14.2% | 530.6 | 20.3% |
| Information | 582.7 | 510.0 | 571.0 | -72.7 | -12.5% | 61.0 | 12.0% |
| Financial Activities | 851.7 | 799.4 | 846.6 | -52.3 | -6.1% | 47.2 | 5.9% |
| Professional and Business Services | 2,774.7 | 2,466.6 | 2,884.5 | -308.1 | -11.1% | 417.9 | 16.9% |
| Educational and Health Services | 2,874.7 | 2,572.5 | 3,129.7 | -302.2 | -10.5% | 557.2 | 21.7% |
| Leisure and Hospitality | 2,057.6 | 1,062.0 | 2,066.1 | -995.6 | -48.4% | 1,004.1 | 94.5% |
| Other Services | 593.5 | 393.7 | 589.7 | -199.8 | -33.7% | 196.0 | 49.8% |
| Government | 2,621.8 | 2,525.8 | 2,585.9 | -96.0 | -3.7% | 60.1 | 2.4% |

Source: Employment Development Department

- The state's job gains during the subsequent 41-month recovery and expansion from April 2020 through September 2023 were widely distributed across most sectors, with every sector except the tiny mining and logging sector adding jobs over the period. The fastest job growth during the recovery and expansion was in the hard-hit leisure and hospitality and other services sectors.
- As of September 2023, seven of California's 11 major industry sectors had fully recovered their pandemic-induced job losses and then some. The information sector, which fully recovered its losses in October 2021, incurred a non-pandemic- related net job loss thereafter.[2]  Other services (98.1 percent of lost jobs recovered) had all but achieved full recovery, and financial activities (90.2 percent recovery) were well on their way to doing so.
- Although government had recovered less than two-thirds (62.6 percent) of its February 2020-April 2020 job loss as of September 2023, its recovery share was deceptively low

---

[2] Information's net job loss from October 2021 through September 2023 in part reflected the impacts of a strike called by the Writers Guild of America on May 2, 2023 and joined by the SAG-AFTRA actors union on July 14, 2023 that hampered production in California's motion pictures and sound recording industry. Striking workers turn up as job losses in the jobs data and then as job gains when they return to work after the strike has been settled. Both strikes were ongoing at the time September 2023 job estimates were made.

because its pandemic-induced job losses extended beyond April 2020 through June 2020. As of September 2023, government had recovered 82.3 percent of the 202,900 jobs it lost from February 2020 through June 2020. Alone among sectors, the tiny mining and logging sector had yet to begin its recovery, experiencing a net job loss over the course of the April 2020-September 2023 expansion.

**Regional Jobs (Metropolitan Areas)**

- A precise documentation of the pandemic-induced business cycle in California regions (Regional Planning Units) is not possible because regional jobs data are not seasonally adjusted. The only way to filter out and fix seasonality in not seasonally adjusted data is to compare like months of the calendar year. To do otherwise risks assigning economic significance to recurring seasonal employment patterns. However, seasonally adjusted total nonfarm employment data are available for California's 29 largest Metropolitan Divisions (MDs) and Metropolitan Statistical Areas (MSAs). These metropolitan areas substitute for Regional Planning Units in the following analysis.

- California's job losses during the two-month, pandemic-induced recession were deep and widespread across all areas and regions of the state. In number, they ranged from a low of 3,000 jobs in Hanford-Corcoran MSA, one of the state's smallest metropolitan areas, to a high of 796,000 jobs in Los Angeles-Long Beach-Glendale MD, the state's largest. In percentage terms, job losses ranged from 7.3 percent in Hanford-Corcoran MSA to 24.2 percent in Napa MSA. All told, 27 of the 29 seasonally adjusted areas incurred a nonfarm job loss of more 10.0 percent over the two-month period from February 2020 through April 2020.

- California's job gains over the course of the April 2020-September 2023 expansion were also widely distributed across metropolitan areas throughout the state. Every one of the 29 seasonally adjusted areas had positive job growth over the course of the expansion. All told, 24 of California's 29 seasonally adjusted areas had achieved full recovery of their pandemic-induced job losses as of September 2023. This total includes Merced MSA, which fully recovered its pandemic-induced job losses in June 2022. Its low 53.4 percent job loss recovery in September 2023 instead reflects three consecutive job losses in the months of July through September 2023 that totaled 7,100 jobs.

- Of the five California areas that had yet to fully recover, three had recovered over 90.0 percent of their pandemic-induced job losses: Vallejo-Fairfield MSA (97.2 percent), Napa MSA (91.2 percent), and Santa Cruz-Watsonville MSA (91.1 percent). The remaining two areas—San Rafael MD (86.2 percent) and Chico MSA (82.7 percent)—had recovered more than 80.0 percent of their job losses.

TABLE 2

**Changes in Total Nonfarm Jobs in Seasonally Adjusted California Metropolitan Areas During the Pandemic-Induced Recession (February-April 2020) and Recovery and Expansion (April 2020-September 2023)**

|  | The Recession | The Recovery (September 2023) | |
| --- | --- | --- | --- |
| The state's largest areas are bolded. | **Job Change: Feb.-Apr. 2020** | **Job Change: Apr. 2020-Sept. 2023** | **Share of Jobs Lost Recovered** |

| *California* | *-2,754,600* | *3,191,000* | *115.8%* |
|---|---|---|---|
| Stockton-Lodi MSA | -28,700 | 53,900 | 187.8% |
| Yuba City MSA | -4,900 | 8,900 | 181.6% |
| Visalia-Porterville MSA | -14,100 | 23,600 | 167.4% |
| Hanford-Corcoran MSA | -3,000 | 4,900 | 163.3% |
| El Centro MSA | -5,600 | 8,400 | 150.0% |
| Fresno MSA | -45,400 | 65,500 | 144.3% |
| **Riverside-San Bernardino-Ontario MSA** | **-224,100** | **317,700** | **141.8%** |
| **Sacramento--Roseville--Arden-Arcade MSA** | **-141,400** | **198,400** | **140.3%** |
| Madera MSA | -5,000 | 6,900 | 138.0% |
| Bakersfield MSA | -32,600 | 43,800 | 134.4% |
| **San Diego-Carlsbad MSA** | **-258,300** | **308,700** | **119.5%** |
| Modesto MSA | -22,200 | 26,500 | 119.4% |
| Salinas MSA | -28,600 | 32,900 | 115.0% |
| **San Jose-Sunnyvale-Santa Clara MSA** | **-155,700** | **177,300** | **113.9%** |
| **Anaheim-Santa Ana-Irvine MD** | **-277,000** | **313,400** | **113.1%** |
| Santa Maria-Santa Barbara MSA | -33,600 | 36,200 | 107.7% |
| San Luis Obispo-Paso Robles-Arroyo Grande MSA | -24,500 | 26,000 | 106.1% |
| Oxnard-Thousand Oaks-Ventura MSA | -51,200 | 53,900 | 105.3% |
| Redding MSA | -8,000 | 8,400 | 105.0% |
| **Oakland-Hayward-Berkeley MD** | **-197,800** | **203,000** | **102.6%** |
| Santa Rosa MSA | -39,300 | 40,100 | 102.0% |
| **Los Angeles-Long Beach-Glendale MD** | **-796,000** | **811,700** | **102.0%** |
| **San Francisco-Redwood City-So. San Francisco MD** | **-187,700** | **188,800** | **100.6%** |
| Vallejo-Fairfield MSA | -21,600 | 21,000 | 97.2% |
| Napa MSA | -18,200 | 16,600 | 91.2% |
| Santa Cruz-Watsonville MSA | -21,300 | 19,400 | 91.1% |
| San Rafael MD | -25,300 | 21,800 | 86.2% |
| Chico MSA | -13,900 | 11,500 | 82.7% |
| Merced MSA | -5,800 | 3,100 | 53.4% |

<u>Note</u>: 100 percent denotes full recovery.
<u>Source</u>: Employment Development Department.

**Impacts of the COVID-19 Pandemic on California's Labor Markets**

- As disruptive as the COVID-19 pandemic was to California's labor market, its overall impacts do not appear to have been long-lasting as seen in the widespread recovery of the jobs lost during the pandemic-induced recession across most sectors and areas of the state. The partial shutdown of the economy soon after the pandemic outbreak induced a temporary shift in consumer spending away from services to durable goods and in-home entertainment options, but consumer spending patterns shifted back towards services after the pandemic-related public health restrictions were eased and lifted. For example, travel and tourism in California and the nation ground to a near halt during the pandemic-induced recession but, fueled by pent up demand, rebounded robustly over the course of recovery and expansion.

- The consensus among many economists is that although the pandemic did not change labor markets in any fundamental sense, it did accelerate existing trends within the labor market.

- Perhaps most notably, the pandemic abruptly increased the frequency and incidence of

remote work. This in turn weakened the bond between where people live and where they work, inducing many remote workers to leave the central city for more suburban and exurban areas or even out-of-state. Although there has been a subsequent push by many employers to have their employees return to the office, remote work and hybrid remote/office work arrangements look as if they are here to stay at levels far higher than they were prior to the pandemic.

- The pandemic also appears to have induced a sudden and lasting spike in online shopping and doorstep delivery of purchased goods at the expense of the more traditional brick and mortar model, leading to a consolidation of wholesale and retail trade functions. To illustrate, the transportation, warehousing, and utilities subsector had achieved 375.4 percent recovery of its job losses during the pandemic-induced recession. Expressed differently, it added 3.75 times more jobs during the April 2020-September 2023 expansion than it lost during the February 2020-April 2020 recession. In contrast, retail trade had broken even with a 101.0 percent recovery of its pandemic-induced job losses, and wholesale trade lagged well behind having recovered a little more than half (53.2 percent) of its pandemic-induced job losses.

- The pandemic also appears to have accelerated retirements among aging Baby Boomers, and especially those age 65 and over who were among the most vulnerable and susceptible population subgroups to the COVID-19 virus.

- Perhaps the most lasting impacts of the COVID-19 pandemic continue to be felt in the urban core of large California cities such as San Francisco, Los Angeles, and Sacramento, where the expansion of remote and hybrid work arrangements has led to high vacancy rates in office towers and buildings. And the reduced foot traffic of office workers has resulted in the closure of many businesses whose business model was built on catering to them.

## Labor Market Trends Over the Last Five Years and the Last Year

### Total Nonfarm and Industry Sector Jobs

- Although California's labor market had for the most part recovered from the external shock of the COVID-19 pandemic and returned to a pre-pandemic normal as of September 2023, disruptive effects of the pandemic continued to dominate recent history. This analysis uses five-year and year-over comparisons to filter out these effects and to identify prevailing trends within the labor market.

- Total nonfarm employment in California grew by 872,300 jobs, or 5.1 percent, over the five-year period from September 2018 through September 2023 despite the dampening effects of the intervening pandemic-induced recession and recovery. This translates to an average growth rate of 174,500 jobs, or 1.0 percent, per year.

TABLE 3

**Changes in California Total Nonfarm and Industry Sector Jobs Over the Last Five Years and Last Year**
September 2023; Seasonally Adjusted Data; Thousands of Jobs

| | September 2018 | September 2022 | September 2023 | Five-Year Change | | | Year-Over Change | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Number | Percent | Per Year (Percent) | Number | Percent |
| **Total Nonfarm Jobs** | **17,236.7** | **17,806.2** | **18,109.0** | **569.5** | **3.3%** | **0.7%** | **302.8** | **1.7%** |
| Mining and Logging | 22.9 | 19.8 | 19.9 | -3.1 | -13.5% | -2.7% | 0.1 | 0.5% |
| Construction | 869.0 | 919.7 | 933.8 | 50.7 | 5.8% | 1.2% | 14.1 | 1.5% |
| Manufacturing | 1,330.1 | 1,345.5 | 1,332.9 | 15.4 | 1.2% | 0.2% | -12.6 | -0.9% |
| Durable Goods | 850.6 | 873.4 | 870.6 | 22.8 | 2.7% | 0.5% | -2.8 | -0.3% |
| Nondurable Goods | 479.5 | 472.1 | 462.3 | -7.4 | -1.5% | -0.3% | -9.8 | -2.1% |
| Trade, Transportation & Utilities | 3,041.2 | 3,152.2 | 3,148.9 | 111.0 | 3.6% | 0.7% | -3.3 | -0.1% |
| Wholesale Trade | 700.6 | 671.9 | 653.9 | -28.7 | -4.1% | -0.8% | -18.0 | -2.7% |
| Retail Trade | 1,664.3 | 1,624.5 | 1,631.2 | -39.8 | -2.4% | -0.5% | 6.7 | 0.4% |
| Transportation, Warehousing & Utilities | 676.3 | 855.8 | 863.8 | 179.5 | 26.5% | 5.3% | 8.0 | 0.9% |
| Information | 551.5 | 614.2 | 571.0 | 62.7 | 11.4% | 2.3% | -43.2 | -7.0% |
| Financial Activities | 837.0 | 840.1 | 846.6 | 3.1 | 0.4% | 0.1% | 6.5 | 0.8% |
| Finance & Insurance | 541.5 | 533.9 | 537.3 | -7.6 | -1.4% | -0.3% | 3.4 | 0.6% |
| Real Estate & Rental & Leasing | 295.5 | 306.2 | 309.3 | 10.7 | 3.6% | 0.7% | 3.1 | 1.0% |
| Professional & Business Svcs. | 2,695.9 | 2,897.1 | 2,884.5 | 201.2 | 7.5% | 1.5% | -12.6 | -0.4% |
| Professional, Scientific & Technical Svcs. | 1,296.4 | 1,449.7 | 1,470.2 | 153.3 | 11.8% | 2.4% | 20.5 | 1.4% |
| Management of Companies & Enterprises | 258.1 | 250.2 | 251.5 | -7.9 | -3.1% | -0.6% | 1.3 | 0.5% |
| Administrative & Support & Waste Svcs. | 1,141.4 | 1,197.2 | 1,162.8 | 55.8 | 4.9% | 1.0% | -34.4 | -2.9% |
| Educational & Health Svcs. | 2,736.8 | 2,959.3 | 3,129.7 | 222.5 | 8.1% | 1.6% | 170.4 | 5.8% |
| Educational Svcs. | 373.9 | 387.3 | 407.6 | 13.4 | 3.6% | 0.7% | 20.3 | 5.2% |
| Health Care & Social Assistance | 2,362.9 | 2,572.0 | 2,722.1 | 209.1 | 8.8% | 1.8% | 150.1 | 5.8% |
| Leisure & Hospitality | 2,001.0 | 1,956.5 | 2,066.1 | -44.5 | -2.2% | -0.4% | 109.6 | 5.6% |
| Arts, Entertainment & Recreation | 317.8 | 316.6 | 346.1 | -1.2 | -0.4% | -0.1% | 29.5 | 9.3% |
| Accommodation & Food Svcs. | 1,683.2 | 1,639.9 | 1,720.0 | -43.3 | -2.6% | -0.5% | 80.1 | 4.9% |
| Other Services | 571.2 | 568.2 | 589.7 | -3.0 | -0.5% | -0.1% | 21.5 | 3.8% |
| Government | 2,580.1 | 2,533.6 | 2,585.9 | -46.5 | -1.8% | -0.4% | 52.3 | 2.1% |
| Federal Government | 246.4 | 246.1 | 250.0 | -0.3 | -0.1% | 0.0% | 3.9 | 1.6% |
| State Government | 535.2 | 537.5 | 548.2 | 2.3 | 0.4% | 0.1% | 10.7 | 2.0% |
| Local Government | 1,798.5 | 1,750.0 | 1,787.7 | -48.5 | -2.7% | -0.5% | 37.7 | 2.2% |

<u>Source</u>: Employment Development Department

- Private education and health services (392,900) added more than twice as many jobs as any other sector from September 2018 through September 2023. This sector alone accounted for close to half (45.0 percent) of the state's overall net five-year nonfarm job gain. The sector's five-year job gains were heavily concentrated in its health care and social assistance subsector, which added 359,200 jobs and on its own accounted for more than two-fifths (41.2 percent) of the state's overall net five-year job gain.

- Two additional industry sectors added more than 100,000 jobs over the September 2018-September 2023 period: professional and business services (188,600) and trade, transportation, and utilities (107,700). Professional and business services' five-year job gain was heavily concentrated in its professional, scientific, and technical services subsector which added 173,800 jobs. All of the trade, transportation, and utilities sector's job gains came from its transportation, warehousing, and utilities subsector, which added 187,500 jobs. Wholesale and retail trade both had net job losses.

- As a group, the private education and health services; professional and business services; and trade, transportation, and utilities sectors added a combined 689,200 jobs from September 2018 through September 2023 and accounted for nearly four-fifths (79.0 percent) of the state's overall net gain of 872,300 nonfarm jobs over the period. Narrowing things down still further, just three subsectors—health care and social assistance; transportation, warehousing, and utilities; and professional, scientific, and technical services—combined to add 720,500 jobs, accounting for 82.6 percent of the state's overall net job gain. These same three subsectors accounted for a little over one-quarter (27.9 percent) of all total nonfarm jobs in September 2023.

- Two additional California industry sectors—leisure and hospitality (65,100) and construction (64,800)—added more than 60,000 jobs from September 2018 through September 2023. Information (19,500) and other services (18,500) were the only other California industry sectors that added 18,500 jobs or more.

- Financial activities (9,600), government (5,800), and manufacturing (2,800) were the remaining sectors that had net five-year job gains. Within manufacturing, the durable goods manufacturing subsector, which in California is oriented towards advanced manufacturing, added 20,000 over the five-year period. Within financial activities, the real estate and rental and leasing subsector added 13,800 jobs.

- The private education and health services sector also grew at the fastest pace among sectors from September 2018 through September 2023. Its 2.9 percent rate of annual job growth was more than three times greater than the 1.0 percent rate per year of the overall nonfarm economy. Construction (1.5 percent per year) and professional and business services (1.4 percent per year) were the only other sectors that grew at a faster rate than the overall economy.

- Fueled by the spike in demand for durable goods and the surge in online shopping during the pandemic, transportation, warehousing, and utilities (5.5 percent per year) grew at far and away the fastest pace of any sector or subsector over the September 2018-September 2023 period. This subsector encapsulates trade and logistics industries. Health care and social assistance (3.0 percent per year) and the high technology oriented professional, scientific, and technical services (2.7 percent per year) were the next fastest growing subsectors. Private educational services (1.8 percent per year) and

arts, entertainment, and recreation (1.8 percent per year) were the only other subsectors that grew at a faster rate than the overall economy.

- Mining and logging (3,000) was the only California industry sector that lost jobs over the September 2018-September 2023 period. All told, six California industry subsectors had net job losses over the period, the largest of which were in wholesale trade (46,700) and retail trade (33,100). These net job losses likely reflected restructuring that accompanied the expanded market share of online shopping and home goods delivery that occurred during the pandemic. Nondurable goods manufacturing (17,200), local government (10,800), management of companies and enterprises (6,600), and finance and insurance (4,200) were the other subsectors that had net job losses over the September 2018-September 2023 period.

- California added 302,800 nonfarm jobs and grew at 1.7 percent pace over the year ending in September 2023. Seven of California's eleven major industry sectors added jobs over the year and four lost jobs.

- California's job growth over the last year was very top heavy, with gains in just three sectors—private educational and health services (170,400), leisure and hospitality (109,600), and government (52,300)—totaling a combined 332,300 jobs. The other sectors that added jobs over the year were other services (21,500), construction (14,100), financial activities (6,500), and mining and logging (100).

- Health care and social assistance (150,100) had the largest year-over job gain among industry subsectors, followed by accommodation and food services (80,100). Four additional subsectors added more than 20,000 jobs: local government (37,700); arts, entertainment, and recreation (29,500); professional, scientific, and technical services (20,500); and private educational services (20,300).

- Arts, entertainment, and recreation (9.3 percent) had the fastest pace of year-over job growth among subsectors, followed by health care and social assistance (5.8 percent), private educational services (5.2 percent), and accommodation and food services (4.9 percent). Local government (2.2 percent) and state government (2.0 percent) were the other subsectors that grew at a faster pace than the overall nonfarm economy.

- Although the transportation, warehousing, and utilities subsector grew at a 0.9 percent year-over pace, this was considerably slower than its five-year, 5.5 percent per year, pace of job growth. The year-over pace of job growth in the professional, scientific, and technical services subsector (1.4 percent) was more than a full percentage point off its five-year annual average pace of growth (2.7 percent).

- Private educational and health services (5.8 percent) had the fastest pace of over the year job growth among the sectors, followed closely by leisure and hospitality (5.6 percent). Other services (3.8 percent) and government (2.1 percent) added jobs at a faster rate than the overall nonfarm economy, while the pace of job growth lagged in construction (1.5 percent), financial activities (0.8 percent), and mining and logging (0.5 percent).

- Information (43,200; 7.0 percent) had the largest year-over job loss of any sector in September 2023. At least part of this loss reflected temporary strike-related job losses in motion picture and video production that would show up as job gains after the strikes were settled and production returned to normal. However, information's technology-

centric industries also struggled over the last year and combined to suffer a small year-over job loss.

- Professional and business services and manufacturing both had year-over job losses of 12,600 jobs in September 2023. Professional and business services' job loss was concentrated in the administrative and support and waste remediation services subsector, which lost 34,400 jobs. Its professional, scientific, and technical services and management of companies and enterprises subsectors both had year-over job gains. Manufacturing's year-over job loss reflected losses of 9,800 and 2,800 jobs in nondurable manufacturing and durable goods manufacturing, respectively.
- Trade, transportation, and utilities (3,300) was the remaining industry sector that lost jobs over the last year. These losses were concentrated in its wholesale trade subsector, which lost 18,000 jobs. In contrast, trade, warehousing, and utilities; and retail trade had year-over gains of 8,000 and 6,700 jobs, respectively.
- In conclusion, health care, high technology and information services, trade and logistics, construction, and, more belatedly, leisure and hospitality industries have been the drivers of California's job growth in recent years. Apart from mining and logging and perhaps wholesale trade there were few signs of overt weakness in any of California's sectors and subsectors as of September 2023. However, the year-over jobs data should remind readers that employment in California's high growth technology sector can be quite cyclical as it often rides waves of innovation, the next of which would appear to be artificial intelligence generation.

**Regional Jobs (Regional Planning Units)**

- In support of the Workforce Innovation and Opportunity Act (WIOA), California is divided into 15 Regional Planning Units (RPUs), or regions, for the purposes of regional economic analysis. [3]
- California's regions vary greatly in size. Total nonfarm employment in Los Angeles Basin Region, the state's largest, totaled 4.6 million nonfarm jobs in September 2023. Seven additional regions—Bay-Peninsula, Orange, Inland Empire, Southern Border, San Joaquin Valley, East Bay, and Capital—had between 1.1 and 2.4 million nonfarm jobs. Employment in five regions—North Bay, South Central Coast, Ventura, North Central Coast, North State—totaled between 200,000 and 600,000 nonfarm jobs. In contrast, the state's two smallest regions—North Coast and Middle Sierra—each had fewer than 52,000 nonfarm jobs.

**Regional Farm Jobs**

- Although the focus of this regional analysis will be on the nonfarm economy[4], agriculture plays a disproportionately large role in several California regions. All told,

---

[3] Additional RPU information can be found here: https://www.labormarketinfo.edd.ca.gov

[4] There are several reasons why industry analyses tend to focus on the nonfarm economy, not least of which is that agricultural establishments are not part of the monthly survey of establishments on which monthly job estimates are based. As such, the number of farm jobs is estimated separately from nonfarm jobs using a different methodology. Moreover, crop production workers tend to be highly mobile because employment tends to be very seasonal, varying with on the crop production cycle. Periods of peak demand for labor of often short duration are often followed by sharp drops in demand. This further complicates the estimation process.

California had 476,300 farm jobs in September 2023. Farm jobs accounted for 2.6 percent of total, all industry jobs. September is typically a month of peak demand for farm labor.

- San Joaquin Valley (230,100) had the largest number of farm jobs of any regional planning unit in September 2023, followed by North Central Coast (91,900) and South Central Coast (41,600). Two additional RPUs had more than 20,000 farm jobs: Ventura (26,500) and Capital (20,300). North Bay (19,000) and Southern Border (18,300) were the only other RPUs with more than 15,000 farm jobs.

- Farm jobs play a disproportionately large role in the total employment of some RPUs. In September 2023, they accounted for 26.6 percent of total employment in North Central Coast, 13.6 percent of all jobs in San Joaquin Valley, and 11.4 percent of all jobs in South Central Coast. Ventura (7.7 percent), North State (4.0 percent), and North Bay (3.1 percent) were the only other regions with a higher share of farm jobs than the state's 2.6 percent share. Farm jobs made up less than 2.0 percent of total employment in every other RPU.

**Regional Total Nonfarm Employment**

- California's nonfarm job gains over the five-year period from September 2018 through September 2023 were well distributed across most California regions but tended to be concentrated in the largest regions of the state. Thirteen of California's 15 regions experienced positive job growth over this period despite the intervening disruptions of the pandemic. The two regions that lost jobs over this five-year period—North State (2,000) and North Bay (200)—incurred small net job losses only.

- Inland Empire RPU (171,900) added the most jobs of any region over the five-year period. Three additional regions added more than 100,000 jobs: Los Angeles Basin (126,900), San Joaquin Valley (118,400), and Bay-Peninsula (107,100). Three regions added more than 50,000 jobs: Capital (96,100), Southern Border (93,900), and Orange (67,700). East Bay (19,800), South Central Coast (16,300), and Ventura (11,500) regions added more than 10,000 jobs.

TABLE 4

**Five-Year and Year-Over Changes in Total Nonfarm Jobs in California Regional Planning Units (RPUs)**
September 2023: Not Seasonally Adjusted Data

| | September 2018 | September 2022 | September 2023 | Five-Year Change (Sept. 18-Sept. 23) | | Year-Over Change (Sept. 22-Sept. 23) | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | Number | Percent |
| CALIFORNIA | 17,198,800 | 17,742,900 | 18,079,500 | 880,700 | 5.1% | 336,600 | 1.9% |
| LARGEST RPUs | | | | | | | |
| Los Angeles Basin | 4,515,200 | 4,546,300 | 4,642,100 | 126,900 | 2.8% | 95,800 | 2.1% |
| Bay-Peninsula | 2,276,600 | 2,348,400 | 2,383,700 | 107,100 | 4.7% | 35,300 | 1.5% |
| Orange | 1,650,900 | 1,671,100 | 1,718,600 | 67,700 | 4.1% | 47,500 | 2.8% |
| Inland Empire | 1,504,800 | 1,652,300 | 1,676,700 | 171,900 | 11.4% | 24,400 | 1.5% |
| Southern Border | 1,531,500 | 1,595,500 | 1,625,400 | 93,900 | 6.1% | 29,900 | 1.9% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| San Joaquin Valley | 1,344,700 | 1,445,800 | 1,463,100 | 118,400 | 8.8% | 17,300 | 1.2% |
| East Bay | 1,180,700 | 1,178,700 | 1,200,500 | 19,800 | 1.7% | 21,800 | 1.8% |
| Capital | 1,064,200 | 1,133,100 | 1,160,300 | 96,100 | 9.0% | 27,200 | 2.4% |
| | | | | | | | |
| MID-SIZED RPUs | | | | | | | |
| North Bay | 591,100 | 577,000 | 590,900 | -200 | 0.0% | 13,900 | 2.4% |
| South Central Coast | 305,800 | 312,200 | 322,100 | 16,300 | 5.3% | 9,900 | 3.2% |
| Ventura | 307,700 | 310,200 | 319,200 | 11,500 | 3.7% | 9,000 | 2.9% |
| North Central Coast | 246,300 | 245,300 | 253,100 | 6,800 | 2.8% | 7,800 | 3.2% |
| North State | 244,300 | 242,200 | 242,300 | -2,000 | -0.8% | 100 | 0.0% |
| | | | | | | | |
| SMALLEST RPUs | | | | | | | |
| North Coast | 51,300 | 49,700 | 51,500 | 200 | 0.4% | 1,800 | 3.6% |
| Middle Sierra | 45,700 | 45,700 | 47,400 | 1,700 | 3.7% | 1,700 | 3.7% |

Source: Employment Development Department

- In percentage terms, Inland Empire RPU grew at the fastest pace among regions from September 2018 through September 2023. Its 2.3 percent per year rate of nonfarm job growth was over twice the 1.0 percent per year rate in California as a whole. San Joaquin Valley and Capital were the next fastest growing regions, both adding jobs at a 1.8 percent per year pace. Southern Border (1.2 percent per year) and South Central Coast (1.1 percent per year) were the only other regions that had faster nonfarm job growth than the state as a whole.

- Each of the state's 15 Regional Planning Units added nonfarm jobs over the year ending in September 2023. In number, regional year-over nonfarm job gains ranged from a low of 100 jobs in North State to a high of 95,800 in Los Angeles Basin. Not surprisingly, job gains were correlated with a region's size, with the state's largest having the largest year-over gains.

- The locus of job growth appeared to have shifted away from the state's largest regions towards its mid-sized and smallest regions over the year ending in September 2023, with the exception of North State. The state's two smallest regions—Middle Sierra (3.7 percent) and North Coast (3.6 percent)—had the fastest pace of year-over nonfarm job growth among regions. The next three fastest growing regions were mid-sized regions: South Central Coast (3.2 percent), North Central Coast (3.2 percent), and Ventura (2.9 percent). In addition, North Bay's 2.4 percent rate of year-over nonfarm job growth was stronger than the state's not seasonally adjusted growth rate of 1.9 percent.

- Each of the state's eight largest regions had year-over job gains of more than 1.0 percent in September 2023. Orange (2.8 percent) had the fastest rate of year-over job growth amongst the state's largest regions. The pace of job growth bettered or equaled that of the state in three additional large regions: Capital (2.4 percent), Los Angeles Basin (2.1 percent), and Southern Border (1.9 percent).

- The state's four largest regions whose year-over job growth in September 2023 lagged that of the state were: East Bay (1.8 percent), Bay-Peninsula (1.5 percent), Inland Empire (1.5 percent), and San Joaquin Valley (1.2 percent). The pace of year-over job growth in East Bay and Bay-Peninsula was stronger than the five-year average. In

contrast, the pace of year-over job growth in Inland Empire and San Joaquin Valley was below the five-year average.

- A detailed discussion of the industry growth patterns in California's 15 Regional Planning Units is beyond the scope of this analysis. Five-year and year-over regional job growth patterns are instead summarized in Table 5. The industries with the largest gains in number provided the most opportunities for employment. The industries with the largest percentage job gains were the growth industries in each region's economy.

TABLE 5
**Five-Year and Year-Over Changes in Total Nonfarm and Industry Sector Jobs in California Regions**
September 2023; Not Seasonally Adjusted Data

| Regional Planning Unit (RPU) | September 2018 | September 2022 | September 2023 | Five-Year Change | | Year-Over Change | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | Number | Percent |
| **Los Angeles Basin RPU** | | | | | | | |
| Total Nonfarm Jobs | 4,515,200 | 4,546,300 | 4,642,100 | 126,900 | 2.8% | 95,800 | 2.1% |
| Mining and Logging | 2,000 | 1,600 | 1,600 | -400 | -20.0% | 0 | 0.0% |
| Construction | 148,100 | 152,300 | 153,600 | 5,500 | 3.7% | 1,300 | 0.9% |
| Manufacturing | 342,200 | 321,800 | 319,000 | -23,200 | -6.8% | -2,800 | -0.9% |
| Trade, Transportation, and Utilities | 846,800 | 834,300 | 844,000 | -2,800 | -0.3% | 9,700 | 1.2% |
| Information | 215,100 | 233,700 | 203,900 | -11,200 | -5.2% | -29,800 | -12.8% |
| Financial Activities | 222,600 | 214,400 | 218,300 | -4,300 | -1.9% | 3,900 | 1.8% |
| Professional and Business Svcs. | 638,500 | 673,200 | 678,400 | 39,900 | 6.2% | 5,200 | 0.8% |
| Educational and Health Services | 817,200 | 877,200 | 939,600 | 122,400 | 15.0% | 62,400 | 7.1% |
| Leisure and Hospitality | 538,500 | 519,700 | 554,700 | 16,200 | 3.0% | 35,000 | 6.7% |
| Other Services | 158,600 | 154,700 | 159,700 | 1,100 | 0.7% | 5,000 | 3.2% |
| Government | 585,600 | 563,400 | 569,300 | -16,300 | -2.8% | 5,900 | 1.0% |
| **Bay-Peninsula RPU** | | | | | | | |
| Total Nonfarm Jobs | 2,276,600 | 2,348,400 | 2,383,700 | 107,100 | 4.7% | 35,300 | 1.5% |
| Mining and Logging | 300 | 300 | 300 | 0 | 0.0% | 0 | 0.0% |
| Construction | 94,100 | 96,100 | 95,400 | 1,300 | 1.4% | -700 | -0.7% |
| Manufacturing | 213,300 | 221,500 | 218,300 | 5,000 | 2.3% | -3,200 | -1.4% |
| Trade, Transportation, and Utilities | 286,600 | 256,600 | 259,100 | -27,500 | -9.6% | 2,500 | 1.0% |
| Information | 181,400 | 231,100 | 228,600 | 47,200 | 26.0% | -2,500 | -1.1% |
| Financial Activities | 120,400 | 124,500 | 124,100 | 3,700 | 3.1% | -400 | -0.3% |
| Professional and Business Services | 523,600 | 568,800 | 564,800 | 41,200 | 7.9% | -4,000 | -0.7% |
| Educational and Health Services | 310,900 | 336,500 | 357,700 | 46,800 | 15.1% | 21,200 | 6.3% |
| Leisure and Hospitality | 250,600 | 220,100 | 237,000 | -13,600 | -5.4% | 16,900 | 7.7% |
| Other Services | 70,200 | 63,500 | 65,000 | -5,200 | -7.4% | 1,500 | 2.4% |
| Government | 225,200 | 229,400 | 233,400 | 8,200 | 3.6% | 4,000 | 1.7% |
| **Orange County RPU** | | | | | | | |
| Total Nonfarm Jobs | 1,650,900 | 1,671,100 | 1,718,600 | 67,700 | 4.1% | 47,500 | 2.8% |
| Mining and Logging | 500 | 300 | 300 | -200 | -40.0% | 0 | 0.0% |
| Construction | 108,400 | 107,000 | 109,000 | 600 | 0.6% | 2,000 | 1.9% |
| Manufacturing | 160,700 | 156,000 | 157,000 | -3,700 | -2.3% | 1,000 | 0.6% |
| Trade, Transportation, and Utilities | 259,500 | 255,600 | 263,200 | 3,700 | 1.4% | 7,600 | 3.0% |
| Information | 26,600 | 24,500 | 24,700 | -1,900 | -7.1% | 200 | 0.8% |
| Financial Activities | 117,400 | 111,000 | 111,300 | -6,100 | -5.2% | 300 | 0.3% |
| Professional and Business Services | 318,400 | 332,700 | 341,200 | 22,800 | 7.2% | 8,500 | 2.6% |
| Educational and Health Services | 226,000 | 250,400 | 262,300 | 36,300 | 16.1% | 11,900 | 4.8% |
| Leisure and Hospitality | 224,200 | 221,500 | 233,600 | 9,400 | 4.2% | 12,100 | 5.5% |
| Other Services | 51,600 | 53,600 | 54,800 | 3,200 | 6.2% | 1,200 | 2.2% |
| Government | 157,600 | 158,500 | 161,200 | 3,600 | 2.3% | 2,700 | 1.7% |
| **Inland Empire RPU** | | | | | | | |
| Total Nonfarm | 1,504,800 | 1,652,300 | 1,676,700 | 171,900 | 11.4% | 24,400 | 1.5% |
| Mining and Logging | 1,200 | 1,600 | 1,600 | 400 | 33.3% | 0 | 0.0% |
| Construction | 107,900 | 116,200 | 122,200 | 14,300 | 13.3% | 6,000 | 5.2% |
| Manufacturing | 100,600 | 99,200 | 97,200 | -3,400 | -3.4% | -2,000 | -2.0% |
| Trade, Transportation, and Utilities | 379,900 | 458,300 | 453,000 | 73,100 | 19.2% | -5,300 | -1.2% |
| Information | 11,300 | 10,100 | 9,700 | -1,600 | -14.2% | -400 | -4.0% |
| Financial Activities | 44,300 | 45,900 | 45,100 | 800 | 1.8% | -800 | -1.7% |
| Professional and Business Services | 153,100 | 178,500 | 181,900 | 28,800 | 18.8% | 3,400 | 1.9% |
| Educational and Health Services | 240,800 | 268,300 | 281,100 | 40,300 | 16.7% | 12,800 | 4.8% |
| Leisure and Hospitality | 168,500 | 177,500 | 179,000 | 10,500 | 6.2% | 1,500 | 0.8% |
| Other Services | 45,400 | 48,000 | 49,700 | 4,300 | 9.5% | 1,700 | 3.5% |
| Government | 251,800 | 248,700 | 256,200 | 4,400 | 1.7% | 7,500 | 3.0% |

| Regional Planning Unit (RPU) | September 2018 | September 2022 | September 2023 | Five-Year Change | | Year-Over Change | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | Number | Percent |
| **Southern Border RPU** | | | | | | | |
| Total Nonfarm Jobs | 1,531,500 | 1,595,500 | 1,625,400 | 93,900 | 6.1% | 29,900 | 1.9% |
| Mining and Logging | 400 | 400 | 400 | 0 | 0.0% | 0 | 0.0% |
| Construction | 86,300 | 89,900 | 91,600 | 5,300 | 6.1% | 1,700 | 1.9% |
| Manufacturing | 114,200 | 119,900 | 119,500 | 5,300 | 4.6% | -400 | -0.3% |
| Trade, Transportation, and Utilities | 234,600 | 233,600 | 235,400 | 800 | 0.3% | 1,800 | 0.8% |
| Information | 23,800 | 22,000 | 21,500 | -2,300 | -9.7% | -500 | -2.3% |
| Financial Activities | 76,700 | 76,900 | 79,200 | 2,500 | 3.3% | 2,300 | 3.0% |
| Professional and Business Services | 252,500 | 289,300 | 284,900 | 32,400 | 12.8% | -4,400 | -1.5% |
| Educational and Health Services | 217,500 | 240,300 | 250,100 | 32,600 | 15.0% | 9,800 | 4.1% |
| Leisure and Hospitality | 206,200 | 202,200 | 213,900 | 7,700 | 3.7% | 11,700 | 5.8% |
| Other Services | 56,500 | 56,400 | 60,800 | 4,300 | 7.6% | 4,400 | 7.8% |
| Government | 262,800 | 264,600 | 268,100 | 5,300 | 2.0% | 3,500 | 1.3% |
| **San Joaquin Valley RPU** | | | | | | | |
| Total Nonfarm Jobs | 1,344,700 | 1,445,800 | 1,463,100 | 118,400 | 8.8% | 17,300 | 1.2% |
| Mining and Logging | 9,900 | 8,300 | 8,000 | -1,900 | -19.2% | -300 | -3.6% |
| Construction | 72,300 | 81,000 | 79,700 | 7,400 | 10.2% | -1,300 | -1.6% |
| Manufacturing | 121,100 | 124,300 | 121,900 | 800 | 0.7% | -2,400 | -1.9% |
| Trade, Transportation, and Utilities | 283,900 | 324,700 | 323,000 | 39,100 | 13.8% | -1,700 | -0.5% |
| Information | 9,700 | 8,100 | 8,100 | -1,600 | -16.5% | 0 | 0.0% |
| Financial Activities | 43,100 | 41,000 | 41,200 | -1,900 | -4.4% | 200 | 0.5% |
| Professional and Business Services | 115,200 | 122,900 | 121,600 | 6,400 | 5.6% | -1,300 | -1.1% |
| Educational and Health Services | 222,300 | 249,500 | 259,400 | 37,100 | 16.7% | 9,900 | 4.0% |
| Leisure and Hospitality | 132,600 | 146,200 | 154,300 | 21,700 | 16.4% | 8,100 | 5.5% |
| Other Services | 40,800 | 44,300 | 45,600 | 4,800 | 11.8% | 1,300 | 2.9% |
| Government | 293,800 | 295,600 | 300,200 | 6,400 | 2.2% | 4,600 | 1.6% |
| **East Bay RPU** | | | | | | | |
| Total Nonfarm Jobs | 1,180,700 | 1,178,700 | 1,200,500 | 19,800 | 1.7% | 21,800 | 1.8% |
| Mining and Logging | 200 | 200 | 200 | 0 | 0.0% | 0 | 0.0% |
| Construction | 75,900 | 76,300 | 82,100 | 6,200 | 8.2% | 5,800 | 7.6% |
| Manufacturing | 101,400 | 112,900 | 113,900 | 12,500 | 12.3% | 1,000 | 0.9% |
| Trade, Transportation, and Utilities | 203,200 | 201,400 | 202,800 | -400 | -0.2% | 1,400 | 0.7% |
| Information | 27,300 | 24,800 | 23,600 | -3,700 | -13.6% | -1,200 | -4.8% |
| Financial Activities | 54,900 | 51,300 | 52,500 | -2,400 | -4.4% | 1,200 | 2.3% |
| Professional and Business Services | 191,700 | 194,700 | 189,500 | -2,200 | -1.1% | -5,200 | -2.7% |
| Educational and Health Services | 193,600 | 206,500 | 215,400 | 21,800 | 11.3% | 8,900 | 4.3% |
| Leisure and Hospitality | 119,400 | 110,500 | 116,300 | -3,100 | -2.6% | 5,800 | 5.2% |
| Other Services | 40,600 | 39,400 | 41,600 | 1,000 | 2.5% | 2,200 | 5.6% |
| Government | 172,500 | 160,700 | 162,600 | -9,900 | -5.7% | 1,900 | 1.2% |
| **Capital RPU** | | | | | | | |
| Total Nonfarm Jobs | 1,064,200 | 1,133,100 | 1,160,300 | 96,100 | 9.0% | 27,200 | 2.4% |
| Mining and Logging | 500 | 600 | 600 | 100 | 20.0% | 0 | 0.0% |
| Construction | 71,600 | 82,500 | 83,400 | 11,800 | 16.5% | 900 | 1.1% |
| Manufacturing | 41,600 | 45,700 | 45,500 | 3,900 | 9.4% | -200 | -0.4% |
| Trade, Transportation, and Utilities | 172,100 | 182,400 | 183,600 | 11,500 | 6.7% | 1,200 | 0.7% |
| Information | 12,400 | 10,700 | 10,300 | -2,100 | -16.9% | -400 | -3.7% |
| Financial Activities | 55,100 | 53,100 | 51,700 | -3,400 | -6.2% | -1,400 | -2.6% |
| Professional and Business Services | 141,400 | 153,600 | 154,600 | 13,200 | 9.3% | 1,000 | 0.7% |
| Educational and Health Services | 170,100 | 187,100 | 200,600 | 30,500 | 17.9% | 13,500 | 7.2% |
| Leisure and Hospitality | 111,900 | 116,200 | 120,200 | 8,300 | 7.4% | 4,000 | 3.4% |
| Other Services | 35,600 | 37,400 | 39,800 | 4,200 | 11.8% | 2,400 | 6.4% |
| Government | 250,900 | 262,900 | 269,200 | 18,300 | 7.3% | 6,300 | 2.4% |

| Regional Planning Unit (RPU) | September 2018 | September 2022 | September 2023 | Five-Year Change | | Year-Over Change | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | Number | Percent |
| **North Bay RPU** | | | | | | | |
| Total Nonfarm Jobs | 591,140 | 576,980 | 590,930 | -210 | 0.0% | 13,950 | 2.4% |
| Mining and Logging | 1,300 | 1,050 | 1,050 | -250 | -19.2% | 0 | 0.0% |
| Construction | 42,520 | 43,720 | 44,380 | 1,860 | 4.4% | 660 | 1.5% |
| Manufacturing | 57,570 | 58,500 | 57,480 | -90 | -0.2% | -1,020 | -1.7% |
| Trade, Transportation, and Utilities | 102,270 | 98,530 | 98,020 | -4,250 | -4.2% | -510 | -0.5% |
| Information | 7,020 | 6,900 | 6,700 | -320 | -4.6% | -200 | -2.9% |
| Financial Activities | 23,040 | 21,320 | 21,110 | -1,930 | -8.4% | -210 | -1.0% |
| Professional and Business Services | 61,740 | 63,480 | 63,150 | 1,410 | 2.3% | -330 | -0.5% |
| Educational and Health Services | 104,100 | 105,040 | 110,370 | 6,270 | 6.0% | 5,330 | 5.1% |
| Leisure and Hospitality | 77,930 | 74,140 | 81,020 | 3,090 | 4.0% | 6,880 | 9.3% |
| Other Services | 20,670 | 20,190 | 21,280 | 610 | 3.0% | 1,090 | 5.4% |
| Government | 93,000 | 84,130 | 86,390 | -6,610 | -7.1% | 2,260 | 2.7% |
| **South Central Coast RPU** | | | | | | | |
| Total Nonfarm Jobs | 305,800 | 312,200 | 322,100 | 16,300 | 5.3% | 9,900 | 3.2% |
| Mining and Logging | 1,000 | 600 | 600 | -400 | -40.0% | 0 | 0.0% |
| Construction | 17,100 | 19,000 | 18,700 | 1,600 | 9.4% | -300 | -1.6% |
| Manufacturing | 21,200 | 20,800 | 21,100 | -100 | -0.5% | 300 | 1.4% |
| Trade, Transportation, and Utilities | 48,200 | 47,200 | 48,200 | 0 | 0.0% | 1,000 | 2.1% |
| Information | 5,200 | 5,800 | 5,600 | 400 | 7.7% | -200 | -3.4% |
| Financial Activities | 10,600 | 11,000 | 10,900 | 300 | 2.8% | -100 | -0.9% |
| Professional and Business Services | 39,300 | 46,000 | 45,900 | 6,600 | 16.8% | -100 | -0.2% |
| Educational and Health Services | 45,000 | 47,000 | 49,700 | 4,700 | 10.4% | 2,700 | 5.7% |
| Leisure and Hospitality | 47,900 | 48,300 | 53,000 | 5,100 | 10.6% | 4,700 | 9.7% |
| Other Services | 10,200 | 10,200 | 10,500 | 300 | 2.9% | 300 | 2.9% |
| Government | 60,100 | 56,300 | 57,900 | -2,200 | -3.7% | 1,600 | 2.8% |
| **Ventura RPU** | | | | | | | |
| Total Nonfarm Jobs | 307,700 | 310,200 | 319,200 | 11,500 | 3.7% | 9,000 | 2.9% |
| Mining and Logging | 900 | 1,000 | 1,000 | 100 | 11.1% | 0 | 0.0% |
| Construction | 17,200 | 17,800 | 18,100 | 900 | 5.2% | 300 | 1.7% |
| Manufacturing | 26,500 | 27,200 | 27,300 | 800 | 3.0% | 100 | 0.4% |
| Trade, Transportation, and Utilities | 57,200 | 57,000 | 57,500 | 300 | 0.5% | 500 | 0.9% |
| Information | 5,300 | 3,900 | 3,800 | -1,500 | -28.3% | -100 | -2.6% |
| Financial Activities | 16,200 | 14,600 | 15,800 | -400 | -2.5% | 1,200 | 8.2% |
| Professional and Business Services | 42,900 | 43,800 | 43,300 | 400 | 0.9% | -500 | -1.1% |
| Educational and Health Services | 47,900 | 52,400 | 55,000 | 7,100 | 14.8% | 2,600 | 5.0% |
| Leisure and Hospitality | 37,800 | 37,300 | 40,100 | 2,300 | 6.1% | 2,800 | 7.5% |
| Other Services | 9,600 | 9,600 | 9,900 | 300 | 3.1% | 300 | 3.1% |
| Government | 46,200 | 45,600 | 47,400 | 1,200 | 2.6% | 1,800 | 3.9% |
| **North Central Coast RPU** | | | | | | | |
| Total Nonfarm Jobs | 246,300 | 245,300 | 253,100 | 6,800 | 2.8% | 7,800 | 3.2% |
| Mining and Logging | 200 | 300 | 300 | 100 | 50.0% | 0 | 0.0% |
| Construction | 11,000 | 12,300 | 12,100 | 1,100 | 10.0% | -200 | -1.6% |
| Manufacturing | 12,500 | 13,500 | 13,300 | 800 | 6.4% | -200 | -1.5% |
| Trade, Transportation, and Utilities | 43,600 | 42,000 | 42,500 | -1,100 | -2.5% | 500 | 1.2% |
| Information | 1,600 | 1,500 | 1,300 | -300 | -18.8% | -200 | -13.3% |
| Financial Activities | 8,100 | 7,500 | 7,500 | -600 | -7.4% | 0 | 0.0% |
| Professional and Business Services | 25,200 | 26,600 | 27,200 | 2,000 | 7.9% | 600 | 2.3% |
| Educational and Health Services | 37,800 | 39,100 | 41,900 | 4,100 | 10.8% | 2,800 | 7.2% |
| Leisure and Hospitality | 40,600 | 39,000 | 41,600 | 1,000 | 2.5% | 2,600 | 6.7% |
| Other Services | 10,300 | 10,700 | 11,000 | 700 | 6.8% | 300 | 2.8% |
| Government | 55,400 | 52,800 | 54,400 | -1,000 | -1.8% | 1,600 | 3.0% |

| Regional Planning Unit (RPU) | September 2018 | September 2022 | September 2023 | Five-Year Change | | Year-Over Change | |
|---|---|---|---|---|---|---|---|
| | | | | Number | Percent | Number | Percent |
| **North State RPU** | | | | | | | |
| Total Nonfarm Jobs | 244,260 | 242,150 | 242,310 | -1,950 | -0.8% | 160 | 0.1% |
| Mining and Logging | 750 | 720 | 730 | -20 | -2.7% | 10 | 1.4% |
| Construction | 13,920 | 15,090 | 15,150 | 1,230 | 8.8% | 60 | 0.4% |
| Manufacturing | 12,460 | 12,450 | 12,760 | 300 | 2.4% | 310 | 2.5% |
| Trade, Transportation, and Utilities | 42,280 | 42,790 | 42,750 | 470 | 1.1% | -40 | -0.1% |
| Information | 2,160 | 1,790 | 1,710 | -450 | -20.8% | -80 | -4.5% |
| Financial Activities | 8,430 | 7,990 | 7,740 | -690 | -8.2% | -250 | -3.1% |
| Professional and Business Services | 16,920 | 16,150 | 15,560 | -1,360 | -8.0% | -590 | -3.7% |
| Educational and Health Services | 49,340 | 49,670 | 50,810 | 1,470 | 3.0% | 1,140 | 2.3% |
| Leisure and Hospitality | 27,500 | 26,440 | 27,830 | 330 | 1.2% | 1,390 | 5.3% |
| Other Services | 10,380 | 10,020 | 10,210 | -170 | -1.6% | 190 | 1.9% |
| Government | 59,920 | 58,770 | 56,820 | -3,100 | -5.2% | -1,950 | -3.3% |
| **North Coast RPU** | | | | | | | |
| Total Nonfarm Jobs | 51,300 | 49,700 | 51,500 | 200 | 0.4% | 1,800 | 3.6% |
| Mining and Logging | 500 | 400 | 400 | -100 | -20.0% | 0 | 0.0% |
| Construction | 2,300 | 2,600 | 2,700 | 400 | 17.4% | 100 | 3.8% |
| Manufacturing | 2,200 | 2,400 | 2,500 | 300 | 13.6% | 100 | 4.2% |
| Trade, Transportation, and Utilities | 9,600 | 8,900 | 9,000 | -600 | -6.3% | 100 | 1.1% |
| Information | 400 | 300 | 300 | -100 | -25.0% | 0 | 0.0% |
| Financial Activities | 1,800 | 1,800 | 1,800 | 0 | 0.0% | 0 | 0.0% |
| Professional and Business Services | 3,500 | 2,900 | 2,800 | -700 | -20.0% | -100 | -3.4% |
| Educational and Health Services | 8,900 | 8,600 | 8,600 | -300 | -3.4% | 0 | 0.0% |
| Leisure and Hospitality | 5,900 | 5,500 | 6,000 | 100 | 1.7% | 500 | 9.1% |
| Other Services | 2,000 | 2,100 | 2,200 | 200 | 10.0% | 100 | 4.8% |
| Government | 14,200 | 14,300 | 15,100 | 900 | 6.3% | 800 | 5.6% |
| **Middle Sierra RPU** | | | | | | | |
| Total Nonfarm Jobs | 45,670 | 45,690 | 47,360 | 1,690 | 3.7% | 1,670 | 3.7% |
| Mining and Logging | 400 | 510 | 540 | 140 | 35.0% | 30 | 5.9% |
| Construction | 2,500 | 2,630 | 2,780 | 280 | 11.2% | 150 | 5.7% |
| Manufacturing | 2,090 | 2,030 | 2,170 | 80 | 3.8% | 140 | 6.9% |
| Trade, Transportation, and Utilities | 6,590 | 6,930 | 7,060 | 470 | 7.1% | 130 | 1.9% |
| Information | 250 | 190 | 180 | -70 | -28.0% | -10 | -5.3% |
| Financial Activities | 1,000 | 880 | 870 | -130 | -13.0% | -10 | -1.1% |
| Professional and Business Services | 2,290 | 2,470 | 2,460 | 170 | 7.4% | -10 | -0.4% |
| Educational and Health Services | 6,350 | 6,250 | 6,250 | -100 | -1.6% | 0 | 0.0% |
| Leisure and Hospitality | 7,140 | 7,410 | 7,880 | 740 | 10.4% | 470 | 6.3% |
| Other Services | 1,480 | 1,500 | 1,510 | 30 | 2.0% | 10 | 0.7% |
| Government | 15,430 | 14,780 | 15,540 | 110 | 0.7% | 760 | 5.1% |

Source: Employment Development Department

## California Gross Domestic Product

- According to the U.S. Bureau of Economic Analysis (BEA), California's real Gross Domestic Product (GDP), as measured in chained 2017 dollars, totaled nearly $3.2 trillion in 2022.[5] California had the largest economy of any state in the country. Texas's $2.4 trillion real GDP ranked second among states. California alone accounted for nearly one-seventh (14.5 percent) of the U.S. GDP, which totaled $21.8 trillion in 2022.

---

[5] The BEA was undertaking an extensive revision and updating of state-level quarterly real GDP data at the time this report was written. Only annual real GDP by state data from 2017 through 2022 were available.



FIGURE 2



Source: U.S. Bureau of Economic Analysis; Employment Development Department

- Financial activities contributed the most to California's real GDP in 2022, with an 18.2 percent share of total GDP. The real estate and rental and leasing subsector alone accounted for 13.6 percent of total GDP. Professional and business services' share of total GDP was 16.0 percent, with the professional, scientific, and technical services subsector alone contributing a 10.9 percent share to total GDP. Trade, transportation, and utilities (13.9 percent); information (13.2 percent); manufacturing (11.0 percent); and government (10.4 percent) were the other major industry sectors that contributed more than 10 percent shares to California's total real GDP in 2022.

- The high technology-oriented information sector, professional, scientific, and technical services subsector, and durable goods manufacturing sector combined contributed nearly one-third (31.2 percent) to California's total real GDP in 2022. Health care and social assistance contributed 6.6 percent, retail trade contributed 5.0 percent, and leisure and hospitality contributed 4.1 percent to total GDP in 2022.

- California's annual real GDP grew by $427 billion, or 15.6 percent, over the five-year period from 2017 through 2022. This translates to average growth of 3.1 percent per year. Real GDP fell by $38 billion, or 1.3 percent in 2020 due to the pandemic, but rebounded strongly in 2021. The pace of real GDP growth slowed in 2022, increasing by $21 billion dollars, or 0.7 percent, over the year.

- Information (10.7 percent per year) was the fastest growing component of total real GDP from 2017 through 2022, followed by professional and business services (7.5 percent per year). Within professional and business services, the professional, scientific, and technical services subsector grew 8.3 percent per year, the management of companies and enterprises subsector grew by 8.2 percent per year, and the administrative and support and waste remediation services subsector grew at 4.9 percent per year.

- Manufacturing (3.7 percent per year) and private educational and health services (3.5 percent) were the only other industry sector components of GDP that grew at a faster rate than total GDP from 2017 through 2022. Within manufacturing, durable goods manufacturing (5.6 percent annual growth) grew at a faster rate than nondurable goods manufacturing (1.1 percent annual growth). Within private educational and health services, health care and social assistance (3.8 percent annual growth) grew at a faster rate than private educational services (1.7 percent annual growth).
- Only a handful of other industry subsectors grew at a faster rate than total GDP from 2017 through 2022. They were transportation and warehousing (5.2 percent annual growth); real estate and rental and leasing (3.2 percent per year); and arts, entertainment, and recreation (also 3.2 percent).
- This report will not discuss the slowdown in real GDP growth from 2021 to 2022 in any detail because the year-over industry change data still reflected the differing growth patterns of recovering industries from the pandemic-induced recession.

## Unemployment in California

### Statewide

- California's unemployment rate bottomed out at 4.0 percent from May 2019 through October 2019 during the long February 2010-February 2020 expansion. At the time, this was a record low unemployment rate in the official data series that extends back to the beginning of 1976. Although the unemployment rate had inched up to 4.4 percent by February 2020, it was still in historically low territory.

FIGURE 3



Source: Employment Development Department

- The pandemic outbreak changed everything abruptly. Over just a two-month period from February 2020 through April 2020, California's unemployment rate shot up 11.7 percentage points to 16.1 percent. This was a record high, shattering the previous record of 12.6 percent that occurred early in 2010 during the Great Recession. The

magnitude and suddenness of the pandemic-induced increase in the unemployment rate was unprecedented.

- The number of unemployed Californians bottomed out at 769,000 in July 2019 during the February 2010-February 2020 expansion but crept upwards to 861,000 in February 2020. Unemployment shot up following the pandemic outbreak, increasing by 2,158,000 persons, or nearly threefold, over just a two-month period. In April 2020, 3,019,000 million Californians were unemployed. This was a record number, exceeding the previous record of 2,286,000 that was established in October 2010 during the Great Recession by 733,000 persons.

- Unemployment fell rapidly and steadily following the lifting of the pandemic-induced shut-down and easing of pandemic restrictions. By March 2022, the unemployment rate had returned to its pre-pandemic level in February 2020 and it continued to fall thereafter, bottoming out at 3.8 percent in July and August 2022. This established a new record low unemployment rate in California.

- Correspondingly, the number of unemployed Californians fell rapidly during the recovery period from the pandemic-induced recession. In March 2022, the number of unemployed Californians was below the pre-pandemic level in February 2020. Unemployment bottomed out at 724,000 persons in August 2022. This was a nearly 34-year low.

- California could not sustain such a low level of unemployment. In September 2023, California's unemployment rate stood at 4.7 percent. While still low by historical standards, this was 0.9 percentage point above its record low in July 2022. There were 914,000 unemployed Californians in September 2023, or 190,000 more than there were in August 2022. Although it may be tempting to interpret this recent trend of increasing unemployment in California as a signal that the labor market is weakening and at risk of a downturn, this is not necessarily the case.

- The trend of rising unemployment in California since August 2022 instead appears to reflect an overly tight labor market and overheating economy that is adjusting to a more sustainable footing.[6] This claim is corroborated by data from the U.S. Bureau of Labor Statistics' Jobs Openings and Labor Turnover Survey (JOLTS).[7] Labor supply and demand were in balance in California's labor market in the months leading up to the pandemic-induced recession, as indicated by an unemployed persons per job openings ratio of around 1.0. In February 2020, there were 1.1 unemployed Californians for every job vacancy. The ratio spiked to 6.4 unemployed Californians per job opening in April 2020 due to the disruptive effects of the pandemic, then fell sharply over the course of California's recovery. By September 2020 there were 2.8 unemployed Californians per job opening. By September 2021, the ratio had fallen to 1.1, or back to where it was prior to the pandemic in February 2020. However, it continued to fall thereafter, and

---

[6] A tight labor market is one in which job vacancies and openings exceed the number of available workers to fill them. An overheating economy is one that has reached the limits of its capacity and can't meet aggregate demand for goods and services by consumers. Both are contributing factors to inflation.

[7] The JOLTS program produces monthly state and national data on job openings, hires, and separation, and can be obtained from the U.S. Bureau of Labor Statistics website at www.bls.gov. The most recent California data available were from August 2023 when this report was written.

bottomed out at 0.5 in July 2022.
- Expressed differently, there were two job openings for every unemployed Californian in July 2022, which was the same month that the state's unemployment rate fell to a its record low of 3.8 percent. California's labor market had become too tight, and unemployment began to rise.
- California's unemployed persons to job opening ratio had returned to 1.0 by March 2023. The ratio dipped to 0.8 in April, and returned to 1.0 in May and June 2023, and dipped to 0.9 in July and August. Correspondingly, the state's unemployment rate rose from 3.8 percent in July and August 2023 to 4.4 percent in March 2023, 4.6 percent June 2023, and stood at 4.7 percent in September 2023. Unemployment may have risen, but labor supply and demand in California's labor market were much better balanced.

**Regional Unemployment Rates**

- The only way to filter out seasonality from California's not seasonally adjusted regional unemployment data is to compare like months of the calendar year. As such, the data are difficult to parse to the timing of the pandemic-induced business cycle. Nevertheless, they show that regional unemployment rates spiked across California regions during the pandemic-induced recession but fell rapidly and steadily during the recovery. The unemployment trends in California regions over the course of the pandemic-induced business cycle mirrored those of the state. This analysis compares September 2023 regional unemployment rates to those prior to the pandemic in September 2019.

TABLE 6
**Four-Year and Year-Over Unemployment Rate Changes in California Regional Planning Units (RPUs)**
September 2023; Not Seasonally Adjusted Data

| Regional Planning Unit (RPU) | September 2019 | September 2022 | September 2023 | Sept. 2019-Sept. 2022 Change | Year-Over Change (Sept. 22-Sept. 23) |
|---|---|---|---|---|---|
| CALIFORNIA | 3.7% | 3.7% | 4.9% | 0.0% | 1.2% |
| LARGEST RPUs | | | | | |
| Los Angeles Basin | 4.4% | 4.3% | 5.8% | -0.1% | 1.5% |
| Bay-Peninsula | 2.1% | 2.3% | 3.1% | 0.2% | 0.8% |
| Orange | 2.6% | 2.8% | 3.7% | 0.2% | 0.9% |
| Inland Empire | 3.8% | 3.8% | 5.0% | 0.0% | 1.2% |
| Southern Border | 3.8% | 3.7% | 4.8% | -0.1% | 1.1% |
| San Joaquin Valley | 5.8% | 5.4% | 7.0% | -0.4% | 1.6% |
| East Bay | 2.7% | 3.0% | 4.0% | 0.3% | 1.0% |
| Capital | 3.4% | 3.4% | 4.5% | 0.0% | 1.1% |
| MID-SIZED RPUs | | | | | |
| North Bay | 2.6% | 3.0% | 3.9% | 0.4% | 0.9% |
| South Central Coast | 2.8% | 2.8% | 3.6% | 0.0% | 0.8% |
| Ventura | 3.4% | 3.4% | 4.5% | 0.0% | 1.1% |
| North Central Coast | 3.6% | 3.6% | 4.5% | 0.0% | 0.9% |

| | | | | | |
|---|---|---|---|---|---|
| North State | 3.9% | 3.8% | 5.0% | -0.1% | 1.2% |
| SMALLEST RPUs | | | | | |
| North Coast | 3.0% | 3.5% | 4.5% | 0.5% | 1.0% |
| Middle Sierra | 3.3% | 3.6% | 4.5% | 0.3% | 0.9% |

Source: Employment Development Department

- In September 2019, several months prior to the pandemic, California's not seasonally adjusted unemployment rate was 3.7 percent, the lowest of any September going back to 1990. Regional unemployment rates were at historical lows, ranging from a low of 2.1 percent in Bay-Peninsula to a high of 5.8 percent in San Joaquin Valley. Every region of the state had what was then a record low for the month of September in 2019. All told, five of California's 15 regions had unemployment rates below 3.0 percent, eight had rates of 3.0 percent or more but less than 4.0 percent, and only two had rates above 4.0 percent.

- Unemployment rates rose dramatically across regions during the pandemic-induced recession. With the caveat that unadjusted April data are not directly comparable to unadjusted September data due to seasonal considerations, at the peak of the pandemic-induced recession in April 2020, California's not seasonally adjusted unemployment stood at 15.8 percent. Regional unemployment rates ranged from a low of 12.6 percent in Bay-Peninsula to a high of 18.8 percent in North Central Coast. Ten of California's 15 regions had unemployment rates of 15 percent or more.

- As in the state, regional unemployment rates fell sharply and steadily over the course of the recovery and expansion. In September 2022, California's not seasonally adjusted unemployment rate was 3.7 percent, the same as it was in September 2019. Regional unemployment rates ranged from a low of 2.3 percent in Bay-Peninsula to a high of 5.4 percent in San Joaquin Valley. Four regions had lower unemployment rates in September 2022 than in September 2019. The unemployment rates in five other regions equaled those of September 2019. Although six regions had higher unemployment rates in September 2022 than in September 2019, the difference between rates was 0.3 percentage point or less in four regions. North Bay and North Coast had the largest differences of .04 and 0.5 percentage point, respectively.

- California's not seasonally adjusted unemployment rate was 4.9 percent in September 2023. This was 1.2 percentage points higher than it was in September 2022. Regional unemployment rates ranged from a low of 3.1 percent in Bay Peninsula to a high of 7.0 percent in San Joaquin Valley in September 2023. Unemployment rose across regions over the year ending in September 2023. San Joaquin Valley (1.6 percentage points) and Los Angeles Basin (1.5 percentage points) had the largest year-over rate increases and Bay-Peninsula and South Central Coast (both 0.8 percentage point) had the smallest. The year-over rate increases in the state's 11 other regions ranged from 0.9 to 1.2 percentage points.

**Unemployment Rates of Demographic Groups in California**

- According to the Bureau of Labor Statistics, labor market differences among racial and ethnic groups are associated with many factors, not all of which are measurable. These

factors include variations in educational attainment across the groups; the occupations and industries in which the groups work; the geographic areas of the country in which the groups are concentrated, including whether they tend to reside in urban or rural settings; and the degree of discrimination encountered in the workplace.

- The unemployment rates of demographic groups are calculated differently from the official unemployment rate in that they are derived solely from the U.S. Census Bureau's Current Population Survey (CPS) data and calculated on a 12-month average basis to minimize the statistical variability associated with California's comparatively small CPS sample size.

- It should be noted that 12-month average CPS data from September 2023 reflect a tight labor market that had only just returned to a full employment equilibrium. [8] As such, the differences in the unemployment rates of demographic groups may not appear to be terribly large, but they do contain meaning. The observed differences in rates would be expected to widen in times of economic stress.

TABLE 7

**Unemployment Rates by Demographic Group in California: September 2023**

(Unemployed As a Percent of the Labor Force; 12-Month Average of Current Population Survey Data)

| Demographic Group | Rate | Demographic Group | Rate |
|---|---|---|---|
| **All Groups, Age 16 and Over** | **4.5%** | | |
| | | | |
| Gender | | Ethnicity | |
| Male | 4.8% | Latino/Hispanic | 4.7% |
| Female | 4.1% | Non-Hispanic | 4.4% |
| | | | |
| Age | | National Origin | |
| 16-24 | 9.5% | Native-Born | 4.8% |
| 16-19 | 14.2% | Foreign-Born | 4.0% |
| | | Foreign Born, Naturalized U.S. Citizen | 3.1% |
| 20-24 | 8.1% | | |
| 25-34 | 5.0% | Foreign Born, Not a U.S. Citizen | 4.8% |
| 35-44 | 3.8% | | |
| 45-54 | 3.0% | Educational Attainment (Age 25 and Over) | |
| 55-64 | 3.1% | Did Not Complete High School | 5.7% |
| 65 and older | 3.7% | High School Diploma or Equivalent | 4.6% |
| 65-74 | 3.8% | Some College, No Degree | 3.7% |
| 75 and older | 3.3% | Associate's Degree | 4.2% |
| | | Bachelor's Degree | 3.3% |
| Race | | Master's, Ph.D., Professional Degree | 2.7% |
| White | 4.3% | | |
| African American | 6.8% | Disability | |
| Asian | 3.9% | Has a Disability | 10.4% |

[8] A 12-month average for the month of September roughly equates to the month of March, which is the mid-point of the averaging period.

| American Indian, Native Alaskan, Hawaiian, Pacific Islander | 5.8% | Doesn't Have a Disability | 4.3% |
|---|---|---|---|
| More than One Race | 7.1% | Served in Armed Forces (Age 18 and Older) | |
| | | Yes | 10.4% |
| | | No | 4.3% |

Source: U.S. Census Bureau; Employment Development Department

- According to these 12-month average CPS data, younger workers tended to have substantially higher unemployment rates than older workers. The 14.2 percent unemployment rate among teens aged 16 to 19 years old was the largest among age cohorts, followed by the 8.1. percent unemployment rate among younger workers between the ages of 20 and 24 years old. In contrast, the 3.0 percent unemployment rate for Californians among adults aged 45 to 54 years old was the smallest among age cohorts, followed by the 3.1 percent unemployment rate for Californians among adults aged 55 to 64 years old.

- The 4.8 percent unemployment rate among native-born workers was higher than the 4.0 percent unemployment rate of foreign-born workers. However, foreign-born workers who were not U.S. citizens also experienced a 4.8 percent unemployment rate compared to the 3.1 percent unemployment rate among foreign-born workers who were naturalized U.S. citizens.

- The 7.1 percent unemployment rate among workers of more than one race and 6.8 percent unemployment rate of African American workers tended to be highest among race cohorts. In contrast, the 3.9 percent unemployment rate of Asian workers and 4.3 percent unemployment rate of White workers were the smallest among race cohorts.

- Unemployment rates by educational attainment generally followed the trend of lower unemployment rates paired with the highest level of educational attainment and vice versa. The 5.7 percent unemployment rate of workers who did not complete high school was highest compared to the 2.7 percent unemployment rate of workers with a Master's, Ph.D., or Professional Degree as lowest.

- The 10.4 percent unemployment rate among Californians with disabilities was more than double the 4.3 percent unemployment rate of Californians without a disability.

- The 3.0 percent unemployment rate among California's veterans was lower than the 4.4 percent unemployment rate of Californians who did not serve in the armed forces.

## Labor Underutilization in California

### Californians Who Work Part-Time for Economic Reasons

- The unemployment rate, while a valuable and widely understood barometer of labor market conditions, is narrowly defined. According to the U.S. Bureau of Labor Statistics (BLS), an unemployed person is someone who did not work at least one hour for pay but actively sought work in the four-week period leading up to the household survey reference week. If an individual is neither employed nor unemployed, by definition he or she is considered to be not in the labor force. As such, the unemployment rate does not capture underemployment within the labor market. Nor does it track individuals who are marginally attached to the labor market. These are individuals who want to

work and are available to work and have sought work in the past year, but had not actively sought work in the last four weeks.

- The concept of underemployment has several aspects. Generally speaking, underemployment refers to workers who work part-time hours but desire to work full-time hours or more hours than they are currently working; workers who are working on a temporary basis but desire permanent employment; and workers doing work for which they are overqualified in terms of education, skills, and experience and who desire work which better matches their qualifications. Unfortunately, it is only possible to track the hours-worked aspect of underemployment over time using established labor market information tools, namely the Current Population Survey of households.

- The BLS defines workers who work part-time for economic reasons, or involuntary part-time employment, as those workers who work part-time but desire full-time work. Working 35 hours or more per week is the threshold for full-time work. Working less than 35 hours per week is the threshold for part-time work. Those who work part-time for economic reasons include workers who usually work full-time but have had their hours slashed to part-time status by their employers, and workers who desire and are available to work full-time work but have had to settle for part-time work because that was the best employment option they could find.

- According to 12-month average data from the Current Population Survey, the number of Californians who worked part-time for economic reasons reached a low of 653,000 persons prior to the pandemic-induced recession in January 2020. They accounted for 3.5 percent of all working Californians. Persons who desired full-time work but had to settle for part-time hours made up three-quarters (75.5 percent) of all the workers who worked part-time for economic reasons and full-time workers who had their hours cut by their employer made up the remaining quarter.

- As is typical when the economy struggles, the number of Californians who worked part-time for economic reasons rose steeply because of the pandemic. Their number rose to a peak at 1,114,000 persons in March 2021, which represented a 461,000-person (70.7 percent) increase since January 2020. The character of involuntary part-time employment also changed. In March 2021, a little less than half (46.6 percent) of Californians who worked part-time for economic reasons were full-time workers who had had their hours cut by their employers and a little over half were workers who desired full-time work but had to settle for part-time hours.

- The number of Californians who worked part-time for economic reasons fell rapidly and steadily over the course of the recovery and expansion from the pandemic-induced recession. Their number had essentially returned to pre-pandemic levels by the end of 2022. In November 2022, 664,000 Californians worked part-time for economic reasons and they made up 3.6 percent of all employed Californians. The shares of workers who couldn't find full-time work and had to settle for part-time hours and full-time workers who had their hours cut by their employers were 71.5 and 28.5 percent, respectively.

FIGURE 4



Source: U.S. Census Bureau; Employment Development Department

- The number of Californians working part-time for economic reasons has remained quite stable in the recovered, full employment economy, increasing by just 6,000 persons (0.9 percent). The share of all employed Californians who worked part-time for economic reasons remained at 3.6 percent in September 2023, unchanged from November 2022. The shares of workers of couldn't find full-time work and had to settle for part-time hours and full-time workers who had their hours cut by their employers were 72.3 and 27.7 percent, respectively, in September 2023.

**The U-6 and U-3 Measures of Labor Underutilization**

- Acknowledging that the traditional definition of unemployment is limited in that it does not measure underemployment or track marginally attached workers to the labor force, the U.S. Bureau of Labor Statistics (BLS) has devised six alternative measures of labor underutilization, some that are more restrictive than the unemployment rate and some that are more inclusive and broadly defined. The U-3 measure, or official unemployment, is defined as the total number of unemployed—those not working but who actively sought work in the previous four-week period—as a percent of the civilian labor force (employed and unemployed persons).
- The U-6 rate is the broadest measure of labor utilization. It is calculated as the number of unemployed, plus the total number of persons who are employed part-time for economic reasons, plus all persons marginally attached to the labor force as a percent of the labor force, expanded to include all persons marginally attached to the labor force. Persons who are marginally attached to the labor force are those who currently are neither working nor looking for work but want to work, are available for a job, and have looked for work sometime in the last year.

- According to 12-month average Current Population Survey data, the U-3 rate, which corresponds to the official unemployment rate definition, in California was stable at a low level of 4.2 percent or less in the latter stages of the February 2010-February 2020 economic expansion. It bottomed out at 4.0 percent in January and February 2020. The pandemic abruptly caused a steep rise in unemployment. The U-3 rate peaked at 11.1 percent in March 2021. This was lower than the 12.2 percent peak of the Great Recession in December 2010, but 12-month averaging explains why. Whereas the Great Recession resulted in an economic downturn that lasted 31 months, the pandemic-induced recession was an external shock to the labor market of very short duration. As severe as the pandemic-induced spike in unemployment was, it lasted only two months, so its impacts are blunted by 12-month averaging.

FIGURE 5



Source: U.S. Census Bureau; Employment Development Department

- The 12-month average U-3 rate fell rapidly over the course of the recovery from the pandemic-induced recession. In January and February 2023, it bottomed out at 4.1 percent, which was just 0.1 percentage above the pre-pandemic low. The U-3 rate had inched up to 4.5 percent by September 2023.
- The U-6 rate, which is always higher than the U-3 rate because it is more inclusive and broadly defined than the U-3, was consistently below 9.0 percent in the latter stages of the February 2010-February 2020 expansion and reached a low of 8.2 percent in January and February 2020. It spiked abruptly during the pandemic-induced recession and peaked at 18.4 percent in March 2021. This was also lower than the 21.1 percent peak the U-6 rate reached during the Great Recession in September, October, and December 2010, but 12-month averaging again blunts the effects that the pandemic had on the U-6 rate.

- The U-6 rate fell rapidly over the course of the recovery from the pandemic-induced recession to a low of 8.6 percent in January, February, and April 2023. Although this was 0.4 percentage point higher than the pre-pandemic low, it was a level that was consistent with the that of the pre-pandemic expansion. The U-6 inched up to 8.9 percent as of September 2023.

- The comparison of the U-3 and U-6 rates indicates that the two measures of labor underutilization tend to move together with the business cycle, rising when the economy is weak or an event such as the pandemic disrupts the labor market and falling when it is expanding and strong. As such, the official unemployment rate is an effective barometer of labor market conditions. However, it is limited in the sense that it does not capture the full effects of the business cycle on labor utilization. When the unemployment rate rises, underemployment rises with it, and increasing numbers of marginally attached workers exit the labor force. When the unemployment rate falls, underemployment falls with it and marginally attached workers are drawn back into the labor force.

## Labor Force Participation in California

- The labor force participation rate (LFPR) is calculated as the number of persons in the labor force (those who are employed or unemployed but actively seeking work) divided by the working age population.

- Labor force participation in California was remarkably stable in the latter stages of the February 2010-February 2020 expansion, varying between 62.3 and 62.4 percent over a 17-month period that began in March 2018 and lasting through July 2019. The LFPR began inching up thereafter to a high of 63.0 percent just prior to the pandemic outbreak in January and February 2020.

- Labor force participation plummeted during the pandemic-induced recession, falling by 3.5 percentage points to a low of 59.5 percent in May 2020. This was California's lowest LFPR on record in an official data series dating back to the beginning of 1976.



FIGURE 6



Source: Employment Development Department

- Following an unusual spike and fall in the labor force participation rate following the end of the pandemic-induced recession, during which the participation rate reached as high as 61.1 in July 2020 only to fall back to 59.7 percent in October 2020, labor force participation rebounded over the course of the recovery and expansion. It reached as high as 62.5 percent in May and June 2023, before falling back to 62.3 percent by September 2023. Although the LFPR had yet to get back to its pre-pandemic high of 63.0 as of September 2023, it had returned to levels that were consistent with the pre-pandemic labor market.

**Demographic Characteristics of Labor Force Participation**

- Traditionally, labor force participation has tended to increase during times of economic expansion as increasing employment opportunities draw more people into the labor force and decrease during recessions as individuals with limited employment opportunities exit the labor force.
- Multiple factors influence an individual's decision to participate in the labor force or not, most notably perceptions of how likely it is that one will find employment, school attendance, having a disability, having to care for house or family (children or elders), personal choice, and being retired. However, demographics, and particularly retirements among the large and aging baby boomer population, have exerted a key influence on overall labor force participation in recent years and will continue to do so over the years to come.

TABLE 8

**Unemployment Rates by Demographic Group in California: September 2023**

(Persons in the Labor Force as a Percent of the Working Age Population;
12-Month Average of Current Population Survey Data)

| Demographic Group | Rate | Demographic Group | Rate |
|---|---|---|---|
| **All Groups, Age 16 and Over** | **62.3%** | | |
| | | | |
| Gender | | Ethnicity | |
| Male | 69.0% | Latino/Hispanic | 65.7% |
| Female | 55.6% | Non-Hispanic | 60.2% |
| | | | |
| Age | | National Origin | |
| 16-24 | 49.0% | Native-Born | 61.6% |
| 16-19 | 26.6% | Foreign-Born | 63.6% |
| 20-24 | 66.4% | Foreign Born, Naturalized U.S. Citizen | 59.7% |
| 25-34 | 82.1% | Foreign Born, Not a U.S. Citizen | 68.2% |
| 35-44 | 81.9% | | |
| 45-54 | 80.1% | Educational Attainment (Age 25 and Over) | |
| 55-64 | 65.1% | Did Not Complete High School | 50.8% |
| 65 and older | 19.2% | High School Diploma or Equivalent | 60.3% |
| 65-74 | 27.9% | Some College, No Degree | 60.5% |
| 75 and Older | 7.6% | Associate's Degree | 63.3% |
| | | Bachelor's Degree | 71.9% |
| Race | | Master's, Ph.D., Professional Degree | 73.9% |
| White | 62.6% | | |
| African American | 57.7% | Disability | |
| Asian | 62.6% | Has a Disability | 21.6% |
| American Indian, Native Alaskan, Hawaiian, Pacific Islander | 60.3% | Doesn't Have a Disability | 66.9% |
| More than One Race | 64.1% | Served in Armed Forces (Age 18 and Older) | |
| | | Yes | 44.0% |
| | | No | 64.8% |

Source: U.S. Census Bureau; Employment Development Department

- Based on the 12-month average of Current Population Survey data from September 2023, men had a higher labor force participation rate than women, 69.0 percent to 55.6 percent.
- Labor force participation among prime working age cohorts, or Californians aged 25 through 54, were consistently higher than those of other demographic groups. The 25 to 34, 35 to 44, and 45 to 54 age cohorts all had LFPRs above 80.1 percent. These LFPRs are not out of the ordinary because economists generally find that workers within the prime working age cohorts represent the core of a state's workforce and includes its most economically productive demographic.
- Labor force participation among younger workers contrasts the trends seen amongst those of prime working age. The LFPRs of younger workers between the ages of 16 and 24 did not exceed 49.0 percent. The LFPRs for workers between the ages of 20 and 24

were close to the mid 60's but were not at rates comparable to that of prime working age workers.

- Labor force participation drops off dramatically as people leave the workforce for a variety of reasons that include age and retirements. Nearly one out of every five (19.2 percent) Californians aged 65 and over participated in the civilian labor force. Workers aged 75 and over participated in the labor force at a rate of 7.6 percent, the lowest rate among age cohorts.

- Foreign-born Californians (63.6 percent) had a slightly higher rate of labor force participation than native-born Californians (61.6 percent). Among foreign-born workers, those that were not U.S. citizens (68.2 percent) had a LFPR 8.5 percentage points higher than foreign-born workers who were naturalized U.S. citizens (59.7 percent).

- Among the state's racial and ethnic groups, Hispanics (65.7 percent) had the highest LFPR, followed by workers of more than one race (64.1 percent), Whites (62.6 percent), Asian (also 62.6 percent), American Indian/Alaskan Natives (60.3 percent), and African Americans (57.7 percent).

- The U.S. Census Bureau's Current Population Survey data suggests that less educated groups participated in the labor force at a lower rate than groups with more education. Workers who did not complete high school participated in the labor force at a rate of 50.8 percent compared to workers with a Master's, Ph.D., or Professional Degree who participated at a rate of 73.9 percent.

- Approximately one out of every five (21.6 percent) Californians with a disability participated in the civilian labor force. In addition, their LFPR remained at least 45.3 percentage points lower than that of persons who did not have a disability. The older age profile of Californians with a disability in comparison to those without a disability affects these results.

- The LFPR among California veterans (44.0 percent) was approximately 20 percentage points lower than the LFPR of non-veterans (64.8 percent). The older age profile of veterans in comparison to nonveterans affects these results.

**Baby Boomers Are Aging Out of the Labor Market**

- Traditionally, overall labor force participation tended to increase during times of economic expansion as increasing employment opportunities drew more people into the labor force and decrease during recessions as individuals with limited employment opportunities exited the labor force. However, overall labor force participation has behaved differently over the course of the last two decades.

- During California's February 2010 – February 2020 economic expansion, the state's longest of the post-World War II era, California's LFPR continued to decrease long after the turnaround in overall economy and fell to what was then a record low of 62.0 in August through November 2015. The peak LFPR of 63.0 percent at the tail end of the decade-long expansion in January and February 2020 was 4.2 percentage points lower than the 67.2 percent rate at the end of California's May 1993-January 2001 expansion. Moreover, California's 62.3 percent LFPR in September 2023 remained 0.7 percent lower than it was entering the pandemic in February 2020 despite tight labor market conditions that pushed the unemployment rate to a record low 13 months previously.

- Labor force participation in California has been trending downwards for more than two decades because of the sheer numbers of the large Baby Boomer generation who are aging out of the labor market.
- Figure 7 shows the labor force participations rates (LFPRs) of working age Californians age 16 and over based on available 12-month average Current Population data from June 2023. Although actual participation rates vary from month-to-month and year-to-year, they tend not to vary by much. The basic structure and contours of labor force participation by age has remained constant over time. Teens (age 16 to 19) have low labor force participation rates overall, but their participation rises rapidly around the time most complete high school. Labor force participation remains comparatively low for youths age 20 to 24 overall but continues to rise as they get older. By age 25, after most individuals have completed schooling and have begun their careers and forming households, labor force participation typically nears 80 percent and remains at or near that level through age 54. For this reason, the years 25 through 54 are typically referred to as prime working. Participation begins to tail off around age 55, but particularly for those in their 60s. The labor force participation rates of Californians over the age of 75 were consistently at around 10 percent or below in June 2023. This general pattern of labor participation serves as a template of the work like cycle.
- It is possible to correlate comparatively steep drops in labor participation amongst those 55 and older to retirement income eligibility requirements. At age 59 1/2, individuals become eligible to receive penalty-free disbursements from their individual retirement accounts. At age 62, individuals become eligible to receive discounted social security. Depending on year of birth, full social security benefits become available at age 65 to 67, and benefits max out at age 70.

FIGURE 7



Source: U.S. Census Bureau; Employment Development Department

- Using the labor force participation by age template as a backdrop, Baby Boomers refer to the large generation of individuals who were born in the years immediately following World War II from 1946 through 1964. In 2000, when labor force participation was at or near its peak in California, Baby Boomers were age 36 to 54, or in their prime working age years. According to population by age estimates from the California Department of Finance, they numbered nearly 9.4 million and comprised over one-third (36.3 percent) of working age Californians.

- By 2010, Baby Boomers numbered 9,320,000 and they comprised 30.7 percent of California's working age population. They were 46 to 64 years old, with the oldest of them advancing into their retirement years but most still of an age when labor force participation remains high. The June 2023 CPS data show that the LFPRs of those age 46 to 64 typically fall from around 80 percent to below 50 percent.

- By 2020, Baby Boomers numbered 8,032,000. Although their population had declined over the decade, they still comprised one-quarter (25.6 percent) of California's working age population. However, they were 56 to 74 years old, with most passing through the ages in which labor force participation tends to drop steeply. In June 2023, the LFPRs of those age 56 and 74 fell from 75.3 and 19.3 percent, respectively. By 2023, Baby Boomers were between the ages 59 to 77, with even more of them entering the lowest participation years of the typical work life cycle. In June 2023, the LFPRs of those age 59 and 77 fell from 68.9 to 10.1 percent, respectively.

- The California Department of Finance projects that the Baby Boom generation will number 6,592,000 in 2030 and they will comprise one-fifth (20.4 percent) of California's working age population. However, they will be between the ages of 66 and 84 when, according to the June 2023 CPS data, LFPRs by age fall from 35.6 percent to below 5 percent.
- A CPS-based analysis of the labor force participation trends of youth (16 to 24), prime working age Californians (25 to 54), and aging Baby Boomers from June 2019, or before the pandemic, through June 2023, or after the full recover), revealed that labor force participation rate amongst youths ticked up from 49.6 percent to 49.7 percent over the period. The LFPR of prime working Californians increased by even more over the period, from 80.9 percent to 81.5 percent. The LFPR of those not captured in this categorization also rose. In sharp contrast, the LFPR of the aging Baby Boomer generation fell from 49.8 percent in June 2019 to 39.1 percent in June 2023, a decrease of 10.7 percentage points.
- In number, the Baby Boomer population fell by 694,000 over the four-year period from June 2019 through June 2023 through attrition and, perhaps, an out-migration of fixed income retirees moving to places with a lower cost of living than California's. Even more Baby Boomers (1,106,000) left the labor force over this four-year period, suggesting that retirements among Baby Boomers increased by 412,000. Although the pandemic may have boosted this number, Baby Boomers are naturally aging out of the labor market.

**Demand and Growth Industries**

- Demand industries within the economy are identifiable by determining which industries added the most jobs over a specified time period. However, it is inherently difficult to identify emerging industries under the existing North American Industry Classification System (NAICS). Essentially an industry must already have emerged to receive its own unique NAICS classification. As a result of this limitation, this section identifies the 40 fastest growing industries in California over the five-year period. This list includes those California industries that added more than 6,600 jobs and those industries that grew by 12.2 percent or more. A five-year comparison was chosen to filter out pandemic-induced effects—namely the job losses associated with the shutdown and job growth rates of many industries during the recovery.

TABLE 9

**California's Fastest Growing Industries Over the Last Five Years**
September 2018-September 2023; Not Seasonally Adjusted Data

| Industries That Added the Most Jobs (Five-Year Change in Number) | Jobs Gained | Industries That Grew the fastest (Five-Year Change in Percent) | Percent Change |
|---|---|---|---|
| Total Nonfarm Jobs | 880,700 | Total Nonfarm Jobs | 5.1% |
| Individual and Family Services | 191,900 | Motor Vehicle Manufacturing | 82.2% |
| Warehousing and Storage | 108,900 | Warehousing and Storage | 72.3% |
| Limited-Service Restaurants | 68,400 | Computing Infrastructure, Data Processing, Web Hosting, and Related Svcs. | 53.3% |
| Scientific Research and Development Services | 51,900 | Facilities Support Services | 48.7% |
| Couriers and Messengers | 44,900 | Couriers and Messengers | 48.4% |
| Outpatient Care Centers | 34,800 | Independent Artists, Writers, and Performers | 45.1% |
| Building Equipment Contractors | 31,700 | Community Food and Housing, Emergency, and Other Relief Svcs. | 43.8% |
| Accounting, Tax Preparation, and Bookkeeping Svcs. | 31,100 | Scientific Research and Development Services | 36.5% |
| Management, Scientific, and Technical Consulting Svcs. | 30,700 | Performing Arts Companies | 32.9% |
| Services to Buildings and Dwellings | 28,400 | Other Private School and Instruction | 31.1% |
| Offices of Other Health Practitioners | 27,600 | Individual and Family Services | 28.4% |
| Offices of Physicians | 26,600 | Offices of Other Health Practitioners | 27.9% |
| State Government Excluding Education | 26,100 | Home Health Care Services | 26.2% |
| Computing Infrastructure, Data Processing, Web Hosting, and Related Svcs. | 25,900 | Software Publishers | 26.2% |
| Home Health Care Services | 24,000 | Social Advocacy Organizations | 25.9% |
| Software Publishers | 23,700 | Accounting, Tax Preparation, and Bookkeeping Svcs. | 25.1% |
| Architectural, Engineering, and Related Service | 22,200 | Medical and Diagnostic Laboratories | 24.5% |
| Other Private School and Instruction | 21,500 | Support Activities for Road Transportation | 20.1% |
| Computer Systems Design and Related Services | 20,800 | Other Heavy and Civil Engineering Construction | 20.0% |
| Investigation and Security Services | 18,300 | General Freight Trucking | 19.5% |
| General Freight Trucking | 17,600 | Specialty (ex. Psychiatric and Substance Abuse) Hospitals | 17.6% |
| Warehouse Clubs, Supercenters, and Other General Merchandise Retailers | 16,600 | Other Professional, Scientific, and Technical Svcs. | 17.6% |
| Motor Vehicle Manufacturing | 16,200 | Navigational, Measuring, Electromedical, and Control Instruments Mfg. | 17.5% |
| Navigational, Measuring, Electromedical, and Control Instruments Mfg. | 15,100 | Residential Intellectual and Dev. Disability, Mental Health, and Substance Abuse Facilities | 17.1% |
| Grocery and Convenience Retailers | 14,200 | Electronic Computer Manufacturing | 16.9% |
| Other Professional, Scientific, and Technical Svcs. | 13,300 | Media Streaming Distribution Svcs., Social Networks, and Other Media Networks and Content Providers. | 16.4% |
| Personal Care Services | 12,800 | Outpatient Care Centers | 16.1% |
| Media Streaming Distribution Svcs., Social Networks, and Other Media networks and Content Providers | 11,200 | Management, Scientific, and Technical Consulting Svcs. | 15.1% |
| Electronic Computer Manufacturing | 11,100 | Other Ambulatory Health Care Services | 15.1% |
| Residential Intellectual and Dev. Disability, Mental Health, and Substance Abuse Facilities | 9,400 | Personal Care Services | 15.0% |
| Community Food and Housing, Emergency, and Other Relief Svcs. | 9,200 | Amusement Parks and Arcades | 15.0% |

| | | | |
|---|---|---|---|
| Medical and Diagnostic Laboratories | 8,900 | Offices of Real Estate Agents and Brokers | 15.0% |
| Legal Services | 8,700 | Specialized Design Services | 14.8% |
| General Medical and Surgical Hospitals | 8,600 | Freight Transportation Arrangement | 14.4% |
| Residential Building Construction | 7,800 | Natural Gas Distribution | 14.2% |
| Offices of Real Estate Agents and Brokers | 7,600 | Grantmaking and Giving Services | 13.3% |
| Amusement Parks and Arcades | 7,400 | Building Equipment Contractors | 13.2% |
| Social Advocacy Organizations | 7,000 | Lessors of Nonfinancial Intangible Assets | 13.0% |
| Other Specialty Trade Contractors | 6,900 | Industrial Machinery Manufacturing | 12.5% |
| Nonresidential Building Construction | 6,600 | Architectural, Engineering, and Related Services | 12.2% |

Source: Employment Development Department

- The three industries that added the most jobs over the September 2018-September 2013 period were: individual and family services, which includes in-home health supportive services jobs, warehousing and storage, and limited-service restaurants. These industries are characterized by comparatively low skill and low wage jobs. Although warehousing and storage, and individual and family services were among California's fastest growing industries over the September 2018-September 2023 period, limited-service restaurants were not, but their 10.0 percent job gain was nevertheless about double that of overall total nonfarm employment.

- Nine of the 40 California industries that added the most jobs from September 2018-September 2023 period were in the high-technology-oriented information sector, and professional, scientific, and technical services and durable goods manufacturing sector. These tend to be high-skill and high-paying jobs. Eleven industries in these technology-centric sectors were among California's 40 fastest growing industries, including motor vehicle manufacturing, and more particularly, zero emission vehicle manufacturing, which was the fastest growing of all California industries.

- Seven of 40 California industries that added the most jobs over the last five years were health care industries and three additional ones were social assistance industries. Seven health care industries and three social assistance industries were also among California's fastest growing.

- Four of California's fastest growing industries over the last five years had a trade and logistics orientation. Although only two such industries were among the industries that added the most jobs, one of them was warehousing and storage, which added the second largest number of jobs over the five-year period.

- Looking forward, industries in health care and social assistance, one of California's long-term growth sectors, should continue to grow as the population ages. Elder care such as In-home health care services, nursing, and assisted living should be in high demand as the large Baby Boomer generation ages into their advanced years.

- Employment in California's high technology industries should continue to grow, particularly as the next wave of artificial intelligence-oriented innovation becomes well-established. Strong defense spending and the nation's emerging industrial policy, including the CHIPS and Science Act of 2022 should provide a further boost to California's high technology and advanced manufacturing sector.

- California's international trade and logistics industries should continue to provide employment opportunities provided American consumers continue to spend since most imported goods from Asia flow through Californian ports. The shift to online shopping

and home delivery should further boost employment in this segment of the economy, even if the shift has prompted restructuring within the wholesale trade subsector.

- Conditions appear to be ripe for employment in California's construction industry to expand. Not only does California have a long-term structural deficit in its housing stock, but the state has aggressively implemented a package of measures and initiatives to streamline and incentivize the construction of affordable housing units, including accessory dwelling units, or ADUs. Funds from the federal Infrastructure Investment and Jobs Act that was passed in November 2021, continued spending on high-speed rail, and the conversion of office space left vacant by the expansion of remote work to more mixed uses should further boost the demand for construction jobs in California in the years to come.

- Although impossible to quantify under the existing industry job classification systems, California's ambitious environmental goals and initiatives, as well as those contained in the federal Inflation Reduction Act of 2022, should continue to spur the development and application of carbon-neutral and environmentally sensitive technologies. "Green" jobs, for lack of a better term, should be an important source of employment growth in California over the years to come.

- Finally, California's travel and tourism industry was virtually shut down in the initial stages of the pandemic but came roaring back to life over the course of the recovery and expansion. Domestic travel in and to California led this recovery. International travel, particularly from China but from all of Asia more generally, has been slower to recover. Although pent up demand for domestic travel may subside some, international travel to California should continue to rebound over the next few years, suggesting that California's job growth in leisure and hospitality should remain strong over the next few years.

## Union Affiliation by Industry and Occupation

- According to 12-month average data from the U.S. Census Bureau's Current Population Survey (CPS) of households, 2.5 million California workers were members of a union in September 2023. They comprised 15.4 percent of California's nearly 16.3 million wage and salary workers. In contrast, monthly CPS data from September 2023 show that 10.5 percent of wage and salary workers nationally were members of a union. [9]

TABLE 10

**Union Membership by Major Industry Sector in California: September 2023**

(12-Month Average Current Population Survey; Percent of Workers in Sector Who Were Members of a Union)

| Industry Sector | Share (%) of Workers |
| --- | --- |

---

[9] The nation's Current Population Survey is large enough to enable statistically valid single month estimates, but California's is not. Twelve-month averaging is necessary to make California's CPS-based estimates statistically robust.

| | |
|---|---|
| **Total, All Industries** | **15.4%** |
| **Government, Total** | **50.4%** |
| Local Government | 56.4% |
| State Government | 47.5% |
| Federal Government | 31.6% |
| **Private Sector, All Sectors** | **9.1%** |
| Educational and Health Services | 17.0% |
| Transportation and Utilities | 16.9% |
| Construction | 16.4% |
| Information | 10.8% |
| Agriculture, Forestry, Fishing, and Hunting | 9.2% |
| Wholesale and Retail Trade | 7.0% |
| Leisure and Hospitality | 6.0% |
| Manufacturing | 5.3% |
| Other Services | 4.0% |
| Professional and Business Services | 3.7% |
| Financial Activities | 2.9% |
| Mining[1] | -- |

1) California's mining sector is too small to meet minimum reporting standards.
Source: U.S. Census Bureau; Employment Development Department

- Close to half (45.9 percent) of all union members in California worked in the public sector in September 2023. Government also had the highest rate of union affiliation, with half (50.4 percent) of all government workers being members of a union. Local government workers (56.4 percent) had the highest share of union membership, followed by state government workers (47.5 percent), and federal workers (31.6 percent).

- In contrast, just one out of every 11 (9.1 percent) wage and salary workers in California's private sector was a member of a union. Educational and health services (17.0 percent) was the major industry sector with the highest share of union members in its workforce, followed closely by transportation and utilities (16.9 percent), and construction (16.4 percent). Information (10.8 percent) was the only other California industry sector whose workforce had a union membership share above 10.4 percent. Professional and business services (3.7 percent) and financial activities (2.9 percent) were the sectors with the lowest share of union members in their workforce.

- An analysis of 12-month average California CPS data in September 2023 revealed that the highest rate of union membership at the occupational group level was in healthcare practitioner and technical occupations (26.0 percent). Education, training, and library occupations (18.7 percent); construction and extraction occupations (18.7 percent); and arts, design, entertainment, sports, and media occupations (18.5 percent) also had comparatively high rates of union membership.

- Six additional occupational groups had workforces with more than 10.0 percent union membership: installation, maintenance, and repair occupations (14.4 percent); farming, fishing, and forestry occupations (14.0 percent); transportation and material moving occupations (13.0 percent); protective services (12.5 percent); community and social

services occupations (11.7 percent); and building and grounds cleaning and maintenance occupations (10.5 percent).

- At the opposite end of the spectrum, computer and mathematical science occupations (2.5 percent), business and financial operations occupations (1.6 percent), and personal care and services occupations (1.4 percent) had the lowest union membership.
- A detailed comparison of the earnings of union and non-union members in major California industry sectors is beyond the scope of this report. That said, the BLS estimated that at the national level, the median weekly earnings of full-time wage and salary union members was $1,216 in 2022, compared to $1,029 for non-union members. The median weekly earnings of union members were $187, or 18.2 percent, higher than those of nonunion workers. [10]

## Future Job Growth Projections

### Industry Employment Projections

Information about future labor market trends is critical for developing programs that help meet employers' needs and help residents secure a job, obtain a better job, and create an upward career pathway. The Department of Labor's (DOL) Bureau of Labor Statistics (BLS) provides national industry and occupational employment projections. The Employment Development Department's Labor Market Information Division (LMID) translates the national employment projections into state and metropolitan area projections.

- The 2020-2030 employment projections are expected to grow significantly faster than previous projection periods due to the COVID-19 pandemic. This expectation is primarily informed by the low base-year employment for 2020 that was the result of the COVID-19 response effort and the subsequent recovery from the pandemic-induced 2020 recession. As such, the projected growth reflects pandemic recovery plus normal growth, making for larger-than-normal total gains.
- Total industry employment in California, which includes self-employment, private household workers, farm employment, and nonfarm employment, is expected to reach 20,629,600 jobs by 2030, an increase of 16.0 percent during the 10-year projection period. Total nonfarm employment is projected to grow by 2,763,600 jobs during this period. Sixty-three percent of projected nonfarm growth is concentrated in three sectors: leisure and hospitality; professional and business services; and educational services (private), health care, and social assistance.
- Leisure and hospitality is projected to have the largest job growth for the 2020-2030 projection period with 665,500 jobs, which account for 24.1 percent of the projected nonfarm employment growth (see Figure 8). The following subsectors within the leisure and hospitality industry sector are projected to have the largest job gains:
- Food services and drinking places (475,500)
- Amusement, gambling, and recreation industries (96,800)
- Accommodation (56,400)

---

[10] A more detailed breakdown of median weekly earnings of full-time wage and salary workers by union affiliation in the United States in 2019 by industry and occupation may be found here: https://www.bls.gov/news.release/pdf/union2.pdf.

- The leisure and hospitality industry sector is also expected to be the fastest growing industry sector with a projected growth rate of 44.8 percent (see Figure 9). This industry suffered significant job losses due to the COVID-19 pandemic. Projected growth is attributable to the industry returning to pre-pandemic employment levels.
- The top 25 industry groups that are expected to generate the most employment are projected to gain 1,742,200 jobs during the 2020-2030 projection period (see Table 11).
- Eight of the top 25 industry groups projected to generate the most employment are within the professional and business services sector. They are expected to generate 479,200 jobs during the 10-year projection period.
- The restaurants and other eating places industry is expected to gain the largest number of jobs with a projected employment growth of 430,100 jobs during the 10-year projection period.
- The projected top 25 fastest growing industry groups are estimated to grow by a combined 1,337,600 jobs during the 2020-2030 projection period (see Table 12).
- Nine of the top 25 projected fastest growing industry groups are within the leisure and hospitality sector.
- During this 10-year period, the top 25 industry groups with the largest percentage growth are expected to range from 130.0 percent for amusement parks and arcades to 28.7 percent for scientific research and development services.

FIGURE 8



## Projected Job Growth by Nonfarm Industry Sector Between 2020-2030

Source: Employment Development Department



FIGURE 9

**Projected Employment Percent Change by Nonfarm Industry Sectors Between 2020-2030**

Source: Employment Development Department

TABLE 11

**California Nonfarm Industry Groups with the Largest Projected Job Growth (2020-2030)**

| Industry Title | Projected 2020-2030 Job Growth |
|---|---|
| Restaurants and Other Eating Places | 430,100 |
| Individual and Family Services | 194,700 |
| Employment Services | 149,400 |
| Computer Systems Design and Related Services | 110,800 |
| Warehousing and Storage | 105,600 |
| Other Information Services | 72,000 |
| Other Amusement and Recreation Industries | 59,300 |
| Management, Scientific, and Technical Consulting Services | 50,200 |
| Scientific Research and Development Services | 45,700 |
| Outpatient Care Centers | 44,000 |
| Personal Care Services | 42,700 |
| Grocery Stores | 39,700 |
| Software Publishers | 37,400 |
| General Freight Trucking | 36,100 |
| Building Equipment Contractors | 34,500 |
| Services to Buildings and Dwellings | 33,300 |
| Architectural, Engineering, and Related Services | 32,800 |
| Investigation and Security Services | 31,100 |
| Continuing Care Retirement Communities and Assisted Living Facilities for the Elderly | 29,600 |
| Amusement Parks and Arcades | 29,500 |
| Motion Picture and Video Industries | 29,400 |
| Home Health Care Services | 27,300 |
| Management of Companies and Enterprises | 25,900 |
| Data Processing, Hosting, and Related Services | 25,800 |
| Special Food Services | 25,300 |
| Total | 1,742,200 |

Source: Employment Development Department

TABLE 12

**California Nonfarm Industry Groups with the Fastest Projected Job Growth (2020-2030)**

| Industry Title | Projected 2020-2030 Job Growth (Percent) | Projected 2020-2030 Job Growth |
|---|---|---|
| Amusement Parks and Arcades | 130.0% | 29,500 |
| Drinking Places (Alcoholic Beverages) | 116.3% | 20,000 |
| Gambling Industries | 97.6% | 8,000 |
| Personal Care Services | 75.7% | 42,700 |
| Spectator Sports | 65.7% | 7,100 |
| Performing Arts Companies | 64.6% | 6,200 |
| Other Amusement and Recreation Industries | 58.4% | 59,300 |
| Special Food Services | 56.7% | 25,300 |
| Other Information Services | 55.7% | 72,000 |
| Warehousing and Storage | 54.3% | 105,600 |
| Motor Vehicle Manufacturing | 50.8% | 9,100 |
| Electronic Shopping and Mail-Order Houses | 47.6% | 23,900 |
| Data Processing, Hosting, and Related Services | 47.0% | 25,800 |
| Other Personal Services | 44.9% | 16,600 |
| Restaurants and Other Eating Places | 40.6% | 430,100 |
| Other Schools and Instruction | 39.9% | 24,200 |
| General Freight Trucking | 38.0% | 36,100 |
| Software Publishers | 36.0% | 37,400 |
| Museums, Historical Sites, and Similar Institutions | 35.8% | 5,700 |
| Civic and Social Organizations | 35.5% | 10,300 |
| Employment Services | 34.7% | 149,400 |
| Computer Systems Design and Related Services | 32.7% | 110,800 |
| Continuing Care Retirement Communities and Assisted Living Facilities for the Elderly | 30.5% | 29,600 |
| Community Food and Housing, and Emergency and Other Relief Services | 30.1% | 7,200 |
| Scientific Research and Development Services | 28.7% | 45,700 |
| Total | - | 1,337,600 |

Source: Employment Development Department

*Middle-Skill Occupations Employment Projections*

- Middle-skilled occupations are those that require more than a high school education but less than a four-year degree. The top 25 middle-skilled occupations (see Table 13) are expected to generate 1,672,670 total job openings during the 2020-2030 period. These openings include approximately 614,890 due to those exiting the labor force, 840,780 transferring to a different occupation, and 217,000 due to job growth.
- Heavy and tractor-trailer truck drivers top the list with 280,150 total projected job openings during the 2020-2030 period.
- Nine of the top 25 occupations are in a health care-related field and are expected to generate 512,260 total job openings during the ten-year period.
- Median annual wages range from $31,598 for manicurists and pedicurists to $103,019 for dental hygienists.
- Sixteen out of the top 25 middle-skill occupations are at or above the median hourly and median annual wage for all occupations in California. The median hourly wage for all occupations in California was $23.97 and the median annual wage for all occupations in California was $49,858 for the first quarter of 2022.

TABLE 13

**California's Top 25 Middle-Skilled Occupations with the Most Job Openings (2020-2030)**

For the table below, middle-skilled occupations are defined as occupations that require some college, a postsecondary non-degree award, or an associate's degree as defined by education levels provided by the BLS.

| SOC Code* | Occupational Title | Exits [1] | Transfers [2] | Numeric Change [3] | Total Projected Job Openings [4] | Median Hourly Wages [5] | Median Annual Wages [5] |
|---|---|---|---|---|---|---|---|
| 53-3032 | Heavy and Tractor-Trailer Truck Drivers | 87,180 | 144,370 | 48,600 | 280,150 | $24.76 | $51,496 |
| 43-3031 | Bookkeeping, Accounting, and Auditing Clerks | 110,380 | 96,180 | 8,100 | 214,660 | $23.99 | $49,900 |
| 25-9045 | Teaching Assistants, Except Postsecondary | 64,260 | 67,130 | 12,700 | 144,090 | N/A | $38,642 |
| 31-9092 | Medical Assistants | 42,870 | 78,090 | 19,000 | 139,960 | $19.88 | $41,342 |
| 31-1131 | Nursing Assistants | 66,370 | 58,700 | 12,700 | 137,770 | $19.19 | $39,924 |
| 25-2011 | Preschool Teachers, Except Special Education | 25,910 | 36,870 | 12,600 | 75,380 | $18.47 | $38,415 |
| 29-2061 | Licensed Practical and Licensed Vocational Nurses | 26,280 | 32,530 | 11,100 | 69,910 | $30.69 | $63,817 |
| 49-3023 | Automotive Service Technicians and Mechanics | 20,240 | 46,210 | 2,600 | 69,050 | $25.21 | $52,428 |
| 39-5092 | Manicurists and Pedicurists | 22,300 | 23,200 | 22,900 | 68,400 | $15.19 | $31,598 |
| 31-9091 | Dental Assistants | 21,750 | 33,560 | 9,100 | 64,410 | $24.16 | $50,254 |
| 15-1232 | Computer User Support Specialists | 13,400 | 37,760 | 9,500 | 60,660 | $31.31 | $65,122 |
| 39-5012 | Hairdressers, Hairstylists, and Cosmetologists | 17,560 | 18,420 | 13,500 | 49,480 | $15.53 | $32,312 |
| 23-2011 | Paralegals and Legal Assistants | 14,940 | 26,060 | 5,500 | 46,500 | $31.57 | $65,651 |
| 49-9021 | Heating, Air Conditioning, and Refrigeration Mechanics and Installers | 9,550 | 25,410 | 4,800 | 39,760 | $29.69 | $61,738 |
| 31-9011 | Massage Therapists | 10,170 | 9,060 | 7,600 | 26,830 | $24.39 | $50,734 |
| 33-2011 | Firefighters | 6,110 | 14,310 | 1,100 | 21,520 | $39.80 | $82,769 |
| 49-2022 | Telecommunications Equipment Installers and Repairers, Except Line Installers | 6,460 | 14,230 | 700 | 21,390 | $30.80 | $64,073 |
| 29-1292 | Dental Hygienists | 8,950 | 6,250 | 4,900 | 20,100 | $49.53 | $103,019 |
| 43-4151 | Order Clerks | 8,510 | 12,580 | -1,800 | 19,290 | $19.23 | $39,980 |
| 29-2040 | Emergency Medical Technicians and Paramedics | 4,480 | 11,180 | 3,300 | 18,960 | N/A | N/A |
| 17-3023 | Electrical and Electronics Engineering Technicians | 5,860 | 11,980 | 1,100 | 18,940 | $36.79 | $76,529 |
| 31-9097 | Phlebotomists | 5,910 | 10,010 | 2,900 | 18,820 | $24.14 | $50,190 |
| 17-3011 | Architectural and Civil Drafters | 4,660 | 9,640 | 1,800 | 16,100 | $30.79 | $64,045 |
| 29-2034 | Radiologic Technologists | 5,240 | 8,260 | 2,000 | 15,500 | $47.80 | $99,414 |
| 43-4161 | Human Resources Assistants, Except Payroll and Timekeeping | 5,550 | 8,790 | 700 | 15,040 | $23.79 | $49,504 |
| - | Total | 614,890 | 840,780 | 217,000 | 1,672,670 | - | - |

Source: Employment Development Department

Notes:

Excludes "All Other" categories. These are residual codes that do not represent a detailed occupation.

*The Standard Occupational Classification (SOC) system is used by government agencies to classify workers into occupational categories for the purpose of collecting, calculating, or disseminating data.

[1] Exits are the projected number of workers leaving an occupation and exiting the labor force entirely. Labor force exits are more common at older ages as workers retire, but can occur at any age. Labor force exits are not necessarily permanent exits from the labor force; for example, some workers exit the labor force to pursue additional education with the intention of returning to the labor force. They do represent permanent separations from an occupation.

[2] Transfers are the projected number of workers leaving an occupation and transferring to a different occupation. Transfers represent permanent separations from an occupation, not temporary movements where the worker is expected to return to the same occupation in the future.

[3] Numeric change measures the projected number of job gains or losses in an occupation for the projection period.

[4] Total job openings are the sum of exits, transfers, and numeric change.

[5] Median hourly and annual wages are the estimated 50th percentile of the distribution of wages; 50 percent of workers in an occupation earn wages below, and 50 percent earn wages above the median wage. The wages are from 2022 first quarter and do not include self-employed or unpaid family workers. An estimate could not be provided for wages listed as N/A.

## Economic Inequality

Previous sections of this report have discussed differing patterns of unemployment and labor force participation amongst demographic groups in California. This section discusses additional aspects of economic inequality.

### Long-Term Unemployment

- Long-term unemployment is defined as any duration of unemployment that lasts 27 months or more. According to 12-month average CPS data which lag monthly estimates, there were 860,000 unemployed Californians in September 2023, just over one-fifth (21.3 percent) of whom had been unemployed long-term.

FIGURE 10



Source: U.S. Census Bureau; Employment Department

- The incidence of long-term unemployment is closely associated with the business cycle, rising steeply during economic downturns, and falling during expansions as slack is winnowed from the labor market. The longer an economic downturn lasts or weakness in the economy persists, the more of a problem long-term unemployment becomes.

- Prior to the pandemic, the number of long-term unemployed bottomed out at 175,000 persons in June 2020 during California's February 2010-February 2020 expansion. Their number shot up during the pandemic, increasing nearly fourfold to a peak of 681,000 persons in September 2021, then fell steadily and rapidly over the course of California's recovery and expansion. The number of long-term unemployed in California was just 12,000 persons higher than the pre-pandemic low.

- As large as the pandemic-induced increase in long-term unemployment was, it paled in comparison to the increase during the Great Recession, when long-term unemployment peaked at 1,032,000 in February 2011 and it took five years or more to get back to pre-recession. The key difference between these two business cycles was that the pandemic was an external shock to the labor market. Its disruptive effects on the labor market were severe, but short-lived in duration. In contrast, the imbalances that caused the Great Recession came from within the economy itself and it took much longer for the labor market to heal and recover. Accordingly, long-term unemployment was much more of a problem during the Great Recession.

- One final thing to note is that long-term unemployment as a share of total unemployment also rises and falls with the state of the economy. When long-term unemployment peaked in February 2011, close to half (46.7 percent) of all unemployed Californians had been unemployed for 27 weeks or more. Similarly, the long-term unemployed comprised 44.5 percent of all unemployed persons during the September 2021 peak. In contrast, the share of long-term unemployment as a percent of total unemployment was just 13.1 percent in June 2020 and 21.3 percent--and falling-- in September 2023.

- Unfortunately, the comparatively small sample size of the Current Population Survey precludes a detailed analysis of the characteristics of long-term unemployed Californians in September 2023. However, past research by EDD suggests that younger workers and less well-educated workers appear to have comprised a disproportionately high share of total long-term unemployment. This makes intuitive sense. Employers are typically reluctant to let go of their more experienced, educated, and skilled employees in times economic stress, doing so only if they have no other choice. This same pool of workers is typically the first to be rehired when the economy rebounds. In contrast, inexperienced workers and those with undifferentiated or low skill sets as a group are typically the first to be let go during an economic downturn and the last to be rehired when the economy improves.

**Industry Wages**

- Average monthly employment and average weekly pay data for California industries for the first quarter of 2019 are available from the Quarterly Census of Employment and Wages (QCEW). This section compares average weekly pay in major industry sectors and subsectors, or two-digit NAICS industries. The health care and social assistance

subsector has been further subdivided into health care and social assistance components because of their large discrepancy in pay. High, middle, and low paying jobs are loosely defined with respect to the average weekly pay total for all industries and what seem to be natural break points in the data. Subsector data are provided because major industry sectors such as professional and business services and educational and health services have jobs in a mix of pay ranges.

- Information ($4,604 weekly; $239,408 yearly) had the highest average pay among major industry sectors in California in the first quarter of 2023, followed by financial activities ($3,326 weekly; $172,952 yearly), mining and logging ($2,459 weekly; $127,872 yearly); professional and business services ($2,373 weekly; $123,396 yearly), and manufacturing ($2,361 weekly; $122,772 yearly).

TABLE 14

**Average Weekly and Annual Pay in California Industry Sectors and Subsectors: First Quarter of 2023**

(Quarterly Census of Employment and Wages Data)

| Major Industry Sector | Average Weekly Pay | Annual Equivalent | Industry Subsectors | Average Weekly Pay | Annual Equivalent |
|---|---|---|---|---|---|
| **Total, all industries** | **$1,737** | **$90,324** | <u>Highest Pay</u> | | |
| | | | Finance and Insurance | $4,237 | $220,324 |
| <u>Highest Pay</u> | | | Utilities | $4,119 | $214,188 |
| Information | $4,604 | $239,408 | Management of Companies and Enterprises | $3,604 | $187,408 |
| **Financial Activities** | **$3,326** | **$172,952** | Professional, Scientific, Technical Svcs. | $3,066 | $159,432 |
| Mining and Logging | $2,459 | $127,872 | Durable Goods Manufacturing | $2,740 | $142,493 |
| Professional and Business Services | $2,373 | $123,396 | | | |
| Manufacturing | $2,361 | $122,772 | <u>Middle Pay</u> | | |
| | | | State Government | $2,084 | $108,368 |
| <u>Middle Pay</u> | | | Wholesale Trade | $2,027 | $105,404 |
| Government | $1,726 | $89,728 | Federal Government | $1,950 | $101,400 |
| Construction | $1,599 | $83,148 | Real Estate and Rental and Leasing | $1,763 | $91,676 |
| Trade, Transportation, and Utilities | $1,336 | $69,472 | Nondurable Goods Manufacturing | $1,642 | $85,385 |
| Education and Health Services | $1,206 | $62,712 | Local Government | $1,595 | $82,940 |
| | | | Health Care | $1,568 | $81,557 |
| <u>Lowest Pay</u> | | | Transportation and Warehousing | $1,368 | $71,136 |
| Other Services | $1,025 | $53,300 | Educational Services | $1,230 | $63,960 |
| Agriculture, Forestry, Fishing & Hunting | $789 | $41,014 | Administrative, Support, Waste Svcs. | $1,229 | $63,908 |
| Leisure and Hospitality | $723 | $37,596 | Arts, Entertainment, and Recreation | $1,201 | $62,452 |
| | | | | | |
| | | | <u>Lowest Pay</u> | | |
| | | | Retail Trade | $924 | $48,048 |
| | | | Accommodation and Food Services | $631 | $32,812 |
| | | | Social Assistance | $534 | $27,768 |

<u>Source:</u> Employment Development Department

- Within the professional and business services sector, the management of companies and enterprises and professional, scientific, and technical services subsectors were among California's highest paying sectors and subsectors. However, its administrative and support and waste services subsector was among California's middle paying sectors and subsectors, with average that was only two-fifths that of professional, scientific, and technical services. This subsector accounted for two-fifths (40.3 percent) of all professional and business services jobs.
- Within the financial activities sector, the finance and insurance subsector was one of California's two highest paying sectors and subsectors, but the real estate and rental and leasing sector was among the middle-paying industry sectors and subsectors.
- Similarly, within manufacturing, the durable goods manufacturing subsector was among California's higher paying sectors and subsectors, but average pay in nondurable goods manufacturing was in about $1,000 per week lessor ($57,000 less on a yearly basis).
- The government and construction sectors along with the trade, transportation, and utilities sector and the educational and health services sector were classified as middle pay range industry sectors. However, there were differences in pay in some subsectors.

- Within the trade, transportation, and utilities sector, utilities ranked amongst the highest average pay among sectors and subsectors. Wholesale trade and transportation and warehousing fell in the middle pay range, with average pay in wholesale above the average for all industries and the average pay in transportation and warehousing falling below. In contrast, the retail trade subsector was among California's lowest pay sectors and subsectors.

- Within the educational and health services sector, health care fell within the middle average pay range sectors and educational services fell towards the lower end of middle pay subsectors. Social assistance had the lowest pay of any sector or subsector.

- The other services sector, agriculture, forestry, fishing, and hunting sector and the leisure and hospitality sector all had the lowest average weekly pay among California sectors in the first quarter of 2023.

- According to first quarter of 2023 employment totals from the Quarterly Census of Employment and Wages (QCEW), 3.7 million of California's 17.7 million jobs were in high paying industry sectors and subsectors. These high paying sectors accounted for just over one-fifth (21.0 percent) of all California's jobs.

- Four-fifths (79.0 percent) of California's jobs were in middle pay and lowest pay sectors and subsectors. Half (50.7 percent) or California's jobs were in middle average pay sectors and subsectors as defined in this report. Nearly three out of 10 (28.2 percent) of California's jobs were in the lowest paying industry sectors and subsectors. These shares are sensitive to how industry pay categories are defined. If the lowest paying category was expanded to include subsectors with average pay weekly pay of less than $1,250 per week, or $65,000 yearly, the middle pay and lowest paying industry shares of all California's jobs would be roughly equal—41.0 percent in middle pay sectors and subsectors and 38.1 percent in the lowest paying ones.

**Wages and Employment by Major Occupational Group**

- Occupational wage and employment estimates for California are calculated from an annual survey of approximately 34,000 California employers under the auspices of the Occupational Employment and Wage Statistics (OEWS) program. The most recent wage estimates are for the first quarter of 2023. The most recent occupational employment estimates are for May 2022.

- According to the OEWS, the median hourly wage for all occupations in California was $24.73 in the first quarter of 2023. The mean annual wage for all occupations was $75,737.  Table 15 shows wage and employment estimates for 22 occupational groups in California. The occupational groups have been sorted into highest-paying, mid-range paying, and lowest-paying categories by what seem to be natural break points in the data for the purposes of this analysis.

TABLE 15

**Wages and Employment by Occupational Group in California**
Wage Data for First Quarter 2023; Employment Estimates for May 2022

(Occupational Employment and Wage Statistics (OEWS) Survey Results)

| Occupational Title | 50th Percentile (Median) Hourly Wage | Mean Annual Wage | May 2022 Employ-ment Estimate |
|---|---|---|---|
| **Total, All Occupations** | **$24.73** | **$75,737** | **17,635,840** |
| _Highest Paying Occupational Groups_ | | | |
| Legal Occupations | $63.21 | $159,826 | 146,600 |
| Management Occupations | $63.90 | $158,200 | 1,273,760 |
| Computer and Mathematical Occupations | $64.25 | $149,192 | 695,480 |
| Healthcare Practitioners and Technical Occupations | $52.77 | $123,989 | 931,030 |
| Architecture and Engineering Occupations | $51.73 | $120,718 | 328,510 |
| Arts, Design, Entertainment, Sports, and Media Occupations | $38.35 | $111,455 | 381,100 |
| Life, Physical, and Social Science Occupations | $44.09 | $100,946 | 197,570 |
| Business and Financial Operations Occupations | $39.64 | $96,080 | 1,190,630 |
| Educational Instruction and Library Occupations | $31.51 | $78,796 | 1,002,210 |
| Construction and Extraction Occupations | $30.75 | $71,940 | 684,310 |
| Community and Social Service Occupations | $29.09 | $67,966 | 329,680 |
| Protective Service Occupations | $23.54 | $67,719 | 419,640 |
| Installation, Maintenance, and Repair Occupations | $29.50 | $65,466 | 538,900 |
| Sales and Related Occupations | $19.04 | $60,038 | 1,450,450 |
| Office and Administrative Support Occupations | $23.58 | $53,889 | 1,996,330 |
| Production Occupations | $21.20 | $50,720 | 822,790 |
| Transportation and Material Moving Occupations | $20.05 | $48,783 | 1,537,150 |
| Personal Care and Service Occupations | $17.57 | $43,982 | 341,300 |
| Building and Grounds Cleaning and Maintenance Occupations | $18.82 | $43,836 | 498,480 |
| Healthcare Support Occupations | $16.86 | $39,467 | 1,147,130 |
| Food Preparation and Serving Related Occupations | $17.39 | $38,903 | 1,499,090 |
| Farming, Fishing, and Forestry Occupations | $16.65 | $37,928 | 223,670 |

Source: _Employment Development Department_

- Median hourly wages in California's eight highest paying occupational groups ranged from a low of $38.35 in arts, design, entertainment, sports, and media occupations to a high of $64.25 in computer and mathematical occupations. Employment in these eight occupational groups totaled 5.1 million jobs in May 2022, accounting for nearly three out of every 10 (29.1 percent) of all California's jobs.

- Five occupational groups had median hourly wages of more than $50. Employment in these occupational groups totaled nearly 3.4 million. As a group, these occupations accounted for nearly one-fifth (19.1 percent) of California jobs.

- Median hourly wages in California's eight mid-range paying occupational groups ranged from a low of $20.05 in transportation and material moving occupations to a high of $31.51 in educational instruction and library occupations. Employment in these eight occupational groups totaled 7.3 million jobs, accounting for a little more than two-fifths (41.6 percent) of all California jobs. California's mid-range paying occupational groups can be further subdivided into those with wages above the statewide median of $24.73. Employment in the four middle pay occupational groups with wages above the statewide median totaled and the four with wages below it totaled nearly 2.6 and 4.8 million jobs, respectively. In May 2022. In other words, overall employment within the

occupational groups defined as having mid-range pay tended to skew lower than higher.

- Each of California's six lowest paying occupational groups had median hourly wages below $20.00 in the first quarter of 2023, ranging from a low of $16.65 in farming, fishing, and forestry occupations to a high of $19.04 in sales and related industries. Employment in these lowest paying occupational groups totaled nearly 5.2 million jobs in May 2022. They accounted for nearly three out of every 10 (29.3 percent) of all California jobs were in these lowest paying occupations.

- Seven occupational groups had mean annual wages above $100,000 in the first quarter of 2023. Employment in these occupations totaled nearly 4.0 million jobs in May 2022, accounting for 22.4 percent of all California's jobs. Mean annual wages in two occupational groups fell in the $75,000 to 100,000 range. Employment in these two occupational groups totaled nearly 2.2 million, making up 12.4 percent of all jobs. Seven occupational groups had mean annual wages in the $50,000 to $75,000 range. Employment in these occupational groups totaled over 6.2 million, accounting for 35.4 percent of all jobs. Six occupational groups had mean annual wages below $50,000. Employment in these occupations totaled 5.2 million, accounting 29.8 percent of all jobs. All told, occupations that paid less than $75,000 accounted for nearly two-thirds (65.2 percent) of California's jobs in May 2022.

**Differences in the Employment Patterns of Men and Women**

- According to 12-month average Current Population Survey data from September 2023, women were most underrepresented in construction (10.6 percent), followed by mining (15.4 percent), utilities (20.8 percent), transportation and warehousing (25.1 percent), and durable goods manufacturing (27.0 percent). These industries possess a disproportionately male workforce and generally fall in the high-to-middle pay range.

- Women were most overrepresented in private households (90.0 percent), followed by health care and social assistance (74.2 percent), and educational services (66.9 percent). These industries possessed a disproportionately female workforce and generally fall in the middle-to-low pay range.

- Women were most underrepresented in installation, maintenance, and repair occupations (3.0 percent), followed by construction and extraction occupations (3.4 percent), protective service occupations (16.8 percent), architecture and engineering occupations (21.2 percent), and transportation and material moving occupations (21.5 percent). These occupational groups possessed a disproportionately male workforce and tended to fall in the middle pay range. The only exception was architecture and engineering occupations, which fell in the high pay range.

- Women were most overrepresented in health care support occupations (78.3 percent), personal care and service occupations (74.1 percent), healthcare practitioner and technical occupations (69.9 percent), education, training, and library occupations (69.3 percent), and community and social service occupations (69.0 percent). These occupational groups possess a disproportionately female workforce and span across the high, middle, and low pay ranges.

**Educational Attainment and the Labor Market**

- Educational attainment plays a key role in determining labor market outcomes. Unemployment rates tend to be strongly correlated with educational attainment. As a rule, groups with lower educational attainment are more susceptible to unemployment than are more highly educated groups. Unemployment rates tend to be progressively higher the lower one's educational attainment, and progressively lower the higher one's educational attainment. Those with lower educational attainment tend to cluster in low-wage and low-skill industry sectors and more highly educated persons cluster in higher paying and high-skill industries and occupations.
- Based on the 12-month average of Current Population Survey data ending September 2023 for Californians aged 25 and older[11], the range between the educational attainment groups with the highest and lowest unemployment rates was 3.0 percentage points. Unemployment was highest among those Californians age 25 and older who had not completed high school (5.7 percent) and lowest among those who held an advanced degree (2.7 percent).

**Industry Employment**

- About one-third (32.7 percent) of working Californians over the age of 25 had either not completed high school or had a high school diploma only. These workers were clustered in six industry sectors. Construction (13.5 percent) employed the largest share of workers with a high school diploma or less, followed by retail trade (12.9 percent), accommodation and food services (12.4 percent), transportation and warehousing (8.5 percent), management, administrative and waste management services (8.4 percent), and health care and social assistance (7.7 percent). As a group, these six industry sectors employed 63.5 percent of all workers who had a high school diploma or less.
- Construction was the most concentrated industry for working Californians over the age of 25 who did not complete high school (17.1 percent). Retail trade was the top industry for those who either possessed a high school diploma (14.3 percent) or attended some college (13.6 percent). Among those with an associate degree, most worked in the health care and social assistance sector (20.2 percent) while professional and technical services was the most concentrated industry for working Californians with either a bachelor's degree (17.3 percent) or advanced degree (23.5 percent).
- Top industries for working Californians over the age of 25 who did not complete high school included construction (17.1 percent), accommodation and food services (14.7 percent), and management, administrative and waste management services (12.2 percent). These industries fell within the middle-to-low average weekly pay ranges.
- Top industries for working Californians over the age of 25 who possessed a high school diploma only included retail trade (14.3 percent), construction (12.0 percent), and accommodation and food services (11.5 percent). These industries fell within the middle-to-low average weekly pay ranges.
- Top industries for working Californians over the age of 25 who attended some college

---

[11] Persons under the age of 25 are excluded from the analysis to filter those who are still attending school from the analysis.

included retail trade (13.6 percent), health care and social assistance (11.9 percent), and accommodation and food services (9.1 percent). These industries fell within the middle-to-low average weekly pay ranges.

- Top industries for working Californians over the age of 25 who possessed an associate degree included health care and social assistance (20.2 percent), retail trade (9.8 percent), and public administration (7.2 percent). These industries fell within the middle-to-low average weekly pay ranges.
- Top industries for working Californians over the age of 25 who owned a bachelor's degree included professional and technical services (17.3 percent), health care and social assistance (13.7 percent), and educational services (9.0 percent). These industries fell within the high-to-middle average weekly pay ranges.
- Top industries for working Californians over the age of 25 who attained an advanced degree included professional and technical services (23.5 percent), educational services (19.8 percent), and health care and social Assistance (18.0 percent). These industries also fell within the high-to-middle average weekly pay ranges.
- Top industries with high concentrations of California workers with bachelor's and advanced degrees included professional and technical services (78.0 percent), information (73.0percent), educational services (67.6 percent), finance and insurance (59.9 percent), and public administration (54.0 percent). These industries mostly fell within the high average weekly pay ranges.
- Top industries with high concentrations of California workers with a high school diploma or less included agricultural, forestry, fishing, and hunting (71.9 percent), private households (61.9 percent), construction (60.7 percent), accommodation and food services (58.9 percent), and management, administrative and waste management services (58.4 percent). These industries fell within the middle-to-low average weekly pay ranges.

**Occupational Employment**

- Top occupational groups for working Californians over the age of 25 who did not complete high school included building and grounds cleaning and maintenance occupations (14.9 percent), construction and extraction occupations (14.6 percent), and transportation and material moving occupations (12.4 percent). These occupational groups fell within the middle-to-low median hourly pay ranges.
- Top occupational groups for working Californians over the age of 25 who possessed a high school diploma only included transportation and material moving occupations (12.5 percent), sales and related occupations (10.5 percent), and office and administrative support occupations (10.2 percent). These occupational groups also fell within the middle-to-low median hourly pay ranges.
- Top occupational groups for working Californians over the age of 25 who attended some college included office and administrative support functions (13.9 percent), sales and related occupations (12.4 percent), and management occupations (10.0 percent). These occupational groups ranged from highest paying by median hourly wage (management occupations) to mid-range paying (office and administrative support functions occupations) to lowest paying (sales and related occupations).

- Top occupational groups for working Californians over the age of 25 who possessed an associate degree included office and administrative support functions (12.6 percent), sales and related occupations (10.1 percent), and healthcare practitioner and technical occupations (9.9 percent). These occupational groups ranged from highest paying by median hourly wage (healthcare practitioner and technical occupations) to mid-range paying (office and administrative support functions occupations) to lowest paying (sales and related occupations).

- Top occupational groups for working Californians over the age of 25 who owned a bachelor's degree included management occupations (16.2 percent), business and financial operations occupations (10.8 percent), and sales and related occupations (9.3 percent). Management occupations and business and financial operations occupations were both among the highest paying by median hourly wage occupational groups while sales and related occupations were among the lowest paying occupational groups.

- Top occupational groups for working Californians over the age of 25 who attained an advanced degree included management occupations (16.6 percent), healthcare practitioner and technical occupations (12.7 percent), and education, training, and library occupations (12.6 percent). These occupational groups fell within the high-to-middle median hourly wage pay ranges.

- Top occupational groups with high concentrations of California workers with bachelor's and advanced degrees included life, physical, and social service occupations (82.6 percent), business and financial operations occupations (75.3 percent), computer and mathematical science occupations (74.6 percent), architecture and engineering occupations (74.3 percent), and education, training, and library occupations (70.2 percent). Most of these occupational groups were among the highest median hourly pay range.

- Top occupational groups with high concentrations of California workers with a high school diploma or less included building and grounds cleaning and maintenance occupations (74.9 percent), farming, fishing, and forestry occupations (73.3 percent), construction and extraction occupations (71.9 percent), transportation and material moving occupations (60.7 percent), and production occupations (54.2 percent). These occupational groups fell within the middle-to-low median hourly pay ranges.

**Regional Inequalities: Coastal and Inland Areas of California**

- California's labor market is characterized by regional inequalities, and more particularly, between coastal and inland areas of the state. Coastal areas are narrowly defined as those California counties that border the Pacific Ocean or San Francisco Bay, and inland areas include those counties that do not. As such, coastal areas include large metropolitan areas such as San Diego, Los Angeles, San Jose, San Francisco, and Oakland. The Sacramento and Inland Empire metropolitan areas are included among inland areas even though their economies are interconnected with and share many of the same characteristics of the large, urban coastal areas of the state.

- According to annual average data from the Quarterly Census of Employment and Wages (QCEW), employment in coastal areas totaled 12.6 million jobs in the first quarter of 2023. More than seven out of 10 (72.8 percent) of California's nearly 17.3 million wage

and salary jobs were in coastal areas of the state. [12] In contrast, employment in inland areas totaled 4.7 million jobs--2.7 million of which were in either the Riverside-San Bernardino or Sacramento metropolitan areas.

- Inland areas experienced faster job growth than coastal areas from the first quarter of 2018 through the first quarter of 2023. Whereas wage and salary jobs in inland areas grew by 8.1 percent (1.9 percent per year) over this five-year period, they grew by just 1.9 percent (0.4 percent per year) in coastal areas. Inland areas excluding the Riverside-San Bernardino and Sacramento metropolitan areas grew at a slightly slower rate of 5.8 percent (1.2 percent per year). However, coastal areas grew at a slightly faster pace than inland areas on a year over basis in the first quarter of 2023 (1.0 percent to 0.6 percent). Inland areas excluding the Riverside-San Bernardino or Sacramento metropolitan areas had only a 0.1 percent year-over increase in jobs.

- Annual average pay levels were much higher in coastal areas than inland areas of the state in the third quarter of 2023. Average annual pay in coastal areas was $98,900, compared to $61,300 in inland areas. The pay discrepancy was even wider in inland areas if the Riverside-San Bernardino and Sacramento metropolitan areas are omitted from inland areas. Average annual pay in inland areas excluding these two areas was just $56,100 in 2018. That said, the cost of living, and more particularly housing and lodging, tend to be much higher in coastal areas than inland areas of the state.

- Wages and salaries grew at a slightly faster rate in coastal areas than inland areas from the first quarter of 2018 through the first quarter of 2023. Average annual pay increased by $20,000, or 28.5 percent (5.7 percent per year) in coastal areas over this five-year period, compared to $12,900, or 26.6 percent (5.3 percent pr year), in all inland areas. [13] Excluding the Sacramento and Riverside-San Bernardino metropolitan areas from inland areas had little effect on the inland area wage growth rate.

**Comparative Unemployment by Industry Sector and Occupation**

- According to 12-month average data from the U.S. Census Bureau's Current Population Survey, California's unemployment rate was 4.5 percent in September 2023. There was not a large spread in unemployment rates by major industry due to tight labor market conditions, which favors workers. Unemployment rates by industry sector ranged from a low of 2.6 percent in private educational and health services to a high of 6.8 percent in agriculture, fishing, and hunting, a difference of 4.2 percentage points.  Employment in the tiny mining and logging sector did not meet minimum reporting standards.

- All told, four industry sectors had unemployment rates above the statewide rate of 4.5 percent: agriculture, forestry, fishing, and hunting (6.8 percent); construction (5.2 percent); trade, transportation, and utilities (5.1 percent); and leisure and hospitality (4.8 percent).

- Two sectors had unemployment rates below 3.0 percent in September 2023: private educational and health services (2.6 percent) and public administration, or government

---

[12] The total number of wage and salary jobs in California in this section reflects the sum of all 58 counties.

[13] It should be noted that California's minimum wage increased from $11.00 an hour in January 2018 to $15.50 an hour in January 2023, an increase of 41.0 percent.

(2.8 percent). Four additional sectors had unemployment rates between 3.0 and 4.0 percent: financial activities (3.4 percent), other services (3.6 percent), manufacturing (3.6 percent), and professional and business services (3.9 percent).

- Although the seasonal nature of the crop production cycle was a contributing factor to the agricultural sector's high unemployment rate, the other three sectors with comparatively high unemployment rates may be characterized as demand-sensitive sectors that are vulnerable to changes in consumer spending. These sectors also tend to have a disproportionately large share of low paying jobs filled by workers with comparatively low or undifferentiated skills, construction excepted. In contrast, the industry sectors with lower unemployment rates tend to be higher paying sectors that require specialized and skilled workers, other services excepted.

- Unemployment rates in major occupational groups ranged from a low of 2.9 percent in installation, maintenance, and repair occupations to a high of 8.1 percent in transportation and material moving occupations in September 2023, a spread of 5.2 percentage points.

- Six of the 10 major occupational groups had unemployment of 4.0 percent or less: sales and related occupations (4.0 percent); production occupations (3.8 percent); construction and extraction occupations (3.6 percent); management, business, and financial occupations (3.1 percent); professional and related occupations (3.0 percent); and installation, maintenance, and repair occupations (2.9 percent). In contrast, four occupational groups had unemployment rates over 4.5 percent: service occupations (4.6 percent), farming, fishing, and hunting occupations (4.9 percent), office and administrative support occupations (5.9 percent), and transportation and material moving occupations (8.1 percent).

- Although the spreads in industry sector and major occupational group unemployment rates were not particularly large in the tight labor market in September, they do matter. History has shown that the observed differences in September 2023 would be expected to widen in times of economic stress, with the rates in the industry sectors and occupational groups with higher unemployment rates rising higher and more rapidly. Workers with undifferentiated skills tend to be the last to be hired during an economic expansion and the first to be let go during a downturn. As such, low-income groups tend to be most vulnerable within the labor force. In contrast, the unemployment rates in industry sectors and occupational groups that rely on professional and skilled workers, tend to rise more slowly and to a lesser degree in times of economic stress, as employers try their best to retain workers with specialized skill sets and abilities.

**Demographics of Educational Attainment**

- According to 12-month Current Population Survey data from 2023, two-fifths (40.3 percent) of all Californians age 25 and older had a bachelor's degree or higher. More than one out of six (15.4 percent) had a master's, Ph.D., or professional degree. One out of 11 (9.1 percent) had earned an associate degree. In numerical terms, nearly 10.7 million California's had earned a bachelor's degree or higher, 4.1 million of whom had an advanced degree, and nearly 2.4 million had earned an associate degree.

- In contrast, nearly quarter (23.4 percent) of Californians age 25 and older had earned a

high school diploma only and one in eight (12.1 percent) never graduated high school. All told, 9.4 million (35.5 percent) Californians age 25 and older had either ended their education with high school or had not completed it.

- Those who attend attended some college, but hadn't earned a degree totaled 4.0 million, comprising 15.2 percent of Californians over the age of 25.

- Among racial and ethnic groups, educational attainment patterns varied considerably. Asians tended to have the highest educational attainment among California racial and ethnic groups. Three-fifths (60.1 percent) had a bachelor's degree or higher. One-quarter (25.2 percent) had earned and an advanced or professional degree.

- Hispanics tended to have the lowest educational attainment levels among California's racial and ethnic groups in September 2023. Three-fifths (59.2 percent) of California Hispanics age 25 and older had either not graduated high school or had only a high school diploma. Over one-quarter (26.5 percent) had not completed high school. In contrast, less than one-fifth (17.2 percent) of California's Hispanics had earned a bachelor's degree or higher. This was less than half the share of the total 25 and older population.

TABLE 16

**Demographics of Educational Attainment**

| | All Educational Attainment Groups Number | Did Not Complete High School Number | High School Diploma, No College Number | H.S. Graduate, Some College Number | Associate Degree Number | Bachelor's Degree or Higher Number |
|---|---|---|---|---|---|---|
| **All Demographic Groups** | **26,515,000** | **3,204,000** | **6,210,000** | **4,036,000** | **2,386,000** | **10,679,000** |
| | Share (%) of Demographic Group | Share (%) of Demographic Group | Share (%) of Demographic Group | Share (%) of Demographic Group | Share (%) of Demographic Group | Share (%) of Demographic Group |
| **All Demographic Groups** | -- | 12.1% | 23.4% | 15.2% | 9.0% | 40.3% |
| Male | -- | 12.1% | 24.7% | 15.6% | 8.2% | 39.4% |
| Female | -- | 12.1% | 22.2% | 14.9% | 9.7% | 41.1% |
| White only | -- | 13.8% | 25.0% | 16.0% | 8.9% | 36.2% |
| African American only | -- | 8.4% | 22.1% | 21.0% | 12.4% | 36.2% |
| Asian only | -- | 6.8% | 17.4% | 8.7% | 6.9% | 60.1% |
| American Indian, Alaskan Native, Hawaiian, Pacific Islander | -- | 12.8% | 27.6% | 19.1% | 14.9% | 25.7% |
| More than One Race | | 11.5% | 21.7% | 21.8% | 12.3% | 32.7% |
| Hispanic/Latino | -- | 26.5% | 32.7% | 32.2% | 8.1% | 17.2% |
| Non-Hispanic | -- | 4.4% | 18.5% | 2.0% | 9.5% | 52.6% |
| Native-Born | -- | 4.8% | 22.5% | 19.0% | 10.5% | 43.3% |
| Foreign-Born | -- | 25.0% | 25.0% | 8.7% | 6.4% | 35.0% |
| CPS Data from October 2019 | | | | | | |
| Mexico | -- | 54.0% | 27.3% | 7.9% | 3.9% | 7.0% |
| Central America/Caribbean | -- | 39.0% | 28.3% | 11.8% | 7.0% | 13.9% |
| Rest of the World | | 8.7% | 17.8% | 10.2% | 8.1% | 55.2% |

<u>Source</u>: Employment Development Department

- The shares of Black and White Californians who had a bachelor's degree or higher were identical at 36.2 percent, but their shares were slightly lower than that of the total 25 and older population. A higher share of Blacks (12.4 percent) had earned an associate degree than Whites (8.9 percent).
- In terms of national origin, native-born Californians tended to have higher educational attainment levels than the foreign-born. Two-fifths (43.3 percent) of native-born Californians held a bachelor's degree or higher and 10.5 percent held an associate degree. All told, more than half (53.8 percent) of native-born Californians held an associate degree or higher. Only 27.3 percent had only a high school diploma or had not completed high school, the overwhelming majority of whom were high school graduates.
- In sharp contrast, half (50.0 percent) of foreign-born Californians had either never completed high school or only attained a high school diploma, with the shares equally divided between the two categories. At the same time, 35.0 percent of foreign-born Californians age 25 and over had earned a bachelor's degree or higher.
- A more detailed analysis of CPS educational attainment and national origin data from September 2023 revealed that the educational attainment of immigrants to California from Mexico and Central America tended to be much lower than that of immigrants from elsewhere. Four-fifths (79.4 percent) of the foreign-born Californians age 25 and older of Mexican origin had either a high school diploma or had not completed high school. Close to half (45.9 percent) had not completed high school. Seven out of every ten (70.4 percent) of the immigrants to California from other Central American countries had a high school diploma or less. In sharp contrast, nearly three-fifths (58.2 percent) of immigrants to California from overseas (Asia, Europe, and Africa) over the age of 25 had a bachelor's degree or higher. Over one-quarter (25.9 percent) of overseas immigrants had an advanced or professional degree compared to 15.6 percent of all native-born Californians.
- California has a very divergent foreign immigration between those groups who arrive by land and those who arrive from overseas. This helps explain the educational attainment gap between Californian Asians and Hispanics age 25 and older.

**Workforce Analysis: Demographics and Target Populations**

This section provides an overview of California's population, and more particularly its working age population, and the target populations that the WIOA is intended to serve.

**Total Population**

- According to public use data from the U.S. Census Bureau's 2022 American Community Survey (ACS) [14], California's population was 39,029,000 in 2022. Men (50.1 percent) made up a slight majority of the total population. Women (49.9 percent) were a slight minority. There were slightly more men than women across age cohorts through age 54,

---

[14] The American Community Survey's larger sample size makes it better suited to total population studies than the Current Population Survey.

after which women began outnumbering men due to their longer life expectancy. Women made up 53.1 percent of the 10.8 million Californians who were 55 or older in 2022. Their share among Californians age 55 to 64 was 50.2 percent, 53.0 percent among those age 65 to 74, and 58.3 percent among those age 75 and older.

**TABLE 17**
**Demographic Characteristics of Californians by Age in 2022**

| | All Ages | 0 to 15 | 16 to 24 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 to 74 | 75 and Older |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Number | Number | Number | Number | Number | Number | Number | Number |
| **All Demographic Groups** | **39,029,000** | **7,473,000** | **4,678,000** | **5,733,000** | **5,426,000** | **4,871,000** | **4,683,000** | **3,581,000** | **2,585,000** |
| Male | 19,539,000 | 3,824,000 | 2,412,000 | 2,955,000 | 2,793,000 | 2,465,000 | 2,331,000 | 1,682,000 | 1,077,000 |
| Female | 19,491,000 | 3,650,000 | 2,266,000 | 2,778,000 | 2,633,000 | 2,406,000 | 2,352,000 | 1,899,000 | 1,508,000 |
| Native-Born | 28,614,000 | 7,151,000 | 4,123,000 | 4,444,000 | 3,446,000 | 2,661,000 | 2,791,000 | 2,300,000 | 1,698,000 |
| Foreign-Born | 10,415,000 | 322,000 | 555,000 | 1,289,000 | 1,980,000 | 2,210,000 | 1,892,000 | 1,281,000 | 887,000 |
| Naturalized Citizen | 5,662,000 | 73,000 | 159,000 | 426,000 | 860,000 | 1,202,000 | 1,259,000 | 964,000 | 717,000 |
| Not a Citizen | 4,754,000 | 249,000 | 395,000 | 863,000 | 1,120,000 | 1,007,000 | 632,000 | 317,000 | 170,000 |
| White only | 15,188,000 | 2,255,000 | 1,517,000 | 2,018,000 | 2,004,000 | 1,834,000 | 2,147,000 | 1,899,000 | 1,514,000 |
| African American only | 2,128,000 | 382,000 | 253,000 | 349,000 | 287,000 | 268,000 | 279,000 | 188,000 | 123,000 |
| Asian only | 6,044,000 | 946,000 | 608,000 | 919,000 | 934,000 | 856,000 | 743,000 | 602,000 | 435,000 |
| American Indian, Alaskan Native, Hawaiian, Pacific Islander | 673,000 | 133,000 | 93,000 | 113,000 | 97,000 | 92,000 | 70,000 | 50,000 | 24,000 |
| Some Other Race Alone[1] | 7,576,000 | 1,728,000 | 1,127,000 | 1,256,000 | 1,122,000 | 966,000 | 745,000 | 414,000 | 218,000 |
| More than One Race | 7,421,000 | 2,030,000 | 1,080,000 | 1,077,000 | 982,000 | 855,000 | 698,000 | 427,000 | 271,000 |
| Hispanic/Latino | 15,734,000 | 3,875,000 | 2,383,000 | 2,507,000 | 2,218,000 | 1,923,000 | 1,476,000 | 853,000 | 500,000 |
| Non-Hispanic | 23,296,000 | 3,598,000 | 2,295,000 | 3,226,000 | 3,208,000 | 2,948,000 | 3,207,000 | 2,728,000 | 2,085,000 |

**Population Shares of Demographic Groups in California by Age in 2022**

| | All Ages | 0 to 15 | 16 to 24 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 to 74 | 75 and Older |
|---|---|---|---|---|---|---|---|---|---|
| | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) | Age Cohort Share (%) |
| **All Demographic Groups** | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Male | 50.1% | 51.2% | 51.6% | 51.5% | 51.5% | 50.6% | 49.8% | 47.0% | 41.7% |
| Female | 49.9% | 48.8% | 48.4% | 48.5% | 48.5% | 49.4% | 50.2% | 53.0% | 58.3% |
| Native-Born | 73.3% | 95.7% | 88.1% | 77.5% | 63.5% | 54.6% | 59.6% | 64.2% | 65.7% |
| Foreign-Born | 26.7% | 4.3% | 11.9% | 22.5% | 36.5% | 45.4% | 40.4% | 35.8% | 34.3% |
| Naturalized Citizen | 14.5% | 1.0% | 3.4% | 7.4% | 15.8% | 24.7% | 26.9% | 26.9% | 27.8% |
| Not a Citizen | 12.2% | 3.3% | 8.5% | 15.1% | 20.6% | 20.7% | 13.5% | 8.9% | 6.6% |
| White only | 38.9% | 30.2% | 32.4% | 35.2% | 36.9% | 37.6% | 45.9% | 53.0% | 58.6% |
| African American only | 5.5% | 5.1% | 5.4% | 6.1% | 5.3% | 5.5% | 6.0% | 5.3% | 4.8% |
| Asian only | 15.5% | 12.7% | 13.0% | 16.0% | 17.2% | 17.6% | 15.9% | 16.8% | 16.8% |
| American Indian, Alaskan Native, Hawaiian, Pacific Islander | 1.7% | 1.8% | 2.0% | 2.0% | 1.8% | 1.9% | 1.5% | 1.4% | 0.9% |
| Some Other Race Alone[1] | 19.4% | 23.1% | 24.1% | 21.9% | 20.7% | 19.8% | 15.9% | 11.6% | 8.4% |
| More than One Race | 19.0% | 27.2% | 23.1% | 18.8% | 18.1% | 17.6% | 14.9% | 11.9% | 10.5% |
| Hispanic/Latino | 40.3% | 51.8% | 50.9% | 43.7% | 40.9% | 39.5% | 31.5% | 23.8% | 19.3% |
| Non-Hispanic | 59.7% | 48.2% | 49.1% | 56.3% | 59.1% | 60.5% | 68.5% | 76.2% | 80.7% |

1) There tends to a blurring of the U.S. Census Bureau's race and ethnicity distinctions made in the eyes of the public. The Bureau reports that Hispanic/Latinos make up the overwhelming majority of respondents who say they are some other race alone.

Source: U.S. Census Bureau, 2022 American Community Survey Public Use Data; Employment Development Department

- Whites formed a plurality among California racial groups in 2022. People who identified as white only numbered 15,188,000 in 2022, accounting for 38.9 percent of the total population. California's White population tended to be older, with 36.6 percent being age 55 or older. The total population persons age 55 and older 27.8 percent.

- The large number of people who identify as some other race only reflects a quirk in the way the U.S. Census Bureau classifies individuals by race. The Bureau classifies Hispanics as an ethnic group instead of a racial group and considers ethnicity and race not to be mutually exclusive. As such one can be Hispanic ethnically and White or Black simultaneously and the Census has different variables to reflect this. However, this ethnicity and race distinction appears to be blurred among ACS respondents. The Census Bureau reports that the vast majority of respondents who identify as some other race were Hispanics/Latinos. This same blurring of race and ethnicity may also inflate the two or more race count.

- Hispanics/Latinos comprised California's largest ethnic or racial group in 2022. They numbered 15,734,000 and comprised two-fifths (40.3 percent) of California's total population. California's Hispanic population tended to be younger, with two-fifths (39.8 percent) of all Hispanics being under the age of 25. This compares to a 31.1 percent share in the total population and a 24.8 percent share among Whites.

- California's foreign-born population stood at 10.4 million in 2022, comprising 26.7 percent of the total population. Over half (54.4 percent) of foreign-born Californians were naturalized U.S citizens. Noncitizens made up 45.6 percent of foreign-born Californians. Over half (52.6) of foreign-born Californians were of prime working age (25 to 54). Foreign-born noncitizens clustered in the prime working age cohort. Over three-fifths (62.9 percent) of foreign-born noncitizens were of prime working age and less than one-quarter (23.5 percent) were age 55 and older. Naturalized U.S. citizens tended to be older, with over half (51.9 percent) being age 55 and older and 43.9 percent being of prime working age. California's foreign-born population were decidedly not children. Fewer than one out of every 20 (4.3 percent) was under the age of 16.

- Comparing California's 35 and under population with the 55 and older population shows that the state continues to experience a profound demographic transformation. Men comprised a slight majority of Californians under age 35, but women comprised a larger majority of those 55 and over. Hispanics made up about half (49.0 percent) of Californians under the age of 35 but only around one-quarter (26.1 percent) of those age 55 and over. Less than one-third (32.4 percent) of Californians under the age of 35 were white, compared to over half (51.2 percent) of those age 55 and older. Similarly, a much greater proportion of Californians under the age of 35 identified as some other race (23.0 percent) or more than one race (23.4 percent) than did those age 55 and older (12.7 and 12.9 percent, respectively). The share of African Americans was about the same in the under 35 age cohort (5.5 percent) and 55 and older cohort (5.4 percent), and the share of Asians was slightly lower (13.8 vs 16.4 percent).

**Target Populations**

*Veterans*

- According to the U.S. Department of Veterans Affairs (VA), a veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released therefrom under conditions other than dishonorable.
- There were 1.2 million veterans in California in September 2023 and this total accounted for 7.5 percent of the nation's veteran population (18.0 million). Just over 90 percent (91.5 percent) or 1.1 million of the state's veterans were men and 8.5 percent or 104,700 were women.
- In September 2023, 64.0 percent of veterans residing in the state of California were 55 years and older. One out of every five (23.8 percent) veterans were between the ages of 35 and 54 years of age. At 12.2 percent, veterans between the ages of 18 and 34 years old represented the smallest share of the state's veteran population.
- In terms of the time period of service, the largest share of the state's veterans (28.8 percent) served during the Vietnam Era (August 1964 to 1975). One out of every four of the state's veterans (26.4 percent) served from September 2001 to present. Veterans that served between May 1975 and July 1990 accounted for 19.8 percent or 267,300 of the Golden State's veterans.
- Research conducted by the VA found that veterans bring a host of qualities and traits that employers find highly valuable. These qualities and traits include, but are not limited to: trust, self-motivation, confidence, being mission-driven, high work ethic, loyalty, respect, ability to improvise, discipline, teamwork, and the ability to lead.
- In terms of the civilian labor force, 602,500 veterans were employed members of the state's workforce. The largest concentrations of employed veterans were in the following industries: public administration (98,300); private educational and health services (94,400); wholesale and retail trade (72,400); professional and business services (72,300); and manufacturing (56,500).
- In September 2023, 24.0 percent or 144,600 veterans were employed in a professional and related occupation in California and these types of jobs require advanced levels of higher education and training. Large concentrations of employed veterans held jobs in the following areas as well: management, business, and financial (136,600); service occupations (77,900); sales and related (54,600); and transportation and material moving (50,300).

*Foreign-Born Workers*

- The U.S. Census Bureau uses the term foreign-born to refer to anyone who is not a U.S. citizen at birth. This includes naturalized U.S. citizens, lawful permanent residents (immigrants), temporary migrants (such as foreign students), humanitarian migrants (such as refugees), and unauthorized migrants.
- In September 2023, California's civilian labor force was made up of 6.2 million employed and 258,800 unemployed foreign-born persons. In addition, the unemployment rate and

labor force participation rate for foreign-born workers were 4.0 percent and 61.8 percent, respectively.

- In September 2023, the largest number of foreign-born workers, 704,800, were employed within the state's health care and social assistance industry sector. This industry sector is comprised of establishments that specialize in providing services that range from ambulatory health care to community food and housing. It is worth noting that over 600,000 foreign-born workers were employed in both the professional and technical services (677,800) and construction (609,900) industry sectors as well. In addition, over 8.0 percent of the state's foreign-born workers were employed in either the retail trade (8.5 percent) or accommodation and food services (8.1 percent) industries.
- In September 2023, over 1.6 million of the state's foreign-born workforce were employed in either a management (618,700); construction and extraction (517,000); or transportation and material moving (516,900) occupation. Among the state's foreign-born workforce more than 400,000 were employed in each of the following occupations: office and administrative support (461,300); building and grounds cleaning and maintenance (443,300); or sales and related (442,500) occupation. The fewest numbers of foreign-born workers were employed in community and social service (59,400); protective service (48,600); or legal (27,000) occupations.

*Californians with Disabilities*

- The U.S. Department of Housing and Urban Development defines a person with a disability as any person who has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such an impairment. Examples of major life activities include walking, talking, seeing, breathing, performing manual tasks, or caring for oneself.
- In September 2023, there were 3.2 million persons with a disability in the Golden State. Persons with disabilities made up 3.5 percent or 678,800 members of the state's civilian labor force, which was comprised of 19.2 million persons. The civilian labor force for persons with disabilities was made up of 608,300 employed and 70,500 unemployed persons during that period of time. The unemployment rate and labor force participation rate for this segment of the California labor force were 10.4 percent and 21.6 percent, respectively.
- For persons with disabilities, the largest number of employed persons worked within the health care and social assistance (89,700) industry. Over 50,000 persons with disabilities were employed in each of these industries in September 2023: educational services (66,700), retail trade (65,700), and construction (52,500). In addition, over 30,000 persons with disabilities held jobs in the following industries: public administration (39,600), durable goods manufacturing (38,600), accommodation and food services (37,100), and transportation and warehousing (30,700) industries.
- In terms of occupations, the jobs most often held by employed persons with disabilities were in office and administrative support (84,700); management (81,000); transportation and material moving (45,400); and sales and related (45,300) in September 2023. Also, employed persons with disabilities held over 20,000 jobs within

the healthcare support (28,400); building and grounds cleaning and maintenance (26,200); food preparation and serving related (25,100); healthcare practitioner and technical (23,500); and production (20,200) fields.

- In September 2023, 31.0 percent or 190,100 employed persons with a disability had attained a bachelor's degree or higher. A breakout of this collective level of educational attainment of employed persons with a disability is as follows: bachelor's degree (113,800), master's degree (52,100), doctorate degree (14,600), and professional degree (9,600). One out of every five persons with a disability (22.6 percent) held a high school diploma or general education diploma. In addition, 56,100 employed persons with a disability had not completed high school.

*Youth Employment Trends*

- According to the U.S. Census Bureau, in September 2023, younger workers (persons between the ages of 16 and 24) accounted for 11.6 percent or 2.2 million members of the state's civilian labor force (19.2 million persons). Eleven percent of the total number of employed persons (18.4 million) within the Golden State were younger workers. In addition, one out of every four unemployed Californians (24.7 percent) were younger workers. As of September 2023, the unemployment rate and labor force participation rate for younger workers stood at 9.5 percent and 49.0 percent, respectively.
- Generally speaking, younger workers tended to be employed in industries where entry-level employment did not require a postsecondary education or advanced technical training and/or skills. For example, over 15.0 percent of younger workers held jobs in either the accommodation and food services (19.8 percent) or retail trade (16.6 percent) industries in September 2023. The types of jobs within these industries can range from retail salesperson to restaurant cook.
- In September 2023, the types of jobs held most often by California's younger workforce were within the food preparation and serving related occupations. The types of jobs are comprised of, but not limited to: dishwashers; fast food and counter workers; hosts; and waiters. Over 200,000 younger workers were employed in each of the following occupations: sales and related (292,100), office and administrative support (219,100), and transportation and material moving (215,100) jobs as well.

*In-Migration Trends*

- Migration is defined as the movement of people from one location to another permanent place of residence. The reasons why people migrate are due to push and pull factors. Push factors such as retirement, movement of a business, or lack of work often drive people from their current place of residence. A healthy economy and a pleasant climate are examples of pull factors that attract people to new locations.
- According to the latest figures from the U.S. Census Bureau's American Community Survey, 817,700 people migrated out of California in 2022 and 475,800 people migrated in from another state. Between 2019 and 2022, the number of people migrating out of the state increased from 653,600 to 817,700; a net increase of 164,100. Over this two-

year period, migration into the Golden State decreased from 480,200 in 2019 to 475,800 in 2022; a net change of 4,400 persons.

- In 2022, Californians that moved out of the state tended to gravitate towards the states of Texas (102,400), Arizona (74,200), Florida (50,700), Washington (50,000), and Nevada (48,800). Roughly four out of every ten (39.9 percent) Californians that migrated out of the state migrated to one of these five states.
- California attracted 475,800 residents from across the country in 2022 and these residents previously resided in the states of: Texas (42,300), Washington (31,900), New York (31,300), Florida (28,600), and Nevada (22,200). Three out of every ten (32.8 percent) Californians that migrated into California that year came from one of these five states.

*Justice-Involved Individuals Trends*

- According to the Department of Health and Human Services, over 600,000 ex-offenders are released from state and federal prisons each year and return to their respective communities. According to Brooking Institution research, half of the formerly incarcerated are unable to find stable employment within their first year of return to society.
- The Center for American Progress research suggests that despite the willingness of justice-involved individuals to achieve their positive goals in society, they face obstacles including, but not limited to, the following: difficulties accessing safe and stable housing; completing education or training; finding quality economic opportunities in their communities; and gaining access to the health care, childcare, and transportation that would enable them to work.
- Barriers to employment are any of the job candidates' attributes (e.g., skills, experience, and work history) that may hinder their chances for acquiring gainful employment. According to the Center for Progress, ex-offenders are challenged by barriers such as: lack of proper identification; financial instability; lack of education, training, and work experience; and legal roadblocks that limit their access to certain occupations.
- However, according to the Brooking Institution, research has demonstrated that health, housing, skill development, mentorship, social networks, and the collaborative efforts of public and private organizations collectively improve the reentry experience, improving the chances of acquiring stable employment.
- California's Department of Corrections and Rehabilitation (CDCR) data on parolees provides insight into the number of persons being released from confinement in state prison. This information helps to gauge the number of ex-offenders that may have sought entry into the state's labor force within a given year. According to the latest data from CDCR, from September 2022 to September 2023, the total active parolee population decreased from 40,965 to 35,813; a net decrease of 5,152 parolees.
- In terms of demographics, 34.7 percent of parolees (12,427) in California were between the ages of 18 and 34, 53.1 percent (19,017) were between the ages of 35 and 59, and 12.2 percent (4,369) were 60 years and older in September 2023.
- In September 2023, the counties that had the largest concentrations of the state's

parolees were as follows: Los Angeles (10,973), Sacramento (3,030), San Bernardino (2,611), Riverside (2,386), and San Diego (1,915).

*Homelessness*

- The U.S. Department of Housing and Urban Development (HUD) defines a homeless person as one who lacks a fixed, regular, and adequate nighttime residence. HUD estimated that in 2022 there were 582,500 people experiencing homelessness in the United States, and 59.9 percent (348,600) of them were sheltered and 40.1 percent (233,800) were unsheltered. Between 2020 and 2022, the number of people experiencing homelessness in the nation rose from 580,500 to 582,500; a net increase of 2,000 people. The age cohorts of the nation's homeless people in 2022 are as follows: over the age of 24 (444,000), under the age of 18 (98,200), and between the ages of 18 and 24 (40,200).
- According to HUD, in 2022, there were 171,500 homeless people in California, and among this total 115,500 were unsheltered and 56,000 were sheltered. In 2022, California accounted for 49.3 percent of the unsheltered people in the nation. Between 2020 and 2022, the number of homeless people in California increased by 6.2 percent or 10,000 people. Over 80 percent of people experiencing homelessness in Imperial County (87.5 percent) and El Dorado County (85.7 percent) were unsheltered in 2022.
- HUD research suggests that the state of California accounted for 16 percent of people in families with children experiencing homelessness in the United States in 2022. Seventeen percent of people experiencing homelessness as part of a family were unsheltered (4,300 people). California accounted for 32 percent of all veterans experiencing homelessness in the U.S. and more than half of all unsheltered veterans (7,400). However, between 2020 and 2022 the state experienced a net decrease of 1,000 homeless veterans.
- According to HUD, forty-five percent of individuals with chronic patterns of homelessness in the United States were in California (57,800). California accounted for 56 percent of all unsheltered individuals with chronic patterns of homelessness in the United States (44,100) in 2022. Between 2020 and 2022, the state's number of chronically homeless individuals increased by 9,000.

*Skill Gaps*

While state level labor market data can provide helpful insight into employer needs and potential workforce skill gaps at a macro level, due to the sheer complexity of California's economy, skills gap assessments are most accurate and reflective of the diversity of the state when conducted at the regional level.

For this reason, Local Workforce Boards are required to engage with other core program partners and employers within their RPUs to conduct a regional analysis of economic conditions as a part of the WIOA Regional Planning process. This analysis must include, but is not limited to, the following:

- An analysis of the regional workforce which includes current labor force employment and unemployment data
- Information on labor market trends
- Educational and skill levels of the workforce, including individuals with barriers to employment

California believes that conducting these assessments as part of a meaningful regional planning effort drives regional sector career pathways that are comprised of the following components: multiple on-ramps to enter and exit with industry recognized credentials; active participation by employers for training and placement; innovations in program content and delivery for upskilling; and integrated support services, including academic and safety-net resources.



# Unified Strategic Workforce Development Plan

# Strategic Planning Elements

# 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

---

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

## Table of Contents

Workforce Development, Education, and Training Activities Analysis ............................................ 5

  California Workforce Development Board.................................................................................... 5

  Local Workforce Development Boards ...................................................................................... 5

  Employment Development Department ................................................................................... 6

  Employment Training Panel ...................................................................................................... 7

  California Community Colleges .................................................................................................. 7

  California State Board of Education and Department of Education........................................... 8

  Governor's Office of Business and Economic Development ...................................................... 9

  Department of Rehabilitation ................................................................................................. 10

  CalWORKs ............................................................................................................................... 11

  CalFresh Employment & Training (E&T).................................................................................. 12

  Department of Industrial Relations – Division of Apprenticeship Standards ......................... 14

  Department of Child Support Services.................................................................................... 15

  Senior Community Service Employment Program (SCSEP) ..................................................... 15

  WIOA Section 166 - Indian/Native American Programs ......................................................... 16

  WIOA Section 167 - Farmworker Service Programs................................................................ 17

  Job Corps ................................................................................................................................ 18

  Jobs for Veterans State Grant ................................................................................................ 19

State Strategic Vision and Goals .................................................................................................. 20

  The Continued Need for a High Road Workforce Agenda: Labor Market Demand, Skill Profile, Quality Profile, Accessibility Profile ......................................................................................... 22

    Healthcare—the challenge of achieving equitable access to high-quality jobs while meeting demand. ............................................................................................................................... 24

    Building Trades.................................................................................................................... 26

    Emerging Low-Carbon Sectors ........................................................................................... 26

    Other Growth Sectors and Industries ................................................................................. 27

  Challenges for High Road Workforce Development ................................................................ 27

    First Challenge.................................................................................................................... 28

    Second Challenge ............................................................................................................... 28

    Third Challenge .................................................................................................................. 28

  Three Principles of High Road ................................................................................................ 28

    Job Quality .......................................................................................................................... 29

Equity ............................................................................................................. 31

Climate and Environmental Sustainability ................................................................. 31

Implementing High Road Workforce Development: Four Interventions .................................. 32

Professionalizing Precarious Work ........................................................................... 33

Democratizing Access to Good-Quality Middle-Skill Jobs .................................................. 34

Participatory Planning for the Low-Carbon Economy ....................................................... 35

Lifting All Workers to the High Road ......................................................................... 36

Policy Objectives ..................................................................................................... 37

Fostering Demand-Driven Skills Attainment .................................................................. 37

Enabling Upward Mobility for All Californians ................................................................ 38

Individuals with Disabilities .................................................................................... 38

Immigrants ...................................................................................................... 39

Justice-Involved ................................................................................................. 40

Homeless or Housing-Insecure ................................................................................ 40

Youth ............................................................................................................. 41

Aligning, Coordinating, and Integrating Programs and Services ............................................ 41

Partnership Engagement with Jobs for Veterans State Grant ............................................... 42

Partnership Engagement with Educational Institutions and Other Education and Training Providers ....................................................................................................... 42

Assessment ........................................................................................................... 43

CWDB Approach to Assessment and Evaluation ............................................................. 43

State Strategy: Seven Strategies to Realize High Road Interventions ...................................... 43

Policy Strategies .................................................................................................. 43

Sector Strategies ................................................................................................. 44

Career Pathways .................................................................................................. 45

Regional Partnerships ........................................................................................... 46

Earn and Learn ................................................................................................... 47

Supportive Services .............................................................................................. 48

Cross-System Data Capacity .................................................................................... 48

CAAL-Skills ....................................................................................................... 48

Development of State Grant Data Solution (SGDS) Pilot Measures ....................................... 49

Developing system-level measures (UCLA Labor Center High Road Evaluation) ....................... 49

Partnering Toward a Data System Transition ................................................................ 50

Quantifying System-Level Environmental Impacts ................................................................... 50

Workforce Standards ................................................................................................................ 50

## Workforce Development, Education, and Training Activities Analysis

Below is an overview of key workforce and education activities, the client populations served by them, and an assessment of the strengths and opportunities of the programs and departments that participate in their administration, oversight, and policy development.

### California Workforce Development Board

The California Workforce Development Board (CWDB) is responsible for developing, overseeing, and continuously improving California's workforce investment system. The members of the CWDB, which consists primarily of representatives from businesses, labor organizations, educational institutions, and community organizations, assist the Governor in designing a statewide plan and establishing appropriate program policy. The CWDB reports to the Governor through the Chair of the CWDB, Secretary for the Labor and Workforce Development Agency, and Executive Director, who provide oversight of the CWDB members and staff to ensure that policy recommendations are consistent with the Governor's vision for the state.

*Clients/Service Population:* The CWDB does not directly deliver services to a client population. The CWDB's primary responsibility is to set policy for the Workforce Innovation and Opportunity Act (WIOA) Title I programs and to work with the WIOA core program and other state plan partners to align programs and services to build a comprehensive system.

*Strengths:* Over the last several years, CWDB has improved policy coordination and program alignment with WIOA core programs and other state plan partners at the state and local levels.

*Opportunities:* The CWDB can increase its internal capacity for engaging with state agencies in climate resilience to ensure a just transition for workers in climate-impacted industries.

### Local Workforce Development Boards

The state workforce development system is comprised of 45 Local Workforce Development Areas (Local Area), each with its own business-led Local Workforce Development Board (Local Board). Local Boards focus on strategy and, in partnership with the Governor and chief local elected officials, facilitate public-private partnerships that support sector strategies and career pathways. They work to advance opportunities for all workers, create access to available skilled labor for business, foster innovation, and ensure streamlined operations and service delivery excellence.

Critical to their charge is their oversight of the local America's Job Centers of California (AJCC), the hub of the statewide service delivery vehicle for workforce, education, and business services. Workforce funds allocated to Local Boards support the job training, placement, and business services delivered through the AJCCs. These AJCCs, through partnerships with other local, state, and federal agencies, as well as education and economic development organizations, provide services vital to their communities' social and financial well-being.

*Clients/Service Population:* Local Boards provide services annually to millions of adults, dislocated workers, youth, and universal access clients through the AJCCs and California Job Openings Browse System (CalJOBS[SM]) labor exchange system. Local Boards also assist an estimated 65,000 businesses annually in hiring and retaining skilled workers.

*Strengths:* Local Boards have experience braiding resources and integrating service delivery through the AJCC system. Local Boards also have connections to their local communities, and have experience with administering state and local-led regional initiatives, including sector and career pathway strategies.

*Opportunities:* Local Boards can increase client access to training and education programs that align with regional labor market dynamics, including apprenticeship programs and career pathway programs that grant "stackable" credentials.

**Employment Development Department**

The Employment Development Department (EDD) administers Title I and Title III (Wagner-Peyser) of the Workforce Innovation and Opportunity Act (WIOA), Labor Market Information, Disability Insurance (DI), Paid Family Leave (PFL), Unemployment Insurance (UI), Trade Adjustment Assistance (TAA) program, and the Jobs for Veterans State Grant (JVSG), and Reemployment Servies and Eligibility Assessment Grant (RESEA), among other workforce-related programs. The EDD serves as California's major tax collection agency, administering the audit and collection of payroll taxes and maintaining employment records for more than 18.5 million California workers. EDD is one of the largest departments in state government, handling over $113.2 billion annually in personal income tax and other funds. The EDD has more than 7,800 employees, with 960 employees providing workforce services at numerous America's Job Center of California[SM] (AJCC) locations throughout the state.

*Clients/Service Population:* The EDD processes millions of initial unemployment insurance claims annually, more than one million DI and PFL claims, and provides employment services to nearly 500,000 people through Wagner-Peyser programs. The EDD administers programs that are targeted toward youth, people with disabilities, veterans, and workers who lose their jobs due to the impact of foreign trade, including increased imports or a shift in production outside the United States.

*Strengths:* CalJOBS is EDD's online labor exchange system, accessible to both employers and job seekers throughout the state. It contains more than half a million job openings and is accessed by more than a million job seekers every year.

*Opportunities:* The EDD is continuing its ongoing efforts to further integrate Wagner-Peyser services into the AJCC system by bolstering its critical role as the entry point into the workforce development system. These efforts entail continuously improving its hybrid approach by ensuring in-person services for those who need them (e.g., customers with digital literacy barriers) and virtual services to broaden access points (e.g., rural residents).

Moreover, the EDD has begun redesigning the RESEA program to improve outcomes for customers who are likely to exhaust their UI benefits. In large part, the goal of the redesign is to optimize the RESEA program as a resource to ensure UI claimants who face barriers to economic mobility gain access to the services available through the AJCC network of programs and services. This entails access to regionally based partner programs, such as post-secondary programs, CBO programs, and others, and an analysis of RESEA activities by the [Corporation for a Skilled Workforce](#) and technical assistance to improve the program's performance.

**Employment Training Panel**

The Employment Training Panel (ETP) is a statewide business-labor incumbent worker training and economic development program. ETP supports economic development in California through strategic partnerships with business, labor, and government, as well as through the provision of financial assistance to California businesses to support customized worker training programs that attract and retain skilled workers and businesses; provide workers with secure jobs that pay good wages and have opportunities for advancement; assist employers to successfully compete in the global economy; and promote the benefits and ongoing investment in employee training among employers.

*Clients/Service Population:* ETP serves over 400 employers annually and 60,000 incumbent workers who receive training. To date, ETP has provided approximately $1.6 billion for the successful training and employment retention of over 1.2 million workers employed by over 84,000 California businesses.

*Strengths:* The "pay-for-performance" nature of ETP contracts helps facilitate close to an 80 percent retention rate for trained employees, resulting in layoff aversion and business expansion. ETP's contracts follow a pay-for-performance model, where employers earn funds as they complete employee training and retention benchmarks. ETP's program is strong in employer engagement, with businesses developing their customized training programs and ETP's extensive outreach to and participation of their stakeholder employers. ETP also has strong relationships with the California Community Colleges (CCC), trade associations, and labor unions across the state. ETP is developing a new computer system for staff and customer use, which will modernize their program.

*Opportunities:* ETP recognizes the need to focus more strategically on career pathways and industry sector engagement. It also wants to increase its strategic partnerships with other state agencies, including the CWDB, and streamline and modernize its program requirements.

**California Community Colleges**

California Community Colleges Chancellor's Office (CCCCO) is the state agency that provides administration and direction for the CCC postsecondary Career Technical Education (CTE) programs, including the apprenticeship and the adult education programs. The Workforce and Economic Development Division (WEDD), within the CCCCO, is responsible for administration and program oversight of postsecondary CTE programs, including the apprenticeship, the adult

education programs, and the Strengthening Career and Technical Education for the 21st Century Act (referred to as Perkins V). The Division's portfolio consists of the Strong Workforce Program, California Adult Education Program, California Apprenticeship Initiative, Nursing, and the Economic Workforce Development Program.

*Clients/Service Population:* California's 115 community colleges offer 350 different fields of study, 8000 certificate programs, and 4,500 associate degree programs. More than a quarter of the state's 2.1 million community college students enroll in a community college CTE course.

*Strengths:* Community colleges offer low-cost education programs accessible to the public, including populations with barriers to employment. Many community colleges have strong partnerships with Local Boards and locally administered CalWORKs programs. The CCCCO investments are guided by the Vision for Success, a bold strategic plan with clear priorities and goals. The CCCCO also has a regional model designed to address the diverse communities and their workforce needs across the state. The regional model and employer engagement focus allow the CCC to better align programs and curricula with regional labor markets, build stronger regional partnerships, and provide more robust supportive services. Community colleges also have a variety of programs designed to serve populations with barriers to employment, including Disabled Student Programs and Services, CalWORKs, Extended Opportunity Programs and Services, Cooperative Agencies Resources for Education Program, Foster and Kinship Care, and Foster Youth Success Initiatives.

*Opportunities:* The CCCCO's set of broad reforms underway has created an environment where campuses are carefully examining the student journey and changing how supports and services are designed and offered to increase retention, completion, transfer, and achieving employment goals. Strengthening employer engagement activities, conversations on competency-based education and credentials attainment, and the intention to better align career pathways between K12 and CCC will further improve student outcomes and the sustainability of CTE programs.

**California State Board of Education and Department of Education**
The State Board of Education (SBE) is the K-12 policy-making body for academic standards, curriculum, instructional materials, assessments, and accountability. The SBE adopts instructional materials for use in grades kindergarten through eight. The SBE also adopts regulations to implement a wide variety of programs created by the Legislature, such as charter schools and special education. In addition, the SBE has the authority to grant local education agency requests for waivers of certain provisions of the state Education Code and acts on petitions to unify or reorganize school district boundaries. Finally, the SBE is officially the designated "State Education Agency" that provides policy guidance to the state and local education agencies regarding federal education policies and programs such as the Elementary and Secondary Education Act, Perkins V, WIOA, and the Individuals with Disabilities Education Act.

The California Department of Education (CDE) oversees the state's diverse public school system, which is responsible for the education of nearly seven million children, young adults, and adults in more than 10,000 schools with over 300,000 teachers. CDE is charged with enforcement of education laws and regulations and continuing to reform and improve public school programs. Among the work of the CDE is the administration of WIOA, Title II, and the joint administration of the California Adult Education Program. Administration of the WIOA Title II grant includes the development scoring of a competitive Request for Application, providing Grant Award Notifications to subrecipients, monitoring and approving quarterly expenditures and required date elements, and monitoring for grant compliance.

*Clients/Service Population:* Transition services are provided to 137,000 Students with Disabilities statewide, including 94,000 served by WorkAbility 1 programs; 18,314 at-risk students are served through county-run juvenile justice facilities and county community schools; over three-quarters of a million students are served under adult education including basic skills, English Language Acquisition, CTE, Adults with Disabilities, and family literacy programs. CDE also oversees CTE programs serving 970,000 secondary students and 59,000 adult CTE students.

*Strengths:* In both adult education and CTE, there is a focus on regional collaboration, including K–12 programs, adult education, community college non-credit and credit programs, and partnerships with higher education to develop and integrate standards-based academics with career-relevant, industry-themed pathways and work-based learning opportunities that are aligned to high-need, high-growth, or emerging regional economic sectors. The CDE has also developed a strong community of practice related to secondary transitions and has integrated work-based learning approaches for students with disabilities; ensured WIOA Title II grantees have the flexibility to match curriculum with the goals and objectives of other WIOA-funded programs; and implemented an evaluation process for the Coordinated Student Support programs.

*Opportunities:* Access to supportive services for students such as counseling, childcare, and transportation services could be addressed by better coordination at the state, local, and regional levels between programs overseen by CDE, human service programs, and other workforce and education programs. CDE also lacks common student identifiers across educational segments, which creates obstacles to data matching and tracking individuals into the labor market.

**Governor's Office of Business and Economic Development**
The Governor's Office of Business and Economic Development (GO-Biz) is the State of California's leader for job growth and economic development efforts. GO-Biz offers a range of services to business owners, including attraction, retention, and expansion services, site selection, permit streamlining, clearing of regulatory hurdles, small business assistance, international trade development, assistance with state government, and much more.

*Clients/Service Population:* GO-Biz works directly with businesses to help organizations understand opportunities to start, maintain, and grow operations in California. This assistance includes but is not limited to site selection, permit assistance, international trade development, connectivity to strategic partnerships, information on incentive programs, and referrals to local and state business assistance resources. In addition to direct business assistance, GO-Biz administers and supports programs led by regional business assistance and economic development organizations.

*Strengths:* Through its direct interactions with California businesses of all sizes and industry sectors, GO-Biz helps businesses communicate their workforce development needs to the ETP, Local Boards, educational institutions, and training providers. With its local, regional, and state partners, GO-Biz connects businesses with workforce needs and applicable resources. In collaboration with the network of workforce programs and institutions, GO-Biz assists in elevating the demands for the needed talent pipeline for our current and future employers and identifying the emerging needs of future industries. GO-Biz's business engagement allows early recognition of the emerging workforce needs for the future. It advances those needs to the California Labor and Workforce Development Agency, local partner organizations, and educational systems to develop the necessary skills to create the workforce of the future.

*Opportunities:* GO-Biz has the opportunity to increase its reach to a wider audience of business, education, and training partners and coordinate business assistance activities with state, regional, and local partners.

**Department of Rehabilitation**
The Department of Rehabilitation (DOR) works in partnership with consumers and other stakeholders to provide services and advocacy, resulting in employment, independent living, and equality for individuals with disabilities in California. The DOR administers the country's largest vocational rehabilitation (VR) program. DOR delivers VR services to persons with disabilities in offices throughout the state so that persons with disabilities may prepare for and engage in competitive integrated employment and achieve economic self-sufficiency. In addition, DOR has cooperative agreements with state and local agencies (secondary and postsecondary education, mental health, and welfare) to provide services to consumers. The DOR operates under a federal Order of Selection (OOS) process, which gives priority to persons with the most significant disabilities.

Persons with disabilities who are eligible for DOR's VR services may be provided a full range of services, including vocational assessment, assistive technology, vocational and educational training, job placement, supported employment, and independent living skills training to maximize their ability to live and work independently within their communities. The DOR provides career counseling and information and referral services to encourage individuals working in non-competitive, non-integrated settings to work toward and achieve competitive integrated employment.

*Client/Service Population:* In the federal fiscal year 2019, DOR provided a range of VR services to approximately 111,000 individuals with disabilities, of which approximately 29,600 were students with disabilities. The disability types of those individuals determined eligible for VR services include 4,900 who were blind or visually impaired; 6,500 with cognitive disabilities; 15,100 with learning disabilities; 13,600 with intellectual or developmental disabilities; 5,600 deaf or hard of hearing individuals; 16,100 with physical disabilities; 25,700 with psychiatric disabilities; 1,100 with traumatic brain injury; and 1,900 individuals with other disabilities.

*Strengths:* DOR employs qualified VR professionals and paraprofessionals who work with individuals with disabilities to find a career track with upward mobility, offering sustainable living wages. The VR professionals are trained in assessment, career planning, job placement, and assistive technology services to meet the employment needs of eligible individuals with disabilities. DOR utilizes a consumer-centered approach to service delivery by employing VR professionals and VR paraprofessionals to deliver effective and timely consumer services throughout the state, including students with disabilities. DOR also maintains a network of partnerships with community-based disability organizations and other public agencies, including high schools, community colleges, universities, and county mental health agencies, to provide a greater range of employment services and opportunities to DOR consumers than would otherwise be available through any single agency.

*Opportunities:* Under federal law, VR programs must redirect 15 percent of funds from traditional VR services to pre-employment transition services for students with disabilities. There is an active risk that DOR will not have sufficient funds and human resources to provide VR services to all individuals with significant disabilities who apply for services. The DOR has been operating under an OOS process since September 1995. Insufficient funding may further limit OOS and access to VR services.

**CalWORKs**

The California Work Opportunity and Responsibility to Kids (CalWORKs) program is California's version of the federal Temporary Assistance to Needy Families (TANF) program. The program provides 60 months of cash grants and welfare-to-work (WTW) services to low-income families with children.  Supportive services, including childcare, transportation, and personal counseling, are available for families participating in WTW activities.  Children remain eligible for assistance up to age 18.

The CalWORKs program is a welfare program administered by 58 county welfare departments under the supervision of the California Department of Social Services (CDSS). Although eligibility requirements and grant levels are uniform throughout the state, counties are given considerable latitude to design WTW programs that will work best for their diverse populations, size, and culture.

*Clients/Service Population:* CalWORKs is a public assistance program that provides cash aid and services to eligible families that have a child(ren) in the home. The program serves all 58 counties in the state and is operated locally by county welfare departments. If a family has little or no cash and needs housing, food, utilities, clothing, or medical care, they may be eligible to receive immediate short-term help. Families that apply and qualify for ongoing assistance receive money each month to help pay for housing, food, and other necessary expenses.

Generally, services are available to:
- Families that have a child(ren) in the home who has been deprived of parental support or care because of the absence, disability, or death of either parent.
- Families with a child(ren) when both parents are in the home, but the principal earner is unemployed.
- Needy caretaker relatives of a foster child(ren).

*Strengths:* CalWORKs has a robust subsidized employment program and has substantial flexibility in the types of services it can provide. CalWORKs has an existing relationship with community colleges to support CalWORKs recipients enrolled in academic and career pathway programs. While maintaining the work-first policies of TANF, recent changes in CalWORKs have increased the emphasis toward a work-focused, skills attainment, and barrier removal agenda to ensure that TANF recipients are positioned to achieve long-term successful outcomes and upward mobility.

*Opportunities:* CalWORKs serves a higher percentage of needy families than the rest of the nation. CalWORKs is designed primarily to combat child poverty by continuing to aid children even when the adults cannot (e.g., due to time limits or exemptions) or refuse to participate in the welfare-to-work program. CalWORKs serves many exempt adults with significant barriers to employment.

**CalFresh Employment & Training (E&T)**

CalFresh Employment & Training (E&T) operates through a central vision to increase the employment and earning capacity of CalFresh recipients. The mission to provide more CalFresh recipients with access to CalFresh E&T supportive services and skills and credentialing can be tracked through five strategic goals: increase job placement, retention, and wages; increase CalFresh E&T participation across a dynamic mix of people, communities, and cultures; increase employability by removing barriers to employment; increase skills attainment and credentialing; and lead an efficient and effective customer-focused E&T program.

CalFresh E&T is state-supervised and administered voluntarily by County Welfare Departments (CWDs). Participation in CalFresh E&T is voluntary and does not impact CalFresh household benefits.

Activities include case management, supervised job search, education, work experience (both subsidized and unsubsidized), and job retention. Supportive services are provided to

participants when necessary and directly related to participation in the program. The program is supported by limited federal funds; however, providers are eligible to receive a fifty percent reimbursement on any non-federal funds used for program administration or provision of supportive services. Tribal governments and organizations using non-federal funds are eligible for a 75 percent reimbursement of those funds. To be eligible to participate in CalFresh E&T, an individual must be at least 16 years of age (note: a person aged 16 or 17 who is not the head of household, or who is attending school, or enrolled in an employment and training program on at least a half-time basis cannot participate); in receipt of federally funded CalFresh food assistance benefits; and not subject to any work requirement under Title IV of the Social Security Act (including CalWORKs).

*Client/Service Population:*
CalFresh E&T enrollment and participation are voluntary for eligible CalFresh recipients. CalFresh recipients are not required to enroll in the CalFresh E&T program to keep their CalFresh benefits, and participants cannot have their CalFresh benefits sanctioned for failure to participate. Additionally, the program is voluntarily administered by CWDs who design local programs to meet the needs of local populations. CalFresh E&T program eligibility is determined by the CWD at the time of CalFresh Certification. Generally, a participant is eligible for CalFresh E&T if they meet these requirements:

- At least 16 years of age.
- In receipt of federally funded CalFresh food assistance benefits.
- Not subject to any work requirement under Title IV of the Social Security Act, such as through the Temporary Assistance for Needy Families (TANF) program, known in California as the California Work Opportunity Responsibility to Kids (CalWORKs) program.

CWDs have the autonomy to design programs around CalFresh E&T components and activities, population characteristics, in-demand occupations, service providers, and available funding sources. Services may be provided directly by the CWD or through partner entities with which they have an agreement. Populations typically provided services include Able-Bodied Adults Without Dependents (ABAWDS), some of whom may be subject to work requirements and must engage in a work activity to maintain benefits, students, timed-out CalWORKs, English language learners, individuals experiencing homelessness, justice-involved, and formerly incarcerated individuals.

*Strengths:* Program administrators have flexibility in designing their respective CalFresh E&T programs. Definitions and descriptions of program activities and services often align with WIOA language to facilitate program coordination. Non-federal funds spent on program administration or supportive services are eligible for a 50 percent reimbursement that can be reinvested into programs for further reimbursement.

*Opportunities:* Local WIOA programs can offer CDSS programs access to workforce development best practices, service provider networks, and partnership and service delivery models. Programs can differ widely between counties, which can cause a lack of consistency in

service quality and program reach. Through localized efforts and partner program integration, resources such as funding, infrastructure, and supportive services can be maximized and consistently raise the standard of workforce development resources across local areas.

**Department of Industrial Relations – Division of Apprenticeship Standards**
The Department of Industrial Relations (DIR) - Division of Apprenticeship Standards (DAS) administers California apprenticeship law. It enforces apprenticeship standards for wages, hours, working conditions, and the specific skills required for state certification as a journeyperson in an apprenticeable occupation. DIR-DAS promotes apprenticeship training through the creation of partnerships and consults with program sponsors. They monitor programs to ensure high on-the-job training and supplemental classroom instruction standards. In addition, DAS administers a variety of apprenticeship funding sources across multiple initiatives, including the CA Apprenticeship Council Training Funds, the Apprenticeship Innovation Funding, the Equal Representation in Construction Funding, and the CA Opportunity Youth Grant Program. Through these collective efforts, the retiring skilled workforce is replenished with new skilled workers to keep California's economic engine running strong.

*Clients/Service Population:* DIR-DAS serves industry, educational institutions, labor, non-profits, community-based organizations (CBOs), government, apprentices, and journey-level workers. California continues to lead the nation in apprenticeships, with 93,955 apprentices registered in 1,168 DAS-approved programs represented by 473 sponsors.

*Strengths:* The apprenticeship model has a proven track record of placing workers in high-wage, middle-skill career pathways. The apprenticeship system of training is efficient and cost-effective and results in higher retention rates, lower turnover, and reduced recruitment costs. The curriculum and on-the-job training are guided by industry and meet industry needs. Apprenticeship connects employers with public education facilities for related classroom instruction. Furthermore, nearly 70 percent of apprentices are people of color.

*Opportunities:* Of the 93,955 active apprentices in CA right now, 77 percent are in the building and fire trades, while 23 percent are in all other sectors, including healthcare, transportation, education, tech, public sector, and advanced manufacturing. Women continue to be underrepresented in many apprenticeship programs, comprising only 3.9 percent of building trades apprenticeships and 32 percent of apprentices in all other sectors. DAS recently awarded an Equal Representation in Construction Apprenticeships (ERiCA) grant. This grant aims to create career pathways for women, non-binary, and underserved populations into careers in the building and construction sectors. The funds from this grant will go toward supportive resources for childcare and outreach, as well as community building for women, non-binary, and underserved populations. In addition, the Division of Apprenticeship Standards is investing in expanding apprenticeship across many sectors through the Apprenticeship Innovation Funding, which offers formula funding to program sponsors at $3,500 per apprentice per year plus a $1000 completion bonus. In addition, DAS is developing a solicitation for Opportunity Youth in apprenticeship and will be investing upwards of $35M into expanding youth apprenticeship.

**Department of Child Support Services**

Department of Child Support Services (DCSS) oversees a network of local child support agencies (LCSA) that provide services to the general public at the county level. The LCSAs work with parents receiving support, parents paying support, and legally acknowledged guardians to ensure children and families receive court-ordered financial and medical support. The DCSS's mission is to promote parental responsibility to enhance the well-being of children by providing child support services to establish parentage and collect child support, with the vision that all parents are engaged in supporting their children.

*Clients/Service Population:*

Local Workforce Development Boards (Local Boards) and LCSAs can work together to provide supportive services to parent paying support (PPS) to support job retention by braiding resources and utilizing cross-sector services and funding. This partnership helps to ensure that a comprehensive provision of services is provided to PPS to facilitate successful labor market outcomes and progression into livable wage jobs and careers. By using a more holistic approach, this partnership will help address the barriers to employment for PPS, which positively affects the whole parent receiving support (PRS) family. This partnership provides the framework to assist unemployed and underemployed PPS in gaining and retaining employment in order to provide children and families with court-ordered financial and medical support. Queries were developed to identify participants who matched these criteria and provided to each county. The queries can be found on the LCSA secure website.

*Strengths:*

DCSS created Workforce Development Queries (Q-1490 and Q-1506) that are available on the LCSA secure website. LCSAs can utilize these queries to locate participants who will benefit from this partnership.

- Q-1490: Contains information regarding unemployed and underemployed PPS.
- Q-1506: Contains an active PPS count; this query was requested to capture data for California's Unified Strategic Workforce Development Plan.

*Opportunities*: Limited access to data within CalJOBS (e.g., case notes, activity codes, etc.) for clients referred to America's Job Center of California (AJCC) for designated staff at each LCSA. This access will allow staff to assist individuals with child support obligations to obtain permanent employment. Two important steps toward this objective are making PPS aware of employment services and assisting with eliminating barriers to employment.

**Senior Community Service Employment Program (SCSEP)**

The California Department of Aging (CDA) administers programs that serve older adults, adults with disabilities, family caregivers, and residents in long-term care facilities throughout the

State. CDA contracts with the network of 33 Area Agencies on Aging, which directly manage a wide array of federal and state-funded services. The SCSEP provides eligible individuals part-time, subsidized job training through community service assignments at non-profit organizations or governmental entities. SCSEP aims to foster individual economic self-sufficiency and increase the number of persons who may benefit from unsubsidized employment in both public and private sectors, as well as strengthen self-sufficiency and support organizations that benefit from increased civic engagement.

*Client/Service Populations*: Program-eligible older workers must be residents of California, 55 years or older, unemployed, and have a total annual family income that does not exceed 125 percent of the federal poverty guidelines, currently $16,100 for an individual. Service priority is given to individuals meeting one or more of the following criteria:

- Is a veteran or a spouse of a veteran.
- Is 65 years of age or older.
- Has a disability.
- Has limited English proficiency.
- Has low literacy skills.
- Resides in a rural area.
- Has low employment prospects.
- Has failed to find employment after utilizing services under WIOA Title I.
- Is homeless or at risk for homelessness.

*Strengths:* California is the most populous state in the country and has the highest number of SCSEP-eligible older individuals. Demographic shifts in the population mean that the demand for SCSEP services will likely increase. As the only federally mandated job training program targeted toward serving low-income workers ages 55 years and older, SCSEP serves a dual purpose as a training program for low-income older workers and a source of subsidized staff trainees for community-based organizations. The Master Plan for Aging (MPA) outlines five bold goals and 23 strategies to build a California For All. One of the strategies is focused on preventing age discrimination and supporting the inclusion of older adults and people with disabilities in the workplace.

*Opportunities*: California's SCSEP has insufficient funding to support the program's allocated positions due to the disparity between the federal minimum wage of $7.25 per hour and the California state minimum wage of $15.50 per hour (at the time of drafting in 2023) or $16.00 per hour (as of 2024). The limited federal funding has the effect of reducing or modifying the number of CDA's allocated SCSEP positions by 51 percent, further destabilizing the program, reducing service capacity, and serving fewer older adults.

## WIOA Section 166 - Indian/Native American Programs
The WIOA Section 166 Indian/Native American (INA) Program supports employment and training activities for Indian, Alaska Native, and Native Hawaiian people, helping more fully develop their academic, occupational, and literacy skills to help them compete more effectively

in the job market and achieve personal and economic self-sufficiency. There are five WIOA Section 166 INA Employment and Training grantees in California that receive funding to provide services to Indian and other Native American populations in California.

*Clients/Service Population*: WIOA Section 166 INA Program serves Indians, Alaska Natives, and Native Hawaiians who are unemployed, underemployed, low-income individuals, or a recipient of a lay-off notice.

*Strengths*: The INA Program promotes the economic and social development of Indian communities. Services are provided in a culturally appropriate manner, consistent with the principles of Indian self-determination.

*Opportunities*: The Employment and Training Administration (ETA) supports the Native American Employment and Training Council's (NAETC) recommended edits that the reauthorization of WIOA include investment in grantee capabilities to support a long-term sustainable program. Strategies, including the proposed increases for the INA Program and renegotiating the Memorandum of Understanding (MOU) to allow tribes to make maximum use of their grant funds, serve to invest in grantee capabilities, and ensure the longer-term sustainability of grant programs.

The ETA additionally agrees with NAETC's recommendation to develop and issue a Tribal "Yes WIOA Can" campaign to clarify existing flexibilities for Native American community grants. INA Program grantees provided feedback to ETA during the "Yes WIOA Can" plenary session and round table discussions at the ETA National Convening in May 2023. The Department of Labor (DOL) is hosting Regional Convenings, which INA Program grantees are invited to attend and participate in panel discussions and breakout sessions. These Regional Convenings include additional feedback opportunities for grantees to provide input on ways ETA can provide more flexibility in using grants to deliver services.

### WIOA Section 167 - Farmworker Service Programs
The National Farmworker Jobs Program is a nationally directed, locally administered program of employment, training, and housing services for migrant and seasonal farmworkers and their dependents. Created under the Economic Opportunity Act of 1964 and currently authorized under WIOA Section 167, the program seeks to counter the chronic unemployment and underemployment experienced by migrant seasonal farmworkers (MSFW) who depend primarily on seasonal jobs in California's agricultural sector.

There are seven WIOA Section 167 farmworker service programs, five of which are represented statewide by La Cooperativa Campesina de California, as well as SER (Service, Employment and Redevelopment) Jobs for Progress National, Inc. and West Hills Community College District. La Cooperativa is also the housing grantee in California that works to meet the critical need for safe and sanitary permanent and temporary housing to assist with better economic outcomes for farm workers.

These programs provide services throughout California, but especially in rural areas where farmworkers live and work. Training services include English as a Second Language, General Education Development, adult and family literacy, basic education, vocational education, and employer-based training. Related services such as childcare, transportation, emergency services, housing, financial assistance, counseling, job placement, and follow-up services enhance these training efforts.

*Clients/Service Population:* WIOA Section 167 grantees serve eligible MSFWs and their dependents. Eligible farmworkers are individuals who primarily depend on employment in agricultural labor that is characterized by chronic unemployment and underemployment. The grantees help farmworkers acquire skills needed to obtain, retain, and advance in agricultural jobs or start new careers.

*Strengths:* WIOA Section 167 grantees have well-developed relationships with Local Boards and the AJCC system. They provide occupational skills training, related supportive services, and housing assistance to the MSFW population. The WIOA Section 167 grantees also list programs on the State Eligible Training Provider List and receive referrals from Wagner-Peyser staff in the AJCCs.

*Opportunities:* The funding allocated to MSFW programs is insufficient to meet the population's needs. Many MSFWs have limited English language capacity and do not have access to supportive services, including transportation and childcare, which limits their opportunities to attain skills, credentials, and degrees from the "mainstream" educational system. However, the state has made significant investments in workforce development programs tailored to the farmworker population, including funding to create career pathways and wrap-around support services provided by organizations with experience serving the community.

**Job Corps**
Job Corps is the nation's largest and most comprehensive free residential education and career training program for eligible youth ages 16 through 24. Through a nationwide network of over 120 campuses, Job Corps students can learn the skills and resources to be successful in a career, earn a high school diploma or equivalent, train in one of ten different industries, and engage with a supportive community to access graduate resources and connections.

*Clients/Service Population:* Job Corps low-income 16- to 24-year-olds who are U.S. citizens, legal U.S. residents of a U.S. territory, and/or individuals authorized to work in the U.S.

*Strengths:* Job Corps is a comprehensive program where students can access room and board while learning skills in specific training areas for up to three years. In addition to helping students complete their education, obtain career technical skills, and gain employment, Job Corps also provides transitional support services, such as help finding employment, housing, childcare, and transportation.

*Opportunities*: Since Job Corps Centers are only located in some Local Areas, not all AJCCs can access and provide referrals to their services.

**Jobs for Veterans State Grant**

The Jobs for Veterans State Grant (JVSG) provides federal funding to state workforce agencies to hire dedicated staff to provide individualized career and training-related services to veterans and eligible persons with significant barriers to employment and to assist employers in filling their workforce needs with job-seeking veterans. The Disabled Veterans' Outreach Program (DVOP) specialists focus on providing individualized career services through case management. In contrast, the Local Veterans' Employment Representatives (LVER) coordinate with local business service teams and members of the community to advocate on behalf of veterans and to develop job opportunities specifically for veterans. In rural areas, a Consolidated Veterans Representative (CVR) position is available to provide a combination of services normally performed by the DVOP and LVER without hindering the provision of services to veterans and employers.

Services are provided to veterans and eligible persons according to their individual needs. Basic career services are universally accessible and are made available to all veterans seeking employment and training services in at least one comprehensive America's Job Center of California (AJCC) in each Local Workforce Development Area. On a priority of service basis, an AJCC staff member determines the eligible person's purpose for registering. Once the veteran or other eligible person is identified, a Veteran Service Navigator conducts an initial assessment. If they are deemed a veteran with a significant barrier to employment or other special criteria, they are referred to the DVOP specialist for further assessment and individualized career services. Individualized career services are the next level of services provided to participants and are tailored to meet the individual participant's needs best. These services must be provided to a participant after AJCC staff determine that services are required to retain or obtain employment. Generally, these services involve significant staff time and customization to each participant's needs.

In addition to providing outreach to the local employer community, employer associations, and business groups, LVERs and CVRs work closely with employers, unions, trade organizations, apprenticeship programs, and community-based organizations to promote veterans' hiring, training and development, and career advancement. Services are also delivered through veteran-focused Job Fair events and Stand Downs. This collaboration between LVERs, CVRs, and the local employer community attracts veterans and employers needing employment services.

*Clients/Service Population:* In addition to the universal access and priority of services provided to all veterans, the JVSG program is intended to target the following veterans with barriers to employment:
- Special disabled or disabled veterans.
- Veterans aged 18 to 24.

- Veterans experiencing homelessness.
- A recently separated service member who, at any point in the previous 12 months, has been unemployed for 27 or more consecutive weeks.
- Any eligible veteran who is currently or was formerly justice-involved.
- Vietnam-War Era veterans.
- Veterans lacking a high school diploma or equivalent certificate.
- Veterans who are low-income.
- Eligible transitioning service members, spouses, and caregivers.
- Any other population specified by the DOL Assistant Secretary for Veterans' Employment and Training.

Veterans with a significant barrier to employment or labeled in a specified category will have access to all appropriate services available through the AJCC and are not limited to receiving services exclusively from DVOPs and CVRs.

*Strengths:* Since JVSG staff are required to be veterans, they can build rapport with their clients and assess their employment needs and additional community resources. This allows DVOPs and CVRs to provide veterans with comprehensive and specialized assessments of the individual veteran's skill levels and service needs to obtain employment. LVERs and CVRs have first-hand knowledge of the attributes a veteran can bring to a company and provide employers assistance in understanding how the veterans' military experience matches their needs. LVERs and CVRs coordinate with local business service teams and members of the local employer community to advocate to employers, especially federal contractors, on behalf of veterans and to develop job opportunities specifically for veterans.

*Opportunities:* JVSG is continuing to work on fully integrating the LVERs and CVRs services into the Business Services platform in the AJCCs to promote hiring veterans to the employer community. LVERs and CVRs can continue to advocate for all veterans served by the local AJCCs and collaborate with all AJCC partners, including WIOA case managers, to create job opportunities for all veterans who are case-managed and trained through other WIOA AJCC partner programs.

In addition, DVOPs are continually working to integrate with all AJCC partners and community resources to better serve the veteran community and obtain meaningful and successful careers. This includes actively seeking to establish partnerships with other state and federal agencies, such as the U.S. Department of Veterans Affairs, County Veteran Service Officers, and community-based organizations, such as Homeless Veterans Reintegration Program grantees, to identify available community resources and support systems to serve veterans and eligible persons better.

## State Strategic Vision and Goals

Under the leadership of the Governor and Secretary for the Labor and Workforce Development Agency, California's vision for the future of workforce development is centered on the

establishment and growth of a workforce system that promotes equity, job quality, and environmental sustainability for all Californians.

California is committed to developing a workforce system that enables economic growth and shared prosperity for employers and employees, especially those with barriers to employment, by investing in industry partnerships, job quality, and meaningful skills attainment.

One area in which CWDB pursues these aims is through its High Road programming. High Road refers to a "family of strategies" for achieving a participatory economy and society by aligning workforce, economic policy, and different interests with long-term goals of environmental sustainability, high-quality jobs, and a resilient economy.[1] High Road emphasizes the complementarity of these aims over the long term. Practically, High Road policy builds on areas where the interest of employers (in trained and productive workers), workers and jobseekers (in good quality and accessible jobs), and environmental protection (for a sustainable future for all) overlap to create pathways to high-quality jobs while raising the profile of existing ones.

Since the previous planning cycle, CWDB has reflected on the practical implementation of High Road principles in workforce development policy, arriving at four distinct "flavors" of intervention. These flavors are directly relevant to High Road projects but also inform, to a greater or lesser extent, all of CWDB's workforce efforts: (1) Lift All Workers to the High Road, (2) Professionalize Precarious Work, (3) Democratize Access to High-Quality Middle-Skill Jobs, and (4) Participatory Plan the Low-Carbon Economy.[2]

These four interventions, which are detailed in the discussion that follows, closely mirror the Four Pillars of the DOL-ETA's 2030 Vision,[3] as the table below summarizes:

Four Pillars & Four Interventions

| Four Pillars (DOL ETA Vision 2030) | Four Flavors (CWDB) | Shared Vision |
|---|---|---|
| **Open Opportunities for Vulnerable Workers and Communities.** Ensure programs focus on workers and communities who have been left behind—from reentry, to rural, to opportunity youth. | **Lift All Workers to the High Road -** Prioritize supports and direct services for the hardest-to-serve, ensuring access to high-quality employment for all workers, including those facing structural barriers (homelessness, incarceration, etc.). | Focus on opportunity for the most vulnerable. |

---

[1] A focus on alignment and coordination of worker and employer needs as well as multiple areas of government policy is also a hallmark of the recommended "whole-of-government approach" of the OECD Skills Strategy (OECD Skills Strategy 2019: Skills to Shape a Better Future | en | OECD).

[2] These interventions are introduced in a forthcoming CWDB policy paper: Phyllis Jeffrey, Ph.D. "On the High Road: Making Markets Work for People and the Environment" (California Workforce Development Board, forthcoming).

[3] See Investing in America: 5 Takeaways from the ETA 2030 Vision Convening | U.S. Department of Labor Blog (dol.gov)

| Four Pillars (DOL ETA Vision 2030) | Four Flavors (CWDB) | Shared Vision |
|---|---|---|
| **Building a Better Care Economy**. Support good jobs and protections for care workers—from nursing, early care, mental health, and more—with a focus on low-wage, BIPOC, young adult, and women workers. | **Professionalize Precarious Work** – Through partnership with employers, worker representatives, and trainers, increase the recognition of skill standards in traditionally low-wage, nonstandard service jobs, focusing on green skills. | Actively improve the quality of high-demand service jobs.<br><br>*Pathways*<br>CWDB focus includes care work and other low-wage service jobs (janitorial, hospitality). |
| **New Industry Partnerships that Lead to Real, Good Jobs**. Foster partnerships with business and training providers and workers, including new entrants and youth, to ensure all training leads to good jobs across sectors from education, infrastructure, supply chain, to manufacturing. | **Democratize Access to High-Quality Middle-Skill Jobs** – Increase accessibility of in-demand, middle-skill jobs in union-dense and highly regulated areas (such as commercial construction) to women, POC, and other underrepresented groups. | Focus on using partnership and apprenticeship to expand access to high-quality trades employment. |
| **Action Today for the Future of Work**. Engage federal, state, local leaders, and the private sector to prepare, support, and invest in workers and communities to prepare for jobs of the future and emerging industries. | **Participatory Plan the Low-Carbon Economy** – Facilitate participatory planning for the training needs, quality, and accessibility of jobs in emerging low-carbon sectors. | Active planning for the low-carbon economy.<br><br>CWDB specifies worker inclusion. |

**The Continued Need for a High Road Workforce Agenda: Labor Market Demand, Skill Profile, Quality Profile, Accessibility Profile**

At the time of drafting, the U.S. unemployment rate in the most recent quarter was 3.8 percent.[4] A useful lesson can be gleaned by comparing this rate with the much higher rates of poverty (12.4 percent nationally[5]); of healthcare uninsurance (8 percent[6]); and particularly of self-reported financial insecurity (over 50 percent of respondents in a survey by the U.S. Census Bureau[7]).

---

[4] Jobs Report: U.S. Added 336,000 Jobs in September - The New York Times (nytimes.com)
[5] Using the Supplemental Poverty Measure or SPM, Poverty in the United States: 2022 (census.gov)
[6] New HHS Report Shows National Uninsured Rate Reached All-Time Low in 2022 | HHS.gov
[7] Researchers from the Social, Economic, and Housing Statistics Division of the U.S. Census Bureau asked the question, "In the last 7 days, how difficult has it been for your household to pay for usual household expenses, including but not limited to food, rent or mortgage, car payments, medical expenses, student loans, and so on?" In 2020, 2021, and 2022, over 50 percent of those surveyed reported "a little," "somewhat," or "very" with respondents experiencing no difficulty at meeting household expenses in the minority in each year.
SEHSD_wp2023_03.pdf (census.gov)

Within California, while the current unemployment rate is less than 5 percent,[8] research by the Public Policy Institute of California found that more than one-quarter of state residents were at or near poverty (2021).[9] The same research also found that 64.2 percent of poor Californians lived in families with at least one working adult, with 34.7 percent of those in poverty having at least one member reported working full-time for the entire year.[10] A report by the nonpartisan research organization the California Budget and Policy Center estimated that about 2.1 million California households were facing housing hardship in the first months of 2022, meaning people were already late on rent or mortgage payments and/or had low confidence in their ability to make their next payment.[11]

A clear implication is that, while jobs exist, too many Californians are unable to attain a standard of living that lifts them out of financial insecurity.

At the same time, major growth industries, such as healthcare, experience significant demand for workers.

What are the policy barriers to helping unemployed and underemployed workers into high-quality and in-demand jobs?

CWDB's High Road approach seeks to coordinate responding to the needs of job seekers and industry, promoting access to employment in already-good jobs and raising the profile of jobs in those burgeoning in-demand sectors, which will form the backbone of the state's economy.

Labor market projections from the Employment Development Department's Labor Market Information Division (LMID), coupled with occupational pay and demographics, provide the information needed to address gaps in the industry's talent pipeline while addressing equity, job quality, and climate sustainability goals in the workforce. The text below highlights several in-demand sectors and occupations and their issues, using a combination of LMID and Bureau of Labor Statistics (BLS) data and other sources.

The ten sectors projected to employ the largest number of Californians by 2030 are dominated by services, especially healthcare. They also include Professional and Business Services, Leisure and Hospitality, Accommodation and Food Services, Retail Trade, Transportation and Warehousing, Construction, and the sector that contains janitorial and security work.[12] At the same time, employment in other areas—particularly in fossil fuel sectors—will decline; while these jobs are being replaced by new activities in the low-carbon economy, details are difficult to anticipate.

---

[8] EDD Labor Market Information Division - Home Page (ca.gov)
[9] Poverty in California (ppic.org)
[10] Ibid
[11] Who is Experiencing Housing Hardship in California? - California Budget and Policy Center (calbudgetcenter.org)
[12] For full detail, visit Employment Projections (ca.gov), select Long-Term Projections, and sort by Projected Year Employment Estimate, 2030.

Projections hold several implications for CWDB's High Road workforce development approach. Specifically, workforce development must address demand in service fields in a way that ensures equitable mobility for workers; it must find ways to meet continuing demand in good-quality middle-skill construction jobs in a manner that reflects the diversity of the state; and it must work creatively to foster training for jobs in new sectors.

The following section will cover the main employment sectors and their key issues concerning demand, training, equity, and job quality.

**Healthcare—the challenge of achieving equitable access to high-quality jobs while meeting demand.**
The DOL ETA has recently called out the need to plan for workforce training in the care economy and in nursing, specifically, as part of its "ETA 2030" vision.[13] This inclusion reflects awareness of the economic demand for care workers and the access and quality issues that make it an important focus for workforce development.

In California, healthcare is projected to be the top-employment sector in the state by 2030,[14] and the top 25 growth occupations in the state include multiple health occupations. Home Health Aides and Personal Care Aides represent the largest growth occupation in ten-year projections, and they are anticipated to add jobs by 2030. Other in-demand jobs in healthcare include high-paying occupations like Nurse Practitioners, which are among the fastest-growing occupations in the state and are projected to grow by 56 percent by 2030.[15]

Demand in some areas of the state is even higher. Workers in primary care, primary prevention, behavioral health, and aging-related services are disproportionately undersupplied across the state. Heavily underserved areas (termed Health Professional Shortage Areas or HPSAs) are 70 percent Latino, African American, and Native American.[16] In behavioral health, some areas (Inland Empire and the San Joaquin Valley) have low provider-to-population ratios, while other areas (the Bay Area) employ over three times more psychiatrists than those two regions on a population basis.[17] Current worker retirements have led to a looming shortage of experienced nurses and other health professionals.

Healthcare is a large field and encompasses a range of occupations, from jobs that pay just above the minimum wage to those that offer high pay and benefits.

---

[13] Investing in America: 5 Takeaways from the ETA 2030 Vision Convening | U.S. Department of Labor Blog (dol.gov); Investing in Nursing = A Better Care Economy | U.S. Department of Labor Blog (dol.gov)
[14] EDD-LMID. 2020-2030 California Industry Sector and Supersector Employment Projections.
[15] Employment Projections (ca.gov)
[16] California Future Health Workforce Commission 2019, p. 14
[17] Ibid, p. 16

Unfortunately, there is often little mobility between jobs at the lower end of the pay scale (home health, CNA) and the upper end (nurse, doctor). Low pay contributes to low retention rates, as workers may leave to seek similar pay in lower-stress service jobs.[18] In California, Nursing Assistants make a median hourly wage of $20.12, while the median hourly wage for home health and personal care aides is only $15.63, or barely above the state minimum.[19]

Ironically, many of the lower-paid healthcare jobs are those that exact the greatest emotional and physical demands (e.g., lifting patients) on workers. In one study surveying Medicare-certified home care aides in Chicago, interviewees described common stressors, including workplace abuse, lack of training, and lack of information in the care environment. When surveyed for health indicators, direct care workers in Chicago reported elevated rates of stress-related health conditions such as hypertension, asthma, and arthritis. Smoking habits of direct care workers were double those of the average American, and mental health issues were a common theme among interviewed direct care workers.[20]

In contrast, other in-demand healthcare jobs—such as Nurse Practitioners, are projected to experience 12 percent employment growth by 2024 and 55 percent employment growth by 2030—are high-paying (NPs in California make a median hourly wage of $74.66) and offer better benefits, and job security, while imposing fewer physical demands on workers.

Yet, representation of people of color and immigrants in these higher-quality, higher-paid health jobs is lower than at the low end of the pay and quality scale, suggesting significant blocked mobility from entry-level occupations. National data shows that 9.9 percent of NPs are Black, 6.7 percent are Latinx, and 6.25 percent are Asian. By contrast, 36.0 percent of nursing assistants are Black, 15.3 percent are Latinx, and 5.6 percent are Asian; and 32.5 percent of home health aides are Black, 28.9 percent are Latinx, and 11.1 percent are Asian.[21]

As research continually finds benefits to patients from racial/ethnic concordance among providers and patients,[22] increasing access for Latinos, African Americans, and Native Americans to jobs as nurses and physicians will be a major priority as well for the quality of care.[23]

The Workforce for a Healthy California initiative[24] is a comprehensive and interagency investment in expanding and diversifying California's health and human services workforce

---

[18] Spetz 2022

[19] EDD-LMID quarterly wage projections for California for Q1 of 2023 (CA-OEWS-California Statewide-2023.xlsx (live.com)

[20] Muramatsu et al. 2019; Cao 2020

[21] Employed persons by detailed occupation, sex, race, and Hispanic or Latino ethnicity : U.S. Bureau of Labor Statistics (bls.gov)

[22] PPIC 2014, p. 7

[23] California Future Health Workforce Commission 2019, pp. 5, 12

[24] Workforce for a Healthy California - California Health and Human Services

across behavioral health, primary and specialty care, nursing, allied health, and direct care professions.

The investment supports roles such as nurses, social workers, caregivers, community health workers/promotor(a)s/representatives (CHW/P/R), emergency medical technicians, and others. Workforce for a Healthy California will also support individuals interested in transitioning to health careers, including English Language Learners and underserved populations.

Workforce for a Healthy California complements other major initiatives, including the *Children and Youth Behavioral Health Initiative*, *CalGrows*, and the *Reproductive Health Care Access Initiative*, which total more than $7 billion to expand the health and human services workforce.

As a workforce component of this initiative, HRTP for Healthcare prioritizes funding for training in healthcare, particularly in allied health jobs that pay at least $20/hour and do not require a four-year post-secondary degree. Many allied health jobs are middle-skill jobs (requiring more than a high school diploma but less than a four-year post-secondary degree) that are relatively well-paying, offer opportunities for career advancement, and can be excellent pathways to economic security and upward mobility. However, too many jobs in the healthcare sector (e.g., Home Health Aids, Certified Nursing Assistants) are low-wage and have limited growth opportunities. Individuals in these roles are overwhelmingly people of color, and many are recent immigrants who are locked in poverty and do not have the resources or support to advance in their careers. Thus, the investment in allied health training seeks to ensure accessibility of pathways to economic security and advancement for members of underrepresented communities and to meet the state's healthcare workforce needs.[25]

### Building Trades
Construction is also among the top-growth industry sectors and is projected to employ nearly one million Californians (969,200) by 2030. The demand for construction workers and apprentices will only grow with the passage of the Infrastructure Investment and Jobs Act (IIJA), a $1.2 trillion historical investment in public transit, clean drinking water and wastewater infrastructure, clean energy transmission, and Electric Vehicle (EV) infrastructure.

In this area, pay levels tend to be competitive; however, access is key, as 95 percent of California's construction industry sector jobs are currently held by men.[26]

### Emerging Low-Carbon Sectors
As fossil fuel production inevitably declines, statewide oil and gas production jobs will decline with it.  As this occurs, new industries—offshore wind, various stages in the zero-emission vehicle supply chain, solar energy, and building decarbonization—are emerging.

---

[25] Healthcare High Road Training Partnership Overview
[26] Source: U.S. Census Bureau, Current Population Survey of Households, Annual Social and Economic Supplement (March 2023), compiled by: EDD-Labor Market Information Division, September 2023

Like the demand for apprentices, state and national policies in zero-emission vehicle production, emissions reduction, and alternative energy sources are driving the growth and development of low-carbon sectors.

Critical work is emerging in new industries that will power the transition, such as lithium extraction and offshore wind energy.

Pressing issues for workforce development include arriving at reliable estimates of job needs. This is a difficult task in fields that are still under development: planning for training needs with community colleges and other partners and adjudicating the profile of work in emerging sectors. For example, as traditional automakers expand their investments into Zero Emission Vehicle (ZEV) production, how will these jobs compare in terms of pay, benefits, as well as training prerequisites, and skill profile to traditional auto jobs? How will emerging technologies of automation and surveillance be incorporated into existing jobs? How such questions are resolved has potentially crucial ramifications for jobseekers and incumbents.[27]

### Other Growth Sectors and Industries

Besides healthcare, several other fields in the service economy are projected to employ large numbers of Californians, who are good candidates for High Road workforce development. Accommodation and Food Services, Retail Trade, Transportation, and Warehousing are all projected to be among the state's top employment sectors by 2030.[28]

Jobs in these sectors are often among the lowest paying in the state. For example, hourly wages for many occupations in Accommodation and Food Services fell below $16 and $18 per hour, just above the state minimum wage.[29]

Median hourly wages in Transportation and Warehousing (which include Heavy and Tractor-Trailer Truck Drivers) were higher, falling closer to $25 and $26 per hour.[30] However, entry barriers coupled with job quality concerns in trucking (high cost of obtaining a commercial driver's license, unpaid waiting times on the job, misclassification, and stagnant wages) have served as deterrents to filling demand.[31]

### Challenges for High Road Workforce Development

Inequities in job quality and access to the growth industries in the state pose challenges for equitable workforce development and growth, which the CWDB High Road programs address through four kinds of intervention: 1) Lift All Workers to the High Road; (2) Professionalize

---

[27] See e.g., The stakes for workers in how policymakers manage the coming shift to all-electric vehicles | Economic Policy Institute (epi.org)

[28] For full detail, visit Employment Projections (ca.gov), select Long-Term Projections, and sort by Projected Year Employment Estimate, 2030.

[29] See CA-OEWS-California Statewide-2023.xlsx (live.com) for estimated wages for Q1 of 2023 in California.

[30] Ibid

[31] The Great American Trucker Shortage Isn't Real | Time; Truck Stop: How One of America's Steadiest Jobs Turned Into One of Its Most Grueling - The Atlantic.

Precarious Work; (3) Democratize Access to High-Quality Middle-Skill Jobs; and (4) Participatory Plan the Low-Carbon Economy.

Many lower-paying service fields—home health and residential care, food service, and retail— are the very areas in which growth exists. The pandemic heightened public awareness of the types of non-pay-related hardships workers faced in frontline, shift-based, and service jobs: health and safety risk; emotional labor from the need to confront or manage often irate customers or clients; and the virus itself. The potential for exploitation in these jobs is high.

***First Challenge***
A first challenge, therefore, is: How can workforce development prepare workers for in-demand jobs and facilitate mobility in pay?

Where jobs are middle-skill and good-quality, equity of access poses a challenge. These jobs are often in construction and may be accessed without a four-year academic degree through a registered apprenticeship, which has the benefit of providing earnings while gaining skills. However, in California, only 9 percent of apprentices are women, and white and Hispanic males dominate.

***Second Challenge***
A second challenge is: How can the workforce improve equity of access to already good and middle-skill jobs?

Emerging sectors represent a new arena and challenge for future-oriented workforce development. How can the state meet the demand for training in sectors that are only now coming online, like offshore wind energy or lithium extraction?

***Third Challenge***
The final challenge is: How can workforce development foster training in new low-carbon sectors that will meet employer needs and worker job quality?

Overarchingly, CWDB programs recognize that jobseekers, particularly those from structurally disadvantaged populations, have needs that must be addressed before they can meaningfully focus on obtaining a job.

In this section, we clarify the principles that guide workforce development in a High Road vision. Subsequently, we address the four types of intervention that will allow us to achieve these principles practically as we meet the economic demand discussed above.

**Three Principles of High Road**
California's High Road vision for the state's workforce development system embodies the principles of job quality, worker voice, equity, and environmental sustainability. Implementing this vision through policy, programs, and other practices will benefit workers, job seekers, and industry as well as the state's workforce development system.

***Job Quality***

High Road employers provide quality jobs, compete based on the quality of their services and products, invest in a skilled workforce, and engage workers and their representatives in the project of building skills and competitiveness. At a minimum, quality jobs are characterized by family-supporting wages, benefits, safe working conditions, fair scheduling practices, and career advancement opportunities that are transparent.

In practice, job quality means strategically supporting California's leading high road employers and connecting individuals to the best jobs to the greatest extent feasible. This includes supporting industry sectors where low-wage jobs are predominant as long as there are high road employers willing to invest in workers' skills and/or develop career pathways.

Orienting the workforce development system toward job quality serves job seekers and workers by placing them in employment that allows them to sustain a high quality of life for themselves, their families, and the broader community that depends on their earnings. It also levels the industry playing field by rewarding employers who follow the rules (e.g., no wage theft or worker misclassification) and compete based on quality and respect for those who help create value.

Lastly, job quality serves the workforce development system and broader public sector by protecting investments in training (i.e., ensuring that money spent on training workers is not lost as a result of turnover), an endemic problem in low-road industries and sectors.
An important guarantor and component of job quality is the presence of worker voice. As the former, worker voice refers to the ability of workers to communicate concerns and feedback comfortably and effectively on the job without fear of retaliation. This is obviously necessary to ensure that any violation of job quality is remedied and that workers meaningfully share power on the job. Structurally, this takes the form of employer union neutrality and lack of action to impede worker organizing.

As an element of job quality, worker voice describes the inclusion of worker input in production processes. It represents a participatory employment model grounded in research findings that employers stand to gain from worker knowledge. Even in traditionally low-wage fields, treating workers as partners yields economic benefits: a Harvard study of a Fortune 500 retailer found that every dollar increase in pay translated to over 100 percent gains in productivity.[32] Further research out of the Massachusetts Institute of Technology (MIT) Good Jobs Institute on supermarkets and convenience stores zeroes in on just how this works: employers who pay higher wages and incorporate frontline worker input into processes (like how to standardize delivery ordering) see cost reduction via reduced turnover; labor productivity gains (from better-motivated workers and increased efficiencies facilitated through better communication, etc.); and other forms of competitive advantage.[33]

---

[32] Emanuel, N. and Harrington, E. (2020). The Payoffs of Higher Pay: Elasticities of Productivity and Labor Supply With Respect to Wage. Working paper. emanuel_jmp.pdf (harvard.edu)
[33] Ton, Z. (2017, Nov, 30). The Case for Good Jobs. Harvard Business Review. The Case for Good Jobs (hbr.org)

It begins with a recognition of the wisdom of workers who know their jobs best and by building an industry-driven skills infrastructure where industry means both employers and workers and their representatives. Structurally, this takes the form of incorporating worker feedback into trainings, forms of profit-sharing, or even cooperative ownership.

By investing in and promoting planning with workers and management at the table, California is supporting partnerships that develop industry-led solutions to critical challenges and opportunities, such as:

- Assessing current workforce gaps due to forthcoming retirements, job quality concerns, and/or insufficient training capacity;
- Addressing expected changes as a result of technology deployment including, but not limited to, automation and artificial intelligence; and
- Maintaining or increasing competitiveness in anticipation of, or in response to, market forces such as new laws and regulations as well as global trade effects.

Worker voice is also essential to workforce development policy and practice in order to ensure that investments in training and credentialing are connected to meaningful career advancement. In addition to benefitting workers and employers, career advancement is necessary to create opportunities for new, entry-level workers, which is the basis for equity and inclusion within California's High Road vision.

The benefits and impact associated with worker voice are multiple and broadly shared. Workers can experience better working conditions and a greater sense of value and ownership on the job and within the firm by helping make decisions that affect their livelihoods, both present and in the future. Individual firms and whole industry sectors benefit from developing new standards that can improve consistency in work and training and support higher productivity. By focusing on developing robust solutions to critical issues identified by the industry, worker voice helps build a culture of continuous learning and collaboration, which is critical as industries change and advance over time.

Decision-makers and the public sector also gain from the more widespread practice of joint labor-management planning and partnership. Gains include improved ability to manage limited resources for enforcement of employment laws (e.g., laws pertaining to wage and hour as well as health and safety) and deeper input and institutional investment in developing safeguards for workers and communities coping with disruption linked to environmental constraints, technological change, and other forces affecting employment, skills, and competitiveness.

In sector strategies, workers are not necessarily partnership stakeholders. By contrast, in High Road Training Partnerships (HRTPs), workers are integral partners.

*Equity*

Existing social, economic, and institutional bases of inequality mean that economic outcomes are stratified according to race, ethnicity, disability, and gender. The high road vision and agenda, therefore, emphasizes equity in workforce development, with the aim of systematically generating greater opportunity for Californians who have been locked out of the mainstream economy, are under-represented in high-wage occupations and industries, and/or face multiple barriers to quality employment.

Equity also means respecting and valuing the work done by immigrants, people of color, and other populations facing marginalization that is often overlooked by workforce development resources. Particularly in industries where low-wage jobs are predominant, equity strategies emphasize upskilling and professionalization that helps standardize the work and training and value and compensate workers for new skills acquired through training and certification.

This vision of equity inherently involves the participation of employers and often of consumers, as strategies for the professionalization of non-professional or informal work (like janitorial work) often take the form of securing industry "buy-in" to a higher-cost product (a contract with a janitorial company whose workforce is certified in the use of environmentally friendly products for example) in exchange for some perceived gain in the quality of what is purchased (building energy savings, for example).

A number of practices are required to achieve greater equity in labor market outcomes, including increased partnerships with CBOs. CBOs are often grounded in and provide critical resources to marginalized communities, which makes them invaluable partners in furthering an equitable High Road agenda. ETA's "State Equity Reports" also provide a valuable new tool for California to evaluate and model effective strategies to promote equity and inform the state's WIOA planning and workforce development initiatives.

*Climate and Environmental Sustainability*

In addition to job quality, worker voice, and equity, California's High Road vision for workforce development addresses issues pertaining to environmental sustainability, particularly climate change. This is based on a recognition that climate change has serious implications for the state's economy and that its impacts disproportionately impact low-income communities and communities of color.

With respect to economy-wide implications, every occupation and industry—to varying degrees —is impacted by climate change and/or has an effect on the environment and climate. Moreover, California's transition to a carbon-neutral economy is reshaping whole industry sectors, including the occupations and employment within those sectors, as well as the knowledge and skills required. Accordingly, High Road workforce development—through sector-based High Road Training Partnerships—considers job growth, job loss, and changes in the nature of work associated with environmental change and related policies and investments. To this end, special attention must be paid to industry sectors that are on the frontlines of the transition to a carbon-neutral economy (e.g., energy generation and distribution, buildings and

construction, vehicle and components manufacturing, and forestry services and agriculture) while ensuring that programs and investments continue to address workforce development economy wide.

**Implementing High Road Workforce Development: Four Interventions[34]**
Since the previous planning cycle, CWDB has had time to reflect on the practical implications of policy to meet these four principles.

Out of this process of reflection, four distinct interventions have crystallized: Professionalizing Precarious Work, Democratizing Access to Good Jobs, Participatory Planning for the Low-Carbon Economy, and Lifting Workers to the High Road. Each intervention addresses shortcomings in one area of the labor market to facilitate achieving the unified goal of CWDB policy, which is to attain high levels of all four principles for all workforce participants.

Although High Road is one policy vision, implementation translates to several types of interventions that address the specific impediments to High Road in various areas of the labor market. Each High Road intervention can be seen as acting upon different levels of the four principles. Where jobs already pay well and offer good benefits, security, and other non-wage amenities, Job Quality can be said to have been reached. However, if these jobs are not broadly accessible, such that levels of racial and gender diversity are low, then equity cannot be said to have been achieved. Likewise, if participants are getting jobs but the terms of employment offer little protection against arbitrary firing, fail to protect worker health and safety, and/or pay unlivable wages, then Job Quality (and Worker Voice) has not been achieved. Finally, jobs must meet requirements for the low-carbon economy if the benefits they provide to workers, businesses, and citizens are to be sustainable.

The four interventions are complementary approaches that use demand- and supply-side levers to achieve uniformly high levels of the Principles of High Road: Job Quality, Equity, Worker Voice, and Environmental Sustainability, across the labor market.

As will be clear, the fulcrum of all this work is *partnership*: All four interventions require the alignment of worker needs with employers and training partners (e.g., to design curriculum and scheduling that enables entry workers to ascend to higher jobs; to foster employer agreements to honor skill certifications; and to align labor and employer groups to plan for new jobs in low carbon sectors).

Three other "essential elements" are also characteristic of High Road training projects. These are *industry-based problem-solving* involving joint participation of workers and employers, facilitation of worker voice in the employment relationship, and ongoing training design. Together with partnerships, these facilitate *training solutions that are aligned with industry and worker need*.

---

[34] Phyllis Jeffrey, Ph.D. "On the High Road: Making Markets Work for People and the Environment" (California Workforce Development Board, forthcoming).

***Professionalizing Precarious Work***

One striking observation from LMID's Ten-Year Occupational Projection data is that seven of the top ten occupations by numeric projected growth by 2030, currently pay at or marginally above the California minimum wage in 2023 of $15.50.[35] A High Road agenda means acknowledging that it is not enough just to make high-paying jobs more accessible; if the backbone of the state economy is going to be service jobs, then part of the task of High Road workforce development planning is to improve the quality of the jobs themselves.

In these fields, which include home health, retail, and food service, job accessibility is not a problem. Jobs may require no or minimal certifications, and data reveals the overrepresentation of women, immigrants, and people of color.

In some fields, the quality of work is almost directly inversely related to the diversity of the workforce, such as healthcare (discussed above).

Problems center around the quality of work. Not only median pay, but provision of benefits, levels of job security (measured by retention rates), worker voice, and autonomy over performance of work tasks are usually low. Work arrangements may differ markedly from a standard model of full-time hours, stable pay, and benefits.[36] Workers may be subject to health and safety risks and/or lack the ability (linguistic, legal, or other barriers) to voice concerns. Paths to upward mobility may be blocked due to the unpredictability of schedules, which impedes enrolling in training or education to advance.[37]

In such fields, the goal of policy *is to raise the profile of an occupation itself*. Projects introduce certification standards in traditionally informal fields to professionalize these occupations while working with interested employers or employer representatives to ensure that the certification is industry-relevant and representative of a real set of skills translatable to pay or other job quality premia. Often, the content of these additional skills is in eco-friendly or green techniques, procedures, or knowledge that are already becoming necessary as California

---

[35] At the time of drafting in late 2023, the California minimum wage is $15.50/hour. On January 1, 2024, the state minimum wage undergoes an increase to $16/hour. For further detail, please see: California's Minimum Wage to Increase to $16 per hour in January 2024 | California Department of Industrial Relations. Employment Projections (ca.gov). Home Health and Personal Care Aides (the top growth occupation) pays $15.21/hour, Fast Food and Counter Workers make $15.61/hour, Cashiers earn $15.00/hour, Retail Salespersons, $15.34, Farmworkers and Laborers, $15/hour, and Waiters and Waitresses, $15.51/hour. (The occupations with median pay below current statewide minimum wage are explained by the fact that wages are from Q1 of 2022). See: Employment Projections (ca.gov).

[36] Non-standard forms of employment (Non-standard forms of employment) (ilo.org)

[37] Low-wage Work Uncertainty often Traps Low-wage Workers - Center for Poverty and Inequality Research (ucdavis.edu); Hard Times: Routine Schedule Unpredictability and Material Hardship among Service Sector Workers | Harvard Kennedy School

encounters a vast array of climate-focused targets and deadline dates in its transportation, energy, and other sectors.[38]

Projects within this intervention type may especially use state strategies that include Career Pathways (e.g., removing barriers to mobility for those in entry positions like CNA, to higher pay jobs like LVN, by working with partners to facilitate timing of coursework and clinical hours), as well as Fostering Workforce Standards (for instance, facilitating employer group agreement to honor new kinds of skill certifications like Green Janitor to merit higher pay).

### Democratizing Access to Good-Quality Middle-Skill Jobs

A second area of economic and employment importance is work in the skilled trades, with the construction sector projected to grow 13.2 percent by 2030.[39]

Commercial construction jobs offer a middle-skill-level good-quality job, typically providing family-sustaining wages, benefits, and security. However, diversity remains low. Therefore, High Road projects intervene to *provide equity of access* and *increase the representation* of women, immigrants, and persons of color in already good jobs. In other words, here the demand-creating mechanism for high-quality work already exists. The intervention necessary is to ensure that the individuals filling that demand are diverse.

The best example of this is the approach of pre-apprenticeship training under the Multi-Craft Core Curriculum (MC3) through the High Road Construction Career (HRCC) program.

Apprenticeship in building trades provides guaranteed access to high-paying, benefits-providing employment in commercial construction, where quality is more or less ensured via high levels of unionization as well as the existence of public works contracts, which mandate carry requirements that contractors pay prevailing wage.[40] But access to apprenticeship has traditionally been limited: word-of-mouth notification of openings and enrollment processes and a traditionally insular culture have made trades apprenticeship limited to the social networks of current construction workers and apprentices, reproducing the demographics (largely white and male) of existing trades workers and shutting women and people of color. Currently, only 9 percent of registered apprentices in the state are women, and although Latinx individuals represent the largest share of apprentices, the numbers of Black, Asian, and Native American apprentices are low.[41]

The HRCC program offering the MC3 provides an entry point for individuals who may be interested in trades apprenticeship, including those from underserved populations. Since the passage of Assembly Bill (AB) 2286 in 2018, the MC3 curriculum was enshrined in state law as

---

[38] For instance: *Executive Order N-79-20, requiring 100 percent of in-state sales of new passenger vehicles and drayage trucks to be zero-emission by 2035, with medium- and heavy-duty vehicles to follow in 2045; and SB 32, requiring CA to reduce its greenhouse gas emissions to 40 percent below 1990 levels by 2030.*

[39] Employment Projections (ca.gov)

[40] See Section 1720 of the Labor Code on requirements associated with Public Works.

[41] Registration Dashboard | Tableau Public

the required definition of "pre-apprenticeship" using federal workforce dollars,[42] and subsequent state funding opportunities (such as SB 1) also mandate the MC3 standard.[43] These legal requirements provide a pipeline for underrepresented groups into trades apprenticeships. Meanwhile, Community Workforce Agreements create direct demand for apprentices from underrepresented populations.

The MC3 curriculum is designed to achieve equity and job quality goals.  MC3's breadth is deliberate, offering foundational training in skills necessary for a variety of trades. This breadth is grounded in the theory that broad-based training favors the interest of workers, who gain the freedom and mobility to enter various related fields and occupations. MC3 also provides education in prerequisite skills like mathematics to ensure all graduates have a shared foundation regardless of the quality of education they previously had access to.

Another way that projects have removed barriers to entry into the trades over the last three years has been by providing participants with additional instruction in math and English—two proficiencies identified by industry partners as obstacles to high-paying mechanical trades such as electrical work. During the pandemic, some HRCC projects, such as Valley Build in Fresno, worked creatively to expand their programmatic offerings via online instruction.

Strategies in this intervention type hinge on the Earn and Learn approach of apprenticeship; as well as the demand guarantee for apprentices from underrepresented groups represented by Workforce Standards like Community Workforce Agreements.

HRCC projects are organized in relation to local and regional demand which is facilitated through their partnership with local Building Trades Councils to ensure appropriate numbers of enrollments into the MC3 curriculum to meet regional demand for apprentices.

### Participatory Planning for the Low-Carbon Economy
A third High Road intervention concerns planning for jobs in emerging industries as the state transitions to a low-carbon economy. This includes jobs in the production and maintenance of zero-emission vehicles and charging infrastructure, jobs in emerging non-fossil-fuel energy (offshore wind, solar), in the mitigation and management of consequences of climate change (line clearance tree trimming), and dismantling of the former fossil fuel industry (oil well capping, building decarbonization).

---

[42] Bill Text - AB-2288 Apprenticeship programs: building and construction trades. (ca.gov); AB 2288 modified CUSB1 Workforce Guidelines, High Road Construction Careers IC Section 14230(e) to require the State Board and each Local Board to ensure that WIOA funds respectively awarded by them for pre-apprenticeship training in the building and construction trades, fund programs and services that follow Multi-Craft Core Curriculum (MC3). The law also requires that providers of pre-apprenticeship programs funded with WIOA funds help increase the representation of women in those trades by developing a plan for outreach and retention of women in these pre-apprenticeship programs. See: Directive-Quality Apprenticeship and Pre-Apprenticeship Opportunity (ca.gov)
[43] SB1 Workforce Guidelines, High Road Construction Careers, p. 4

Here, the challenge is to build partnerships and capitalize upon common industry-worker-environmental goals to ensure that training and job planning *meet the needs of industry for appropriately trained workers and the needs of jobseekers for accessible and high-quality jobs.*

Key activities and deliverables include industry and regional analyses to better understand the workforce's needs and securing legally binding agreements such as project-labor and community workforce agreements to ensure that jobs will be created that adhere to quality standards.

A good example comes from the Offshore Wind High Road Training Partnership (HRTP). This project, which seeks to fill workforce training needs and identify employment opportunities in the nascent offshore wind industry in California, is focused on forging the partnership infrastructure to co-manage both the quality and access to jobs in a sector where the technology to be used is still being demoed, and legal-jurisdictional hurdles still being overcome. The demonstration project, CADEMO, is not anticipated to be operational until 2027. Specific activities include building consensus for project labor and community benefits agreements.

Here, the importance of Workforce Standards and Sector Strategies becomes key—as these interventions hinge on planning to meet market demand with quality jobs in the future.

***Lifting All Workers to the High Road***
Finally, all CWDB programs and efforts emphasize a type of supply-side intervention that centers on equity by focusing supportive services and training on individuals who are the most structurally disadvantaged.

Programs focusing on aiding the most barrier-facing populations, include Breaking Barriers, Prison to Employment, and Helping Justice-Involved Reenter Employment (HIRE). Here, individuals who have faced incarceration, homelessness, and other substantial barriers are treated with a whole-person approach that emphasizes addressing all needs in an individual's situation to find them employment in a high-quality job.

A related focus of data efforts is to capture the interim and pre-employment gains (stable housing, financial literacy) that are necessary prerequisites to meaningful job seeking.
It is also visible in the emphasis of the MC3 curriculum on literacy and mathematical education, which ensures all participants gain an equal starting place and overcome inequities in prior education received.

Supportive services represent a key strategy here. Barrier-facing participants are likely to require assistance with needs adjunct to or prior to looking for a job: having stable housing, a way to get to and from work or training, legal assistance, and access to childcare are vital considerations for those who have faced extreme poverty and/or recent incarceration, homelessness, or other challenges.

All CWDB programs lift the most barrier-facing workers to the High Road vision.

## Policy Objectives

California intends to use the High Road workforce development agenda identified above to advance progress on three main policy objectives. These objectives impact both state-level policy and administrative practices across programs, as well as local policy and service delivery.

*Fostering demand-driven skills attainment:* Workforce and education programs need to align program content with the state's industry sector needs to provide California's employers and businesses with the skilled workforce necessary to compete in the global economy.

*Enabling upward mobility for all Californians:* Workforce and education programs need to be accessible for all Californians, especially populations with barriers to employment, and ensure that everyone has access to a marketable set of skills, and is able to access the level of education necessary to get a good job that ensures both long-term economic self-sufficiency and economic security.

*Aligning, coordinating, and integrating programs and services*: Workforce and education programs must economize limited resources to achieve scale and impact while also providing the right services to clients based on each client's particular and potentially unique needs, including any needs for skills development.

### Fostering Demand-Driven Skills Attainment

California recognizes the critical importance of improving the workforce and education system's ability to meet the skill demands of employers in industry sectors that are driving regional employment. This includes identifying opportunities to move workers up a career ladder using targeted incumbent worker training while also moving new hires into jobs using strong employer engagement practices, relevant training investments, and supportive services.

Apprenticeship is a key strategy for meeting California's workforce development needs. Governor Newsom has set an aspirational goal of 500,000 earn-and-learn apprenticeships in California by 2029.  To reach the goal, the state must re-examine how state-approved apprenticeships are developed, approved, and executed and ensure that employers, apprenticeship training providers, and the workforce system are aligned. Integral to meeting this goal, the state will need to continue focusing on addressing gender imbalance in the building trades, as well as increase its focus on opportunity youth (especially youth who are or have been in the foster care or juvenile justice systems or are homeless or housing insecure) and creating greater access to apprenticeship and pre-apprenticeship programs for these populations.

It is important to note that an apprenticeship is a job; therefore, to create an apprenticeship, an employer must be willing to hire *and train* a worker in a structured program while also paying livable wages. While federal and state funds can cover some of the expenses for establishing new earn-and-learn opportunities, the costs of on-the-job training (in non-construction

apprenticeship training) are primarily borne by the employer in the form of wages paid. Therefore, any effective strategy for scaling apprenticeship must put industry at the center.

California will continue to invest in existing successful programs that have achieved a co-equal and successful labor-management approach to scale them up while also creating new programs that involve meaningful partnerships between employers, workers, and the workforce system that treat each partner fairly.

**Enabling Upward Mobility for All Californians**
California believes that diversity is a strength, and advancing equity is an economic and moral imperative. Creating a workforce and education system that provides upward mobility for all Californians benefits the economy and fulfills the state's promise to recognize the ability of everyone who lives in California to participate and thrive in the workforce. To ensure that everyone has access to a marketable set of skills and the level of training necessary to get a quality job that provides long-term economic security and self-sufficiency, the services provided must be centered on each individual's unique needs.

For some individuals served by the workforce system, especially dislocated workers with an in-demand skillset, finding a good job may require only access to information about which employers are hiring in their Local Area or region. However, the state recognizes that individuals with significant barriers to employment may need multiple interventions and access to various services provided over an extended period to find and enter a good job.

In alignment with the Governor's priorities, California will continue to support the provision of wraparound services for individuals with barriers to employment, with an increased emphasis on the following populations:

*Individuals with Disabilities*
In 2023, 31 percent of employed persons with a disability had attained a bachelor's degree or higher. A breakout of this collective level of educational attainment of employed persons with a disability is as follows: bachelor's degree (113,800), master's degree (52,100), doctorate degree (14,600), and professional degree (9,600). One out of every five persons with a disability (22.6 percent) held a high school diploma or general education diploma. In addition, 56,100 employed persons with a disability had not completed high school.

The CWDB and the DOR have a thriving partnership and continue to look for opportunities to expand their partnership work. The CWDB serves on several DOR committees, including the Assistive Technology Advisory Committee, the California Youth Leadership Forum, and the California Committee on the Employment of People with Disabilities (CCEPD).

The CCEPD releases an annual report on the employment of people with disabilities. Throughout 2023, the CCEPD held a series of listening sessions with local workforce areas statewide to collect information on their highlights and challenges when serving people with disabilities. The CCEPD compiled a best practices toolkit from these listening sessions to help

promote and replicate service delivery practices and policy recommendations that support employment outcomes for people with disabilities.

In May 2023, the CCEPD approved a [Workforce Best Practice Toolkit](), which was submitted to the DOR and the EDD. While primarily developed for workforce development boards and America's Job Centers of California (AJCCs), this toolkit has useful information to benefit any workforce partner. The toolkit recommendations are intended to encourage workforce partners to replicate best practices as needed in their organizations and highlight models that can often be used within organizations.

This toolkit is organized into the following topics:
- Accessibility and Accommodations
- Benefits Planning
- Co-Enrollment and Cross-Training
- Customer Centered Design
- Employer Engagement
- Funding
- Workforce Readiness Skills Development

In August 2023, the CCEPD approved the workforce best practices policy recommendations and submitted them to the DOR and the EDD for informal feedback. The CCEPD held a webinar on November 8, 2023, to present an overview of the toolkit designed to encourage workforce areas to adopt best practices in serving people with disabilities and more opportunities to develop partnerships with workforce and disability-focused organizations.

There are several opportunities that the CWDB will begin to develop:
- Work with the CCEPD to highlight and expand best practices for service delivery for people with disabilities.
- Research programmatic accessibility to understand the continued low participation of individuals with disabilities in workforce development programs.
- Identify specific strategies for competitive integrated employment (CIE) for job seekers with disabilities.

### *Immigrants*

Immigrants, regardless of status, contribute significantly to California's robust and growing economy. Immigrants comprise over one-third of California's workforce, and undocumented immigrants represent one in ten of California's workers.[44] However, immigrants are particularly vulnerable to experiencing increased barriers to economic opportunity, such as language access, childcare and transportation services, work authorization requirements, and the cultural competency of staff. Consequently, the state workforce and education system must acknowledge, value, and invest in the full potential of the immigrant community by expanding investments in education, workforce, and supportive services that are open to everyone,

---

[44] Joseph Hayes and Laura Hill. [Undocumented Immigrants in California](). Public Policy Institute of California.

regardless of status. Accordingly, California has made state investments to expand workforce and support services to the state's immigrant workers while also issuing guidance to the local boards limiting administrative barriers to WIOA services where possible, including work authorization verification, as recommended by recent ETA guidance (TEGL 10-23).

### Justice-Involved

California releases approximately 40,000 people from the state prison each year, a portion of whom have received in-prison job-training rehabilitative services. Individuals involved with the justice system face significant barriers to obtaining economic mobility. They benefit from increased collaboration between the education, training, workforce development, and community-based systems to enhance reentry employment opportunities. As detailed in California's Corrections-Workforce Partnership Agreement, more coordination is needed between the corrections and workforce system, including a formal and sustained relationship to better integrate services operating in isolation and to fill gaps and provide holistic and long-term outcomes to reduce recidivism.

### Homeless or Housing-Insecure

California is facing a homelessness epidemic across the state; in fact, homelessness in California impacts every region and county of the state, regardless of its characteristics (i.e., rural, suburban, urban). It is also crucial that the state acknowledges that housing insecurity and homelessness intersect with all other barriers and even exasperate disparities amongst highly-barriered populations. For instance, youth who identify as Black and Indigenous People of Color (BIPOC) and those who identify as lesbian, gay, bisexual, transgender, or questioning (LGBTQIA+) experience some of the highest rates of homelessness.[45] Additionally, the 2022 Homeless Point-in-Time Count report, which is published annually by the federal Department of Housing and Urban Development, stated a particularly large increase in the share of Californians experiencing homelessness who are Latinx.[46]  Racial disparities reflect both past and present policies that have created educational, housing, economic, and health barriers for people of color, all of which directly impact an individual's ability to obtain and sustain stable, affordable housing.

In July of 2023, the California Budget and Policy Center released a report[47] indicating evidence-based interventions, including affordable housing, supportive services, rental assistance, and eviction prevention. While additional state resources have been allocated to stem the increase in homelessness, opportunities to deliver a comprehensive cross-system response remain. For people experiencing or at risk of homelessness, creating a continuity of services between workforce and Continuum of Care (CoC) programs[48] could provide the critical link necessary for long-term stability and success.

---

[45] National Network for Youth. *LGBTQ+ Youth Homelessness*.

[46] Davalos, Monica. *Homelessness in California: A Statewide Challenge*. California Budget and Policy Center.

[47] Ibid.

[48] The US Department of Housing and Urban Development defines CoC programs as those that are designed to promote communitywide commitment to the goal of ending homelessness by providing funding for efforts by nonprofit providers and state and local governments, as well as promoting access to, and effective utilization of, mainstream programs by homeless individuals and families.

*Youth*
The California unemployment rate in 2023 among youth ages 16 to 19 is roughly 14 percent, and 8 percent amongst youth ages 20 to 24. For youth with multiple barriers to employment, this puts them at even greater risk of poverty and widening income inequality.

WIOA expresses an important intention to focus on the most disconnected youth and young adults. Unfortunately, the construction of the law and resulting interpretations create distinctions (e.g., in-school youth vs. out-of-school youth) that are not reflected in young people's lived experiences. These distinctions force youth and young adults most likely to leave high school before earning a diploma or otherwise become disconnected to leave the one place we want them to be, school, before they are eligible for these services.

In 2020, 11 percent of California's youth ages 16 to 24 (roughly 535,000) were disconnected from school.[49] Youth of color become disconnected (i.e., they were not attending school or working) at higher rates than white youth due to disparities in school and neighborhood poverty rates, which are the primary contributors to disconnection. Students of color are more likely to attend high-poverty schools and live in areas with concentrated poverty because of historical racial segregation and discriminatory housing, banking, and hiring practices.[50]

Because of this, the state is continuing to work on updating and creating less reactive policies and prioritizing proactive solutions for youth at the highest risk of imminent education and workforce disconnection, including those involved with the foster care and justice systems and those experiencing homelessness, despite the tight correlation between system-involvement and early school departure, adult justice system engagement, and homelessness.[51]

Culturally competent interventions, trauma-informed care, and a whole-person or family approach to system alignment across all safety-net programs present a clear opportunity for effectively reducing disparities among youth. Additionally, systems of care must be responsive to the diverse emotional, psychosocial, and behavioral needs of youth, especially those who have interacted with multiple systems (e.g., foster care and juvenile justice), to increase the likelihood of positive employment outcomes and effectively begin tackling generational poverty.

**Aligning, Coordinating, and Integrating Programs and Services**
California has dedicated a significant amount of time and resources toward strengthening the alignment in its workforce and education programs by creating and implementing interagency partnerships between the large number of different state agencies that oversee WIOA programs. The primary purpose of establishing these collaborative partnerships at the state level is to help support and encourage further alignment of the workforce and education

---

[49] Malka, Ari & Sainz, Robert. 2022 California Opportunity Youth Data Report: An Updated Analysis of California's Opportunity Youth.
[50] National Equity Atlas. Disconnected Youth: All Young People Should be Educated, Healthy, and Ready to Thrive in the Workforce.
[51] California Opportunity Youth Network. *Eliminating Barriers to WIOA Services for Systems-Involved Youth*.

systems at the regional and local levels. California believes that creating alignment at the state level through interagency partnerships is integral to achieving scale and impact on the ground. The purpose of routine discussions is to identify and address any unintended barriers between the various systems and ensure equitable access to services for all Californians.

These partnerships mobilize existing resources and expertise within respective agencies to advance regional collaboration efforts and service delivery efficiency and alignment. The partnerships address multi-faceted challenges and streamline the workforce development and education system to increase coordination and collaboration of policy development and implementation between state agencies. The interagency partnerships bridge connections for respective regional and local entities to initiate conversations, synchronize service provisions and delivery, and leverage available resources to their full potential.

The CWDB will achieve collaboration and coordination in service delivery through partnership agreements established with the following WIOA core, required, and strategic plan partner agencies:

- Title II - Department of Education
- Title IV - Department of Rehabilitation
- Senior Community Service Employment Program - Department of Aging
- Carl D. Perkins V Program - State Board of Education, Department of Education, and California Community Colleges Chancellor's Office
- Temporary Assistance for Needy Families and Supplemental Nutrition Assistance Programs - Department of Social Services
- Child Support - Department of Child Support Services
- Corrections Workforce Programs - Department of Correction and Rehabilitation and California Prison Industry Authority
- Competitive Integrated Employment - Department of Education, Department of Rehabilitation, and Department of Developmental Services
- Jobs for Veterans State Grants (JVSG)

***Partnership Engagement with Jobs for Veterans State Grant***
The CWDB is committed to formalizing a partnership with JVSG. The CWDB and the JVSG have met in a preliminary conversation and will continue to meet to formalize the partnership and establish common goals. The CWDB will prioritize creating a partnership deliverable with JVSG and provide this update within the Modification.

***Partnership Engagement with Educational Institutions and Other Education and Training Providers***
The CWDB partners with the California Department of Education (CDE) to encourage partnerships between Local Educational Agencies (LEA) and Local Workforce Development Boards (Local Boards). The CWDB and CDE help encourage Local Boards to participate in the Title II application reviews. The CWDB has Local Boards to help new LEAs become more familiar with CWDB's services. Additionally, the CWDB has the Regional Equity and Recovery Partnership grant focused on bridging the partnership between Community Colleges and Local

Boards. The CWDB works with the Chancellor's Office to align our programs and identify areas to support. Lastly, the CWDB holds quarterly learning labs where all Regional Equity and Recovery Partnership partners meet for information sharing, training, and ways to improve gaps in service.

## Assessment

### CWDB Approach to Assessment and Evaluation
CWDB's evaluation approach includes in-house assessment of grant programs and contracted evaluation work.

The broad questions that all CWDB assessments and evaluations seek to answer are:
1. Are the workforce development trainings provided through the different CWDB grants and programs effective and appropriate for various sub-populations?
2. Do participants in the different CWDB grants and programs' workforce development trainings improve their outcomes regarding employment and wages?

Whether the assessment is conducted by third-party evaluators or by CWDB research specialists, the general approach taken to answer the above questions is to undertake both quantitative and qualitative analyses, applying the most appropriate research design using a mixed-methods statistical approach that involves a combination of in-depth interviews, surveys, document analysis, and inferential statistics.

Also, the CWDB research team has been extensively involved in the data collection and reporting processes and procedures, including within all CWDB grant work.

## State Strategy: Seven Strategies to Realize High Road Interventions
To ensure ongoing alignment between the various government agencies responsible for administrating the state's workforce and education system, the CWDB and its state partners will utilize the following seven strategies to frame, align, and guide program coordination at the state, regional, and local levels.

### Policy Strategies
1. Sector Strategies
2. Career Pathways
3. Regional Partnerships
4. Earn and Learn
5. Supportive Services
6. Creating Cross-System Data Capacity
7. Fostering Workforce Standards

These seven policy strategies are evidence-based and have been shown to ensure effective delivery of services and increase the likelihood that those who receive services obtain gainful employment. The information below provides the overarching policy rationale for each of the strategies. Concrete examples of how the strategies will be implemented throughout the state

vary from partner to partner. For that reason, California chose to establish bilateral partnership agreements among WIOA core and required program partners, such as vocational rehabilitation and adult education, which detail concrete goals associated with each of the strategies. Those objectives are outlined under the operational elements portion of the plan.

California will use vehicles such as partnership agreements, joint taskforces, joint listening sessions, joint policy development, and ongoing conversations to ensure that the strategies identified are implemented in a way that provides integrated access to our shared customers—people with disabilities, formerly incarcerated people, veterans, immigrants, refugees, foster care youth, etc.

**Sector Strategies**

Sector strategies are policy initiatives designed to promote the economic growth and development of a state's competitive industries using strategic workforce investments to boost labor productivity. The strategic focus is on prioritizing investments where overall economic returns are likely to be highest, specifically in those sectors that will generate significant gains in terms of jobs and income.

Sector strategies seek to align the interests of workers and industry, starting from "the assumption that there are efficiencies to be gained from collectively addressing the common skills needs of similar employers within an industry sector."[52]

This alignment restores the policy connection between economic development (e.g., regional job creation) and workforce development (regional skill development pathways) in a manner that addresses workers' needs for training for quality jobs and employers for a skilled workforce. This is particularly necessary in the contemporary context of a "fissured" labor market no longer characterized by vertically integrated firms (e.g., one firm manufacturing all components of a final product), but rather multiple firms producing component parts; sector strategies "increase coordination efficiencies to ensure that employers have access to skilled labor, and bring in worker input in a centralized manner."[53]

Targeting the right sectors is essential and requires that policymakers use economic and labor market data to determine which industry sectors are best positioned to make gains if investments in workforce development are made. Investment decisions are typically also contingent on the degree to which a sector faces critical workforce supply problems, for example, whether the industry faces or will face a shortage of skilled workers in a particular occupation and whether these shortages are a consequence of either growth or retirements. This focus is reflected in the work of High Road interventions of the four flavors described above in relation to industry needs.

A key element of sector strategies is the emphasis on industry and sector partnerships. These partnerships bring together multiple employers within a sector to find shared solutions to their

---

[52] Microsoft Word - Sector_Strategy_Final_Report_March_2017.docx (utexas.edu)
[53] UCLA Labor Center. "HRTPs: A Unique Sector Strategy."

common workforce problems. When done successfully, sector strategies can lead to mutually beneficial outcomes for business, labor, and the state by increasing competitiveness and growth, improving worker employability and income, and reducing the need for social services while bolstering government revenues generated by businesses and workers. Work by the University of California, Los Angeles Labor Center comparing traditional sector strategies with High Road projects finds important ways in which the latter are unique: first, High Road sector strategies also focus explicitly on partnering with proven "high-performance" employers, who are distinguished by their positive employment practices.[54]

Additionally, HRTPs are distinguished by "regional cross-cutting partnerships with open-ended planning agendas that bring employers, workers, labor-market intermediaries, educational institutions, and other community organizations to build collective capacity for sustainable, long-term regional social change across multiple policy domains."[55]

Crucially, High Road sector strategies also involve workers in a governance and design role in workforce development (training, etc.) to ensure both the presence of worker voice and that projects benefit from accumulated worker wisdom.[56]

**Career Pathways**

Career pathways are designed to facilitate incremental and progressive skills attainment over time in clearly segmented blocks, such that those who move through the pathway obtain education or training services built on the foundation of prior learning efforts. The objective is to provide a packaged skill set with demonstrable labor market value at each stage of the learning process. Key elements of successful pathway programs include the following:

- Varied and flexible means of entry, exit, and participation through multiple "on and off ramps" and innovative scheduling practices.
- Entry and exit points are based on student, worker, or client needs as well as educational or skill levels, allowing those with different skill levels to participate where appropriate.
- Flexible exit allows those who cannot complete a longer-term program the ability to build longer-term skills through short-term serial training efforts.
- Pathways programs are characterized by a high degree of program alignment and service coordination among relevant agencies, typically including adult education and basic skills programs, community college CTE programs, high school CTE programs, workforce development board programs, and social services agencies.
- The receipt of industry-valued credentials at each stage of training.
- Employer engagement to ensure that training and education are relevant to the labor market.

---

[54] High Road Training Partnerships | CWDB (ca.gov)
[55] Ibid
[56] Ibid

The existence of a career pathway also impacts the quality of a job: Low pay at entry level may be acceptable if a viable pathway allows an entrant to progress to a better-paying occupation in a defined amount of time. For example:

Some innovative strategies seek to address issues of blocked access and mobility by convening employers and educational institutions to create pathway programs into nonclinical and clinical positions. For instance, the Shirley Ware Education Center, which is an affiliate of the Service Employees International Union (SEIU)-United Healthcare Workers (UHW) and Joint Employer Ed Fund, has created a pre-apprenticeship program for incumbent environmental services (EVS) and food service workers and provide access for underrepresented populations to enter the healthcare industry. The training program, which has received funding under the California Workforce Development Board's High Road Training Partnerships Initiative, will eventually lead to a registered apprenticeship for nonclinical incumbent workers to transition into clinical positions.

Meanwhile, the Center for Caregivers Advancement (CCA), in partnership with a set of Skilled Nursing Facility employers, as well as the Healthcare Career Advancement Program (HCAP) National Committee on Healthcare Apprentices (NCHA), is pioneering two apprenticeship programs to address both job quality and mobility issues experienced by workers in Skilled Nursing Facilities. These include an apprenticeship program for Certified Nursing Assistants and a second program to enable incumbent Certified Nursing Assistants to transition into higher-paying Licensed Vocational Nurse positions via on-the-job training and wraparound services while participants study to attain the licensure.

Career pathways programs are particularly useful in serving populations with barriers to employment because they can be packaged in a way that responds to population needs. Combining career pathway programs with sector strategies has the potential to help move populations with barriers to employment into the labor force while also meeting employer's workforce needs by providing disadvantaged individuals with a tangible and marketable skillset that is in-demand. For example, apprenticeships can provide industry-driven, high-quality career pathways where employers can develop and prepare their future workforce, and individuals can obtain paid work experience, classroom instruction, and a portable, nationally recognized credential.

**Regional Partnerships**
Labor markets and industry are both organized regionally. Organizing workforce and education programs regionally increases the likelihood that workforce and education programs are aligned to serve the needs of labor markets. Regional organizing efforts should aim to develop value-added partnerships that not only help achieve the policy goals of the partnership but also help partners achieve their organizational goals.

Regional partnerships can be mutually beneficial when they are set up to leverage each partner program's core competencies and subject matter expertise. When shaped in this manner,

regionally organized programs economize the use of scarce resources while also allowing program operators to take programs to scale, reduce administrative costs, and package and coordinate services based on specialization.

The objective of regional organizing efforts is not to create monolithic, one-size-fits-all, uniform workforce and education programs but rather to coordinate service delivery based on program strengths while also aligning partner programs with each region's particular labor market needs. The exact manner in which these partnerships come together will vary from region to region based on the unique circumstances that shape each region's workforce needs.

The High Road Construction Careers (HRCC) initiative is a good example of regional partnerships. HRCC supports 13 regional partnerships covering every county in the state. Each regional HRCC includes community-based organizations, colleges, workforce boards, joint apprenticeship programs, and local building trades councils. These partnerships provide apprenticeship readiness training and supportive services that connect underserved communities with state-certified apprenticeship programs in the building and construction trades.

**Earn and Learn**

Earn and learn policies are designed to facilitate skills attainment while also providing those participating in these programs with some form of compensated work experience, allowing them to "earn" income while they "learn" to do a job. Because many WIOA customers have barriers to employment and cannot afford to attend an education or training program full-time because time spent in the classroom reduces time that can be spent earning income, earn and learn opportunities are an important strategy for success.

These programs include, but are not limited to, the following:

- Apprenticeships
- Pre-apprenticeships
- Incumbent worker training
- Transitional and subsidized employment
- Paid internships and externships
- Project-based compensated learning

The principles of earn and learn are broad enough to allow for flexible program design. As such, programs may be customized to serve clients based on their given level of skills and their particular educational or training needs. Transitional and subsidized employment programs can provide work experience to those who have none, facilitating the hiring of individuals that employers might not otherwise employ. Incumbent worker training serves the purpose of keeping the state's workforce productive and its businesses competitive. Similarly, pre-apprenticeship and apprenticeship programs can provide access to formal skills training opportunities in a variety of occupational fields that typically offer good wages and a middle-class income.

**Supportive Services**

Evidence suggests that skill-training programs accrue substantial and long-term benefits to jobseekers, particularly to women, low-skilled workers, workers with an outdated skill set, and workers with other barriers to employment. However, many of the clients served by the state's workforce and education programs face barriers to employment that also undermine their ability to complete a training or educational program that would help them upskill or reskill in a manner that increases their labor market prospects. Individuals often need access to a broad array of ancillary services to complete training or education programs and successfully enter the labor market.

Supportive services provided through the state's workforce and education programs include everything from academic and career counseling to subsidized childcare and dependent care, to transportation vouchers, to payment for books, uniforms, and course equipment, to substance abuse treatment, as well as benefits planning and assistive technology for people with disabilities. Supportive services may also include licensing fees, legal assistance, housing assistance, emergency assistance, and other needs-related payments that are necessary to enable an individual to participate in career and training services.

The combination of supportive services should depend on each individual's needs, background, capabilities, limitations, and eligibility criteria for various programs. The exact menu of services offered to program participants will vary from region to region and locality to locality and must be centered on what is best for the individual.

**Cross-System Data Capacity**

Part of implementing the vision outlined above is revisiting data systems and measures. Inherited systems and measures in CalJOBS are focused on the individual-level intervention model introduced by the Workforce Investment Act (1998). Such measures assume (1) the unemployed individual as the object of intervention and (2) job placement as the outcome goal.

Measuring the efficacy of the interventions described above requires developing new measures and data sources—for instance, many workers in projects focused on professionalizing service work incumbents. Also, in these sectors, employer compliance with labor standards (health and safety, scheduling, and rest periods) may be as salient in measuring the quality of work as pay alone.

***CAAL-Skills***

[Cross-Systems Analytics and Assessment for Learning and Skills Attainment (CAAL-Skills)](#) is an interagency and multi-departmental data-sharing and program evaluation initiative that uses detailed information from federal and state-funded workforce, education, and human services programs to measure participation and associated outcomes for program participants.

CAAL-Skills is an unprecedented data effort that facilitates analysis by internal and external researchers of federal and state workforce and educational programs. CWDB utilizes data in

CAAL-Skills to develop public dashboards and enable contracted [evaluation of workforce programs.](#)

Through investments in the [CAAL-Skills workforce data governance system](#), a [study led by CPL](#) and published in August 2022 provides causal impact analysis for six out of ten job training programs included in the CAAL-Skills data and evaluation system.

In the 2.0 evaluation, research design will be refined to include an analysis of equity impacts, better capture impacts based on specific programs' objectives, include a specific focus on cohorts served during the COVID-19 shock and recovery, as well as adjust research design for those programs that could not initially be evaluated and broadening the scope of included workforce programs.

### *Development of State Grant Data Solution (SGDS) Pilot Measures*
In 2022, CWDB research staff developed SGDS, an Excel-based data reporting tool with a set of variables (participant information, services, outcomes) that more comprehensively captures the interventions made by all our programs.

SGDS follows the "lifecycle" of a grant participant and expands the data collected to ensure relevance to CWDB programs. Specific examples of expanded measures include measures for incumbent gains; inclusion of pre-employment "milestone" measures to capture gains (stable housing, literacy) that are prerequisite to employability; expansion of information on types of training; and questions surrounding employer benefits provided.

Independent of participant-level reporting, CWDB is also exploring the availability and potential uses of information at the employer level that could be used to measure the quality of employment practices (labor law compliance, labor relations, etc.).

### *Developing system-level measures (UCLA Labor Center High Road Evaluation)*
UCLA researchers are conducting Theory of Change exercises with grantees and have performed listening sessions with local boards to understand both (1) the intended intervention of each project and (2) how these participant-serving entities currently collect data and measure success to understand where state systems may stand to gain from their experience.

An intended deliverable in the UCLA High Road Evaluation is improved system-level measures, including employer-level, industry-level, and climate impact.

Researchers have also reviewed grantee narrative reports, producing recommendations for achieving more comprehensive qualitative information, including soliciting information about participant quality of life gains, employer practices, and feedback concerning the time frame in which data are collected. Based on this analysis and the Theory of Change exercises, researchers are developing questions to get at such difficult-to-measure outcomes as attitudinal change in employers, progress toward equity and job quality, and climate.

Further, researchers have performed Industry Analyses to identify the common characteristics and challenges that unite High Road projects within specific sectors (refining the typology introduced above).

Both sets of activities will ultimately culminate in improved measures, especially system-level outcomes.

An interim report with preliminary findings is expected in early 2024.

### *Partnering Toward a Data System Transition*

CWDB has been in meetings with developers for the transition to a Salesforce-based data system for state-funded grant programs.

CWDB has been managing the transition with stakeholder input through stakeholder meetings with a diverse sample of system users, including Local Boards and CBOs. Stakeholder meetings have been ongoing since summer 2023. CWDB staff also presented on the transition at the CWA Meeting of the Minds conference in September 2023 in Monterey, CA.

The Salesforce program recently launched for all non-WIOA funded CWDB programs.

### *Quantifying System-Level Environmental Impacts*

A final area in which CWDB is pursuing the development of measures is quantifying environmental impact.

With the insight that environmental benefits are a public good, CWDB has been exploring ways to capture and measure the benefits of our programs. Here, CWDB embraces a partnership-based approach, learning from grantees (for example, quantifying the energy savings to buildings employing janitors certified in green product use and measuring agricultural waste reduction) and the fruits of ongoing program evaluation.

CWDB is actively developing improved methods of capturing the environmental benefit of workforce programs.

### Workforce Standards

Workforce Standards are demand-side mechanisms or "levers" that can be broken down into pay, skill, and access or inclusion standards.

An example of a pay standard is the prevailing wage, a requirement in California attached to hiring for public works projects. Published pay levels ensure that contractors on these projects pay workers at a defined level.

Workforce standards also include skill certifications, educational credentials, licenses, and other skill standards for specific occupations or tasks that comprise a second type of labor standard. Many industries require skill certifications to obtain a license to legally practice an occupation, from highly educated professionals like architects and engineers to technical occupations requiring more limited postsecondary education, such as dental assistants and transit drivers.

Even when not legally required, "industry-recognized" skill certifications demonstrate a worker's competence and value to their employer and usually command higher wages. When skill certifications are required or expected as a prerequisite for certain occupations or significant tasks, they signal to the training and education community what skills are needed and valued in the labor market. In addition to signifying competence in the tasks required for performance, skill standards include proficiency in consumer and occupational safety protocols.[57]

In High Road projects, skill standards frequently seek to embed recognition of environmentally protective or climate impact mitigating skills as the source of the "value add" to consumers and employers (for instance, end-use consumers of agricultural products, building owners, and managers employing janitors).

Two good examples come from HRTP projects in agriculture and janitorial services, respectively. In the former, certification in agricultural waste reduction is being piloted; in the latter, janitorial workers are certified in green cleaning products and practices.

In both cases, a skill standard (formalized via a certification) is being created and promulgated, whose content is workers' knowledge of green skills and procedures. For entities (farms or building owners) who may seek to employ certified workers, the incentives include meeting state or local climate target measures and/or consumer recognition.

Finally, workforce standards extend to levers that intervene in the equity of job access. These are primarily Community Workforce Agreements and Community Benefits Agreements. Community Workforce Agreements (CWAs) are a variant of Project Labor Agreements (PLAs) and include collective pre-hire bargaining agreements with one or more labor unions setting the terms and protocols of project execution and worksite conditions. CWAs often set hiring targets for underrepresented groups. These "targeted" or "local" hire provisions typically include requirements to hire a certain minimum percentage of workers from zip codes that are near the project (known as "local hire") and/or from economically disadvantaged communities. Many CWAs also set hiring goals for underrepresented populations, veterans, and/or women, often by giving preference to graduates of pre-apprenticeship programs that target historically excluded groups and prohibiting work stoppages due to labor disputes.  Examples of CWDB work include fostering CWAs for pre-apprentices enrolled in the HRCC program to drive demand for workers of color and women.

Community Benefits Agreements are agreements between community stakeholders and a business bidding for a public contract that provides a variety of local employment and community benefits in exchange for community support for the project. Many Community Benefits Agreements are negotiated with a developer by broad-based local coalitions that include community, environmental, and religious organizations and labor unions. Though

---

[57] Putting California on the High Road: A Jobs and Climate Action Plan for 2030 (berkeley.edu), Chapter 2, "Demand Side Workforce Policy Levers," p. 71.

legally binding, Community Benefits Agreements are not traditional collective bargaining agreements.

An example from CWDB is the offshore wind energy project, where a Community Benefits Agreement is being negotiated with the local Chumash tribe to ensure benefits for the community and a place at the table as the offshore wind energy project comes to fruition.



# Unified Strategic Workforce Development Plan

## Operational Planning Elements

## 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

**Table of Contents**

State Strategy Implementation................................................................................. 4

  State Board Functions ...................................................................................... 4

  Implementation of State Strategy..................................................................... 4

    Sector Strategies......................................................................................... 5

    Career Pathways......................................................................................... 6

    Regional Partnerships................................................................................. 7

    Earn and Learn ........................................................................................... 9

    Supportive Services ................................................................................... 10

    Creating Cross-System Data Capacity....................................................... 11

  Improving Access to Postsecondary Credentials ............................................ 13

  Executive Order: N-11-23 Freedom to Succeed............................................... 14

  Coordinating with Economic Development Strategies ..................................... 15

  WIOA Core Program Coordination................................................................... 16

  Engagement with Education and Training Providers ........................................ 18

State Operating Systems and Policies.................................................................... 20

  Labor Market Information System ................................................................... 20

  Job Bank .......................................................................................................... 20

    Case Management, Data Collection, and Reporting Systems .................... 21

    Co-Enrollment and Common Intake .......................................................... 23

  Memorandum of Understanding Cost Sharing................................................ 24

    Establishing IFAs ....................................................................................... 24

    Determining Benefit Received by Partners ............................................... 25

  State Program and State Board Overview ........................................................ 27

    Membership Roster................................................................................... 27

    Future Assessment of Core Programs ....................................................... 32

  Regional Evaluation ........................................................................................ 34

  Regional Indicators ......................................................................................... 35

  Future Assessment of One-Stop Partner Programs ......................................... 35

  Past Assessments of Core and One-Stop Partner Programs............................. 36

    WIOA Performance Reporting ................................................................... 36

    PY 2022 ..................................................................................................... 36

    Employment Rate 2nd Quarter.................................................................. 36

Employment Rate 4th Quarter ................................................................................ 36

Median Earnings 2nd Quarter ................................................................................ 36

Credential Attainment .......................................................................................... 36

Measurable Skill Gains .......................................................................................... 36

Credential Attainment Rate .................................................................................. 37

Overall Approach to Assessment Activities ........................................................... 38

Overview of Assessment Activities July 1, 2020, through June 30, 2022.............. 43

Summaries of Contract Evaluation Activities ........................................................ 43

Distribution of Funds for Core Programs ............................................................... 59

Data Alignment and Integration ................................................................................ 63

Progress to Common Intake .................................................................................. 67

Current Common Exit Policy .................................................................................. 67

Use of UI Wage Record Data ................................................................................. 68

Privacy Safeguards ................................................................................................ 68

Priority of Service for Veterans ................................................................................. 69

Applying Priority of Service ................................................................................... 70

Local Policy and Procedures .................................................................................. 70

Referral Process .................................................................................................... 70

Additional Services for Veterans ........................................................................... 71

Accessibility of the One-Stop Delivery System for Individuals with Disabilities ...................... 72

Staff Training and Capacity Building ......................................................................... 72

Service Delivery ........................................................................................................ 73

Compliance Monitoring Review Process.................................................................... 74

Corrective Action Plan .............................................................................................. 75

Accessibility of the One-Stop Delivery System for English Language Learners ....................... 75

Limited English Proficiency Guidance.................................................................... 75

Pathways to Services Guidance ............................................................................. 76

Dymally-Alatorre Bilingual Services Act ................................................................ 76

California ELL Navigator Initiative.......................................................................... 77

Common Assurances for All Core Programs .............................................................. 77

## State Strategy Implementation

### State Board Functions

The California Workforce Development Board (CWDB) is the Governor's agent for the development, oversight, and continuous improvement of California's workforce investment system. The CWDB contains representatives from all Workforce Innovation and Opportunity Act (WIOA) core program partners including the California Labor and Workforce Development Agency, Employment Development Department, California Department of Education, and California Department of Rehabilitation. The members of the CWDB, which also consist heavily of representatives from businesses, labor organizations, educational institutions, and community organizations, assist the Governor in designing a statewide plan and establishing appropriate program policy.

The CWDB operates with a committee structure, comprised of standing committees, special committees, and ad hoc committees.

- A standing committee is comprised of only CWDB members and, for the purposes of voting, shall have a minimum of five members in addition to the chair and vice chair of the committee.
- A special committee is assigned a specific task and assignment by the CWDB Chair and may include CWDB members and state and local partners, stakeholders, practitioners, and customers, all as voting members. The committee chair is the presiding officer at all committee meetings.
- An ad hoc committee is an informal workgroup, task force, council or other formal sub-group comprised of CWDB members, and/or CWDB staff, and/or state and local partner, stakeholder, and practitioner staff. Ad hoc committees are time-limited, and task oriented and may be established by the CWDB Chair, the CWDB Executive Director, or special committee chairs.

The CWDB's operational structure was initially reorganized to improve the WIOA implementation strategies and to build a comprehensive workforce and education system; this comprehensive system aims to align core and non-core program services across the various employment, training, workforce, education, and human service programs through a shared mission to help all Californians obtain economic self-sufficiency and security through quality jobs and wages.

The operational structure has been strengthened to build upon existing partnerships, establish new partnerships, and expand high road strategies into multiple sectors. Under this structure, the CWDB will continue to operate as a "think and do" tank, review programs and policies, and work with partners to develop implementation strategies that foster the California Unified Strategic Workforce Development Plan (State Plan) policy objectives.

### Implementation of State Strategy

Over the course of six months, the CWDB facilitated over twenty separate coordination meetings with WIOA core, required, and strategic state partners. The meetings served as a working forum to discuss the partnership work over the last four-year State Plan cycle, as well

as discuss achievable, concrete goals to increase partnership and jointly implement the vision, objectives, and strategies of the State Plan.

The meetings were also used to establish new and update existing partnership agreements that provide a roadmap for establishing and expanding partnership at the state, regional, and local levels. Each agreement is based off the CWDB's foundational framework and includes specific goals associated with one or more of the State Plan's seven strategies to ensure ongoing alignment of the various agencies.

The partnership agreements are living documents, and the goals therein will continue to be critically examined and refined over the next four years to ensure progress continues to be made towards our shared vision. Many of the goals outlined below will help to implement more than just one strategy; however, to avoid duplication, each goal was listed under the strategy with which it seemed to best align.

### *Sector Strategies*
This strategy includes aligning workforce and education programs with leading and emergent industry sectors' skills needs.

California will prioritize investments where overall economic returns for individuals with barriers to employment are likely to be highest, specifically in those sectors that generate significant gains in terms of jobs and income. It will also actively pursue ways to build capacity at the state level for coordination, outreach, convening, organizing, and support of industry sector partnerships.

Title I
The CWDB will continue to issue Local and Regional Planning guidance that requires Local Workforce Development Boards (Local Boards), organized into Regional Planning Units (RPUs), to work with industry and service providers in each region, to build industry sector partnerships and career pathways aligned with the partnerships.

Title IV
With the goal of providing effective Vocational Rehabilitation (VR) services with quality Individualized Plan for Employment (IPE) developments consistent with in-demand workforce needs that lead to a career track offering sustainable living wages, each Department of Rehabilitation (DOR) district will develop a plan for increasing the number of IPEs in high-demand, high-wage occupations in their local planning regions. This plan shall include, at a minimum, the following: staff and manager annual training on labor market information; a provision to all counselors and managers, no less than quarterly, of a list of high-demand, high-wage occupations in their region; and a report on the number of IPEs they have developed with a goal consistent with the top 25 high wage, in-demand occupations. This plan will be used to provide informed choice to consumers and to gauge progress in implementing their district plans.

Additionally, DOR shall include unconscious bias, customer service, and diversity training as part of new staff and counselor training and into recurring training, including cultural affinity group activities and events, as applicable.

CalFresh and CalWORKs
The California Department of Social Services (DSS), which administers the Temporary Assistance for Needy Families (CalWORKs) and the Supplemental Nutrition Assistance Program Employment and Training (CalFresh E&T) programs at the state level, will work with CWDB to facilitate ongoing discussions around high-priority industry sectors, with an emphasis on early learning and care positions and attempt to align efforts with recommendations from the Governor's Early Childhood Policy Council and Team.

Corrections Workforce Partnership
The Corrections Workforce Partnership, comprised of California Department of Corrections and Rehabilitation (CDCR) and California Prison Industry Authority (CALPIA), and CWDB, will work with other relevant state agency partners and statewide organizations, to sustain and scale previously piloted in-facility state civil service examination and employment hiring events by increasing the number of facility locations and the number of state and local civil service hiring partners, while utilizing the latest in hiring practices and technologies.

Department of Child Support Services
The CWDB and the DCSS will create a partnership contact list matching representatives from Local Boards with their counterparts at Local Child Support Agencies (LCSA). When appropriate, and/or as needed, CWDB will step in to bridge that communication.

***Career Pathways***
This strategy includes enabling of progressive skills development through education and training programs using multiple entry and exit points, so that each level of skills development corresponds with labor market gains for those being trained or educated.

California will utilize career pathways to facilitate incremental and progressive skills attainment over time, in clearly segmented blocks, such that those who move through the pathway obtain education or training services built on the foundation of prior learning efforts.
Title I

The CWDB will provide technical assistance to Local Boards on partnering with industry and training providers to utilize career pathways that provide participants a packaged set of skills with labor market value at each stage of the learning process.
Title IV
To support increased work-based learning, including intermediate employment, career technical education and training, and post-secondary education for all DOR participants receiving VR services, VR service delivery team staff will receive annual training on career technical education, apprenticeships, and degree programs to support the development of IPEs for career and advanced training and education. The training will include components on the development of training and education plans for individuals with intellectual and developmental disabilities, individuals from unserved and underserved communities, and

individuals with psychological or psychiatric disabilities.

Additionally, DOR districts will review their district's consumers' certificate and degree attainment progress and work with individual units and staff to ensure consumers are provided with education and training options to include certificate, degree attainment and advancement in employment.

Corrections Workforce Partnership
CDCR and CALPIA will work with CWDB to provide Local Boards and community-based organizations (CBO) information on the educational and training background of individuals being served so that Local Board and CBO staff can utilize this information for job placement efforts and any efforts to build on the education and training those individuals received pre-release.

CalFresh and CalWORKs
The CDSS will facilitate ongoing discussions around high-priority industry sectors. This includes potential education, apprenticeship/pre-apprenticeship, training, and recruitment for opportunities within the growing care economy, including the health care, childcare and in-home supportive service sectors in alignment with current investments and anticipated growth over the next several years.

Career Technical Education
The CWDB will support the State Plan for Career and Technical Education (CTE) efforts, which are under development by the California Workforce Pathways Joint Advisory Committee (CWPJAC). The CTE will leverage opportunities to advance career pathways at the local and regional level with the implementation of the State Plan for CTE.

***Regional Partnerships***
This strategy includes building partnerships between industry leaders, including organized labor, workforce professionals, education and training providers, and economic development leaders to develop workforce and education policies that support regional economic growth. California will develop value-added partnerships that not only help achieve the policy goals of the partnership but also help partners achieve their organizational goals. A value-added partnership is one in which all partners gain from the relationships built through the organizing process.

Title I
The CWDB will continue to use WIOA statewide funds to support Local Board implementation of relevant regional sector initiatives and the WIOA Regional Plans.

Title II
The California Department of Education (CDE) and CWDB will share information about their respective program(s) at conferences, meetings, and other informational opportunities to educate practitioners and policymakers of services available to shared populations. CDE and CWDB will calendar quarterly meetings to share conference schedules and discuss collaboration/presentation opportunities. When appropriate, CDE and CWDB will develop a

sub-workgroup to develop a strategy to address special projects, challenges or policy that may disproportionately impact underserved populations.

Title IV

The DOR has several strategies to support businesses in California to employ more individuals with disabilities. These strategies include increasing business engagement activities led by local and statewide DOR teams, working with the state and Local Boards to conduct outreach to businesses, engaging with businesses to provide disability etiquette training and information and resources on reasonable accommodations, providing direct services to businesses to include paid and unpaid work experiences including internships, apprenticeships, and on-the-job training, and developing specific business-informed, industry-based services supporting the employment of people with disabilities.

Additionally, to improve California state government employers' parity rate for hiring and promotion of people with disabilities, the DOR will work with California state departments and agencies to develop hiring strategies to employ people with disabilities, providing training, information, and resources on disability hiring and accommodations to California state departments, offices, and agencies, and implement DOR civil sector teams specializing in the hiring needs of the state and other public sector employers.

CalFresh and CalWORKs

The CWDB and CDSS will alternate hosting quarterly meetings to provide a forum for ongoing discussion, information sharing, and collaboration to meet State Plan objectives. The meetings may include participants from a variety of program areas within CDSS, including: CalFresh E&T, CalWORKs, Housing and Homelessness branch, Adult Programs Division, the Child Care Licensing Division, and the Office of Equity. Other invited partners may include: CWDB, California Workforce Association (CWA), Labor and Workforce Development Agency (LWDA) and others that support shared objectives. The Regional Workforce and Equity Partnership (RWEP), formerly the Regional Workforce Partnership with Human Service Programs, will reconvene in 2024 and may establish project or policy specific sub-groups based on identified needs, capacity, and resources available to convene the sub-groups.

The CWDB and CDSS will also jointly develop and provide additional guidance and resources to establish a baseline for actionable, collaborative partnership activities that are human-centered and outcome-oriented. This will also include models and best practices for establishing a "gold standard" for partnership between local program administrators. State Partners will convene a sub-group of the RWEP meetings to develop strategies around this to encompass a logic model for service delivery.

This is a continuation of existing efforts to identify and encourage the adoption of best practices and model partnerships for serving CalFresh E&T participants at the local and regional levels. This will help facilitate the implementation of WIOA program strategies.

For CalWORKs, highlighting and disseminating examples of long-standing, work-based "earn and learn" partnerships at the local level that utilize models such as apprenticeships, on-the-

job-training, and subsidized employment will promote coordinated delivery of CalWORKs, CalFresh E&T and WIOA services. Subsidized employment programs offer a range of placement opportunities via public and private partnerships, including long-standing collaborations between county welfare departments and local workforce agencies.

Career Technical Education

Utilize the community colleges regional and K-12 structures, as well as local and regional planning efforts (such as Strong Workforce Program and Perkins V planning efforts) to encourage greater alignment of a local institutions with their local and regional workforce ecosystems, which includes all required state and federal programs. Local entities shall include appropriate local boards as a stakeholder member of the local and regional planning groups.

Corrections Workforce Partnership

The Corrections Workforce Partnership will partner with local, regional, state and or national construction trades to identify and facilitate direct placement into construction apprenticeship of previously trained justice involved individuals before, upon, and/or after release.

Child Support Services

The DCSS and CWDB will meet on a quarterly basis to identify best practices and create technical assistance tools to help facilitate partnership between Local Boards and local child support agencies. These tools may include, but are not limited to, the issuance of a policy brief, creation of a best practices guide, and the development of an instructional webinar for the field.

***Earn and Learn***

This strategy includes using training and education best practices that combine applied learning opportunities with material compensation while facilitating skills development in the context of actual labor market participation.

California will prioritize earn and learn policies that facilitate skills attainment while also providing those participating in these programs with some form of compensated work experience, allowing them to "earn" income while they "learn" to do a job. Specifically, earn-and-learn opportunities will be prioritized for individuals who have barriers to employment and cannot afford to attend an education or training program full time, both because of costs associated with training and education fees and tuition and because time spent in the classroom reduces time that can be spent earning income.

In alignment with the Governor's goal to significantly increase apprenticeships, the CWDB and state partners commit to expanding access to apprenticeships and other paid work experiences for shared populations in the following ways:

- CWDB will continue to invest federal and state funds in the development of High Road Training Partnerships (HRTPs), High Road Construction Careers (HRCCs), and other initiatives that lead to the placement of participants in state approved pre-apprenticeships and apprenticeships.

- DOR will emphasize and support increased access to earn-and-learn opportunities for consumers, including students with disabilities, such as including on-the-job training, paid work experiences, internships, and apprenticeships in high demand industries.
- DOR, CDE and Department of Development Services (DDS) will continue to leverage funding to facilitate access to work experience opportunities for youth and adults with disabilities, including paid internship programs and state internship programs.
- The Corrections Workforce Partnership will partner with local, regional, state and/or national construction trades to identify and facilitate direct placement into construction apprenticeship of previously trained justice involved individuals before, upon, and/or after release. CalFresh and CalWORKs will explore training and potential apprenticeship opportunities for in demand Early Learning and Care positions.

***Supportive Services***
This strategy includes providing ancillary services like childcare, transportation, and counseling to facilitate program completion by those enrolled in training and education courses. California will continue to expand access to funding for supportive services that enable an individual to participate in workforce-funded programs and activities to secure and retain employment. The type of supportive services provided will be dependent on each particular client's needs.

Title II
CDE will use co-enrollment as a strategy to enable individuals and families to benefit fully from workforce and basic skills training.  The Adult Education and Family Literacy Act (AEFL) activities position adult learners to better utilize other available WIOA funded programs. An exploration of best practices to increase collaboration may include highlighting examples of co-location, proposing limited system access, encouragement of co-case management, and/or other effective co-enrollment strategies. Participation across programs can occur concurrently, when appropriate, to ensure participants are receiving "real time" interventions.

CDE will also provide technical assistance to Local Areas to utilize co-enrollment as a strategy to assist underserved individuals in obtaining authorization to work documents.

CalFresh and CalWORKs
CDSS will provide training, education, and technical assistance around availability of supportive services, this may include programs and systems updates that can assist with eligibility verification, data sharing, and/or co-enrollment. Increasing program entry points by providing more access to supportive services through efforts like expanded housing programs, the launch of the CalWORKs Home Visiting Program, and CalWORKs Outreach to link families to critical supports and services that they are likely eligible for and/or entitled to. Additionally, to support broader, increased program access, CDSS will provide technical assistance on opportunities to inform our shared communities of various program entry points such as through the launch of BenefitsCal, an online web-portal that streamlines the application process across all of California's safety-net programs.

***Creating Cross-System Data Capacity***
This strategy includes using diagnostic labor market data to assess where to invest, and the use performance data to assess the value of those investments.

California will use diagnostic data to help steer investment to help ensure that programs align with labor market trends and needs by looking at patterns of job growth as well as aggregate education and training program output with respect to the number of degrees and certificates received and industry recognized credentials awarded. Performance data is intended to measure typical program outcomes for individuals receiving services while helping quantify skills attainment and degree and credential production.

The CWDB will continue to build upon the Cross-Systems Analytics and Assessment for Learning and Skills Attainment (CAAL-Skills) program in an effort to unite workforce system partners in a program that enables a holistic yet statistically rigorous assessment of California's workforce system. This will enable the evaluation of workforce programs individually and collectively at the regional level through the assessment of outcomes. Current data sharing partners include:

- Department of Industrial Relations-Division of Apprenticeship Standards
- Community Colleges Chancellor's Office
- Employment Training Panel
- Department of Social Services
- Employment Development Department
- Department of Education
- Department of Corrections and Rehabilitation
- Department of Rehabilitation

<u>Services to Veterans</u>
The state provides services to veterans through the America's Job Center of California (AJCC). AJCC staff consists of WIOA Title I staff and partners, Title III/Wagner-Peyser staff and partners, and Jobs for Veterans State Grant staff.

Once the veteran is identified via Priority of Service procedures, a Veteran Service Navigator for the AJCC conducts an initial assessment. This initial assessment uses a customized intake questionnaire, the Veteran Intake Form, to help determine if the veteran has a significant barrier to employment or is a member of another special priority group. If after an initial assessment, the client qualifies as an eligible veteran who meets the significant barrier to employment priority group or other special criteria, they are referred to the Disabled Veterans Outreach Program specialist or Consolidated Veteran Representative for further assessment. This further assessment specifically includes an Objective Assessment of the individual's skill levels and service needs, the development of an Individualized Employment Plan to overcome the identified significant barriers to employment, and the provision of basic and Individualized Career Services as needed.

Veterans with a significant barrier to employment such as basic skills deficiency, lack of high

school diploma, experiencing homelessness, low-income, justice-involvement, or a disability, may be referred to AJCC or other partners to address the significant barrier to employment to help the veteran become job ready. Veterans determined not to possess a significant barrier to employment or who decline being case managed are provided individualized career services and training, as needed, by a Veterans Career Specialist or other AJCC staff on a priority of service basis.

For veterans evaluated as eligible for working with a Disabled Veterans Outreach Program specialist or Consolidated Veteran Representative, the Disabled Veterans Outreach Program specialist or Consolidated Veteran Representative will focus on providing basic and individualized career services through case management. Basic and individualized career services are provided both virtually and in person. Veterans in need of occupational skills training, work-based learning, supportive and other services are referred by Jobs for Veterans State Grants staff, Veterans Career Specialists, or Wagner-Peyser staff to WIOA Title I services provided by Local Workforce Development Areas in the AJCCs.  Jobs for Veterans State Grants staff, Veterans Career Specialists, and Wagner-Peyser staff stay connected to the WIOA Title I case manager to coordinate ongoing case management.

### *Business Services Teams*

Local Veterans Employment Representatives and Consolidated Veterans Representatives are active members of the Business Services Teams.  Local Veterans Employment Representatives advocate for all veterans and will work with the AJCC Business Services Teams to promote the hiring of veterans. Local Veterans Employment Representatives conduct job development activities in their local community that assist the AJCC in connecting employers with qualified veterans. They meet regularly with AJCC partners and the Business Services Teams to determine how and what services they provide; providing recommendations to the veterans' services team and partners to improve services to veterans and to minimize duplication of effort; and advocating for the hiring of veterans.

As a part of the Business Services Teams, Local Veterans Employment Representatives and Consolidated Veterans Representatives perform a wide range of duties on behalf of veterans, including outreach to the local employer community, promoting the advantages of hiring veterans to employers, employer associations, and business groups through group presentations highlighting the benefits of hiring veterans, and creating job development contacts. As part of the Business Services Team, Local Veterans Employment Representatives and Consolidated Veterans Representatives work closely with employers, unions, trade organizations, apprenticeship programs, and other business and community-based organizations to promote veterans' hiring, training, development, and career advancement. Local Veterans Employment Representatives and Consolidated Veterans Representatives also coordinate with AJCC to hold veteran-focused hiring events and standdowns.

In addition to their work with employers as part of the Business Services Team, Local Veterans Employment Representatives play an important role in developing veteran service delivery

strategies and capacity building in the state workforce system, educating all AJCC staff with current veterans' employment initiatives and programs, and providing regular updates on veteran services and programs.

**Improving Access to Postsecondary Credentials**

California believes that helping people obtain meaningful credentials can further regional prosperity and economic mobility. Many of California's initiatives focus on quality credentials, both by helping organizations to identify them and workers to earn them. The state needs all kinds of post-secondary credentials to be economically competitive, and to provide opportunities for the broadest possible array of Californians. The CWDB broadly defines these credentials as sub-baccalaureate credentials with demonstrable labor market value, including industry-recognized certificates, or certifications, or certificates of completion of apprenticeship, or professional licenses, recognized by California or the federal government. They also include industry-valued associate degrees that facilitate movement into either the labor market or longer-term educational programs aligned with the state's workforce needs.

An "industry-recognized credential" represents the buy-in of an industry or significant portion of employers in that industry to accept the credential as certifying valued skills that merit hire, retention, and/or a wage premium. When skill certifications are required or expected as a prerequisite for certain occupations or major tasks, this may provide a signal to the training and education community about what skills are needed and valued in the labor market. In addition to signifying competence in the tasks needed for performance, skill standards include proficiency in consumer and occupational safety protocols.[1]

Therefore, part of CWDB's work around credentials is on the demand side, through fostering High Road partnerships that involve employers and workers in the design of training curricula and credentials, ultimately expanding recognition of credentials in sectors and occupations that have previously lacked them. In High Road projects, skill standards often certify knowledge of environmentally protective or climate impact mitigating skills as the source of the "value add" to consumers and employers, or formalize skills (e.g., emergency response training for home health workers) workers may already receive training in yet not receive credit for. This skill formalization and certification provides benefits to employers, workers, and consumers. California's strategy for improving credential attainment throughout the state is to require the regional planning units (RPU) to include "industry-valued post-secondary credential attainment" in the Regional Plans required by WIOA. Working with their planning partners, Local Boards are required to identify, develop, prioritize, service, and feed "regional sector pathway" programs in their RPUs. These programs should result in the attainment of industry-valued and recognized post-secondary credentials that are portable and aligned with regional workforce needs.

Additionally, working with their planning partners, Local Boards are required to improve access to activities leading to a recognized post-secondary credential, including a credential that is an

---

[1] Putting California on the High Road: A Jobs and Climate Action Plan for 2030 (berkeley.edu), Chapter 2, "Demand Side Workforce Policy Levers," p. 71.

industry-recognized certification that is portable and stackable. Quality credential programs are those that are:

- Accessible – Affordable and readily available at places and times convenient for working adults.
- Transparent – Clearly articulate costs and prerequisites and provide an accurate picture of what skills, knowledge and abilities are benchmarked by a given credential, as well as the value it carries in the labor market.
- Stackable – Operates as one of multiple manageable chunks that add up to a more substantial credential and do not require starting over at each new step.
- Portable – Transferable between organizations, regions, and educational institutions.
- Meaningful – Provides true value in the labor market.
- Connected – Is linked to a job or an educational pathway.

California plans to identify ways to track and evaluate how many industry recognized credentials are being produced in each of the 15 RPUs and how these credentials relate to regional labor market needs, as well as regional sector priorities outlined in the Regional Plans.

In addition, DOR will inform its counselors and consumers of local opportunities to obtain nondegree credentials, including certificates, industry certifications, apprenticeship certificates, and occupational licenses with Career Technical Education, workforce, and businesses to build an inclusive and skilled future workforce. DOR will also emphasize and support increased earn-and-learn opportunities for consumers including on-the-job training, paid work experiences, internships, and apprenticeships with businesses.

**Executive Order: N-11-23 Freedom to Succeed**
On August 31, 2023, Governor Newsom signed Executive Order N-11-23, *Freedom to Succeed*, which launched a new career education effort to prepare students and adults for the ever-changing workforce, as the economy evolves, and unmet need grows for various types of skilled labor in the trades, green energy, and healthcare sectors. *Freedom to Succeed* directs additional steps to reduce employment barriers for California jobs, including college degree requirements unnecessary to job duties, and works to align and integrate the implementation of programs supported by billions of dollars in funding to prepare students and workers for high-paying careers.

The Governor's Executive Order directs state leaders in education, workforce development, and economic development to work collaboratively with leaders of the state's public education systems and employers, along with legislative partners and stakeholders representing diverse students, parents, education professionals, labor, business, and community groups, to develop a Master Plan on Career Education. The Master Plan on Career Education will guide the state in its efforts to strengthen career pathways, prioritize hands-on learning and real-life skills, and advance universal access and affordability for all Californians through streamlined collaboration and partnership across government and the private sector.

The Master Plan on Career Education will work to:
- Break down silos.
- Strengthen career pathways.
- Prioritize hands-on learning and real-life skills.
- Advance universal access and affordability.

**Coordinating with Economic Development Strategies**

California leads the nation in economic growth driven by responsible policy, research, innovation, and investment. While sectors of work are growing and transitioning, bringing ample opportunities for the development of good jobs, California needs a skilled workforce to fill these positions. California's workforce development system is committed to providing in-demand skills and training to connect workers with good jobs that provide worker advancement, stability, and predictability, and pay family-supporting wages.

The leadership from CWDB and the Governor's Office of Business and Economic Development (GO-Biz) meet on a regular basis to ensure California is developing clear economic and workforce development policy that identifies key growth industries, as well as promotes high-quality employment and economic security for workers, families, and communities. California's Governor Gavin Newsom established a Future of Work Commission by signing Executive Order N-17-19 that was composed of leaders from technology, labor, business, education, and venture capital, amongst others. The Commission was jointly led by the Director of GO-Biz and the Secretary of Labor and Workforce Development, which established a meaningful and ongoing link between the workforce and economic development systems.

The overarching goal of the Future of Work Commission was to develop a new framework for California workers, based on an expansive vision for economic equity, which started with work and jobs as the platform. The Commission's primary mission was to study, understand, analyze, and make recommendations regarding:
- The kinds of jobs Californians could have in the decades to come.
- The impact of technology on work, workers, employers, jobs, and society.
- Methods of promoting better job quality, wages, and working conditions through technology.
- Modernizing worker safety net protections.
- The best way to preserve good jobs, ready the workforce for jobs of the future through lifelong learning and ensure prosperity for all.

The Commission was charged with looking at California's state of jobs and work, what factors created these conditions, the vision for work and jobs in the future, and how we could chart a path to reach that vision. The Commission was tasked with making recommendations to help California leaders think through how to create inclusive, long-term economic growth, and ensure workers and their families share in that success.

In addition to the work of the Commission, the California Labor and Workforce Development Agency, the Governor's Office of Planning and Research, and GO-Biz jointly administer the Community Economic Resilience Fund (CERF), now called California Jobs First. California Jobs First is a new approach to economic development with the goal to ensure that as California's economy grows and adapts to climate change and other challenges, that good-paying jobs and prosperous communities are created for the benefit of all Californians. Key to the program is empowering the state's diverse regions and residents to meaningfully participate as leaders in this process.

As part of the California Jobs First initial planning phase, 13 economic development entities known as High Road Transition Collaboratives developed roadmaps, including a strategy and recommended series of investments, for their region. The High Road Transition Collaboratives represent California's distinct regional economies and bring together diverse community, labor, industry, and business interests.

Now in the implementation phase, California Jobs First has begun awarding funds to projects identified by the High Road Transition Collaboratives. These awards will help build industries that sustainably leverage the state's natural resources, create good-paying jobs, and catalyze innovation and entrepreneurship.

Lastly, the DOR coordinates economic development strategies centered on people with disabilities such as:

- Identifying workforce trends by applying labor market information and establish partnerships with businesses, career technical education and apprenticeship programs, and other resources and supports to prepare individuals with disabilities for employment.
- Partnering with local education agencies, post-secondary education and training programs, state and county-level programs and services, and community-based organizations to facilitate and develop wraparound supports that can help consumers maintain successful employment.
- Meeting with local business leaders from identified in-demand sectors, as determined by their local Regional Planning Unit, to develop working partnerships or establish initiatives that support hiring and/or recruitment of individuals with disabilities.
- Accessing and utilizing Labor Market Information, including, but not limited to, CalJOBS, World of Work Inventory, The Career Index Plus, Career Zone, and Careerinfo.net, to inform plans that help businesses meet their recruitment and talent needs.

**WIOA Core Program Coordination**

At the state level, WIOA core program partners are also involved in several economic development initiatives to help ensure that any new investments create or support high-quality, accessible jobs for a variety of target populations. The CWDB's High Road Climate Agency Partnership (HRCAP) initiative, provides guidance, recommendations, and technical assistance to state agencies committed to advancing economic equity through policies and

public investments in designing procurement and contracting labor and workforce standards. The intent is to leverage the opportunity of historic state and federal climate and infrastructure investments to ensure the transition to low-carbon economy is grounded in high-quality jobs, greater access to good jobs for priority populations, and economic equity for all Californians.

The work of the High Road Climate Action Partnerships assists the following state agencies in a economic workforce development with a high road approach development in the following areas:

- Assist the California Air Resources Board (CARB) with implementation of AB680 (Chapter 746, Statutes of 2021) workforce standards in Greenhouse Gas Reduction Fund (GGRF) grants.
- Assist the California Energy Commission (CEC) and Lithium Valley Commission (LVC) to ensure high-quality job creation, employment and associated workforce development and labor standards of local area residents, sustainable community development of geothermal power and lithium recovery efforts in the Salton Sea region.
- Assist the California Public Utilities Commission (CPUC) in ensuring transportation electrification (TE) programs and policies deliver equitable labor market outcomes.
- Assist the California Department of Transportation (Caltrans) and the California Energy Commission (CEC) who leads California's National Electric Vehicle Infrastructure (NEVI) program in preparing the workforce to meet the demand for Electric Vehicle Infrastructure Training Program-certified electricians to build out a network of modern, high powered Direct Current fast chargers throughout California.
- Assist the Governor's Office of Business and Economic Development to further develop a robust and equitable zero-emission vehicle (ZEV) industry in California by building a High Road Workforce Development Infrastructure, maximize economic equity benefits of public investments in ZEVs, and inform the local workforce system about supporting ZEV Market Development.
- Lastly, AB 639 (Chapter 639, Statutes of 2020) legislation mandated the HRCAP work includes overseeing a stakeholder process to development recommendations on how to mitigate the employment impacts of automation at the Port of Los Angeles and the Port of Long Beach and convene an industry panel form in the California Environmental Protection Agency (CalEPA).

The approach of the High Road Climate Action Partnerships is to apply high road labor and workforce standards in state contracting and procurement for the construction and manufacturing. Examples include:

- Compliance with all applicable labor and employment laws.
- Family health benefits and childcare; predictable scheduling; worker voice and agency.
- Establishing standards through investment on training, upskilling, and mobility (preferably across multiple employers); targeted or local hiring from low income, underrepresented, climate impacted groups and directly impacted communities through deploying standards through Project Labor Agreements (PLA) with social benefits,

Community Benefit Agreements (CBA), skilled and trained requirements (essentially apprenticeship utilization).

- Technical assistance on the application of standards and tools on various climate spending programs and on specific contracts or procurement (for example utilizing pre-qualification, mandating certain standards or tools, targeted or local hiring from low-income, underrepresented, climate impacted groups and communities through scoring criteria).
- Implementation or the actualization of the standards in program work on the ground, including through High Road Training Partnerships (HRTPs), High Road Construction Careers (HRCCs), and Division of Apprenticeship Standards (DAS) approved apprenticeship aligned with workforce standards to improve hiring, retention, and career advancement practices and policies that are transparent and inclusive.
- Technical assistance on tracking and evaluating effectiveness on how state and federal investments are impacting economic equity, creating high-quality jobs, and job training.


**Engagement with Education and Training Providers**

California recognizes the critical role that education and training providers play in providing inclusive, equitable, and effective service delivery for individuals with significant barriers to employment. In cooperation with stakeholders, California adopted the following principles in state policy that outline how the state engages with providers on the eligible training provider list as partners in the workforce development system:

1. Simplicity – Avoid imposing burdens that would inhibit the participation of quality training providers.
2. Customer Focus – The policies and procedures must support the collection and presentation of easily accessible and reliable training program information for both individuals seeking career and occupational training information, and career advisors who assist participants eligible for training services.
3. Informed Customer Choice – The Eligible Training Provider List (ETPL) includes locally approved training programs that lead to self-sustainable careers in the local/regional economy, as supported by current labor market information identifying industry sectors and occupational clusters that are high-growth, high-demand, projecting skills shortages, and/or vital to the regional economy.
4. Training Delivery Flexibility – Develop policies and procedures that foster and support the inclusion of various types training delivery that expand opportunities for customer choice.
5. Quality – Ensures a comprehensive list of quality training programs that meet the minimum performance standards and provide industry-valued skills in priority industry sectors. Information must be accurate, transparent, accessible, and user-friendly.
6. Respect for Local Autonomy – The policy should remain supportive of the autonomy that WIOA has otherwise granted to the Local Boards.


In addition to engagement with providers on the state ETPL California has invested a significant amount of federal and state funds into competitive grant programs that have either been

awarded directly to, or required a strong partnership with, community-based service providers. Examples of these types of programs that were funded out of WIOA Governor's discretionary funds are the Workforce Accelerator Fund Program and English Language Learner Pathways to Career Program. Examples of these types of programs that were funded out of California's General Fund are the Prison to Employment Initiative and the Breaking Barriers to Employment Initiative.

## State Operating Systems and Policies

### Labor Market Information System

The Employment Development Department's Labor Market Information Division (LMID) is the prime source of high quality and timely economic and workforce information in California. The LMID collects, analyzes, and publishes labor market data from a diverse state economy with more than 1.4 million employers and a civilian labor force of more than 19 million individuals.

Types of Labor Market Information available include:

- Unemployment rates, labor force, and industry employment by geography for California, metropolitan areas, counties, and sub-county areas.
- Detailed occupational information on California wages, employment outlook, educational and licensing requirements, and staffing patterns.
- Projections of employment for occupations and industries by geographic area.
- Labor force and unemployment rate interactive maps for counties and major cities by population size.
- Geographic information system maps and reports displaying labor market relationships, patterns, and trends.
- Dynamic economic indicator visualizations that provide up-to-date data and trends on the state and local labor markets.
- Veteran's employment statistics including labor force trends, unemployment rates, and other key statistics for the state.
- Customized reports, data runs, technical assistance, training, and geographic analyses and maps.
- Historical civilian employment and unemployment data.
- Current statewide and county population data by race/ethnicity, income, gender, and more.
- Interactive Labor Market Supply and Demand Tool broken down by RPU.

Current uses of Labor Market Information include:

- Business and financial forecasting.
- Economic development and human resource planning.
- Monitoring labor force, industry, and economic trends.
- Planning and development of training programs.
- Career exploration, employer look up, and job search links.
- Geographic planning for industry and business expansion.
- Local labor market research.
- Occupational skills and qualifications identification.

### Job Bank

The CalJOBS<sup>SM</sup> system is California's online resource to help job seekers and employers navigate the state's workforce services. The system allows users to easily search for jobs, build resumes, access career resources, find qualified candidates, and gather information on education and

training programs. Most Unemployment Insurance (UI) customers are required to register for a
CalJOBS<sup>SM</sup> account and post a resume.

The system enables job seekers to:

- Create and upload multiple versions of their resume tailored to specific jobs or careers
  paths.
- Customize and conduct job searches.
- Set up alerts for job openings.
- Apply for job openings.
- Research employers.
- Make customized resumes viewable to employers.
- Use a mobile application available on the Apple App Store or Google Play.

The system enables employers to:

- Post job openings.
- Browse resumes.
- Keep their candidate search organized.
- Expand their search to find qualified candidates for their companies.

### *Case Management, Data Collection, and Reporting Systems*

Title I and Title III
In addition to its job bank and labor exchange roles, CalJOBS<sup>SM</sup> provides a unified and
streamlined intake and case management system that enables co-enrollment across programs,
while reducing the duplication of services provided to America's Job Center of California (AJCC)
clients. The system currently serves as California's case management system for the following
programs:

- Title I Adult
- Title I Dislocated Worker
- Title I Youth
- Title III Wagner-Peyser
- Jobs for Veterans State Grant
- Trade Adjustment Assistance
- National Dislocated Worker Grant
- National Farmworker Jobs Program

CalJOBS<sup>SM</sup> also houses California's Eligible Training Provider List (ETPL), which supports
customer-focused employment training for adults and dislocated workers. Individuals
interested in training opportunities can search the California ETPL through the link available on
the CalJOBS<sup>SM</sup> homepage.

Additionally, the CalJOBS<sup>SM</sup> system serves as the official system of record for federally required
data for the following programs:

- Title I Adult
- Title I Dislocated Worker
- Title I Youth
- Title III Wagner-Peyser
- Jobs for Veterans State Grant
- Trade Adjustment Assistance
- National Dislocated Worker Grant

Title II
The CDE Adult Education Office (AEO) provides assessment and accountability services for the Title II program through TOPSpro Enterprise. TOPSpro Enterprise is a database designed to accurately measure progress, mastery of skills, and competencies needed to both complete, and advance one or more Educational Functioning Levels (EFL). It automates scoring, collects student demographic data, tracks agency and individual student performance, generates reports, and aggregates data for state and federal year-end reports.

Features of the data system and relevant processes include the following:
- TOPSpro Enterprise is used to collect and report all student progress and outcome measures, and for collecting information for federal and state annual reporting.
- The system provides student, class, and program reports that enable local providers to have immediate access to the data for targeting instruction for continuous program improvement.
- The local data is submitted quarterly and annually to the CDE for monitoring and aggregation into state and federal reports.
- TOPSpro Enterprise records each student's goals on entering a class, as well as their educational outcomes.
- Assessment may be formal (e.g., a written test), or informal (e.g., teacher observation of student performance through a check of competencies mastered).

The data collected consists of measurable skill gains in the following programs areas: English Language Acquisition (ELA), Adult Secondary Education (ASE), and Adult Basic Education (ABE). The data collection process begins with program staff at agencies funded by the Adult Education Family Literacy Act (AEFLA) inputting the data daily at each site during the program year. Each week the data collected from AEFLA funded agencies is aggregated at a statewide level. The annual data aggregation and data validation begins August 1st of each year. The purpose of the annual data aggregation and validation process is to compile state and federal year-end reports due annually, by October 1st.

Performance measures include all elements in the federal National Reporting System (NRS) reports, including enrollment, attendance hours, completion and advancement of one or more levels, separation before completion, and persistence within a level, attainment of a secondary school diploma or its recognized equivalent, and job placement or retention, and transition into postsecondary education or training.

The CDE also conducts an annual comprehensive qualitative program survey. This survey is required of all participating agencies and involves practitioner focus groups and interviews of both teachers and students. The results provide recommendations for state level planning and development activities, identifies best practices and emerging needs, and helps focus professional development and training to ensure effective instructional programs for targeted populations.

Title IV
The DOR utilizes a case management system known as the Accessible Web-Based Activity Reporting Environment (AWARE). In addition to WIOA data reporting, the AWARE system has a financial component utilized for federal reporting requirements. The system contains consumer data, case notes, and information regarding goods/services for consumers.

Data are collected and inputted in-house by vocational rehabilitation (VR) staff located statewide in 13 geographic districts. The DOR continues to train staff on the current processes, and new processes as needed, and use AWARE to collect WIOA data. State VR systems/agencies collect and report summary data in a federally mandated format called the Rehabilitation Services Administration (RSA) Case Service Report. The RSA-911 report is submitted quarterly for the preceding quarter of the fiscal year by each state's vocational rehabilitation agency. The RSA-911 report contains a record for each participant, including VR applicants and students with disabilities receiving pre-employment transition services. It is feasible that a participant may appear more than once in one year, if their case was opened on two or more separate occasions. The federal RSA-911 report aggregates many variables of outcomes-related information, including demographics, disability, interventions, and reason for closure, employment status, sources of financial support, and more. The values of certain fields (e.g. income, hours worked per week, etc.) are reported both status at application and status at closure.

Additionally, RSA-911 quarterly data is consolidated into the annual WIOA Statewide and Local Performance Report (ETA 9169), submitted by October 1 of each year to RSA; this annual report includes five additional, computed data elements related to program performance measures and expenditures for that preceding federal program year.

The RSA assesses the quality, and effectiveness of DOR outcome-related information in relation to the State performance accountability measures described in WIOA Section 116(b), and coordinates guidance and technical assistance to the department to initiate and monitor program improvements. The DOR also uses the information from the quarterly and annual reports internally to self-assess performance and develop strategic initiatives.

***Co-Enrollment and Common Intake***
Though the pandemic has shifted the focus, California continues to encourage planning across multiple partner programs to ensure alignment in service delivery and leveraging of resources for maximum benefit to WIOA participants. A byproduct of aligning efforts by California is the development of the [Workforce Services Directive (WSD) 19-09](), Strategic Co-Enrollment –

Unified Plan Partners. The directive introduces co-enrollment as a means to establish effective partnerships across WIOA core programs and other workforce providers, including community-based organizations to provide a mix of services to individuals to meet their employment, education, and training needs. A statewide co-enrollment workgroup comprised of WIOA core partners, strategic State Plan partners, and regional and local service providers was established to develop strategies to improve alignment for intake, referral, and case management across programs. The intent was to work jointly to identify the common elements to create tools that would assist WIOA program participants by streamlining service delivery; maximizing the benefit of multiple support systems; and curbing redundant administrative processes.

Upon gaining momentum and interest, all partners had to shift priorities to address the COVID-19 pandemic. The plan to incorporate co-enrollment strategies at the state level and the WIOA Regional and Local Plans were stalled under the weight of the global health crisis. Despite the detour in promoting greater alignment, co-enrollment became one of the strategies to address challenges and increase access to WIOA services. As a result, CWDB has been re-engaging partners to assess the needs of those most impacted by the pandemic to re-introduce best practices on co-enrolling participants across WIOA core programs and state educational, workforce, and social programs.

CWDB will utilize bilateral partnership agreements to improve and implement co-enrollment strategies at the state level and the WIOA Regional and Local Plans will be the mechanism for operationalizing regional coordination and aligning service delivery at the local level. Each Local Board aligns services according to state and local policies, and according to what their local partnerships determine is needed to achieve the best results for their communities. These approaches will vary throughout the state, as is intended by WIOA, but the overarching state goal is to have Local Boards strive for maximum integration of services.

**Memorandum of Understanding Cost Sharing**

As outlined in [Workforce Services Directive WSD18-12](#), each America's Job Center of California (AJCC) partner that carries out a program or activities within the AJCC must use a portion of their funds to help maintain the AJCC delivery system which includes contributing a proportionate payment of the AJCC infrastructure costs. Local Boards and their AJCC partners must establish Infrastructure Funding Agreements (IFA) as a vehicle for determining the amount each partner owes. When determining each partner's proportionate share, Local Boards are required to remain in compliance with the federal statute that authorizes each partner's program as well as Title 2 Code of Federal Regulations (CFR) Part 200 which outline the uniform administrative requirements, cost principles, and audit requirements for federal awards.

***Establishing IFAs***

To best meet the needs of the Local Workforce Development Area (Local Area), California provides flexibility to Local Boards and their partners on whether they want to use individual IFAs, a network IFA, or a combination of individual and network IFAs. Developing a combined budget based on a network of AJCCs may make financing infrastructure costs among partners

easier since it does not require each partner to contribute to each individual AJCC, so long as each partner's total contribution is still equal to their overall proportionate share of all the AJCCs in the Local Area. However, combining budgets cannot change the distribution of costs in any way, costs must be still attributable to each partner equally, and in accordance with the agreed upon cost sharing methodology.

The Local Board and partners can start the IFA negotiations by determining the budget for every AJCC within the Local Area. This will allow all partners to see where, and what kind of money is being spent throughout the Local Area. The IFA budget includes, but is not limited to, all non-personnel costs that are necessary for the physical operation of the AJCC such as: rent, utilities and maintenance, equipment, technology, and non-marketing common identifier expenses. In addition, every AJCC infrastructure budget must also have an "Access and Accommodation" line item for ensuring physical and programmatic access to the AJCC by individuals with disabilities. The budgets must contain descriptions of the specific costs grouped under each line item. Local Boards may consolidate and/or break out line items as best fits with their individual area budgets and cost allocation methodology.

### *Determining Benefit Received by Partners*
Local Boards must first determine whether an AJCC partner is receiving benefit from the AJCC or system. If a benefit is received, the AJCC partner's proportionate share of infrastructure costs must be calculated in accordance with Title 2 CFR Part 200 and based on a reasonable cost allocation methodology. All costs must be allowable, reasonable, necessary, and allocable as required by WIOA Joint Final Rule Section 678.715.

Partners who are physically collocated in the AJCC(s), whether full-time or part-time, are considered to receive a direct benefit that is allocable; therefore, they must contribute their proportionate share towards the infrastructure costs. Partners who are not physically collocated in the AJCC may also be receiving benefit from the AJCC system. However, that benefit must be clearly identified and allocable by way of reliable data and a cost methodology that demonstrates the partner's usage of and benefit from the center and its services.

Cost Allocation Methodology
After creating an IFA for each individual AJCC or for the local network of AJCCs, and determining if benefit is received by each partner, the Local Board must select a cost allocation methodology to identify the proportionate share of infrastructure costs each partner will be expected to contribute. Any cost allocation methodology selected must adhere to the following:
- Be consistent with the federal laws authorizing each partner's program (including any local administrative cost requirements).
- Comply with federal cost principles in the Title 2 CFR Part 200.
- Include only costs that are allowable, reasonable, necessary, and allocable to each program partner.
- Be based on the proportionate use and benefit received by each partner.

Other One-Stop Delivery System Costs

In addition to jointly funding infrastructure costs, AJCC partners must use a portion of funds made available under their authorizing federal statute (or fairly evaluated in-kind contributions) to pay the additional costs relating to the operation of the One-Stop delivery system. These costs may be shared through cash, non-cash, or third-party in-kind contributions as outlined in WIOA Joint Rule Section 678.760. All comprehensive, affiliate, and specialized AJCCs must include another system costs budget as part of their MOU. The other system costs budget must include applicable career services and may include any other shared services that are authorized for and commonly provided through the AJCC partner programs to any individual, such as initial intake, assessment of needs, appraisal of basic skills, identification of appropriate services to meet such needs, referrals to other partners, and business services. Shared operating costs may also include shared costs related to the Local Board's functions.

Establishing Other System Costs Budgets

The other system costs budget must be a consolidated budget that includes a line item for applicable career services. The MOU requires identifying the career services that were applicable to each partner program. Accordingly, this budget must include each of the partner's costs for the service delivery of each applicable career service and a consolidated system budget for career services applicable to more than one partner.

The budget may also include shared services, which have been agreed upon by all partners, which are authorized for and may be commonly provided through the One-Stop system. Examples of these types of services include, but are not limited to, the following:

- Initial intake, assessment of needs, appraisal of basic skills, identification of appropriate services to meet such needs, and referrals to other AJCC partners. This may include costs such as technology and tools that increase integrated service delivery through the sharing of information and service delivery processes.
- Business services. This may include costs related to a local or regional system business services team that has one or more partners on the team or has delegated a specific partner to provide business services on behalf of the system.
- AJCC partner staff cross training. This may include any staff cross training on partner programs and eligibility identified in the shared services and/or shared customers portion of the MOU.
- One-Stop operator. This may include the system role of the One-Stop operator (e.g., coordinating service providers across the One-Stop delivery system) when the role is not specific to the operation of the AJCC and/or specific partner programs, so long as the role was defined by the Local Board in the procurement process and agreed to by all AJCC partners in the MOU.
- Shared personnel (and other non-infrastructure costs) for collocated partners. This may include AJCC receptionists and/or AJCC managers.

Timeline for Updates

Every MOU must contain an assurance that they will be reviewed and updated at least every three years. It is also required that the IFAs and Other System Costs Budgets be reviewed annually and if any substantial changes have occurred, be amended. The reviews should be ensuring accurate, up-to-date information regarding funding, delivery of services, additional

partners, and any changes in the signatory official of the Local Board, Chief Elected Official, or AJCC partners.

**State Program and State Board Overview**

The Governor appoints CWDB members, which consist primarily of representatives from businesses, labor organizations, educational institutions, and community organizations. The CWDB is responsible for designing a statewide plan and establishing appropriate program policy. To effectively implement this plan the State workforce structure includes 15 RPUS and 45 Local Areas.

Each of the state's 45 Local Areas are designated by the Governor and administer WIOA services. Factors that are considered in designating these Local Areas include geographic location, population, as well as the existing labor market areas and regional economic development areas in the state.

The Chief Elected Official of each Local Area appoints a Local Board with a local membership similar to that of the CWDB. The Local Board develops and implements strategies for meeting the employment and skill needs of workers, job seekers, and employers. The Local Board is responsible for overseeing service delivery through the AJCC system.

The AJCCs are a main entry point for the state workforce development system. The AJCC partners are jointly responsible for workforce and economic development, educational, and other human service programs. Therefore, collaboration is essential to establishing a quality-focused, employer-driven, and customer-centered system.

Every Local Area must have at least one comprehensive AJCC that provides universal access to the full range of employment services, training and education, employer assistance, etc. In other words, a comprehensive AJCC is a physical location where job seekers and employers have access to the programs, services, and activities of all the required AJCC partners.

***Membership Roster***

| Name | Position/Company/Affiliation | Membership Category |
|---|---|---|
| Dr. I Angelov Farooq, Chair | Owner – AVM Innovation Consulting, LLC | Business (i) |
| Kamyar Amiri-Davani | Vice President – Outclick Media | Business (i) |
| Hon. Anna Caballero | California State Senator, District 12 | Legislature (B) |
| Sonya Christian, PhD | Chancellor – California Community Colleges | Government (iii) *WIOA Title II |
| Hon. Damon Connolly | California State Assembly Member, District 12 | Legislature (B) |
| Jamil Dada | Senior Financial Manager – Provident Bank-Riverside County Branches | Business (i) |

| Lee Ann Eager | President/CEO – Fresno County Economic Development Corporation | Business (i) |
| Diane Factor | Director – Worker Education and Resource Center (SEIU 721) | Labor (ii) |
| Nancy Farias | Director – Employment Development Department | Government (iii) *WIOA Title I Representative |
| Dean Fealk | Partner & Co-Chair – International Labor and Employment Practice, DLA Piper | Business (i) |
| Larry Frank | Capital Campaign Director– UCLA Labor Center | Government (iii) |
| Michael Gallo | President and CEO – Kelly Space and Technology, Inc. | Business (i) |
| Mark Ghaly, M.D., M.P.H. | Secretary – California Health and Human Services Agency | Government (iii) |
| Leonard Gonzalez | Executive Director – Laborers' Training and Retraining Trust Fund | Labor (ii) |
| Jason Haider | Founder – Xenco Medical | Business (i) |
| Stewart Knox | Secretary – Labor and Workforce Development Agency | Government (iii) *Governor's proxy |
| Hilary D. Lentini | President and CEO – Lentini Design and Marketing, Inc. | Business (i) |
| Stephen Levy | Director and Senior Economist – Center for Continuing Study of the California Economy | Business (i) |
| James Mangia | President and CEO – St. John's Well Child and Family Center | Business (i) |
| Rebecca Miller | Workforce Director – SEIU United Healthcare Workers-West (UHW) | Labor (ii) |
| Stephen Monteros | Vice President of Operations and Strategic Initiatives – SIGMAnet | Business (i) |
| Robert Redlo | Consultant – Doctors Medical Center | Business (i) |
| Nicole Rice | President – California Natural Gas Vehicle Coalition | Business (i) |
| Charles Riojas | Secretary-Treasurer – Fresno, Madera, Tulare, Kings Building Trades Council | Labor (ii) |
| Fabrizio Sasso | Executive Director – Sacramento Labor Council | Labor (ii) |

| Hon. Pilar Schiavo | California State Assembly Member, District 40 | Legislature (B) |
| Avin Sharma | Director of Labor Relations and Workforce Development – Port of Los Angeles | Local Elected (iii) |
| Hon. Lola Smallwood-Cuevas | California State Senator, District 28 | Legislature (B) |
| Jeremy Smith | Deputy Legislative Director – State Building and Construction Trades of California | Labor (ii) |
| Anette Smith | Director of Diversity, Equity, and Inclusion – Roth Staffing Companies | Business (i) |
| Bruce Stenslie | President and CEO – Economic Development Collaborative, Ventura County | Business (i) |
| Hon. Tony Thurmond* | State Superintendent of Public Instruction – California Department of Education | Government (iii) *WIOA Title II |
| Floyd Trammell | Executive Director – West Bay Local Development Corporation | Community Based Organization (ii) |
| Joe Xavier | Director – Department of Rehabilitation | Government (iii) |
| Gloria Young | President & CEO – Young and Lamay Associates | Business (i) |

Vacancies: Local government representatives (2) and business representatives (3). Vacancies are anticipated to be filled by August 2024.

*\* Carolyn Zachry has been designated to serve as the Adult Education State Director (Title II) State Board Activities.*

The CWDB and its staff provide active, ongoing policy analysis, technical assistance, and program evaluation to inform and shape state policy on workforce and education program design and implementation.

Executive Director
The Executive Director, who reports to both the CWDB Chair and the Secretary of Labor and Workforce Development, guides strategy, operations, planning, and policy development. The Executive Director is also the face and chief liaison for the organization in CWDB's dealings with other state department heads and workforce system stakeholders.

Chief Deputy Director
The Chief Deputy Director is the CWDB chief of staff and oversees the daily operations of the Deputy Directors and the staff in their branches. The Deputy Directors responsible for the operations in the branches supervise the work of all staff in these units, and each report to the Chief Deputy Director.

The Operations and Policy Implementation Branch

The Operations and Policy Implementation Branch is responsible for providing administrative support for the CWDB, ensuring compliance on all federal reporting and state reporting fiscal requirements, CWDB budget development and oversight, administrative matters pertaining to employment, procurement of goods and services, and grant solicitation administrative activity.

Specific responsibilities include the following:

*Fiscal Operations:*
- Maintenance of the CWDB's WIOA operating funds.
- Managing budget authority and total dollars allocated.
- Tracking of all CWDB grant and initiative funds.
- Managing monthly invoices for all business expenses outside of grants.
- Providing a detailed monthly encumbrance and expenditure report to accurately project expenditures.

*Business Services*
- Procuring goods and services through contract, requisitions, and Cal-Card processes.
- Managing booking and reimbursement for CWDB staff and board travel.
- Facilities management.

*Human Resources*
- Managing hiring, staff tracking, and separation activities.
- Managing training and staff development processes with management and leadership.
- Providing organizational support for staff management and personnel matters.

*Communications*
- Reviewing and editing all CWDB documents.
- Managing the development and execution of marketing, newsletter, and social media materials.
- Managing logistical needs and support for CWDB member meetings, committee, and workgroup.
- Drafting of annual reports, publication, and audit responses.

*Grant Operations*
- Development of CWDB grant solicitations.
- Solicitation management for federal and state funding opportunities.
- Development of scoring Criteria for grant application review and selections.
- Award list development and approval management.
- Grant agreement development and execution.

*Information Technology*
- Maintenance of IT hardware and software, email systems, telecommunications equipment, network printers and copiers, and CWDB website as well as other online platforms.

The Policy, Research, and Legislation Branch

The Policy, Research, and Legislation Branch is responsible for conducting policy and program review for the State Board in order to build a comprehensive state system and foster its continuous improvement. This function is achieved primarily through the development of policy recommendations and the identification and dissemination of information concerning best practices pertaining, but not limited to, the following areas:

- Developing Directives to provide policy guidance to Local Workforce Development Boards.
- Developing best practices and model partnerships.
- Serving as the primary point of contact for recently completed, and currently ongoing third-party contracted evaluations.
- Serving as the primary point of contact for grantees for resolving any data reporting issues.
- Conducting background research on job quality, equity, and climate resiliency with the intention of producing internal white papers.
- Serving as subject matter experts for the participant data module in the new CAL-E-Grants system.
- Convening State Plan partners in accordance with the requirements of WIOA; building collaborative relationships around workforce development issues; and developing strategic partnerships, specifically with climate related agencies, for incorporating the high road standards.
- Provide state and federal legislative analysis and government affairs support.
- Operating the CAAL-Skills Project.
- Administering the Corrections Workforce Partnership and Prison to Employment program.

The Program Implementation and Regional Support Branch
The Program Implementation and Regional Support Branch is charged with guiding innovation related policy and practice to advance the state's broad labor market goals of shared prosperity and income mobility.  In providing technical assistance to key partners in the state's various regions, this branch works to foster the continuous improvement and implementation of best practices for those elements of the system pertaining to, but not limited to, the following:

- System alignment through regional partnership.
- Sector engagement in regional labor markets.
- Using regional coalitions and partnerships to inform and advance the development of careers pathways.
- Accelerating skills and credential attainment aligned with regional labor markets.
- Facilitating access to job training, education, and workforce services for populations with barriers to employment.

The Equity, Climate, and Jobs (ECJ) Field Branch
The ECJ Field Branch convenes, engages, and connects partners to administer, promote, and expand an integrated approach to labor, workforce, and economic policy using a set of economic and workforce development strategies. This approach, legally defined as High Road, includes a commitment to equity, sustainability, and job quality and enlists the following four

elements: industry led problem solving; partnerships as a priority; worker wisdom; and industry driven education and training solutions. Partnerships are intentional, have defined roles, and may be regional, industry, or sector based. Partners may include employers, workers, and their representatives including organized labor, community-based organizations, education, training, and social services providers, and labor market intermediaries.

The work of the ECJ Field Branch includes the following areas:
- Fostering development and expansion of industry-based, worker-focused training partnerships.
- Developing the CWDB's high road sector strategy as an effective, clear, transferrable, and teachable field of practice.
- Supporting and scaling up existing High Road Training Partnerships (HRTP) and High Road Construction Careers (HRCC) projects.
- Convening partners to develop new HRTPs and HRCCs, with a focus on industry sectors impacted by climate change, policies that lead to a carbon-neutral economy, and/or changes in technology and automation.
- Integrating apprenticeship and public sector employment with high road sector field practitioners.
- Coaching, mentoring, and supporting new high road sector practitioners to increase alignment with the workforce and education system partners.
- Integrating the high road vision in regional field capacity building and Regional Plan implementation.
- Engaging public agencies, elected officials, board members, community groups and community-based organizations, and regional stakeholders to align all related work with the high road sector strategy underlying the CWDB's economic mobility goals.

### *Future Assessment of Core Programs*
Title I and Title III
CalJOBS<sup>SM</sup> provides a unified and streamlined intake and case management system that enables co-enrollment across programs, while reducing the duplication of services provided to AJCC clients. The system currently serves as California's case management system and official system of record for federally required data for the following programs:
- Title I Adult
- Title I Dislocated Worker
- Title I Youth
- Title III Wagner-Peyser
- Jobs for Veterans State Grant
- Trade Adjustment Assistance
- National Dislocated Worker Grant

To ensure compliance with the performance accountability measures outlined in WIOA Section 116, the EDD issued Workforce Services Directive WSD20-02, which provides performance guidance related for all programs using the CalJOBS<sup>SM</sup> system.

Additionally, Workforce Services Directive WSD19-06 provides AJCC staff with information regarding how to track services provided to individuals and employers in the CalJOBS<sup>SM</sup> system, and provides a link to the data element(s) each CalJOBS<sup>SM</sup> activity code maps to in the Participant Individual Record Layout.

To ensure the quarterly and annual participant data submitted to the U.S. Department of Labor (DOL) is accurate, the EDD issued Workforce Services Directive WSD18-02, which outlines the process AJCC staff must take to correct data in the CalJOBS<sup>SM</sup> system. The EDD informs all AJCC staff of the year-end reporting schedule to ensure all supplemental data is entered, and that performance data is reviewed prior to the annual report submission.

Title II

The CDE AEO provides assessment and accountability services for the Title II program through TOPSpro Enterprise. TOPSpro Enterprise is a database designed to accurately measure progress, mastery of skills, and competencies needed to both complete, and advance one or more Educational Functioning Levels. It automates scoring, collects student demographic data, tracks agency and individual student performance, generates reports, and aggregates data for state and federal year-end reports.

Features of the data system and relevant processes include the following:
- TOPSpro Enterprise is used to collect and report all student progress and outcome measures, and for collecting information for federal and state annual reporting.
- The system provides student, class, and program reports that enable local providers to have immediate access to the data for targeting instruction for continuous program improvement.
- The local data is submitted quarterly and annually to the CDE for monitoring and aggregation into state and federal reports.
- TOPSpro Enterprise records each student's goals on entering a class, as well as their educational outcomes.
- Assessment may be formal (e.g., a written test), or informal (e.g., teacher observation of student performance through a check-competencies).

The data collected consists of measurable skill gains in the following programs areas: English Language Acquisition, Adult Secondary Education, and Adult Basic Education. The data collection process begins with program staff at agencies funded by the AEFLA inputting the data daily at each site during the program year. Each week the data collected from AEFLA funded agencies is aggregated at a statewide level. The annual data aggregation and data validation begins August 1st of each year. The purpose of the annual data aggregation and validation process is to compile state and federal year-end reports due annually, by October 1st. Performance measures include WIOA Title II indicators of Measurable Skill Gains, credential attainment, employment after 2nd and 4th quarter, and median earnings.

The CDE also conducts an annual comprehensive qualitative program survey. This survey is required of all participating agencies and involves practitioner focus groups and interviews of both teachers and students. The results provide recommendations for state level planning and development activities, identify best practices and emerging needs, and helps focus professional development and training to ensure effective instructional programs for targeted populations.

Title IV
The DOR utilizes a case management system known as AWARE. In addition to WIOA data reporting, the AWARE system has a financial component utilized for federal reporting requirements. The system contains consumer data, case notes, and information regarding goods/services for consumers.

Data are collected and inputted in-house by VR staff located statewide in 13 geographic districts. The DOR continues to train staff on the current processes, and new processes as needed, and use AWARE to collect WIOA data. State VR systems/agencies collect and report summary data in a federally mandated format called the RSA Case Service Report. The RSA-911 report is submitted quarterly for the preceding quarter of the fiscal year by each state's vocational rehabilitation agency.

The RSA-911 report contains a record for each participant, including VR applicants and students with disabilities receiving pre-employment transition services. It is feasible that a participant may appear more than once in one year, if their case was opened on two or more separate occasions. The federal RSA-911 report aggregates many variables of outcomes-related information, including demographics, disability, interventions, and reason for closure, employment status, sources of financial support, and more. The values of certain fields (e.g. income, hours worked per week, etc.) are reported both status at application and status at closure.

Additionally, RSA-911 quarterly data is consolidated into the annual WIOA Statewide and Local Performance Report (ETA 9169), submitted by October 1 of each year to RSA; this annual report includes five additional, computed data elements related to program performance measures and expenditures for that preceding federal program year.

The RSA assesses the quality, and effectiveness of DOR outcome-related information in relation to the State performance accountability measures described in WIOA Section 116(b), and coordinates guidance and technical assistance to the department to initiate and monitor program improvements. The DOR also uses the information from the quarterly and annual reports internally to self-assess performance and develop strategic initiatives.

**Regional Evaluation**
Under WIOA, the establishment of regions is intended to align workforce development activities and resources with regional economic development areas and available resources. While the vision and policy objectives laid out in the State Plan were used to guide the development of the criteria below, RPUs have significant discretion to determine how these

approaches will be best actualized within their regions. The CWDB issued Workforce Services Directive WSD22-05 which provides and established the policy guidance and procedures regarding the two-year modification of the Regional and Local Plans for Program Years 2021-2024.

**Regional Indicators**

A key objective of regional planning efforts is to connect AJCC services to a regional skills infrastructure that aligns with regional labor market needs. Previous regional planning cycles utilized ten regional indicators to assess coordination and measure progress within the RPUs. The indicators provided a useful measure of processes and activities utilized by RPU partners to establish a foundation for driving a regional approach and aligning the needs of regional industry sectors and employers.

In an effort to further refine how progress is evaluated, the number of indicators that will be used to assess progress in the regions has been narrowed to focus on the following:

- The region has a process to communicate industry workforce needs to supply-side partners.
- The region has policies supporting equity and strives to improve job quality.
- The region has shared target populations of emphasis.
- The region deploys shared/pooled resources to provide services, training, and education to meet the target population's needs.

As part of Regional Plan Implementation (RPI) 4.0, RPUs were asked to work with the RPI 4.0 Evaluation and Technical Assistance Teams over 18 months to establish objective metrics associated with at least one of the four Regional Indicators.

The CWDB does not view this as a one-size-fits-all exercise that resulted in one set of uniform metrics across the state. Rather, it was an opportunity for each RPU to jointly agree upon data points that would take into account their region's unique needs and demonstrate the impact regional work has on their residents. The modified Regional Plan allows each RPU to outline the progress that has been made by documenting the impact over the last 18 months and communicating what is anticipated for the next two years.

**Future Assessment of One-Stop Partner Programs**

The CAAL-Skills program includes participation from both core and other one-stop delivery system partner programs. CAAL-Skills is intended to unite partners in a program that enables a holistic yet statistically rigorous assessment of California's workforce system. CAAL-Skills enables the evaluation of workforce programs individually and collectively at the regional level through the assessment of outcomes. The California Policy Lab, comprised of research and data science experts from UC Los Angeles and UC Berkeley, has been engaged to evaluate the data provided by CAAL-Skills partners in fulfillment of requirements outlined in WIOA Section 116.

Current data sharing partners include:

- Department of Industrial Relations-Division of Apprenticeship Standards
- Community Colleges Chancellor's Office

- Employment Training Panel
- Department of Social Services
- Employment Development Department
- Department of Education
- Department of Corrections and Rehabilitation
- Department of Rehabilitation
- Pilot counties for Department of Social Services (Napa, Monterey, Stanislaus)

This interagency and multi-departmental data-sharing and program-evaluation initiative utilizes common performance measures to evaluate the outcomes associated with California's investment in workforce development, training, related education, and supportive service programs. CAAL-Skills utilizes common performance measures to examine:

- The efficacy of participating programs based on participant outcomes (e.g., wages earned, credentials attained).
- The population served based on participant characteristics, including:
- Demographic Information (e.g., age, gender, race, ethnicity)
- Barriers to Employment (e.g., disabilities, cultural or language barriers, literacy, income level, ex-offender status)
- Other Characteristics (e.g., veteran status)
- Other workforce system factors (e.g., program services provided, geographic location of service providers, industry of employment)

Currently, the CAAL-Skills team is primarily focused on modernization efforts to migrate data to a secure, cloud-based environment and strengthen analysis and reporting through development of an interactive public dashboard.

**Past Assessments of Core and One-Stop Partner Programs**
California undertakes assessments in two different ways.  First, California assesses the effectiveness of the core WIOA programs through annual performance reporting to DOL. Second, over and above performance reporting, the CWDB has conducted several evaluations, some of which are complete, and others are ongoing.

***WIOA Performance Reporting***
Information provided below is taken from the Program Year (PY) 2022 WIOA Annual Report submitted by CWDB and EDD.  For Title II, the information was provided by CDE.

| *PY 2022* | *Employment Rate 2nd Quarter* | *Employment Rate 4th Quarter* | *Median Earnings 2nd Quarter* | *Credential Attainment* | *Measurable Skill Gains* |
|---|---|---|---|---|---|
| Title I Adult | 71.0% | 69.1% | $8,307 | 70.5% | 67.4% |

| PY 2022 | Employment Rate 2nd Quarter | Employment Rate 4th Quarter | Median Earnings 2nd Quarter | Credential Attainment | Measurable Skill Gains |
|---|---|---|---|---|---|
| Title I Dislocated Worker | 75.3% | 74.8% | $9,782 | 74.4% | 63.6% |
| Title I Youth | 72.8% | 73.6% | $4,971 | 58.7% | 65.7% |
| Title II | 29.37% | 26.22% | $6,000 | 8.66% | 41.08% |
| Title III | 61.0% | 60.6% | $8,744 | N/A | N/A |

California exceeded the negotiated goals for WIOA Title III and Title I programs except for the Youth Credential Attainment Rate. The following table and narrative provide information regarding deficiencies in this measure.

***Credential Attainment Rate***

| | Negotiated | PY 2022 Quarter 1 | PY 2022 Quarter 2 | PY 2022 Quarter 3 | PY 2022 Quarter 4 | PY Total |
|---|---|---|---|---|---|---|
| Youth | 60.4% | 47.2% | 55.4% | 66.8% | 60.9% | 58.7% |

For PY 2022, the Credential Attainment Rate looked at program participants who exited between January 1, 2021 – December 31, 2021. The Title I Youth's negotiated goal for the Credential Attainment Rate was 60.4%, and the actual result achieved was 58.7%.

One of the most significant impediments to success in this measure was youth participants' lack of responsiveness and engagement, especially after exiting the program. A significant number of youth become disengaged and unresponsive, making it difficult to obtain credential information. Another factor was the lingering impact of the pandemic, which disrupted the state's educational systems and led to unprecedented challenges for students and educational institutions. As shown in the Credential Attainment Rate table above, the rate increases in the second and third quarters and then drops but maintains just above the negotiated goal in the fourth quarter. This improvement aligns with the start of reopening public schools for in-person instruction (spring) and then the reopening of the state (summer). Ultimately, the lockdowns, restrictions, and the shift to remote learning profoundly affected student engagement and success.

In PY 2023, the state will continue to provide technical assistance to Local Workforce
Development Areas (Local Area) on the Credential Attainment measure to increase
performance outcomes.

The California Department of Education (CDE) requires that WIOA, Title II subrecipients
complete an annual Program Implementation Survey. Among the numerous questions in the
survey several are focused on collaboration with WIOA partners, specifically the America's Job
Centers of California (AJCC). In the 2022-23 year, 82.3% of the subrecipients indicated they had
interacted with their local AJCC. The number one type of interaction is receiving or providing
student referrals. There was a significant increase from 2021-22 at 66.1% to 74.2% in 2022-23.
The survey also asks about the effectiveness of the subrecipient's interaction with the local
AJCC. There has been a steady increase of subrecipient's responding that their interactions are
Very Effective & Some Effective. In 2020-21 the rate was 44.4% to a 2022-23 rate of 54.6%. The
steady increase in effective interaction has meant a decrease in Somewhat or Very Ineffective
ratings. Per WIOA requirements, Title II, subrecipient's are required to work with their Local
Workforce Development Board (LWDB). 70.8% of the subrecipient's were able to work or
communicate with their LWDB to understand the regional economic impacts of COVID-19 and
the changes that may come to their regional plan. 58.8% of the subrecipient's rated their
interactions with the LWDB as Very or Somewhat Effective. An area for growth in California
would be to focus on co-enrollment in more than one core program.  In 2022-23 only five
percent of the WIOA Title II participants enrolled in more than one core program.

***Overall Approach to Assessment Activities***
CWDB uses third-party evaluators to assess all its funded programs.  The following are the
completed third-party evaluations (Breaking Barriers 1.0, AJCC, RPI, and CAAL-Skills 1.0).  These
evaluations used as source material provided by participating grantees in each of the programs
the following: (a) background documents (b) narrative reports (c) surveys (d) interviews and (e)
administrative data.  The research questions focused on an analysis of (i) grantee programs'
service delivery and design; (ii) participant outcomes; and (iii) system outcomes.  The findings
were discussed at four levels: enrollments and participation in the program; provision of
services; partnership development; and participant and program level outcomes.

While each of these evaluations have specific conclusions and implications, the general
observations to be made here is that there was need to standardize program elements, refine
technical assistance particularly around data collection and reporting, and develop a common
research design framework. Going forward, all state-funded grant program data will be entered
into a single data warehouse (the CAL-E-Grants system) with common data elements and
specifications. CWDB Research and Evaluation Staff are developing a variety of supporting
documents for use by grantees for data collection, reporting, and validation.

While each evaluation will have its own focus, CWDB Research and Evaluation Staff have asked
third-party evaluators, at a minimum, to indicate up front in their submitted research design
the following. First, to clearly identify in the proposal the type of evaluation (process, output
and outcome, and impact) they would be undertaking realizing that all three can be potentially

possible given a sufficient timeframe. Second, clearly indicate which data elements from the standardized list would be included in the evaluation and indicate those that are over and above what is typically collected in the CWDB warehouse. Third, a description of the methodological approach (qualitative, quantitative, mixed methods) the third-party evaluator would undertake. Lastly, and maybe the most important, include in the research design, a discussion of lessons learned that implications for future workforce development policy as well as suggestions for improving future evaluations.

The next round of third-party evaluations will focus on the HRTP/HRCC, P2E 2.0, Breaking Barriers 2.0, and RERP. Of these, only the HRTP/HRCC has been underway for a year with the rest either just beginning or yet to begin. Also, the evaluation for P2E 1.0 is nearing completion with a report due Fall 2024.

Results of the High Road evaluation will provide evidence for the efficacy of CWDB's overall High Road approach, which has been summarized in the preceding. Specifically, the evaluation will focus on efficacy of a partnership approach that brings together industry, worker representatives, educational providers, and community organizations to collaboratively address the skill needs of employers in tandem with the training and job quality needs of individual workforce participants. An interim report based on qualitative analysis will be forthcoming in late spring or early summer 2024, with final report including quantitative analysis to be finalized in 2025.

The evaluation focuses on developing a theoretical framework and attendant measures that are able to fully account for the partnership-focused workforce development approach that is summarized in California's "four-intervention" model. Doing so necessitates developing both a clear conceptualization of all posited outcomes, both participant-level and system-level (e.g. impacts on climate resilience) and attendant qualitative and quantitative metrics. For example, developing a way to measure the positive impact on local communities & student learning of a workforce training project that trains school food workers in preparing nutritious meals.

Findings are expected, in particular, to inform the development and use of system metrics (climate impacts of workforce investments; benefits to participating employers) that can in future be included in RFAs and applied to measure the efficacy of High Road programs.

Other ongoing evaluations address CWDB's targeting of interventions to specific underserved populations. These include a 2.0 evaluation of the Prison to Employment program, currently in-process. The P2E 2.0 evaluation is investigating new research questions, including identifying why program effects vary across individuals, that emerged from the P2E 1.0 evaluation. It will also extend the P2E 1.0 analysis using the latest longitudinal data as it becomes available through the course of the contract. Additionally, a 2.0 evaluation of the Breaking Barriers program will describe the following characteristics of the cohort of Breaking Barriers grantees funded under AB 628 (the second cohort): 1) organizational features (e.g., geographic areas served, location within local workforce areas, funding levels, history, staffing levels, etc.); 2) the numbers and types of individuals with high barriers to employment grantees plan to and actually do serve (i.e., target populations) under their Breaking Barriers grants; 3) the

composition of staff, including whether staff are representative of the target populations they seek to serve; and 4) the service delivery models and strategies grantees plan to use and actually implement under their grants. The evaluators also plan to compare what the grantees provide versus what was planned, and these features in comparison to grantees from the AB 1111-funded first cohort. These evaluations will yield more fine-grained insights regarding the performance of the fourth intervention type, Lifting All Workers to the High Road by removing employability barriers for the most underserved workers.

The 2.0 evaluation of CAAL-Skills workforce system data will evaluate the California workforce system as a whole. In particular, the refined and expanded research design (improved comparison groups, expanded outcome measures) is expected to provide greater insights into efficacy of those programs which could not be effectively evaluated in the 1.0 report because of their divergence from an assumed adult-unemployed-jobseeker model. A learnings memo was developed by the Labor and Workforce Development Agency to guide evaluators toward this expanded evaluation agenda. In addition, work is underway to create an interactive dashboard that will enable members of the public as well as policymakers to make informed choices about training program enrollment based on available information.

Complementary to this endeavor is work to develop data standards so that participant outcomes can be tracked and assessed with consistency across all of California's workforce development programs, as well as to ensure that demographic data (e.g., sex and gender) are reported in accordance with current scholarship and standards. Work in this area, stimulated by the SB 755 legislation that expands the data collected on workforce participants, has been ongoing since early 2023. The ultimate goal from the lessons learned from all past and current third-party evaluations is to continue refining and adjusting policy and program based on data-driven insights and establishing the CWDB approach to third-party evaluations as evidence-based practice.

Rates of labor force participation (21.6%, at least 45.3 percentage points lower than that of persons who did not have a disability) remained lower and rates of unemployment higher (10.4% compared with 4.3% in the population as a whole) for Californians with disabilities. The state's disability population is a target of numerous CWDB grant initiatives, including High Road Training Partnerships and in particular, Breaking Barriers which focuses on providing individuals with barriers to employment the services they need to enter, participate in, and complete boarder workforce preparation, training, and education programs aligned with regional labor market need.

Assessments conducted by the CWDB usually take one or both of two forms: (1) a descriptive analysis of the efficacy of the implementation of the different grants and programs; and (2) an evaluation of the impacts different grants and programs have on the workforce development system. Typically, the program assessment is either conducted by external third-party evaluators or CWDB research specialists. Whether the assessment is conducted by third-party evaluators or by CWDB research specialists, the general approach taken to answer the above questions is to undertake both quantitative and qualitative analyses, applying the most appropriate research

design using a mixed-methods statistical approach that involves a combination of in-depth interviews, surveys, document analysis, and inferential statistics.

Additionally, the CWDB research team has had in-depth and ongoing conversations with the LWDA regarding the common evaluation framework, including incorporating the Learning, Evaluation, Analysis, and Data (LEAD) principles as a framework for all the CWDB grant program evaluations. The LEAD coordination between CWDB and LWDA has produced promising results, clarifying, and streamlining a shared effort towards new and improved data reporting systems. Also, the CWDB research team has been working diligently to improve internal policies surrounding data collection and reporting procedures for all CWDB grant programs work.

The CWDB is in the process of transitioning to a Salesforce platform (Cal E-Grants) for the data capture system for all state-funded grant programs. In the past, Grantees were able to use CalJOBS to provide participant data for research and monitoring purposes. Since CalJOBS is built for reporting WIOA funded activity to the Department of Labor, it was a challenge for both CWDB staff and many of its Grantees to use for state-funded data collection. While the Cal E-Grants data modules are being built, a State Grant Data Solution (SGDS) workbook was developed as a temporary option for state-funded grants. The CalJOBS platform is to remain an option during this transitional period for state-funded grants, and a requirement for WIOA funded projects by statute.

The SGDS is in an Excel workbook format that closely resembles the CalJOBS platform and collects much of the same data. The SGDS workbook is submitted to a Secure Automated File Exchange (SAFE) platform to satisfy reporting requirements outlined by each grant. The SAFE platform can only be accessed by those that have received credentials from the CWDB. Data is entered cumulatively (to date) for each participant in the SGDS workbook and resubmitted to the SAFE platform per reporting requirements.

The decision was made to offer an interim option for grantees to transition to SGDS to provide streamlined data collection system for various CWDB departments and grantees. Since it debuted, SGDS has been a valuable tool for grantees to continuously improve their programs and services by providing a clearer picture of aggregate participant data and project outcomes. The SGDS format also allowed the CWDB to implement needed improvements within SGDS and respond directly to grantee inquiries regarding data change requests or technical issues. SGDS has been the preferred method of data collection by the CWDB until the transition to Cal E-Grants is final.

While the data collected in SGDS closely resembled the data collected in CalJOBS, using SGDS dramatically decreased the amount of time required to review multiple reports and resolve any data change requests. The CWDB provided guidance regarding how to use and submit the SGDS workbook for reporting requirements. A recorded walkthrough tutorial of the SGDS workbook and documented questions asked during live Question and Answer sessions with the research team were made available to all grantees. Also, individual meetings with the research team were

scheduled upon request after the walkthrough tutorial and the Question-and-Answer sessions had taken place.

Participant data is now expected to be reported on a quarterly basis for most of CWDB's grant programs. The CWDB has made several changes to its data collection and evaluation processes; the goal in changing these processes is to increase grantee support and quicker turnaround time on data to inform what interventions are working best for different groups. One change that has been made to CWDB reporting practices involves Quarterly Narrative Reports (QNRs), which are no longer collected. Instead, CWDB is currently piloting a new approach to QNR reporting, in which grantees meet virtually with the Program, Research, and Field teams quarterly to check-in on overall progress being made on their project and any challenges that grantees may be facing. In addition to the quarterly check-in meetings, progress reports are now required to be submitted semi-annually as a way of documenting how the project has progressed, barriers that have been encountered, lessons learned, etc. Progress reports are more similar in format to what was previously considered a QNR. Supplemental reports may also be required to be submitted for grantees using CalJOBS as their data capture system. A supplemental report captures grant-specific data that is not collected in CalJOBS in an Excel spreadsheet for reporting purposes.

The SGDS data capture system is now available for users to opt into and the CWDB recommended grantees transition into the new system. However, once a data collection system has been selected, grantees were not permitted to switch platforms during the grant term. Grantees were able to choose the CalJOBS system for data collection, with the clear understanding that inquiries and technical assistance may take longer to resolve. Once the Cal E-Grants data module becomes available, all state-funded grantees will be expected to make the transition to that data capture system. The CWDB will provide updates to grantees as they become available, and training will be provided once the Cal E-Grants data module is live. The Cal E-Grants system is anticipated to rollout in 2024.

CWDB integrates robust technical assistance into its data systems. This ensures that data-reporting stakeholders have the opportunity and support to understand reporting requirements, navigate the data systems, and troubleshoot errors or ameliorate confusions. A dedicated email inbox has been made available where stakeholders can submit their questions or concerns. Queries are then triaged and responded to by the CWDB team, generally within 24 hours of being received. Webinars and office hours are hosted at the start of each grant term and on an as-needed basis to provide additional opportunities for stakeholders to receive technical assistance.

Typically, the state's evaluation and assessment activities aim to investigate how specific operational practices and policy interventions affect the success of workforce programs and their participants.

Relevant research questions include the following:
- What types of services are most likely to improve the labor market outcomes of program participants, especially over the medium to long term?

- How can operational practices be better structured to facilitate improved operations and better outcomes for workforce program participants?
- What program supports ensure program sustainability, continued program participation for participants, and limit premature program exit for participants while ensuring innovation and sustainability?
- What practices facilitate partnership between service providers?
- What practices facilitate regional partnerships and industry engagement?
- How can services be made more customer-centered?

Answering these types of questions requires taking a long and broad view on program operations and outcomes.

***Overview of Assessment Activities July 1, 2020, through June 30, 2022***

The following is a list of core and other one stop partner program evaluation and assessment activities initiated, developed, and/or completed in the two year window between July 1, 2020 and June 30, 2022:

- Evaluations of Slingshot and Workforce Accelerator "Innovation" Grant Programs (Initiated May 2017, Completed December 2018)
- Evaluation of High Road Training Partnerships (Initiated January 2017, Anticipated Completion Spring 2021)
- Evaluations of Regional Plan Implementation Grants 2.0 and 3.0 (Initiated February 2019, Anticipated Completion December 2021)
- Evaluation of AB 1111 State Funded Grant Program (Initiated July 2019, Anticipated Completion Fall 2021)
- Evaluation of America's Job Centers of California (Initiated Summer 2019, Anticipated Completion December 2021)
- Development of the CAAL-Skills Data Repository (initiated August 2016, continual ongoing development through the present)
- Development of the CAAL-Skills Workforce Metrics Dashboard 2020 Report (Initiated in Spring 2017, Anticipated Completion Fall 2020)
- Development of the CAAL-Skills Workforce Metrics Dashboard 2022 Report (Initiated Summer 2019, Anticipated Completion Fall 2022)
- California Policy Lab (UC Regents) analysis of CAAL-Skills workforce program data (Initiated Summer 2018, Anticipated Completion August 2021)

These assessments and findings are described in the paragraphs that follow, highlighting methodologies employed, timelines adopted, and key findings and recommendations where appropriate. The way findings and recommendations have impacted state policy and strategy is summarized in narrative that follows the assessment summaries.

***Summaries of Contract Evaluation Activities***

The following provides a list of ongoing program evaluation and assessment activities initiated, developed, or partially completed by the CWDB to meet state and federal legislative requirements.

Evaluation of High Road Training Partnerships (HRTP)/High Road Construction Careers (HRCC)
The CWDB contracted the University of California, Los Angeles (UCLA) Labor Center to develop an iterative research and evaluation framework that will be amended and adapted by the Research and Evaluation Team. The proposed framework is a mixed-methods, multi-sited case study of the High Road Initiative. The proposed methodological approach will entail a combination of in-depth interviews, surveys, document analysis, and inferential statistics. UCLA will formulate an HRTP/HRCC performance index based on the High Road model and develop a data strategy to ensure we have the appropriate data needed for the metrics. The evaluation began in Fall 2022 and runs through December 2025. The cost of the evaluation is $1.4 million.

Education Stabilization Fund-Reimagine Workforce Preparation (ESF-RWP)
The CWDB applied for and received a grant from the U.S. Department of Education for further development and implementation of HRTP and HRCC. Five partnerships at the local or regional levels were awarded grants. As part of the assessment, grantees must make information available on all credentials (including badges, certificates, certifications, licenses, and degrees of all levels and types) and competencies (knowledge, skills, and abilities) achieved as a result of funding under this program publicly accessible through the use of linked open data formats that support full transparency and interoperability.  The grant is expected to end March 2024. The CWDB Research team is preparing close out documents for submission to the US Department of Education, as individual grant recipients are expected to complete their work by September 2023.

Evaluation of Regional Plan Implementation
The evaluation of RPI 4.0 was completed by the [Corporation for a Skilled Workforce (CSW)](#) in Spring 2023.  For RPI 4.0, the evaluation was conducted by using a synthesis and analysis of the qualitative data collected through a mixed method approach to develop recommendations on how to support regions and ensure connection between regional strategic thinking and local service delivery. One focus of RPI 4.0 was to ask each of the State's 15 RPUs to demonstrate measurable progress on one or more of the following four specific regional indicators:

- A process to communicate industry workforce needs to supply-side partners.
- Policies supporting equity and job quality.
- Shared target populations of emphasis.
- Shared/pooled resources to provide services, training, and education to meet target population needs.

RPUs
The associated counties of the San Joaquin Valley and the Inland Empire received more intensive technical assistance and assessment of regionally based workforce development activities. The evaluation's findings suggest that existing longstanding tensions within RPUs provided opportunities for innovation and improvement of staff capacity.

CWDB views the overall RPI evaluation process as a continuum, focusing on how the regions have evolved in their approaches to regionalism, with an eye on the eventual shift to measuring outcomes rather than processes.

This evolution can be seen through the results of the RPI 4.0 evaluation when compared to those of the RPI 3.0 evaluation. The RPI 3.0 evaluation, also conducted by CSW, outlined the initiative's progress towards standardizing and streamlining processes at the regional level. The prime example is how RPUs made efforts to coordinate their multiple local business services teams' approaches to major employers. In contrast, RPI 4.0 leveraged these process improvements to evolve the initiative's focus more towards measuring outcomes. The RPI 3.0 report is located on the CWDB website.

Prison to Employment (P2E) Initiative 1.0 and 2.0
The P2E 1.0 evaluation, conducted by The University of California, Riverside (UCR) Presley Center of Crime and Justice Studies will investigate four research questions:
1.  Do individuals who participate in P2E have better labor market outcomes?
2.  Do individuals who participate in P2E have lower recidivism rates?
3.  Does P2E promote increased equity for historically marginalized populations?
4.  How well did P2E coordinate pre-release reentry services and post-release workforce services?

The first three questions will be investigated primarily through a quantitative approach, analyzing administrative data from multiple agencies to gain leverage on the causal impacts of participation in the initiative. Qualitative analysis, primarily interviews, will provide context around the first three research questions and serve as the primary method for investigating the fourth research question. The P2E 1.0 evaluation began in January 2021 and will be forthcoming in 2024. The cost of the evaluation is $500,000.

CWDB selected UCR to conduct an evaluation of P2E 2.0. The cost of the evaluation is $500,000, and the contract is currently in-process. The P2E 2.0 evaluation will investigate new research questions, including identifying why program effects vary across individuals, that emerged from the P2E 1.0 evaluation. It will also extend the P2E 1.0 analysis using the latest longitudinal data as it becomes available through the course of the contract.

Workforce Accelerator Fund (WAF)
In Fall 2022, CWDB Research staff completed an Implementation Report that summarized WAF grantee activities and preliminary participant outcomes. Given WAF's emphasis on innovation and creativity, the report focused on lessons learned from the earliest rounds of WAF in 2014 until the present. The report also included quantitative analysis on the latest rounds of WAF, finding strong evidence of an association between supportive services and better labor market outcomes.

Evaluation of AB 1111 State Funded Grant Program
Evaluation of the first round of the Breaking Barriers to Employment initiative was conducted by Corporation for a Skilled Workforce and Social Policy Research Associates. The study team found that, overall, grantees accomplished much of what they had set out to do, despite having started just before the onset of the COVID-19 pandemic. These programs collectively exceeded their enrollment goals, served the barriered populations intended, offered a wide range of services, met most of their self-identified program implementation goals, developed plans to sustain their programs, and identified important strategies for meeting participant needs.

Furthermore, about 50 percent of participants were employed at about six months after leaving the program, and about one-third showed measurable skill gains. That said, these early outcomes reflect only a small portion of all program participants. Also, the strength of Community Based Organization (CBO) and Local Board partnerships increased for only a small number of grantees, with co-enrollment into other workforce programs reported infrequently and primarily for programs with WDB grantees. The evaluation began in early 2020 and was completed in April 2022. The cost was $299,990.23. The report can be found on the [CWDB website](#).

Evaluation of Prison to Employment and other reentry State-Funded Grant Program Initiatives Building on the external evaluation of the Round 1 Prison to Employment (P2E) reentry initiative, for CWDB to contact evaluation on any new reentry initiative to build upon previous evaluation efforts.  To share, follow, evaluate trends emerging into new initiatives, based on baseline hypotheses research questions.

To spearhead California's efforts to promote equity and create economic opportunity for formerly incarcerated and justice-involved individuals, the Governor's 2018-19 Proposed Budget included $37 million over three years for the P2E. P2E funds the integration of workforce and reentry services in all of California's labor regions, or RPUs. In 2019, funds were awarded to RPUs, with the greatest amounts going to where the highest numbers of formerly incarcerated and justice-involved individuals reside. The Initiative is designed to support regional planning efforts, fund RPI, and provide resources for direct services to the formerly incarcerated and other justice-involved individuals. It also sets aside specific resources for both supportive services and earn and learn activities, which were identified as a major gap by previous grantees and local service providers. P2E enrolled its first participants in October 2019, and services wrapped in March 2022. P2E also sets aside funds for an external evaluation of the program. CWDB has contracted with the Presley Center of Crime and Justice Studies at the University of California, Riverside to conduct the evaluation.

The evaluation will investigate the following research questions:

- Which programs and types of programs led to higher employment rates and higher wages for participants?
- Which programs and types of programs led to reduced inequities for historically marginalized populations?
- How well did grantees coordinate pre-release reentry services and post-release workforce services from multiple service providers? What best practices can be learned?
- What causal mechanisms may help explain answers to the above questions?

Quantitative and qualitative research methods employed for this analysis include the following: background analysis of grant application documents and quarterly grantee narrative reports; review of related local and regional workforce plans; interviews and surveys of P2E participants; interviews and surveys of Local Workforce Development Board staff; interviews and surveys of CBO staff; quantitative analysis of related administrative and performance data. The evaluation

report will conclude after all necessary employment and wage data reaches CWDB in 2023. In September 2021, CWDB authored an Interim Report to the California Legislature on the progress of the program. The Report found that grantees had made excellent progress recruiting justice-involved and formerly incarcerated individuals into the program, with several grantees exceeding their enrollment targets a year ahead of schedule. Additionally, early indicators on co-enrollments, credential attainment, and employment and wages are promising.

Breaking Barriers to Employment 2.0 (AB 628 (Chapter 323, Statutes of 2021)
The third-party evaluation, conducted by Corporation for a Skilled Workforce and Social Policy Research Associates, will describe the following characteristics of the cohort of Breaking Barriers grantees funded under AB 628 (the **second cohort**): 1) organizational features (e.g., geographic areas served, location within local workforce areas, funding levels, history, staffing levels, etc.); 2) the numbers and types of individuals with high barriers to employment grantees plan to and actually do serve (i.e., target populations) under their Breaking Barriers grants; 3) the composition of staff, including whether staff are representative of the target populations they seek to serve; and 4) the service delivery models and strategies grantees plan to use and actually implement under their grants. The evaluators also plan to compare what the grantees provide versus what was planned, and these features in comparison to grantees from the AB 1111-funded **first cohort**. The cost of the evaluation is $500,000.

Regional Equity and Recovery Partnerships (RERP)
CWDB selected Corporation for a Skilled Workforce to evaluate RERP. The evaluators are currently drafting their research design memo, which will focus on how the RERP initiative overall and its individual programs improve outcomes for the target populations mentioned in the solicitation and/or by the grantees, whether the partnerships and coordination between local boards and community colleges created through RERP enhance the participant experience and lead to positive outcomes, and how data systems (existing or created for RERP) and coordination contribute to the development of partnerships and improved outcomes for the target population. The evaluation is set to begin in Winter 2023 and runs through October 2025. The cost of the evaluation is $300,000.

Most of the assessments covered in this document involve obtaining quantitative and qualitative data from core programs, state agencies, RPUs and Local Boards as well as CBOs. For RPI, P2E, and RERP, the grantees include RPUs; and for AB 1111, the grantees are a partnership between CBOs and Local Boards, with CBOs being the lead grantees. On the AJCC assessment, the CWDB and its third-party program evaluators worked with the California Workforce Association to collect qualitative data from a select group of Local Boards and quantitative data from all 45 Local Boards.

For CAAL-Skills, the data collection, research design, and outcome specifications involve several WIOA required partners and other agencies. These partners are: WIOA Title I Adult; WIOA Title I Dislocated Worker; WIOA Title I Youth; WIOA Title II; WIOA Title III Wagner-Peyser; WIOA Title IV; CalWORKs (California's version of the federal Temporary Assistance for Needy Families Program); CalFresh E&T (California's version of the Supplemental Nutrition Assistance Program,

Employment and Training Program); Trade Adjustment Assistance; Incumbent Worker Training accessed through the California's Employment Training Panel program; California Division of Apprenticeship Standards (DAS)-approved apprenticeship programs; Career Technical Education programs at the California Community Colleges; and rehabilitative programs at the California Department of Corrections and Rehabilitation and the Prison Industry Authority.

Based on preliminary unpublished findings from the assessments, California will do the following:

- To perform research and evaluation more effectively and efficiently, the CWDB has put in place an internal Research and Evaluation Team, who are Ph.D. trained social scientists and well-versed in the techniques and tools to conduct full-scale evaluations. Prior to hiring these researchers, the CWDB either worked with third-party evaluators, or at a minimum, provided technical assistance regarding data collection for compliance purposes. Therefore, the state will separate technical assistance tasks from assessment and evaluation, which will be critical for developing and implementing evidence-based research designs.
- To promote public transparency of workforce data, the CWDB is developing a user-friendly public web portal. The web portal will be a .Net web application that communicates initially with the CAAL-Skills databases and then more broadly with other state and federally funded grants, which should enable the public to access the CWDB's reporting information without any latency. The CAAL-Skills version of the public web portal is a federally mandated high priority and requires the environment and the existing data to be migrated to cloud.
- The CWDB will continue to refine its role as the point agency for facilitating multi-departmental, interagency data sharing designed to display the analysis of labor market outcome data for workforce, education, and related human service program participants, thus serving as a prime repository for forthcoming education and workforce development projects.

Evaluation of America's Job Centers of California

The AJCC evaluation is a mixed-methods evaluation of the statewide AJCC system, focused on identifying determinants of success for participants in the Title I Adults and Dislocated Workers Program. The evaluation was conducted by Corporation for a Skilled Workforce and the Ray Marshall Center at the University of Texas, Austin. The quantitative evaluation utilizes participant service data from 2016 to 2020, while the qualitative evaluation relies on in-depth case studies (interviews and focus groups with staff, local leaders, and participants) based on a sample of Local Boards that has been selected for diversity of service approaches, economic and geographic conditions, and outcomes. Both the quantitative and qualitative evaluation address different aspects of the same question: "which interventions in AJCC design and service approach produce greatest benefits for participants?" The set of interventions considered includes: AJCC service delivery model type; the political jurisdiction in which a Local Board sits; relative expenditures on service and non-service costs; and the mix of services offered. The AJCC evaluation began in November 2020 and was completed in Spring 2022. The cost of the evaluation was $750,000. The report can be found on the [CWDB website](#).

Overview of the CAAL-Skills Data System and Related Evaluation Activities

As part of its efforts to facilitate comprehensive program evaluation, the CWDB launched the CAAL-Skills workforce data initiative in August of 2016. Development and implementation of the initiative is continuously ongoing and aims to fulfill the following objectives:

- Compliance with the WIOA which requires that the state's workforce system be data-driven and evidence-based.
- Compliance with AB 2148 (K. Mullin, Chapter 385, Statutes of 2014) and AB 1336 (K. Mullin, Chapter 211, Statutes of 2017) which requires:
- The development and display of a workforce metrics dashboard.
- Submission of periodic legislative reports on workforce program participant labor market outcomes.
- Periodic completion of statistically rigorous evaluations of the labor market impacts of workforce programs.
- Compliance with WIOA SEC. 116 (e) program requirements pertaining to statistically rigorous evaluation and assessment of WIOA programs.
- Development of customized data reports and analyses based on participating workforce program research needs.

CAAL-Skills is an ongoing workforce data-initiative that merges administrative data from participating data-sharing partners in a data repository housed at the CWDB. Participating programs are party to data-sharing agreements that identify how participating program data may be used. Programs currently participating in CAAL-Skills include the following:

- WIOA Title I Adult at Employment Development Department
- WIOA Title I Dislocated Worker at Employment Development Department
- WIOA Title I Youth at Employment Development Department
- WIOA Title II at Department of Education
- WIOA Title III Wagner-Peyser at Employment Development Department
- WIOA Title IV at Department of Rehabilitation
- CalWORKs (California's TANF program) at Department of Social Services
- CalFresh (California's SNAP E&T program) at Department of Social Services
- Trade Adjustment Assistance at Employment Development Department

CAAL-Skills Workforce Metrics Dashboard Report 2022The 2022 Workforce Metrics Dashboard Report summarizes and graphically displays credential attainment, employment, and wage data for WIOA Core Programs, CalWORKs (California's TANF program), the Trade Adjustment Assistance program, the Employment Training Panel's State-Funded Incumbent Worker Training program, DAS-approved apprenticeship programs, and the California Community College system's Career Technical Education programs.

The dashboard report provides descriptive statistics on aggregate outcomes for individuals who exited participating programs in State Fiscal Years 2014-15 and 2015-16 (which run from July 1 to June 30 each year).

For most programs, the data is displayed using a standard set of tables and graphs that organizes credential attainment and labor market outcome data by race, ethnicity, sex / gender, age group, veteran status, training completion status, and type of credential received. Standard table and graphs also present information on post-exit industry sector of employment and greater detail on the dispersion of wages for program exiters using box-and-whisker plots.

CAAL-Skills Workforce Metrics Dashboard Report 2025
The 2025 Workforce Metrics Dashboard Report will summarize and graphically display credential attainment, employment, and wage data for WIOA Core Programs, CalWORKs, CalFresh, the Trade Adjustment Assistance program, the Employment Training Panel's State-Funded Incumbent Worker Training program, DAS-approved apprenticeship programs, the California Community College system's Career Technical Education programs, as well as Rehabilitative programs operated by the California Department of Corrections and Rehabilitation, and the Prison Industry Authority.

The 2025 Workforce Metrics Dashboard Report will be the second Workforce Metrics Dashboard Report to utilize CAAL-Skills data. Once complete the dashboard report will provide descriptive statistics on aggregate outcomes for individuals who exited participating programs in State Fiscal Years 2016-17, 2017-18, 2018-19, 2019-20, 2020-21, 2021-22, and 2022-23 (which run from July 1 to June 30 each year). CAAL-Skills will publish subsequent Workforce Metrics Dashboard Reports annually.

For most programs, the data will be displayed using a standard set of tables and graphs that organizes credential attainment and labor market outcome data race, ethnicity, sex / gender, age group, veteran status, training completion status, and type of credential received. Standard tables and graphs also will present information on post-exit industry sector of employment and greater detail on the dispersion of wages for program exiters.

Draft tables and accompanying narratives for the 2025 Workforce Metrics Dashboard Report have yet to be developed as the CAAL-Skills technical team is currently focused on system modernization efforts and has yet to request, receive, merge, cleanse, and prepare the relevant source data of participating programs. Once completed, these modernization efforts will facilitate the creation and publication of subsequent Workforce Metrics Dashboard Reports annually.

CAAL-Skills 1.0 Evaluation
Proper program evaluation requires the use of sophisticated statistical methods to control for factors other than participant services when explaining individual labor market outcomes. Accordingly, California has partnered with the California Policy Lab (UC Regents) to conduct sophisticated statistical analyses of the labor market impacts of workforce programs on participants post program exit. The CWDB awarded the California Policy Lab a contract to analyze CAAL-Skills de-identified program participant labor market outcome data for individuals who exited participating workforce programs in State Fiscal Years 2014-15 and 2015-16.

The evaluation employed a non-experimental design where training recipients were "matched" with similar-at-entry individuals drawn, in most cases, from the recipients of minimal services under the *Title III Wagner-Peyser* program. Comparison groups were created at a sophisticated level of precision, using state-of-the-art techniques to match individuals based on demographic (race, ethnicity, gender) criteria as well as the local labor markets into which they enter.  This approach enabled researchers to isolate the impacts from training on labor market outcomes, which is typically challenging in the absence of an experimental model.

Programs included in the study are as follows: the WIOA Core Programs, CalWORKs (California's TANF program), the Trade Adjustment Assistance program, the Employment Training Panel's State-Funded Incumbent Worker Training program, DAS-approved apprenticeship programs, and the California Community College system's Career Technical Education programs.

Highlighted results include strong findings that training under the *Title I Adult and Dislocated Worker* programs produces statistically significant and economically meaningful positive impacts upon the likelihood of becoming employed and individuals' earnings. In the Title I Adult program, receiving training services increased the likelihood of employment by nearly 10 percent. Training recipients in this program earned close to 30 percent (+$1,351) more per quarter compared with members of the untrained comparison group. Both male and female trainees experienced similar advantages.

In the *Title I Dislocated Worker* program, training increased employment by nearly 12 percent. Trainees saw an earnings advantage of 20 percent higher wages compared with the non-trainees group.

Training under DAS-approved apprenticeship programs was also found to produce large increases in quarterly employment and earnings for participants relative to the comparison group of non-trainees. Trainees were about 6 percent more likely to be employed, and experienced positive wage gains of nearly 33 percent compared with non-trainees.

Positive impacts on employment and/or earnings were found for several other programs in the evaluation, at either a conclusive or suggestive level of evidence.

These findings are consistent with an expanding body of literature that links social stratification to human capital development, levels and educational attainment with other CAAL-Skills program data that show linkages between levels of program participant skills attainment, higher wages, and better employment outcomes, especially for those programs that build skills through on-the-job training and apprenticeship.

In addition, some preliminary CAAL-Skills data suggests that supportive services lead to higher completion rates and credential attainment for TANF recipients enrolled in career education programs at the California Community Colleges. Given the starting disadvantages of TANF recipients in relation to the more general population of CTE participants, this finding seems to strongly support the value of supportive services in facilitating program completion.

In sum, the CAAL-Skills data suggests that training is a good means to improve employment outcomes for workforce program participants. It also suggests that investment in appropriate training programs (directly related to regional labor market dynamics) and the provision of supportive services to ensure participants complete their training and earn an industry recognized credential are important means for fighting poverty.

An initial draft of the evaluation report ("CAAL-Skills: Study of Workforce Programs in California") was produced in July 2021 and submitted to the CWDB and data-sharing partners in early August. Between August and early September 2021, researchers from the California Policy Lab presented findings to the CAAL-Skills data-sharing partners. The final report was published in 2022 along with a policy brief version of findings for a generalist audience.

The State is hesitant to draw firm and concrete policy conclusions from the outcome data available in the draft performance tables available through the CAAL-Skills workforce data initiative and the CAAL Skills Workforce Dashboard 2020 Report, as it was the first of its kind and was seen primarily as a prototype for evaluating workforce developments across several different state agencies.  California will continue partnering with the California Policy Lab to build out a more robust CAAL-Skills 2.0 evaluation.

_Summary Findings from Other Evaluations_
Beyond CAAL-Skills, and based on the findings and recommendations from the other assessments, California will:

- Emphasize partnerships and alignment across programs and funding streams, including partnerships between CBOs and programs operating through the AJCCs.
- Emphasize industry engagement in the development of HRTPs, OJT programming, apprenticeship, and WIOA Regional Plans.
- Develop and fund intermediary activities to bring local and regional partnerships together, giving special emphasis to activities that link local service delivery structures with regional skills infrastructures designed to meet regional workforce needs.
- Continue partnership activities between State departments who are part of the workforce system to ensure collaboration and collective responsibility for shared participant outcomes.
- Invest in regional planning, regional partnership, regional organizing activities and TA support to the regions by state merit staff and other subject matter experts.
- Utilize performance metrics to track participant outcomes for grants that fund direct services and subject direct service grant programs to rigorous assessment and evaluation activities.
- Develop metrics that track skills building investments at the regional level by setting goals and collecting data through the regional planning process and by developing new data reporting requirements for regional planning units awarded regional planning implementation grants.
- Evaluate programs and program outcomes over longer time horizons as well as increase grant periods for services, so as to encourage more attention to the medium- and longer-term upward mobility of program participants post-exit.

The next round of third-party evaluations will focus on the HRTP/HRCC, P2E 2.0, Breaking Barriers 2.0, and RERP.  Of these, only the HRTP/HRCC has been underway for a year with the rest either just beginning or yet to begin. Also, the evaluation for P2E 1.0 is nearing completion with a report due Fall 2024.

Description of Substantive Findings and Policy Strategy

Results of the High Road evaluation will provide evidence for the efficacy of CWDB's overall High Road approach, which has been summarized in the preceding. Specifically, the evaluation will focus on efficacy of a partnership approach that brings together industry, worker representatives, educational providers, and community organizations to collaboratively address the skill needs of employers in tandem with the training and job quality needs of individual workforce participants. An interim report based on qualitative analysis will be forthcoming in late spring or early summer 2024, with final report including quantitative analysis to be finalized in 2025.

The evaluation focuses on developing a theoretical framework and attendant measures that are able to fully account for the partnership-focused workforce development approach that is summarized in California's "four-intervention" model. Doing so necessitates developing both a clear conceptualization of all posited outcomes, both participant-level and system-level (e.g. impacts on climate resilience) and attendant qualitative and quantitative metrics. For example, developing a way to measure the positive impact on local communities & student learning of a workforce training project that trains school food workers in preparing nutritious meals.

Findings are expected to inform the development and use of system metrics (climate impacts of workforce investments; benefits to participating employers) that can in future be included in RFAs and applied to measure the efficacy of High Road programs.

Other ongoing evaluations address CWDB's targeting of interventions to specific underserved populations. These include a 2.0 evaluation of the Prison to Employment program, currently in-process. The P2E 2.0 evaluation is investigating new research questions, including identifying why program effects vary across individuals, that emerged from the P2E 1.0 evaluation. It will also extend the P2E 1.0 analysis using the latest longitudinal data as it becomes available through the course of the contract. Additionally, a 2.0 evaluation of the Breaking Barriers program will describe the following characteristics of the cohort of Breaking Barriers grantees funded under AB 628 (the second cohort): 1) organizational features (e.g., geographic areas served, location within local workforce areas, funding levels, history, staffing levels, etc.); 2) the numbers and types of individuals with high barriers to employment grantees plan to and actually do serve (i.e., target populations) under their Breaking Barriers grants; 3) the composition of staff, including whether staff are representative of the target populations they seek to serve; and 4) the service delivery models and strategies grantees plan to use and actually implement under their grants. The evaluators also plan to compare what the grantees provide versus what was planned, and these features in comparison to grantees from the AB 1111-funded first cohort. These evaluations will yield more fine-grained insights regarding the performance of the fourth intervention type, Lifting All Workers to the High Road by removing employability barriers for the most underserved workers.

The 2.0 evaluation of CAAL-Skills workforce system data will evaluate the California workforce system as a whole. In particular, the refined and expanded research design (improved comparison groups, expanded outcome measures) is expected to provide greater insights into efficacy of those programs which could not be effectively evaluated in the 1.0 report because of their divergence from an assumed adult-unemployed-jobseeker model. A learnings memo was developed by the Labor and Workforce Development Agency to guide evaluators toward this expanded evaluation agenda. In addition, work is underway to create an interactive dashboard that will enable members of the public as well as policymakers to make informed choices about training program enrollment based on available information.

While each of the completed and ongoing evaluations have specific conclusions and implications, the general observations to be made here is that there was need to standardize program elements, refine technical assistance particularly around data collection and reporting, and develop a common research design framework. Going forward, all state-funded grant program data will be entered into a single data warehouse (the CAL-E-Grants system) with common data elements and specifications. CWDB Research and Evaluation Staff are developing a variety of supporting documents for use by grantees for data collection, reporting, and validation.

CWDB Research and Evaluation Staff have asked third-party evaluators, at a minimum, to indicate up front in their submitted research design the following. First, to clearly identify in the proposal the type of evaluation (process, output and outcome, and impact) they would be undertaking realizing that all three can be potentially possible given a sufficient timeframe. Second, clearly indicate which data elements from the standardized list would be included in the evaluation and indicate those that are over and above what is typically collected in the CWDB warehouse.  Third, a description of the methodological approach (qualitative, quantitative, mixed methods) the third-party evaluator would undertake.  Fourth, and maybe the most important, include in the research design, a discussion of lessons learned that implications for future workforce development policy as well as suggestions for improving future evaluations.

Complementary to this endeavor is work to develop data standards so that participant outcomes can be tracked and assessed with consistency across all of California's workforce development programs, as well as to ensure that demographic data (e.g., sex and gender) are reported in accordance with current scholarship and standards. Work in this area, stimulated by the SB 755 legislation that expands the data collected on workforce participants, has been ongoing since early 2023. The ultimate goal from the lessons learned from all past and current third-party evaluations is to continue refining and adjusting policy and program based on data-driven insights and establishing the CWDB approach to third-party evaluations as evidence-based practice.

The State will continue to invest in and emphasize policies, programs, and grants that foster human capital development by upskilling and reskilling program participants in a manner consistent with industry needs. Such policies and investments include sector focused job

training and continued investment in High Road Training Partnerships. The State will also continue to invest in regional initiatives that build regional skills infrastructure while encouraging broad and inclusive local and regional partnerships focused on customer-centered service delivery.

In sum, it is important to note that completed and ongoing evaluations continue to inform the way California approaches policy strategy and operations as the State works to build a regional skills infrastructure that links WIOA program participants to good quality jobs through various local service delivery structures, the AJCC system, and perhaps most importantly, regional training providers who meet the needs of quality employers in industry sectors driving regional economic growth.

AJCC Certification

As outlined in [Workforce Services Directive WSD23-05,](#) WIOA establishes a framework under which Local Boards are responsible for maintaining a network of high-quality, effective AJCCs. To assist in these efforts, the CWDB, in consultation with an AJCC Certification Workgroup comprised of state-level core program partners and Local Board representatives, developed objective criteria and procedures for Local Boards to use when certifying the AJCCs within their Local Area.

The WIOA outlines three key requirements for AJCC certification:
1. Effectiveness of the AJCC
2. Physical and programmatic accessibility for individuals with disabilities
3. Continuous improvement

California's certification process is centered on these key requirements and sets a statewide standard of service delivery that ensures all customers consistently receive a high-quality service.

[Workforce Services Directive WSD23-05](#) provides guidance and establishes the procedures regarding certification of comprehensive, affiliate, and specialized America's Job Center of California locations.

In accordance with WIOA Section 121(g), Local Boards must select an evaluation panel to perform an independent and objective evaluation of the AJCCs in their Local Areas once every three years using criteria and procedures established by the CWDB. The Local Board can add additional certification criteria tailored to the needs of their Local Area, but they may not remove or replace any of the federal or state criteria.

The certification process for comprehensive, affiliate, and specialized AJCCs will be conducted during Program Year (PY) 2024-25 and take effect January 1, 2025.

Baseline AJCC Certification Process

The baseline AJCC certification process ensures that every comprehensive, specialized, and affiliate AJCC complies with key WIOA statutory and regulatory requirements. It is important to note that this is an individualized process; it will not be used to compare or rank one AJCC or Local Board against another AJCC or Local Board.

Comprehensive AJCC Baseline Certification
The following requirements must be met to certify an AJCC as comprehensive:
1. Each Local Board and partner within the comprehensive AJCC have a signed and implemented Memorandum of Understanding (MOU) with the Local Board meeting the requirements in the WIOA Memorandums of Understanding directive (WSD18-12).
2. The AJCC has implemented the board-defined roles and responsibilities of the AJCC Operator and Title I Adult and Dislocated Worker Career Services Provider as indicated in the Selection of AJCC Operators and Career Services Providers directive (WSD22-13).
3. The AJCC complies with equal opportunity for individuals with disabilities in accordance with the ADA, WIOA Section 188, Title 29 CFR Part 38, WIOA Joint Final Rule Section 678.800, and all other applicable federal and state guidance.
4. The AJCC meets all regulatory requirements to be considered a comprehensive AJCC as identified in the WIOA Joint Final Rule Section 678.305.

Affiliate and Specialized AJCC Baseline Certification
The following requirements must be met to certify an AJCC as an affiliate or specialized:
1. Each Local Board and partner within an affiliate or specialized AJCC have a signed and implemented MOU with the Local Board meeting the requirements in the WIOA Memorandums of Understanding directive (WSD18-12).
2. The AJCC complies with equal opportunity for individuals with disabilities in accordance with the ADA, WIOA Section 188, Title 29 CFR Part 38, WIOA Joint Final Rule Section 678.800, and all other applicable federal and state guidance.
3. Meets all regulatory requirements to be considered an affiliate or specialized AJCC as identified in the WIOA Joint Final Rule Sections 678.300(d)(3), 678.310, and 678.320.

AJCC Certification Indicator Assessment
To highlight areas where AJCCs can continuously improve their service delivery, the AJCC Certification Workgroup identified seven AJCC Certification Indicators to measure continuous improvement for all AJCCs. These seven indicators will continue to be utilized to establish consistency throughout the Local Areas.

The AJCC Certification Indicators are as follows:
1. The AJCC ensures universal access, emphasizing individuals with barriers to employment.
2. The AJCC actively supports the One-Stop system through effective partnerships.
3. The AJCC provides integrated, customer-centered services.
4. The AJCC is an on-ramp for skill development and attaining industry-recognized credentials that meet the needs of targeted regional sectors and career pathways.

5. The AJCC actively engages industry and labor and supports regional sector strategies through an integrated business services strategy focusing on quality jobs.
6. The AJCC has high-quality, well-informed, and cross-trained staff.
7. The AJCC achieves business results through data-driven continuous improvement.

The AJCC Certification Indicator Assessment describes each certification indicator along with examples of criteria. The assessment requires a complete rationale for each certification indicator provided. The Local Board may establish additional criteria or set higher standards for continuous improvement than those listed above. The Local Boards must submit a completed AJCC Certification Indicator Assessment to their Regional Advisor by November 1, 2024.

AJCC Continuous Improvement Plan

Once the AJCC Certification Indicator Assessment is completed, the Local Board must use the recommendations and evaluations from the assessment to create a Continuous Improvement Plan for the AJCC. Since Local Boards oversee the AJCC system within the Local Workforce Development Area, the AJCC Continuous Improvement Plan should be developed locally in coordination with the Local Board AJCC Operator and in alignment with the agreed upon goals and objectives within the established Regional and Local Plans and MOUs to drive continuous improvement for the AJCC system. The continuous improvement plan does not need to be submitted with the Baseline Criteria Matrix and the AJCC Certification Indicator Assessment. Since the goal is for Local Boards to work with each of their comprehensive, affiliate, and specialized AJCCs to continually improve and progress within each AJCC Certification Indicator, all Local Boards must attest to developing the Continuous Improvement Plan with target dates with the AJCC. The Continuous Improvement Plan must be completed by December 31, 2024. Local Boards are encouraged to note the changes that have taken place in the form of virtual services due to COVID-19. Additionally, Local Boards may use the Continuous Improvement Plan to highlight key procedural changes that have occurred as a result of the pandemic and how those changes have been beneficial to the AJCC's continuous improvement.

Local Board Certification Process

The Local Boards may choose to use staff, the AJCC Operator (unless it's the Local Board), a subcommittee, or a neutral third-party to conduct the open, independent evaluation of each comprehensive, affiliate, and specialized AJCC. Based on those evaluations, the individual(s) or entity that conducts the independent review can provide recommendations to the Local Board regarding the certification status and continuous improvement strategies.

However, the Local Board must officially decide and submit the AJCC Baseline Criteria Matrix and accompanying AJCC Certification Indicator Assessment for each of the comprehensive, specialized, and affiliate AJCCs in the Local Area. To avoid potential conflicts of interest, the entity that conducts the evaluations cannot be an AJCC program partner or a Title I Adult and Dislocated Worker Career Services Provider. If a Local Board contracts with a provider to serve as both the AJCC Operator and the Title I Adult and Dislocated Worker Career Services provider, that entity is also not allowed to conduct the evaluation. However, if a Local Board has been approved by the Governor to also act as the Title I Adult and Dislocated Worker Career Services

Provider, Local Board staff may conduct the evaluation so long as there are clear and robust firewalls in place that separate the Local Board staff who work in the AJCCs from the Local Board staff who would be conducting the evaluations of those AJCCs. In this case, the CWDB may request additional information and documentation from the Local Board to verify that the firewalls are substantive enough to remove potential conflicts or biases.

The Local Board must also retain adequate supporting documentation of their certification determination for each AJCC. This includes, but is not limited to, ADA compliance monitoring reports, MOUs, procedure manuals, questionnaires, surveys, interview notes from customers, partners, or staff, and performance information used during the certification process. Certification documentation may be requested by the Department of Labor, the CWDB, or the EDD to substantiate a certification decision. Although not required, AJCC staff may want to conduct an initial self-assessment prior to the Local Board's evaluation. A self-assessment is a helpful tool that can assist the AJCC in addressing potential compliance issues or areas of improvement prior to the Local Board's certification decision. A self-assessment is not an independent and objective evaluation. It cannot be used in lieu of the Local Board's (or official designee's) evaluation.

<u>CWDB Certification Process</u>
As required by the WIOA Joint Final Rule Section 678.800, when the Governor approves a Local Board to serve as the AJCC Operator, the CWDB must certify the AJCC(s) where the Local Board is the AJCC's Operator. Prior to the CWDB's certification process, the Local Board must conduct an initial self-assessment for certification for all comprehensive, affiliate, and specialized AJCCs using the Baseline Criteria Matrix and complete an AJCC Certification Indicator Assessment. The Local Board must submit the Baseline Criteria Matrix and the AJCC Certification Indicator Assessment by November 1, 2024, to their Regional Advisor. The CWDB will review certification packets for the certification status of each comprehensive, affiliate, and specialized AJCC by December 15, 2024.

<u>Submissions</u>
Local Boards must electronically submit their Baseline Criteria Matrix and AJCC Certification Indicator Assessment via email to their Regional Advisor. The Local Board Director must sign the Baseline Criteria Matrix and AJCC Certification Indicator Assessment to attest to the Local Board's approval of each comprehensive and affiliate/specialized AJCC's certification level and agreement to develop a Continuous Improvement Plan with target dates with the AJCCs.

Evaluation of Regional Plan Implementation
The evaluation of RPI 4.0 was completed by the [Corporation for a Skilled Workforce (CSW)](#) in Spring 2023.  For RPI 4.0, the evaluation was conducted by using a synthesis and analysis of the qualitative data collected through a mixed method approach to develop recommendations on how to support regions and ensure connection between regional strategic thinking and local service delivery. One focus of RPI 4.0 was to ask each of the State's 15 RPUs to demonstrate measurable progress on one or more of the following four specific regional indicators:

- A process to communicate industry workforce needs to supply-side partners.
- Policies supporting equity and job quality.
- Shared target populations of emphasis.
- Shared/pooled resources to provide services, training, and education to meet target population needs.

The RPUs were presented with the regional indicators and were asked to conduct a self-assessment on at least one of the indicators. Clarity around RPI 4.0 Indicators was the most prominent challenge to overcome. Additionally, two RPUs: the associated counties of the San Joaquin Valley and the Inland Empire received more intensive technical assistance and assessment of regionally-based workforce development activities. The evaluation's findings suggest that existing longstanding tensions within RPUs provided opportunities for innovation and improvement of staff capacity.

CWDB views the overall RPI evaluation process as a continuum, focusing on how the regions have evolved in their approaches to regionalism, with an eye on the eventual shift to measuring outcomes rather than processes.

This evolution can be seen through the results of the RPI 4.0 evaluation when compared to those of the RPI 3.0 evaluation. The RPI 3.0 evaluation, also conducted by CSW, outlined the initiative's progress towards standardizing and streamlining processes at the regional level. The prime example is how RPUs made efforts to coordinate their multiple local business services teams' approaches to major employers. In contrast, RPI 4.0 leveraged these process improvements to evolve the initiative's focus more towards measuring outcomes. The RPI 3.0 report can be found on the [CWDB website](#).

### *Distribution of Funds for Core Programs*

Title I
The WIOA contains specific guidance that states must follow when allocating federal allotments of Title I Adult, Dislocated Worker, and Youth funds to Local Areas. For the distribution of Title I Adult and Youth funds, California uses the standard allocation method recommended in WIOA. For the distribution of Title I Dislocated Worker funds, California developed a state specific method in accordance with WIOA.

*Youth Funds are allocated in accordance with WIOA Section 127 (b)(1)(C)(ii):*
- One-third of funds will be distributed based on the relative number of unemployed individuals in areas of substantial unemployment in each Local Area (at least 6.451 percent), compared to the total number of unemployed individuals in areas of substantial unemployment in all Local Areas.
- One-third of funds will be distributed based on the relative share of excess unemployed individuals in each Local Area (at least 4.5 percent), compared to the total excess number of unemployed individuals in all Local Areas.

- One-third of funds will be distributed based on the relative share of economically disadvantaged youth in each Local Area, compared to the total number of economically disadvantaged youth in all Local Areas.

*Adult Funds are allocated in accordance with WIOA Section 132 (b)(1)(B)(ii):*
- One-third of funds will be distributed based on the relative number of unemployed individuals in areas of substantial unemployment in each Local Area (at least 6.451 percent), compared to the total number of unemployed individuals in areas of substantial unemployment in all Local Areas.
- One-third of funds will be distributed based on the relative share of excess unemployed individuals in each Local Area (at least 4.5 percent), compared to the total excess number of unemployed individuals in all Local Areas.
- One-third of funds will be distributed based on the relative share of economically disadvantaged adults in each Local Area, compared to the total number of economically disadvantaged adults in all Local Areas.

*Dislocated Worker Funds are allocated in accordance with WIOA Section 133(b)(2):*
- Ten percent will be distributed based on the relative number of short-term unemployment insurance claimants in each Local Area, compared to the total number of short-term unemployment insurance claimants in all the Local Areas.
- Thirty percent will be distributed based on the relative number of mid-term unemployment insurance claimants in each Local Area, compared to the total number of mid-term unemployment insurance claimants in all the Local Areas.
- Forty percent will be distributed based on the relative number of long-term unemployment insurance claimants in each Local Area, compared to the total number of long-term unemployment insurance claimants in all the Local Areas.
- Twenty percent will be distributed based on long-term unemployment, which is determined by the percentage of unemployment insurance claimants drawing fifteen weeks or more of benefits and multiplying this by the total number of unemployed civilians in the Local Area relative to the number in all Local Areas.

*Hold Harmless - Adult, Dislocated Worker, and Youth Funds*
Effective at the end of the second full fiscal year after the date a Local Area is designated, the Local Area must not receive an allocation percentage for a fiscal year that is less than 90 percent of the average allocation percentage of the Local Area for the two preceding fiscal years. Amounts necessary for increasing such allocations to Local Area to comply with the preceding sentence must be obtained by reducing the allocations to be made to Local Areas whose formula allotment percentage exceeds 90 percent of the prior two-year average.

Title II
For grant years July 1, 2020–June 30, 2023, an open competitive application process will be executed that adheres to the considerations outlined in WIOA Section 231(e). Grant applicants must establish that they have demonstrated effectiveness through performance data on its record of improving the skills of eligible individuals, particularly those who have low levels of literacy. This must be demonstrated in the following content domains of reading, writing, mathematics, English language acquisition, and other subject areas relevant to the services

contained in the state's application for funds. Grant applicants will also be required to provide information regarding outcomes for participants related to employment, attainment of secondary school diploma or its recognized equivalent, and transition to postsecondary education and training.

Successful applicants in the screening process are allowed to apply online via the request for application process. Agencies must provide narrative detail to the prompts associated with the considerations as specified in the WIOA Section 231(e).

The CDE uses 82.5 percent of the state allocation for local assistance grants. Local assistance grants and contracts are based on the following priorities:
- Populations with greatest need and hardest to serve, which includes adult learners who are performing below the eighth-grade level.
- Populations performing at or above the eighth-grade level, but who do not have a high school diploma or its equivalent.
- Incarcerated adults or eligible adults residing in state hospitals who perform below the high school graduation level.

For leadership activities, the state allocates 12.5% to provide support for:
- Data and accountability
- Technology and distance learning
- Professional development

The CDE uses the considerations specified in WIOA Section 231(e) to fund eligible providers. Through an RFA process, agencies must provide narrative detail to demonstrate how they will meet each consideration. The CDE monitors successful applicants through a system of reviewing online deliverables and onsite visits for the following:
1. Needs Assessment: The degree to which the provider is responsive to (A) regional needs as identified in the Local Plan under WIOA Section 108; and (B) serving individuals in the community who are identified in such Local Plan as most in need of adult education and literacy activities, including individuals who have low levels of literacy skills, or who are English Language Learners (ELL).
2. Serving Individuals with Disabilities: The degree to which the provider is able to serve eligible individuals with disabilities, including eligible individuals with learning disabilities.
3. Past Effectiveness: The degree to which the provider demonstrates past effectiveness in improving the literacy of eligible individuals to meet state–adjusted levels of performance for the primary indicators of performance described in WIOA Section 116, especially with respect to eligible individuals who have low levels of literacy.
4. Alignment with AJCC Partners: The degree to which the eligible provider demonstrates alignment between proposed activities and services and the strategy and goals of the Local Plan under WIOA Section 108, as well as the activities and services of the one-stop partners.

5. Flexible Scheduling: The degree to which the eligible provider's program is of sufficient intensity and quality and based on the most rigorous research available so that participants achieve substantial learning gains and uses instructional practices that include the essential components of reading instruction.

6. Evidence-Based Instructional Practices and Reading Instruction: The degree to which the eligible provider's activities, including reading, writing, speaking, mathematics, and English language acquisition instruction, are based on the best practices derived from the most rigorous research available, including scientifically valid research and effective educational practice.

7. Effective Use of Technology and Distance Learning: The degree to which the eligible provider's activities effectively use technology, services, and delivery systems, including distance education in a manner sufficient to increase the amount and quality of learning and how such technology, services, and systems lead to improved performance.

8. Facilitate Learning in Context: The degree to which the eligible provider's activities offer learning in context, including through integrated education and training, so that an individual acquires the skills needed to transition to and complete postsecondary education and training programs, obtain and advance in employment leading to economic self–sufficiency, and exercise the rights and responsibilities of citizenship.

9. Qualified Instructors and Staff: The degree to which the eligible provider's activities are delivered by well–trained instructors, counselors, and administrators who meet any minimum qualifications established by the state, where applicable, and who have access to high quality professional development, including through electronic means.

10. Partnerships and Support Services for Development of Career Pathways: The degree to which the eligible provider's activities coordinate with other available education, training, and social service resources in the community, such as by establishing strong links with elementary schools and secondary schools, postsecondary educational institutions, institutions of higher education, Local Boards, one–stop centers, job training programs, and social service agencies, business, industry, labor organizations, community-based organizations, nonprofit organizations, and intermediaries, for the development of career pathways.

11. High Quality Information and Data Collection System: The degree to which the eligible provider maintains a high–quality information management system that has the capacity to report measurable participant outcomes (consistent with WIOA Section 116) and to monitor program performance.

12. Integrated English Literacy and Civics Education: The degree to which the eligible provider has a demonstrated need for additional English language acquisition programs and civics education programs.

The CDE developed internal processes to ensure that there is direct and equitable access to the grant funds. All currently funded providers, public adult schools listed in the current California Public School Directory, and all other identified eligible agencies receive a grant or contract application notification by e-mail. This includes all known community-based organizations, community colleges, libraries, literacy councils, public housing authorities, and any other provider that is eligible pursuant to WIOA Section 203(5). In addition to the general distribution

of WIOA Sections 225, 231, and/or 243 application notifications, CDE will post a notice of the availability of funding on the website maintained by the Outreach and Technical Assistance Network. In addition, the CDE provides application information at conferences, workshops, and other activities attended by potential providers.

The CDE requires all eligible providers for WIOA Sections 225, 231, and/or 243 to use the same application process. This ensures that all applications are evaluated using the same rubric and scoring criteria. Statewide leadership activities are provided through contracted service providers in compliance with state contracting requirements. The CDE has also developed interagency agreements with the CDCR, DDS, and the California Youth Authority to provide the appropriate and necessary services for institutionalized adults.

The CDE ensures that all eligible providers have direct and equitable access to apply for grants or contracts. It also ensures that the same grant or contract announcement, application, and proposal process is used for all eligible providers. During the initial period of the grant submission process, any eligible agency that contacts CDE with an interest in participating will be provided the information needed. The CDE sends notification of availability of applications to all potential new adult education providers in the years when the RFA is open to new applicants. The CDE believes that these approaches meet the requirements specified in WIOA Title II and is satisfied that every effort is made to ensure direct and equitable access.

Title IV
A state may be designated as a combined agency, which serves all individuals with disabilities in the state; a general agency, which serves all individuals with disabilities, except those who are blind or visually impaired; or as a state agency for the blind, which provide services only for individuals who are blind or visually impaired. The DOR is designated as a combined agency and, therefore, does administer its vocational rehabilitation program and does not disburse its funds to separate agencies.

**Data Alignment and Integration**
Due to the size and complexity of California's workforce and education systems, the state does not utilize a one-size fits all tool for achieving data alignment and integration. Rather California utilizes a dual approach of front-end integration through the common intake form and back end integration through CAAL-Skills. Both of which work by pooling data from the Title I, Title II, Title III, and Title IV case management and reporting mechanisms - CalJOBS, TOPSpro Enterprise, and AWARE.

Title I and Title III
The CalJOBS[SM] system serves as the official system of record for federally required data for the following programs:

- Title I Adult
- Title I Dislocated Worker
- Title I Youth
- Title III Wagner-Peyser
- Jobs for Veterans State Grant

- Trade Adjustment Assistance
- National Dislocated Worker Grant

To ensure compliance with the performance accountability measures outlined in WIOA Section 116, the EDD issued Workforce Services Directive WSD19-03, which provides performance guidance related for all programs using the CalJOBS℠ system.

To ensure the quarterly and annual participant data submitted to the DOL is accurate, the EDD issued Workforce Services Directive WSD18-02 to outline the process AJCC staff must take to correct data in the CalJOBS℠ system. The EDD informs all AJCC staff of the year-end reporting schedule to ensure all supplemental data is entered, and that performance data is reviewed prior to the annual report submission.

Title II

Assessment and accountability services for the Title II program are provided through TOPSpro Enterprise. TOPSpro Enterprise is a database designed to accurately measure progress, mastery of skills, and competencies needed to both complete, and advance one or more Educational Functioning Levels.  It automates scoring, collects student demographic data, tracks agency and individual student performance, generates reports, and aggregates data for state and federal year-end reports.

Features of the data system and relevant processes include the following:

- TOPSpro Enterprise is used to collect and report all student progress and outcome measures, and for collecting information for federal and state annual reporting.
- The system provides student, class, and program reports that enable local providers to have immediate access to the data for targeting instruction for continuous program improvement.
- The local data is submitted quarterly and annually to the California Department of Education for monitoring and aggregation into state and federal reports.
- TOPSpro Enterprise records each student's goals on entering a class, as well as their educational outcomes.
- Assessment may be formal (e.g., a written test), or informal (e.g., teacher observation of student performance through a check of competencies mastered).

The data collected consists of measurable skill gains in the following programs areas: English Language Acquisition, Adult Secondary Education, and Adult Basic Education. The data collection process begins with program staff at agencies funded by the AEFLA inputting the data daily at each site during the program year. Each week the data collected from AEFLA funded agencies is aggregated at a statewide level. The annual data aggregation and data validation begins August 1st of each year. The purpose of the annual data aggregation and validation process is to compile state and federal year-end reports due annually, by October 1st.

Title IV

DOR utilizes a case management system known as the Accessible Web-Based Activity Reporting

Environment (AWARE). In addition to WIOA data reporting, the AWARE system has a financial component utilized for federal reporting requirements. The system contains consumer data, case notes, and information regarding goods/services for consumers.

Data are collected and inputted in-house by vocational rehabilitation staff located statewide in 13 geographic districts. DOR continues to train staff on the current processes, and new processes as needed, and use AWARE to collect WIOA data. DOR collects and reports summary data in a federally mandated format called the Rehabilitation Services Administration Case Service Report. The RSA-911 report is submitted quarterly for the preceding quarter of the fiscal year by each state's vocational rehabilitation agency.

DOR continues to engage with workforce partners to determine how to unite data and share it across programs. DOR will continue to engage in conversations on data sharing and efforts currently underway to improve data sharing efforts.

CAAL-Skills

California has continued to work on the CAAL-Skills Program. The purpose of CAAL-Skills is to unite workforce system partners in a program that enables a holistic yet statistically rigorous assessment of California's workforce system. CAAL-Skills enables the evaluation of workforce programs individually and collectively at the regional level through the assessment of outcomes (e.g., employment, wages, and education/training attainment). The California Policy Lab, comprised of research and data science experts from UCLA and UC Berkeley, has been engaged by the CWDB to evaluate the data provided by CAAL-Skills partners in fulfillment of the federal requirements outlined in WIOA Section 116.

To establish the CAAL-Skills data system, CWDB established data sharing agreements, including an overarching CAAL-Skills memorandum of understanding (MOU), associated approved business use case, data specification documents, and data processing contracts, with a wide variety of workforce training partners.  These partnerships extend well beyond those programs specifically mandated by UIC § 14013 and ensure data sharing and matching between confidential participant and wage data. This allows for the performance analysis and reporting to examine impacts on medium- and longer-term employment and earnings.

Current data sharing partners include:
- Department of Industrial Relations-Division of Apprenticeship Standards
- Community Colleges Chancellor's Office
- Employment Training Panel
- Department of Social Services
- Employment Development Department
- Department of Education
- Department of Corrections and Rehabilitation
- Department of Rehabilitation
- Pilot counties for Department of Social Services (Napa, Monterey, Stanislaus)

The CAAL-Skills data system includes participant-level information used to systematically link individuals across the workforce system, between participating programs, and to outcome data, including employment, wage, and credential attainment information. This data system allows for analysis and reporting at the aggregate level and various disaggregation, including program, year, participant characteristic, and region.

Although CAAL-Skills provides the ability to collect, store and analyze workforce-related information, it does not include a user-friendly interface or web portal to help individuals identify those workforce development, training and related-education program that best suits their needs. CAAL-Skills also does not currently include an electronic interface with other longitudinal data systems. Therefore, the CWDB received federal grant funding from DOL to create:

- A user-friendly public interface (via a web portal), including an interactive dashboard and query tool, that will help workforce system customers and potential customers select the workforce development, training and related education programs that best suit their needs; and,
- A technical interface that will facilitate the exchange of information with other longitudinal systems. The interface proposed will establish the technical infrastructure that will provide interface options allowing the transfer of data between CAAL-Skills and other systems.

CWDB is in the process of developing the CAAL-Skills web portal and establishing the infrastructure to facilitate the exchange of data securely with other systems using the DOL grant fund.

Currently, the CAAL-Skills team is primarily focused on modernization efforts to migrate data to a secure, cloud-based environment and strengthen analysis and reporting through development of an interactive public dashboard.

CAAL-Skills is in the process of migrating the project to a tier 2 data center on the Cloud. Amazon Web Services (AWS) Cloud will be utilized to migrate the data. All the security controls specified in the NIST-800 and FIPS-199 will be followed to encrypt, secure, and provide access to the CAAL-Skills data.

CWDB is in the process of developing the CAAL-Skills web portal and establishing the infrastructure to facilitate the intake of data securely from other systems using the DOL grant fund i.e. Workforce Development Quality Initiative (WDQI).

WDQI tremendously helped the CWDB to initiate the CAAL-Skills project, in response to federal and state legislative requirements, to provide data driven reporting on the effectiveness of the California workforce development system.  The funding played a crucial role in supporting CAAL-Skills to successfully implement a very sophisticated baseline environment in the cloud

platform and to re-design the legacy CAAL-Skills database to implement a common data structure and accommodate uniform data elements from all data-sharing partners.

It is important to note that CAAL-Skills is a data repository and reporting system rather than a data collection system. Central to the data sharing agreement structure that governs CAAL-Skills is the overarching principle that reporting data is only presented at an aggregate level. The nature of CAAL-Skills workforce data, which includes the PII details of Participants, and due to the legislative mandate constrains CAAL-Skills workforce data can be presented externally in its aggregate form and hence sharing of the data is not possible.

In summary, the CAAL-Skills System itself is being completely reengineered to allow for increased consistency among partner data and more flexibility with respect to changes in partner data collection strategies. It is anticipated that this reengineering will move the entire system to the cloud and will be complete by December 2024.

### Progress to Common Intake

The CWDB utilize Cal E Grants across multiple providers to collect participant data. The CWDB Cal E Grants system is still being built for case management purposes. Currently its capabilities for grantees include progress reporting, participant data collection, and invoicing. Once fully functional for case management, the CWDB will create a common intake form and process and procedures guidance for the field. The CWDB anticipates that both of these deliverables will be finalized by the Modification, and therefore this criterion will be built out at that time.

### Current Common Exit Policy

The state currently has a common exit policy that includes the following programs: Title I Adult, Title I Dislocated Worker, Title I Youth, Title III Wagner-Peyser, National Dislocated Worker Grants, Jobs for Veterans State Grant (JVSG), Trade Adjustment Assistance (TAA), and the Section 167 National Farmworker Jobs Program grantees who use CalJOBS[SM] – Service Employment Redevelopment, West Hills Community College District, California Human Development and Employers Training Resource.

The state's case management system, CalJOBS[SM], considers all these programs and automatically applies a common program exit when the participant has not received a qualifying service for 90 consecutive calendar days from any programs to which the common exit policy applies, and no future services are planned.  When a common exit is applied, the system retroactively sets the program exit date to the date of the last qualifying service provided to the program participant. CalJOBS[SM] does not include self-service, information-only activities, or follow-up services when determining the common exit date.

Assessment of Participants' Post-Program Success
In addition to existing the performance measures outlined in WIOA, California will be exploring the creation of new performance measures that look at medium and long-term outcomes for participants to further incentivize the placement of participants in long term career pathways, rather short-term employment. The new measures could potentially involve the tracking of

wages, employment, and credential attainment further down the road than the second and fourth quarters post-exit.

### Use of UI Wage Record Data

As part of the administration of the Unemployment Insurance program, the EDD is responsible for gathering and maintaining information in the Base Wage File, which is the repository for the wage data submitted by employers. The wage data is comprised of the Social Security Numbers (SSNs) and names which employers receive from their employees, and the quarterly wages and withholdings attributed to those SSNs. The California Unemployment Insurance Code (CUIC) stipulates that information obtained in the administration of the CUIC must remain confidential and not open to public disclosure, unless there is an exception in state law. Most of the exceptions are listed under CUIC Section 1095 and have been narrowly crafted to ensure confidential information is made available only when a strong justification has been demonstrated. Local Boards and WIOA core program partner agencies are listed as a formal exception under CUIC Section 1095 and therefore have ongoing access to base wage file data of their participants to monitor the performance outcomes required under WIOA Section 116. This access allows Local Boards and partners to understand their performance at both a program and participant level, which enables them to adjust as necessary to improve their overall program performance.

California is also participating in the State Wage Interchange System (SWIS), the new WIOA-based data exchange for states to obtain and provide base wage information to each other. This will allow California to exchange interstate quarterly wage records with any other state participating in the SWIS in accordance with WIOA Section 116.

### Privacy Safeguards

California maintains strict adherence to all federal confidentiality requirements, including those related to sharing student data under the Family Educational Rights and Privacy Act (FERPA) and sharing wage data under the Federal Unemployment Tax Act (FUTA).

FERPA

FERPA protects the privacy of student education records and applies to all schools that receive funds under an applicable program of the United Stated Department of Education. Generally, schools must have written permission from the parent or legal guardian to release any information from a student's education record. These rights transfer to the student when he or she reaches the age of 18 or attends a school beyond the high school level.

When conducting data-driven evaluations of the workforce and education systems, California utilizes the legal exemption that allows for disclosure of personally identifiable information when it's to an authorized representative of a state educational authority for the purpose of audit or evaluation of federal or state education programs.

FUTA

Under FUTA, information obtained in the administration of a state's unemployment insurance law, such as employer, claim, and wage information, is not subject to public disclosure, with some exceptions. These exceptions include, but are not limited to, information in the public

domain, appeals records, appeals decisions, and precedential determinations on the coverage of employers, employment, and wages.

California law states information obtained in the administration of the CUIC must remain confidential and is not open to public disclosure, unless there is a statutory exception in state law. Most of the exceptions are listed under CUIC Section 1095 and have been narrowly crafted to ensure confidential information is made available only when a strong justification has been demonstrated. Local Boards and WIOA core program partner agencies are listed as a formal exception under CUIC Section 1095 and therefore have ongoing access to base wage file data for their participants to monitor the performance outcomes required under WIOA Section 116.

CAAL-Skills
Since the CAAL-Skills project involves data from multiple government partners, along with crafting data sharing agreements that adhere to all federal and state confidentially law, additional privacy measures were put in place to protect participant data. This includes, but is not limited to, the following:

- Data is personally transferred between partner locations on a password-protected USB drive with a 256-bit encryption.
- While at the CWDB, physical security is provided via a controlled access to the server that is locked in place using a security cable.
- CAAL-Skills is located within its own environment, where the data is encrypted and not connected to an outside network.
- Those with access to the sections of CAAL-Skills that contain personally identifiable information do so using privacy screens on their computers and have gone through a series of background checks, have signed confidentiality agreements, and are required to complete annual information security and privacy training.

CAAL-Skills is in the process of migrating the project to a tier 2 data center on the Cloud. Amazon Web Services (AWS) Cloud will be utilized to migrate the data. All the security controls specified in the NIST-800 and FIPS-199 will be followed to encrypt, secure, and provide access to the CAAL-Skills data.

**Priority of Service for Veterans**
As outlined in Workforce Services Directive WSD19-04, program operators are required to provide priority of service to veterans and eligible spouses for all WIOA and Wagner-Peyser funded activities, including technology–assisted activities. Priority of service means that veterans and eligible spouses are entitled to take precedence over non-covered persons in obtaining employment, training, and placement services.

In implementing priority of service, program operators must ensure veterans and eligible spouses receive basic career services and individualized career services before other non-covered individuals. Additionally, they must ensure veterans and eligible spouses receive first priority on waiting lists for training slots and are enrolled in training prior to non-covered persons. However, once a non-covered participant is enrolled in a workshop or training class,

priority of service is not intended to allow a veteran or eligible spouse to bump the non-covered participant from that class or service.

Program operators must ensure that all sub recipients of DOL funds apply priority of service. This means that pertinent language should be included in contracts, sub grants, solicitations for proposals, memorandums of understanding, and other service provision agreements.

The state conducts annual monitoring of Local Boards to ensure they comply with WIOA eligibility requirements including implementation of veteran's priority of service policies. Local Boards are also required to monitor their service providers to ensure compliance with veteran's priority of services requirements. Veteran Program Managers, Jobs for Veterans State Grants (JVSG) staff, and USDOL-VETS are available to provide technical assistance when requested.

### *Applying Priority of Service*
Applying priority of service varies depending on the eligibility requirements of the program.

There are four basic categories of DOL-funded programs:
1. Universal access programs.
2. Programs that require participants to meet specified eligibility criteria.
3. Programs with statutory priorities.
4. programs with discretionary priorities.

A detailed description of how priority of service applies to these basic types of programs is outlined in Workforce Services Directive WSD19-04.

### *Local Policy and Procedures*
Program Operators must establish policy and procedures for implementing priority of service for veterans and eligible spouses within existing service delivery strategies. Local policies must ensure that veteran and eligible spouses are identified at the point of entry and given an opportunity to take full advantage of priority of service. These policies must ensure that veterans and eligible spouses are aware of their entitlement to priority of service, the full array of employment, training, and placement services available under priority of service, and any applicable eligibility requirements for those programs and/or services. Additionally, program operators must ensure that written copies of local priority of service policies are maintained at all service delivery points and, to the extent practicable, posted in a way that makes it possible for members of the public to easily access them.

### *Referral Process*
Disabled Veteran Outreach Program (DVOP) specialists are integrated into the AJCC service delivery model. In this model, veterans are initially identified through self-attestation during registration for service. On a priority of service basis, an AJCC staff member determines the eligible person's purpose for registering.

Once the veteran or other eligible person is identified, the Veteran Service Navigator (VSN) conducts an initial assessment. This initial assessment uses a customized intake questionnaire to help determine if the veteran or other eligible person has a significant barrier to employment

(SBE) or if they are a member of another special priority group. If a determination is made that the client is a veteran with a SBE or other special criteria, they are referred to the Disabled Veterans' Outreach Program (DVOP) specialist for further assessment and individualized career services. Those veterans determined not to possess a SBE are provided career services and training as needed by the AJCC staff on a priority of service basis.

### *Additional Services for Veterans*
Veteran Services Navigator
Throughout the state, many AJCCs have Wagner-Peyser staff who serve as Veteran Service Navigators (VSN). Upon entering an AJCC℠, a VSN will conduct a Needs Based Determination (NBD) to identify the employment needs of a veteran. The purpose of the NBD is for the VSN to identify any potential barriers to employment and determine what services the veteran may be required to improve their employability. Based on their needs, a veteran can then be referred to general employment services or more individualized career services, such as those provided through the JVSG program.

Jobs for Veterans State Grant
The JSVG program allows California to provide services to veterans by funding three principal staff positions:
- Disabled veterans' outreach program specialists (DVOP)
- Local veterans' employment representatives (LVER)
- Consolidate veterans' representative.

The DVOP and LVER staff at the local AJCC coordinate, along with partner agencies, a wide array of services including, employment services, job training, vocational education, supportive services, and participation in community college programs.

The DVOP specialists focus their efforts on those economically or educationally disadvantaged veterans who can reasonably be expected to benefit because of the receipt of individualized career services. These veterans will receive priority of service within the AJCC system including:
- Objective assessment of education, skills, and abilities.
- Individual Employment Plan to identify employment goals, interim objectives, and appropriate services that will enable the veteran to meet his or her employment goals.
- In-depth interviewing and evaluation to identify employment barriers and appropriate employment goals.
- Group and individual career coaching.
- Short-term pre-vocational services that may include the development of learning and communication, interviewing, and personal maintenance skills; and professional conduct to prepare individuals for career goals.

LVER staff conduct outreach to employers, assist veterans in job development contacts, in conjunction with employers conduct job search workshops, and establish job search groups. They also facilitate employment, training, and placement services to promote the hiring of veterans. The LVER concentrates on individualized job development services for veterans,

especially those determined to be job-ready after receipt of individualized career services from a DVOP specialist.

Consolidated veteran representatives are responsible for performing both DVOP and LVER roles in the rural areas of California.

Veterans Employment Related Assistance Program
The Veterans' Employment-Related Assistance Program (VEAP) is a competitive grant program that promotes the use of regional industry-sector strategies as the framework to help unemployed and underemployed veterans with significant barriers to employment transition from military careers to rewarding civilian employment. Eligible applicants include public and private non-profit organizations, private for-profit organizations, Local Areas, education and training providers, non-local areas, and faith-based organizations. Each application requires a formal partnership/collaboration between Local Area staff, Wagner–Peyser staff, and JVSG staff.

**Accessibility of the One-Stop Delivery System for Individuals with Disabilities**
As outlined in [Workforce Services Directive WSD17-01](#), all WIOA Title I-financially assisted programs and activities must be programmatically accessible. This includes providing reasonable accommodations for individuals with disabilities, making reasonable modifications to policies, practices, and procedures, administering programs in the most integrated setting appropriate, communicating with persons with disabilities as effectively as with others, and providing appropriate auxiliary aids or services, including assistive technology devices and services, where necessary to afford individuals with disabilities an equal opportunity to participate in, and enjoy the benefits of, the program or activity.

**Staff Training and Capacity Building**
At the local level, staff training in the Local Areas for nondiscrimination and equal opportunity is the responsibility of the Local Equal Opportunity (EO) Officers. Since the DOR is a required partner at the comprehensive AJCCs, the Local Areas also can utilize their partnership as a resource. The EDD's Equal Employment Office (EEO) also provides technical assistance for the Local Areas regarding questions of physical and programmatic accessibility.

At the state level, California utilized a portion of WIOA statewide funds to support the development of a California Training Model to build the capacity of the workforce system statewide and awarded each RPU funds to implement capacity building and professional development for front line staff. Local Boards within each RPU worked collaboratively to hire/designate a Regional Organizer (RO) to coordinate the implementation of the RPU's Regional Training Plan.

At the State level, the Collaborative Statewide Training Team (CSTT) was established with membership from the CWDB, EDD, DOR, and CWA. This team meets bi-monthly to develop a shared calendar of professional development and training opportunities and coordinate efforts to train workforce staff and partners. As part of the CSTT efforts the following disability-related trainings were delivered by DOR throughout California:

- Disability Awareness and Sensitivity Training (e.g. disability etiquette and diversity training)
- Program Services (e.g. Americans with Disabilities Act (ADA) basics, serving customers with disabilities)
- Employment (e.g. consumer self-disclosure of disability and related barriers, working with Individuals with hidden disabilities)
- Digital/Electronic Access and Physical Access (e.g. principles of accessible documents, creating accessible forms)
- Accessible Microsoft Office Documents
- Accessible PDF Documents 2.1
- Working with Individuals with Hidden Disabilities
- Practical Solutions to Reasonable Accommodations

**Service Delivery**

Local Boards, AJCCs, service providers, and local partners are actively engaged in improving and innovating their service delivery models to ensure they are improving service delivery models and outcomes for individuals with disabilities. Included below are a few examples of strategies that have been recently developed and implemented throughout the state:

- *East Bay*: Utilizes an Employer Situational Assessment, which is a working interview led by a Job Coach, where both parties can assess the fit of the employer with the participant without making a commitment until they are satisfied with their placement. This practice has led to a strong retention rate of individuals with disabilities at the Local Board.
- *Golden Sierra*: Conducts comprehensive assessments and provides pre-vocational training prior to placing participants in a work-based learning opportunity, which has helped reduce the drop-out rate and improve overall reemployment retention. Additionally, the Local Board facilitated in regular meeting with stakeholders to ensure a full range of employment services were available to eligible participants and has dedicated a Business Engagement Team to help market participants to employers in high-growth industries.
- *Humboldt*: Co-locates a WIOA Coordinator at Yuba Community College who conducts outreach to various departments at the college and has a dedicated computer lab for the WIOA sponsored students to access. The WIOA Coordinator advocates for the student participants and assists them in acquiring housing and transportation.
- *Jewish Vocational Services* (JVS) SoCal: Partners with community colleges and non-profit agencies to place students and clients from other nonprofits into paid work experience, which helps to enhance the participant's skills, confidence, and employability, and further aligns the community colleges and JVS SoCal for seamless service delivery.
- *Managed Career Solutions (MCS)*: hosts quarterly Employability Partnership meetings, which includes sixteen disability coordinators from AJCCs in Los Angeles. At each meeting, a disability expert brings current information and training to the group. Additionally, MCS hosts an annual National Disability Employment Awareness Job and Research Fair each October, which connect potential workers with career opportunities.

In addition, DOR is co-located at many AJCC's to ensure individuals with disabilities experience "no wrong door" and can access the services they need. DOR makes vocational rehabilitation services available to assist consumers to prepare for, secure, retain, or regain an employment outcome that is consistent with the individual's strengths, resources, priorities, concerns, abilities, capabilities, interests, and informed choice. As part of a consumer's vocational journey, DOR may provide support services such as transportation, childcare, and personal assistance services to support a consumer while they are working to obtain, maintain, retain, or advance in employment.

DOR has 85 offices located throughout the State that provide and arrange for services for DOR's consumers, including consumers located in remote or rural areas. DOR is increasing the availability of remote services, including tele-counseling, to serve consumers who are unable to access DOR offices and provide enhanced customer service for consumers. DOR is also piloting a new position called Community Resource Navigator to ensure community services are provided to all consumers, including consumers in rural or disadvantaged areas.

**Compliance Monitoring Review Process**
In California, the EDD is responsible for the oversight and monitoring of all WIOA Title I financially assisted state programs, including the compliance with nondiscrimination and equal opportunity requirements. Consequently, the EDD's EEO Office conducts annual onsite compliance monitoring reviews of all Local Areas following the process below.

The Compliance Monitoring Review Process includes the following six steps: notification, request for preliminary information, desk review, onsite compliance monitoring review, entrance conference, and exit conference.

Local Areas are notified approximately two to four weeks prior to EDD's EEO Office conducting onsite compliance review. Notifications are sent to the Local Area Director/Administrator and the Local EO Officer.

1. The notification will include a request for preliminary information and include the Compliance Monitoring Guide that EDD EEO Office staff will use to conduct the compliance monitoring review.
2. Preliminary information will be reviewed prior to the onsite visit to help identify potential items to be addressed during the onsite compliance monitoring review.
3. The onsite monitoring review will determine compliance with the WIOA nondiscrimination and equal opportunity requirements.
4. EDD EEO Office staff will meet with Local Area Directors/Administrators to discuss the scope of the review, make arrangements for client and staff interviews or file reviews, and discuss preliminary findings of the data analysis.
5. Immediately following the completion of the onsite compliance monitoring review, EDD EEO Office staff will conduct exit conference with Local Area Directors/Administrators and/or the Local Area EO Officer to discuss findings and clarify areas in question.

**Corrective Action Plan**

If areas of non-compliance are found, a Corrective Action Plan (CAP), which consists of a list of specific steps that the Local Area will take within a specific time period in order to attain compliance, must be instituted to rectify accessibility issues. The CAP includes the following steps:

1. The EDD EEO Office will issue an initial written report within 30 days of completion of the onsite compliance monitoring review to the Local Area Director/Administrator and to the Local EO Officer, and address areas of non-compliance and outline those areas that are found to be in compliance.
2. When areas of non-compliance are found, the EDD EEO Office will make recommendation(s) for corrective action(s) in the initial written report.
3. If the Local Area Director/Administrator or Local EO Officer agree with the recommendation(s) of the EDD EEO Office, a CAP must be forwarded to the EDD EEO Office within 30 days of the date the Local Area received the recommendation(s).
4. If the Local Area Director/Administrator or Local EO Officer disagree with the EDD EEO Office recommendation(s), they may contact the EDD EEO Office to attempt an informal resolution of the issue(s).
5. When an informal resolution is reached, a CAP must be forwarded to the EDD EEO Office within 30 days of the date the Local Area accepts the recommendation(s).
6. If an informal resolution is not reached, the State EO Officer will meet with the Local EO Officer and the appropriate management official for the Local Area to develop recommendations to bring the Local Area into full compliance.
7. Six months after the recommendations are implemented, a follow-up review may be scheduled to assess the progress made by the Local Area resolving the identified areas of noncompliance.


**Accessibility of the One-Stop Delivery System for English Language Learners**

***Limited English Proficiency Guidance***

As outlined in Workforce Services Directive WSD17-03, in providing any aid, benefit, service, or training under a WIOA Title I-financially assisted program or activity, a recipient must not, directly or through contractual, licensing, or other arrangements, discriminate on the basis of national origin, including Limited English Proficiency (LEP).

Local Areas are required to take reasonable steps to ensure that LEP individuals have meaningful access to their programs and activities. Reasonable steps may include, but are not limited to, the following:

- Assessing an LEP individual to determine their language assistance needs.
- Providing oral interpretation or written translation of both hard copy and electronic materials, in the appropriate non-English languages, to LEP individuals.
- Conducting outreach to LEP communities to improve service delivery in needed languages.
- Reasonable steps for providing meaningful access to training programs may include, but are not limited to the following:

- Providing written training materials in appropriate non-English languages by written translation, or by oral interpretation, or summarization.
- Providing oral training content in appropriate non-English languages through in-person or telephone translation.

Furthermore, Local Areas should ensure that every program delivery method, whether it be in person, electronic, or by phone, conveys in the appropriate language how an LEP individual may effectively learn about, participate in, and/or access any aid, benefit, service, or training available to them. It should also be noted that as new methods for the delivery of information or assistance are developed, Local Areas are required to take reasonable steps to ensure that LEP individuals remain able to learn about, participate in, and/or access any aid, benefit, service, or training available to them.

To ensure that reasonable steps are taken to allow meaningful access for LEP individuals, California highly recommends that Local Areas develop a written LEP plan. For languages spoken by a significant portion of the population eligible to be served or likely to be encountered, Local Areas must translate vital information in written materials into these languages. These translations must in turn be readily available upon request in hard copy or electronically. Local Areas address these accessibility issues by taking reasonable steps to ensure meaningful access for LEP Individuals, providing language assistance services, and interpreter services.

### Pathways to Services Guidance

As outlined in [Workforce Services Directive WSD18-03](#), California seeks to support economic growth by preparing a workforce for the state's employers, ensuring that the workforce system in California is inclusive of all populations, and promoting flexibility in how services are delivered across the state. The state recently updated its guidance in an effort to assist Local Areas in collecting evidence of authorization to work and in providing important and valued services to all individuals, including but not limited to, individuals with limited English proficiency, homeless individuals, justice-involved people, transient youth, and those engaged in citizenship attainment.

The guidance addresses verification of authorization to work documents, including which services require verification, when to ask, and where to refer individuals for additional services. This Directive also provides a pathway to services for those individuals who do not possess authorization to work documents. California seeks to prohibit discrimination and make workforce services accessible to all populations. California will continue to seek opportunities to reduce administrative barriers to WIOA and Wagner-Peyser services, as directed by the recent guidance issued by the Employment and Training Administration ([TEGL 10-23](#)).

### Dymally-Alatorre Bilingual Services Act

California's Dymally-Alatorre Bilingual Services Act requires state and local agencies serving a substantial number of non-English speaking people, to employ a sufficient number of qualified bilingual staff in public contact positions and to translate documents explaining available services into their clients' languages.

*California ELL Navigator Initiative*

California also dedicated WIOA statewide funds to support an ELL Navigator Initiative, which included an ELL Navigator Pilot Program. These funds are intended to support projects that increase access for target populations, align WIOA programs, implement co-enrollment strategies, leverage other program funding, and provide supportive services for California's ELL population.

## Common Assurances for All Core Programs

1. The State has established a policy identifying circumstances that may present a conflict of interest for a State Board or local board member, or the entity or class of officials that the member rep- resents, and procedures to resolve such conflicts.
2. The State has established a policy to provide to the public (including individuals with disabilities) access to meetings of State Boards and local boards, and information regarding activities of State Boards and local boards, such as data on board membership and minutes.
3. The lead State agencies with optimal policy-making authority and responsibility for the administration of core programs reviewed and commented on the appropriate operational planning elements of the Unified or Combined State Plan, and approved the elements as serving the needs of the populations served by such programs.
4. (a) The State obtained input into the development of the Unified or Combined State Plan and provided an opportunity for comment on the plan by representatives of local boards and chief elected officials, businesses, labor organizations, institutions of higher education, the entities responsible for planning or administrating the core programs, required one-stop partners and the other Combined Plan programs (if included in the State Plan), other primary stakeholders, including other organizations that provide services to individuals with barriers to employment, and the general public, and that the Unified or Combined State Plan is available and accessible to the general public.
5. (b) The State provided an opportunity for review and comment on the plan by the State Board, including State agency official(s) for the Unemployment Insurance Agency if such official(s) is a member of the State Board.
6. The State has established, in accordance with WIOA section 116(i), fiscal control and fund accounting procedures that may be necessary to ensure the proper disbursement of, and accounting for, funds paid to the State through allotments made for the core programs to carry out workforce development activities.
7. The State has taken appropriate action to secure compliance with uniform administrative requirements in this Act, including that the State will annually monitor local areas to ensure compliance and otherwise take appropriate action to secure compliance with the uniform administrative requirements under WIOA section 184(a)(3).
8. The State has taken the appropriate action to be in compliance with WIOA section 188, Nondiscrimination, as applicable.
9. The Federal funds received to carry out a core program will not be expended for any purpose other than for activities authorized with respect to such funds under that core program.

10. The State will pay an appropriate share (as defined by the State board) of the costs of carrying out section 116, from funds made available through each of the core programs.

11. The State has a one-stop certification policy that ensures the physical and programmatic accessibility of all one-stop centers with the Americans with Disabilities Act of 1990 (ADA).

12. Service providers have a referral process in place for directing Veterans with Significant Barriers to Employment (SBE) to DVOP services, when appropriate and

13. Priority of service for veterans and eligible spouses is provided in accordance with 38 USC 4215 in all workforce preparation, development or delivery of programs or services funded directly, in whole or in part, by the Department of Labor.



# Unified Strategic Workforce Development Plan

## Program-Specific Requirements for Title I Programs
## 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

## Table of Contents

Program-Specific Requirements for Title I Programs .......................................................................... 5

Regions and Local Workforce Development Areas ............................................................................ 5

    Bay Peninsula RPU .............................................................................................................................. 5

    Capital RPU ........................................................................................................................................ 5

    East Bay RPU ...................................................................................................................................... 5

    Inland Empire RPU ............................................................................................................................. 5

    Los Angeles Basin RPU ...................................................................................................................... 5

    Middle Sierra RPU ............................................................................................................................. 5

    North Bay RPU ................................................................................................................................... 5

    North Central Coast RPU ................................................................................................................... 5

    North Coast RPU ................................................................................................................................ 6

    North State RPU ................................................................................................................................ 6

    Orange RPU ........................................................................................................................................ 6

    San Joaquin Valley and Associated Counties RPU ........................................................................... 6

    South Central Coast RPU ................................................................................................................... 6

    Southern Border RPU ........................................................................................................................ 6

    Ventura RPU ...................................................................................................................................... 6

Local Area Designation ..................................................................................................................... 7

    Definitions .......................................................................................................................................... 7

    Application ......................................................................................................................................... 7

    Appeals Process ................................................................................................................................ 7

    Infrastructure Funding Agreement ................................................................................................... 8

    Process for Identifying Regional Planning Units ............................................................................... 8

Methodology ..................................................................................................................................... 9

Part One – Divide California into Economic Markets and Submarkets ........................................... 9

Part Two – Group Counties into Preliminary RPUs Based on Commute Pattern Analysis ........... 9

Part Three – Complete Additional Analysis to Finalize Placement of Remaining Undecided Counties ............................................................................................................................................ 10

Part Four – Cross Reference Data-Driven Results with Local Area Jurisdictions ....................... 10

Updates for RPUs ............................................................................................................................ 10

Statewide Activities ........................................................................................................................ 11

PY 2021-22 and PY 2022-23 Governor's Discretionary Grants ..................................................... 11

High Performing Board Certification ................................................................................................. 11

Equity and Special Populations Grant Program (ESP) ........................................................................ 11

Workforce Accelerator Fund ............................................................................................................... 12

Workforce Accelerator Fund 11 ......................................................................................................... 12

English Language Learners Grant ....................................................................................................... 12

Veterans Employment-Related Assistance Program ......................................................................... 13

Disability Employment Accelerator .................................................................................................... 13

Rapid Response and Set Aside Funds ................................................................................................. 14

Rapid Response and Layoff Aversion .................................................................................................. 14

Additional Assistance .......................................................................................................................... 15

    Trade Adjustment Assistance .......................................................................................................... 16

Adult and Dislocated Worker Program Requirements ...................................................................... 17

    Work-Based Training Models .......................................................................................................... 17

    Registered Apprenticeship .............................................................................................................. 18

Training Provider Eligibility Procedure .............................................................................................. 19

    Initial Eligibility ............................................................................................................................... 19

    Continued Eligibility ....................................................................................................................... 20

    Transfer of Funds Criteria ............................................................................................................... 22

Youth Program Requirements ............................................................................................................ 23

    Out-of-School Youth ........................................................................................................................ 24

Program Elements .............................................................................................................................. 25

Definition and Eligibility for "Requires Additional Assistance" ......................................................... 25

Determining whether a youth is attending or not attending school ................................................. 26

Criteria to Determine Basic Skills Needs ........................................................................................... 26

WIOA Waiver Requests ...................................................................................................................... 27

    Going Forward ................................................................................................................................. 27

Waiver of WIOA Section 134(d)(5) ..................................................................................................... 28

    Actions to Remove State or Local Barriers ..................................................................................... 28

    State Strategic Goals Supported By Waiver .................................................................................... 28

    Projected Programmatic Outcomes Resulting from Waiver Implementation ................................ 29

    Individuals Impacted by the Waiver ............................................................................................... 29

    Monitoring Progress and Implementation ..................................................................................... 29

    Notice to Local Boards and Public Comment .................................................................................. 29

Waiver of WIOA Section 134(c)(3)(H)(i) ........................................................................ 30

    Actions to Remove State or Local Barriers ................................................................ 30

    State Strategic Goals Supported By Waiver .............................................................. 30

    Projected Programmatic Outcomes Resulting from Waiver Implementation ................. 30

    Individuals Impacted by the Waiver ........................................................................ 30

    Monitoring Progress and Implementation ................................................................ 31

    Notice to Local Boards and Public Comment ........................................................... 31

Waiver of WIOA Section 129(a)(4)(A) .......................................................................... 31

    Actions to Remove State or Local Barriers ................................................................ 31

    State Strategic Goals Supported By Waiver .............................................................. 31

    Projected Programmatic Outcomes Resulting from Waiver Implementation ................. 31

    Individuals Impacted by the Waiver ........................................................................ 32

    Monitoring Progress and Implementation ................................................................ 32

    Notice to Local Boards and Public Comment ........................................................... 32

    Actions to Remove State or Local Barriers ................................................................ 33

    State Strategic Goals Supported By Waiver .............................................................. 33

    Projected Programmatic Outcomes Resulting from Waiver Implementation ................. 34

    Individuals Impacted by the Waiver ........................................................................ 34

    Monitoring Progress and Implementation ................................................................ 34

    Notice to Local Boards and Public Comment ........................................................... 34

Title I-B ASSURANCES ............................................................................................... 34

## Program-Specific Requirements for Title I Programs

**Regions and Local Workforce Development Areas**
Below is a list of California's 45 Local Workforce Development Areas (Local Areas) / Local Workforce Development Boards (Local Boards) and the 15 Regional Planning Units (RPU) they fall under.

***Bay Peninsula RPU***
- North Valley Job Training Consortium (NOVA)
- San Francisco County Workforce Development Board
- San Jose-Silicon Valley (work2future)

***Capital RPU***
- Golden Sierra Workforce Board
- North Central Counties Consortium
- Sacramento Employment and Training Agency
- Yolo County Workforce Innovation Board

***East Bay RPU***
- Alameda County Workforce Development Board
- Oakland Workforce Development Board
- Contra Costa County Workforce Development Board
- Richmond Workforce Development Board

***Inland Empire RPU***
- Riverside County Workforce Development Board
- San Bernardino County Workforce Development Board

***Los Angeles Basin RPU***
- Foothill Workforce Development Board
- Pacific Gateway Workforce Development Board
- City of Los Angeles Workforce Development Board
- Southeast Los Angeles County Workforce Development Board (SELACO)
- South Bay Workforce Investment Board
- Verdugo Workforce Development Board
- Los Angeles County Workforce Development Board

***Middle Sierra RPU***
- Mother Lode Workforce Development Board

***North Bay RPU***
- Sonoma County Workforce Investment Board
- Workforce Alliance of the North Bay
- Workforce Development Board of Solano County

***North Central Coast RPU***
- Monterey County Workforce Development Board

- San Benito County Workforce Development Board
- Santa Cruz Workforce Development Board

***North Coast RPU***
- Humboldt County Workforce Development Board

***North State RPU***
- Northern Rural Training and Employment Consortium Workforce Development Board (NoRTEC)

***Orange RPU***
- Anaheim Workforce Development Board
- Orange County Workforce Development Board
- Santa Ana Workforce Development Board

***San Joaquin Valley and Associated Counties RPU***
- Fresno Regional Workforce Development Board
- Kern, Inyo, & Mono Workforce Development Board
- Kings County Workforce Development Area
- Madera County Workforce Development Board
- Merced County Workforce Development Board
- San Joaquin County Workforce Development Board
- Stanislaus County Workforce Development Board
- Workforce Investment Board of Tulare County

***South Central Coast RPU***
- San Luis Obispo County Workforce Development Board
- Santa Barbara County Workforce Development Board

***Southern Border RPU***
- Imperial County Workforce Development Board
- San Diego Workforce Partnership

***Ventura RPU***
- Ventura County Workforce Development Board

**Local Area Designation**

As outlined in Workforce Services Directive WSD22-14, the Governor is required to approve a request for subsequent designation from a Local Area if the Local Area performed successfully, sustained fiscal integrity, and engaged in the regional planning process. The state provided definitions of the required criteria and established an application process for Local Areas to obtain subsequent designation for Program Years (PY) 2023-24 and PY 2024-25.

*Definitions*

- Membership: The Local Board is in compliance with the membership requirements outlined under WIOA Section 107(b).
- Performed Successfully*:* The Local Area has an Individual Indicator Score of 50 percent or higher in PY 2020-21 and 2021-22 for the following primary indicators of performance:
    - Employment Rate 2nd Quarter After Exit
    - Median Earnings
- Sustained Fiscal Integrity*:* The Local Area has not been found in violation of one or more of the following during PY 2020-21 or PY 2021-22:
    - Final determination of significant finding(s) from audits, evaluations, or other reviews conducted by state or local governmental agencies or the Department of Labor identifying issues of fiscal integrity or misspent funds due to the willful disregard or failure to comply with any WIOA requirement.
    - Gross negligence – Defined as a conscious and voluntary disregard of the need to use reasonable care, which is likely to cause foreseeable grave injury or harm to persons, property, or both.
    - Failure to observe accepted standards of administration – Local Areas must have adhered to the applicable uniform administrative requirements set forth in Title 2 CFR Part 200.
- Engaged in Regional Planning: The Local Area has participated in and contributed to regional planning, regional plan implementation, and regional performance negotiations.

*Application*

For a Local Area to request subsequent designation and a Local Board to request recertification, the local Chief Elected Official (CEO) and the Local Board Chair completed and signed a Local Area Subsequent Designation and Local Board Recertification Application for PY 23-25. The completed application was submitted to the CWDB, which worked with the EDD to verify the information provided and recommend approval or denial of the application to the Secretary of Labor and Workforce Development. The local CEO was notified in writing of the approval or denial of their application.

*Appeals Process*

*Subsequent Designation*

As outlined in Workforce Services Directive WSD22-14, a unit of local government (or a combination of units) that has requested and been denied subsequent designation as a Local Area under WIOA may appeal the denial to the CWDB, pursuant to WIOA Section 106. An entity

denied subsequent designation may appeal the decision and request a hearing.

An appeal and request for a hearing must be emailed to the CWDB within 15 calendar days from the email date of the notice of denial of initial designation.
The appeal must state, in writing, the following:

- Grounds for the appeal.
- Reasons why the appellant should be designated.

The CWDB will contact the appellant to schedule a hearing date within 15 calendar days of the receipt of the appeal. The CWDB will conduct the appeal hearing and provide a written decision to the appellant no later than 15 calendar days after the hearing. A unit or combination of units of local government whose appeal has not resulted in designation as a Local Area may also appeal the denial to the Department of Labor.

### Infrastructure Funding Agreement

As outlined in Workforce Services Directive WSD18-12, if a Local Area is unable to reach an agreement regarding joint infrastructure costs with any of their America's Job Centers of California$^{SM}$ (AJCC) partners, they must notify the state annually by April 1 to trigger the State Funding Mechanism (SFM). Once the notification has been received, the CWDB will initiate a process to determine each AJCC partner's contributions to infrastructure costs in the Local Area for that program year under the SFM. The process will include all appropriate state-level authorities to enact the SFM.

All AJCC partner programs and/or the Local Board may appeal the SFM decision. Appeals must include justification by the program and/or Local Board and be based on believed noncompliance with WIOA Section 121(h)(3), which outlines the governor's funding allocations. All appeals must be submitted to EDD no later than thirty (30) days after receiving the SFM decision. The state will respond to the appeal no later than June 30 of that year.

### Process for Identifying Regional Planning Units

While developing California's 2020-2023 Unified Strategic Workforce Development Plan (State Plan), the CWDB revisited the existing RPU framework to identify necessary adjustments based on economic or demographic changes in the period since the original 15 RPUs were first established. To assist in this process, the EDD Labor Market Information Division (LMID) conducted an updated analysis that incorporates the most recent commute pattern data from the US Census Bureau's American Community Survey and the most recent labor force and industry employment data from LMID. The results of this analysis were issued in a draft directive, and the workforce community was given 30 days to submit public comments on the proposed RPU boundaries. The final Workforce Services Directive (WSD20-01) was published on August 28, 2020.

Local Board placement within the RPUs was based primarily on the location of WIOA client populations and the way these populations fit into regional economies as defined by economic data, including commute patterns, industry composition, labor markets, geographic location, and transportation infrastructure. Boundaries of the RPUs were largely set by giving weight to

the foregoing economic data and by starting with regional economic market boundaries drawn by the EDD LMID. These regional economic market boundaries were then modified to consider the number of Local Areas in a region, the size of the area covered, and the boundaries and planning regions of existing regional workforce consortia.

The methodology of the analysis is summarized below.

**Methodology**
The methodology for analysis consists of four parts:
- Part One – Divide California into Economic Markets and Submarkets
- Part Two – Group Counties into Preliminary RPUs Based on Commute Pattern Analysis
- Part Three – Complete Additional Analysis to Finalize Placement of Remaining Undecided Counties
- Part Four – Cross Reference Data-Driven Results with Local Area Jurisdictions

**Part One – Divide California into Economic Markets and Submarkets**
In 2014, the LMID divided California into economic markets and submarkets. The intent of selecting economic markets and submarkets as starting units of analysis is a foundation that is data-driven and independent of the need to account for the operational and political jurisdictions of the California workforce system.

The economic markets and submarkets identified as a result of the empirical analysis performed in 2014 have been used as a basis to analyze present commute patterns and, where necessary, additional economic factors to validate or invalidate existing RPU designations on an empirical basis.

**Part Two – Group Counties into Preliminary RPUs Based on Commute Pattern Analysis**
Since California has undergone economic and demographic changes in the years since the 15 RPUs were originally designated, county-to-county commute patterns within each RPU were re-analyzed using the US Census Bureau's most recent American Community Survey data.

The present analysis begins from the unit of the county and proceeds by first identifying the county that is the commute and economic "center of gravity" of its submarket, known as the Base County. Each Base County retains ("holds") and receives ("imports") the largest numbers of daily commuters in comparison with the hold-import numbers of all other counties in its economic submarket. With Base Counties thus identified, the remaining counties were classified through examination of their commuter export relationships with other counties in the larger economic market region.

The taxonomy of counties and the process used for their designation is as follows:
1. Base County – A county that holds and imports more commuters than any of the other counties in a selected economic submarket.
    2. More Connected County – The top export destination for these counties is inside the same economic market. This is established when the number of commuters to a

selected county's top export destination measures more than 10 percent of the total number of commuters living and working in the selected county.

3. Less Connected County – These counties are less connected to either a Base or More Connected County in the same selected economic market and are independent (i.e., self-sustaining) in nature. This is established when the number of commuters to a selected county's top export destination measures less than 10 percent of the total number of commuters living and working in the selected county.

4. Undecided County—The top export destination for these counties is outside the selected economic market. This creates a complex scenario that requires additional analysis of commute patterns and economic factors, such as labor market size and industry sector composition, to decide whether these counties should be moved from their current economic market and into another.

**Part Three – Complete Additional Analysis to Finalize Placement of Remaining Undecided Counties**

Since the placement of an Undecided County could not be determined through commuter flow analysis alone, each Undecided County was subjected to additional analysis of industry composition (employment levels of major industries) and labor force size (which indicates the extent of industry and occupational diversity and/or complexity within the local economy) to determine the relative similarity of its local economy to the economies of its top commute destination counties. Additionally, with the awareness that jobs and services must be accessible to county residents, geographic proximity was taken into consideration. The purpose of analyzing these factors was to generate additional data needed to accurately place an Undecided County into a preliminary RPU.

**Part Four – Cross Reference Data-Driven Results with Local Area Jurisdictions**

The results of the analysis in Parts Two and Three yield an up-to-date empirical picture of California's regional economic markets and submarkets and the placement of counties within them. To develop an updated RPU framework, the CWDB and the EDD also took local administrative boundaries and planning relationships into account. In particular, the results of the foregoing analysis were cross-referenced with Local Area boundaries to ensure that each Local Area is placed into only one RPU and is not subdivided in accordance with WIOA Section 106.

**Updates for RPUs**

The findings of the LMID commute pattern were not intended to be directly prescriptive but instead to identify those regional arrangements that are data-supported and differentiate them from those that are not. Because WIOA intends RPU creation to facilitate a Local Board's ability to plan and align services, the CWDB provided the workforce community with the opportunity to provide public comment. Proposals for alternative modifications required a compelling, data-based rationale in order to be considered.

Based upon the findings of the LMID analysis and data-driven arguments received in public comment, the number of RPUs changed from 14 to 15 as a result of the following two updates:

1. The former Coastal RPU was divided into its two constituent economic submarket regions, to be known as the North Central Coast and South Central Coast RPUs.

2.  The San Benito Workforce Development Board relocated from its current RPU of Bay Peninsula to join the North Central Coast RPU.

The new boundaries outlined above and in Workforce Services Directive WSD20-01 went into effect on July 1, 2020.

**Statewide Activities**

California uses WIOA Governor's Discretionary funds to develop and fund innovative and dynamic initiatives that pilot new service delivery strategies and target specific populations throughout the state. These initiatives are aligned with the mission and direction of WIOA by assisting job seekers, especially job seekers with barriers to employment, with access to employment, education, training, and support services they need to succeed in the labor market while also matching employers with the skilled workers they need to compete in the global economy.

**PY 2021-22 and PY 2022-23 Governor's Discretionary Grants**

***High Performing Board Certification***

As outlined in Workforce Services Directive WSD22-11, the CWDB utilizes incentive funds as part of the High Performing Board certification process. The High Performing Board certification creates an incentive for Local Boards to strive to meet high-performance standards, develop strong local workforce initiatives, and establish a business service plan that creates a unified goal to provide quality services that connect workers to good-paying jobs.

California state law directs the Governor, through the CWDB, to establish standards for local boards to be certified as high-performing boards and requires recertification to occur midway through the implementation of the local and regional plans. Additionally, the Governor and the Legislature, as part of the annual budget process and in consultation with CWDB, may reserve a portion of the WIOA Governor's discretionary funds for the purpose of providing incentive funds to Local Boards who are certified as High Performing Boards.

**Equity and Special Populations Grant Program (ESP)**

As outlined in Workforce Services Information Notice WSIN 21-14 *ESP Grant Programs SFP – PY 21-22*, recognizing the need to accelerate equity in employment and develop innovative employment strategies for populations that face significant barriers to employment, California launched the Equity and Special Populations Grant Program (ESP). ESP supports innovative projects that increase equity, employment opportunities, and outcomes for special populations by consolidating the previous English Language Learner (ELL), Veteran Employment Assistance Program (VEAP), and Department of Aging (DEA) grant programs into one.

California made available $11.5 million in ESP grants to design, develop, and implement projects that will create more effective linkages with California's employer and workforce community, with a focus on high-wage, high-demand occupations for people with disabilities, veterans, ELL, justice-involved and other target populations, or geographic locations most impacted by COVID-19. The intent is to support initiatives that have the best potential to place participants into self-sufficient jobs and career pathways. These funds build meaningful and

sustainable industry investment and partnerships, provide work-based learning opportunities, increase access to quality jobs, leverage other program funding, and provide supportive services for California's most vulnerable populations.

**Workforce Accelerator Fund**

As outlined in Workforce Services Information Notice WSIN 21-21, California made available $10.5 million for a subsequent round of the Workforce Accelerator Fund (Accelerator 10) program to design, develop, and implement projects that accelerate employment and reemployment strategies for California job seekers. As we recovered from the COVID-19 pandemic and the economic crisis that fell hardest on the most vulnerable workers and communities, WAF sought to fund innovative approaches to improve job quality, create upward mobility, and bridge the gap between workforce programs and quality jobs for workers from disadvantaged or low-income communities in a continuing effort to build a better California for all.

The primary goals of WAF include:

- Improve labor market and skills outcomes for target groups through the development of strategies that fill gaps, accelerate processes, or customize services to ensure greater access to workforce services and employment opportunities.
- Create new models for service delivery and funding alignment that can be replicated across the state and tailored to regional needs.
- Implement, replicate, and scale successful innovations that emerged from previous WAF projects.
- Leverage state investments with commitments from industry, labor, public, and community partners.

**Workforce Accelerator Fund 11**

As outlined in Workforce Services Information Notice WSIN 22-15 *Workforce Accelerator Fund 11 – RFA*, California also made available $3 million for a subsequent round of Workforce Accelerator Fund (Accelerator 11) program to design, develop, and implement Innovation Impact projects incorporating High Road principles as they replicate, scale and potentially connect to High Training Partnerships. The goal of Accelerator 11 is to impact economic and racial equity by creating pathways to good-quality jobs for workers from disadvantaged or low-income communities. Traditional workforce and education strategies have had an inadequate impact. Even promising strategies lack the speed, agility, or scale needed to accelerate employment for workers desperately in need of good jobs.

**English Language Learners Grant**

As outlined in Workforce Services Information Notice WSIN20-56, California awarded $1.8 million in English Language Learner (ELL) grants. With an additional focus on addressing the challenges presented by COVID-19, the ELL grant program supports existing or new projects that improve services to ELLs, reduce and eliminate barriers to employment, build system-wide capacity to serve this population and increase alignment among WIOA partners to identify, develop, and share best practices.

Awards support local projects that establish an Integrated Education Training (IET) model with an interconnected network of employers and education and training partners that ensure career pathways culminate in high-quality employment with advancement opportunities for ELLs. Programs funded under this pilot will align WIOA programs, implement co-enrollment strategies, leverage other program funding, and provide supportive and follow-up services. Co-enrollment may include enrollment in WIOA Title I Adult, Title II Adult Education, Title III Wagner-Peyser, and human service programs or other WIOA unified plan programs. The IET model shows promise as a method to increase access to career pathway programs and bridge educational gaps to help ELLs with significant barriers to employment enter the workforce. Through this grant program, ELLs will obtain occupational skills for living wage jobs within in-demand industries in the project service area. The IET instructional strategy offers ELLs integrated instruction for career-related training and contextualized language-building skills, which will expedite entrance into the workforce. Incorporating the IET program model requires a sector-based approach to education and training and robust employer partnerships in the local labor market. Projects funded under the ELL grant program are intended to support ELLs from education through placement in high-quality jobs that will allow for upward mobility.

**Veterans Employment-Related Assistance Program**

As outlined in Workforce Services Information Notice WSIN20-63, California awarded $4.9 million in Veterans Employment-Related Assistance Program (VEAP) grants focused on technology-enabled education and training that allows veterans to develop the skills necessary for employment in a regionally in-demand industry.

VEAP grants help encourage the promotion of veterans as individuals with marketable skills and experience by increasing access to career pathways programs through enhanced partnerships with adult education, human service programs, and other State Plan partners, including community-based organizations. The intent is to build meaningful and sustainable industry investment and partnership, system innovation, and to develop initiatives that have the best potential to place targeted veterans into self-sufficient jobs and pathways to careers.

Awards support projects that increase access for target populations, align WIOA programs, implement co-enrollment strategies, enhance partnerships, leverage other program funding, provide supportive services, and create onramps to high-quality jobs with sustainable wages for California's veteran population. Due to COVID-19, applicants were encouraged to collaborate with institutions of higher education, innovative training providers, leaders in technology, or other partners that are best suited to expand online solutions to education, training, and employment.

**Disability Employment Accelerator**

As outlined in Workforce Services Information Notice WSIN20-64, California awarded $2 million in Disability Employment Accelerator (DEA) grants to promote the use of regional-industry sector strategies as the framework to help unemployed and underemployed people with disabilities obtain and retain competitive, integrated employment. DEA grants support projects that are critical to increasing employment opportunities and outcomes for people with

disabilities by working more closely with California's employer community. Grant funds are used to provide the training needed to fill positions in local, high-growth industries such as advanced manufacturing, construction, educational services, healthcare, information technology, logistics and transportation, professional and business services, and technology. These strategies will help increase employer awareness and dispel myths and perceived barriers regarding hiring people with disabilities.

**Rapid Response and Set Aside Funds**

California reserves 25 percent of its Title I Dislocated Worker funding to carry out statewide Rapid Response activities. Of that 25 percent, California allocates 50 percent directly to Local Areas and holds the other 50 percent at the state level for future Additional Assistance requests.

**Rapid Response and Layoff Aversion**

As outlined in Workforce Services Directive WSD16-04 *Rapid Response and Layoff Aversion Activities*, one-half of California's 25 percent Rapid Response set-aside funds are allocated directly to Local Areas to support them in enabling affected workers to return to work as quickly as possible following a layoff or to prevent layoffs altogether. To accomplish this, the workforce development system must be coordinated, comprehensive, and proactive in communicating with businesses.

This includes providing labor market and workforce information, integrating industry requirements into training strategies and career pathways, brokering relationships and job connections, making services efficient and easy to access, and coordinating with regional partners to reduce duplication. Rapid Response also tracks labor market trends, increased Unemployment Insurance claims, and public announcements through the California Worker Adjustment and Retraining Notification Act notices and analyzes economic data to assess the health of businesses.

Rapid Respond funds are allocated to Local Areas using a three-part formula:
1. *Baseline funding*—This funding is allocated equally among Local Areas to ensure that, at minimum, some capacity exists in each Local Area for the coordination and conduct of Rapid Response activities. Allocations to Local Areas comprised of more than one county will include an additional allocation of $50,000 for each additional county. Of the Rapid Response set-aside funds, 30 percent are reserved for this baseline funding.
2. *Layoff-based funding* - This funding is for Local Areas that serve regions where significant numbers of dislocation events occur. This allocation will be based on quantitative layoff data. Funds will be allocated to Local Areas in proportion to the number of affected workers offered Rapid Response services in response to layoffs reported to the state. This methodology ensures services are provided to assist groups of workers affected by mass layoffs, permanent business closures, and natural or other disasters. Of the Rapid Response set-aside funds, 45 percent are reserved for this layoff-based funding.
3. *Hold-Harmless funding* - This funding minimizes funding losses from year to year. A portion of the Rapid Response set-aside funds will be used to ensure that no Local Area

receives less than 75 percent of their prior-year share of statewide funds distributed for
baseline and layoff-based activities. This policy also limits any Local Area's year-over
funding increase to 100 percent of their prior-year allocation.

Layoff Aversion funds are also distributed to Local Areas based on the Local Area's relative
share of the Rapid Response formula allocations referenced above.

**Additional Assistance**

As outlined in Workforce Service Directive WSD16-15 *Dislocated Worker Additional Assistance
Project,* the other half of California's Rapid Response set-aside funds are kept at the state level
as Additional Assistance funds. These funds are made available to Local Areas that experience
sudden and large increases in unemployment due to natural disasters, mass layoffs, or other
events.

The purpose of the Additional Assistance funds is to supplement and expand local capability to
respond effectively to worker dislocation events by funding direct services to dislocated
workers when local resources are inadequate. Ideally, projects should be funded from multiple
sources and involve multiple WIOA-mandated partners. Additional Assistance funds should be
used to serve the additional dislocated workers as well as provide a higher quality of services
and outcomes to be achieved. The funding request must demonstrate that existing local
resources (WIOA or others) are inadequate to address the needs of the affected workers
seeking services.

There are three different methods for requesting Additional Assistance funding:
1. *Standard Application* – This application petitions the state for additional funds to
   respond to unanticipated dislocated worker events that exceed the capacity of the
   existing Local Area's formula funds to provide the needed resources.
2. *Emergency Application* – This application provides the applicant with initial bridge
   funding to begin the provision of services to dislocated workers from a mass layoff or
   natural disaster. To qualify for a natural disaster classification, the event(s) must be
   declared eligible for assistance by the Federal Emergency Management Agency or other
   responding federal agencies.
3. *Project Modification Application* – This application seeks to alter a current Additional
   Assistance project due to a substantial change in the scope of the originally funded
   work.

In cases of natural disasters, the state's response efforts are coordinated by California's Office
of Emergency Services (CalOES). The CalOES coordinates the overall state response to disasters
with local, state, federal, and voluntary/nonprofit partners to administer recovery operations in
the event of a disaster.

To further disaster response coordination within the workforce system, Assembly Bill (AB) 2915
(Chapter 722, Statutes of 2018) required the CWDB, in conjunction with EDD and local partners,
to establish a policy regarding emergency cooperation agreements between Local Boards. To

implement the legislation, CWDB convened a workgroup comprised of representatives from CalOES, EDD, California Workforce Association, and Local Boards.

The workgroup established a multi-pronged approach for implementation:
- Publish an Information Notice to share strategies for enhanced coordination with CalOES' Local Emergency Management Contacts.
- Information Notice: Workforce Services Information Notice 19-10 *Local Board Coordination with Cal OES Local Emergency Contacts*
- Issue a directive that provides information on allowable activities for the various funding streams utilized by Local Boards when responding to a natural disaster.
- Directive: Workforce Services Directive WSD 19-14 *Emergency Cooperation Agreements*

Additionally, if an event is declared a disaster by FEMA, California utilizes Rapid Response funding to conduct an initial situation assessment to obtain preliminary data to draft a National Dislocated Worker Grant (NDWG) application. Using the initial Rapid Response assessment data, the state works with the affected Local Board(s) to develop an immediate response, including providing 'stop-gap' funding through 25 percent Additional Assistance for mitigation activities pending DOL approval of an NDWG.

### Trade Adjustment Assistance

The state recognizes the need enhance its early intervention efforts to groups of workers on whose behalf a Trade Adjustment Assistance (TAA) petition has been filed. To ensure these efforts are achieved and that Rapid Response assistance and appropriate career services are made available to those individuals, the state will continue to work collaboratively with its existing Local Area partners as well as establish new relationships with various workforce development entities.

To establish those relationships and strengthen existing partnerships, the TAA State Coordinator will actively engage with the Local Area staff and other workforce partners, such as union affiliates, i to increase TAA visibility and define a streamlined process for information sharing about trade-affected individuals. In addition, TAA staff will attend all Rapid Response regional roundtables to share information regarding recently filed petitions, to learn of employers conducting layoffs that are impacted by foreign trade, and to hear from the Local Area and other workforce partners about petitions they've filed on behalf of a worker group. The state established a statewide TAA Field Division Coordinator position to provide technical assistance to the Local Areas and to participate in the roundtables.

A well-established relationship between the state and the Local Area will ensure that when a petition is filed, the Local Area Rapid Response Coordinators will coordinate Rapid Response orientations to ensure all applicable partners, including State TAA Staff, and required Rapid Response materials are available at each orientation. Workforce Services Directive 14-15 provides the WIOA and TAA co-enrollment policy and procedures to ensure that Rapid Response staff understand and provide all potential trade-affected workers with required rapid response assistance, including TAA program information.

A TAA Co-enrollment Technical Assistance Guide (TAG) is also available and provides program eligibility and determination guidance, promotes cooperative partnerships, and maximizes resources that support TAA and WIOA program co-enrollment. The TAG highlights Rapid Response as a critical access point for co-enrollment. Additionally, the TAA Final Rule at 20 CFR Part 618 codifies the regulatory requirement that a trade-affected worker who is eligible for the WIOA's Dislocated Worker (DW) Program must be co-enrolled into the DW Program. Pending a petition determination, EDD staff will begin to provide core services through the AJCC system and will coordinate with Local Area staff to provide appropriate career services, such as a preliminary needs and skills assessment for the impacted worker(s). The early intervention efforts provided to the trade-affected worker prior to the petition certification seek to reduce a worker's period of unemployment. Upon a petition determination, State TAA Staff will notify all workers identified on the worker list by mailing a TAA Group Eligibility Notification Letter directly to each impacted worker regarding their eligibility to apply for individual TAA benefits and services. The letter also provides program deadline dates and provides information about the different benefits and services available to the worker if they qualify. Upon the petition certification, State TAA Staff will continue to provide appropriate employment and case management services to assist the worker in obtaining reemployment as quickly as possible.

**Adult and Dislocated Worker Program Requirements**

***Work-Based Training Models***
All of the WIOA Governor's Discretionary Grants outlined above include High Road principles embedded into their program design. This includes prioritizing job quality, supporting economic and climate resilience, and linking regionally driven sector work to a statewide skills agenda. The High Road Training Partnership (HRTP) model creates a comprehensive infrastructure of support for industries, employers, labor, and workers to collaboratively negotiate industry needs in real-time and prepare for the future of work. This partnership model promotes systems change and worker power to build an economy based on equity, skills, innovation, and shared prosperity.

The HRTP model creates a comprehensive infrastructure of support for industries, employers, labor, and workers to collaboratively negotiate industry needs in real time and prepare for the future of work. This partnership model promotes systems change and worker power to build an economy based on equity, skills, innovation, and shared prosperity. HRTPs also ensure that industries develop mechanisms to become sustainable and competitive in a high-road economy and adopt practices to address vital concerns like increasing racial equity and environmental sustainability.

The objectives of a High Road program are to increase access to existing high-road jobs for underserved populations and create pathways for job growth for incumbents already employed with a high-road employer.

Transitional Jobs (ICR Criteria Title I b. 1.)

For WIOA Title I, a participant's participation starts when an individual receives a Staff-Assisted Basic Career service, Individualized Career service, or Training service. In "Individualized Career Services," an individual receives WIOA-funded services that are appropriate for obtaining or retaining employment (e.g., development of an individual employment plan, English as a second language services, work experience, etc.). As identified in Workforce Services Directive WSD18-03, Individualized Career Service activities include occupational career counseling, aptitude testing, mentoring, group counseling, work experiences, transitional jobs, internships, and pre-apprenticeship training.

Transitional Jobs is also a key piece of CWDB's Earn and Learn policy strategy. Earn and learn policies are designed to facilitate skills attainment while also providing those participating in these programs with some form of compensated work experience, allowing them to "earn" income while they "learn" to do a job. Because many WIOA customers have barriers to employment and cannot afford to attend an education or training program full time because it reduces time that can be spent earning income, earn and learn opportunities are an important strategy for success.

These programs include, but are not limited to:
- Apprenticeships
- Pre-apprenticeships
- Incumbent worker training
- Transitional and subsidized employment
- Paid internships and externships
- Project-based compensated learning

The principles of earn and learn are broad enough to allow for flexible program design. As such, programs may be customized to serve clients based on their skill level and their specific educational or training needs. Transitional and subsidized employment programs can be used to provide work experience for those who have none thus facilitating employment for individuals that employers might not otherwise employ. Incumbent worker training serves the purpose of keeping the state's workforce productive and its businesses competitive. Similarly, pre-apprenticeship and apprenticeship programs can provide access to formal skills training opportunities in a variety of occupational fields that typically provide good wages and a middle-class income.

***Registered Apprenticeship***
According to California law, when Local Boards provide apprenticeship or pre-apprenticeship-related services using WIOA funds, they must coordinate with the apprenticeship programs in their Local Area that have been formally accredited by the Department of Industrial Relations Division of Apprenticeship Standards (DIR DAS).

California Unemployment Insurance Code (CUIC) Section 14230 requires the CWDB and each Local Board to ensure that programs and services funded by WIOA and directed toward

apprenticeship occupations, including pre-apprenticeship training, are conducted in coordination with one or more apprenticeship programs approved by the Department of Industrial Relations Division of Apprenticeship Standards for the occupation and geographic area. CUIC Section 14230 also requires the CWDB and each Local Board to develop a policy of fostering collaboration between community colleges and approved apprenticeship programs in their geographic area to provide pre-apprenticeship training, apprenticeship training, and continuing education in apprenticeship occupations through the approved apprenticeship programs.

**Training Provider Eligibility Procedure**

As outlined in Workforce Services Directive WSD21-03, in order to be listed on California's Eligible Training Provider List (CA ETPL), training providers must submit an application through CalJOBS[SM] to a Local Board to offer training programs to WIOA program participants. The program must have been nominated by the Local Board and approved by the EDD.

***Initial Eligibility***

The requirements to submit an application to the CA ETPL, also known as the "initial eligibility criteria," include the following for providers and programs:

Providers:

*Adult Education Secondary Schools*
- Must be an eligible provider of adult education and literacy activities under Title II of WIOA. Adult education and/or literacy activities must be offered concurrently or in combination with occupational skills training.

*Pre-apprenticeship Providers*
- Must have a letter of commitment from a DOL-registered or DIR-DAS-approved apprenticeship program.

*Apprenticeship Providers*
- DOL Registered Apprenticeships and DIR DAS Approved Apprenticeships are automatically eligible to be listed on the CA ETPL and do not have any initial eligibility requirements.

*Private Post-secondary Institutions (for-profit or nonprofit)*
- Must be accredited by the Accrediting Commission for Schools (ACS) Western Association of Schools and Colleges (WASC); the WASC Senior College and University Commission (SCUC); have current BPPE Approval to Operate; current Verification of Exemption by BPPE; or are deemed exempt per California Education Code (CEC) Section 94874.

*Public Post-secondary Institutions*
- Community Colleges: must be accredited by the WASC Accrediting Commission for Community and Junior Colleges (ACCJC).
- CA State University (CSU) and the University of CA (UC) must be accredited by the WASC SCUC.

Additionally, all providers must meet the following requirements:

- Compliance with the Equal Opportunity and Nondiscrimination requirements, found in Section 188 of WIOA, prior to nominating the training provider to be on the CA ETPL.
- Provide information supporting the provider's partnership with the business. This may include information about the quality and quantity of employer partnerships.

Programs:

- The training program must be for occupations in in-demand industry sectors identified by the state, region, or Local Board. In-demand or priority industry sector information must be verified with the State Board and/or Local Board.
- The training program provides training services that lead to an industry-recognized credential or employment in a specific occupation after receiving measurable technical skills.
- The cost of the program should match the cost of a member of the general public enrolling in the program without assistance from WIOA.
- If a program is offered with multiple modes of instruction (e.g., online and in-person) or durations, the program needs to be entered separately for each variation.
- For providers with BPPE Approval to Operate, the training program and its location are BPPE-approved.
- For providers with WASC SCUC accreditation, the training program, its location, and mode of delivery are WASC SCUC accredited.
- Programs must meet or exceed the minimum performance expectations based on data for all students in the program, including non-ETPL enrollments:
  - Public Post-secondary Community Colleges, CSUs, UCs, and Adult Education Secondary Schools:
    - Of individuals who exited the program, the percentage who successfully completed the training program.
    - Of individuals who successfully completed the training program, the percentage who are employed within six months of graduating from the training program.

    Note: due to heavy state oversight, these providers are not required to meet a specific percentage.

Private Post-secondary Institutions:

- Of individuals who exited the program, 50% successfully completed the training program.
- Of individuals who successfully completed the training program, 50% are employed within six months of graduating from the training program.

If the training program does not meet the requirements of initial eligibility, the program's application will be denied, and the provider will be notified.

***Continued Eligibility***

All programs on the ETPL, except for apprenticeship programs, will be evaluated annually to ensure they continue to meet eligibility to be retained on the ETPL beyond the one-year period

of initial eligibility. This process is called "continued eligibility". The continued eligibility review process is based on the following for providers and programs:

<u>Providers:</u>
All providers on the ETPL will be evaluated by the EDD. All initial eligibility requirements for providers apply during continued eligibility. Since providers can be reviewed year-round, all active training providers on the CA ETPL will be evaluated annually by the EDD no earlier than 60 days and no later than 30 days prior to the provider's eligibility expiration date to ensure they continue to meet the eligibility to be retained on the CA ETPL. Additionally, providers that do not have at least one Title I or Subtitle B enrollment during the previous two program years will be removed from the ETPL.

<u>Programs:</u>
All programs on the ETPL will be evaluated by the Local Board, and if the Local Board deems the program eligible, they will nominate it to EDD for review. Programs must meet all requirements outlined in initial eligibility, as well as the following:

- Program information is updated in CalJOBS.
- Submit aggregate student data for each ETPL program per federal reporting requirements.
- Except for apprenticeships, Adult Education providers, Community Colleges, UCs, and CSUs, programs must meet or exceed initial eligibility performance expectations, as well as state-negotiation performance goals.
    - The program must meet the following performance metric for all students for the most recent complete program year (July 1 – June 30):
        - Of individuals who exited the program, 50% successfully completed (did not withdraw or transfer) the program.
    - The program must meet the following performance metrics for WIOA participants for the most recent complete program year (July 1 – June 30):
        - Employment Rate 2nd Quarter after Exit meets the state's negotiated goal for the Title I Adult program.
        - Employment Rate 4th Quarter after Exit meets the state's negotiated goal for the Title I Adult program.
        - Median Earnings meet the state's negotiated goal for the Title I Adult program.
        - Credential Attainment meets the state's negotiated goal for the Title I Adult program (if applicable).
        - Measurable Skill Gains meet the state's negotiated goal for the Title I Adult program.

If the training program does not meet the requirements of continued eligibility, the program must be removed from the ETPL, and the provider must be notified of the removal.

<u>Implementing and Monitoring Priority of Service</u>
As outlined in <u>Workforce Services Directive WSD15-14</u>, local boards must provide priority of service to recipients of public assistance, other low-income individuals, or individuals who are

deficient in basic skills when providing individualized career services and training services funded with WIOA adult funds. Veterans and eligible spouses are also able to receive priority of service among all eligible individuals; however, they must meet the WIOA adult program eligibility criteria and meet the criteria under WIOA Section 134(c)(3)(E). Therefore, priority must be provided in the following order:

1. Veterans and eligible spouses who are also recipients of public assistance, other low-income individuals, or individuals who are deficient in basic skills.
2. Individuals who are the recipient of public assistance, other low-income individuals, or individuals who are deficient in basic skills.
3. Veterans and eligible spouses who are not included in WIOA's priority groups.
4. Other individuals not included in WIOA's priority groups.

Local Boards are allowed to establish additional priority groups for their Local Area (e.g., residents of the Local Area, individuals with disabilities, formerly incarcerated and justice-involved, etc.). However, any additional priority groups established should be identified in the local policy.

The directive contains definitions of public assistance, low income, and basic skills deficiency, as well as all individualized career and training services. It also contains a chart of source documents that Local Boards can use to verify a participant's eligibility for priority of service.

The EDD Policy and Compliance Accountability Branch is responsible for conducting annual sub-recipient monitoring to ensure that they are in compliance with WIOA eligibility requirements, including priority of service.

### Transfer of Funds Criteria

As outlined in Workforce Services Directive WSD22-09, and in accordance with federal law, the Employment Development Department (EDD) has the authority to approve transfer requests on behalf of the Governor. Local Boards may transfer up to 100 percent of their Adult and Dislocated Worker funds between the two funding streams. Local Boards may not transfer funds to or from the Youth program.

Each program year, the US Department of Labor provides Adult and Dislocated Worker funds to the state in two separate allotments. The first allotment begins July 1, and the second allotment begins October 1. The Local Area must submit the transfer request in writing to their Regional Advisor. All requests must contain the reason(s)/rationale for the transfer. Local Areas should consider the following when providing a justification for the transfer:

- Changes in planned services to eligible participants.
- Unexpected layoffs requiring additional funds.
- Changes in the goals for serving eligible participants.
- Changes in labor market conditions.
- Effect of transfer on jointly funded employment and training programs in the local America's Job Center of California℠ system.

- Effect on existing agreements for the delivery and/or coordination of employment and training services.
- Effect on current state and Local Area employment and training systems.
- Effect on the employment and training needs of eligible participants in the Local Area.

All transfer requests must be approved and signed off by the Local Board prior to submitting the transfer request to the Regional Advisor.

To the extent that a Local Area requests to transfer its entire allocation of Dislocated Worker program funds to the Adult program, Local Areas should be aware of the following implications pertaining to that transfer:

The state will not consider a Local Area's request for WIOA Dislocated Worker 25 Percent Additional Assistance to mitigate the loss of Dislocated Worker funds resulting from the transfer as stated in Dislocated Worker Additional Assistance Projects (WSD16-15). However, if a Local Area transfers 100 percent of its Dislocated Worker funds and a dislocation event occurs in the Local Area (e.g., a specific employer layoff or a disaster that changes the local economic conditions), then the state will consider a Local Area's request for Additional Assistance funds on a case-by-case basis.

All transfers of funds are subject to the priority of service requirements. WIOA Section 134(c)(3)(E) requires priority of service for recipients of public assistance, other low-income individuals, and individuals who are deficient in basic skills. Additionally, TEGL 19-16 emphasizes that Local Areas must give such priority to services regardless of the levels of funds.

**Youth Program Requirements**

As outlined in Workforce Services Directive WSD 17-07, California seeks to invest WIOA youth funds in programs that employ best practices and incorporate concepts of youth development in order to meet the diverse needs of youth and young adults through integrated wrap-around services, with a particular focus on employment and post-secondary outcomes. To accomplish this, Local Boards should select youth service providers that:

- Employ proven recruitment strategies of effective outreach, engagement, enrollment, and retention of out-of-school youth.
- Demonstrate meaningful partnerships with eligible training providers, institutions of higher education, and employers from in-demand industries.
- Offer a continuum of services that allow participants to obtain a GED/High School diploma, enroll in post-secondary education, and obtain employment within their chosen career path.
- Utilize career pathways and sector strategy models with a structured sequence of activities, as well as multiple entry and exit points that provide adequate supportive services.
- Use structured work-based learning, such as paid and unpaid work experiences and career exploration, that leads to gainful employment.

- Provide intensive case management and support services to help youth overcome complex barriers, successfully complete the program, and retain employment.

Successful performance is a priority as it helps measure the effectiveness of a local program. Local Board selection of youth providers requires an assessment of the provider's ability to meet participant and performance requirements set forth by the local administrative entity and the state.

Local Boards should assess the provider's:
- Experience managing contracts, performance records, and administrative structure, including records and retention, compliance and monitoring, internal audit procedures, and data management systems.
- Ability to meet reporting deadlines.
- Planned performance and ability to track outcomes.
- Frequency of training and technical assistance provided on the performance indicators to ensure compliance with federal and state requirements.

### Out-of-School Youth
From a programmatic standpoint, California has prioritized investments in serving disconnected and Out-of-School youth at the local level by identifying them as a target population for many of the federally and state-funded grant programs. Below are a few examples of youth projects that were awarded funds.

The following are projects supported by the Workforce Accelerator Fund:
- A project that combines early work experience through employment with local professional sports arenas/stadiums, essential skills training, and connection to ongoing employment for disconnected youth. The project will also create a roadmap of opportunities for youth to follow when exploring, enrolling in, completing a community college program, and transitioning into the workforce.
- A project that leverages partnerships with the Local Conservation Corps, Community College, and U.S. Forest Services. The project will enroll youth in forestry and related field training, and upon completion of training, youth will be placed in unsubsidized jobs, advanced training, or enrolled in post-secondary education.

The following are projects supported by the Breaking Barriers to Employment Initiative:
- A project that provides a two-part, six-month internship for youth experiencing homelessness. The project will address the educational and professional opportunity gap for youth experiencing homelessness by providing youth with the tools and resources necessary for meeting their educational and professional goals.
- A project that assesses and enrolls disconnected youth, foster youth, and other target populations into programs that provide work experience. The participants without a GED or high school diploma will be enrolled in one of the Youth Build high schools.

Ongoing discussions with core and required program partners have shown that improving access and quality of services provided to Out-of-School youth facing significant barriers is a shared priority. The state is looking into ways to increase capacity for cross-agency collaboration and alignment of youth policy at the state level to improve youth service delivery at the local level.

**Program Elements**

Local Boards must ensure that all 14 program elements are available in their Local Area. However, Local Boards are not required to provide the 14 required elements to each youth participant, but have the flexibility to determine what specific services a youth will receive based on the youth's assessment and service strategy.

Local Boards must competitively procure high-quality youth service providers that develop and implement effective youth programs by aligning career pathways, employment, training, education, and supportive services. Aligning strategic partnerships, communication, coordination, and collaboration among employers, educational partners, economic development entities, and service providers is the foundation of ensuring access to all program elements.

The WIOA youth work experience expenditure requirement aligns with California's ongoing support and utilization of "earn and learn" models such as work experience, pre-apprenticeship, registered apprenticeship, on-the-job training, and internships where participants can receive concurrent academic and occupational education, job readiness training, and employment skills. Work experience is an investment to build the foundation for career exploration and guidance, support for educational attainment, and provide opportunities for skills training in in-demand industries that result in good jobs or enrollment in post-secondary education.

**Definition and Eligibility for "Requires Additional Assistance"**

Local Boards must establish a local definition and eligibility documentation requirements for the "requires additional assistance" criterion to determine eligibility for out-of and in-school youth. The definition must be included in the Local Plan.

The state provided the following possible definitions/criteria:

- Have repeated at least one secondary grade level or are one year over age for a grade.
- Have a core grade point average (GPA) of less than 1.5.
- Are at least two semester credits behind the rate required to graduate from high school for each year of secondary education
- Are emancipated youth.
- Have aged out of foster care.
- Are previous dropouts, have been suspended five or more times, or have been expelled.
- Have received court/agency referrals mandating school attendance.
- Are deemed at risk of dropping out of school by a school official.
- Have been referred to or are being treated by an agency for a substance abuse-related problem.

- Have experienced recent traumatic events, are victims of abuse, or reside in an abusive environment as documented by a school official or other qualified professional.
- Have serious emotional, medical, or psychological problems as documented by a qualified professional.
- Have never held a job (applies to older youth).
- Have been fired from a job within the twelve months prior to application (applies to Out-of-School youth).
- Have never held a full-time job for more than thirteen consecutive weeks (applies to OS youth).

**Determining whether a youth is attending or not attending school**

California state law does not contain a definition for attending or not attending school. Therefore, the state developed definitions using DOL guidance and California Department of Education guidelines for data and tracking of those both in and out of school in Workforce Services Directive WSD17-07.

*Attending School* - an individual is considered to be attending school if the individual is enrolled in secondary or post-secondary school. If a youth is between high school graduation and post-secondary education, the youth is considered an In-School youth if they are registered for post-secondary education, even if they have not yet begun post-secondary classes. However, if the youth registers for post-secondary education, but does not follow through with attending classes, the youth is considered Out-of-School (OS) youth if the eligibility determination is made after the youth decided not to attend post-secondary education. Youth on summer break are considered IS youth if they are enrolled to continue school in the fall.

*Not Attending School* - an individual who is not attending a secondary or post-secondary school. In addition, individuals enrolled in the following programs would be considered Out-of-School youth for eligibility purposes:

- WIOA Title II Adult Education, Youth Build, Job Corps, high school equivalency program, or dropout re-engagement programs.
    - A youth attending a high school equivalency program funded by the public K-12 school system who is classified by the school system as still enrolled in school is the exception; the youth would be considered an IS youth.
- Non-credit-bearing post-secondary classes only.
- A charter school program that provides instruction exclusively in partnership with WIOA, federally funded Youth Build programs, federal Job Corps training or instruction, California Conservation Corps, or a state-certified local conservation corps.

**Criteria to Determine Basic Skills Needs**

As outlined in Workforce Services Directive WSD15-14, an individual is considered to be basic skills deficient if they are unable to compute or solve problems or read, write, or speak English at a level necessary to function on the job, in the individual's family, or in society. The state identified the following ways to determine whether an individual meets those criteria:

- Lacks a high school diploma or high school equivalency and is not enrolled in secondary education.
- Enrolled in a Title II Adult Education/Literacy program.
- English, reading, writing, or computing skills at an 8.9 or below grade level.
- Determined to be Limited English Skills proficient through staff-documented observations.
- Other objective criteria were determined to be appropriate by the Local Area and documented in its required policy.

**WIOA Waiver Requests**

*Background*

During the past State Plan cycle (PY 2020-23), ongoing disruptions as a result of the pandemic had a vast impact on the state's workforce and economy. At the 2022 Modification, certain sectors within California's labor market continued to experience devastating effects from unprecedented increases in both temporary and permanent layoffs, especially as supply chain disruptions and mutations of the COVID-19 virus threatened many businesses with permanent closure. In order to help Local Boards mitigate the increasing challenges associated with service delivery, California applied for and received DOL approval for three waivers, which provided Local Boards with critical flexibility when assisting individuals and businesses affected by the COVID-19 pandemic.

The job losses experienced in California during COVID-19, as well as the challenging post-pandemic economic conditions, pervaded the economy in every major industry sector. While the state has made major strides toward recovery and expansion, there is still work to be done in several industries that have yet to recover from their pandemic-induced losses and post-pandemic economic conditions.

***Going Forward***

The CWDB is uniquely staffed with researchers who have the necessary education and training to conduct an evaluation of the Local Boards' waiver usage and plans for conducting this evaluation are underway. However, in order for this evaluation to be credible, we need to ensure that the study is "reliable." The concept of reliability deals with the quality of the measurement; for any measurement to be reliable, it must be consistent and repeatable. Additionally, the larger the sample size, the more reliable the results due to their smaller margins of error. Thus, additional time and data utilizing these waivers would increase the evaluation's reliability and allow California to better understand the impact that the waivers have on both Local Boards' service delivery and the participants receiving services.

To give California more time to fully evaluate each waiver's success, the CWDB and EDD are requesting approval from DOL to extend the following three WIOA waivers through the life of the current State Plan (PY 2024-27):

- **WIOA Section 134(d)(5) Waiver**: This waiver allows up to 30 percent of WIOA Title I adult and dislocated worker local formula funds to be used for the provision of transitional jobs.

- **WIOA Section 134(c)(3)(H)(i) Waiver**: This waiver allows up to a 90 percent reimbursement of on-the-job training (OJT) costs for businesses with 50 or fewer employees.
- **WIOA Section 129(a)(4)(A) Waiver**: This waiver allows Local Boards to decrease the out-of-school youth (OSY) expenditure requirement from 75 percent to 50 percent.

Additionally, the CWDB and EDD are requesting DOL's approval on the following WIOA waiver through the life of the current State Plan (PY 2024-27):

- Waiver from the operational parameters in Training and Employment Guidance Letter (TEGL) 10-16, Change 2: This waiver would allow Local Areas the flexibility to include Adult and Dislocated Workers who attend training funded by a program not included in common exit in their Credential Attainment and Measurable Skill Gains indicators. Additionally, this waiver would allow the state to report these services and outcomes in the Participant Individual Record Layout (ETA 9172).

**WIOA Section 134(d)(5) Waiver**

Under WIOA Section 134(d)(5), a Local Board may use up to 10 percent of their combined WIOA Title I Adult and Dislocated Worker formula funds for the provision of transitional jobs. Extension of this waiver would continue to allow up to 30 percent of a Local Board's combined WIOA Title I adult and dislocated worker formula funds to be used for the provision of transitional jobs.

Given the diverse and varying needs in California, the state has allowed the manner and degree to which Local Boards use transitional jobs to remain a local decision based on the needs of the participants and employers in their community. However, with the pandemic both Local Boards who were actively using the transitional jobs, and those who had not used it recently, believed it would become a critical service delivery strategy for the next two or three years, as many participants, especially those with barriers to employment, are struggling to attach or re-attach to the labor market.

California's intent in seeking this waiver is not to replace, reduce, or impact existing employees. Instead, the waiver will allow Local Boards increased flexibility to provide transitional jobs to individuals with barriers to employment to gain work experience and a source of income during these trying times. As a secondary benefit, the waiver could assist employers who may need or want to hire additional staff  to rebuild their business operations but are not currently financially able to, given the decrease in revenue that many businesses experienced during the pandemic.

***Actions to Remove State or Local Barriers***

There are no state local statutory or regulatory barriers to implementing the proposed waiver.

***State Strategic Goals Supported by Waiver***

This waiver aligns with the following strategic goals outlined in the State Plan:

- Fostering demand-driven skills attainment
- Enabling upward mobility for all Californians
- Aligning, coordinating, and integrating programs and services

***Projected Programmatic Outcomes Resulting from Waiver Implementation***
The State of California anticipates the implementation of this waiver to have the following programmatic outcomes:

- Provide participants who are chronically unemployed or have an inconsistent work history with work experience and reattachment to the labor market.
- Provide participants with wages that will assist in covering critical living expenses and provide stimulus to local economies.
- Provide a source of additional subsidized labor to employers working to rebuild their business operations due to the economic impact of the COVID-19 pandemic.

California placed 487 Adults and 29 Dislocated Workers in Transitional Jobs in PY 2022-23. While it is difficult to provide an exact number given the uncertain and ever-changing economic conditions, California anticipates that increasing the percentage of adult and dislocated funds spent on transitional jobs to individuals with barriers to employment, could lead to an estimated 10% increase in Adults and Dislocated Workers placed in transitional jobs for each full program year the waiver is in effect.

***Individuals Impacted by the Waiver***
The waiver is intended to assist both job seekers and employers. In particular, this waiver is meant to impact the following:

- Job seekers with significant barriers to employment who are either:
  - Chronically unemployed
  - Have an inconsistent work history
- Employers attempting to hire additional staff to rebuild their business operations due to the economic impact of the COVID-19 pandemic.

***Monitoring Progress and Implementation***
As outlined in Workforce Services Directive WSD24-01, Local Boards must receive approval from the state before using any of the waivers granted by DOL. This application process allows the state to approve each individual waiver contingent on Local Boards meeting certain criteria and requirements related to that waiver. It also allows the state to track which Local Boards are using which waivers to determine their effectiveness at the end of each program year.

Because the current waiver was only applied to PY 2021-22, it is too early to determine the true impact without a complete program year of data to compare against. However, 6 Local Boards are currently approved to utilize this waiver, with more Local Boards indicating they would like apply in future program years if the current waiver is extended.

***Notice to Local Boards and Public Comment***
The Draft State Plan will be posted for public comment for thirty (30) days to allow the workforce community to provide input.

**WIOA Section 134(c)(3)(H)(i) Waiver:**

Small businesses continue to experience unprecedented challenges due to the COVID-19 pandemic and ensuing economic conditions due to inflation, supply chain issues, and worker shortages. Unlike large corporations with deep pockets, small businesses operate with tight margins and have less room to absorb the shocks of an inflationary economy. Coupled with a red-hot job market where retaining employees poses significant challenges, competing with bigger companies that can offer higher salaries and better benefits is tough for small businesses on tight budgets.

Extension of this waiver would allow Local Boards to continue providing additional relief to small businesses who may be more risk-averse when hiring and training new employees during this economic instability by reimbursing a greater portion of their on-the-job training costs. The extension would also maximize Local Boards' ability to support small businesses that are seeking to maintain and retrain their workforce to adapt to the rapidly changing economic landscape.

***Actions to Remove State or Local Barriers***

There are no state or local statutory or regulatory barriers to implementing the proposed waiver.

***State Strategic Goals Supported by Waiver***

This waiver aligns with the following strategic goals outlined in the State Plan:
- Fostering demand-driven skills attainment.
- Enabling upward mobility for all Californians.
- Aligning, coordinating, and integrating programs and services.

***Projected Programmatic Outcomes Resulting from Waiver Implementation***

The State of California anticipates the extension of this waiver to have the following programmatic outcomes:
- Provide small businesses with additional reimbursement of the OJT costs associated with training employees to meet existing or new business needs resulting from the economic impact of the COVID-19 pandemic.
- Provide job seekers with barriers to employment subsidized training opportunities to improve the prospect of obtaining and retaining employment.

California provided 1,172 Adults and 304 Dislocated Workers with OJT services in PY 2019-20. Consultation with Local Boards has revealed that approximately 75% of those were with small businesses that have 50 or fewer employees. While it can be hard to provide an exact number given the uncertain and ever-changing economic conditions, California anticipates that increasing the reimbursement up to 90% could lead to an estimated 25% increase or an additional 250 participants placed in OJTs with small businesses for each year that the waiver is in effect.

***Individuals Impacted by the Waiver***

The waiver is intended to provide assistance to both job seekers and employers. In particular, this waiver is meant to impact the following:

- Employers with fewer than 50 employees, especially those who are experiencing altered operations, service delivery, or other changes due to the economic impact of COVID-19.
- Job seekers with barriers to employment, especially those whose employment status has been affected due to the economic impact of COVID-19.

### Monitoring Progress and Implementation

As outlined in Workforce Services Directive WSD24-01, Local Boards must receive approval from the state before using any of the waivers granted by DOL. This application process allows the state to approve each individual waiver contingent on local boards meeting certain criteria and requirements related to that waiver. It also allows the state to track which Local Boards use waivers to determine their effectiveness at the end of each program year.

Because the current waiver was only applied to PY 2021-22, it is too early to determine the true impact without a complete program year of data to compare against. However, 13 Local Boards are currently approved to utilize this waiver, with more Local Boards indicating they would like to apply in future program years if the current waiver is extended.

### Notice to Local Boards and Public Comment

The Draft State Plan will be posted for public comment for 30 days to allow the workforce community to provide input.

### WIOA Section 129(a)(4)(A) Waiver:

Under WIOA, Local Boards are required to spend at least 75 percent of their WIOA youth formula allocation on youth workforce investment activities for OSY. For California, an unintended consequence of this requirement has led to a reduction in funds that Local Boards could redirect toward serving ISY involved in the foster care system, juvenile justice system, and/or experiencing homelessness.

In California, foster care and juvenile justice youth have high rates of not completing high school or entering post-secondary education or the workforce. While this waiver increases the flexibility that Local Boards have to enroll all eligible ISY, California is specifically hoping to see an increase in access to services for systems involved youth and youth experiencing homelessness so that they can be served through workforce development programs to support their continued engagement in education or training prior to disengagement.

### Actions to Remove State or Local Barriers

There are no state or local statutory or regulatory barriers to implementing the proposed waiver.

### State Strategic Goals Supported by Waiver

This waiver aligns with the following strategic goals outlined in the State Plan:

- Fostering demand-driven skills attainment.
- Enabling upward mobility for all Californians.
- Aligning, coordinating, and integrating programs and services.

### Projected Programmatic Outcomes Resulting from Waiver Implementation

While it can be hard to provide an exact number given the pandemic's impact on school reopening and the variance in how many disconnected youth are in each Local Area, the CWDB anticipates that Local Boards who applied for and are utilizing this waiver will see an increase of approximately 15 percent, in the total number of ISY that they enroll who meet the WIOA defined youth barriers related to foster care, justice-involved, and/or homelessness. Using California's Program Year 2019-20 data as a benchmark, a 15 percent increase would equate to approximately 695 more ISY youth from the identified target populations enrolled statewide for every full program year the waiver is in effect.

### Individuals Impacted by the Waiver
This waiver is intended to increase the enrollment of ISY who meet one or more of the following WIOA-defined ISY barriers:
- An offender.
- A homeless individual or runaway.
- An individual in foster care or who has aged out of the foster care system.

An individual who has attained 16 years of age and left foster care for kinship guardianship or adoption, a child eligible for assistance under Section 477 of the Social Security Act, or in an out-of-home placement.

### Monitoring Progress and Implementation
As outlined in Workforce Services Information Notice WSIN21-12, Local Boards must receive approval from the state before using any of the waivers granted by DOL. This application process allows the state to make approvals for each individual waiver contingent on Local Boards meeting certain criteria and requirements related to that waiver. It also allows the state to track which Local Boards are using which waivers in order to determine their effectiveness at the end of each program year.

Because the current waiver was only applied to PY 2021-22, it is too early to determine the true impact without a complete program year of data to compare against. However, 17 Local Boards are currently approved to utilize this waiver, with more Local Boards indicating they would like to apply in future program years if an extension of the current waiver is received.

### Notice to Local Boards and Public Comment
The Draft State Plan will be posted for public comment for 30 days in order to allow the workforce community an opportunity to provide input.

### Waiver of TEGL 10-16, Change 2 Operational Parameter Related to Title I Adult and Dislocated Workers
All participants in a Title I Adult or Dislocated Worker-funded training program or receiving training from a DOL partner program that shares a common exit with a Title I Adult or Dislocated Worker are included in the credential attainment indicator. This waiver would allow Local Areas the flexibility to include participants in Adult or Dislocated Worker-funded training programs or receive training from a DOL partner program that does not share a common exit with a Title I Adult or Dislocated Worker in their Credential Attainment and Measurable Skills

Gains indicators. Additionally, this waiver would allow the state to report these services and outcomes in the Participant Individual Record Layout (ETA 9172).

***Actions to Remove State or Local Barriers***
There are no state or local statutory or regulatory barriers to implementing the proposed waiver.

***State Strategic Goals Supported by Waiver***
California supports and encourages Local Areas to co-enroll across core and partner programs. This is emphasized in the State Plan, as well as in policy developed in partnership with the following California state departments: Department of Rehabilitation, Department of Education, Department of Social Services, and the California Community College's Chancellor Office (WSD19-09), *Strategic Co-enrollment – Unified Plan Partners*).

This waiver supports state policy by supporting the Local Area's collaboration with partners to provide a holistic service delivery model that incorporates both employment and education services. Local Areas can promote successful outcomes for program participants by leveraging other resources while continuing to provide employment and supportive services. For example, in California, the California College Promise Grant (CCPG) waives the enrollment fees of California Community College courses for low-income, eligible California residents. Under this waiver, training services (regardless of funding source) will place Adult and Dislocated Workers into the Credential Attainment and Measurable Skill Gains indicators, and outcomes associated with the program participant will count toward the Adult and Dislocated Worker programs. The state intends to capture the training and outcomes data in a manner that allows for the identification of participants in training programs funded by sources other than programs included in a common exit.

TEGL 4-15, *Vision for the One-Stop Delivery System under the Workforce Innovation and Opportunity Act (WIOA)* indicates, "Under WIOA, partner programs and entities that are jointly responsible for workforce and economic development, educational, and other human resource programs collaborate to create a seamless customer-focused one-stop delivery system that integrates service delivery across all programs and enhances access to the programs' services." The guidance also states that high-quality one-stop centers seamlessly incorporate services of the core and partner programs and organize and integrate services by function rather than by program.

In TEGL 19-16, Guidance on Services provided through the Adult and Dislocated Worker Programs under the Workforce Innovation and Opportunity Act (WIOA) and the Wagner-Peyser Act Employment Service (ES), as amended by title III of WIOA, and for Implementation of the WIOA Final Rules, the DOL emphasizes that training services can be critical to the employment success of some Adults and Dislocated Workers. The guidance also indicates that training services may only be funded by the program if the participants are unable to obtain grant assistance from other sources to pay the costs of training, including such sources as State-funded training funds or Federal Pell Grants established under Title IV of the Higher Education Act.

Ultimately, this waiver aligns with DOL's policy priorities, as it connects education and training strategies by further increasing the partnerships with partner programs and promoting the leveraging of resources to best serve the individual. Additionally, WIOA can report successful outcomes for the participants when Local Areas provide additional employment and supportive services.

### *Projected Programmatic Outcomes Resulting from Waiver Implementation*
- Increase in the number of program participants enrolled in training funded by partner programs.
- Increase in the number of program participants included in the Credential Attainment and Measurable Skill Gains indicators.

### *Individuals Impacted by the Waiver*
Title I Adult and Dislocated Worker participants, especially those who qualify for other grants or programs in need of training services to promote successful employment outcomes, will benefit from this waiver.

### *Monitoring Progress and Implementation*
The state will periodically examine the appropriateness and effectiveness of this waiver. This strategy ensures that the goals described above are consistent with established objectives of WIOA regulations. Further, the impact of this waiver based on the programmatic outcomes identified above will be included in the state's WIOA Annual Narrative Report.

### *Notice to Local Boards and Public Comment*
The Draft State Plan will be posted for public comment for 30 days in order to allow the workforce community an opportunity to provide input.

### **Title I-B Assurances**
1. The state has implemented a policy to ensure adult program funds provide a priority in the delivery of training services and individualized career services to individuals who are low-income, public assistance recipients, and deficient in basic skills.
2. The state has implemented a policy to ensure local areas have a process in place for referring veterans with significant barriers to employment to career services provided by the JVSG program's Disabled Veterans' Outreach Program (DVOP) specialist.
3. The state has established a written policy and procedure that sets forth criteria to be used by chief elected officials for the appointment of local workforce investment board members.
4. The state established written policies and procedures to ensure local workforce investment boards are certified by the governor every two years in accordance with WIOA section 107(c)(2).
5. Where an alternative entity takes the place of a State Board, the state has written policies and procedures to ensure the alternative entity meets the definition under WIOA section 101(e) and the legal requirements for membership.

6. The state established a written policy and procedure for how the individuals and entities represented on the State Workforce Development Board help determine the methods and factors of distribution and how the State consults with chief elected officials in local areas throughout the state in determining the distributions.

7. The state will not use funds received under WIOA Title I to assist, promote, or deter union organizing in accordance with WIOA section 181(b)(7).

8. The state distributes adult and youth funds received under WIOA equitably throughout the state, and no local area suffers significant shifts in funding from year to year during the period covered by this plan.

9. If a State Workforce Development Board, department, or agency administers State laws for vocational rehabilitation of persons with disabilities, that board, department, or agency cooperates with the agency that administers Wagner-Peyser services, Adult and Dislocated Worker programs, and Youth Programs under Title I.

10. The state agrees to report on the impact and outcomes of its approved waivers in its WIOA Annual Report.

11. The state has taken appropriate action to secure compliance with the Uniform Guidance at 2 CFR 200 and 2 CFR 2900, including that the state will annually monitor local areas to ensure compliance and otherwise take appropriate action to secure compliance with the Uniform Guidance under section WIOA 184(a)(3).



# Unified Strategic Workforce Development Plan

## Program-Specific Requirements for Title II

## 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

## Table of Contents

Adult Education and Family Literacy Act Program State Plan for the State of California ............. 4

    Program-Specific Requirements for Adult Education and Family Literacy Act Programs .... 4

        Aligning of Content Standards .................................................................................. 4

Local Activities ................................................................................................................... 5

    Adult Education and Literacy Activities (Section 203 of WIOA) ................................... 5

    Funding Workforce Innovation and Opportunity Act, Title II: Adult Education and Family Literacy Act (AEFLA) providers ................................................................................... 5

        Applicant Screening ................................................................................................. 5

        Eligible Provider ...................................................................................................... 6

        Demonstrated Effectiveness .................................................................................... 6

        Application Submission ............................................................................................ 7

    Adult Education and Literacy Activities (Section 203 of the Workforce Innovation and Opportunity Act) ......................................................................................................... 9

        Adult Basic Education ............................................................................................ 11

        English Language Acquisition ................................................................................. 11

        Adult Secondary Education ..................................................................................... 12

    Integrated English Literacy and Civics Education ...................................................... 12

    Corrections Education and Other Education of Institutionalized Individuals ............... 13

Integrated English Literacy and Civics Education Program ............................................... 14

    Integrated English Literacy and Civics Education ...................................................... 15

    State Leadership ........................................................................................................ 18

    Technology and Distance Learning ............................................................................ 20

    Professional Development ......................................................................................... 21

    Leadership Collaboration ........................................................................................... 22

    Assessing Quality ...................................................................................................... 23

    Monitoring and Program Evaluation ......................................................................... 24

    Evaluating Professional Development ........................................................................ 24

    Adult Education and Family Literacy Act Program Certifications .................................. 27

    Adult Education and Family Literacy Act Program Assurances .................................... 28

    Certification Regarding Lobbying ............................................................................... 28

        Certification for Contracts, Grants, Loans, and Cooperative Agreements ............... 28

Statement for Loan Guarantees and Loan Insurance ................................................................ 29

Section 427 of the General Education Provisions Act (GEPA) ................................................... 29

Equity for Students, Educators, and Other Program Beneficiaries ......................................... 29

GEPA Section 427 Form Instructions for State Applicants ....................................................... 30

## Adult Education and Family Literacy Act Program State Plan for the State of California

**Program-Specific Requirements for Adult Education and Family Literacy Act Programs**

The State Plan must describe the following as it pertains to Adult Education and Literacy programs under Title II of the Adult Education and Family Literacy Act (AEFLA).

### *Aligning of Content Standards*

*Describe how the eligible agency will, by July 1, 2016, align its content standards for adult education with state-adopted challenging academic content standards, as adopted under Section 1111(b)(1) of the Elementary and Secondary Education Act of 1965, as amended (20 U.S.C. 6311(b)(1)).*

The California Department of Education (CDE), through the State Board of Education (SBE), adopted the Common Core State Standards (CCSS) in 2010. In March 2013, the CDE adopted the College and Career Readiness Standards (CCRS). In March 2014, the State Superintendent of Public Instruction announced the Standards for Career Ready Practice. The standards describe the fundamental knowledge and skills that students need to prepare for the transition to postsecondary education, career training, or the workforce. The Standards for Career Ready Practice are taught and reinforced in all career exploration and preparation programs or integrated into the core curriculum, with increasingly higher levels of complexity and expectation as students advance through a program of study.

The CDE Adult Education Office has aligned its content standards to the state-adopted challenging academics of the CCSS and CCRS. The California adult education high school diploma meets the same standards as required for the kindergarten through grade 12 (K–12) high school diploma. The CDE has developed and implemented curriculum and assessment standards within Adult Basic Education (ABE) and English as a Second Language (ESL) to meet the Educational Functioning Levels established by the National Reporting System (NRS) and to achieve the K–8 academic literacy objectives established by the state's standards and frameworks.

The CDE provides numerous professional development opportunities to Title II local providers regarding the CCSS and CCRS. Thus, local adult education programs are aligned with the CCSS and CCRS, providing standards-based contextualized curriculum, evidence-based instruction, and assessment focusing on the skills that enable learners to participate more fully within American society as citizens, workers, and family members.

Additionally, the CDE has offered training on the English Language Proficiency Standards (ELPS) for Adult Education through professional development contractors since January 2017. The ELPS, published in October 2016 by the American Institute for Research for the U.S.

Department of Education, corresponds to the CCRS for English language arts, literacy, and mathematical and science practices.

## Local Activities
*Describe how the state will, using the considerations specified in Section 231(e) of the Workforce Innovation and Opportunity Act (WIOA), fund each eligible provider to establish or operate programs that provide adult education and literacy activities, including programs that offer such activities concurrently. The Unified or Combined State Plan must include, at a minimum, the scope, content, and organization of local activities.*

**Adult Education and Literacy Activities (Section 203 of WIOA)**
- Adult education
- Literacy
- Workplace adult education and literacy activities
- Family literacy activities
- English language acquisition activities
- Integrated English literacy and civics education
- Workforce preparation activities
- Integrated education and training that provides adult education and literacy activities, concurrently and contextually with both workforce preparation activities and workforce training for a specific occupation or occupational clusters, and is for the purpose of educational and career advancement.

*Special Rule*. Each eligible agency awarding a grant or contract under this section shall not use any funds made available under this title for adult education and literacy activities for the purpose of supporting or providing programs, services, or activities for individuals who are under the age of 16 and are enrolled or required to be enrolled in secondary school under State law, except that such agency may use such funds for such purpose is such programs, services, or activities are related to family literacy activities. In providing family literacy activities under this title, an eligible provider shall attempt to coordinate with programs and services that are not assisted under this title prior to using funds for adult education and literacy activities under this title for activities other than activities for eligible individuals.

**Funding Workforce Innovation and Opportunity Act, Title II: Adult Education and Family Literacy Act (AEFLA) providers**

***Applicant Screening***
For the grant years July 1, 2023, to June 30, 2027, an open competitive application process was executed adhering to the thirteen (13) considerations specified in the WIOA, Title II: AEFLA, effective July 2014. Notification of the availability of Request for Applications was sent out via

multiple listservs and was announced in statewide adult education meetings, which included both current and non-current grantees. Grant applicants were required to provide performance data to demonstrate their record of improving the skills of eligible individuals, particularly those with low literacy levels. This was shown in the content domains of reading, writing, mathematics, and English language acquisition, supportive services, transition services, and connections to partners. Grant applicants were also required to provide information regarding outcomes for participants related to employment, attainment of a secondary school diploma or its recognized equivalent, and transition to postsecondary education and training.

### *Eligible Provider*
An eligible provider is an organization that has demonstrated effectiveness in providing adult education and literacy activities. These organizations may include, but are not limited to:
- Local educational agencies
- Community-based or faith-based organizations
- Volunteer literacy organizations
- Institutions of higher education
- Public or private nonprofit agencies
- Libraries
- Public housing authorities
- Nonprofit institutions not described above can provide adult education and literacy activities to eligible individuals.
- Consortia or coalitions of agencies, organizations, institutions, libraries, or authorities described in the section above.

**Note**: All agencies applying as a consortium or a coalition must reside within the boundaries of one of the 71 regional community college district service areas established under the California Adult Education Program [CAEP].

### *Demonstrated Effectiveness*
An eligible provider must establish that it has demonstrated effectiveness through performance data on its record of improving the skills of qualified individuals, particularly those with low literacy levels. This must be shown in the following content domains:
- Reading
- Writing
- Mathematics
- English language acquisition

Other subject areas relevant to the services in the state application for funds included in Citizenship Preparation and Immigrant Integration, Workforce Preparation, and Workforce Training.

An eligible provider must also provide information regarding its outcomes for participants related to:

- Literacy gains
- High School diploma / High School equivalency
- Completion of Civics Objectives and Citizenship coursework
- Employment and increased wages
- Attainment of a secondary school diploma or its recognized equivalent.
- Transition to postsecondary education and training (34 CFR §463.24)

### Application Submission

Successful applicants in the screening process applied online via the Request for Application (RFA) process. Agencies provided narrative responses to the prompts associated with the considerations outlined in the WIOA, Title II: AEFLA.

1. *Needs Assessment*: The degree to which the provider is responsive to (a) regional needs as identified in the local plan under Section 108 and (b) serving individuals in the community who are identified in such plan as most in need of adult education and literacy activities, including individuals who have low levels of literacy skills, or who are English language learners.

2. *Serving Individuals with Disabilities:* The degree to which the provider can serve eligible individuals with disabilities, including eligible individuals with learning disabilities.

3. *Past Effectiveness:* The degree to which the provider demonstrates past effectiveness in improving eligible individuals' literacy to meet state-adjusted performance levels for the primary indicators of performance described in Section 116, especially concerning eligible individuals with low literacy levels.

4. *Alignment with America's Job Centers of California Partners:* The degree to which the eligible provider demonstrates alignment between proposed activities and services, the local plan's strategy and goals under Section 108, and the activities and services of the one-stop partners.

5. *Flexible Scheduling:* The degree to which the eligible provider's program is of sufficient intensity and quality and based on the most rigorous research available so that participants achieve substantial learning gains and use instructional practices that include the essential components of reading instruction.

6. *Evidence-Based Instructional Practices and Reading Instruction:* The degree to which the eligible provider's activities, including reading, writing, speaking, mathematics, and English language acquisition instruction, are based on the best practices derived from the most rigorous research available, including scientifically valid research and effective educational practice.

7. *Effective Use of Technology and Distance Learning:* The degree to which the eligible provider's activities effectively use technology, services, and delivery systems, including distance education, in a manner sufficient to increase the amount and quality of learning and how such technology, services, and techniques lead to improved performance.

8.  *Facilitate Learning in Context:* The degree to which the eligible provider's activities offer learning in context, including through integrated education and training, so that an individual acquires the skills needed to transition to and complete postsecondary education and training programs, obtain and advance in employment leading to economic self-sufficiency, and exercise the rights and responsibilities of citizenship.

9.  *Qualified Instructors and Staff:* The degree to which the eligible provider's activities are delivered by well-trained instructors, counselors, and administrators who meet all minimum qualifications established by the state, where applicable, and who have access to high-quality professional development, including through electronic means.

10. *Partnerships and Support Services for the Development of Career Pathways:* The degree to which the eligible provider's activities coordinate with other available education, training, and social service resources in the community. Such as by establishing strong links with elementary schools and secondary schools, postsecondary educational institutions, institutions of higher education, local workforce investment boards, one-stop centers, job training programs and social service agencies, businesses, industry, labor organizations, community-based organizations, nonprofit organizations, and intermediaries, for the development of career pathways.

11. *High Quality Information and Data Collection System:* The degree to which the eligible provider maintains a high-quality information management system that can report measurable participant outcomes (consistent with Section 116) and monitor program performance.

12. *Integrated English Literacy and Civics Education*: The degree to which the eligible provider has a demonstrated need for additional English language acquisition programs and civics education programs.

In accordance with 34 CFR 463.21, the CDE worked with the California Workforce Development Board to coordinate a review process for Local Workforce Boards (LWB). LWBs reviewed each application within their respective area. The review consisted of rating alignment to the local plan and provided an opportunity for feedback and recommendations. The CDE considered these ratings and recommendations in the review process. Additionally, CDE shared provided feedback with successful subgrantees.

CDE issued a Grant Award Notification (GAN) to successful applicants. Unsuccessful applicants were provided an opportunity to appeal.

Successful grantees are required to submit a Continuous Improvement Plan (CIP) for years 2-4 - 2024–25, 2025–26, and 2026–2027. For the grant years 2023–27, the CDE distributed the AEFLA grant funding in an open, competitive application process through an official RFA. The CDE evaluates and monitors the program effectiveness of local providers on an ongoing basis, including annual Federal Program Monitoring (FPM) reviews conducted onsite and online and annual targeted technical assistance to providers who meet specified risk criteria established by the CDE. Annual training is provided to all agencies reviewed each year.

Furthermore, local providers must provide annual deliverables, including data integrity reports, payment point summaries, fiscal reports, CIP, an Implementation Plan, and a local assessment plan. As such, local providers must continue demonstrating program effectiveness to reapply for continued funding.

The CDE incentivizes local providers' demonstrated effectiveness using a "pay-for-performance" system. Local agencies earn payment points, which translate into grant award funding. The CDE payment point system aligns with the federal NRS measures.

Successful applicants who were grantees in the 2020–23 grant cycle were funded based on payment points earned in the final year of the cycle. Successful applicants new to the grant in 2023–27 were awarded based on a funding formula that includes negotiated enrollment between the CDE, the applicant, and the statewide payment point value.

The CDE developed internal processes to ensure direct and equitable access to grant funding. All currently funded providers, public adult schools listed in the current *California Public School Directory*, and all other identified eligible agencies (community-based organizations, community colleges, libraries, literacy councils, public housing authorities, and any other provider that is eligible under Section 203(5)) receive an electronic notification and posting on the CDE website for 60 days before the first due date. As well as the general distribution of sections 225, 231, and 243 application notifications, CDE will post a notice of funding availability on the website maintained by the Outreach and Technical Assistance Network (OTAN). In addition, the CDE provides application information at conferences, workshops, and other activities attended by potential providers.

**Adult Education and Literacy Activities (Section 203 of the Workforce Innovation and Opportunity Act)**
- Adult education
- Literacy
- Workplace adult education and literacy activities
- Family literacy activities
- English language acquisition activities
- Integrated English literacy and civics education
- Workforce preparation activities
- Integrated education and training that must provide adult education and literacy activities concurrently and contextually with workforce preparation activities and workforce training for a specific occupation or occupational cluster and is for educational and career advancement.

The CDE uses 82.5 percent of the state allocation for local assistance grants. Local assistance grants and contracts are based on the following priorities:

- Populations with the greatest need and most complex to serve, which include adult learners who are performing below the eighth-grade level.
- Populations performing at or above the eighth-grade level but who do not have a high school diploma or its equivalent.
- Individuals with disabilities and incarcerated adults or eligible adults residing in state hospitals or developmental centers who perform below the high school graduation level.

The state allocates 12.5% for leadership activities to support data and accountability, technology and distance learning, and professional development. The final 5% supports the Adult Education Office for the administrative oversight of the grant.

Adult education instruction provides an academic standards-based curriculum integrated with Career Technical Education (CTE). This instruction is established for adults to gain essential life skills, complete the courses necessary to attain a high school diploma or its equivalency, improve employment and career opportunities to transition into career or postsecondary training, be able to function in English at a high cognitive level or gain the knowledge to obtain citizenship.

Adult education courses are offered in day, evening, and weekend formats and may be delivered in a classroom setting, through distance learning programs, or a combination of the two. To meet the various needs of adult students, agencies use an open-entry/open-exit or a managed enrollment process. The open-entry/open-exit model allows multiple and timely opportunities for students to enter adult education programs. Students may enter an instructional program at any time during the school year, attend class for unlimited hours while acquiring appropriate skills and knowledge, exit the program upon goal attainment, exit the program due to external factors, and re-enter the program when able. Managed enrollment permits learners to enter a class during specific, predefined enrollment periods. There may be multiple entry points during a class term; however, they are strategically timed so that the curriculum delivery is not interrupted. This also allows for classes specifically designed to deliver a set curriculum or content area and requires students to attend a specific course for the duration of the term.

Adult education services include transition services, training services, and supportive services. Transition services assist students onboarding into the program, transitioning into other program areas (ABE, ESL, or CTE), and eventually transitioning to career/workforce or postsecondary education. Key supports include assessment, counseling, academic advising, and career development assistance. Supportive services help students overcome barriers that may prevent them from attending classes. These supports are focused on transportation, childcare, mental health, financial support, and housing/food assistance. Training services align with CTE course offerings, including on-the-job training, skill upgrading, workforce preparation,

occupational skills training, and integrated education and training.

The following is a brief description of adult education literacy programs:

### Adult Basic Education

The ABE program aims to improve students' basic language arts and mathematics skills. ABE programs include reading, writing, and computational skills necessary for functioning at levels comparable to first through eighth-grade students. A model ABE program provides comprehensive services to meet the diverse educational needs of students and prepares them to transition to secondary education and job preparation classes. Courses may be remedial or provide educational opportunities for students who speak but do not read English. These programs also help students develop job readiness skills leading to employment, job advancement, or entering adult secondary education classes.

### English Language Acquisition

The English Language Acquisition (ELA) program aims to prepare adult learners to speak, read, and write English fluently. Students are placed in appropriate skill-level classes through general language proficiency assessments.

There are six levels of instruction in the ELA program:
- Beginning Literacy
- Beginning Low
- Beginning High
- Intermediate Low
- Intermediate High
- Advanced

The assessments for progressing from one level to another measure general language proficiency and specific standards mastered.

The key objectives are to:
1. Provide students with the ability to use accurate and appropriate English in various academic and social settings.
2. Integrate language acquisition with relevant life experiences, stressing the importance of critical thinking, problem-solving, and self-sufficiency.
3. Develop students' receptive (listening and reading comprehension) English language skills.
4. Develop students' productive (speaking and writing) English language skills.
5. Provide students with English language and citizenship instruction necessary to complete the citizenship application and interview process.

Over the years, adult education has built a strong relationship with the parents of K–12 students. Many parents enroll in evening classes at the same school or district their children attend during the day. This is especially true for the ELA program, as many parents enroll in ESL classes. This relationship has allowed adult schools to become significant partners in the district's First Five Programs and sometimes part of the Community Schools Partnership Program implementation team.

### *Adult Secondary Education*

The primary goal of the Adult Secondary Education (ASE) program is to provide a curriculum that enables adults to attain a high school diploma (HSD) or a high school equivalency (HSE) certificate. Subjects include mathematics, English language arts, history, science, government, and other courses required to complete the credits or gain the knowledge necessary to attain an HSD or pass an HSE test. The ASE program is conducted within flexible time frames. It provides the knowledge and skills that adults need to gain self-sufficiency, find employment, and transition into advanced postsecondary education and careers.

### Integrated English Literacy and Civics Education

WIOA defines Integrated English Literacy and Civics as:

Education services provided to English language learners (ELLs) who are adults, including professionals with degrees and credentials in their native countries that enable such adults to achieve competency in the English language and acquire the basic and more advanced skills needed to function effectively as parents, workers, and citizens in the United States. Such services shall include instruction in literacy and English language acquisition, instruction on the rights and responsibilities of citizenship, and civic participation. They may also include workforce training.

California provides Integrated English Language and Civics Education (IELCE) in three focus areas: Citizenship Preparation, Civic Participation, and Integrated Education and Training (IET). IET is a service approach that provides adult education and literacy activities concurrently and contextually, as well as workforce preparation activities and workforce training for a specific occupation or occupational cluster for educational and career advancement.

The IET service delivery may incorporate one or both of the following teaching models:
- *Co-Teaching*: The co-teaching model involves skills instruction in a workforce training program along with adult education and literacy, delivered in an integrated fashion. In this model, an adult education teacher and a workforce training teacher teach in the same classroom, and students are co-enrolled in both the adult education and the workforce training courses.
- *Alternating Teaching*: Students are co-enrolled in two different but coordinated courses in the alternating teaching model. In this model, an adult education teacher and a

workforce training teacher teach in two additional classrooms, and students attend the two courses at other times.

**Corrections Education and Other Education of Institutionalized Individuals**
*Describe how the eligible agency will, using the considerations specified in section 231(e) of WIOA and in accordance with 34 CFR 463 subpart C, fund eligible providers to establish or operate programs that provide any of the following correctional educational programs identified in section 225 of WIOA:*
- Adult education and literacy activities
- Special education, as determined by the eligible agency
- Secondary school credit
- Integrated education and training
- Career pathways
- Concurrent enrollment
- Peer tutoring
- Transition to re-entry initiatives and other post-release services with the goal of reducing recidivism

Each eligible agency using funds provided under Programs for Corrections Education and Other Institutionalized Programs to carry out a program for criminal offenders within a correctional institution must prioritize servicing individuals likely to leave the correctional institution within 5 years of participation in the program.

The WIOA expands the use of funds for adult education programs in correctional institutions. This includes teaching basic literacy skills, including reading, writing, speaking, and math; special education programs; secondary education credit and high school diploma or equivalency programs; and career-integrated education and training. Correctional institutions must describe and define the academic program areas in their grant application and describe the delivery of these programs.

Section 225 funds are available to local education agencies (LEAs) with contracts with local jails or law enforcement departments responsible for managing the jail programs. Section 225 funds are also available to state correctional education programs, community-based organizations, community colleges, and local public agencies. Applications for 225 funds are included in the general competitive application for WIOA Title II through the Request for Applications process. This ensures compliance with 34 CFR 463 subpart C. Applications submitted by local school districts, LEAs, other state and local correctional education programs, and other Section 225 providers must outline how the agency ensures participants' access to the program if they are within five years of release.

As part of the California Department of Corrections and Rehabilitation's (CDCR) Division of

Rehabilitative Programs, the Office of Correctional Education (OCE) offers various academic and education programs at each of California's adult state prisons. The CDE monitors these programs through the compliance monitoring system, and the CDCR must outline what components are delivered in these activities in the application for the WIOA grant funding. Correctional education programs within institutions include academic and CTE programs addressing the requirements of the WIOA grant. The CDE partners with correctional education providers to develop integrated education and training models that address the educational and career programming needs designed to support students' completion of an HSD or equivalency degree. The transitional plan for students' access to postsecondary education and career pathways is included in correctional education to ensure students will have the twenty-first-century skills necessary to succeed once released.

The CDE partners with correctional education providers and offers continued technical assistance in understanding and implementing the grant requirements. To ensure compliance with the law, the CDE continues to monitor the academic and career technical programming and reviews the financial records to ensure correctional education providers are allocating the grant funding to correctional education programs as required by law.

The CDE also ensures compliance with federal and state law as a Corrections Rehabilitation Oversight Board (C-ROB) member. The CDE monitors the academic rehabilitation process and contributes to the annual report on academic programs in conjunction with other agencies in the annual report to the California Legislature.

There are 32 state prisons, two developmental centers, and five state hospitals providing adult education programs to institutionalized adults and inmates. All 58 California counties provide education programs in county jail facilities. Other facilities, such as state hospitals, developmental centers, and limited retention facilities provide literacy services to inmates. These institutions often collaborate with adult schools, public libraries, and community-based organizations.

## Integrated English Literacy and Civics Education Program

*Describe how the eligible agency will, using the considerations specified in section 231(e) of WIOA and in accordance with 34 CFR 463 subpart C, fund eligible providers to establish or operate Integrated English Literacy and Civics Education (IELCE) programs under section 243 of WIOA. Describe how adult English language learners, including professionals with degrees and credentials in their native countries, are served in IELCE programs.*

*Describe how the Integrated English Literacy and Civics Education program under section 243(a) of WIOA will be offered in combination with integrated education and training activities found in 34 CFR section 463.36.*

*Describe how the Integrated English Literacy and Civics Education program under section 243(a) of WIOA will include instruction in literacy and English language acquisition and instruction on the rights and responsibilities of citizenship and civic participation.*

*Describe how the Integrated English Literacy and Civics Education program under section 243(a) of WIOA will be designed to prepare adults who are English language learners for, and place such adults in, unsubsidized employment in in-demand industries and occupations that lead to economic self-sufficiency.*

*Describe how the Integrated English Literacy and Civics Education program under section 243(a) of WIOA will be designed to integrate with the local workforce development system and its functions to carry out the activities of the program.*

**Integrated English Literacy and Civics Education**

IELCE is an important offering to adult immigrant learners in California. Services provided to adult ELLs enable adults to achieve competency in the English language and acquire the necessary skills to function effectively as parents, workers, and citizens in the United States. Such services shall include instruction in literacy and English language acquisition, instruction on the rights and responsibilities of citizenship, and civic participation. They may also include workforce training.

California provides IELCE in three focus areas: Citizenship Preparation, Civic Participation, and IET. Learning gains are documented using academic pre-tests and post-tests, and performance-based additional assessments. In addition to pre-tests and post-tests, adult learners enrolled in Citizenship Preparation take the written and listening Government and History for Citizenship test and the oral Citizenship Interview Test.

Citizenship Preparation has a primary focus on helping adults obtain United States citizenship. Students benefit by preparing for the United States Citizenship and Immigration Services citizenship test. In addition, the CDE has added an oral practice test. It was determined that lack of English proficiency was a significant obstacle for immigrants to pass the interview portion of the citizenship process. By adding the oral interview practice test, the adult learners are more comfortable and confident and can better respond to questions.

Civic Participation has a primary focus on civic involvement. Agencies conduct community and student assessments and teach the language and literacy objectives that best match their students' identified needs and will assist them in attaining mastery of a specific civic goal. Civic objectives meet the following criteria:

- Integrate English language and literacy instruction into civics education.
- Focus on content that helps students understand the government and history of the United States, their rights and responsibilities as citizens and participate effectively in

the education, employment, and civic opportunities this country offers.
- Integrate active participation of the students in community activities.

Within the IELCE program, IET primarily focuses on preparing ELLs for, and placing in, unsubsidized employment in in-demand industries and occupations that lead to economic self-sufficiency and integrate with the local workforce development system and its functions to carry out the program's activities.

IET is a service approach that provides adult education and literacy activities concurrently and contextually with workforce preparation activities and workforce training for a specific occupation or occupational cluster for educational and career advancement. "Concurrently and contextually" means that, within the overall scope of the Integrated EL Civics program, adult education, workforce preparation, and workforce training activities must:
- Be of sufficient intensity and quality based on the most rigorous research.
- Occur simultaneously.
- Use occupationally relevant instructional materials.

To meet the IET requirements when designing the curriculum of an IELCE program, the program must:
- Organize a single set of learning objectives and activities to function cooperatively.
- Be aligned with the state's content standards for adult education.
- Be part of a career pathway.

Students in an IELCE program must have the opportunity to be enrolled in both an adult education and literacy program and a workforce training program. Co-enrollment in the IELCE program may include one or more of the following options:
- ELLs are co-enrolled in a workforce training program provided through America's Job Center of California.
- ELLs, such as CTE, are co-enrolled in the provider's workforce training program.
- ELLs are co-enrolled in a series of workforce training courses within a career pathway offered by multiple providers designed to lead to employment.
- ELLs work directly with an employer through apprenticeship, pre-, or on-the-job training.

To ensure that IELCE programs are preparing adults for unsubsidized employment with in-demand industries, the workforce training programs must lead to industry-recognized training credentials, which include but are not limited to:
- State licensure administered by the California Department of Consumer Affairs.
- Locally approved certificates awarded by an entity on the EDD's Employment Training Provider List.
- Career Development and College Preparation (CDCP) Short-Term Vocational certificates

with more than 48 contact hours.
- Completion of a short-term vocational credit certificate over 6 units.
- Certificates recognized by the Carl D. Perkins Career and Technical Education Improvement Act.
- Certificates earned through a CTE program at a Local Education Agency that meet CDE Standards.
- Certificates earned through Pre-Apprenticeship or Apprenticeship Programs.

The type of industry-recognized training credential for each IELCE program must be identified in the IELCE Report/Plan, which Section 243 IELCE-funded providers are required to submit annually. Providers must also indicate the following for each IELCE program:
- Specific workforce training certification/credential
- IET teaching model
- Hours per week of workforce training
- Total hours of workforce training
- ELL enrollment in workforce training
- Workforce training provider
- Single set of learning objectives that demonstrate the integration of workforce training, workforce preparation, and adult education and literacy

Detailed information and descriptions of the language and literacy objectives used for the IELCE program can be found on the Comprehensive Adult Student Assessment Systems (CASAS) Website. Each objective consists of a *Civic Objective*, *Language and Literacy Objective*, and an *Additional Assessment Plan*. Agencies annually select objectives based on a preliminary needs assessment through a survey of their students. Agencies can develop new objectives as needs evolve.

The CDE and its leadership contractors provide extensive support for local IELCE providers through an annual new administrator orientation, monthly network meetings, and numerous professional development opportunities, including an IELCE/IET implementation clinic. State and local leaders in IELCE and IET have also participated in national IET design camps hosted by the U.S. Department of Education's Office of Career, Technical, and Adult Education and the American Institutes for Research.

*Describe how the State will fund, by the requirements of Title II, subtitle C, Integrated English Literacy and Civics Education services and how the funds will be used for those services.*

For the grant years of 2023–27, the CDE distributed AEFLA grant funding for sections 225, 231, and/or 243 in an open, competitive application process through an official RFA. The RFA detailed the grant requirements and the considerations specified in the WIOA, Title II: AEFLA. In the application process, eligible providers addressed the considerations and demonstrated

effectiveness in the program areas for which they applied. The competitive grant application set forth clear screening criteria for review. Successful applicants were issued a GAN, and unsuccessful applicants were allowed to appeal. A new RFA will be issued on a four-year cycle for 2027–2031.

As a condition of being awarded Section 243 IELCE funds, recipients are required to submit an annual Integrated English Literacy and Civics Education Plan/Report that outlines their progress in developing and implementing service approaches that provide adult education and literacy activities concurrently and contextually with workforce preparation activities and workforce training for a specific occupation or occupational cluster for educational and career advancement purposes.

The CDE requires all eligible providers for sections 225, 231, and/or 243 to use the same application process. This ensures all applications are evaluated using the same rubric and scoring criteria. Statewide leadership activities are provided through contracted service providers in compliance with state contracting requirements. The CDE has also developed interagency agreements with the CDCR, the Department of Developmental Services, and the Division of Juvenile Justice to provide the appropriate and necessary services for institutionalized adults.

**State Leadership**
*Describe how the State will use the funds to carry out the required State Leadership activities under Section 223 of WIOA.*

In partnership with the California Workforce Development Board (CWDB) and local providers, the CDE has implemented and aligned adult education and literacy activities with other core programs and one-stop partners. This includes the development of career pathways to provide access to employment and training services for individuals participating in adult education and literacy activities. This includes the development of career pathways to provide access to employment and training services for individuals participating in adult education and literacy activities. This also includes the CAEP to provide better-coordinated services for adult learners, leading to career pathways and employment opportunities. The WIOA Implementation Work Group develops performance measures, multi-agency metrics, policy, systems alignment, and regional collaboration and determines any needed governance changes.

The CDE, along with its leadership contractors, provides technical assistance and training to all the local AEFLA providers in the following areas:
- Scientific research-based instructional and programmatic practices focused on reading, writing, speaking, mathematics, English language acquisition, standards implementation, distance education, digital literacy, and teacher and administrator competencies.
- The integration of the AEFLA agencies as a one-stop partner to provide their students

access to employment opportunities, job training skills, and support services.
- The use of technology to increase program efficiency in administration, curriculum delivery, and student mastery.

The CDE and its leadership contractors have implemented a system that provides sound monitoring and evaluation of the AEFLA programs. The CDE continues to conduct numerous training and technical assistance activities, including providing models and information on proven practices within California programs. The CDE believes in providing high-quality professional development to local providers to encourage continuous improvement in teaching practices.

With the opportunity provided by the WIOA, the CDE works with the CWDB to strategically examine the technical assistance and professional services provided to forge continuous improvement. The CDE provides technical assistance and training to local providers to meet the new WIOA performance measurements. The CDE will continue to provide AEFLA providers with research-based best practices training and technical assistance in the use of technology, data collection, and analysis.

Through contracts with three outside agencies, the CDE collaborates to conduct state leadership activities. These contracts, funded through the leadership activities portion of the WIOA grant, provide various services to support the grantees.

The contracts are in the areas of:
- Assessment and accountability
- Technology and distance learning
- Professional development and technical assistance
- Assessment and Accountability

The main objective of the CDE adult education assessment and accountability system is to track the progress and success of students and the performance of local agencies to determine if they meet the goals and objectives of the WIOA. The CDE provides a nationally approved standardized assessment system for all levels of the ABE, ASE, and ELA programs. The CDE collects and reports adult education accountability data annually to the state legislature and federal government.

The CDE is currently contracting with the CASAS. CASAS provides statistically reliable and valid assessment instruments to track student outcomes accurately. This data is disseminated to all stakeholders so that they can set goals and meet the objectives of the WIOA.

Working with the CDE, the contractor will provide a statewide web-based database system for all adult education providers. The CDE also works with the contractor to train funded agencies

in data-based decision-making and networking among recipients so that they can share effective accountability practices.

To maintain relevance in the changing world of adult education and workforce development training, the contractor must update and keep current pre/post-testing instruments, training materials, student entry/exit records, and student testing records. Under the direction of the CDE, the contractor makes enhancements to the method for collecting, aggregating, analyzing, and reporting quantitative and qualitative program data. In collaboration with the CDE, the contractor coordinates with other contractors to identify and address needs to improve the data collection process for federally funded programs in California and address the unique needs of various populations, such as individuals with disabilities.

A positive outcome of the COVID-19 pandemic is the continued opportunity for students to participate in remote assessments, including protocols and procedures available for sub-grantees to continue to measure student outcomes.

**Technology and Distance Learning**

One of the main objectives of the technology and distance learning contract is implementing technology at both the agency administration and the classroom levels. The technology and distance learning contractor, OTAN, incorporates a curriculum for distance learning and provides professional development to support the use of instructional technology to deliver curriculum.

Working with the CDE, OTAN provides internet resources, computer-assisted, and web-based instruction. The contractor provides a robust telephone, online, and onsite technical support system to ensure that technology is a priority. In addition, OTAN is responsible for facilitating training in best practices and provides technical assistance using various delivery models.

OTAN is nationally recognized and is responsible for managing California's distance learning infrastructure and expanding the ability of adult education providers to communicate with each other and their adult learners through multiple methods, develop videoconferencing capability, and provide capacity-building services to smaller agencies providing literacy services. The contractor provides instructional technology support by improving and expanding on various successful activities throughout the state. These include researching and making available current information on new and emerging technologies and educational resources. An essential part of this contract is conducting training and workshops in planning and implementing instructional technologies in education and training. The contractor helps providers implement best practices in computer-assisted and web-based instruction through demonstrations disseminating information on successful models. The contractor also assists the CDE in implementing the CIP, a deliverable required from all AEFLA providers.

Activities designed to help expand the expertise of adult education providers to adopt distance and online learning in their instructional strategies are a priority. To facilitate integrated success among education agencies, the contractor provides an electronic collaborative environment and a statewide rollout of the Learning Management System, Canvas. This includes discussion boards and work groups to exchange information about effective program models, teaching techniques, and curriculum.

Piloting, implementing, evaluating, and disseminating models for learner-oriented websites to encourage students to obtain the knowledge and skills necessary for employment and self-sufficiency are priority objectives.

**Professional Development**

The CDE, as part of the leadership portion of the WIOA grant, has contracted with the nationally recognized American Institute of Research (AIR) to provide adult education focused professional development (PD) and technical assistance (TA) to the sub-grantees. The contract is designed to deliver research-based, effective services to improve instruction and program administration, improving learners' goal attainment and accelerating career pathways participation. The contractor is expected to design, implement, and operate a large-scale, statewide professional development project for all WIOA-funded agencies. To achieve this, AIR designs, manages, and delivers PD and TA services through the CALPRO project (Calpro-online.org). Services emphasize evidence-based instruction and incorporate the essential components of reading, writing, mathematics, language, and career pathways methods. The professional development activities include disseminating information about many instructional models and promising practices to deliver adult education and workforce programs and support the implementation of those models.

The goal is to support and continuously improve high-performing literacy and essential skills in adult education programs. Priorities of this contract include facilitating the implementation of models for IET and career pathways and developing and implementing a system to assist in the transition from adult education to postsecondary education and training, including linkages with postsecondary educational institutions or institutions of higher education. The development and piloting of strategies for improving teacher quality and retention are critical to the long-term success of adult education, and best practices in these areas are provided through this contract. The development and implementation of programs and services to meet the needs of adult learners with learning disabilities or English language learners, which may include new and promising assessment tools and strategies based on scientifically valid research, are included in the professional development activities provided to grant recipients. These activities are essential to the professional development contract to ensure the agencies' success utilizing WIOA grants. These professional development activities are delivered through multiple formats and modalities (face-to-face, hyflex, hybrid, and entirely virtual), including mentoring, Professional Learning Communities, Communities of Practice, and online activities

such as web-based training are specifically designed and focused on improving the quality of instruction.

Several IET professional development resources and services are offered through CALPRO. Annually, CALPRO offers an IET Implementation clinic. The Clinic is a one-year intensive institute focusing on planning and implementation with dedicated coaching support for participating programs. Additionally, CALPRO offers training modules (hybrid and virtual) on IET programming that are aligned with the CDE's approved IET models. This training module provides two delivery formats: as a blended regional Community of Practice (CoP), which combines face-to-face meetings and online collaboration, and as facilitated online courses. The module guides teams consisting of an administrator, an academic instructor, and a technical skills instructor through developing an action plan to implement IET program(s) aligned with the local provider's IET vision. IET is also highlighted in a training module on Accelerating Learning to Facilitate Career Pathways. Additionally, videotaped interviews with IET practitioners are featured on the professional development leadership contractor's website. Finally, two other training modules focus on related strategies to support workforce preparation: Integrated and Contextualized Instruction in the ESL and the ABE/ASE Classrooms.

**Leadership Collaboration**
Leadership collaboration is a dynamic and essential component of our effective decision-making and problem-solving process. The CDE and the contractors hold quarterly meetings to coordinate all activities listed in the sections above. This ensures that contractors work together with the goals and objectives outlined in WIOA law. Responsibilities and tasks are outlined, and appropriate action plans are created. The quarterly meetings are intended to ensure that services are efficiently provided, efforts are not duplicated, and maximum coordination across all contractors and CDEs exists. Leveraging expertise is at the core of this collaborative approach. This approach involves tapping into team members' unique skills and knowledge to tackle challenges more effectively. It depends upon the leadership contractor's teamwork to identify and provide a wide range of activities designed to assist local agencies in increasing participation rates, improving instruction, providing student resources, and promoting students' success. The learner demographics validate the need for this high level of collaboration.

Data from 2022-23 demonstrates that California served the highest number of WIOA Title II learners in all three program areas. Most learners enrolled are non-English speaking. Forty-two percent of the learners enrolled in IELCE were from California. The State has the largest percentage of students in English as a Second Language, with Education Functioning Levels in the first three levels. Fifty percent spoke Spanish, and 25 percent of learners represented 29 different languages. Forty-six percent of learners attended school outside the United States. Additionally, 28.8 percent of WIOA Title II students nationwide with a maximum education of eighth grade and below are from California.

There is a reliance on evidence and data to ensure that decisions are well-informed, but it also promotes accountability within the team. Many of the professional development training modules created by the contractors incorporate cutting-edge innovation featured in various training opportunities, including online, hybrid, and onsite. Contractors embrace adaptability and are open to adjustments based on sub-grantee needs, which is crucial to this collaboration's success. A direct focus on promoting networking with various local agencies, locating appropriate support services for students, and coordinating with local America's Job Centers of California is a priority. Professional development, focused on the whole learner perspective, is conducted through these contracts and provides maximum benefit for the WIOA providers while incurring the lowest expense.

*Describe how the State will use the funds to carry out permissible State Leadership Activities under Section 223 of WIOA, if applicable.*

Not applicable.

**Assessing Quality**
*Describe how the eligible agency will assess the quality of providers of adult education and literacy activities under Title II. Describe how the eligible agency will take actions to improve such quality, including providing the activities described in section 223(a)(1)(B) of WIOA. Describe how the eligible agency will use evaluations, data analysis, program monitoring, or other methods to improve the quality of adult educations activities in the State.*

The CDE assesses the quality of providers through quarterly and annual evaluations. A significant focus of these evaluations is to measure the effectiveness of state and local providers in attaining the core indicator performance levels negotiated with the United States Department of Education. These evaluations also measure continued progress and improvement of the goals and objectives of the considerations in Section 231(e).

The CDE reviews strategies, processes, and barriers to attaining performance levels, as well as quantitative and qualitative data, to evaluate the progress and improvement of the programs. The evaluations collect local provider and student performance measures, determine the level of student improvement, identify program quality, and determine the extent to which populations identified are served.

Results of the evaluations provide relevant information about the effectiveness of adult education programs, characteristics of the learners participating in the literacy programs, analyses of learner gains and identification of emerging needs, and the impact of local providers in meeting their identified performance standards.

According to Section 212 of the AEFLA, each agency must provide student progress measures

obtained from all students who have attended at least 12 hours of instruction in programs receiving Sections 225, 231, and 243 federal supplemental funds. Documented progress of student performance measures must include, at a minimum:

- Literacy skill level improvements in reading, writing, and speaking the English language, problem-solving, numeracy, and other literacy skills.
- Placement in, retention, or transition into postsecondary education, training, unsubsidized employment, or career advancement.
- A secondary school diploma or equivalent.

All agencies must maintain individual student records for all students who have attended 12 hours of instruction. Each record must contain student identification and demographic information, attendance rates, years of schooling and placement level at program entry, initial learning goals, specific pre- and post-testing student information, entry and updated records, and other specified information necessary.

**Monitoring and Program Evaluation**

As part of the CDE's Federal Program Monitoring (FPM) process, the Adult Education Office conducts annual reviews to ensure Adult Education and Family Literacy Act (AEFLA) funded agencies provide effective and high-quality services consistent with WIOA, Title II legislation. The FPM process also evaluates fiscal and legal areas of responsibility. Agencies selected for review each year are determined by using risk criteria developed by both the FPM and Adult Education Offices, and all agencies scheduled for review are required to attend training on the FPM process and required documentation. In addition, for ongoing assessment purposes: The CDE requires all agencies to submit quarterly reports that reflect student participation levels and progress.

The CDE conducts an annual comprehensive qualitative program survey. This survey is required of all participating agencies and involves practitioner focus groups and interviews of both teachers and students. The results provide recommendations for state-level planning and development activities, identify best practices and emerging needs, and help focus professional development and training to ensure effective instructional programs for targeted populations.

The CDE presently incorporates the Core Performance Follow-up Survey system to track student outcomes in obtaining or retaining employment and transitioning to postsecondary education or training.

**Evaluating Professional Development**

Beginning in 2001, the CDE contracted with the American Institutes for Research (AIR) to serve as its provider of statewide professional development through the California Adult Literacy Professional Development Project (CALPRO). AIR is one of the world's largest behavioral and social science research and evaluation organizations, and it has considerable expertise in adult learning, technical assistance (TA), and professional development (PD) for adult educators.

Regardless of the topic, creating products and services for CALPRO, AIR's researchers and TA experts determine where evidence of effectiveness leads and the best practices adult educators can implement. AIR works with internal and external subject matter experts and field practitioners to inform, create, and refine research-based products appropriate for California adult education contexts. Additionally, as part of the 2023–27 WIOA, Title II: AEFLA RFA process, the CDE will require that agencies submit a Continuous Improvement Plan (CIP). The CIP requires that agencies establish Specific, Measurable, Attainable, Relevant, and Timebound (SMART) goals, including a detailed action plan. The action plan should include the type of professional development provided to staff. CALPRO disseminates information promptly about effective models, research-based and promising practices through many vehicles, such as an annual comprehensive PD module delivered through various means, including face-to-face, blended, and online formats, multiple formats of online professional learning, a yearly research brief, and a web-based research archive.

An essential aspect of the work CALPRO does to determine its effectiveness in developing and offering professional development is a rigorous evaluation of participant feedback and implementation of skills learned. CALPRO uses Guskey's seminal work to inform its feedback and evaluation processes. Guskey's Model describes five levels of PD evaluation (Acar & Erozan, 2021; Exhibit 30). The evaluation described in Activity 4.1.E aligns with Guskey's Levels One and Two. In 2020, CALPRO built on previous evaluation data collected by conducting surveys that led to data at Levels Three through Five. As the adult education system transforms into a more outcomes-based entity, training content (including evaluation methods and forms) should reflect the focus on outcomes. The specific methodology articulated in the following subsection supports the movement toward an outcomes-focused system.



*Figure 1 The Guskey Model: Five Levels of Professional Development Evaluation*

As a matter of continuing process, AIR obtains participant feedback as part of every CALPRO PD training. In 2022, under the guidance of the Senior Advisor, Dr. Stephanie Cronen (Director of the National Reporting System for Adult Education), CALPRO staff standardized the feedback process to increase participant response and dive deeper into implementation success.

Evaluations are issued at strategic points in each training to motivate participant feedback upon completion and/or significant points of topical learning. Participant feedback evaluations are designed to be completed quickly and easily while the experience of the professional learning activity is fresh in the minds of participants. The value of such forms is to provide an extemporaneous understanding of the participants' experience, give facilitators feedback on their performance, and provide easily referenced documentation for monthly reporting to CDE.

At the beginning of each program year, CALPRO Director Mariann Fedele-McLeod reviews the standard evaluation forms used in each of our events, whether face-to-face or online, with task leaders. The lead for each event recommends the best logistical inclusion of the feedback form (e.g., placed in folders, handed out separately, or administered electronically). The completed forms are stored in a secure and unique electronic file (including hard copy transferred to digital) of the event that can be easily compiled, analyzed, and disseminated in the monthly and annual reports to CDE. In preparation for the annual report and to inform CALPRO's continuous improvement, the CALPRO staff will review evaluation data and seek guidance from Senior Advisor Cronen on needed process improvements to the CALPRO participant feedback approach and analysis of findings.

To assure that CALPRO and CDE can understand implementation as a result of PD, in each of CALPRO's trainings, AIR includes in the participant feedback form an opt-in prompt asking participants whether they would allow CALPRO staff to follow up with them on their progress and practice after the event. The follow-up survey (first implemented in the 2019–20 contract year) is designed to create a low barrier for completion by featuring online administration and completion and a limited pool of targeted questions. Questions are tailored for specific participant populations: instructors and administrators. For instructors, questions focus on classroom implementation, change in practice, and evidence of student outcomes. For administrators, questions focus on change in practice, program change, and evidence of student outcomes. The survey results and analysis are included in the annual report.

The CDE funds additional State Leadership Projects through the AEFLA grant. CASAS provides an assessment and accountability system for data collection and reporting, and OTAN provides distance learning and instructional technology.

CASAS provides CDE with a comprehensive, valid, and reliable assessment and accountability system (TOPSpro® Enterprise) to accurately track student progress and outcomes for the diverse adult student populations served by California's WIOA, Title II: AEFLA-funded programs.

State and local agencies can use the data to target instruction and improve programs more accurately.

CASAS supports agencies by providing comprehensive professional development to use the data through its annual CASAS Summer Institute, statewide monthly regional network meetings covering all 10 CDE regions, and EL Civics and TOPSpro Enterprise network meetings. CASAS also provides targeted technical assistance to improve programs, data quality, and NRS performance on persistence, educational functioning levels (EFLs), and core performance indicators for entering and retaining employment, entering postsecondary education and training programs, and obtaining an HSD or HSE including online training sessions, statewide face-to-face training.

CASAS provides an online data portal that displays California NRS adult learner performance data at the state, regional, and local agency levels. Agencies use the data portal to compare local performance with state goals and performance data along with regional and local agency performance.

OTAN supports the adult education field through various digital learning and ed tech professional development opportunities, including in-person, virtual, and hybrid self-paced and facilitated courses on Canvas, coaching and targeted assistance, and special projects. OTAN hosts the Digital Leadership Academy (DLAC). This two-year training program has been designed to be flexible in how participants best use the resources offered by OTAN to support their agencies' goals in distance/blended education or technology enhancements. DLAC assists agencies in meeting the technology goals outlined by the agencies in their Continuous Improvement Plan, a deliverable of all WIOA-funded adult education agencies. The annual Technology and Distance Learning Symposium offers dynamic, hands-on presentations and lively discussions that show participants how to integrate technology into instruction and extend the classroom to learners through blended and distance learning. The Technology and Distance Learning Symposium rotates each year between the state's north and south geographic locations. OTAN employs qualitative and quantitative feedback from practitioners to ensure relevant and timely training for the field. Some examples include TOPS Enterprise distance learning data, session and conference evaluations, the WIOA Implementation Survey, and feedback from OTAN Advisory Committee members.

**Adult Education and Family Literacy Act Program Certifications**

States must provide written and signed certifications that:

- The plan is submitted by the state agency that is eligible to submit the plan. **Yes**
- The state agency has authority under state law to perform the functions of the state under the program. **Yes**
- The state may legally carry out each provision of the plan. **Yes**
- All provisions of the plan are consistent with state law. **Yes**
- A state officer, specified by title in the certification, has authority under state law to

receive, hold, and disburse federal funds made available under the plan. **Yes**
- The state officer submitting the plan, specified by the title in the certification, has the authority to submit the plan. **Yes**
- The agency submitting the plan has adopted or otherwise formally approved the plan. **Yes**
- The plan is the basis for state operation and administration of the program. **Yes**

**Adult Education and Family Literacy Act Program Assurances**

The State Plan must include assurances that:
- The eligible agency will expend funds appropriated to carry out title II of the Workforce Innovation and Opportunity Act (WIOA) only in a manner consistent with fiscal requirements under section 241(a) of WIOA (regarding the supplement-not-supplant requirement). **Yes**
- The eligible agency will ensure that there is at least one eligible provider serving each local area, as defined in section 3(32) of WIOA. **Yes**
- The eligible agency will not use any funds made available under title II of WIOA for the purpose of supporting or providing programs, services, or activities for individuals who are not "eligible individuals" within the meaning of section 203(4) of WIOA, unless it is providing programs, services or activities related to family literacy activities, as defined in section 203(9) of WIOA. **Yes**
- Using funds made available under title II of WIOA to carry out a program for criminal offenders within a correctional institution, the eligible agency will give priority to serving individuals who are likely to leave the correctional institution within five years of participation in the program. **Yes**
- The eligible agency agrees that in expending funds made available under title II of WIOA, the eligible agency will comply with sections 8301 through 8303 of the Buy American Act (41 U.S.C. 8301-8303). **Yes**

**Certification Regarding Lobbying**

***Certification for Contracts, Grants, Loans, and Cooperative Agreements***

The undersigned certifies, to the best of his or her knowledge and belief, that:

No federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan, or cooperative agreement.

If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, ''Disclosure of Lobbying Activities,'' in accordance with its instructions.

The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Statement for Loan Guarantees and Loan Insurance**

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, ''Disclosure of Lobbying Activities,'' in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Applicant's Organization: **California Department of Education**
Full Name of Authorized Representative: **Mary Nicely**
Title of Authorized Representative: **Chief Deputy Superintendent**

**Section 427 of the General Education Provisions Act (GEPA)**

**Equity for Students, Educators, and Other Program Beneficiaries**
OMG Control Number 1894-0005 Expiration 02/28/2026

Section 427 of the General Education Provisions Act (GEPA) (20 U.S.C. 1228a) applies to a state applicant submitting a state plan for a formula grant from the US Department of Education. The

State applicant is responsible for completing the GEPA Section 427 form that provides a description of the steps the State proposes to take to ensure all program beneficiaries have equitable access to, and participation in, its Federally funded, State-level project or activities. The State applicant is also responsible for ensuring that its subrecipient applicants complete the DEPA Section 427 form or a State developed form that sufficiently meets the GEPA Section 427 requirement for any local-level-project and activity and maintains the subrecipients' responses in the State office.

**GEPA Section 427 Form Instructions for State Applicants**
State applicants must respond to the following four questions:

*Question 1 of 4: Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.*

Adult education provides educational opportunities and services to equip adults with the knowledge and skills necessary to participate effectively as citizens, workers, parents, and family and community members. Instructional programs ensure that adults have the education and skills required in a competitive economy for a better quality of life.

Adult students are served by school districts, community colleges, community or faith-based organizations, volunteer literacy organizations, public or private nonprofit agencies, public libraries, correctional facilities, and state agencies.

Within the CDE WIOA Title II Request for Applications, part of consideration 2, applicants are required to describe their process to ensure equitable access to and participation of students, staff, and other program beneficiaries with special needs to comply with the General Education Provisions Act (GEPA) Section 427. During the scoring process, the GEPA responses were rated on a scale of Advanced, Adequate, Limited, Unclear, or Not Applicable.

Successful grantees are required to submit a Continuous Improvement Plan (CIP) for years two, three, and four, 2024-25, 2025-26, 2026-27. The CIP is an opportunity for providers to further develop processes that ensure equitable access to, and equitable participation in, their programs. The CIP offers providers consolidated guidance and resources to ensure the successful implementation of performance goals by setting Specific, Measurable, Achievable, Relevant, and Timebound (SMART) goals. Through the CIP, providers improve student outcomes by providing related professional development to instructors and other relevant personnel; supporting implementation of staff's new knowledge and skills; and monitoring change in teacher/staff practice and the impact on student outcomes.

*Question 2 of 4: Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?*

The barriers to participation that impact students, educators, or other beneficiaries in California are economic disadvantage, transportation, and parenting. The high cost of housing in urban areas results in those with the lowest educational levels working multiple jobs often with no set schedule. In the rural areas of California, access to public transportation is limited to non-existent, which impedes access to in-person courses. Affordable childcare is also a barrier for many students.

*Question 3 of 4: Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?*

The competitive request for applications requires applicants to explain delivery of distance education. The state will continue to support expansion of options for distance education through professional development and technical assistance. By expanding the distance education options, including solely online, hybrid, and hy-flex classes, participants will have increased flexibility to attend classes. This will positively impact both those which are economically disadvantaged and those in rural communities.

The Adult Education Office encourages sub-grantees to partner with their local Title I providers to support childcare options.

*Question 4 of 4: What is your timeline, including targeted milestones, for addressing these identified barriers?*

Ongoing throughout FY24, the California Adult Education will address the identified barriers by:
- Economically disadvantaged – promoting the increase of distance education offerings, continuing to build relationships among our America's Job Centers of California to increase additional supportive services for the economically disadvantaged.
- Transportation in rural areas – promoting the increase of distance education offerings and partnering with local America's Job Centers of California.
- Childcare – increasing the collaboration with the America's Job Centers of California.



# Unified Strategic Workforce Development Plan

## Program Specific Requirements for the Wagner-Peyser Program

## 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

**WAGNER-PEYSER ACT PROGRAM (Employment Services)**

**Employment Service Staff**

*Describe how the State will staff the provision of labor exchange services under the Wagner-Peyser Act, such as through State employees, including but not limited to state merit staff employees, staff of a subrecipient, or some combination thereof.*

California uses state-merit staff to provide labor exchange services under the Wagner-Peyser Act.

*Describe how the State will utilize professional development activities for Employment Service staff to ensure staff is able to provide high-quality services to both jobseekers and employers.*

The state will offer professional training and development for Employment Services (ES) staff through a multi-modality approach. This approach includes conducting classroom training, creating online training modules, hosting educational webinars, and disseminating instructional videos. These training and development activities seek to raise staff's knowledge, skill, and competency level in specific program areas, such as the Migrant and Seasonal Farmworkers (MSFW) Outreach Program, Trade Adjustment Assistance Act (TAA), and Veteran services to ensure staff can provide high-quality services to job seekers, employers, and WIOA partners. In addition, ES staff will be enrolled in a third-party Workforce Development Academy that will provide knowledge and skills on customer service, diversity, labor market intelligence, effective communication, business and economic development intelligence, career development principle, teamwork, and case management.

Training will ensure that all ES staff have the knowledge base and skill set to successfully administer Wagner-Peyser programs and operate CalJOBS$^{SM}$, California's online labor exchange system. Furthermore, comprehensive training will give ES staff a thorough understanding of the resources and services available to them to serve the job seekers and employers of California competently and effectively, all while meeting performance goals and compliance guidelines as outlined in WIOA.

*Describe strategies developed to support training and awareness across core programs and the Unemployment Insurance (UI) program and the training provided for ES and WIOA staff on identification of UI eligibility issues and referral to UI staff for adjudication.*

Strategies include:
- Provided training to Wagner-Peyser and WIOA staff on core programs, including TAA, Veterans services, MSFW, Adult, Youth, and Dislocated Worker programs.
- Developed and provided trainings on activities relevant to the UI program, such as California Training Benefits (CTB), Trade Readjustment Allowance (TRA) benefits, Personalized Job Search Assistance (PJSA), and Reemployment Services and Eligibility Assessments (RESEA). The trainings include UI claim filing eligibility basics, UI claim management, overview of UI's public-facing online system, and understanding notices

sent to claimants.  ES and WIOA staff are trained on how to identify potential UI eligibility issues that may arise from the PJSA or RESEA appointments and how to refer these potential issues to UI staff for adjudication.

*Explain how the State will provide information and meaningful assistance to individuals requesting assistance in filing a claim for unemployment compensation through one-stop centers, as required by WIOA as a career service.*

California will meet the needs of customers requesting assistance in filing UI claims by providing direct in-person and virtual customer assistance and guidance.  This hybrid delivery model ensures services are made available to the customers throughout our 45 Local Workforce Development Areas (Local Area).  Staff are trained to assist customers with completing an application for UI benefits online or via telephone, along with providing information on the UI program.  Additionally, the AJCCs offer resource rooms with staff that can help guide customers through alternate methods of finding resolution to their inquiries available in UI Online^SM, AskEDD, and the EDD's website.

- Staff trained in providing basic UI program services through a hybrid delivery model are available in the 45 Local Workforce Development Areas across the state of California.
- The UI Online application guides the customer through a series of online questions to file their new claim or reopen an existing claim.
- The UI Online allows existing claimants to manage their claims, along with many other user-friendly features to help customers navigate their UI claims.  To improve customer service to UI claimants and enhance the functionality of UI Online, the EDD began working on building components in UI Online to include the "myEDD" customer portal account, which allows claimants to be active participants in managing their UI claims.
- Ask EDD provides customers with categories containing information specific to common questions and allows customers an opportunity to send online questions to UI staff.
- The EDD website offers access to unemployment-related services and information, including YouTube videos and Frequently Asked Questions (FAQs).

When these staff have exhausted all available options to provide assistance, phones are available in the AJCC offices to directly access UI services.  The "UI Direct" phone lines connect customers to UI Center merit staff and are available from 8 a.m. to 5 p.m. (PT) to serve the state of California customers who require more detailed UI merit staff assistance.  The UI Direct phone line service is offered only in the AJCCs and in cases where all other direct in-person attempts by trained AJCC staff to provide basic UI program services have been exhausted.

*Describe the State's strategy for providing reemployment assistance to UI claimants and other unemployed individuals.*

California is committed to operating a customer-centric approach to delivering  services, aligned with WIOA, for providing reemployment assistance to UI claimants and dislocated workers, including:

- Screening the UI applicant pool to identify those individuals who are most likely to

exhaust benefits.
- Providing a direct referral to an AJCC orientation or workshop.
- Directing UI customers who are required to seek work to register in CalJOBS, the state's labor exchange system.
- Providing the job seeker job search assistance and information on the AJCC services and work search assistance videos.
- Identifying dislocated workers who are impacted by foreign trade and ensuring that they receive the applicable employment and case management services.
- Encouraging job seekers to attend an AJCC orientation and referring them to additional services, as appropriate. These services include basic and individualized career services, training services, and supportive services. Staff at the AJCCs assist job seekers with conducting skills assessments, developing individual employment plans, and career planning. Job seekers are provided access to job search workshops and activities such as developing resumes and cover letters, searching and applying for job openings, and mock interviews. Finally, job seekers at the AJCCs are provided with access to training, education, and work experience opportunities.

Both UI and Wagner-Peyser program representatives will be involved in the Memorandum of Understanding (MOU) negotiations with Local Area partners to identify an appropriate service delivery model. The EDD programs, including UI, are committed to their roles as partners within the AJCC and consistently collaborate internally and with the Local Areas to support the implementation of WIOA.

*Describe how the State will use Wagner-Peyser Act funds to support UI claimants and the communication between the Employment Service and UI, as appropriate, including the following:*

    *(i)    Coordination of and provision of labor exchange services for UI claimants as required by the Wagner-Peyser Act;*

    Currently, the EDD requires all UI claimants (job seekers) to register into the state's labor exchange system, CalJOBS, and create a resume. Once registered in CalJOBS, job seekers have access to all the online features, such as searching for jobs, identifying employment trends and occupational information, using the virtual recruiter to automatically receive alerts of new jobs that match the job skills in their resume having their resume viewable by registered employers, and accessing local education providers and programs.

    In addition, job seekers receive information on the Wagner-Peyser services available at the AJCCs. Job seekers can conduct self-service activities by using resources such as computers and phones to conduct job searches and create a resume through CalJOBS, respond to employment opportunities, manage their UI claims through the EDD website, and more. In addition to self-service options, claimants can also receive staff services, such as job search workshops, assistance with accessing and navigating the CalJOBS

system, individualized labor market information, referral to veteran services, and referral to education, training, and supportive services.

Both UI and Wagner-Peyser program representatives are involved in the MOU negotiations with Local Area partners to identify the appropriate service delivery model. The EDD programs are committed to their roles as partners within the AJCC and consistently collaborate internally and with the Local Areas to support the implementation of WIOA. These two partners also coordinate internally within the EDD, as this department administers both programs.

*(ii)    Registration of UI claimants with the State's employment service if required by State law;*

The California Unemployment Insurance Code, Section 1253(b), and the California Code of Regulations (CCR) Title 22 Section 1253(b)-1, contain provisions that mandate the claimant, unless exempt, to register for work by entering a resume on CalJOBS within 21 days after filing a UI claim.

When an individual files a UI claim, the EDD mails the *Notice of Requirement to Register for Work*, DE 8405, to the claimant informing them of the requirement to register in CalJOBS, including the address and telephone number of their local AJCC. Additionally, the notice advises that failure to comply may result in denial of UI benefits. The UI claimant can walk-in or call the local AJCC for technical support on entering a resume on CalJOBS.

The EDD automatically starts an account in CalJOBS for all new UI claimants and generates notices to claimants who fail to enter a resume within 21 days. These notices require claimants to attend a Personalized Job Search Assistance (PJSA) workshop at a local AJCC. This workshop is designed to provide UI claimants with employment services available through the AJCC. These include entering a resume in CalJOBS if not previously done and responding to questions about their work search. Failure to attend the PJSA will result in the UI claimant having a stop-pay alert activated on their claim record for determination by UI staff.

*(iii)    Administration of the work test for the State unemployment compensation system, including making eligibility assessments (for referral to UI adjudication, if needed) and providing job finding and placement services for UI claimants; and*

Title 22 CCR Section 1253 (b)-1 requires a claimant to register for work as a condition of eligibility, unless good cause is established, by entering a resume in CalJOBS within 21 days after filing a claim for unemployment benefits. Regulations allow the department to waive the registration requirement for claimants that meet specific criteria (such as union member in good standing, definite return to work date, participating in a CTB program, etc.). If the claimant does not comply with the registration requirement, the

EDD schedules the claimant for a PJSA or RESEA appointment to review registration of work within CalJOBS and efforts to search for work.  During the assessment, the claimant is referred to a minimum of one additional mandatory subsequent service.  The EDD also established a virtual platform to deliver PJSA/RESEA workshops and career services and is looking to further expand these virtual services to better assist claimants throughout the state.

Failure to attend the PJSA or RESEA and subsequent services, along with meeting the registration requirement in CalJOBS, are referred to UI adjudication and may result in a denial of UI benefits.

(iv)    *Provision of referrals to and application assistance for training and education programs and resources.*

The EDD provides all UI customers information on the California Training Benefits (CTB) program, work search requirements, and CalJOBS registration, and refers these individuals to their local AJCC to obtain employment and training services.  At the AJCC, mandatory reemployment workshops connect UI customers with employment services provided under WIOA Title III.  In addition, these workshops serve as an access point to inform customers about WIOA Title I and other partner programs and services.  This collaborative partnership facilitates a streamlined referral process for UI customers to WIOA programs and services within the AJCC system.

The CTB program allows eligible UI customers to further their education, upgrade their skills, and/or learn a new trade to be more competitive in the labor market while receiving UI benefits.  Under the CTB program, the traditional role of UI changes from that of partial wage replacement while the individual looks for work to one of assisting the individual in training or retraining to return to full employment.  UI customers may be eligible for the program if the individual is attending training authorized by WIOA, Employment Training Panel, Trade Adjustment Assistance program, or California Work Opportunity and Responsibility to Kids (CalWORKs), if the program and provider are listed on the Eligible Training Provider List, if the individual is an active journey-level union member attending union approved industry-related training and more.  Staff in the AJCCs can provide application assistance to UI customers interested in the CTB program.

**Agricultural Outreach Plan (AOP)**

Each State agency must develop an AOP every four years as part of the Unified or Combined State Plan required under sections 102 or 103 of *WIOA*.  The AOP must include an assessment of need.

***Assessment of Need***

*Provide an assessment of the unique needs of farmworkers in the area based on past and projected agricultural and farmworker activity in the State. Such needs may include but are not limited to employment, training, and housing.*

California's AOP sets policies and procedures for providing Wagner-Peyser services to the agricultural community, specifically MSFWs. The EDD provides these services through AJCC locations. The EDD ensures that MSFWs receive the full range of employment, training, and educational services on a basis that is qualitatively equivalent and quantitatively proportionate to services provided to non–MSFWs. This AOP is submitted in accordance with Title 20 CFR 653.107(d) to include:

   a. *Assessment of the unique needs of MSFWs in the area based on past and projected agricultural and MSFW activity in the state.*
   b. *Assessment of available resources for outreach.*
   c. *Proposed outreach and planned activities, including strategies on how to contact MSFWs and activities planned for providing the full range of employment and training services to the agricultural community.*
   d. *Compliance assurance with requirements under Title 20 CFR 653.111 for Significant, Multilingual, and Special Circumstance (Significant) MSFW AJCCs.*

**Provide an assessment of the agricultural activity in the State:**
   - *Identify the top five labor-intensive crops, the months of heavy activity, and the geographic area of prime activity;*
   - *Summarize the agricultural employers' needs in the State (i.e., are they predominantly hiring local or foreign workers, are they expressing that there is a scarcity in the agricultural workforce); and*
   - *Identify any economic, natural, or other factors that are affecting agriculture in the State or any projected factors that will affect agriculture in the State.*

<u>*Value of Agricultural Production*</u>

The value of total agricultural production in California, crop and livestock production combined, totaled $51.4 billion in 2021. This ranked California as the nation's largest agricultural producer in 2021, outpacing Iowa ($34.9 billion) and Nebraska ($26.6 billion). California alone accounted for about one-ninth (11.8 percent) of the national agricultural production. California was far and away the nation's leader in crop production in 2021, with crops produced valued at $38.7 billion. The state accounted for 16.1 percent of the value of total U.S. crop production. In contrast, Iowa and Illinois were the second and third largest crop-producing states in 2021, combining for 15.6 percent of total U.S. crop production. California's animals and products production (meat animals, dairy products, poultry and eggs, miscellaneous animals and products) was valued at $12.6 billion in 2021, the fourth highest among all states after Texas, Iowa, and Nebraska.

Table 1 shows the nation's largest agriculture, crop, and livestock producing states in 2021.

TABLE 1: LARGEST AGRICULTURAL PRODUCING STATES IN THE UNITED STATES IN 2021

(Values are expressed as millions of dollars.)

| | Total | | | Crop Production Only | | | Livestock Production Only | |
|---|---|---|---|---|---|---|---|---|
| | Value | Share of U.S. Total | | Value | Share of U.S. Total | | Value | Share of U.S. Total |
| **U.S.** | **$436,538** | - | **U.S.** | **$240,646** | - | **U.S.** | **$195,892** | - |
| CA | $51,360 | 11.8% | CA | $38,716 | 16.1% | TX | $16,776 | 8.6% |
| IA | $34,880 | 8.0% | IA | $18,897 | 7.9% | IA | $15,983 | 8.2% |
| NE | $26,643 | 6.1% | IL | $18,594 | 7.7% | NB | $13,048 | 6.7% |
| TX | $24,568 | 5.6% | NE | $13,595 | 5.6% | CA | $12,644 | 6.5% |
| MN | $21,773 | 5.0% | MN | $13,436 | 5.6% | KS | $11,493 | 5.9% |
| IL | $21,704 | 5.0% | KA | $ 9,810 | 4.1% | NC | $ 9,251 | 4.7% |
| KS | $21,303 | 4.9% | IN | $ 9,743 | 4.0% | MN | $ 8,337 | 4.3% |
| IN | $14,192 | 3.3% | TX | $ 7,792 | 3.2% | WI | $ 8,194 | 4.2% |
| NC | $13,253 | 3.0% | ND | $ 7,686 | 3.2% | OK | $ 5,835 | 3.0% |
| WI | $12,876 | 2.9% | OH | $ 7,167 | 3.0% | AR | $ 5,804 | 3.0% |

Source: USDA, Economic Research Service

California's agricultural production has increased in value by $2.4 billion (4.9 percent) from 2020 to 2021.  Crop production in California has increased by $1.6 billion (4.3 percent) in value over the year.  Total animals and products production has increased in 2021 by $0.7 billion (6.2 percent).  Over the seven-year period from 2015 through 2021, California's agricultural production has increased in value by $2.3 billion (4.6 percent).  Crop production increased by $1.6 billion (4.3 percent), and the animals and products production has increased by $0.8 billion (7.0 percent) over the seven-year period.

In 2021, crop production accounted for 75.4 percent of total agricultural production in California.  By commodity group, fruit and nut products were valued at $22.2 billion in 2021, comprising over one-third (43.2 percent) of the total value of the state's agricultural products and more than half (57.3 percent) of the value of the crops produced in the state.  Vegetables and melons were valued at $7.7 billion, accounting for over one-fifth of the value of crops produced in California.

Animals and products made over one-fifth (22.0 percent) of the total value of California's agricultural production in 2021.  Dairy products were valued at $7.6 billion, comprising over three-fifths (60.3 percent) of the total value of the state's animal products.  "Meat Animals" (cattle, calves, and hogs) and poultry and egg products were valued at $2.9 and $1.5 billion, respectively, in 2021.

On an individual commodity basis, milk and cream (dairy products) was California's leading commodity in 2021, with cash receipts totaling $7.6 billion.  Shelled almonds and grapes were California's second and third most valuable commodities, with cash receipts totaling $5.3 billion and $5.2 billion, respectively.  The cash receipts of seven other California commodities exceeded $1 billion in 2021: strawberries, cattle and calves, pistachios, lettuce, tomatoes, walnuts, and rice.  Only four of California's 20 most valuable commodities in 2021 decreased in value from the prior year.  Table 2 shows California's twenty most valuable agricultural commodities in 2021, as well as their value and ranking in 2020.

TABLE 2: CALIFORNIA'S TOP 20 AGRICULTURAL COMMODITIES IN VALUE, 2020-2021

(Cash receipt values are expressed as millions of dollars.)

| Commodity | 2020 | | 2021 | |
|---|---|---|---|---|
| | Value | Rank | Value | Rank |
| Dairy products, Milk | $ 7,265 | 1 | $ 7,571 | 1 |
| Almonds | $ 5,251 | 2 | $ 5,342 | 2 |
| Grapes | $ 4,489 | 4 | $ 5,209 | 3 |
| Miscellaneous crops | $ 4,552 | 3 | $ 4,966 | 4 |
| Strawberries | $ 2,211 | 8 | $ 3,020 | 5 |
| Cattle and calves | $ 2,737 | 6 | $ 2,899 | 6 |
| Pistachios | $ 2,623 | 7 | $ 2,495 | 7 |
| Lettuce | $ 3,068 | 5 | $ 2,029 | 8 |
| Tomatoes | $ 1,118 | 9 | $ 1,180 | 9 |
| Walnuts | $ 948 | 11 | $ 1,063 | 10 |
| Rice | $ 946 | 12 | $ 1,049 | 11 |
| Broilers | $ 690 | 17 | $ 996 | 12 |
| Hay | $ 679 | 18 | $ 970 | 13 |
| Carrots | $ 773 | 16 | $ 964 | 14 |
| Floriculture | $ 967 | 10 | $ 962 | 15 |
| Oranges | $ 858 | 13 | $ 881 | 16 |
| Tangerines | $ 795 | 14 | $ 828 | 17 |
| Lemons | $ 615 | 19 | $ 641 | 18 |
| Broccoli | $ 782 | 15 | $ 605 | 19 |
| All other animals and products | $ 559 | 20 | $ 587 | 20 |

*Total value is based on U.S. Department of Agriculture (USDA) Economic Research Service cash receipts.*
Source: USDA, National Agricultural Statistics Service, Pacific Region-California; California Agricultural Statistics 2020-2021 Crop Year

On a cash receipt basis, California produced all the nation's almonds, walnuts, pistachios, garlic, plums and prunes, olives, honeydews, artichokes, kiwifruit, celery, and nectarines in 2021. Ten additional California commodities comprised more than four-fifths (80.0 percent) of national

cash receipts: avocados, tangerines, broccoli, cauliflower, carrots, grapes, cotton lint, strawberries, apricots, and lemons. Lettuce, tomatoes, and raspberries accounted for more than three-quarters (75.0 percent) of national cash receipts. Accounting for more than half were spinach, cantaloupes, dates, oranges, and peaches. Table 3 shows the shares of cash receipts for California commodities as a share of national totals.

TABLE 3: LEADING CALIFORNIA AGRICULTURAL COMMODITIES IN 2021: CALIFORNIA CASH RECEIPTS AS A PERCENT OF THE NATION'S RECEIPTS

(Values are expressed as millions of dollars.)

| Commodity | Value of California Receipts | Value of U.S. Receipts | California's Share of U.S. Receipts (%) |
|---|---|---|---|
| Almonds | $ 5,342 | $ 5,342 | 100.0 |
| Pistachios | $ 2,495 | $ 2,495 | 100.0 |
| Walnuts | $ 1,063 | $ 1,063 | 100.0 |
| Celery | $ 361 | $ 361 | 100.0 |
| Plums and prunes | $ 265 | $ 265 | 100.0 |
| Garlic | $ 206 | $ 206 | 100.0 |
| Nectarines | $ 135 | $ 135 | 100.0 |
| Kiwifruit | $ 86 | $ 86 | 100.0 |
| Olives | $ 85 | $ 85 | 100.0 |
| Honeydews | $ 64 | $ 64 | 100.0 |
| Artichokes | $ 55 | $ 55 | 100.0 |
| Tangerines | $ 828 | $ 850 | 97.4 |
| Lemons | $ 641 | $ 662 | 96.8 |
| Avocados | $ 327 | $ 342 | 95.7 |
| Grapes | $ 5,209 | $ 5,510 | 94.5 |
| Carrots | $ 964 | $ 1,021 | 94.4 |
| Apricots | $ 33 | $ 36 | 91.7 |
| Strawberries | $ 3,020 | $ 3,419 | 88.3 |
| Broccoli | $ 605 | $ 692 | 87.4 |
| Cotton lint, Long staple | $ 339 | $ 395 | 85.6 |
| Cauliflower | $ 319 | $ 393 | 81.0 |
| Raspberries | $ 411 | $ 521 | 79.0 |
| Tomatoes | $ 1,180 | $ 1,504 | 78.5 |
| Lettuce | $ 2,029 | $ 2,680 | 75.7 |
| Spinach | $ 356 | $ 492 | 72.2 |
| Dates | $ 161 | $ 254 | 63.4 |
| Peaches | $ 378 | $ 624 | 60.6 |
| Cantaloups | $ 151 | $ 265 | 56.9 |
| Oranges | $ 881 | $ 1,612 | 54.7 |

Source: USDA, Economic Research Service

The estimated value of California's exported agricultural products totaled $24.3 billion in 2021. In terms of value, California's exports comprised over one-eighth (14.0 percent) of total U.S. agricultural exports in 2021.  California was the nation's top agricultural exporter in 2021, followed by the second in rank state Iowa ($14.3 billion), and the third rank state Illinois ($11.2 billion).  Table 4 shows the estimated value of the top ten states in terms of agricultural exports from 2016 through 2021.

TABLE 4: LARGEST AGRICULTURAL EXPORTING STATES IN THE UNITED STATES: 2016-2021

(Estimated values are expressed as millions of dollars.)

| . | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|------|------|------|------|------|------|
| **U.S.** | **$135,436** | **$138,276** | **$140,890** | **$137,460** | **$146,819** | **$173,262** |
| CA | $ 22,446 | $ 22,425 | $ 24,372 | $ 24,320 | $ 23,091 | $ 24,342 |
| IA | $ 10,944 | $ 10,313 | $ 10,517 | $ 9,988 | $ 11,332 | $ 14,271 |
| IL | $ 8,258 | $ 8,034 | $ 8,557 | $ 7,886 | $ 8,780 | $ 11,197 |
| MN | $ 7,033 | $ 6,961 | $ 6,941 | $ 6,292 | $ 7,202 | $ 9,397 |
| NE | $ 6,637 | $ 6,312 | $ 6,745 | $ 6,233 | $ 7,283 | $ 9,317 |
| TX | $ 5,790 | $ 6,898 | $ 6,880 | $ 6,192 | $ 5,947 | $ 7,267 |
| KS | $ 4,679 | $ 4,796 | $ 4,853 | $ 4,930 | $ 5,822 | $ 7,108 |
| IN | $ 4,545 | $ 4,763 | $ 4,612 | $ 4,562 | $ 5,244 | $ 6,694 |
| MO | $ 3,554 | $ 4,081 | $ 4,024 | $ 3,714 | $ 4,515 | $ 5,277 |
| OH | $ 3,659 | $ 3,692 | $ 3,838 | $ 3,598 | $ 4,132 | $ 5,083 |

Source: USDA, Economic Research Service

California's agricultural exports increased by $1.3 billion (5.4 percent) from 2020 to 2021. Tree nuts were California's most valuable export crop in 2021, with an estimated value of $8.0 billion, followed by "other plant products," which includes sweeteners, planting seeds, cocoa, coffee, and other processed foods ($3.8 billion), fresh fruits ($2.8 billion), and processed fruits ($2.5 billion).

Kern was the largest agriculture producing county in California in 2021, with agricultural production valued at $8.3 billion.  The value of agricultural production exceeded $4 billion each in Fresno, Tulare, and Monterey counties and exceeded $2 billion each in Stanislaus, Merced, San Joaquin, Kings, Imperial, Ventura, and Madera counties.  A total of 14 California counties each produced agricultural products valued at more than $1 billion in 2021.  These counties are shown in Table 5.

The value of agricultural production increased from 2020 to 2021 in 12 of California's 14 largest agricultural counties.  The largest over-the-year increase in agricultural production was for

Imperial County (12.9 percent); two other counties with an increase of at least ten percent in their agricultural production were Tulare County (11.9 percent) and Kern County (10.2 percent). In contrast, the value of agricultural production over-the-year has decreased in the remaining two counties: San Diego County (3.2 percent) and Riverside County (0.6 percent).

TABLE 5: TOP CALIFORNIA COUNTIES AS RANKED BY GROSS VALUE OF AGRICULTURAL PRODUCTION: 2020-2021

(Values are expressed as millions of dollars.)

| County | 2020 | | 2021 | | Percent Change: 2020 to 2021 |
|---|---|---|---|---|---|
| | Value | Rank | Value | Rank | |
| Kern | $ 7,569 | 2 | $ 8,342 | 1 | 10.2% |
| Fresno | $ 7,966 | 1 | $ 8,110 | 2 | 1.8% |
| Tulare | $ 7,229 | 3 | $ 8,089 | 3 | 11.9% |
| Monterey | $ 3,908 | 4 | $ 4,100 | 4 | 4.9% |
| Merced | $ 3,473 | 5 | $ 3,698 | 5 | 6.5% |
| Stanislaus | $ 3,438 | 6 | $ 3,471 | 6 | 1.0% |
| San Joaquin | $ 3,048 | 7 | $ 3,212 | 7 | 5.4% |
| Kings | $ 2,179 | 8 | $ 2,338 | 8 | 7.3% |
| Imperial | $ 2,026 | 9 | $ 2,287 | 9 | 12.9% |
| Ventura | $ 1,983 | 10 | $ 2,052 | 10 | 3.5% |
| Madera | $ 1,942 | 11 | $ 2,046 | 11 | 5.4% |
| Santa Barbara | $ 1,847 | 12 | $ 1,918 | 12 | 3.8% |
| San Diego | $ 1,810 | 13 | $ 1,753 | 13 | -3.2% |
| Riverside | $ 1,424 | 14 | $ 1,414 | 14 | -0.6% |

*Source: CDFA, California Agricultural Statistical Review 2021-2022; County Rank by Gross Value of Agricultural Production, 2020-2021; County Agricultural Commissioners' Reports and State Board of Equalization, Timber Tax Division*

### *Agricultural Employment in California*

Employment in agriculture is inherently difficult to estimate because agricultural production, and in particular crop production, is characterized by seasonal spikes in the demand for farm labor, some of which are often of short duration. For example, most crops must be planted at certain times of the year, weeded and pruned, and perhaps most importantly, harvested and prepared for market as they ripen. As a result, California agriculture-based employers have traditionally employed large numbers of seasonal and often migrant farmworkers who move from farm to farm and region to region. However, official estimates of agricultural employment are derived from a survey of agricultural establishments participating in the unemployment insurance system and are thus more likely to count more permanent agricultural workers than MSFWs.

According to official estimates from the EDD, payrolls in California's farm sector totaled 422,900 jobs in 2022. Farm jobs made up just 2.3 percent of California's total industry employment in 2022.

On an annual average basis, California farm payrolls increased by 13,100 jobs (3.2 percent) from 2021 to 2022 and increased by 3,000 jobs (0.7 percent) from 2020 to 2021. Total farm employment has been remarkably stable over the last decade amidst year-to-year variability. From 2012 through 2022, annual average total farm employment in California grew by 23,000 jobs (5.8 percent), which equates to an average of 2,300 jobs per year.

*Figure 1 shows the number of estimated farm jobs in California from 2012 through 2022.*



Source: EDD, Current Employment Statistics Data

California agricultural employment estimates are broken out into six regions: Central Coast, Desert, North Coast, Sacramento Valley, San Joaquin Valley, and South Coast.

*Figure 2: California Agricultural Regions*



Almost half (47.8 percent) of California's agricultural jobs were in the San Joaquin Valley Region in 2022. Employers in the Central Coast and South Coast regions accounted for one-third (36.1 percent) of the state's agricultural jobs. Individually, the Central Coast and South Coast Regions accounted for 18.2 and 17.9 percent of total agricultural employment, respectively. California's remaining agricultural jobs were distributed across the smaller Sacramento Valley, Desert, and North Coast Regions, each of which accounted for less than 7.0 percent of the state's agricultural jobs.

*Figure 3 displays the distribution of California agricultural jobs by region in 2022 by number and as a percentage share of total agricultural employment.*



Figure 3
**Total Agricultural Jobs In California by Region in 2022, Annual Average**
(Region Name, Number of Jobs, Percent Share of Statewide Total)

Source: Employment Development Department, Agricultural Employment Data Series. *Percentage will not sum due to rounding.

*Figure 4 displays the distribution of California agricultural employment by county for 2022.*



Fewer California crop employers are hiring workers directly. In 2000, average employment on California crop farms was 190,000, and average Farm Labor Contractor employment was 105,000. By 2022, average employment on California crop farms was 160,000, and average Farm Labor Contractor employment was 155,000. Overall average employment in crop agriculture was stable at about 300,000, but the share of workers brought to farms rose from 35 to 50 percent. If current trends continue, more workers will soon be brought to California crop farms by Farm Labor Contractors than are hired directly[1] .

In 2022, Farm Labor Contractors accounted for approximately 41% of California Employer H-2A applications, and these applications requested around 60% of the workers requested for the State of California, with a 3% margin error.

Agricultural employers in the State of California have continued to increase the use of the H-2A Program. Table 6 provides the number of H-2A applications submitted and workers requested for California as reported from 2015 through 2022. When compared to 2015, the number of applications submitted in 2022 increased by 95 percent, while the number of H-2A workers requested in the state increased by 358 percent.

*Table 6: Number of H-2A applications submitted and workers requested.*

| Year | CA Employer Applications Submitted | Percent Change | Workers Requested | Percent Change | US Employer Applications Submitted | Percent Change | Workers Requested | Percent Change |
|------|------|------|------|------|------|------|------|------|
| 2022 | 991 | 10.11% | 45,075 | 34.84% | 19,088 | 16.86% | 382,354 | 15.69% |
| 2021 | 900 | 22.62% | 33,429 | 28.99% | 16,334 | 16.15% | 330,486 | 15.25% |
| 2020 | 734 | -14.15% | 25,915 | 7.57% | 14,063 | -11.43% | 286,749 | -0.44% |
| 2019 | 855 | 16.01% | 24,092 | 20.86% | 15,877 | 9.86% | 288,025 | 6.00% |
| 2018 | 737 | 15.52% | 19,934 | 19.06% | 14,452 | 11.77% | 271,713 | 16.76% |
| 2017 | 638 | -2.74% | 16,743 | 37.51% | 12,930 | 11.49% | 232,704 | 17.78% |
| 2016 | 656 | 29.13% | 12,176 | 23.70% | 11,597 | 12.17% | 197,570 | 16.98% |
| 2015 | 508 | N/A | 9,843 | N/A | 10,339 | N/A | 168,894 | N/A |

Source: U.S. Department of Labor, Performance Data

Table 7 shows the mean and median wages of select agricultural occupations in California in the first quarter of 2023, with the occupations ranked by mean annual wage. The data were derived from information collected through the Occupational Employment and Wage Statistics (OEWS) Program, a federally sponsored survey program conducted through a cooperative agreement between the federal Bureau of Labor Statistics and the EDD.

---

[1] University of California, Davis, Rural Migration News, October 2023, Volume 29, Number 4, California: Farm Employment

*Table 7: Agricultural Wages by Occupation in California: First Quarter 2023*

| SOC Code | Occupational Title | May 2022 Employment Estimates | 2023 - 1st Quarter Wage | | | |
|---|---|---|---|---|---|---|
| | | | Mean Hourly Wage | Mean Annual Wage | Median Hourly Wage | Median Annual Wage |
| 11-9013 | Farmers, Ranchers, and Other Agricultural Managers | 1,660 | $49.30 | $102,546 | $47.45 | $98,702 |
| 13-1074 | Farm Labor Contractors | 360 | $30.53 | $63,517 | $30.01 | $62,425 |
| 45-2021 | Animal Breeders | 80 | $28.20 | $58,633 | $27.83 | $57,899 |
| 45-1011 | First-Line Supervisors of Farming, Fishing, and Forestry Workers | 9,990 | $28.61 | $59,501 | $26.01 | $54,097 |
| 45-2011 | Agricultural Inspectors | 2,320 | $26.83 | $55,802 | $23.30 | $48,456 |
| 45-2093 | Farmworkers, Farm, Ranch, and Aquacultural Animals | 4,010 | $23.54 | $48,942 | $22.10 | $45,956 |
| 45-2099 | Agricultural Workers, All Other | 1,460 | $23.45 | $48,776 | $20.55 | $42,753 |
| 45-2091 | Agricultural Equipment Operators | 6,970 | $19.44 | $40,439 | $18.40 | $38,259 |
| 45-2092 | Farmworkers and Laborers, Crop, Nursery, and Greenhouse | 188,580 | $17.27 | $35,944 | $16.49 | $34,291 |
| 45-2041 | Graders and Sorters, Agricultural Products | 5,340 | $16.90 | $35,149 | $16.47 | $34,260 |

Source: Employment Development Department, OEWS Survey

Most California farmworkers earn low wages. The median annual wage in the three largest non-supervisory agricultural occupational groups, in terms of employment, was less than $40,000 in the first quarter of 2023: agricultural equipment operators ($38,259); farmworkers and laborers, crop, nursery, and greenhouse ($34,291); and graders and sorters, agricultural products ($34,260). According to OEWS employment estimates, these three occupational groups comprised 91 percent of total agricultural employment.

Farmers, ranchers, and other agricultural managers, with a median annual wage of $98,702, earned the highest wages in agriculture. This occupational group comprised just 0.75 percent of agricultural employment in May 2022. The next highest paying agricultural occupations were: farm labor contractors ($62,425), animal breeders ($57,899), and first-line supervisors of farming, fishing, and forestry workers ($54,097).

*Technological Advancements and Business Trends Influencing California's Agriculture Industry*

To remain globally competitive, a growing number of California's agricultural businesses have procured advanced technologies and/or expanded their current line of services to keep pace with the everchanging needs of their diverse consumer base.  Technologies ranging from precision agriculture to the use of vertical farming are leading to increased efficiency, higher crop yields, and increased profitability for the state's agricultural businesses.  In addition, a growing number of local farms are benefitting from integrating agritourism activities into their business models to expand their current offerings to the public.

Innovative agricultural technologies continue to shape the landscape of California's present and future agricultural sector.  Research published by the University of California's Giannini Foundation of Agricultural Economics found that technology such as precision agriculture utilizes weather and climate data to provide ag businesses with the information necessary to accurately assess crop conditions (e.g., weed growth) and develop data-driven solutions.[2] Advancements in agricultural biotechnology can range from plant seed modification to genomic testing[3] that helps increase crop yields, enhances the durability of crops, and provides the foundation for developing new agricultural products (e.g., algae-based biofuels).[4] In addition, a growing number of urban-based, agricultural, start-up companies are using vertical farming technology to produce high-value, organic-certified crops that a growing number of consumers are demanding.[5] This type of farming uses less water than conventional farming methods and integrates the use of solar and other forms of bioenergy.[6]

According to research from the University of California's Division of Agriculture and Natural Resources (UC ANR), agritourism has become an increasingly popular means for small-scale farm businesses to diversify their revenue streams and develop better connections with their surrounding communities.  UC ANR defines agritourism as "any income-generating activity conducted on a working farm or ranch for the enjoyment and education of visitors, including on-farm sales, educational services, accommodations, special events, and outdoor recreation.[7] According to UC ANR, studies have found that farms that integrate the attributes associated with agritourism have experienced increased farm income and growing engagement from the public.

---

[2] University of California, Giannini Foundation of Agricultural Economics, Recent Developments in the California Food and Agricultural Technology Landscape.

[3] Agricultural genomics uses technology to study and classify the genes of plants in order to develop types of agricultural products (e.g., crops).

[4] University of California, Giannini Foundation of Agricultural Economics, Recent Developments in the California Food and Agricultural Technology Landscape.

[5] University of California, Giannini Foundation of Agricultural Economics, Recent Developments in the California Food and Agricultural Technology Landscape.

[6] According to the U.S. Department of Energy, bioenergy is a form of renewable energy that is derived from recently living organic materials known as biomass, which can be used to produce transportation fuels, heat, electricity, and products.

[7] University of California Division of Agriculture and Natural Resources, How agritourism helped farmers during the pandemic.

*Effects of Drought on California's Agricultural Employment*

Although California is a state that is vulnerable to severe and extreme drought, it is inherently difficult to predict what effects a drought will have on agricultural employment.  History shows that each drought varies in terms of length and severity, the responses or coping measures agricultural employers take to mitigate the effects of a drought, and the effectiveness of water management strategies and policies of public agencies and government entities.

Agricultural employment losses often are less than feared or first expected during droughts because many farmers shift production to less water intensive crops, adopt more water efficient irrigation techniques, and rely on groundwater to compensate for water shortages. Water allocation and re-allocation efforts may also help mitigate the effects of the drought. Agricultural employers may also reduce the number of hours worked but not the overall number of jobs.

Commodity price fluctuations may alter the level of agricultural employment, as increases can at least partially offset any increased production costs related to the drought.  If commodity prices drop, the rising cost of production may eliminate any incentive to continue seasonal activities.  This is often seen to have the greatest effect on ranching and livestock farming during a drought.

**Provide an assessment of the unique needs of farmworkers.**

Summarize Migrant and Seasonal Farm Worker (MSFW) characteristics (including if they are predominantly from certain countries, what language(s) they speak, the approximate number of MSFWs in the State during peak season and during low season, and whether they tend to be migrant, seasonal, or year-round farmworkers).  This information must take into account data supplied by WIOA Section 167 National Farmworker Jobs Program (NFJP) grantees, other MSFW organizations, employer organizations, and State and/or Federal agency data sources such as the U.S. Department of Agriculture and the U.S. Department of Labor (DOL) Employment and Training Administration.

*Number of MSFWs in California*

The official estimates of agricultural employment in this report are derived from agricultural labor data that the EDD, in collaboration with the USDA, compiles from monthly surveys of farm owner-operators in California.  Agricultural employers who participate in the survey report the number of jobs filled by all workers in their establishments during the survey's reference week.[8] However, given the crop cycle, demand for farm labor tends to be seasonal, with peak periods of demand for work that is often of short duration.  As a result, high job turnover and worker mobility are distinguishing features of the agricultural labor market.  While official employment estimates, based on surveys, count permanent farm jobs, and include any jobs filled by MSFWs identified by employers as working during the survey's reporting week, they do not necessarily count positions that are filled by MSFWs at other times of the month.

---

[8]  The survey reference week is always the week that includes the 12th of the month.

Moreover, an analysis of the public use data from DOL's 2019-2020 National Agricultural Workers Survey (NAWS)[9] indicated that 55.2 percent of California farmworkers were undocumented, many of whom were employed under informal work arrangements. As such, official estimates of agricultural jobs most likely understate the actual number of individuals in California's agricultural workforce. This is particularly true of MSFWs.

This report provides a best estimate of the number of MSFWs in California in 2022 because data unavailability and limitations preclude making a precise estimate. A seasonal farmworker is defined as an individual who works 149 days or less of the year on a farm. A migrant farmworker is defined as one who travels more than 75 miles to obtain a job in U.S. agriculture. The best estimate relies on official 2022 survey-based agricultural employment estimates, an empirically estimated ratio of actual farmworkers to the number of officially estimated farm jobs in 2021, and findings from the 2019-20 NAWS survey to estimate the number of MSFWs.

MSFWs are typically employed as crop workers, and demand for their labor ebbs and flows with the crop production cycle. Under the North American Industry Classification System (NAICS), crop production jobs are counted in two industries: crop production and farm labor contractors and crew leaders. Whereas crop production jobs are mostly field-based and reported directly by growers, farm labor contractors supply workers to farms, and a job reported by a farm labor contractor may include work done on more than one farm. In 2022, employment in crop production totaled 162,900 jobs, and farm labor contractors reported an additional 155,000 jobs, yielding a combined total of 317,900 crop production jobs in California. Three-quarters (75.1 percent) of all agricultural jobs in California in 2022 were in crop production.

A 2019 study by UC Davis and the EDD-Labor Market Information Division (LMID) compared the number of agricultural workers to the number of officially reported farm jobs in 2016 based on an analysis of the comprehensive wage and employment records maintained by EDD-LMID.[10] The study used social security numbers (SSN) to identify and count the number of workers in agricultural establishments as coded under NAICS. After making adjustments for what appeared to be false or shared SSNs, the study determined that there were 989,500 unique SSNs reported by agricultural establishments in 2016. In contrast, the official EDD estimate was that California had 425,400 agricultural jobs in 2016. Based on these findings, the UC Davis/EDD-LMID study concluded that there were 2.3 agricultural workers for every reported agricultural job in California in 2016. UC-Davis and EDD-LMID subsequently updated the actual farmworker to officially report the job ratio through 2021, but the results had yet to be published at the time this report was written. In 2021, there were 858,700 unique SSNs reported by agricultural establishments and 407,800 officially estimated agricultural jobs in California, yielding a farmworker to job ratio of 2.1. The ratio was also 2.1 in both 2018 and 2019 and 2.2 in 2020.

---

[9]The most current NAWS public use data available are for the 2019-20 period. They may be accessed on the DOL Website at: https://www.dol.gov/agencies/eta/national-agricultural-workers-survey .
[10] Martin P, Hooker B, Stockton M. 2019. Ratio of farmworkers to farm jobs in California increased to 2.3 in 2016. Calif Agr 73(2):73-78. https://doi.org/10.3733/ca.2019a0002.

Assuming that most MSFWs are primarily crop workers employed by growers and farm labor contractors, the estimated number of MSFWs in California in 2022 was calculated as follows:

In 2022, the reported number of crop production and farm labor contractor jobs totaled 162,900 and 155,000, respectively, for a total of 317,900 jobs in crop production.  Assuming there were 2.1 farmworkers for every officially estimated job, this implies that there were 667,600 crop workers in California in 2022.

Analysis of the 2019-2020 NAWS public use data indicated that 12.7 percent of California farmworkers reported that they engaged in farm work on a year-round (365 days) basis, and 42.2 percent reported they did so for four-fifths of the year (292 days) or more.  Over four-fifths (81.5 percent) of California farm workers reported they engaged in farm work for half of the year (183 days) or more.  In contrast, less than one-fifth of California farmworkers (18.5 percent) reported they engaged in farm work for less than half of the year, and 12.3 percent met the 149 days or less criterion for seasonal work.  Of these seasonal workers, 27.9 percent were migrants.[11]

Applying the NAWS-derived estimated shares of crop workers who were seasonal to the estimated number of crop workers in 2022 yields an estimate that there were approximately 82,100 seasonal farm workers in California in 2022, of whom 22,900 were migrant workers.

Table 8 summarizes the estimated calculations of MSFWs and their share of jobs in California in 2022.

*Table 8: Estimated Number of MSFWs in California in 2022*

(Estimates are rounded to the nearest hundred.)

| | |
|---|---|
| **Total Jobs in Crop Production (Official Estimates)** | **317,900** |
| Assumed Farmworkers to Job Ratio | 2.1 |
| **Estimated Number of Crop Workers in California** | **677,600** |
| Share of Farmworkers Who Work Seasonally (NAWS) | 12.3% |
| **Estimated Number of Seasonal Farmworkers in California** | **82,100** |
| Share of Farmworkers Who Are Migrants (NAWS) | 27.9% |
| **Estimated Number of Migrant Farmworkers in California** | **22,900** |

Source: EDD-LMID

**Note**: *Seasonal and migrant shares as reported or calculated based on 2019-2020 NAWS survey data.*

---

[11] According to the 2019-20 NAWS, migrants made up 11.8 percent of all California farmworkers.

**Outreach Activities**

*The local offices' outreach activities must be designed to meet the needs of MSFWs in the State and to locate and contact MSFWs who are not being reached through normal intake activities.*

The EDD operates an MSFW Outreach Program consisting of 27 primary outreach workers located in 29 AJCCs throughout the state. The MSFW Outreach Program relies on collaborative efforts between the local AJCCs, the MSFW community, and agricultural employers. The outreach workers provide MSFWs with information on the employment services and resources available at local AJCCs, Community-based Organizations (CBOs), and other state and federal agencies serving MSFWs in the area.

The outreach workers spend most of their time in the field performing outreach activities and contacting MSFWs where they live, work, or gather. Typically, MSFWs live in economically depressed locations on the outskirts of cities or in farm homes. Often, the housing infrastructure for MSFWs is inadequate. Therefore, due to the isolation and conditions in which MSFWs live, barriers are created, thereby preventing them from accessing social services, community resources, and employment and training services.

The MSFW outreach worker's responsibilities include:
- *Locate, contact, and inform MSFWs on the full range of employment services available to them in the local AJCC.*
- *Inform MSFWs of the job training opportunities available through the AJCC and local CBOs.*
- *Establish employer contacts and conduct employer visits.*
- *Assist in the placement of MSFWs into agricultural and non-agricultural jobs.*
- *Refer MSFWs to supportive services as needed.*
- *Develop and maintain relationships between AJCCs, MSFWs, public and private community agencies, employers, and NFJP grantees.*
- *Coordinate EDD outreach efforts with public and private community service agencies and MSFW groups.*
- *Make follow-up contacts as necessary.*

The work of the MSFW outreach worker is normally performed outdoors in remote areas in varied weather conditions, around pesticides and machinery. The outreach workers are frequently required to drive on dirt roads off main highways that are often impacted by extreme weather conditions or by irrigated farm fields requiring the use of 4–wheel drive vehicles.

*Describe the State agency's proposed strategies for:*

**Contacting farmworkers who are not being reached by the normal intake activities conducted by the employment service offices.**

By acknowledging that many MSFWs live in isolated areas, the outreach workers are strategic in how they reach MSFWs. The outreach worker collaborates with agricultural employers and conducts outreach efforts to promote the full range of employment, training, referral, and supportive services to MSFWs.  All outreach staff must be multilingual and spend most of their time conducting outreach where MSFWs work, live, and congregate.  Statewide outreach strategies include:

- Utilizing local networks with state, community, and local partners that provide services to MSFWs to identify community events and have a presence to share information and educate MSFWs about resources available to them.
- Statewide, the EDD promotes local coordination with partner agencies to complement efforts to reach the MSFW community.  The collaboration involves working strategically to disseminate resource material focused on educating the farmworker community on topics pertaining labor law, health, safety, and supportive services.
- Strategic and regular collaboration with local non–profit and advocacy organizations occur statewide to ensure we are reaching the MSFW population to adequately address their needs.
- Engaging with MSFWs in a manner that is culturally and linguistically appropriate to meet their needs.

***Providing technical assistance to outreach staff***
*Technical assistance must include training, conferences, additional resources, and increased collaboration with other organizations on topics such as one-stop center services (i.e., availability of referrals to training, supportive services, and career services, as well as specific employment opportunities), the Employment Service and Employment-Related Law Complaint System ("Complaint System" described at 20 CFR 658 Subpart E), information on the other organizations serving MSFWs in the area, and a basic summary of farmworker rights, including their rights with respect to the terms and conditions of employment.*

Technical assistance includes training, conferences, additional resources, and increased collaboration with other organizations on topics such as one-stop center services (e.g., availability of referrals to training, supportive services, career services, as well as specific employment opportunities); the Employment Service and Employment-Related Law Complaint System (Title 20 CFR 658 Subpart E); information on the other organizations serving MSFWs in the area; and a basic summary of farm worker rights, including their rights with respect to the terms and conditions of employment.

The EDD uses all the methods referenced in this section to increase the capacity of its outreach staff.  Additionally, the EDD Foreign Labor and Farmworker Services Group (FLFSG) hosts quarterly conference calls that provide an open forum for representatives from the EDD, workforce partners, and CBOs to discuss the delivery of services, training programs, and technical support to better serve MSFWs. Participants can share best practices, discuss outreach goals for the upcoming quarter, and promote partnerships with state agencies and CBOs.  The Monitor Advocate Office (MAO) and FLFSG obtain feedback to update and enhance

EDD´s policies and procedures.  Keynote speakers are invited to provide information and educational material at each quarterly conference call.

The following are examples of topics discussed during the quarterly conference calls in the last two state PYs:

- The Department of Pesticide Regulation (DPR) provided an overview of its role and responsibilities, including pesticide safety rules for MSFWs, effects of pesticides on an individual's health, and resource material for filing a complaint with DPR.
- The International Rescue Committee (IRC) provided an overview on human trafficking, including its prevalence and impact on the farmworker community, warning signs of someone who is being trafficked, and local resources for survivors and how to refer an individual to IRC for help.
- The Agricultural Labor Relations Board (ALRB) provided an overview of its role and responsibilities, type of complaints it investigates, agricultural worker's rights, and case filing requirements with the ALRB.
- The EDD Disability Insurance Program provided an overview regarding the elements and process for farmworkers filing claims for State Disability Insurance and Paid Family Leave, and an overview of each program and eligibility requirements.
- The Department of Industrial Relations (DIR), Labor Commissioners Office, provided an overview to address the overtime wage changes for all workers and agricultural labor provisions for herders in California.
- The DIR Cal/OSHA provided a training presentation focused on worker protections from wildfire smoke, awareness of health hazards of smoke exposure, and provided safety and informational resources for agricultural employers and workers.

***Increasing outreach staff training and awareness across core programs, including the Unemployment Insurance (UI) program and the training on identification of UI eligibility issues***

The EDD has continued its efforts to increase outreach workers' awareness of core programs by completing the following:

- Providing training on core programs, including California Training Benefits, UI, Trade Adjustment Assistance, Veteran's programs, and Youth and Dislocated Worker programs.
- Developing and providing two-hour training on the UI program.  The training included UI claim filing eligibility basics, UI claim management, maneuvering UI's public facing computer system, and understanding notices sent to claimants.  The UI training also included requirements to seek work and the results of non–compliance.
- The State Workforce Agency (SWA) obtained access to the UI Direct phone line by adding the outreach worker's cell phone number to the list of authorized phone numbers.  This effort is a victory for the farmworker population because it expands the access point for UI Direct and allows outreach workers to provide meaningful assistance when they encounter farmworkers with complicated UI claims.

***Providing outreach staff professional development activities to ensure they are able to provide high-quality services to both jobseekers and employers***

The state will use professional development activities that increase cultural and linguistic-related competencies for outreach staff to ensure they are able to provide high-quality services to both job seekers and employers.  These training activities will enable staff to assist MSFW job seekers with knowing and improving their skills, obtaining the best job possible, and progressing in a Career Pathway.  Furthermore, these training activities will provide employers with access to qualified candidates and strengthen their businesses.  Staff will be provided with the required information about core programs, including UI, and hear a consistent message regarding expected levels of performance, service delivery and service quality.

In PY 2022-23, the SWA provided multiple trainings and published Internal Administrative Notices to provide technical assistance to help Significant MSFW AJCCs reduce and/or eliminate obstacles to achieve compliance with State and federal mandates.  The delivery methods of these trainings include, but are not limited to, virtual training, workshops, seminars, on–the–job training, and web-based training sponsored by the DOL ETA as listed below:
- MSFW 101 Training Module
- Agricultural Outreach Workers Training Module
- State Monitor Advocate Roles and Responsibilities Training Modules
- Employment Service Complaint System
- Create Effective Outreach Strategies for Farmworkers, Employers, and Stakeholders.
- Youth in Agriculture: Serving Young Farmworkers
- Provide Exemplary Customer Service to Farmworkers - Perform Better on the Job Series.
- Labor Trafficking in U.S. Agriculture: Information to Help Employment Service Staff Respond to Potential Trafficking
- Disaster Preparedness and Response: Serving Farmworkers: Part 1 and 2

The trainings provided by the EDD and partner agencies include:
- Housing and Employment Discrimination Training provided by the Civil Rights Department
- MSFW Outreach Program Overview
- Housing Inspection 101 Labor Certification Process provided by U.S. DOL
- MSFW Service Level Indicator Training Modules
- Heat and Illness Prevention training provided by DIR Cal/OSHA

Office managers in the Significant MSFW AJCCs continue to provide on-going training and development for staff regarding employment services through its core curriculum serving the public and marketing EDD services.  There are also training and community vendor services available to MSFWs and employers to better support outreach worker responsibilities in the field.  The FLFSG assists in providing technical support and guidance to support managers and outreach staff on State and federal regulations pertaining to MSFW outreach.

***Coordinating outreach efforts with NFJP grantees as well as with public and private community service agencies and MSFW groups***

Other outreach efforts include partnering with La Cooperativa Campesina de California (La Cooperativa), a statewide association of service providers operating WIOA Title I Section 167 and Community Services Block Grant MSFW service programs.  La Cooperativa's Board of Directors consists of NFJP grantees, which include the Center for Employment Training, California Human Development Corporation, Central Valley Opportunity Center, County of Kern Employer's Training Resource, and Proteus, Inc.  These NFJP grantees currently operate 66 service centers, including mobile service units and other service access sites throughout 31 counties in California, offering comprehensive services to rural, agricultural regions.  The services provided include education and ES, supportive services, emergency and disaster services, and advocacy and awareness.  In 2020, West Hills Community College District was announced by DOL as a new NFJP grantee.

Since the services offered by NFJP grantees focus on increasing self–sufficiency and protecting farm workers in local communities in which they live, and with partners who are trusted within the community, they are able to achieve much higher rates of participation within this traditionally hard–to–reach population.  West Hills Community College District (WHCCD) is an NFJP grantee offering support to students with farmworker backgrounds.  The goal of WHCCD is to empower and support farmworkers and their families in achieving their educational and career goals.  In 2021, Service, Employment, and Redevelopment (SER) Jobs for Progress National, Inc. was announced by the DOL as a new NFJP grantee, bringing California's NFJP grantees to seven.

The MAO has been working on an umbrella Memorandum of Understanding (MOU) with all seven NFJP grantees.  The EDD and the NFJP grantees have come to an agreement; a final agreement will be sent for signature in the Summer of 2024.

The EDD will continue to pursue and promote more collaborative co–enrollment policies between WIOA Title I Section 167 providers and other WIOA funded programs that will assist the WIOA Title I Section 167 network in providing their mutual farmworker customers with an enhanced and accessible range of services.  This effort will be augmented by the mutual use of the state's CalJOBS system.

To expand the MSFW outreach efforts throughout the state of California, the EDD annually awards the Campesino de California Outreach Grant - Radio Media, using $100,000 in Wagner-Peyser 10 Percent discretionary funds to provide information to MSFWs and their families using radio and media strategies.  In PY 2022-23, La Cooperativa Campesina de California received a Wagner-Peyser 10 Percent discretionary grant to create and broadcast 24 semi-monthly, 30-minute hosted radio talk show programs in Spanish and recorded in video format media.  These efforts are aimed at reaching domestic and foreign MSFWs and their families to provide timely information about various programs, benefits, and services offered through the EDD and their partners.

The partnership with La Cooperativa and NFJP grantees helps to enhance our footprint in the agricultural communities where the personal touch and one–on–one engagement with MSFWs is limited.  Thus, it requires educating partners within the workforce development system on the needs and best strategies to increase MSFW participation at the Significant MSFW AJCCs.

**Services provided to farmworkers and agricultural employers through the one-stop delivery system.**

Describe the State agency's proposed strategies for:

> (i) *Providing the full range of employment and training services to the agricultural community, both farmworkers and agricultural employers, through the one-stop delivery system.  This includes:*
> (ii) *How career and training services required under WIOA Title I will be provided to MSFWs through the one-stop centers; and*
> (iii) *How the State serves agricultural employers and how it intends to improve such services.*

The EDD has been able to successfully serve the agricultural community through an outreach program designed to serve both MSFWs and agricultural employers.  The primary responsibility of the outreach worker is to locate and contact MSFWs who are not being reached by the normal intake activities conducted by the Significant MSFW AJCCs.  The outreach workers search for MSFWs throughout the state, especially in rural areas where they live, work, and gather, to present the services in a language readily understood by them.  In addition, AJCC partners commit to offer services to adults with barriers to employment, including English Language Learners who face cultural barriers, including eligible MSFWs.  The responsibilities of an outreach worker, along with applicable career services guaranteed under WIOA Title I partners collocated at the AJCC, include:

- Educating MSFWs of their rights with respect to terms and conditions of employment.
- Informing MSFWs about the Employment Services Complaint System and helping with filing a complaint.
- Developing and maintaining relationships with MSFWs, public and private community agencies, MSFW groups, and employers.
- Coordinating outreach efforts with MSFW community service providers, including WIOA Title I Section 167 providers and State agencies such as the multilingual labor rights mobile caravans to directly inform farmworkers about workplace protections.
- Assisting MSFWs with job search and placement, initiating job development contacts, and referrals to supportive services.
- Assisting with the completion of the CalJOBS registration, resume, job applications, and other documents as needed.
- Conducting follow–up interviews with reportable individuals to ensure service or training was received, as well as post-employment follow-up services and support.
- Assisting MSFWs with making appointments and arranging transportation.

- Providing assistance with obtaining UI benefits, information on the California Training Benefits program, and referrals to specific employment opportunities if MSFWs are unemployed.
- Providing information regarding employment opportunities that may be available, including any available H–2A agricultural job orders.
- WIOA Title I partners help promote the English Language Learner grant from EDD that focuses on farmworkers.
- The California Farm Labor Contractor Association and Ventura College have an Agricultural Field Supervisor training program for farmworkers. Both the AJCC and Center for Employment Training refer participants to these programs.
- Informing employers how the AJCC can assist with the ARS and conducting agricultural recalls as needed by employers.

Staff from WIOA Title I Section 167 providers collaborate with the EDD to provide MSFWs with a comprehensive list of services designed to place them into full–time, non–seasonal employment or provide placement assistance in agricultural occupations offering higher wages. Agricultural employers and MSFWs receive additional services from the Agricultural Business Representatives (ABR). The ABRs complete housing inspections for agricultural employers that use the H-2A Program to ensure employers are providing adequate housing to MSFWs. Additionally, the ABRs conduct field checks of H-2A employers to ensure employers follow the terms and conditions of their work contracts.

_Services to Agricultural Employers_

The EDD recognizes the importance of the agricultural industry in California and has devoted resources to meet the labor needs of agricultural employers and MSFWs. Funding for agricultural services comes from Wagner–Peyser and Foreign Labor Certification (FLC) funds granted to the states annually. The FLC funds are provided by DOL to California to process foreign labor application requests, conduct housing inspections, agricultural prevailing wage, prevailing practice surveys, and collect agricultural crop and labor information.

California also provides labor exchange services for agricultural employers. These services target the specific needs of the agricultural workforce by using one or more of the following services provided by CalJOBS:

- Generate CalJOBS letters that enable staff to create and send formatted letters to job seekers who are registered in CalJOBS regarding job opportunities and targeted recruitment letters.
- Employer self–service options to update their company profiles, post and update recruitments, conduct resume searches, and contact qualified job seekers.
- Perform recruitment activities to find and refer qualified MSFWs to fill the labor needs of agricultural employers at least 30-60 days before the start of the harvest season.
- Conduct mass job referrals electronically through CalJOBS.
- Assist with resume searches and ES office staff mediated services that encourage agricultural employers to publish their job openings using CalJOBS to fill their job openings.

- Provide labor market information such as data on supply and demand, salaries, training requirements, new and emergent occupations, and industry growth.
- Provide Rapid Response services due to plant closure or mass layoffs.  These services are offered to workers at the employer's job site and include information on assistance that can be provided at the AJCCs.
- Participate in employer forums to provide education on the H-2A Temporary Agricultural Employment Program and information pertaining to employer-provided housing.

### _Marketing the Complaint System to farmworkers and other farmworker advocacy groups._

Information on the Employment Services Complaint System is an integral part of the outreach workers' educational toolkit and is constantly shared with the MSFWs and the advocacy organizations the outreach workers interact with regularly.  Per Title 20 CFR 658.410(g), the EDD staff in the Significant MSFW AJCCs receive training on the Employment Services Complaint System.  As of August 2021, the MAO revised the Employment Services Complaint System Manual and continues to provide ongoing technical assistance to the system´s users to ensure compliance during annual on-site monitoring reviews.  An internal team site was also created to allow staff to view training modules, pertinent forms and instructions, and webinars.  The WorkforceGPS training modules are among the various trainings available on this site.

In accordance with TEGL 8-17, the MAO has established a MOU with NFJP grantees to establish an on-going liaison and meet on a quarterly basis to receive input on improving the conditions of the coordination of services for MSFWs.  Additionally, the MOU includes efforts to refer any complaints or apparent violations to the nearest AJCC EDD complaint specialist that serves agricultural employers and assists in referrals of alleged violations to enforcement agencies.  The goal of the MOU is to create a partnership in order to facilitate outreach worker contacts, job referrals, and the provision of services between the AJCCs and NFJP grantees to help ensure MSFWs have meaningful access to services in a way that meets their unique needs.

### _Marketing the Agricultural Recruitment System for U.S. Workers (ARS) to agricultural employers and how it intends to improve such publicity._

The ARS is a nationwide recruitment and referral system that brings together job seekers and employers who are seeking U.S. workers to perform farmworker on a temporary, less than a year-round basis.  The ARS can be used to systematically move workers within a state and from other states when there is an anticipated shortage of agricultural workers.  The process is less time-consuming and more cost-effective for employers that use the H–2A Program.

The EDD staff in the Significant MSFW AJCCs will market and recruit eligible job seekers in the local labor market area during their daily general activities at the AJCCs, as well as during outreach activities to MSFWs. Staff will receive training and continue to provide the following services:

- _Display the job announcement in English and Spanish in the lobby area, job board, binder, or other visible location where it is accessible to job seekers._

- *Share the job announcement with local partners and CBOs.*
- *Share the job order with MSFW outreach staff to promote the job announcement where MSFWs work, live, and gather.*
- *Conduct an Advanced Resume Search in CalJOBS to identify potential job seekers and send a job opportunity notification through CalJOBS to the list of potential job seekers.*

### Other Requirements

#### Collaboration

*Describe any collaborative agreements the State Workforce Agency (SWA) has with other MSFW service providers, including NFJP grantees and other service providers. Describe how the SWA intends to build upon/increase collaboration with existing partners and establish new partners over the next four years (including any approximate timelines for establishing agreements or building upon existing agreements).*

The EDD has implemented on-going efforts to strengthen its collaborative efforts with advocacy agencies, including the Consulate General of Mexico, Sacramento, to leverage referrals and conduct meaningful outreach in the fields. The MAO, in conjunction with the Labor and Workforce Development Agency, has been working on a MOU with all 10 Mexican Consulates in California. The agreement is in its final stages, and a signing ceremony will be scheduled. The MOU will help cross-train staff and help with service delivery to Mexican Nationals who work in the agricultural industry.

The EDD will continue building on these relationships and agreements and develop new relationships over the next two years through the following:

- *Continue working with our NFJP partners to strengthen and improve how we serve our immigrant and limited English proficient populations, including increasing co-enrollment between both WIOA Title I and Wagner-Peyser by using the CalJOBS case management system to track, manage, and report on MSFWs.*
- *Provide additional WIOA discretionary resources to develop California's capacity to serve MSFWs and other limited English proficient populations.*
- *Participate in convening stakeholders with specialized expertise in serving immigrants and/or persons with limited English language proficiency to identify and develop partnerships with immigrant rights organizations.*
- *Participate in statewide caravan campaign initiatives alongside CBO partners and state agencies that are focused on educating farmworkers about their rights and protections.*
- *Participate in the Annual Mexican Consulate Labor Rights Week events statewide to provide information on employment services, supportive services, and labor rights.*
- *Collaborate with Migrant Camps operated by the Office of Migrant Services, which provide safe, decent, and affordable seasonal rental-housing and support services for migrant farmworker families during the peak harvest season. The outreach workers will visit the Migrant Camps and provide information to MSFWs to ensure MSFWs receive equal and timely services.*

- *Participate in job fairs and health and wellness fairs, which offer health screenings from various clinics. The fairs also let families know of the many services and resources provided in their local areas by multiple agencies.*
- *Collaborate with the UC Davis Western Center for Agricultural Health and Safety, which seeks to improve the health and safety of agricultural workers in the West through innovative research, interactive trainings, and tailored outreach.*
- *Collaborate with the California Rural Legal Assistance, Inc. (CRLA), a nonprofit law firm to provide free civil legal services to low-income residents of California's rural counties.*
- *Collaborate with partner agencies and CBOs to participate in Farmworker Appreciation events. Provide information on the community, employment, career, training, agricultural worker rights, and safety.*

*<u>Review and Public Comment</u>*

*In developing the AOP, the SWA must solicit information and suggestions from NFJP grantees, other appropriate MSFW groups, public agencies, agricultural employer organizations, and other interested organizations. In addition, at least 45 calendar days before submitting its final AOP, the SWA must provide a proposed plan to NFJP grantees, public agencies, agricultural employer organizations, and other organizations expressing an interest and allow at least 30 days for review and comment. The SWA must:*

1. *Consider any comments received in formulating its final proposed AOP,*
2. *Inform all commenting parties in writing whether their comments have been incorporated and, if not, the reasons; therefore, and*
3. *Transmit the comments and recommendations received and its responses with the submission of the AOP.(i) The AOP must include a statement confirming NFJP grantees, other appropriate MSFW groups, public agencies, agricultural employer organizations, and other interested employer organizations have been given an opportunity to comment on the AOP. Include the list of organizations from which information and suggestions were solicited, any comments received, and responses to those comments.*

EDD will solicit AOP feedback from our NFJP grantees, MSFW groups, public agencies, agricultural employer organizations, farmworkers, employers, and other interested parties. The EDD will archive communication soliciting feedback from all stakeholders and will provide documentation verifying this solicitation upon request to avoid providing a long list that would unnecessarily extend this document.

*<u>Data Assessment</u>*

*Review the previous four years' Wagner-Peyser Act data reports on performance. Note whether the State has been meeting its goals to provide MSFWs quantitatively proportionate services as compared to non-MSFWs. If it has not met these goals, explain why the State believes such goals were not met and how the State intends to improve its provision of services in order to meet such goals.*

The State has historically met the Wagner–Peyser performance goals to provide qualitatively equivalent and quantitatively proportionate services to MSFW as compared to services provided to non–MSFWs.

A review of the past four years of Wagner–Peyser data reports indicates that the EDD met six out of eight equity ratio indicators for PY 2021-22 and PY 2022-23.  The EDD did not meet the Received Staff-Assisted Career Guidance Services and the Received Individualized Career Service indicators in both PYs.  However, the EDD will continue to ensure that MSFWs continue to receive qualitatively equivalent and quantitatively proportionate services at significantly greater rates than non-MSFWs.

The EDD is also required to meet the minimum service level indicators to encourage the provision of more services to MSFWs and to prevent a reduction of these services by Significant MSFW States.  The minimum service level indicators were established to ensure that MSFWs receive equitable employment services.  As a Significant state, California met the requirement of meeting at least four of the minimum service level indicators.  During PY 2022-23, the EDD met four out of the seven minimum services level indicators.  However, the EDD did not meet individuals placed in long-term non-agricultural jobs, median earnings of individuals in unsubsidized employment, and field checks.

The EDD has taken an active role to ensure compliance in tracking services to MSFWs and all job seekers.  The EDD has trained  staff and AJCC partners on the use of CalJOBS and has created comprehensive  tools on the CalJOBS service codes.  On August 2022, the EDD MAO and FLFSG collaborated in the facilitation of a training on the MSFW Service Level Indicators Report.  The training agenda included basic knowledge of the report layout, tracking elements, reporting timelines, and the implication of accurately documenting activities and services.

*Assessment of Progress*

*The plan must include an explanation of what was achieved based on the previous AOP, what was not achieved, and an explanation as to why the State believes the goals were not achieved, and how the State intends to remedy the gaps of achievement in the coming year.*

The DOL ETA requires that states ensure equity of services for MSFWs and non-MSFWs.  The MAO ensures MSFWs continue to receive qualitatively equivalent and quantitatively proportionate services similar to non-MSFWs by monitoring the equity ratio indicators on all service outcomes tracked for regular job seekers, including MSFWs.

Due to the COVID-19 pandemic, there was a big impact on the MSFW program services and outreach activities.  However, through it all, the FLFSG provided guidance through trainings and resources for MSFW program staff to ensure that MSFWs received equitable services.  In PY 2022-23, the number of MSFW contacts increased and reached levels of pre-pandemic.  This is significant as it demonstrates that outreach staff are visiting the living, working, and gathering areas of MSFWs and providing them with information about job opportunities, farmworker labor rights and supportive services available.  However, the state must still work on ensuring

that all MSFWs receive equitable services, and as a Significant state, we are required to meet all eight equity ratio indicators. The FLFSG, along with the MAO, have provided trainings on the MSFW Service Level Indicators report in 2022, but to reach the goal of meeting all equity ratio indicators, these types of trainings must be conducted annually. Additional trainings and guidance will be provided, specifically on indicators that are not being met or that are at the borderline of not meeting equity. In addition, annual trainings will ensure that new staff are trained on how to properly document and report the services they provide to MSFWs.

A summary of the recent data analysis in comparing PY 2021-22 to PY 2022-23 includes the following:

- ***Received Basic Career Services (Staff-Assisted):*** *In PY 2022-23, the number of staff-assisted services decreased for MSFWs by 231 compared to the 14,690 captured in PY 2021-22.*
- ***Received Staff-Assisted Career Guidance Services:*** *In PY 2022-23, the number of MSFWs receiving career guidance services increased by 1,024 compared to the 11,549 captured in PY 2021-22. However, EDD did not meet the equity ratio indicator.*
- ***Received Staff-Assisted Job Search Activities:*** *In PY 2022-23, the number of MSFWs receiving staff-assisted job search activities increased by 187 compared to the 10,748 captured in PY 2021-22.*
- ***Referred to Employment:*** *In PY 2022-23, the number of MSFWs referred to employment decreased by 457 compared to the 7,806 captured in PY 2021-22. However, the EDD did meet the equity ratio indicator.*
- ***Received Unemployment Insurance (UI) Claim Assistance:*** *In PY 2022-23, the number MSFWs receiving UI claim assistance increased by 653 compared to the 9,780 captured in PY 2021-22.*
- ***Referred to Federal Training:*** *In PY 2022-23, the number of MSFWs referred to federal training decreased for MSFWs by 46 compared to the 5,139 captured in PY 2021-22. However, the EDD did meet the equity ratio indicator.*
- ***Referred to Other Federal /State Assistance:*** *In PY 2022-, the number of MSFWs referred to other federal/state assistance decreased for MSFWs by 135 compared to the 10,344 captured in PY 2021-22. However, the EDD did meet the equity ratio indicator.*
- ***Received Individualized Career Service:*** *In PY 2022-23, the number of MSFWs receiving individualized career services decreased for MSFWs by 496 compared to the 11,654 captured in PY 2021-22. The EDD did not meet the equity ratio indicator.*

*State Monitor Advocate*

*The plan must contain a statement confirming the State Monitor Advocate has reviewed and approved the AOP.*

The state MAO reviewed the 2023 submission of the AOP and provided valuable feedback in compiling the final draft. This update was included in the final AOP and approved by the state MAO. The EDD is awaiting comments and recommendations from La Cooperativa and NFJP

grantees.  The comments and suggestions received will be reviewed, addressed, and considered before incorporating into the final AOP.



# Unified Strategic Workforce Development Plan

## Program Specific Requirements for Title IV Programs 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

---

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

Vocational Rehabilitation Portion of WIOA State Plan for the State of California........................................4

(a) State Rehabilitation Council ........................................................................................................4

(b) Comprehensive Statewide Needs Assessment ........................................................................ 11

    Disability Type........................................................................................................................ 11

    Race ........................................................................................................................................ 11

    Subminimum Wage ................................................................................................................ 11

    Survey Results for MSD and SE – Consumer Survey............................................................... 12

    Themes .................................................................................................................................... 12

    English Learners...................................................................................................................... 13

    Formerly Justice-Involved ...................................................................................................... 14

    Foster Youth ........................................................................................................................... 14

    Homeless/Unhoused .............................................................................................................. 14

    Behavioral Health Disability................................................................................................... 15

    Counselor Survey.................................................................................................................... 15

    Key Informant Interviews ....................................................................................................... 15

    Themes .................................................................................................................................... 16

    California Educational Attainment.......................................................................................... 17

    California Wage Information ................................................................................................... 17

    California Labor Force by Industry.......................................................................................... 17

    Occupational Information....................................................................................................... 17

    Themes .................................................................................................................................... 18

    Population of Youth Receiving CDOR Services ....................................................................... 19

    Gender .................................................................................................................................... 20

    Race ........................................................................................................................................ 20

    Youth Experiencing Additional Barriers ................................................................................. 20

    Themes .................................................................................................................................... 21

    Statewide CRP Availability...................................................................................................... 21

    Consumers Receiving CRP Services ........................................................................................ 21

    Counselor Survey Results ....................................................................................................... 22

    Themes .................................................................................................................................... 22

(c) Goals, Priorities, and Strategies................................................................................................ 22

(d) Evaluation and Reports of Progress: VR and Supported Employment Goals............................ 28

(e) Supported Employment Services, Distribution of Title VI Funds, and Arrangements and Cooperative Agreements for the Provision of Supported Employment Services ........................ 38

(f) Annual Estimates ........................................................................................ 50

(g) Order of Selection ........................................................................................ 51

(h) Waiver of Statewideness ............................................................................. 53

    Transition Partnership Programs ................................................................... 54

    WorkAbility II Cooperative Programs ............................................................. 57

    WorkAbility III Cooperative Programs ............................................................ 57

    WorkAbility IV Cooperative Programs ............................................................ 58

    Mental Health Cooperative Programs ............................................................ 58

(i) Comprehensive System of Personnel Development ........................................ 59

(j) Coordination with Education Officials ............................................................ 71

(k) Coordination with Employers ....................................................................... 80

(l) Interagency Cooperation with Other Agencies ............................................... 83

Vocational Rehabilitation Certifications and Assurances ...................................... 93

    CERTIFICATIONS .......................................................................................... 93

    ASSURANCES............................................................................................... 94

## Vocational Rehabilitation Portion of WIOA State Plan for the State of California

Program-Specific Requirements for Vocational Rehabilitation

The Vocational Rehabilitation (VR) Services Portion of the Unified or Combined State Plan* must include the following descriptions and estimates, as required by section 101(a) of the Rehabilitation Act of 1973, as amended by WIOA:

* Sec. 102(b)(D)(iii) of WIOA

**(a) State Rehabilitation Council**

*All VR agencies, except for those that have an independent consumer-controlled commission, must have a State Rehabilitation Council (Council or SRC) that meets the criteria in section 105 of the Rehabilitation Act. The designated State agency or designated State unit, as applicable, has (select A or B):*

☐ (A) is an independent State commission.

☑ (B) has established a State Rehabilitation Council.

*In accordance with Assurance 3(b), please provide information on the current composition of the Council by representative type, including the term number of the representative, as applicable, and any vacancies, as well as the beginning dates of each representative's term.*

| Council Representative | Current Term Number/ Vacant | Beginning Date of Term Mo./Yr. |
|---|---|---|
| Statewide Independent Living Council (SILC) | Vacant | |
| Parent Training and Information Center | 2 | Sept 2022 |
| Client Assistance Program | 1 | October 2021 |
| Qualified Vocational Rehabilitation (VR) Counselor (Ex Officio if Employed by the VR Agency) | 1 | Sept 2023 |
| Community Rehabilitation Program Service Provider | 2 | Sept 2022 |
| Business, Industry, and Labor | 1 | Feb 2023 |
| Business, Industry, and Labor | 1 | March 22 |
| Business, Industry, and Labor | 1 | Sept 2022 |
| Business, Industry, and Labor | Vacant | |
| Disability Advocacy Groups | 1 | Sept 2022 |
| Current or Former Applicants for, or Recipients of, VR services | 1 | Sept 2023 |
| Section 121 Project Directors in the State (as applicable) | Vacant | |
| State Educational Agency Responsible for Students with Disabilities Eligible to Receive Services under Part B of the Individuals with Disabilities Education Act (IDEA) | Vacant | |
| State Workforce Development Board | 1 | Oct 2023 |

| Council Representative | Current Term Number/ Vacant | Beginning Date of Term Mo./Yr. |
|---|---|---|
| VR Agency Director (Ex Officio) | 4 | Sept 2022 |

***If the SRC is not meeting the composition requirements in section 105(b) of the Rehabilitation Act and/or is not meeting quarterly as required in section 105(f) of the Rehabilitation Act, provide the steps that the VR agency is taking to ensure it meets those requirements.***

The California SRC is comprised of active, diverse, and dedicated members. The SRC has a proven track record of holding consistent quarterly meetings and subcommittee meetings. Throughout the year, CDOR leadership and the SRC Executive Officer engage in ongoing, broad recruitment efforts, which include (but are not limited to):

- Soliciting recommendations from the California Department of Rehabilitation (CDOR) leadership, business specialists, and other subject matter expert staff.
- Networking and speaking at disability-related conferences and trainings.
- Recruiting at local workforce meetings.
- Following up on recommendations and referrals received from individuals who are active in governmental affairs.
- Communicating with fellow advisory bodies, including the California State Independent Living Council, California State Council on Developmental Disabilities, and the California Association of Local Behavioral Health Boards and Commissions.
- Connecting with leaders from state departments, including the California Department of Education, the California Workforce Development Board, and the California Department of Developmental Services.
- Asking current SRC members to share recruitment information with their networks and stakeholder communities.
- Providing SRC membership information in the SRC's Annual Report and on the SRC webpage.

To support the appointment process, the CDOR has an effective and active relationship with the California Health and Human Services Agency (CalHHS) and the Governor's Office. As of April 2024, a candidate for the vacant State Educational Agency representative position has been identified and submitted for consideration. A candidate for the upcoming Client Assistance Program representative vacancy has been identified and will be submitted for consideration. Active, open recruitment is taking place for the vacant Business, Industry, and Labor and Section 121 Project Director representative positions. To meet the SRC's federally required membership composition, new appointments for these vacant positions are anticipated by the end of 2024 and are made at the discretion of the Governor. The SRC looks forward to welcoming several new members as opportunities become available. An updated roster of current SRC members is available online at https://dor.ca.gov/Home/SrcMembership.

***In accordance with the requirements in section 101(a)(21)(A)(ii)(III) of the Rehabilitation Act, include a summary of the Council's input (including how it was obtained) into the State Plan and any State***

***Plan revisions, including recommendations from the Council's annual reports, the review and analysis of consumer satisfaction and other Council reports.***

The SRC and CDOR partner together to carry out the Rehabilitation Act to maximize the employment and independence of individuals with disabilities. The ongoing collaboration between the SRC and CDOR on the VR Services Portion of the State Plan is an essential component of this partnership. The SRC and CDOR's Planning Unit meet quarterly to review, discuss, and evaluate CDOR's progress in meeting the State Plan goals and priorities.

In the Fall of 2023, the SRC members and CDOR senior leaders held interactive sessions during public meetings on November 13, 2023, and November 30, 2023, to jointly develop, review, and agree to the priorities and goals for the VR Services Portion of the 2024-2027 Unified State Plan as listed in Description C. During these sessions, SRC members had the opportunity to ask questions, discuss the proposed priorities and goals, and provide input. The SRC's input, which was incorporated by the CDOR, included suggestions to connect with the California Reducing Disparities Program, serve individuals with behavioral health disabilities, and provide CDOR staff with unconscious bias, customer service, and diversity training. The SRC voted to approve the 2024 – 2027 priorities and goals on November 30, 2023. In addition to the Fall 2023 interactive sessions, the SRC's policy recommendations adopted over the past terms have broadly guided and informed the development of the State Plan. These recommendations were the result of many productive and active discussions between the SRC, CDOR, and other stakeholders and reflected the SRC's efforts to review, analyze, and advise CDOR on the performance and effectiveness of California's VR program. These policy recommendations included the following:

SRC Recommendation 2021.4 – Work Incentive Planning Information

The SRC recommends that CDOR expand consumers' access to Work Incentive Planning (WIP) information and services by providing WIP information and services so the consumer can make an informed choice. WIP services should be consistent throughout California in the following ways:

1. Before, during, and after the consumer's individualized plan for employment is written.
2. Virtually through online materials and a recorded video that provides an overview of work incentive information and an explanation of CDOR WIP services. (Materials and video must meet website accessibility requirements)
3. Provide WIP information to family members of consumers who may be impacted.

SRC Recommendation 2022.1 – Transportation Regulations

To address consumers' transportation challenges, CDOR should review its transportation regulations to determine what areas should be retained, modified, or removed. Areas for consideration include:

- Increasing the consumer-owned vehicle usage paid amount of fifteen cents ($0.15) per mile, or twenty cents ($0.20) for adapted vans.
- Ensuring consumers can financially assume the cost of transportation before closing their record of service.

- Ridesharing methods such as Uber or Lyft can be added as a form of reimbursable transportation.

SRC Recommendation 2022.2 - Working with Local Education Agencies to Increase Awareness of CDOR Services

Issue: Information on CDOR services for students with disabilities should be shared with all teachers, not only teachers in special education. There are students with disabilities who may not qualify for Special Education, including those with 504 plans, who could potentially utilize CDOR services.

Recommendation: To increase awareness that all students with disabilities, including those without an Individualized Education Program (IEP), are eligible for VR services, the CDOR should partner with local education agencies to increase awareness and information to teachers, administration, counselors, parents, and students.

Strategy: Including additional details about CDOR Student Services in secondary transition planning handbooks and resources may be an effective strategy to increase awareness. Examples of these resources include the California Transition Alliance Handbook, the IEP template, the universal referral form, and the California Department of Education website.

SRC Recommendation 2022.3 - Expanding Partnerships between Vocational Rehabilitation and Behavioral Health Agencies

Issue: Local behavioral health agencies could benefit from a state-level partnership model like the Competitive Integrated Employment Blueprint. A formalized process (for example, local partnership agreements) could help enhance services and increase opportunities for employment for individuals with behavioral health disabilities.

Recommendation: To increase and sustain successful employment outcomes for individuals with behavioral health disabilities, the SRC recommends that CDOR develop a blueprint that:

1. Identifies barriers, challenges, and successful programs.
2. Identifies the key stakeholders and leaders on the state and local level.
3. Increases communication, resources, and training for agencies and organizations.

SRC Recommendation 2023.1 – Order of Selection

The SRC recommends that during an order of selection with closed categories, CDOR supports the provision of VR services to individuals who reapply and require services to maintain/retain employment, even though the individual would otherwise be assigned to a waiting list.

The SRC and CDOR continue to collaborate on the Consumer Satisfaction Survey (CSS) and Comprehensive Statewide Needs Assessment (CSNA). To better assess consumer satisfaction and evaluate the effectiveness of the VR Program, the SRC and CDOR finalized and implemented modifications to the CSS instrument in 2020. The new survey has been distributed annually since 2021,

and the SRC is using the results to look at how to improve VR services for Californians with disabilities. In 2022, the results were separated and reported for both VR consumers and Potentially Eligible (PE) participants. In 2023, the PE survey questions were revised to better understand the experience of students. The CDOR presented the results of the 2021 and 2022 CSS to the SRC in Spring 2022 and Summer 2023, respectively, and will present the final results of the 2023 survey showing the three-year trend perspective with the SRC by Summer 2024.

In Spring 2021, the SRC and CDOR developed a plan for the 2021-2023 CSNA. In Winter 2022, SRC and CDOR finalized the qualitative data collection instruments for the CSNA. In the Summer of 2023, SRC and CDOR identified and developed findings for the CSNA. By January 2024, CDOR will publish the final 2021-2023 CSNA report, including the findings and recommendations for CDOR's consideration. Moving forward, the SRC and CDOR will jointly conduct the new triennial CSNA to determine the rehabilitation needs of individuals with disabilities in California. The SRC has provided CDOR staff feedback on the areas of focus for the CSNA topic areas and research goals.

The SRC Annual Report (posted on CDOR's website) provides additional details on the SRC's perspectives and accomplishments.

***Provide the VR agency's response to the Council's input and recommendations, including an explanation for the rejection of any input and recommendations.***

<u>CDOR Response to SRC Recommendation 2021.4</u>

The CDOR appreciates the SRC's recommendations to expand consumers' access to CDOR's WIP information and services. Currently, CDOR Districts provide this service to Potentially Eligible (PE) and VR consumers receiving Supplemental Security Income or Social Security Disability Insurance. PE consumers receive CDOR WIP services either in a group setting as part of financial literacy education or on an individual basis if they are planning for or participating in paid work experience as part of their CDOR Student Services. VR consumers receive CDOR WIP services either in Service-J status, Employed status, or Service status or in their final quarter or semester of training. Some benefits planning services may also be provided during other stages of the VR process through the Work Incentive Planning and Assistance Programs sponsored by Social Security.

CDOR staff will examine current WIP services and assess whether staffing and resources are available to expand WIP services, including providing these services earlier in the consumer's case. Following this examination, the CDOR commits to working with the SRC regarding the development or implementation of possible changes to the provision of this important VR service.

Regarding the SRC's recommendation to provide WIP information to family members, all PE and VR consumers have the right to include family members, other representatives, or advocates at any meeting with CDOR staff, including meetings with Work Incentive Planners. The CDOR will ensure that WIPs and other CDOR staff inform participants that their families and representatives are allowed and encouraged to participate.

CDOR will review currently available online information regarding WIP services, including access to and availability of that information to participants. CDOR will ensure that online information is in plain

language, consumer-focused, accessible to consumers, family members, representatives, stakeholders, and partners, and provides an accurate explanation of CDOR WIP services. CDOR would appreciate the SRC sharing any resources or examples of online materials and recorded videos that provide effective work incentive information.

CDOR looks forward to future conversations with the SRC on this recommendation and will share the results of the analysis and potential next steps in support of the delivery of effective and timely WIP services.

CDOR Response to SRC Recommendation 2022.1

The CDOR thanks the SRC for the recommendation to review the transportation regulations with respect to the consumer-owned vehicle usage paid amount, the consumer's responsibility of financially assuming costs of transportation, and adding alternative modes of transportation such as ridesharing. CDOR staff will analyze the feasibility and requirements necessary to update these regulations and discuss if, where, and how to implement changes, as well as the potential impact on consumers and CDOR. CDOR welcomes future discussions with the SRC about this recommendation, including updates on the analysis and any actions the CDOR will be considering or pursuing regarding regulatory and/or policy changes related to participant transportation. CDOR appreciates the SRC's partnership and is looking forward to these future conversations.

CDOR Response to SRC Recommendation 2022.2

The CDOR appreciates the SRC's recommendation and strongly agrees that communication, awareness, and outreach are essential components of ensuring that all students who can benefit from CDOR Student Services are aware of – and can effectively access – these services. The CDOR conducts ongoing outreach to LEAs and schools serving potentially eligible students with disabilities ages 16-21. Each California school district has an assigned CDOR liaison. CDOR field leadership ensures that at least annually, all liaisons reach out to their contacts, including superintendents, special education directors, program coordinators, principals, and community college disabled student program directors. CDOR liaisons share information about Pre-Employment Transition Services for students with identified disabilities with or without an IEP or 504 plan. CDOR school district liaisons provide their contact information and offer to meet with the school contact to answer questions or provide additional information. They also will present to students, parents, teachers, and staff as requested. In addition, CDOR leadership and staff regularly engage with agencies that work with foster youth, workforce development boards, local partnership agreement partners, regional centers, and other stakeholders who can share information within their own networks about CDOR Student Services.

The CDOR welcomes collaboration with the California Transition Alliance and will request that additional information on CDOR Student Services be incorporated into their *Transition Planning: The Basics* handbook. The CDOR will connect with the SRC's California Department of Education (CDE) representative to discuss the next steps for adding more information on CDOR Student Services to the IEP template, the universal referral form, and the CDE website.

CDOR plans to significantly increase the number of youth who receive CDOR Student Services by increasing outreach efforts, scaling up existing initiatives, and pursuing cross-system collaboration

opportunities. CDOR's vision is that all youth with disabilities leave high school with either a family-sustaining wage, are actively engaged in post-secondary education or training, or are receiving employment services through CDOR's VR program.

CDOR Response to SRC Recommendation 2022.3

CDOR agrees with the recommendation's overarching goal "to increase and sustain successful employment outcomes for individuals with disabilities" and is developing a statewide, locally driven initiative that includes a framework that is largely responsive to the three listed elements in the SRC's recommendation above.

CDOR's behavioral health services initiative was developed with the understanding that broad reform efforts, led by Governor Newsom and supported by CalHHS, are underway to align systems, increase coordination, and modernize and expand behavioral health services. CDOR's initiative was informed by the efforts of Governor Newsom's Behavioral Health Task Force, which has provided CDOR with the ability to identify and connect with key stakeholders, including people living with behavioral health conditions, family members, advocates, providers, health plans, counties, and state agency leaders.

CDOR's initiative is founded on the understanding that employment serves to support behavioral health prevention, intervention, and recovery. The initiative's efforts are centered on the CDOR's equity workforce impact goal, which specifically focuses on behavioral health and employment. The goal is intended to improve employment outcomes and earnings for people living with behavioral health conditions, with a focus on equity, with four specific targeted goals for individuals with behavioral health disabilities:

1. Universally increase employment outcomes from 44% to 55%.
2. Universally increase quarterly median earnings for all to $7,000.
3. Ensure that Black or African American participants also see an increase in quarterly median earnings of $7,000.
4. Ensure Hispanic participants also see an increase in quarterly median earnings to $7,000.

In support of this initiative and to achieve these equity workforce impact goals, CDOR's Regional Directors have been actively connecting with key leaders at the local and regional levels to increase partnerships with local behavioral health agencies and service providers.

CDOR looks forward to sharing the Department's framework, which addresses the three elements in this recommendation, for our equity workforce impact goal initiative with the SRC when these are finalized.

CDOR Response to SRC Recommendation 2023.1

The CDOR appreciates the SRC's thoughtful deliberation regarding this issue and agrees with the SRC's recommendation. The CDOR has a long-standing history of effectively managing resources and equitability serving eligible individuals with disabilities. Although not necessary at this time, should CDOR need to implement an Order of Selection with closed categories in the future, CDOR will re-engage with the SRC to discuss how to operationalize this recommendation.

**(b) Comprehensive Statewide Needs Assessment**

**Section 101(a)(15), (17), and (23) of the Rehabilitation Act require VR agencies to provide an assessment of:**

**1.  The VR services needs of individuals with disabilities residing within the State include:**

**A.  Individuals with the most significant disabilities, including their need for supported employment services**

The latest triennial Comprehensive Statewide Needs Assessment (CSNA) was submitted on January 5, 2024. The next cycle is due for completion by December 31, 2026.

Over the past three state fiscal years, individuals with most significant disabilities (MSD) represented an average of 31.6% of all new applicants who received vocational rehabilitation (VR) services from CDOR, and an average of 27.9% of those consumers received supported employment (SE) services.

At the time of application, youth ages 14 to 24 with MSD represented 35.1% of all CDOR consumers with MSD. Youth with MSD receiving SE services accounted for 45.1% of all CDOR consumers receiving SE services.

*Disability Type*
Individuals with ID/DD accounted for 33.2% of MSD consumers at the application in PY 2022-23, followed in descending order by consumers with Psychiatric, Physical, Blind or Visually Impaired, Cognitive Impairment, Learning, Deaf/Hard of Hearing, and Traumatic Brain Injury disabilities.

Individuals with ID/DD were also the highest-represented disability category among SE consumers, at 78.5 %, followed in descending order by Cognitive Impairment, Physical, Psychiatric, Learning, Blind/Visually Impaired, Deaf/Hard of Hearing, and Traumatic Brain Injury disabilities.

*Race*
At application, the rates for consumers by race/ethnicity for PY 2022-23 were compared between all CDOR consumers, MSD consumers, and SE consumers. While most ethnicity categories were represented at similar percentages when compared to all MSD consumers, there was a 2.3% drop in the rate for Black or African American consumers receiving SE services and a 1.6% decrease in the rate for Hispanic or Latinx consumers.

*Subminimum Wage*
On October 5, 2021, Governor Gavin Newsom signed legislation to phase out subminimum wage, making California the 11th state to do so. Under this new law, California workers with disabilities will be required to be paid at least the state's minimum wage by January 1, 2025. The CDOR has received a Disability Innovation grant to increase CIE outcomes of individuals with disabilities currently in subminimum wage employment. The California Subminimum Wage to Competitive Integrated Employment Project (CSP) is a multi-agency collaborative with an innovative design that will provide an array of services and supports for participants and families and address the historical challenges faced by individuals working in subminimum wage employment.

***Survey Results for MSD and SE – Consumer Survey***

In Fall 2022, the CDOR surveyed consumers who received a recent service, asking questions such as demographics, employment barriers, helpfulness, importance, satisfaction with services, and technological skills. Survey responses were received from 2,571 consumers, of which 630 were identified as individuals with MSD and 124 as individuals receiving SE.

They were asked if a variety of job-related barriers affected their ability to find, get, or keep a job. They had the option to choose multiple answers.

The top three employment barriers for survey respondents are as follows:
- Lack of job skills
- Workplace bias or discrimination due to your disability
- Lack of reasonable accommodations

Respondents were asked to select each type of training that is important to get a job. The top three training types provided by respondents are as follows:
- College or University Education (top result for MSD consumers)
- Apprenticeship or On-the-Job training (top result for SE consumers)
- Business or vocational training

Respondents were asked to rate the importance of seven job factors. The seven job factors and ratings of importance for MSD are as follows:
- Making a living wage – 81.1% Very Important, 11.3% Important
- Job security - 72.4% Very Important, 20.1% Important
- Reasonable accommodations – 67.1% Very Important, 20.7% Important
- Health care benefits – 69.4% Very Important, 17.3% Important
- Maintaining Social Security benefits – 52.0% Very Important, 17.3% Important
- Social interaction – 40.9% Very Important, 29.8% Important
- Full-time employment – 50.1% Very Important, 21.6% Important

The seven job factors and ratings of importance for SE are as follows:
- Reasonable accommodations – 65.6% Very Important, 24.6% Important
- Job security - 63.6% Very Important, 28.9% Important
- Making a living wage – 65.3% Very Important, 24.0% Important
- Health care benefits – 59.2% Very Important, 21.7% Important
- Maintaining Social Security benefits – 55.5% Very Important, 21.8% Important
- Social interaction – 50.4% Very Important, 31.4% Important
- Full-time employment – 35.6% Very Important, 20.3% Important

***Themes***

CDOR identified the following themes for individuals with MSD:
- Individuals with ID/DD represent both the largest disability category of consumers and youth ages 14 to 24 with MSD and receiving SE services at application.

- For those indicating employment barriers, both MSD and SE survey respondents cited the need for job skills and to learn how to use computer programs.
- Survey respondents reported college or university education as the most important type of training for MSD consumers, whereas apprenticeship or on-the-job training is the most important type for SE consumers.
- Survey results indicated that MSD and SE consumers need to learn how to use computer programs such as Word and Excel more than other technological equipment or skills.
- Making a living wage was the most important job factor for MSD consumers and the third most important job factor for SE consumers. Job security is the second most important thing for both.

**B. Individuals with disabilities who are minorities and individuals with disabilities who have been unserved or underserved by the vocational rehabilitation program**

As of 2021, California was ranked the second most culturally diverse state in the United States, and no race or ethnic group constitutes a majority of California's population.

Individuals with disabilities who have additional barriers to employment may be less likely to seek VR services as readily as individuals without additional barriers. For this analysis, the barriers reviewed include English learners, formerly justice-involved, foster youth, homeless/unhoused, and consumers with behavioral health disabilities.

An average of 8% of eligible VR consumers identified as English learners, 17.3% as formerly justice-involved, 1.1% as foster youth, and 6.9% as homeless/unhoused.

***English Learners***
According to the American Community Survey (ACS) 2021 5-Year estimates, approximately 83% of California's population speak English only or very well, and 17% speak English less than very well.

In comparison to the population of Californians with disabilities ages 18 to 64 who speak English less than very well, a review of the consumer data for all races indicates that CDOR serves higher percentages of consumers who are White, Black or African American, American Indian, and Alaska Native, and Native Hawaiian and Other Pacific Islander, and lower percentages for Asian, and two or more races who identify as English language learners. The ACS displays race data for individuals who selected a particular race even if that individual also identifies as an ethnicity of Hispanic or Latinx; therefore, the data was not compared by ethnicity. While Latinx populations may represent a high percentage of Californians who speak English less than very well, the review seems to indicate parity of services for that population.

By race, Asians represent 21.2% of California's population that speaks English less than very well, and more than 78,000 Asian Californians with disabilities ages 18 to 64 speak English less than very well.

**Formerly Justice-Involved**

People of color are overrepresented in prisons and jails. According to the ACS 2021 5-year estimates, Black or African Americans represented 7.7% of Californians with disabilities; however, an average of 32% of individuals with disabilities paroled or released were Black or African American.

The CDOR has active workgroups to align systems collaboration and identify best practices to work effectively with individuals who are justice-involved, both youth and adults and to reach and serve individuals with disabilities involved in community courts. The CDOR also works with different facilities to enroll interested individuals prior to their reentry.

**Foster Youth**

According to the California Child Welfare Indicators Project, more than 52,000 children were in foster care in California as of January 2023. Approximately 13,000 were ages 16 to 21.

The National Library of Medicine at the National Institutes of Health published a report stating that children in foster care have the highest rates of chronic conditions of any child population. Additionally, foster youth have greater rates of homelessness than the general population, ranging from 11% to 38%.

The CDOR received applications from an average of 290 foster youth ages 14 to 24 annually during PYs 2020-21 through 2022-23. While the number of foster youths is thought to be underreported in the CDOR data due to self-identification, efforts are being made to increase outreach.

CDOR has established the Statewide Youth in Foster Care Workgroup. The workgroup has developed partnerships with service providers to educate them about CDOR and the unique services available for foster youth with disabilities. The workgroup strives to educate and partner with these service providers to serve this population.

**Homeless/Unhoused**

California has the largest homeless/unhoused population in the nation. According to the [California Homeless Data Integration System](#) (HDIS) estimates, continuums of care reported over 300,000 individuals experiencing homelessness received housing and services during the calendar year 2022. Of those, 46% reported disabling conditions.

An average of 1,636 individuals who identified as experiencing homelessness or unhoused applied for VR services per year during PYs 2020-21 through 2022-23. This number is most likely underreported due to the lack of self-identification.

People of color are overrepresented in the homeless population. The percentage of Black or African Americans in the HDIS Homeless Count data is almost 20 percentage points greater than found in the population of Californians with disabilities (27.1% compared to 7.7%). This difference is greater than for any other race.

***Behavioral Health Disability***

An average of 32.7% of VR consumers identified as having a behavioral health disability. Consumers with a behavioral health disability include individuals with a mental or psychosocial impairment caused by one or more of the following:

- Alcohol or substance abuse or dependency
- Anxiety disorders
- Depressive or mood disorders
- Eating disorders
- Schizophrenia and other psychotic disorders

A review of the consumer data for all races reveals that the percentage of consumers with a behavioral health disability who are Black or African American is five percentage points higher than the percentage of Black or African American consumers without a behavioral health disability (18.8 and 13.8%, respectively).  Additionally, nearly 40% of all Black or African American CDOR VR consumers identified as having a behavioral health disability, the highest percentage for all races.

***Counselor Survey***

CDOR counselors were surveyed in the Fall of 2022. Responses were received from 237 VR counselors throughout the state. Survey respondents were asked to select from a list of which groups of individuals in their district may be unserved or underserved. The groups to choose from and the percentages selected were:

- Experiencing Homelessness (27%)
- Foster Youth (12%)
- English learners (16%)
- Justice-involved (16%)
- Older Individuals (60+) (16%)

***Key Informant Interviews***

Key informant (KI) interviews were conducted to gather information on populations of Californians with disabilities who may be underserved and what their needs might be. There were 11 key informants; seven were DOR Regional Directors, District Administrators, and Team Managers, while four were from various organizations that provide services to populations that face barriers, such as parole/probation, foster, and youth populations.

The interview started by asking which populations of individuals with disabilities are underserved in California. The top three underserved groups the KIs identified were:

- Justice-Involved (8)
- Experiencing Homelessness (6)
- Foster Youth (5)

Additional groups identified included individuals with behavioral health disabilities, English learners, Native Americans, Asian Americans, LGBTQ+, Black or African American multi-racial, disconnected youth, and those in rural areas.

***Themes***

CDOR identified the following themes for individuals with disabilities who are unserved or underserved:

- Compared to ACS 5-year estimates, the population of Asian Californians with disabilities ages 18 to 64 who speak English less than very well may seek DOR services in lower percentages than found in the population.
- Individuals with barriers of homelessness/unhoused, foster youth, justice-involved, and English learners may be underserved. Additionally, these were the top populations identified by key informants and survey respondents to focus attention on.
- Approximately 33% of CDOR consumers have a behavioral health disability.
- Due to some consumers not disclosing their barrier(s) due to cultural stigma, DOR data may not reflect the actual percentages served.
- Black or African Americans are overrepresented among individuals experiencing homelessness/unhoused and those who are formerly justice-involved.

### C. Individuals with disabilities are served through other components of the statewide workforce development system.

The CDOR is one of the core programs of California's workforce development system, which consists of 14 Regional Planning Units (RPUs) and 45 Local Workforce Development Boards (LWDBs). Additionally, there are over 190 America's Job Centers of California (AJCCs), one-stop shops for workforce services for those individuals looking to enter the workforce. The AJCCs provide a comprehensive range of no-cost employment and training services for employers and job seekers through a collaboration of local, state, private, and public entities that provide comprehensive and innovative employment services and resources to meet the needs of the California workforce. The CDOR's 14 districts work closely with local AJCCs and LWDBs to provide services to individuals with disabilities.

This section presents information about individuals with disabilities in the job market, their needs, and their challenges. Through a survey of CDOR consumers and counselors and an analysis of labor market and demographic data, the CDOR has gathered information about the needs of consumers trying to enter the workforce and the challenges they are currently facing in finding employment. This section also covers the gaps in services as identified by the survey respondents, including the need to increase registered apprenticeships and co-enrollment with other workforce partners.

The ACS 2021 5-Year estimates indicated the employment rate of working-age people with disabilities in California was 23.2%. Comparatively, the employment rate of working-age people without disabilities in California was 65.5%. Furthermore, a majority of working-age people with disabilities (73.3%) are not in the labor force, while a smaller portion of 30.1% of working-age people without disabilities are not in the labor force.

*California Educational Attainment*

Most individuals with disabilities have either some college or an associate degree (30.3%) or a high school diploma or equivalent (24.7%), while many individuals without disabilities have either a bachelor's degree or higher (37.9%) or some college or an associate degree (28.1%). Individuals with disabilities are 16.7% less likely to earn a bachelor's degree or higher than individuals without disabilities.

*California Wage Information*

On January 1, 2023, the California statewide minimum wage increased to $15.50 per hour for all employer sizes, increasing from at least $14.00 in 2022. Some cities and counties have higher minimum wages than the state's rate. For example, since January 1, 2023, the minimum wage in Sunnyvale in Santa Clara County is $17.95 per hour. This is lower than the living wage estimates provided by the [Massachusetts Institute of Technology](#), which are $21.24 per hour, or $44,179 annually, for individuals with zero children in California.

According to the 2023 Annual Disability Statistics Compendium from the Institute on Disability, the full-time/full-year median annual earnings of working-age people with disabilities in California was $51,427 in 2021. Conversely, people without disabilities had median annual earnings of $60,970, a wage gap of $9,543 annually.

*California Labor Force by Industry*

The California Labor Force Industry statistics, using the 2021 ACS data, reflect the percentage of California's working-age population by industry. The top three industries employing individuals with disabilities are educational services, health care, and social assistance (22.7%); professional, scientific, and management; administrative and waste management services (12.8%); and retail trade (11.4%). Individuals without disabilities are employed in the same top three industries at the following rates: educational services, and health care and social assistance (21.3%); professional, scientific, and management, and administrative and waste management services (14.0%); and retail trade (10.2%). Individuals with a disability are more likely to work in the following industries than individuals without disabilities:

- Educational services, health care, and social assistance
- Retail trade
- Transportation and warehousing, and utilities
- Public administration
- Other services (except public administration)
- Agriculture, forestry, fishing and hunting, and mining

*Occupational Information*

The five top occupations for employment placements based on CDOR's employment outcome at closure data for 2020, 2021, and 2022 were reviewed. Customer Service Representative is the most common occupation for job placement and pays $45,739 annually, which is slightly above California's living wage of $44,179. The median annual wage for the other four of the most common occupations for CDOR employment placements is below the California living wage level. Those occupations, in descending order by number of placements, were:

- Stockers and Order Fillers at $38,314
- Helpers-Production Workers at $38,085
- Office Clerks, General at $43,784, and
- Janitors and Cleaners, Except Maids and Housekeeping Cleaners at $38,043

Through surveys of CDOR consumers and counselors conducted for the CSNA in PY 2022, respondent results indicate that apprenticeship opportunities across most barriers to employment rank as highly important, including for consumers identified as most significantly disabled or SE. CDOR has implemented strategies from its 2022 State Plan modification to increase the number of apprenticeship programs in order to more fully address this need. While data from CDOR's case management system does not currently indicate that the number of apprenticeship opportunities has increased significantly, CDOR continues its efforts to provide such opportunities and collaborations. Please refer to Description (d), Objective 4.1.

CSNA research also indicates a potential need to increase co-enrollment opportunities with other workforce development partners: while overall annual co-enrollment rates with WIOA partners continue to increase, the rates of co-enrollment with AJCCs have decreased during the 2021-2023 CSNA reporting period. CDOR has developed new State Plan goals to increase collaborations with and services to state partners and businesses, as described in Description (c), under Goal 5 and Goal 6, which are expected to increase co-enrollment with WIOA Title I and Title III programs. Furthermore, CDOR is engaging in active conversations with labor and workforce development programs, including joint planning to support the provision of services to individuals with disabilities who are being served by AJCCs.

### Themes
CDOR identified the following themes for individuals with disabilities served through other components of the statewide workforce development system:

- The rate of employment for working-aged persons with disabilities in California remains low at 23.2%.
- Individuals with disabilities are less likely to have earned a bachelor's degree or higher than individuals without a disability.
- Individuals with disabilities are more likely to earn a lower median wage than individuals without disabilities.
- Of CDOR's top five occupational placements, consumers in four of the occupations earn less than the estimated annual living wage of $44,179.

### D. Youth with disabilities and students with disabilities, including, as appropriate, their need for pre-employment transition services or other transition services

The youth with disabilities section covers vocational rehabilitation (VR) consumers who are not younger than 14 years of age and not older than 24 years of age. Youth with disabilities may or may not be students with disabilities.

Also included in this section are students with disabilities receiving pre-employment transition services (Pre-ETS), also called CDOR Student Services.

Pre-ETS provision has continuously increased during the 2021-2023 CSNA reporting period. On average, 33% of applications for CDOR services were received from students and/or youth with disabilities, indicating a high demand within this demographic and the potential for future growth.

Through a survey of CDOR consumers receiving Pre-ETS conducted for the CSNA, respondent results indicate high levels of importance with all five required Pre-ETS categories. Workplace Readiness Training and Work Based Learning Experiences were reported as the most important by respondents. The survey also requested information from consumers on satisfaction with the Pre-ETS they received, revealing an overall satisfaction score averaging 83% for four of the five required categories and the potential need to evaluate service provision of Self-Advocacy Training, CDOR's lowest scoring Pre-ETS category. CDOR has developed a new State Plan goal to increase opportunities for quality pre-employment transition services to students, and other opportunities to serve youth and students, as described in Description (c), under Goal 7 and Goal 8.

The Individuals with Disabilities Education Act (IDEA) and the Rehabilitation Act of 1973, as amended by the Workforce Innovation and Opportunity Act (WIOA), require State educational agencies (SEA) and VR agencies to plan and coordinate transition services, as well as CDOR Student Services for students with disabilities through a formal interagency agreement (Section 612(a)(12) of the IDEA and Section 101(a)(11)(D) of the Rehabilitation Act).

The CDOR and the CDE established a state interagency agreement for transition planning and student services for secondary students with disabilities. The purpose of the interagency agreement is to create a coordinated system of educational and VR services, including CDOR Student Services, for students with disabilities to facilitate a smooth transition from secondary education to post-secondary employment-related activities and CIE.

Students receiving Student Services that have not opened a VR case are assigned a potentially eligible (PE) case record type. A student with a disability is defined as a student aged 16 through 21 receiving special education or related services under the IDEA or who is an individual with a disability for purposes of Section 504 of the Rehabilitation Act. Students with disabilities receiving CDOR Student Services will be referred to as students in this section.

### *Population of Youth Receiving CDOR Services*
Using ACS's 5-year estimate of public use microdata for 2021, it is estimated that approximately 5% (308,062) of Californians ages 14 to 24 identify as having disabilities.
An average of 33% of VR consumer applicants (8,785) were youth ages 14 to 24. During the COVID-19 pandemic, the number of VR applications from youth declined but recovered to pre-pandemic levels.

The CDE data indicates that as of fall school enrollment for PY 2022-23, over 162,000 students were students with disabilities ages 16 through 21. During PY 2022-23, CDOR received new applications from 14,981 potentially eligible students (9.2%) of the total population, and 36,882 students (22.6%) were provided with Student Services during that fiscal year.

### Gender

Youth who identify as male applied for VR services at higher percentages than females (an average of 59.6% compared to 38.7%). An average of 1.7% of VR applicants did not wish to identify their gender. According to ACS 2021 1-Year estimates, the percentage of males and females ages 14 to 24 with disabilities found in the general population for California was 52% male and 48% female.

Similarly, females receiving CDOR Student Services represented an average of 35.4% of the applicants, and males represented an average of 61.7%. A small percentage (2.9%) did not wish to identify their gender.

Although the 3-year average for eligible youth who do not wish to identify their gender was small at an average of 1.7%, this demographic has grown. During PY 2020-21, 0.8% of eligible youth ages 14 to 24 did not identify their gender, and in PY 2022-23, the percentage increased to 2.7%.

### Race

The largest percentage of the youth population that applied for VR services was Hispanic or Latinx (48.2%), followed by White (28.1%), Black or African American (9.6%), Asian (5.9%), American Indian (0.8%), and Pacific Islander (0.3%). Asian, Hispanic Latinx, Multiple Races, and Pacific Islander youth apply for VR services at lower rates than found in the population of Californians with disabilities ages 14 to 24.

The rates by race for Student Services are very similar compared to those for VR services. The largest percentage of the Student Services population was Hispanic or Latinx (55.6%), followed by White (20.6%), Black or African American (8.5%), Asian (5.3%), Multiple Races (3.4%), American Indian (0.7%) and Pacific Islander (0.3%).

The rates for Hispanic or Latinx and Asian in the CDOR Student Services population are lower than found in the CDE population of special education students in grades nine through twelve.

### Youth Experiencing Additional Barriers

Opportunity Youth, also called disconnected youth, are youth ages 16 to 24 who are not in school and not working and may lack the necessary skills to qualify for employment, particularly employment with a career path.

According to the New Ways to Work and California Opportunity Youth Network 2022 California Opportunity Youth Data Report, California is home to the largest population of Opportunity Youth. Updated 2021 data obtained from New Ways to Work indicated that 12.5% (572,756) of youth ages 16 to 24 were neither in school nor at work. Of those, 78,725 (13.7%) were youth with disabilities. Additionally, 25.8% of youth ages 16 to 24 with a disability are unemployed or not in the labor force, compared to 11.5% without a disability. Although the number of youths who report additional barriers is most likely under-reported, the percentage of VR consumers who are youth ages 14 to 24 and who identified as having additional barriers to employment are as follows:

- Foster Youth – 3.3%
- Homeless/Unhoused – 2.2%

- Justice-Involved – 3.6%
- English Learners – 7.7%
- Low Income – 50.8%

While many of these youth are still in school, having these additional barriers leaves them at a higher risk of becoming disconnected youth.

### Themes

CDOR identified the following themes for youth with disabilities and students with disabilities, including their need for transition services and CDOR Student Services:

- The rates for Hispanic or Latinx and Asian in the CDOR Student Services population are lower than found in the CDE population of special education students in grades nine through twelve.
- Youth and students with disabilities who identify as male applied for VR services and CDOR Student Services at higher percentages than females.
- The provision of CDOR Student Services (pre-employment transition services) to potentially eligible students with disabilities continues to increase annually.

### 2. Assessing the need to establish, develop, or improve community rehabilitation programs within the State

Community rehabilitation programs (CRPs) facilitate the provision of vocational rehabilitation (VR) services to individuals with disabilities in support of their goals of employment, independence, and equality. CDOR continues to explore the need to develop and improve community rehabilitation programs within the state and, as a result, may choose to use establishment funds for new and existing CRPs in program years 2024 or 2025.

### Statewide CRP Availability

Although the number of CRPs and CRP locations/facilities may vary throughout the year, at the end of PY 2022-23, there were 219 CRPs providing VR services to CDOR consumers at 389 locations throughout California. There were 50 CRP sites throughout the state that provided services for CDOR consumers who were blind or visually impaired and/or deaf or hard of hearing. However, 16 California counties and 61.9% of mostly rural counties lack CRP locations. The definition of rural was based on the Office of Management and Budget (OMB) metropolitan counties.

### Consumers Receiving CRP Services

The number of VR consumers who received CRP services has increased over the past three years. In PY 2020-21, 12,568 consumers received one or more CRP services, increasing to 15,908 in PY 2022-23. Additionally, total VR consumers have increased each year since PY 2020-21, resulting in an increase of VR consumers accessing CRP services from 16.7% in PY 2020-21 to 17.8% in PY 2022-23. These numbers reflect that total VR consumers and consumers receiving CRP services have mostly recovered to pre-pandemic levels.

*Counselor Survey Results*

As mentioned in section (b), the CDOR conducted a Counselor Survey in the fall of 2022, and 237 counselors provided the following feedback:

- Counselors across all geographic areas reported that the number of CRPs in their area is insufficient to meet demands.
- According to the results, 56.1% of counselors in suburban areas and 54.1% in urban areas reported that the quality of CRP services is sufficient to meet most consumer needs, while only 37.5% of counselors in rural areas found the quality of CRP services to be sufficient.

In February 2022, the California Committee on Employment of People with Disabilities (CCEPD) conducted a Virtual Service Delivery Survey of 65 organizations that provide vocational rehabilitation services to people with disabilities in California. The findings are as follows:

- When asked if their organization provided services virtually prior to the pandemic, 58.5% said that they did not, while 27.7% indicated that they did. As the pandemic continued, 86.2% of organizations said that they plan to offer a hybrid service delivery model, 27.7% indicated that they plan to return to in-person services, and 16.9% said that they will provide all virtual services.
- The types of assistance most requested from people with disabilities for virtual services were Internet or Broadband access (60.0%), technological skills to access virtual platforms (49.2%), and requests for ASL interpreters (36.9%).

*Themes*

CDOR identified the following themes to establish, develop, or improve CRPs within the State:

- Both total VR consumers and individuals accessing CRP services have increased from PY 2020-21 to 2022-23.
- The phasing out of subminimum wage employment will likely increase the need to provide supported employment services to persons with disabilities with most significant disabilities, including through CRPs.
- Consumers in rural areas are limited in access to CRP locations and VR services.
- Counselors reported that the number and quality of CRPs across many areas of California are insufficient to meet demands.
- Survey results indicate that more CRPs offer a virtual or hybrid service delivery method as a result of the pandemic. However, a large number of individuals with disabilities are unable to access virtual services due to a lack of Internet or Broadband access or technological skills and/or computer equipment.

## (c) Goals, Priorities, and Strategies

*Section 101(a)(15) and (23) of the Rehabilitation Act require VR agencies to describe the goals and priorities of the State in carrying out the VR and Supported Employment programs. The goals and priorities are based on (1) the most recent CSNA, including any updates; (2) the State's performance under the performance accountability measures of section 116 of WIOA; and (3) other available information on the operation and effectiveness of the VR program, including any reports received from the SRC and findings and recommendations from monitoring activities conducted under section 107 of the Rehabilitation Act. VR agencies must—*

1. ***Describe how the SRC and the VR agency jointly developed and agreed to the goals and priorities and any revisions.***

The SRC and CDOR collaborate on the VR Services Portion of the State Plan. The SRC and CDOR's Planning Unit meet regularly to review, discuss, and evaluate CDOR's progress in meeting the State Plan goals and priorities. Together, the SRC and CDOR jointly developed, reviewed, and agreed to the priorities and goals for the VR Services Portion of the 2024-2027 Unified State Plan.

The SRC and CDOR also collaborate on the Consumer Satisfaction Survey and the Comprehensive Statewide Needs Assessment, which in part informs the development and finalization of priorities and goals of the State Plan. Refer to Description (a) for more information.

2. ***Identify measurable goals and priorities in carrying out the VR and Supported Employment programs and the basis for selecting the goals and priorities (e.g., CSNA, performance accountability measures, SRC recommendations, monitoring, and other information). As required in section 101(a)(15)(D), (18), and (23), describe under each goal or priority the strategies or methods used to achieve the goal or priority, including, as applicable, a description of strategies or methods that—***
   A. ***Support innovation and expansion activities;***
   B. ***Overcome barriers to accessing VR and supported employment services;***
   C. ***Improve and expand VR services for students with disabilities, including the coordination of services designed to facilitate the transition of such students from school to postsecondary life (including the receipt of VR services, postsecondary education, employment, and pre-employment transition services) and***
   D. ***Improve the performance of the VR and Supported Employment programs in assisting individuals with disabilities to achieve quality employment outcomes.***

**Priority 1:** Increasing the quality and quantity of employment outcomes for all Californians with disabilities served by the CDOR.

**Goal 1:** Increase the unsubsidized employment rate of participants during the second and fourth quarters after exit from the program.

Objective 1.1: The unsubsidized employment rate of participants during their second quarter after exit from the program will increase from the 51.6% rate in PY 2022 to no less than 55% by PY 2025.

Objective 1.2: The unsubsidized employment rate of participants during the fourth quarter after exit from the program will increase from the 49.7% rate in PY 2022 to no less than 53% by PY 2025.

Basis: This goal aligns with WIOA Performance Accountability Measures and is derived from Goal 2 of the previous 2022 State Plan modification, as described in Description (d).

Strategies:
1. VR service delivery team staff will receive annual training on career technical education, apprenticeships, and degree programs to support the development of IPEs for career and advanced training and education. The training will focus on the development of training and education plans for individuals with intellectual and developmental disabilities, individuals from

     unserved and underserved communities, and individuals with psychological or psychiatric disabilities.
2. CDOR district management shall establish a protocol to evaluate and address reasons for consumer unsuccessful case closure, including, but not limited to, pre- and post-closure follow-up on participants' employment status and need(s) for continued or additional services or supports.

**Goal 2:** Support increased work-based learning, including intermediate employment, career technical education and training, and post-secondary education for all CDOR participants receiving VR services.

Objective 2.1: The Credential Attainment rate by CDOR program participants will increase from the PY 2022 rate of 43.5% to no less than 48% by PY 2025.

Objective 2.2: CDOR will increase the Measurable Skills Gain (MSG) rate for CDOR participants from the PY 2022 rate of 28.6% to no less than 40% by PY 2025.

Basis: This goal aligns with WIOA Performance Accountability Measures and is derived from Goal 1 of the previous 2022 State Plan modification, as described in Description (d).

Strategies:
1. VR service delivery team staff will receive annual training on career technical education, apprenticeships, and degree programs to support the development of IPEs for career and advanced training and education. The training will include components on the development of training and education plans for individuals with intellectual and developmental disabilities, individuals from unserved and underserved communities, and individuals with psychological or psychiatric disabilities.
2. CDOR districts will review their district's consumers' certificate and degree attainment progress and work with individual units and staff to ensure consumers are provided with education and training options to include certificate, degree attainment, and advancement in employment.

**Goal 3:** Expand and improve VR services to those who have been underserved and underrepresented in the VR program.

Objective 3.1: Consumers with Behavioral Health (BH) disabilities who are Black African American or Hispanic will have second-quarter median earnings no less than $7,000 per quarter and be no less than the overall median earnings of all CDOR consumers with BH disabilities by PY 2024 and will increase to no less than $7,200 and be no less than the overall median earnings of all CDOR consumers with BH disabilities by PY 2025.

Median earnings as of Q3 of PY 2022 were $6,340 for Black/African American (AA), $6,586 for Hispanic, and $6,759 for all individuals with BH disabilities who exited the program.

Basis: This goal aligns with the minorities, unserved, and underserved portion of the CSNA, as described in Description (b)(B) and SRC Recommendation 2022.3, as described in Description (a). This goal is derived from Goal 3.1 of the previous 2022 State Plan modification, as described in Description (d).

Strategies:

1. CDOR staff will work with local workforce partners, educational institutions, behavioral health programs, facilities serving individuals who are justice-involved, and youth in foster care and establish individual formal and informal agreements to ensure individuals from unserved and underserved communities have access to and are provided VR and CDOR Student Services.

2. CDOR will work with the San Diego State University-Interwork Institute's Rehabilitation Improvements in Services and Employment for Underserved Populations (RISE-UP) project to identify and implement strategies and practices to effectively meet the needs of underserved populations, including receipt of individualized training and technical assistance on strategies that will enable CDOR to improve service delivery to, and employment outcomes achieved by, individuals with BH disabilities who are Black/AA and Hispanic.

3. CDOR will connect with the California Reducing Disparities Program, including, as appropriate, one or more of the 35 pilot projects at a state or local level.

**Goal 4:** Provide effective VR services with quality IPE developments consistent with in-demand workforce needs that lead to a career track offering sustainable living wages.

<u>Objective 4.1</u>: The percentage of consumer IPE goals for local/regional, high-wage, in-demand occupations will increase from the current 19% of all new IPE goals to at least 30% of all IPE goals for plans developed and approved during PY 2025. (IPE goals match the EDD labor market information regional report of the 25 highest-demand occupations making, on average, no less than $22/hour).

<u>Basis:</u> This goal aligns with the statewide workforce development system portion of the CSNA, as described in Description (b)(C). This goal is new to the 2024 State Plan.

<u>Strategy</u>:

1. Each CDOR district will develop a plan for increasing the number of IPEs in high-demand, high-wage occupations in their local planning regions. This plan shall include, at a minimum, the following: staff and manager annual training on labor market information; a provision to all counselors and managers, no less than quarterly, of a list of high-demand, high-wage occupations in their region; and a report on the number of individualized plans for employment (IPEs) they have developed with a goal consistent with the top 25 high wage, in-demand occupations. This plan will be used to provide informed choices to consumers and to gauge progress in implementing their district plans.

2. CDOR shall include unconscious bias, customer service, and diversity training as part of new staff and counselor training and into recurring training, including cultural affinity group activities and events, as applicable.

**Priority 2: Provide effective services to businesses.**

**Goal 5:** Support businesses in California in employing more individuals with disabilities.

<u>Objective 5.1</u>: For PY 2024 and PY 2025, develop, implement, and deliver services to at least 100 new, unduplicated businesses annually.

Basis: This goal aligns with the statewide workforce development system portion of the CSNA, as described in Description (b)(C). This goal is new to the 2024 State Plan.

Strategies:

1. Increase business engagement activities led by local and statewide CDOR teams.
2. Work with the state and Local Workforce Development Boards to conduct outreach activities for businesses.
3. Engage with businesses to provide disability etiquette training and information and resources on reasonable accommodations.
4. Provide direct services to businesses, including paid and unpaid work experiences, such as internships, apprenticeships, and on-the-job training.
5. Develop specific business-informed, industry-based services supporting the employment of people with disabilities.

**Goal 6:** Improve California state government employers' parity rate for hiring and promotion of people with disabilities.

Objective 6.1: CDOR will provide direct hiring services and support to no less than 30 unduplicated State Departments, Offices, or Agencies by the end of PY 2025.

Basis: This goal aligns with the statewide workforce development system portion of the CSNA, as described in Description (b)(C). This goal is new to the 2024 State Plan.

Strategies:

1. Work with California state departments and agencies to develop hiring strategies to employ people with disabilities.
2. Provide training, information, and resources on disability hiring and accommodations to California state departments, offices, and agencies.
3. Implement CDOR civil sector teams specializing in the hiring needs of California State and other public employers.

**Priority 3:  Provide effective services to California students with disabilities.**

**Goal 7:** Increase the number of students with disabilities, ages 16-21, who receive high-quality Pre-Employment Transition Services, also known as CDOR Student Services.

Objective 7.1: CDOR will increase the number of students with disabilities annually served by 35% from the 46,000 served in PY 2022 to no less than 62,100 in PY 2025.

Basis: This goal aligns with the youth and students with disabilities portion of the CSNA, as described in Description (b)(D), and with SRC Recommendation 2022.2, as described in Description (a). This goal is new to the 2024 State Plan.

Strategies:

1. Develop partnerships with state, county, and local entities that serve justice-involved youth to collaborate in the provision of CDOR Student Services.

2. Identify, develop, and approve at least four new private, non-profit CDOR Student Services providers (community-based organizations) to serve students, with at least one serving a rural area(s) that include individuals with intellectual and developmental disabilities, individuals from unserved and underserved communities, and individuals with psychological or psychiatric disabilities.

3. Engage with the California Foster Youth System of Care to serve students with disabilities in the foster care system.

**Goal 8:** Increase the percentage of students with disabilities who receive CDOR Student Services and go on to receive VR services.

Objective 8.1: CDOR will increase the percentage of students enrolled in CDOR Student Services who go on to receive an IPE for VR services from 19.5% in PY 2022 to no less than 35% during PY 2025.

Basis: This goal aligns with the youth and students with disabilities portion of the CSNA, as described in Description (b)(D), and with SRC Recommendation 2022.2, as described in Description (a). This goal is new to the 2024 State Plan.

Strategies:

1. Provide cross-training on VR and the "whole person" approach to service provision to CDOR staff who provide CDOR Student Services, Transition Partnership Programs, and community providers to disseminate information about services available to students with disabilities and their families.

2. Develop materials in plain language, including in multiple languages, that include information about both CDOR Student Services and VR Services.

3. Partner with California public community colleges to develop career pathways through career technical education and postsecondary education in order to serve students with disabilities on a continuum from CDOR Student Services to VR services, including individuals with intellectual and developmental disabilities, individuals from unserved and underserved communities, and individuals with psychological or psychiatric disabilities.

**(d) Evaluation and Reports of Progress: VR and Supported Employment Goals**

*For the most recently completed program year, provide an evaluation and report of progress for the goals or priorities, including progress on the strategies under each goal or priority applicable to that program year. Sections 101(a)(15) and 101(a)(23) of the Rehabilitation Act require VR agencies to describe—*

*1.  Progress in achieving the goals and priorities identified for the VR and Supported Employment Programs;*

**Goal 1: Provide effective VR services with quality IPE developments that correspond with workforce needs and lead to a career path with upward mobility that offers sustainable living wages.**

**Objective 1.1:** From July 1, 2021, to June 30, 2024, CDOR will increase the number of consumers who obtain credentials by 15% from the baseline (an average of 5% per year). The baseline year will be determined by the number of consumers who obtain credentials throughout the program year, which runs from July 1, 2020, to June 30, 2021.

> **Achieved**
> CDOR increased the number of consumers who obtained credentials from the PY 2021 baseline of 1,550 consumers to 2,408 consumers in PY 2022, a 36% increase, exceeding the goal to increase by 15%.
>
> In addition, CDOR is adjusting this goal for the new 2024 State Plan cycle. Please refer to Description (C), Objective 2.1 for more information.

**Objective 1.2:** From July 1, 2021, to June 30, 2024, CDOR will increase the number of consumers who achieve measurable skill gains by 15% from the baseline (an average of 5% per year). The baseline year will be determined by the number of consumers who demonstrate measurable skill gains between July 1, 2020, and June 30, 2021.

> **Progress Ongoing**
> In PY 2022, CDOR decreased the number of consumers who achieved measurable skill gains from a baseline of 6,719 consumers to 5,342 consumers, a drop of approximately 26%. The objective of increasing by 15% from the baseline of 1,550 credentials by June 30, 2024, has not yet been met. The CDOR continues to implement strategies to increase the number of consumers achieving measurable skill gains in PY 2023 and strives to meet all of its WIOA Performance Accountability Measures, as well as improved data reporting methodologies.

Factors that impeded the achievement of this goal include underreporting by participants and training providers, under-recording by staff, and the determination that the available baseline data was not sufficient to produce reliable estimates using the required statistical adjustment model for some of the performance indicators, as described in Description (d)(2). To address the underreporting and under-recording, CDOR will be informing participants and training providers of the importance of providing this data will direct staff to dispute payments of some training provider invoices if the reports are incomplete, and will send annual reminders to CDOR staff and

managers of the requirement to report on MSG in the case record. In addition, CDOR is adjusting this goal for the new 2024 State Plan cycle. Please refer to Description (C), Objective 2.2 for more information.

**Objective 1.3:** From July 1, 2020, to June 30, 2024, CDOR will increase consumer wages at case closure by 40% from the baseline (an average of 10% each year). The baseline will be based on average hourly wages for consumers from July 1, 2019, through June 30, 2020.

> <u>Achieved</u>
> This objective was set to an average consumer hourly wage at case closure of at least $21.50 per hour in PY 2022, a 30% increase from the baseline of $16.55. As of Quarter 3 of PY 2023, the average hourly wage at case closure was $22.38, which is 88 cents per hour higher than the State Plan objective.
>
> In addition, CDOR is adjusting this goal for the new 2024 State Plan cycle. Please refer to Description (C), Objective 4.1 for more information.

Some strategies that have impacted the objectives of Goal 1 include:

- Identifying accessible tools for career exploration and applying true LMI to guide IPE development and planning.
- Developing an inclusive vocational assessment process for staff to utilize toward developing IPEs.
- Identifying and providing enhanced or expanded supportive services to remove employment barriers at the beginning of IPE development and throughout planning.

**Goal 2: Create new techniques to encourage an increase in obtaining and sustaining employment for all consumers, including those with the most significant barriers to employment.**

**Objective 2.1:** From July 1, 2021, through June 30, 2024, CDOR will increase the number of consumers in unsubsidized employment during the second quarter after exit by 15 percent from the baseline (an average of 5 percent each year). The baseline year will be determined by the number of consumers in unsubsidized employment during the second quarter following program exit in PY from July 1, 2020, through June 30, 2021.

> <u>Partially Achieved</u>
> In PY 2022, CDOR increased the number of consumers in unsubsidized employment in the second quarter after the program exited from a baseline of 9,026 consumers to 9,702 consumers. As of December 31, 2023, the second quarter after exit employment data is approximately 5% higher than it was in the same quarter from the previous program year, and projections indicate that CDOR is on track to meet this goal by PY 2023. Also, CDOR has exceeded the negotiated rate of the associated WIOA performance measure for PY 2022, as noted in Description (d)(2).In addition, CDOR is adjusting this goal for the new 2024 State Plan cycle. Please refer to Description (C), Objective 1.1 for more information.

**Objective 2.2:** From July 1, 2021, to June 30, 2024, CDOR will increase the number of consumers in unsubsidized employment during the fourth quarter after program exit by 15% from the baseline (an average of 5% each year). The baseline year will be determined by the number of consumers in unsubsidized employment during the fourth quarter after program exit in PY from July 1, 2020, through June 30, 2021.

<u>**Partially Achieved**</u>

In PY 2022, the number of consumers in unsubsidized employment four quarters after program exit decreased from a baseline of 8,925 participants to 8,823 participants. As of December 31, 2023, the fourth quarter after exit employment data is approximately 15% higher than it was in the same quarter from the previous program year, and projections indicate that CDOR is on track to meet this goal by PY 2023. Also, CDOR has exceeded the negotiated rate of the associated WIOA performance measure for PY 2022, as noted in Description (d)(2).

In addition, CDOR is adjusting this goal for the new 2024 State Plan cycle. Please refer to Description (c), Objective 1.2 for more information.

Strategies that have impacted the objectives of Goal 2 include but are not limited to the following:

- Utilizing technology improvements, innovative and new practices, and streamlined processes that support effective caseload management and enhanced customer experiences.
- Identifying workforce trends by applying LMI and establishing partnerships with businesses, career technical education (CTE) and apprenticeship programs, and other resources and supports to prepare individuals with disabilities for employment.
- Partnering with LEAs, postsecondary education and training programs, state and county-level programs and services, and community-based organizations to facilitate and develop wraparound supports that can help consumers maintain successful employment.

**Goal 3: Improve systems alignment, coordination, and integration with partners to create a pathway toward successful employment outcomes for Californians with disabilities, including individuals with the most significant disabilities, with priorities focusing on individuals with behavioral health disabilities, students with disabilities, transition-age foster youth with disabilities, individuals with ID/DD, and justice-involved individuals with disabilities.**

**Objective 3.1:** From July 1, 2022, through June 30, 2024, CDOR will reduce the percentage of cases closed other than successfully employed by 4% from the baseline (an average of 2% each year) for consumers with behavioral health disabilities. The baseline year will be determined by the percentage of case closures in PY from July 1, 2021, through June 30, 2022.

<u>**Progress Ongoing**</u>

In the program year 2022, the percentage of cases closed other than successfully employed for consumers with behavioral health disabilities increased from a baseline of 72.3% to 74.6%, an increase of approximately 2.3 percent, which is higher than the goal of a 2.0% decrease. While CDOR implemented initiatives to increase and improve services to individuals with behavioral health disabilities, multiple factors contributed to the increase in unsuccessful closures. These

factors included participants entering and staying in a plan longer due to an increased focus on careers and high-wage employment, significant increases in the number of individuals with behavioral health disabilities being served, with a specific focus on serving individuals with the most significant disabilities, and increases in services to individuals with multiple barriers to employment, including justice-involved and those with housing insecurities. Current efforts to increase resources and support, including engaging with community programs with expertise in the provision of services to adjudicated youth and adults and the housing insecure, are expected to positively impact the success rate in PYs 2024 and 2025.

CDOR is adjusting and expanding on this goal for the new 2024 State Plan cycle. Please refer to Description (c), Objective 3.1 for more information.

**Objective 3.2:** From July 1, 2022, through June 30, 2024, CDOR will increase the percentage of eligible and potentially eligible students with disabilities who receive work-based learning experiences by 10% from the baseline, an average of 5% per year. The baseline will be determined by the percentage of students with disabilities who obtained work-based learning experiences from July 1, 2021, to June 30, 2022.

<u>**Achieved**</u>
In PY 2022, CDOR increased the percentage of eligible and potentially eligible students with disabilities who receive work-based learning experiences from a baseline of 26.3% to 78.3%, a 52.0% increase.

**Objective 3.3:** From July 1, 2022, through June 30, 2024, CDOR will decrease the percentage of cases closed other than successfully employed by 4% from the baseline (an average of 2% per year) for consumers who are transition age (14-24) foster youth. The baseline year will be determined by the percentage of cases closed other than successfully employed for transition-age foster youth from July 1, 2021, through June 30, 2022.

<u>**Progress Ongoing**</u>
In PY 2022, the percentage of cases closed other than successfully employed for consumers who are transition age (14-24) foster youth increased from a baseline of 72.1% to 76.0%, a 4% increase, which is higher than the objective of a 2.0% decrease by PY 2022.

This increase may be attributed to the increase in the number of youth being served with multiple barriers to employment, the increased length of time individuals are receiving services due to an increased focus on careers and high-wage employment, and the challenges being experienced by youth in obtaining secure, stable housing. An additional factor that has impacted the achievement of this goal as a data measurement is the underreporting of foster youth information into CDOR's case management system, as this data is based on self-identification, as indicated in the CSNA portion of the State Plan in Description (b).

CDOR continues its efforts to serve this population by partnering with state and local programs that have knowledge and expertise in the provision of services and support to foster youth. CDOR has

established statewide workgroups to identify and implement new strategies and initiatives, including staff training, to support the provision of services to this population.

**Objective 3.4:** From July 1, 2021, through June 30, 2024, CDOR will increase the number of individuals with disabilities who leave subminimum wage (SMW) employment with the assistance of CDOR services and apply for CDOR services to explore competitive integrated employment by 15% from the baseline (an average of 5% each year). The baseline year will be determined by the number of individuals with disabilities who opt to leave SMW employment and apply for CDOR services to explore competitive integrated employment during PY July 1, 2020, through June 30, 2021.

### Achieved

In PY 2022, CDOR raised the number of consumers who exited SMW with the support of CDOR services from 178 to 249, an increase of approximately 40%, which is higher than the goal of a 10% increase from baseline by June 30, 2024.

**Objective 3.5:** From July 1, 2022, to June 30, 2024, CDOR will increase the percentage of individuals with disabilities who choose to leave SMW employment and obtain competitive integrated employment at CDOR by 10% from the baseline (an average of 5% each year). The baseline year will be determined by the percentage of individuals with disabilities who opt out of SMW employment and obtain competitive integrated employment at CDOR from July 1, 2021, through June 30, 2022.

### Achieved

CDOR increased the number of consumer cases successfully closed for individuals who left SMW employment from 68 to 152 in PY 2022, an increase of approximately 124%, which is higher than the goal of a 10% increase from the baseline by June 30, 2024.

**Objective 3.6:** From July 1, 2022, through June 30, 2024, CDOR will decrease the percentage of cases closed other than successfully employed by 4% from the baseline (an average of 2% each year) for justice-involved consumers. The baseline year will be determined by the percentage of total cases closed for justice-involved consumers from July 1, 2021, through June 30, 2022.

### Progress Ongoing

In PY 2022, there was an increase in the percentage of cases closed other than successfully employed for justice-involved consumers, from 73.1% to 74.1%, an increase of approximately 1%, which is higher than the goal of a 2.0% decrease by PY 2022. CDOR continues to implement strategies toward the achievement of this objective by the end of PY 2023. The increase in unsuccessful closures can be attributed to the CDOR's significant increase in the number of individuals being served who are justice-involved who have multiple barriers to employment, an increased focus on providing career services toward high-wage employment, and an increase in outreach to applicants and participants prior to release.

CDOR expects to see improved outcomes with staff's gained experience serving this population and its continued efforts in partnering with state and local programs with experience in the provision of services to justice-involved individuals, including individuals with disabilities. An additional major factor that has impacted the achievement of this goal as a data measurement, is the

underreporting of information into CDOR's case management system, as this data is based on consumer self-identification, as indicated in the CSNA portion of the State Plan in Description (b).

Some strategies that have impacted the objectives of Goal 3 include:

- Partnering with state, county, and local-level partners to leverage resources that provide person-centered and whole-person wraparound services to bridge service gaps identified in the Comprehensive Statewide Needs Assessment (CSNA).
- Partnering with the AJCCs and Adult Education (Title II) to support program access for all individuals with disabilities, including those who have behavioral health disabilities, students, transition-age foster youth, individuals with ID/DD, and justice-involved individuals.
- Launching the Individual Placement and Support (IPS) model or other new innovative projects in counties throughout the State.
- Completing MOUs or Interagency Agreements with county and local behavioral health programs to build and sustain effective collaboration.
- Completing MOUs or Interagency Agreements with California's educational system at the local level to continue to build, expand, and sustain effective collaboration with educational partners.
- Engaging with local county partners as they develop System of Care for Children and Youth MOUs with systems serving transition-age foster youth, as required by Assembly Bill 2083 (Statutes of 2018), to build and sustain effective collaboration for transition-age foster youth.
- Expanding partnerships that support competitive integrated employment with the California developmental disabilities system (DDS, Regional Centers, Association of Regional Center Agencies, the State Council on Developmental Disabilities, and University Centers for Excellence in Developmental Disabilities Education, Research, and Service).
- Completing partnerships with systems serving justice-involved individuals with disabilities, including the California Department of Corrections and Rehabilitation, the Corrections-Workforce Partnership, and the California Prison Industry Authority, to support the successful transition from prison to employment for individuals with disabilities.

**Priority: Services to Businesses**

**Goal 4: Meet business talent demands by preparing consumers for in-demand positions using local and regional labor market data.**

**Objective 4.1:** From July 1, 2021, to June 30, 2024, CDOR will increase the number of consumers who obtain apprenticeships by 15% (an average of 5 percent each year) from the baseline. The baseline year will be determined by the number of consumers that obtain apprenticeships in PY from July 1, 2020, through June 30, 2021.

**Progress Ongoing**

In the program year 2022, 341 consumers obtained apprenticeships, a 29% decrease from the baseline of 483 consumers, which is lower than the goal of a 10% increase by the end of PY 2022. This objective is ongoing, and this observed decrease also represents underreporting within the

CDOR case management system. CDOR continues to implement strategies to increase the number of work-based learning and apprenticeship opportunities by the end of PY 2023.

**Objective 4.2:** From July 1, 2021, through June 30, 2024, CDOR will increase the number of consumers who obtain paid work experience by 15% (an average of 5% each year) from the baseline. The baseline year will be determined by the number of consumers that attain paid work experience throughout the program year, July 1, 2020, through June 30, 2021.

### Achieved
In the program year 2022, CDOR increased the number of consumers who obtained paid work experience from a baseline of 10,047 consumers to 12,304 consumers, a 22% increase, which is higher than the goal to expand the number by 15% from the baseline.

**Objective 4.3:** From July 1, 2022, through June 30, 2024, CDOR will increase the percentage of consumers that are enrolled in AJCCs by 10% from the baseline (an average of 5% per year). The baseline year will be determined by the percentage of consumers who are co-enrolled in AJCCs from July 1, 2021, through June 30, 2022.

### Progress Ongoing
In PY 2022, CDOR reduced the percentage of consumers who are co-enrolled in AJCCs from a baseline of 2,077 participants to 1,855 participants, a decline of approximately 11%. While CDOR observes a decline in the reportable data for this objective, there has been an overall increase in the total co-enrollment rate statewide, from a 6.5% baseline in PY 2020 to 9.1% in PY 2022.

CDOR continues to engage with workforce development systems and the business community to increase co-enrollment opportunities. A major factor that has impacted the achievement of this goal as a data measure is the underreporting of information in CDOR's case management system, as indicated in the CSNA portion of the State Plan in Description (b). In addition, CDOR has set new State Plan goals to improve and increase services to state partners, with the intent to help improve co-enrollment rates with state and local partners, including AJCCs, as described in Description (c), Goal 5 and Goal 6.

Strategies that have impacted the objectives of Goal 4 include but are not limited to the following:

- Engaging the workforce development system and the business community via effective outreach, relationship, and partnership building. Maintaining regular CDOR participation at each of the 14 Regional Planning Units and on each local workforce development board.
- Exploring and informing CDOR counselors and consumers of local opportunities to obtain non-degree credentials, including certificates, industry certifications, apprenticeship certificates, and occupational licenses with CTE, workforce, and businesses to build an inclusive and skilled future workforce.
- Emphasizing and supporting increased earn-and-learn opportunities for consumers, including OJT, paid work experiences, internships, and apprenticeships with businesses.
- Identifying and providing early interventions to address potential employment barriers, such as providing work incentive planning support, workplace readiness training, self-advocacy training,

and work-based learning opportunities.

**Goal 5: Create a direct link between employers and workers with disabilities, including the development of innovative ways to engage businesses.**

**Objective 5.1:** From July 1, 2020, to June 30, 2024, CDOR will increase the number of business relationships by 20% (an average of 5% each year) from the baseline. The baseline year will be based on business contacts developed during PY July 1, 2019, through June 30, 2020. A business relationship is formed when CDOR successfully employs a consumer at a new business.

> **Progress Ongoing**
> CDOR expanded the number of business connections from 3,014 to 3,217 in the program year 2022, a 7% increase, which is less than the goal to increase by 15% by the PY 2022. CDOR continues to implement strategies toward continued increase of business relationships in PY 2023. DOR's outreach and engagement with business was impacted by a dramatic increase in the number of applications for services and a need to redirect resources to support the influx of students and participants. DOR's outreach and business engagement strategies for PY 2024 include rebranding to support better recognition and outreach to businesses, increasing sector strategies to support high-demand industry sectors, and an increased focus on participant earn and learn and work-experience opportunities. These should all increase services and support to businesses.
>
> CDOR is adjusting this goal for the new 2024 State Plan cycle to focus on supporting businesses in employing more individuals with disabilities. Refer to Description (c), Priority 2 for more information.

**Objective 5.2:** Each year, from July 1, 2020, to June 30, 2024, CDOR provides at least 60 disability access, disability accommodations, or disability awareness training to businesses across the state.

> **Achieved**
> CDOR provided 60 disability access, disability accommodations, or disability awareness trainings to businesses across the state in PY 2021 and 68 trainings in PY 2022. CDOR is on track toward providing at least 60 training in PY 2023. This objective has been achieved.

Some strategies that have impacted the objectives of Goal 5 include:

- Each Regional Director or Regional Business Specialist will meet with local business leaders from identified in-demand sectors, as determined by their local Regional Planning Unit, to develop working partnerships or establish initiatives that support the hiring and/or recruitment of individuals with disabilities.
- Access and utilize LMI, including, but not limited to, CalJOBS, World of Work Inventory, The Career Index Plus, Career Zone, and Careerinfo.net, to inform plans that help businesses meet their recruitment and talent needs.
- Inform business partners on hiring incentives and resources (e.g., Work Opportunity Tax Credit, Talent Acquisition Portal, Disability Awareness training, the AT network, and CDOR Business

Based Services) to support businesses employing, supporting, retaining, and promoting qualified talent with disabilities.

2. *Performance on the performance accountability indicators under section 116 of WIOA for the most recently completed program year, reflecting actual and negotiated levels of performance. Explain any discrepancies in the actual and negotiated levels;*

PY 2022 was the first year CDOR and RSA negotiated rates for performance indicators 1-4. The CDOR's performance indicators for the most recent program year (PY 2022), including negotiated and actual rates, are as follows:

| WIOA Performance Indicator | PY 2022 Negotiated | PY 2022 Actual |
|---|---|---|
| Employment Rate – 2nd Quarter After Exit | 49.0% | 51.6% |
| Employment Rate – 4th Quarter After Exit | 42.5% | 49.7% |
| Median Earnings – 2nd Quarter After Exit | $5,450 | $6,698 |
| Credential Attainment | 26.0% | 43.5% |
| Measurable Skill Gains | 40.7% | 28.6% |

As noted by RSA in August 2023, it was determined that the available baseline data was not sufficient to produce reliable estimates using the required statistical adjustment model for some of the performance indicators, including Measurable Skill Gains, and it has been necessary to delay assessment for this indicator for PY 2022. In connection, the availability and accuracy of available baseline data through CDOR's case management system, including reporting methodologies, have had a direct impact on the relationship between the negotiated and actual rates for CDOR's Measurable Skill Gains and explain discrepancies between the two levels. Additional factors that impeded the achievement of this performance rate include underreporting by participants and training providers and under-recording by staff. To address this, CDOR will inform participants and training providers of the importance of providing this data, will direct staff to dispute payments of some training provider invoices if the reports are incomplete, and will send annual reminders to CDOR staff and managers of the requirement to report on MSG in the case record.

CDOR strives to achieve all of its negotiated WIOA Performance Accountability rates and has set State Plan goals and strategies to meet them, including Measurable Skill Gains, as described in Description (c)(1), Objective 2.2

3. *The use of funds reserved for innovation and expansion activities (sections 101(a)(18) and 101(a)(23) of the Rehabilitation Act) (e.g., SRC, SILC).*

State Independent Living Council (SILC) – CDOR will engage with the SILC, per 29 U.S.C. 721(a)(18), regarding Innovation & Expansion funds (I&E) allotted under section 730 to support activities of the SILC, consistent with the State Plan for Independent Living (SPIL). CDOR allocated the following to the SILC and the SRC in PY 2022:

SILC and SRC Allocations (PY 2022)

|  | Budget | Expenditures |
|---|---|---|
| State Independent Living Council (SILC) | $695,000 | $695,000 |
| State Rehabilitation Council (SRC) | $232,281 | $171,311 |

**(e) Supported Employment Services, Distribution of Title VI Funds, and Arrangements and Cooperative Agreements for the Provision of Supported Employment Services**
**Acceptance of Title VI funds:**

☑ VR agency requests to receive Title VI funds.

☐ VR agency does NOT elect to receive Title VI funds and understands that supported employment services must still be provided under Title I.

**If the VR agency has elected to receive Title VI funds, Section 606(b)(3) of the Rehabilitation Act requires VR agencies to include specific goals and priorities with respect to the distribution of Title VI funds received under Section 603 of the Rehabilitation Act for the provision of Supported Employment services. Describe the use of Title VI funds and how they will be used to meet the goals and priorities of the Supported Employment program.**

The CDOR will utilize approximately $1,938,252 in Title VI funds annually to provide Supported Employment services to eligible individuals with the most significant disabilities, prioritizing at least 50% of these funds for youth with the most significant disabilities. During the Federal Fiscal Year (FFY) FFY 2025, CDOR anticipates that approximately 9,200 consumers will receive Supported Employment services under Title I and Title VI funds. Of this number, an estimated 674 Consumers will be funded from Title VI Funds.

Through June 2022, CDOR worked closely with the California Department of Education (CDE) and the California Department of Developmental Services (DDS) on the Competitive Integrated Employment (CIE) Blueprint. The overarching goal of the Blueprint was to increase employment outcomes for adults and youth with intellectual disabilities and developmental disabilities (ID/DD).

Some of the accomplishments from the CIE Blueprint are listed below:

- 1,051 individuals with ID/DD attained competitive integrated employment through CDOR services.
- Expanded partnerships and cross-system collaborations by developing seven additional Local Partnership Agreements (LPAs) for a cumulative total of 57 LPAs.
- Began the development of a Data Use Agreement between the CDE and CDOR as a part of the two agencies' non-monetary Interagency Agreement.
- Increased work opportunities in the community through the following career exploration and work experience activities:
  - 22,809 students with ID/DD participated in paid work experience and unpaid community-based vocational education with CDE WorkAbility I.
  - 18 individuals with ID/DD participated in on-the-job training through CDOR.
  - Provided career counseling and information and referral (CC&IR) services to over 1,619 individuals working at a subminimum wage at the end of the fiscal year 2022-23, of whom 250 applied for CDOR services, and 131 achieved competitive integrated employment between July 1, 2022, and June 30, 2023.

The CDOR will additionally make available services under Section 603 to individuals with other disability types that need Supported Employment services, including those with behavioral health

disabilities, traumatic brain injuries, and other most significant disabilities, and to youth who need extended services that are not met under the Lanterman Developmental Disabilities Services Act (Welf. & Inst. Code, § 4500 et seq.).

The CDOR intends to achieve its Supported Employment goal through the following actions:

- Sustaining effective collaboration with core and extended Competitive Integrated Employment Blueprint partners through regular communication and in-person meetings.
- Applying best practices to emphasize family engagement and a strong commitment to person-centered planning by building and sustaining partnerships with local education agencies (LEAs), regional centers, and others who know the individual well.
- Coordinating with CDOR districts to identify and strengthen outreach strategies and procedures for unserved and underserved populations, including minority groups, youth and students with disabilities, and individuals in rural areas who may be eligible for Supported Employment services.
- Exploring natural supports as a source for extended services.
- Expanding partnerships that support competitive integrated employment within California's developmental disabilities system.

The CDOR's collaboration efforts regarding Supported Employment services and extended services are identified in the response to Description (e), Section (4).

<u>Collaboration with Schools Regarding Required Documentation Specified in Section 511 Regarding Career Exploration Activities for Individuals Considering Subminimum Wage Employment</u>

The CDOR and CDE Interagency Agreement include specific requirements related to individuals considering subminimum wage employment. Actions include, but are not limited to:

- Communication by CDE with LEAs, parents, guardians, teachers, and students about the Section 511 requirements.
- CDOR maintains the documentation and provides a copy to the individual within specified timelines under 34 CFR 397.
- The LEA documents any services provided and gives the documentation to the student and CDOR.
- If a youth with a disability or, as applicable, the youth's parent or guardian refuses, through informed choice, to participate in the activities required by Section 511 or the implementing regulations in 34 CFR 397, documentation must, at a minimum:
  - Contain the information in 34 CFR 397.10(a)(2); and
  - Be provided by CDOR to the youth within ten calendar days of the youth's refusal to participate.
  - The CDOR School Liaison meets with LEA partners at least annually and reviews Section 511 requirements within the statewide interagency agreement.

California Senate Bill (SB) 639 (Statutes of 2021) requires subminimum wage employment to be phased out statewide by January 1, 2025. The CDOR will continue to collaborate with CDE to prepare students with ID/DD and their families for competitive integrated employment.

<u>The provision of extended services for a period not to exceed four years</u>

The Lanterman Developmental Disabilities Services Act (Welf. & Inst. Code, § 4500 et seq.) is a primary funding source for extended services for individuals with ID/DD in California, ages 22 and older, and is provided through DDS.

The CDOR will provide extended services for youth with the most significant disabilities for up to four years, or until the youth is 25 years of age, whichever comes first, for those youth who are not eligible for extended services under the Lanterman Developmental Disabilities Services Act. These may include DDS-eligible youth with ID/DD, ages 14 through 21, and youth with behavioral health disabilities, traumatic brain injuries, and other most significant disabilities, ages 14 through 24.

<u>How the State will leverage other public and private funds to increase resources for extended services and expanded supported employment opportunities for youth with the most significant disabilities.</u>

The DDS provides extended services through the Lanterman Developmental Disabilities Services Act (Welf. & Inst. Code, § 4500 et seq.).

The DDS also received state funding for paid internship programs for individuals with most significant disabilities and competitive integrated employment incentive payments to Community Rehabilitation Programs (CRPs) for job retention after six and twelve months of employment. The CDOR will work collaboratively with DDS to leverage these paid internship programs to afford students and adults with the most significant disabilities opportunities to obtain work experience and pre-vocational soft skills development.

**Supported Employment services may be provided with Title 1 or Title VI funds following the placement of individuals with the most significant disabilities in employment. In accordance with Section 101(a)(22) and Section 606(b)(3) of the Rehabilitation Act, describe the quality, scope, and extent of Supported Employment services to be provided to individuals with the most significant disabilities, including youth with the most significant disabilities; and the timing of transition to extended services.**

The CDOR Supported Employment Program provides Supported Employment services for individuals with the most significant disabilities, including youth with the most significant disabilities, to enable them to work toward and achieve an employment outcome of Supported Employment in competitive integrated employment. These services support opportunities for competitive integrated employment (including customized employment) that is individualized, customized, and consistent with the unique strengths, resources, priorities, concerns, abilities, capabilities, interests, and informed choice of the individual, including ongoing support services for individuals with the most significant disabilities.

The CDOR conducts the following activities with funds allotted for its Supported Employment Program to provide Supported Employment services and extended services for youth with disabilities:

- Coordinates CDOR-planned services, accommodations, and support with other program plans, such as the IEP (transition services) and Individual Program Plan (developmental services).
- Coordinates with behavioral health programs to encourage competitive integrated employment as part of the treatment plan.

- Leverages other public and private funds to increase resources for extended services and expand Supported Employment opportunities.

The CDOR reserves and expends 50 percent of its allotment for the provision of Supported Employment services, including extended services to youth with the most significant disabilities for up to four years or until they reach age 25, whichever comes first (34 CFR 363.22).

The following information outlines how CDOR monitors the quality of the services consumers receive, the scope of services provided, the extent of Supported Employment services, and the timing of transition to extended services. Additional information on extended services for Supported Employment is identified in the response to Description E, Section (4).

Quality of Supported Employment Services

The CDOR provides ongoing services from the point of job placement until the transition to extended services. Such services are mostly provided to consumers by CRPs and partner agencies. In areas where CRPs are not available, or if an individual has needs beyond those that can be met by a CRP, CDOR may identify natural supports and/or alternative service providers.

CRPs providing Supported Employment services follow guidelines provided by CDOR's Community Resources Development (CRD) Section. Generally, CDOR follows DDS's policies set forth in the California Welfare and Institutions Code to ensure the continuity of services to mutual consumers. The CDOR guidelines require CRPs to submit timely reports to VR counselors and provide efficient services to consumers. The CDOR CRD Specialists, who work regionally in California, assist local CDOR districts and CRPs with technical assistance and identify training needs to support system alignment. The CRD Specialists additionally review the accreditation of CRPs by the Commission on Accreditation of Rehabilitation Facilities and conduct ongoing assessments and evaluations of consumer services.

Locally, each district has nominated at least two district Supported Employment Program Liaisons to assist in sharing information and training district staff.

Scope of Supported Employment Services

The VR process for assessment for determining eligibility and priority categories and the development of an IPE, including Supported Employment, is the same as that used for all Consumers when establishing eligibility and an eligible individual's Priority Category when CDOR is under an Order of Selection. An individual receiving Supported Employment services must be in Priority Category One. CDOR will not be under an Order of Selection in the upcoming cycle.

The VR services for a consumer begin with a comprehensive assessment to identify 'primary employment factors,' including their unique strengths, resources, priorities, concerns, abilities, capabilities, interests, and informed choices of the individual. The VR counselor will collaborate with an individual with a most significant disability, including youth with the most significant disability, to determine if Supported Employment services are required to achieve a competitive integrated employment outcome. The IPE will identify a Supported Employment Plan and Supported Employment services, including customized employment and extended services.

The CDOR provides the full scope of Supported Employment services to individuals who:

- Are determined eligible with the most significant disabilities.
- Have not achieved competitive integrated employment, or it has been interrupted or intermittent.
- Require intensive Supported Employment services and extended services to maintain employment.
- Have a reasonable expectation that a source of extended services will be available at the time of transition to extended services.

The plan development activities, including customized employment activities, may include but are not limited to the following:

- A general meeting will be held to review the supported employment job placement parameters used in developing person-centered strategies to focus on the individual's strengths to achieve competitive integrated employment.
- A review of school transition services, including CDOR Student Services and postsecondary transition activities, which may include competitive integrated employment and/or postsecondary education and training.
- Coordination with regional centers to share information about community activities, hobbies, or other pre-vocational foundational skill development or adult work experience activities.
- An evaluation of the labor market and identification of suitable employment sites; employer contacts; job seeking skills training; work site assessment; task analysis; evaluation; and recommendation for a job coaching plan.
- Working with families and individuals who know the person best to discover their strengths, interests, and abilities.

Supported Employment services begin at the point of placement and may include, but are not limited to, the following:

- Retention activities where the consumer is contacted no less than twice per month for at least 90 days to determine ongoing satisfaction with the terms of employment and any assistance with the necessary minimal support to sustain employment.
- Job coaching support services in an individual's placement if supports are needed to maintain the consumer's employment, including training, destination training, advocacy, and job loss intervention.
- As needed, coordinated benefits planning discussions with the Consumer, CDOR Work Incentive Planners, and other third parties to identify appropriate work incentive programs as well as potential sources for ongoing support.
- Discrete post-employment services, if needed to support and maintain employment, are not available through extended services.
- Extended Services for youth with the most significant disabilities for up to four years or until they reach age 25, whichever comes first.
- Counseling and guidance, including information and referral, is required under WIOA Section 511 or upon request with eligible individuals earning subminimum wages or in segregated work

settings regarding opportunities for competitive integrated employment and available employment services and supports.

<u>The extent of Supported Employment Services</u>

Supported Employment services are ongoing support services needed to support and maintain individuals with the most significant disabilities, including youth. Supported Employment services are:

- Organized and made available, singly or in combination, in such a way as to assist an eligible individual to achieve competitive integrated employment;
- Based on a determination of the needs of an eligible individual, as specified in an IPE;
- Provided by CDOR for a period not to exceed 24 months, unless under special circumstances, the eligible individual and the VR counselor jointly agree to extend the time to achieve the employment outcome identified in the IPE; and,
- Following transition, post-employment services that are unavailable from an extended services provider and that are necessary to maintain or regain the job placement or advance in employment.

<u>Use of the Required 50% Reserve of Supported Employment Funds to Provide Extended Services to Youth with the Most Significant Disabilities</u>

While the Lanterman Developmental Disabilities Services Act (Welfare and Institutions Code, Section 4500 et seq.) funding is a primary source of extended services for individuals with ID/DD in California, Regional Center work services typically begin at age 22.

Per Title 29, USC Section 795h, CDOR will use the 50 percent reserve of Supported Employment funds for Supported Employment services and extended services for youth with the most significant disabilities. These funds may provide additional opportunities for youth with the most significant disabilities to receive extended services after completing up to 24 months of Supported Employment services or longer if there are extenuating circumstances that require more time. When these funds are exhausted, CDOR will utilize Title I funds as necessary to meet the needs of consumers eligible for Supported Employment services.

<u>Timing of Transition to Extended Services</u>

Once a consumer has maintained stability on the job for at least 60 days, the funding for and provision of job coaching transitions to a source of extended services and an extended service provider. The VR counselor continues to track the consumer's progress and job stability during the transition period. If the consumer maintains job stabilization for 90 days after transitioning to extended services, the record of services is Closed–Rehabilitated.

The transition to extended service providers is essential to maintaining consistency and support for consumers receiving Supported Employment services. The CDOR works to identify funding sources for extended services, including behavioral health agencies or other sources. The CDOR additionally collaborates with extended service providers and identifies sources of extended services, including natural supports that are vital for the long-term success of the consumer. Sources of extended services for a consumer eligible for Supported Employment services include public resources such as the DDS,

county behavioral health entities potentially using Mental Health Services Act (MHSA) funds using statewide excess MHSA funds, Medi-Cal funding; private resources such as trust funds, private non-profits, religious or community organizations, and family and natural supports to ensure the Consumer receiving Supported Employment services has greater success in the work environment.

<u>Youth with the Most Significant Disabilities</u>

The CDOR will provide extended services to youth with the most significant disabilities when other extended services are unavailable, as appropriate, for a period not to exceed four years or at such time that a youth reaches age 25 and no longer meets the definition of a youth with a disability under 34 C.F.R. 361.5(c)(58).

Under the Lanterman Developmental Disabilities Services Act (Welfare. & Institutions Code, § 4500 et seq.), California established a commitment to provide services and support to individuals with ID/DD throughout their lifetime. Robust services and support are provided through a combination of federal, state, county, and local government services, private businesses, support groups, and volunteers. The CDOR works closely with the DDS to leverage Medicaid funds for habilitation services for persons with ID/DD, including the provision of "extended services" to help an individual with a most significant disability maintain employment after the CDOR record of services is closed.

To this end, CDOR will continue to refer youth with the most significant disabilities to extended services currently funded by the DDS Regional Centers upon CDOR record of services closure or when placed on a waitlist, as appropriate. CDOR will additionally provide extended services to youth with the most significant disabilities who do not qualify for services funded by a Regional Center prior to age 22 or are unable to receive extended services from another funding source.

***Sections 101(a)(22) and 606(b)(4) of the Rehabilitation Act require the VR agency to describe efforts to identify and arrange, including entering into cooperative agreements, with other State agencies and other appropriate entities in order to provide Supported Employment services. The description must include extended services, as applicable, to individuals with the most significant disabilities, including the provision of extended services to youth with the most significant disabilities in accordance with 34 CFR 363.4(a) and 34 CFR 361.5(c)(19)(v).***

<u>Cooperative Agreements with Private Nonprofit Organizations.</u>

The CDOR develops federally required cooperative agreements with private non-profit organizations consistent with California State Contracting Rules, CDOR's regulation in Title 9 of the California Code of Regulations, and internal policy and procedures for the establishment, development, or improvement of CRPs. The CDOR pays CRPs through fee-for-service or contractual agreements to deliver authorized assessment, training, pre-employment transition, employment, and specialized support services provided to CDOR applicants or consumers.

<u>Fee-for-Services</u>

Fee-for-services are paid to approved vendors per CDOR's Uniform Fee Structure for CRP providers. The Uniform Fee Structure applies only to those CRPs in a fee-for-service relationship with CDOR. The Uniform Fee Structure does not apply to services provided under a cooperative program or case

service contract as described in the response for Description (h)—Request for Waiver of Statewideness. The types of services provided include:

- Assessment Services – improves a Consumer's outcome by identifying specific barriers to employment and provides recommendations to eliminate those barriers.
- Training Services – enhances a Consumer's employability by providing necessary interactions that remove employment barriers, facilitate specific occupational training, or develop appropriate personal and work behaviors, as outlined in their rehabilitation plan.
- Job-related services assist a consumer in an organized, planned manner to prepare for, obtain, and retain employment; they include supported employment services and extended services.
- Support Services – provides direct services such as Independent Living Skills training and Assistive Technology assessments that enhance independence and employability for CDOR consumers.
- CDOR Student Services provides services to students with disabilities needed to prepare for and achieve quality, competitive, integrated employment outcomes.
- Business-Based Services – creates opportunities for CDOR to support Consumer participation in new and innovative programs that meet both individual preferences and fulfill industry demands.
- Customized Employment – determines the strengths, needs, and interests of an individual with a significant disability and develops an employment opportunity designed to meet both the specific abilities of the individual and the needs of the business.

<u>New or Expanded VR Services</u>

The need for new services or expansion of VR services by a CRP may be directly identified by CDOR's District through the needs assessment process identified in Description (b) – Statewide Assessment, or by individual requests by consumers. When a needed VR service is identified for a consumer, CDOR will first seek services from current CDOR-certified CRPs. In establishing a new vendor or a new or added service, CDOR staff considers departmental priorities using the following criteria: there is an identified need for the service, a sufficient number of CDOR applicants and consumers exist to sustain the service, there are no other providers, current providers or cooperative partners cannot fill the need, and the new service or vendor will fill a service gap for the unserved or underserved population.

The CDOR has established an Adult Work Experience service, which allows participants the opportunity to explore competitive integrated work experiences in a variety of real-time work settings. There are currently 39 approved vendors providing the service in various parts of the State. Continued expansion of the service is expected.

The CDOR continues to focus on business engagement efforts to partner with CRPs or other providers with connections to businesses seeking to hire individuals with disabilities through the CDOR's Business Based Services program. This initiative creates opportunities for new and innovative programs designed to meet a business's needs while at the same time matching the skills and interests of consumers. The design of these programs is led by a commitment to hire by the participating businesses.

CDOR Community Resources Development Section

The CDOR's Community Resources Development (CRD) section is responsible for the vendorization and certification functions of CRPs. All new CRPs go through a vendorization process. Further, any new or expanded services beyond those currently approved and offered by a current vendor are subject to the approval procedures in place at the time of the submission of the request. Certain vendors or service categories may require CDOR executive-level approval. Once vendorized to provide VR services, each CRP is formally notified of the approved VR service type(s) along with the corresponding CDOR-approved Uniform Fee Structure.

Case Service Contracts

When CDOR identifies a need for VR services to be provided by CRPs to consumers served through local public agency cooperative agreements identified in the response for Description (h) – Request for Waiver of Statewideness, CDOR's Cooperative Programs Section assists districts and CRPs in developing case service contracts. These contracts are negotiated between CDOR and the CRPs to indicate the specific VR services, the number of consumers to be served, expected contract outcomes, and the costs needed to provide these services to consumers. Currently, the majority of these contracts are developed to provide VR services to consumers participating in mental health cooperative agreements.

Certification, Review, and Technical Assistance

All CRPs are required to maintain their certification, and those providing work-related programs are required to be accredited by the Commission on Accreditation of Rehabilitation Facilities (CARF). The CDOR may waive the accreditation requirements if a CRP's annual service expenditures are at or below $50,000 for three prior consecutive years. The CDOR's CRD Section's review ensures that CRPs are consistent with CDOR Title 9 Regulations to assure the quality of services, as well as the safety of consumers, and identify any needed improvements. For CRPs associated with cooperative agreements, CDOR's Cooperative Programs Section will also perform program reviews to evaluate their effectiveness in meeting the contract VR service objectives and identify any needed improvements. In addition, CDOR's CRD Section and the Cooperative Programs Section will provide technical assistance in response to CRPs' questions or concerns when needed or upon request.

Efforts to Ensure Quality Services and Resources

The CDOR strives to maintain regulatory compliance and advocates for consumer and vendor service quality. Several efforts are taking place to provide quality services and resources for consumers:

- The CDOR has implemented strategies to reduce its reliance on Individual Service Providers (ISPs) and continues to utilize CRPs as the primary and preferred providers of VR services to maximize the provision of higher-quality services and ensure consumer safety.
- The CDOR's CRD Section continues to conduct comprehensive certification and site reviews of CRPs. The focus of the review process is ensuring consumers are receiving quality services that adhere to CDOR guidelines and requirements, maximizing employment outcomes for CDOR consumers.

<u>Arrangements and Cooperative Agreements for the Provision of Supported Employment and Extended Services</u>

The CDOR collaborates with entities, including DDS, Regional Centers, CDE, LEAs, the California workforce development system, county mental health agencies, CRPs, independent living centers, business partners, and other community partners, to provide supported employment and extended services to eligible individuals seeking competitive integrated employment. The CDOR works with over 100 Supported Employment providers statewide, with associated locations and satellite offices.

The CDOR, DDS, and CDE additionally established LPAs consistent with the CIE Blueprint for Change, which was created out of a multi-year workgroup effort through June 2022. The LPAs are intended to encourage the sharing of resources to support person-centered planning and pre-vocational services that may be provided prior to an individual's referral to CDOR for Supported Employment. As of October 2023, 57 LPAs have been submitted. Examples of LPA activities include, but are not limited to:

- The Tri-Counties LPA created a universal referral process in which the core partners contact the individual and family to determine needs for work training and employment-related services and supports, secure "release of information" permission, determine which agencies/institutions should be included based on the individual's needs and complete a Universal Referral Sheet; send a Universal Referral Sheet to agencies or institutions involved or potentially involved with the individual; and contact potential staff members to identify a conference call or face-to-face meeting.
- The San Bernardino City LPA Collaborative is developing and implementing Career Technical Education (CTE) classes to enhance workplace skills for students with ID/DD, i.e., foundational employment skills, self-determination, workplace technology, etc. They also participate in school district administrative meetings to collaborate on effective CTE class offerings for high school students.
- The Sonoma Napa LPA partners are further exploring the organizational structure within the LPA to be functional within the local planning area, including the development of subcommittees to focus on specific interests.

In California, CDOR and DDS utilize the hourly rates for Supported Employment job coaching, intake, placement, and retention services that are statutorily defined for DDS. The current rates were set in 2015 (Assembly Bill X2-1; Welfare and Institutions Code Section 4860) and were increased again by DDS after surveying providers in 2016. Starting April 1, 2022, DDS implemented a rate increase for service providers that equals one-quarter of the difference between current rates and the fully funded rate model for each provider. In subsequent years, rates have been adjusted based on a pre-determined schedule, culminating in rates being uniform within service categories and adjusted for geographic cost differentials by 2025. The CDOR Supported Employment services begin after job placement and are for the purpose of maintaining and supporting an individual with a most significant disability in competitive integrated employment.

Sources of extended services vary depending on the individual's eligibility for other programs or the availability of other resources. CDOR partners with other agencies and employers for natural support to ensure that Supported Employment consumers have a source of extended services.

The CDOR will provide extended services to youth with the most significant disabilities when other extended services are unavailable, as appropriate.

The following are examples of sources of extended services that are not provided by CDOR and are provided to eligible individuals regardless of age:

- Individuals with ID/DD may be provided extended services by county mental health agencies, which may allocate Medi-Cal, Mental Health Services Act, or Short-Doyle funds as determined by each county. Short-Doyle funds are provided to local governments to establish and develop locally administered and controlled community mental health programs.
- Social Security Administration Work Incentives, such as Impairment Related Work Expenses or an approved Plan for Achieving Self Support.
- Supported employment services are provided under the Veteran's Health Administration Compensated Work Therapy Program.

California state regulations do not allow Traumatic Brain Injury (TBI) state match funds to be used for extended services. Consumers with a TBI who require extended services such as job coaching can be served through local Independent Living Centers and other TBI service providers supported through state general funds.

Whenever possible, building natural supports at the workplace for consumers with Supported Employment needs is encouraged. Natural supports allow strengthened relationships between employer and consumer, support long-term successful outcomes, and offer opportunities for competitive integrated employment to the greatest extent practicable.

<u>California Initiatives</u>

California has enacted legislation and implemented statewide initiatives that have made an impact on the provision of Supported Employment services to individuals with ID/DD:

- The Lanterman Developmental Disabilities Services Act (Welfare and Institutions Code section 4500 et seq.) provides Californians with ID/DD the right to obtain services and supports to enable them to live a more independent life; this includes funding for Supported Employment extended services. This Act is unique to California.
- Assembly Bill (AB) 287 (Statutes of 2009) established the Employment First Policy, which led to a standing Employment First Committee formed by the State Council on Developmental Disabilities. The bill expands employment opportunities for people with ID/DD and identifies best practices and incentives for increasing integrated employment and gainful employment opportunities for people with ID/DD. The CDOR is an active participant in the State Council on Developmental Disabilities' Employment First Committee to help with transition planning.
- AB 1041 (Statutes of 2013) established in statute California's Employment First policy. The policy was established to make services and supports available to enable persons with developmental disabilities to have similar everyday living to those without disabilities and to support the integration of persons with developmental disabilities into their community.
- The California Budget of 2023-24 creates a new office in California Health and Human Services to coordinate Employment First policies across multiple state agencies, including DDS and DOR.

The Employment First Office aims to close gaps and reduce administrative burden for people with ID/DD seeking employment. This change will take effect July 1, 2024.

- Senate Bill (SB) 639 (Statutes of 2021) amended California Labor Code sections 1191 and 1191.5 to phase out subminimum wage employment and prohibit an employee with a disability from being paid less than the California minimum wage under state law starting January 1, 2025. Effective January 1, 2022, California prohibits new special licenses from being issued. SB 639 is intended to afford all Californians, regardless of whether they have disabilities, with protections to ensure equal pay and treatment in the workforce. SB 639 reinforces modern principles of equity in the California workforce by requiring all individuals, including individuals with ID/DD, to be paid at least the California minimum wage.

- California Competitive Integrated Employment: Blueprint for Change Employing Individuals with Intellectual Disabilities and Developmental Disabilities in California: This Blueprint initiative was the result of the commitment between CDOR, CDE, and DDS to provide opportunities for Californians with intellectual disabilities and developmental disabilities, regardless of the severity of their disability, to prepare for and participate in competitive integrated employment. From May 2017 through June 2022, CDOR worked closely with CDE and DDS to improve collaboration and coordination between the three departments and provide support to all individuals with ID/DD who choose CIE. Though the 5-year Blueprint ended in 2022, the collaboration between CDOR, CDE, and DDS continues in an ongoing effort to fulfill the mission of the Blueprint and provide CIE opportunities for people with ID/DD.

- Pathways to Success Project (PSP): The CDOR has partnered with San Diego State University, Interwork Institute to evaluate the effects and benefits of improving VR outcomes for eligible individuals with disabilities, including previously served VR participants, to advance in high-demand, high-quality careers such as science, technology, engineering, and math (STEM); to improve and maximize competitive integrated employment outcomes; to promote economic self-sufficiency, independence, and inclusion; and to reduce reliance on public benefits. This project is funded by the RSA and will pilot a model of sector-based services consistent with the larger workforce system and focus on underrepresented communities, such as people with ID/DD, women, and people in racially and ethnically distinct communities.

- In July 2016, CDOR established the Achieving Community Employment (ACE) Team to provide CC&IR services. The ACE counselors located in eight regions statewide provide CC&IR services to individuals working at subminimum wage and encourage the exploration and achievement of CIE. The participants also receive information about available employment resources and supportive services. As of June 2023, the CDOR ACE Team coordinated with 35 California employers holding 14(c) subminimum wage certificates, including 33 CRPs, one Patient Worker program, and one School Work Experience Program. The number of employers statewide with 14(c) certificates has decreased from 150 in 2016 to 35 in 2023. The CDOR ACE Team has provided CC&IR services to more than 2,446 unduplicated recipients earning a subminimum wage or in segregated work settings, down from 19,669 in 2016. Between July 1, 2022, and June 30, 2023, 131 individuals who left subminimum wage employment achieved CIE. The CDOR expects this downward trend to continue through 2024, particularly with the passage of California Senate Bill 639 (Statutes of 2021), eliminating payment of subminimum wages by January 1, 2025.

**(f) Annual Estimates**

*Sections 101(a)(15) and 101(a)(23) of the Rehabilitation Act require all VR agencies to annually conduct a full assessment of their resources and ability to serve all eligible individuals before the start of the Federal fiscal year. In accordance with 34 CFR § 361.29(b), annual estimates must include the following projections:*

**1.  Estimates for the next federal fiscal year—**

**A.  VR Program**

In federal fiscal year (FFY) 2025, CDOR estimates that it will provide vocational rehabilitation (VR) services to approximately 96,100 eligible individuals with disabilities. The CDOR also estimates that it will serve approximately 60,000 eligible and potentially eligible students with disabilities receiving pre-employment transition services.

| Priority Category (if applicable) | No. of Individuals Eligible for Services | No. of Eligible Individuals Expected to Receive Services under the VR Program | Costs of Services using Title I Funds | No. of Eligible Individuals Not Receiving Services (if applicable) |
|---|---|---|---|---|
| VR | 96,100 | 96,100 | $207,915,680 | N/A |

**B.  Supported Employment Program**

In FFY 2025, CDOR estimates that approximately 32,400 consumers will have a most significant disability, of which approximately 9,200 consumers will receive Supported Employment services under both Title I and Title VI funds. Of this number, an estimated 674 consumers will receive services funded from Title VI Funds.

| Priority Category (if applicable) | No. of Individuals Eligible for Services | No. of Eligible Individuals Expected to Receive Services under the Supported Employment Program | Costs of Services using Title I and Title VI Funds | No. of Eligible Individuals Not Receiving Services (if applicable) |
|---|---|---|---|---|
| N/A | 9,200 | 674 | $19,320,000 | N/A |

**(g) Order of Selection**

☑ The VR agency is **not** implementing an order of selection, and all eligible individuals will be served.

☐ The VR agency is implementing an order of selection with one or more categories closed.

VR agencies may maintain an order of selection policy and priority of eligible individuals without implementing or continuing to implement an order of selection.

*Pursuant to section 101(a)(5) of the Rehabilitation Act, this description must be amended when the VR agency determines, based on the annual estimates described in description (f), that VR services cannot be provided to all eligible individuals with disabilities in the State who apply for and are determined eligible for services.*

1. *For VR agencies that have defined priority categories, describe—*

    A. *The justification for the order;*

    No Order of Selection is being implemented at this time.

    B. *The order (priority categories) to be followed in selecting eligible individuals to be provided VR services ensuring that individuals with the most significant disabilities are selected for services before all other individuals with disabilities;*

    No Order of Selection is being implemented at this time. However, when implemented, California's Order of Selection process has three priority categories in the following order:

    Priority Category 1: Individual With A Most Significant Disability

    An individual with a disability who has a serious limitation in terms of employment in at least four functional capacity areas is expected to require multiple VR services over an extended period of time (more than six months) and has one or more physical or mental disabilities.

    Priority Category 2: Individual With A Significant Disability

    An individual who the Social Security Administration has determined is eligible for Social Security benefits as a result of a disability or blindness or an individual who meets the following three criteria: has a serious limitation in terms of employment in at least one functional capacity area; is expected to require multiple VR services over an extended period of time; and has one or more physical or mental disabilities resulting from another disability or a combination of disabilities as determined by the basis of an assessment for determining eligibility and VR needs to cause comparable substantial functional limitation in accordance with 34 C.F.R. 361.5(c)(30(iii).

    Priority Category 3: Individual With A Disability

    An individual with a disability who has at least one limitation in terms of employment in any functional capacity area is not expected to require multiple VR services over an extended period of time.

Under an Order of Selection, the CDOR will serve all individuals in Priority Category 1 first. Once all of those individuals have been served, CDOR will serve individuals in Priority Category 2. Once they have been served, CDOR will serve all individuals in Priority Category 3. The CDOR continues to assess resources at least annually to evaluate whether existing resources are adequate to serve individuals in all three priority categories.

After an individual is found eligible for VR services, the VR Counselor evaluates the functional limitations, anticipated services needed, and the duration of the services to identify the level of significance of disability.

Factors that cannot be used in determining the level of significance of disability of eligible individuals include residency, type of disability, sex, race, age, religious creed, color, ancestry, national origin, sexual orientation, marital status, referral source, type of expected employment outcome, need for or anticipated cost of specific VR services required for an individual's plan for employment, an individual's or family's income level, counseling and guidance, and/or transportation services.

***C. The VR agency's goals for serving individuals in each priority category include how the agency will assist eligible individuals assigned to closed priority categories with information and referrals, the method by which the VR agency will manage waiting lists, and the projected timelines for opening priority categories. NOTE: Priority categories are considered open when all individuals in the priority category may be served.***

No Order of Selection is being implemented at this time, and all eligible individuals will be served with no closed categories or waitlists.

***2. Has the VR agency elected to serve eligible individuals outside of the order of selection who require specific services or equipment to maintain employment?***

No, CDOR is not electing to serve eligible individuals outside of an Order of Selection. CDOR is not implementing an Order of Selection at this time.

**(h) Waiver of Statewideness**

*The State plan shall be in effect in all political subdivisions of the State; however, the Commissioner of the Rehabilitation Services Administration (Commissioner) may waive compliance with this requirement in accordance with section 101(a)(4) of the Rehabilitation Act and the implementing regulations in 34 CFR 361.26. If the VR agency is requesting a waiver of statewideness or has a previously approved waiver of statewideness, describe the types of services and the local entities providing such services under the waiver of statewideness and how the agency has complied with the requirements in 34 CFR 361.26. If the VR agency is not requesting or does not have an approved waiver of statewideness, please indicate "not applicable."*

The CDOR requests a continuation of its waiver of statewideness for third-party cooperative arrangements (referred to in California as Cooperative Agreements or Cooperative Programs) with local educational agencies (LEAs), public higher education agencies, and county human services agencies. These arrangements between CDOR and local public agencies are designed to increase the availability and quality of VR services, which assist consumers in achieving competitive integrated employment. Although cooperative agreements exist in each CDOR district, CDOR does not have sufficient staff or budget authority to contract with every potential cooperative partner in the state. In geographic areas where a cooperative agreement is not available, individuals in any area of the state can apply for VR services at any local CDOR field office at any time.

Cooperative agreements include the following required federal assurances:

- Local funds used as a match are verified as non-federal monies. The non-federal share of funds is made available by the local public agencies to CDOR and is either paid either through a cash match contribution or reported as certified expenditures of redirected agency staff time to provide a unique pattern of VR services exclusively to CDOR applicants and consumers, or students with disabilities who are potentially eligible for VR services. Each cooperative agreement identifies the type and amount of match to be provided by the local public agency.
- The types of VR or CDOR Student Services provided to CDOR applicants, consumers, or students with disabilities who are potentially eligible for VR services by the local public agency or associated vendor are identified by the VR counselor.
- An authorizing case note is issued by CDOR to the local public agency or associated CRP, which designates the specific type of VR or CDOR Student Services to be provided to CDOR applicants and consumers or students with disabilities who are potentially eligible for VR services.
- The services provided are for CDOR applicants and consumers or students with disabilities who are potentially eligible for VR services and are new services that have a VR focus or existing services that have been modified, adapted, expanded, or reconfigured to have a VR focus, and are not customary services the local public agency is legally mandated to provide. The services included in each cooperative agreement are based on the local needs of CDOR applicants, consumers, and the local public agency.
- Program expenses for cooperative agreement services are under the administrative supervision of CDOR through the cooperative agreement.
- Each cooperative program and CDOR district establishes a mutual referral system for individuals to apply for VR services.

- The requirements of the VR Services Portion of the Unified State Plan will apply to all services provided to CDOR applicants and consumers under the cooperative agreement, including the Order of Selection identified in the response for Description (G) – Order of Selection, when applicable. CDOR is not implementing an Order of Selection at this time.

The CDOR administers VR services through the following cooperative programs for which a waiver of statewideness is requested. Through these agreements, the participating cooperative program provides one or more new or expanded VR services to CDOR applicants, consumers, or potentially eligible students with disabilities.

### *Transition Partnership Programs*

The CDOR administers 98 cooperative programs, known as Transition Partnership Programs (TPPs), with LEAs, County Offices of Education (COEs), or Special Education Local Plan Areas (SELPAs) providing CDOR Student Services and VR services to students with disabilities who are potentially eligible and eligible for VR services in hundreds of individual schools. The goal of the TPPs is to serve high school students with disabilities, including physical, blindness, deaf, intellectual, developmental, and behavioral health disabilities (mental health and/or psychiatric disabilities), by facilitating the effective transition from school to meaningful competitive integrated employment.

As of July 1, 2020, all 98 TPP contracts have transitioned to a new CDOR Student Services design that further identifies the provision of CDOR Student Services to accurately report to RSA both the 15% spending requirement and the service delivery. Approximately 33 of the 98 TPP contracts also provide VR services to students who have transitioned from CDOR Student Services to the full array of VR services.

The LEA or SELPA will refer students with disabilities who are potentially eligible or eligible for VR services and ages 16-22 to CDOR. The maximum age range for students with disabilities to receive CDOR Student Services is consistent with the maximum age range for special education services specified in California Education Code Section 56026. The assigned VR counselor will then open a student record and work in partnership with the student to complete a CDOR Student Services Request and Student Services Plan for students who are potentially eligible for VR services or an Individualized Plan for Employment (IPE) for students accepted as VR consumers, as early as possible but at the latest before the student leaves school. Through the cooperative agreement, the participating LEAs, COEs, or SELPAs provide one or more new or expanded VR services to students.

These services conform to the definition of Pre-Employment Transition Services (Pre-ETS) required by the Workforce Innovation and Opportunity Act (WIOA) and contain the following key features: job exploration counseling, work-based learning experiences, counseling on post-secondary opportunities, workplace readiness training, and instruction in self-advocacy. These services, in addition to others provided on an individual basis, are intended to ultimately result in competitive integrated employment.

Through meetings, presentations, and school events (e.g., back-to-school nights, etc.), CDOR Student Services staff continue to collaborate with local schools, districts, and LEAs to promote, coordinate, and provide CDOR Student Services.

The 98 cooperative programs for TPP are as follows:

- Anaheim Union High School District
- Antelope Valley Union High School District
- Arcadia Unified School District
- Bellflower Unified School District
- Berkeley Unified School District
- Cabrillo Unified School District
- Capistrano Unified School District
- Center Joint Unified School District
- Centinela Valley Union High School District
- Classical Academy High School
- Clovis Unified School District
- Compton Unified School District
- Corona-Norco Unified School District
- County of Humboldt Superintendent of Schools / Office of Education
- Del Norte County Office of Education
- Denair Unified School District
- East Side Union High School
- Elk Grove Unified School District
- Fontana Unified School District
- Fremont Unified School District (Mission Valley SELPA)
- Fremont Union High School District
- Fresno County Superintendent of Schools
- Galt Joint Union High School District
- Garden Grove Unified School District
- Gilroy Unified School District
- Glenn County Office of Education
- Grossmont Union High School District
- Huntington Beach Union High School District
- Imperial County Office of Education
- Irvine Unified School District
- Jefferson Union High School District
- Kings County Office of Education
- Laguna Beach Unified School District
- Las Virgenes Unified School District
- Lassen County Office of Education
- Lodi Unified School District
- Long Beach Unified School District
- Los Angeles County of Education
- Los Angeles Unified School District
- Los Banos Unified School District

- Los Gatos-Saratoga Union High School District
- Marin County Office of Education
- "Mendocino County Superintendent of Schools, dba Mendocino County Superintendent of Schools"
- Milpitas Unified School District
- Modoc County Office of Education
- Monrovia Unified School District
- Montebello Unified School District
- Morgan Hill Unified School District
- Morongo Unified School District
- Mountain View-Los Altos U.H.S.D
- Napa Valley Unified School District
- Nevada Joint Union High School District
- Newport-Mesa Unified School District
- Norwalk-La Mirada Unified School District
- Oakland Unified School District
- Oxnard Union High School District
- Pajaro Valley Unified School District
- Palo Alto Unified School District
- Placer County Office of Education
- Poway Unified School District
- Redondo Beach Unified School District
- Riverside County of Education
- Sacramento City Unified School District
- Sacramento County Office of Education
- Saddleback Valley Unified School District
- Salinas Union High School District - Mission Trails ROP
- San Benito High School District
- San Bernardino City Unified School District
- San Bernardino County Superintendent of Schools, Desert/Mountain Special Education Local Plan Area (SELPA)
- San Bernardino County Superintendent of Schools, East Valley SELPA
- San Diego Unified School District
- San Dieguito Union High School District
- San Francisco Unified School District
- San Mateo Union High School District
- Santa Ana Unified School District
- Santa Barbara Unified School District
- Santa Clara Unified School District
- Santa Cruz City Schools
- Simi Valley Unified School District
- Solano County Office of Education

- Sonoma County Office of Education
- South San Francisco Unified School District
- Stockton Unified School District
- "Superintendent of Schools, Siskiyou County Office of Education"
- Superintendent of Schools, Contra Costa County Office of Education
- "Sutter County Superintendent of Schools, Sutter County One Stop "
- Sweetwater Union High School District
- Tahoe Truckee Unified School District
- Torrance Unified School District
- Tustin Unified School District
- Vallejo City Unified School District
- Valley Center-Pauma Unified School District
- Walnut Valley Unified School District
- West Contra Costa Unified School District
- West End SELPA
- Western Placer Unified School District
- Whittier Union High School District
- William S Hart Union High School District

***WorkAbility II Cooperative Programs***

The CDOR administers one WorkAbility II cooperative program with one adult school. The goal of WorkAbility II is to assist adults and out-of-school youth with disabilities to obtain competitive integrated employment. The VR services provided include vocational assessment; employment preparation and vocational instruction; job development, placement, and retention; and short-term supports. The one cooperative program for WorkAbility II is as follows:

- Vista Unified School District, Vista Adult School

***WorkAbility III Cooperative Programs***

The CDOR administers 14 WorkAbility III cooperative programs with community colleges to assist community college students with disabilities in obtaining competitive integrated employment. The VR services provided include vocational assessment, employment preparation, job development, placement, and job retention services. The 14 cooperative programs for WorkAbility III are as follows:

- Desert Community College/College of the Desert
- Feather River Community College District
- Gavilan Joint Community College District / Gavilan College
- Kern Community College District, Bakersfield College
- Long Beach Community College
- North Orange County Community College District
- Peralta Community College District, College of Alameda
- Sac City College /Los Rios Community College District
- San Bernardino Community College District

- San Diego Community College District
- San Joaquin Delta Community College District
- Southwestern Community College District
- State Center Community College District, Reedley College
- West Kern Community College District, Taft College

***WorkAbility IV Cooperative Programs***

The CDOR administers four WorkAbility IV cooperative programs within the California State University system. The goal of WorkAbility IV is to assist college students with disabilities in obtaining competitive integrated employment. The VR services provided include internships, employment preparation, job development, placement, and job retention services. The four cooperative programs for WorkAbility IV are as follows:

- California State University, Fresno Foundation
- California State University Long Beach, Research Foundation
- California State University, San Bernardino
- San Diego State University

***Mental Health Cooperative Programs***

The CDOR administers six mental health cooperative programs with county mental health agencies to assist individuals with behavioral health disabilities in living independently in the community by obtaining successful, competitive, integrated employment. The VR services may include vocational assessment, personal vocational and social adjustment, work adjustment, employment preparation, job development, placement, retention services, and short-term support. The six cooperative programs for Mental Health are as follows:

- Contra Costa County Mental Health - Vocational Services
- County of Butte, Department of Behavioral Health
- Marin County BH
- Merced County Behavioral Health & Recovery Services
- County of Riverside - Riverside University Health System - Behavioral Health
- Stanislaus County Behavioral Health and Recovery Services

**(i) Comprehensive System of Personnel Development**
*In accordance with the requirements in section 101(a)(7) of the Rehabilitation Act, the VR agency must develop and maintain annually a description (consistent with the purposes of the Rehabilitation Act) of the VR agency's comprehensive system of personnel development, which shall include a description of the procedures and activities the VR agency will undertake to ensure it has an adequate supply of qualified State rehabilitation professionals and paraprofessionals that provides the following:*

*1. Analysis of current personnel and projected personnel needs, including—*

*A. The number and type of personnel that are employed by the VR agency in the provision of vocational rehabilitation services, including ratios of qualified vocational rehabilitation counselors to clients;*

*B. The number of personnel currently needed by the VR agency to provide VR services, broken down by personnel category and*

*C. Projections of the number of personnel, broken down by personnel category, who will be needed by the VR agency to provide VR services in 5 years based on projections of the number of individuals to be served, including individuals with significant disabilities, the number of personnel expected to retire or leave the field, and other relevant factors.*

| Personnel Category | No. of Personnel Employed | No. of Personnel Currently Needed | Projected No. of Personnel Needed in 5 Years |
|---|---|---|---|
| Team Manager | 105 | 112 | 112 |
| Senior Vocational Rehabilitation Counselor (QRP)* | 538 | 585 | 585 |
| Regional Business Specialist | 14 | 14 | 14 |
| Business Specialist / Work Incentive Planner / Services Coordinator | 289 | 296 | 269 |
| Case Support Staff | 326 | 351 | 351 |
| Regional Director | 14 | 14 | 14 |
| District Administrator | 14 | 14 | 14 |
| Medical Consultant | 3 | 5 | 5 |
| Consulting Psychologists | 7 | 10 | 10 |
| Mobility Evaluation Specialist | 0 | 1 | 1 |
| Teacher, Orientation, and Mobility for the Blind | 4 | 4 | 4 |
| Teacher, Typing, and Braille | 2 | 2 | 2 |
| Teacher, Home Economics | 1 | 1 | 1 |

| Personnel Category | No. of Personnel Employed | No. of Personnel Currently Needed | Projected No. of Personnel Needed in 5 Years |
|---|---|---|---|
| Counselor, Orientation Center for the Blind | 3 | 3 | 3 |
| Vocational   Instructor | 2 | 3 | 3 |
| Physician and Surgeon | 0 | 0 | 0 |
| Optometric/Dental Consultant | 1 | 2 | 2 |

*The number of SVRC/QRPs includes only those positions that meet the qualifications specified in section (3) Personnel Standards.

The CDOR has a comprehensive system for collecting, maintaining, and analyzing, on an annual basis, data on qualified personnel needs. Personnel position reports are created by CDOR Human Resources' Branch (HRB) position control, utilizing data collected from the State Controller's Office. The data reflecting current position allocations and position location is shared on a monthly basis with CDOR's field divisions. The CDOR's field division determines any changes in position allocation for their division and informs HRB of any potential changes.

The VR Counselors are exclusively responsible for the following five functions: eligibility determination; priority of service; Individualized Plan for Employment (IPE) approval and signature; IPE revisions or amendments; and determination that a successful employment outcome has been achieved and the record of services can be closed. Collectively, the VR Counselor, Service Coordinator, Business Specialist, Work Incentives Planner, and Case Support Staff focus on providing VR services necessary for consumers to prepare for, find, and retain employment. Counselors and Service Coordinators may also be assigned to provide Pre-Employment Transition Services, also known as DOR Student Services, to students with disabilities ages 16-21.  Service delivery for both VR and Student Services is focused on person-centered, whole-person care via cross-agency collaboration and systems alignment. The VR Counselors and Service Coordinators provided CDOR student services to 46,008 students with disabilities in FFY 2023, including potentially eligible students with disabilities.

The Orientation Center for the Blind is a CDOR-owned and operated training facility that assists consumers who are blind or visually impaired in adjusting to their vision loss and acquiring the skills and tools necessary to pursue competitive integrated employment. A specialized staff of qualified teachers, trainers, and rehabilitation professionals provides comprehensive training and experiences tailored to assist each participant in reaching their full potential for independence. At no cost to CDOR consumers, training is provided in daily living skills, including cooking, independent travel, Braille and communication, AT use, and work readiness skills necessary for vocational success. Options for training include residential, individualized day programs, two-week skills assessments, or a combination of any of the above. The residential facility can support 36 participants at any given time.

During FFY 2023, CDOR actively provided VR services to 34,561 VR new applicants and provided CDOR Student Services to 44,824 potentially eligible students with disabilities. In FFY 2023, VR field staff provided services to an estimated 97,418 individuals with disabilities in open status.

**D. *Ratio of qualified VR counselors to clients***

1 to 180. This ratio is based on the total number of positions estimated by the end of PY 2025 (585) and the total projected number of consumers served in the VR program and Supported Employment program during PY 2025 (105,300).

**E. *Projected number of individuals to be served in 5 years***

In program year (PY) 2028, CDOR will provide services to an estimated 96,100 individuals in the VR program.

**2. *Data and information on personnel preparation and development, recruitment and retention, and staff development, including the following:***

**A. *A list of the institutions of higher education in the State that are preparing VR professionals by type of program; the number of students enrolled at each of those institutions, broken down by type of program; and the number of students who graduated during the prior year from each of those institutions with certification or licensure, or with the credentials for certification or licensure, broken down by the personnel category for which they have received, or have the credentials to receive certification or licensure.***

| Institute of Higher Education | Type of Program | No. of Students Enrolled | No. of Prior Year Graduates |
|---|---|---|---|
| CSU Los Angeles | Master's | 62 | 82 |
| CSU Fresno | Master's | 24 | 25 |
| CSU Sacramento | Master's | 18 | 48 |
| CSU San Bernardino | Master's | 53 | 14 |
| San Diego State University | Master's | 71 | 49 |
| | Total | 328 | 136 |

The table above provides data for Academic Year 2021-2022 on the number of students enrolled in or graduated from a Council for Accreditation of Counseling and Related Educational Programs (CACREP) accredited Master's Degree program and the numbers of students sponsored in those programs by CDOR and/or the Rehabilitation Services Administration (RSA).

**B. *The VR agency's plan for recruitment, preparation, and retention of qualified personnel, which addresses the current and projected needs for qualified personnel, and the coordination and facilitation of efforts between the VR agency and institutions of higher education and professional associations to recruit, prepare, and retain personnel who are qualified, including personnel from minority backgrounds and personnel who are individuals with disabilities.***

DOR's Plan for the Recruitment, Preparation, and Retention of Qualified Personnel: 2015-2020 Workforce Strategic Plan

The CDOR developed a 2015-2020 Workforce Strategic Plan focused on hiring, developing, and retaining staff with the right skills and competencies to achieve the vision, mission, and goals of the department. The development of the Plan is a continuation of CDOR's 2012-2015 Recruitment and

Retention Plan that documented the Human Resources Branch's ongoing collaborative activities with internal and external stakeholders.

The CDOR has completed five of the six initiatives identified through the collaborative process: Recruitment Outreach and Marketing, Onboarding, Mentoring, Performance Management Enhancement, and Leadership Development. The remaining initiative, the Recognition Program, is pending completion. The initiatives are intended to recruit and empower employees through development opportunities, coaching and mentoring, knowledge sharing, recognizing achievements, and fostering a values-driven culture. The six initiatives are:

1. Recruitment Outreach and Marketing – Develop and implement an outreach and marketing strategy to establish CDOR as an employer of choice to attract high-performing, diverse candidates. A recruitment committee was convened to address challenges in attracting, hiring, and retaining the Senior Vocational Rehabilitation Counselor, Qualified Rehabilitation Professional (QRP) Classification. Marketing strategies include developing new content to be used in brochures, posters, billboards, and a variety of online platforms. Outreach strategies include targeting university partnerships through campus recruiting events, classroom presentations, internships, and alumni engagement.

2. Onboarding Program – Develop an onboarding program available online in the Learning Management System (LMS) for all staff to learn about the CDOR's mission, core values, culture, program areas, resources, and overall expectations.

3. Performance Management Enhancement – Develop and implement a training framework to provide managers with increased talent management knowledge and skills. Activities include proactive recruitment and retention, conducting and supporting effective individual development plans, and productive employee relations.

4. Leadership Development –The California Department of Human Resources' California Leadership Academy provides foundational mandated training for CEAs, managers, and supervisors in state service. The CDOR supports leadership development by providing self-paced leadership courses available on-demand in the LMS and by supporting training encompassing leadership competencies.

5. Recognition Program – Develop a program consisting of informal and formal recognition that reinforces the department's mission, values, and strategic objectives to help attract and retain high-performing staff.

6. Mentoring Program – Develop a mentoring program to provide educational and experiential opportunities for staff to enhance their personal and professional development.

The CDOR is revising the Workforce Strategic Plan to ensure the organization has the resources needed to meet its mission and strategic plan goals.

Current and Projected Needs for Qualified Personnel

To meet the current needs of qualified personnel, CDOR's Staff Development Unit will continue to collaborate with other CDOR sections to develop employee competencies, knowledge, skills, and abilities, provide staff retraining, and comply with mandatory training requirements. The Staff Development Unit will provide logistical support for internal and external training.

The CDOR plans to offer a variety of training to support current professional development needs, including:

- Academies for VR Counselors, Service Coordinators, Business Specialists, and Office Technicians. These academies will increase the capacity of personnel to provide services to consumers and will also enhance existing knowledge of personnel duties.
- Quarterly knowledge-based training.
- Training on the medical aspects of disability.
- Continual training for VR Counselors.

To meet the projected needs of personnel, the Staff Development Unit will rely on a number of tools, including CDOR's:

- Triennial Comprehensive Statewide Needs Assessment
- Staff Development Unit Statewide Training Needs Assessment
- State and Strategic Plans
- Workforce Strategic Plan
- Employee Engagement Survey
- Blackboard Learning Management System

The Staff Development Unit will identify projected training needs through analysis of audit findings, program reviews, policy inquiries, and an evaluation of WIOA. The Unit will prioritize the delivery of training regarding services to youth, use of labor market information, and CDOR Student Services.

The Staff Development Unit will utilize the Blackboard Learning Management System to track mandatory training, assign competency-based training, and coordinate external training requests for department personnel.

The Staff Development Unit will support continuing education by offering a variety of methods and topics, including rehabilitation technology, documentation, case assessment, and postsecondary education. The Staff Development Unit will also coordinate additional classes focusing on Section 508 compliance.

<u>Coordination with Higher Education Institutions and Professional Associations</u>

The CDOR offers volunteer internships for VR students looking to gain experience and get a first-hand look at rehabilitation counseling at CDOR. The CDOR partners with the Council on Rehabilitation Education universities to conduct "How to Apply to the CDOR" workshops that help the Council on Rehabilitation Education university students navigate the civil service application process. The CDOR also partners with the Council on Rehabilitation Education universities and professional associations to promote CDOR career opportunities in their databases.

<u>Personnel from Minority Backgrounds and Individuals with Disabilities</u>

The CDOR is focused on developing a diverse workforce that incorporates disability awareness, etiquette, and inclusion best practices in service delivery and working with external stakeholders. The CDOR will continue to focus on recruiting people with disabilities, including individuals who have

received services from CDOR, through outreach to consumers and stakeholders and employees with disabilities or those who have knowledge of the unique challenges and experiences of individuals with disabilities.

A recruitment team, comprised of a designated recruiter for each district, has been created to plan and implement activities to ensure that outreach to potential candidate pools includes individuals with disabilities, with a focus on individuals with disabilities identified as underserved, and educate CDOR consumers and external stakeholders of career opportunities within CDOR. Additionally, CDOR created a recruitment outreach contact database with national and California disability rights organizations and networks to increase recruitment reach to individuals with disabilities.

The CDOR analyzed feedback provided in the 2019 Employee Engagement Survey to determine how the CDOR workforce perceives the work environment for all employees, including personnel from diverse backgrounds and those with disabilities.

<u>Personnel from Minority Backgrounds and Personnel who are Individuals with Disabilities: DOR Disability Inclusion and Advisory Committee</u>

Previously, CDOR's efforts to support diverse staff were led by the Diversity Inclusion Advisory Committee (DIAC). Now, some of these efforts are carried out through the development of employee-ran affinity groups, which include American Indian/Native American, African American, Asian-Americans, and Pacific Islanders, and Unserved/Underserved LGBTQAI+ and Latinx affinity groups. These groups play a vital role in ensuring an inclusive environment where all employees are valued, included, and empowered to succeed. Affinity groups assist CDOR's efforts to attract, recruit, and retain employees; promote diversity, cultural awareness, and an inclusive work environment; and increase employee job satisfaction, morale, and productivity.

While it was active, DIAC developed a Cultural Competency Training, which focuses on disability awareness and cultural competency. The training gave staff an opportunity to develop foundational diversity and inclusion knowledge and demonstrate practical ways to implement inclusive behaviors into their work. In 2018, the training was piloted in the CDOR San Joaquin District using interactive activities, a multimedia presentation, and experiential learning opportunities to help increase their knowledge around cultural competency, expand their skill base in delivering culturally competent services, and identify behavioral changes that can contribute to a culturally competent work environment. The participants were asked to evaluate the training and serve as a focus group for the development and implementation of future training. The CDOR's senior management team completed the training in March 2019 and recommended it be rolled out to all CDOR district staff. After the San Joaquin District pilot and training to the CDOR senior management, the Intersectionality Training was successfully rolled out to all districts in April-June 2021.

An Intersectionality Workgroup was established in November 2021 to collaborate with the CDOR Staff Development Unit to support DOR DEIA efforts with the goal of repeating the Intersectionality Training to all staff. The intent of the workgroup is to identify and develop additional DEIA training for all staff annually, on a quarterly basis, over a four-year period. The proposed training for all staff will be as follows:

- Intersectionality
- Microaggression
- Implicit and Explicit Bias
- Community Conversations

In conjunction with the training discussed above, members of the workgroup will also facilitate community conversations statewide among staff with topics that correspond to and support the quarterly training. CDOR plans to establish an Office for Diversity, Equity, Inclusion, and Accessibility (DEIA). The Office's proposed initiatives and goals are provided below:

- Building comprehensive diversity, equity, and inclusion strategies and methodologies centered on the needs of employees, consumers, and internal and external stakeholders.
- Collaborating with stakeholders to promote visibility of diversity, equity, and inclusion, both internally and externally.
- Partnering across divisions to drive a diverse talent pool and build strong departmental growth and performance.
- Developing and implementing diverse, equitable, inclusive, and innovative programs and initiatives that move beyond representation.
- Creating a sustainable, diverse, equitable, and inclusive work environment through developing, recommending, and facilitating training.
- Developing innovative strategies into business processes regarding talent acquisition, performance management, leadership development, succession planning, employee engagement, and retention.
- Demonstrating progress to drive departmental action through establishing diversity, equity, inclusion, and accessibility metrics with measurable objectives and goals.
- Sharing knowledge and best practices through promotion, building, and collaboration of strategic internal and external partnerships.
- Serving as a model employer of persons with disabilities.

**C. Description of staff development policies, procedures, and activities that ensure all personnel employed by the VR agency receive appropriate and adequate training and continuing education for professionals and paraprofessionals:**

   1. **Particularly with respect to assessment, vocational counseling, job placement, and rehabilitation technology, including training implemented in coordination with entities carrying out State programs under section 4 of the Assistive Technology Act of 1998 and**

   2. **Procedures for the acquisition and dissemination of significant knowledge from research and other sources to VR agency professionals and paraprofessionals and for providing training regarding the amendments to the Rehabilitation Act made by the Workforce Innovation and Opportunity Act.**

System of staff development

The CDOR will provide training through three training tracks to professional and paraprofessional staff:

Track 1: Onboarding Training – provides CDOR employees with an introduction to the department and instructions on how to function successfully within it. Courses will provide staff with resources

to appropriately onboard within the first quarter of employment. Key components include CDOR's mission, CDOR, and VR history, as well as the rehabilitation process. Courses will be available to all staff on demand.

Track 2: Academies – provides policy-based training for the department's VR teams. Training evaluations will be completed through a pre-assessment of both the participant and their manager to determine a baseline of learning. Upon completing academies, learners will participate in a series of continuing education courses.

Track 3: Continuing Education – provides continuing training on a range of current VR topics and role-based technology training. Continuing education is provided through various modalities, including live virtual workshops and on-demand training, which staff can utilize as needed. A training needs assessment of CDOR employees is conducted every two years to help guide information about the direction and need for continuing education for staff.

<u>Training for Supervisory Staff</u>

In addition to the three training tracks, the State of California amended Government Code 19995.4 to mandate initial and biennial leadership and development training for the Staff Services Manager I classification (or equivalent) and above.

<u>Acquisition and Dissemination of Significant Knowledge</u>

The CDOR continues to routinely acquire and disseminate significant VR research through the following outlets:

- Topical webinars from VR leaders include the VR Technical Assistance Center, the National Center on Leadership for the Employment and Economic Advancement of People with Disabilities, and the Employment and Training Administration.
- CDOR Director's Quarterly Forum
- Coordinates conferences and workshops for professionals and paraprofessionals that are applicable to current industry practices.

3. ***Description of VR agency policies and procedures for the establishment and maintenance of personnel standards consistent with section 101(a)(7)(B) to ensure that VR agency professional and paraprofessional personnel are adequately trained and prepared, including—***

    A. ***Standards that are consistent with any national or State-approved or -recognized certification, licensing, registration, or other comparable requirements that apply to the profession or discipline in which such personnel are providing VR services and***

    B. ***The establishment and maintenance of education and experience requirements, in accordance with section 101(a)(7)(B)(ii) of the Rehabilitation Act, to ensure that the personnel have a 21st-century understanding of the evolving labor force and the needs of individuals with disabilities.***

<u>CDOR Employees with Education and, or Certification Standards</u>

Candidates applying for all positions must meet California's personnel standards prior to appointment, including proof of possession of degree, certification, licensing, and registration requirements

applicable for each position. California standards identified in the state-approved job specifications include certification, licensing, and registration requirements for the following job classifications: Senior Vocational Rehabilitation Counselor, Qualified Rehabilitation Professional (SVRC/QRP); Teacher, Orientation and Mobility for the Blind; Teacher, Orientation and Mobility for the Blind (Typing and Braille); Teacher, Home Economics; Counselor, Orientation Center for the Blind; Vocational Instructor (Culinary Arts or Computer and Related Technologies); Physician and Surgeon; Medical Consultant; Dental Consultant; Consulting Psychologist; Optometric Consultant; and Work Incentive Planner classifications. These standards are detailed below:

SVRC/QRP

Possession of a Master's degree in Rehabilitation Counseling from a recognized institution or:

- Possession of a Master's degree or Doctorate Degree in a closely related field with successful completion of one graduate course with a primary focus on the Theories and Techniques of Counseling or
- Possession of an active national certification as a Certified Rehabilitation Counselor.

Orientation and Mobility for the Blind

Possession of a valid California Teaching credential authorizing the teaching of orientation and mobility to the visually disabled and either:

- Completion of an approved graduate curriculum leading to a Master of Arts degree in Orientation and Mobility Training. Candidates who are within six months of completing the required education will be admitted to the examination, but they will not be appointed until they have completed the curriculum or,
- Two years of experience working with the blind in training in mobility skills and physical conditioning (completion of an approved training course in orientation and mobility in a Veterans Administration Hospital may be substituted for up to one year of the required experience on the basis of one year of training for one year of experience.) and,
- Equivalent to graduation from college.

Teacher, Orientation Center for the Blind (Typing and Braille)

Possession of a valid California designated subject credential in Typing and Braille and either:

- Two years of experience teaching Typing and Braille.
- Four years of typing experience, which must have included or been supplemented by experience or training in reading and writing Braille and education equivalent to graduation from college. (Additional qualifying experience may be substituted for not more than two years of the required education on a year-for-year basis).

Teacher, Home Economics

Possession of a Secondary Credential with a major or minor in home economics.

Counselor, Orientation Center for the Blind

Equivalent to completion of two years of college, preferably including such courses as psychology, physiology, or mental hygiene. (Two years of experience teaching blind adults may be substituted for not more than two years of the required education on a year-for-year basis.)

Vocational Instructor (Culinary Arts or Computer and Related Technologies)

Credential: Possession of a valid California teaching credential that authorizes the holder to teach, on a full-time basis, a vocational course in the appropriate subject specialty or Industrial Arts subspeciality. Applicants who do not possess this credential may take the examination but must meet the requirements and have an application on file with the Commission on Teacher Credentialing for the appropriate credential before an appointment can be made and must secure the credential within 120 working days after the appointment. After issuance, the credential must be maintained by completion of any required examinations or coursework.

Physician and Surgeon

Possession of the legal requirements for the practice of medicine in California as determined by the California Board of Medical Quality Assurance or the California Board of Osteopathic Examiners.

Applicants who are in the process of securing approval of their qualifications by the Board of Medical Quality Assurance or the Board of Osteopathic Examiners will be admitted to the examination, but the Board to which the application is made must determine that all legal requirements have been met before candidates will be eligible for appointment.

Applicants serving an internship in an approved hospital will be admitted to the examination, but they may not be appointed until they meet the other requirements stated above.

Medical Consultant

Possession of legal requirements for the practice of medicine, as determined by the California Board of Medical Quality Assurance or the California Board of Osteopathic Examiners, in addition to one year of experience in the practice of medicine, exclusive of internship. Applicants who are in the process of securing approval by the Board of Medical Quality Assurance or the California Board of Osteopathic Examiners will be admitted to the examination, but the Board to which the application is made must determine that all legal requirements have been met before the candidate will be eligible for appointment.

Consulting Psychologist

Possession of a valid license as a Psychologist issued by the California Board of Psychology and possession of an earned Doctorate Degree in Psychology from an educational institution meeting the criteria of Section 2914 of the California Business and Professions Code. Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of two years, at which time licensure shall have been obtained, or the employment shall be terminated. Experience must include either:

- Two years of experience in the California state service performing clinical psychology duties equivalent to those of a Psychologist (Various Specialties), Psychologist (Health Facility) (Various Specialties), or Psychologist Clinical, Correctional Facility, or,
- Three years of full-time postdoctoral, post-internship experience in the practice of psychology involving either training, research, consultation, or program planning in mental health services.

<u>Optometric Consultant</u>

Possession of the legal requirements for the practice of optometry in California as determined by the California State Board of Optometry. Applicants who are in the process of securing approval of their qualifications by the State Board of Optometry will be admitted to the examination, but that Board must determine that all legal requirements have been met before candidates will be eligible for appointment.

Experience must include two years of experience within the past five years as a practicing Optometrist. Experience as an Optometrist in the consultant function of a medical care program can be substituted on a year-for-year basis.

<u>Work Incentive Planner</u>

The CDOR recruits Work Incentive Planners using the state civil service Staff Services Analyst Classification. After the CDOR Work Incentive Planners are hired, they participate in and complete the Cornell University Work Incentives Practitioner Credentialing training for certification.

<u>21st Century Understanding</u>

The WIOA describes the need for personnel to have a 21st-century understanding of the evolving labor force and the needs of individuals with disabilities. The CDOR's existing requirement for VR Counselors to have a master's degree in Rehabilitation Counseling supports this need. In addition, CDOR will offer the following training:

- 21st Century Labor Market (Job-Driven Economy)
- Building Effective Partnerships with America's Job Center of California
- Building Effective Partnerships with Employers
- Competitive Integrated Employment
- Customized Employment
- Medical Aspects of Disability
- Youth
- Business Engagement
- Capacity Building

4. ***Method(s) the VR agency uses to ensure that personnel are able to communicate in appropriate modes of communication with or in the native language of applicants or eligible individuals who have limited English speaking ability.***

California is a culturally diverse state, and CDOR is committed to providing timely language services, as required. The Dymally-Alatorre Bilingual Services Act is a state law that ensures individuals seeking

state government services whose primary language is not English are not precluded from receiving State of California services because of language barriers. The CDOR has a Bilingual Services Program that ensures its services are effectively communicated to limited or non-English speaking individuals, as required by the Act.

To ensure effective communication with members of the public, including applicants and eligible individuals with disabilities, CDOR provides a variety of language services, including, but not limited to, bilingual oral interpretation, bilingual written translation, and American Sign Language Interpreting. The CDOR translates a variety of written materials that communicate its services in the following languages: Spanish, Vietnamese, Cantonese, Cambodian, Armenian, Mandarin, and Tagalog.

Additionally, appropriate accommodations such as Auxiliary aids and services are provided, where necessary and as required, to afford an individual with a disability an equal opportunity to participate in CDOR services. Auxiliary aids include services or devices such as qualified Bilingual Oral and ASL interpreters; telephonic interpreter contracts; assistive listening devices such as Sorenson; UbiDuo speech generating device; real-time, open, closed captioning through Teams and/or Zoom; on-demand Video Remote Interpreting, which utilizes Support Service Assistant-Interpreters; videotext displays; other assistive technology; and large print materials.

Refer to Description (L) for information on disability access training provided to Federal, State, and Local Government employees through the Cal Learns Training Portal, which includes Language Accessibility training.

5.    *As appropriate, describe the procedures and activities to coordinate the designated State unit's comprehensive system of personnel development with personnel development under the Individuals with Disabilities Education Act.*

The CDOR and CDE have an established core training series designed for CDOR and LEA staff. These trainings are initiated by CDOR and LEA cooperative program partners and include topics on VR-related subjects, including Employment Preparation, Job Development and Placement, Transition-Age Youth, Benefits Planning and Management, and Strategies for Veterans Entering and Reentry into the Civilian Workforce. Training is provided as mutually requested by the CDOR and the LEA. Additionally, CDOR provides cross-training to LEAs with designated school district local VR teams to inform and support educators on CDOR services and application processes. The CDE provides the CDOR with informational material for CDOR staff on mandated secondary transition planning under IDEA for students who have an IEP.

**(j) Coordination with Education Officials**
**Plans, Policies, and Procedures**

*1. Describe plans, policies, and procedures for coordination between the designated State agency and education officials responsible for the public education of students with disabilities that are designed to facilitate the transition of the students with disabilities from the receipt of educational services in school to the receipt of vocational rehabilitation services, including pre-employment transition services.*

Coordination with Education Officials

The CDOR ensures coordination with education officials at the local, regional, and statewide levels through a variety of mechanisms, as described below. At the local level, CDOR has established cooperative agreements, as described in Description (L). In addition, CDOR has established a list of all California school districts and assigned a CDOR staff liaison to each district to ensure vocational rehabilitation (VR) and pre-employment transition services (CDOR Student Services) are made available to students with disabilities. The CDOR also provides training and technical assistance at the local and regional levels to education officials on VR and CDOR Student Services.

The CDOR coordinates services through an interagency agreement with the California Department of Education (CDE) as described in response to Description (J)(2)(E). The CDOR additionally coordinates with the Western Educational Corporation to encourage collaboration with Learn4Life Charter Schools doing business in California.

Consultation, Technical Assistance, and Community of Practice

The CDOR provides consultation and technical assistance to support state and local agencies in planning for the transition of students with disabilities, including the provision of CDOR Student Services. Consistent with Section 56026 of the California Education Code and the maximum age for the receipt of special education services under this section, CDOR has expanded the uppermost age range for a student with a disability to be eligible or potentially eligible for CDOR Student Services to ages 16-22, not beyond the point at which a secondary student exits their special education program.

Students who are potentially eligible can access CDOR Student Services by requesting a Student Services Plan. The CDOR facilitates the coordination of student referrals from Local education agencies (LEAs) and other partners and confirms that the individual meets the definition of a "student with a disability." The CDOR further facilitates the informed choice discussion and identifies expected CDOR Student Services to be provided to those who are potentially eligible for VR services. It ensures that the specific activities provided for the student are based on the needs and interests of the student.

Locally, each CDOR District has liaison staff to provide outreach, consultation, and technical assistance to LEAs seeking information on CDOR Student Services and VR services for students with disabilities. In addition, CDOR participates in the National Association of Special Education Administrators-supported Community of Practice, which has created a shared work website for programs that support transition practices for students with disabilities. The Community of Practice leadership team includes representatives from CDOR, CDE, Department of Developmental Services (DDS), California Department of Social Services (CDSS), Employment Development Department (EDD), State Independent Living

Council (SILC), educators, and parents who share the goal of providing seamless delivery of transition services to students with disabilities that lead to positive post-school outcomes.

Regional Training and Technical Assistance Curriculum

In keeping with the goal of collaboration to support transitioning students with disabilities, CDOR and CDE collaboratively fund and provide a core series of regional training and technical assistance curricula to local CDOR and LEA staff and partners. Expert consultants provide training on topics related to CDOR Student Services and vocational services and support leading to employment for students and youth with disabilities. Training topics include employment preparation, job development and placement, transition-age youth, and benefits planning and management. These trainings help support the further success of CDOR consumers who are students with disabilities in securing and maintaining employment. Training is provided, as mutually requested by the CDOR and the LEA.

Approximately 20 trainings are provided annually.

Collaborative Team Process

In the coordination of goals, objectives, and services for transitioning students with disabilities, CDOR and LEAs are encouraged to use a collaborative team process to develop the transition services section of the Individualized Education Program (IEP) for students determined eligible for VR services. This process should include the involvement of the student, family, LEA representatives, CDOR staff when invited, and other service providers, as appropriate.

The CDOR and CDE's specific responsibilities are defined in the Interagency Agreement by each agency's applicable rules and regulations. The LEA is identified as the lead agency responsible for providing transition services by qualified personnel to students with disabilities to the point of exit from school. In planning for transition, the school should inform the parents and the student with a disability no later than age 16 about CDOR services and facilitate the referral process.

When invited, CDOR staff attend IEP meetings to actively participate in the planning and development of CDOR Student Services and transition services for the individual student.

For CDOR, a student's Individualized Plan for Employment (IPE) must be coordinated with the IEP or 504 services, as applicable, for that individual in terms of the goals, objectives, and services identified in the education program.

Determining Eligibility and Individualized Plan for Employment Development

The CDOR is responsible for determining eligibility for VR services needed to prepare for or obtain employment and is designated as the lead agency responsible for providing VR services by qualified personnel to students with disabilities meeting eligibility requirements.

The CDOR provides CDOR Student Services to students with disabilities who are eligible and potentially eligible for VR services. As appropriate, when a student with a disability is referred to CDOR for VR services and determined eligible (within 60 days from the date of application), CDOR develops the consumer's IPE. The IPE is developed within 90 days from the date of eligibility determination or by an

agreed-upon extension date. The CDOR is responsible for providing and paying for the transition services, including CDOR Student Services, agreed upon in the IPE while the student with a disability is still in high school and continuing for the period the consumer is participating in the VR program.

<u>Individualized Education Program or Individualized Plan for Employment Responsibilities</u>

The CDOR and the CDE's responsibilities include the provision of services outlined and required by the IEP or IPE. When developing these plans, both agencies work to avoid duplication of services. Where responsibilities overlap, the primary responsibility for specific services rests with the most appropriate agency, as determined by the consumer's present status and when an agency is legally obligated and funded to provide that service. When a service could be provided by either agency, CDOR, and LEAs use the following criteria to determine and assign the financial roles and responsibilities of each agency for the provision of the service:

- Determine the purpose of the service – Is it related more to an employment outcome or to education?
- Determine if the service is customary – Is the service one that the LEA customarily provides under part B of the Individuals with Disabilities Education Act (IDEA)?
- Determine the student's eligibility for the service – Is the student with a disability eligible for transition services under the IDEA?

The local agency (LEA, SELPA, or other entity) that develops the eligible student's IEP is responsible for paying for the agreed-upon transition services required under the IDEA. The CDOR is responsible for providing and paying for the VR services, including CDOR Student Services, included in the consumer's agreed-upon IPE for the period the consumer is in high school and continues to participate in the VR program.

<u>Outreach</u>

The CDOR conducts outreach through third-party agreement partners by implementing procedures for enhancing outreach and identifying students with disabilities who need transition services. The outreach by VR counselors includes a description of the VR program, eligibility requirements, application procedures, and scope of services that may be provided to eligible individuals. The CDOR provides local presentations and informational literature to LEAs, educators, student associations, and parents about CDOR eligibility and program services.

Additionally, CDOR assigns liaison VR Counselors to many secondary schools as a single point of contact for Special Education departments. Each liaison assists in the identification of local coordination activities between the CDOR and the LEA and is responsible for annually reviewing the Interagency Agreement with designated LEA staff. The CDOR will continue to provide outreach and information to high schools about available VR services.

<u>Collaboration with Partners</u>

The CDOR communicates the value and benefits of VR services by reaching out to organizations that serve and represent students with disabilities, including parent resource centers, Independent Living Centers, Regional Centers, and organizations that serve youth with disabilities who are blind or visually

impaired or deaf or hard of hearing. CDOR engages with the Foster Youth System of Care to serve students with disabilities in the foster youth system. There are also collaborations with probation to serve youth who are justice-involved.

<u>Cooperative Programs Annual Meetings</u>

The CDOR Cooperative Programs Section has implemented regular meetings by cooperative program type, occurring annually and mostly in person. These meetings have provided an opportunity for CDOR field staff, cooperative programs, and stakeholders to engage in reciprocal conversation, sharing of ideas and communication on new policy, emerging service strategies, best practices, and participant success. Conducting these meetings in the community allows for greater participation of CDOR and cooperative program staff and enhances service delivery.

<u>CDOR Student Services</u>

The CDOR continues to engage in the following activities to coordinate with schools and provide CDOR Student Services:

- Developed and published a "Student Services" page on the CDOR public-facing website.
- Communicated and will continue to communicate the statewide availability of CDOR Student Services with SELPA directors and the Advisory Commission on Special Education.
- Continued outreach to schools and closer coordination between VR and LEA staff that do not currently have a Transition Partnership Program (TPP) cooperative agreement.
- Expand transition services beyond school to work to include school-to-postsecondary training transitions.
- Provide information about the transition from school to work at an earlier age to students who are eligible and potentially eligible for VR services.
- Provide work incentives, education, and planning services to students with disabilities as well as their parents or guardians.
- Provide specialized training and increase awareness for VR staff and service providers on the unique needs of students with disabilities.

In addition, CDOR utilizes a variety of methods to ensure the provision of CDOR Student Services to students with disabilities:

- Job Exploration Counseling: CDOR field team members provide this service. It is also provided to some students with disabilities through TPP third-party cooperative agreements and through purchased services provided through other contracts or fee-for-service arrangements through LEAs, CRPs, or other providers.
- Work-Based Learning Experiences: CDOR VR team members arrange for on-the-job training, internships, apprenticeships, work experiences, and other work-based learning experiences for students with disabilities through direct interaction with businesses, TPP third-party cooperative agreements and vocational services provided through other contracts or fee-for-service arrangements through LEAs or CRPs.

- Counseling on Postsecondary Education Opportunities: CDOR VR team members provide this service primarily. Team members may also arrange for the provision of this service through contracts or fee-for-service arrangements through LEAs, CRPs, or other providers.
- Workplace Readiness Training: CDOR VR team members provide training on workplace readiness skills, including soft skills, financial literacy, independent living skills, and resume development, or arrange for training through TPP third-party cooperative agreements as well as other contracts or fee-for-service arrangements through LEAs, CRPs, or other providers. As part of the financial literacy component, CDOR Work Incentives Planners (WIPs) provide limited WIP services to students who are Supplemental Security Income or Social Security Disability Insurance recipients and need support and information regarding the impact of paid work experience on their benefits.
- Instruction in Self-Advocacy: The CDOR VR team members provide training on self-advocacy. It is also provided to some students with disabilities through TPP third-party cooperative agreements as well as through other contracts or fee-for-service arrangements.

Activities that support CDOR Student Services methods above include the following:

- The TPP contract services have been revised and implemented to emphasize the provision of CDOR Student Services.
- The CDOR developed and maintained new CRP pre-employment transition services, including work-based learning experiences, in which work experiences are arranged by CRPs across the state that serve as the employers of record.
- The CDOR established and expanded contracted work experience opportunities through We Can Work contracts, in which LEAs serve as the employer of record.
- The CDOR will continue to establish other work opportunities in collaboration with the local America's Job Center of California (AJCC).
- The CDOR will continue the Student Training Employment Program (STEP), in collaboration with local workforce boards, to provide work experience that is aligned with the employment needs of business partners through a three-year contract.
- The CDOR will continue to develop additional work opportunities for students with disabilities on an ongoing basis by working directly with businesses and establishing the Community College Foundation as the employer of record.
- Status and Scope of the Formal Interagency Agreement

Local Level Coordination

Each local administrator or designee will be responsible for the coordination of transition-related activities both within their agency and with other agencies. This will serve a variety of purposes, including, but not limited to, coordination of resource information, outreach, program information dissemination, research, and evaluation, including student follow-up studies and facilitating annual meetings of interagency personnel who serve secondary students with disabilities for the provision of CDOR Student Services and transition services.

The LEAs and CDOR districts will utilize the following resources to assist in local coordination activities:

- School Contact List – The CDOR has developed a school contact list to identify school liaisons for each secondary school district in California. This list is used to facilitate the coordination of resource information, outreach, and program information dissemination.
- Memorandums of Understanding (MOUs) – The CDOR and CDE recommend and encourage the development of local MOUs between CDOR and LEA. These MOUs will serve to facilitate and coordinate CDOR Student Services and transition services for secondary students with disabilities. State technical assistance will be provided to form such agreements. MOUs are also encouraged between the CDOR and Charter Schools. Collaborations may also include Local Partnership Agreements encouraged by CDE, CDOR, and DDS students with intellectual and developmental disabilities to provide opportunities for students with intellectual and developmental disabilities.

<u>MOUs with LEAs</u>

The CDOR established partnerships between several LEAs and CDOR districts to initiate a local MOU. The CDOR shared the CDOR/CDE Interagency Agreement with LEAs, which includes resources such as the Collaboration Worksheet, CDOR School Contact List, and a CDOR Student Services flyer. The Collaboration Worksheet aims to support the development of strategies that will work best in the LEA and CDOR districts. Topics include but are not limited to referral to CDOR Student Services, student access, and other key processes – understanding that different areas will have different resources and needs.

<u>LEA-CDOR Local Interagency Agreement Template</u>

The CDOR and CDE's Interagency Agreement includes a template for developing local agreements. The LEAs and CDOR districts will use this template to help facilitate the integration and coordination of transition services and CDOR Student Services for students with disabilities who are enrolled in secondary education and are eligible, or potentially eligible, to receive VR services. Specifically, the intent of the agreement is to:

- Define the responsibilities of LEAs and CDOR districts.
- Provide for efficient and effective utilization of resources.
- Minimize duplication.
- Provide a foundation for continuous, effective working relationships between LEAs and CDOR districts.

Each local administrator or designee will be responsible for the coordination of transition-related activities within their own agency and with other agencies.

***2. Describe the current status and scope of the formal interagency agreement between the VR agency and the State educational agency. Consistent with the requirements of the formal interagency agreement pursuant to 34 CFR 361.22(b). provide, at a minimum, the following information about the agreement:***

***A. Consultation and technical assistance, which may be provided using alternative means for meeting participation (such as video conferences and conference calls), to assist educational***

***agencies in planning for the transition of students with disabilities from school to post-school activities, including pre-employment transition services and other vocational rehabilitation services;***

Under the WIOA, State Educational Agencies (SEA) and VR agencies must plan and coordinate transition services, as well as CDOR Student Services for students with disabilities, through a formal interagency agreement. In October 2018, CDOR entered into an interagency agreement with the CDE to facilitate collaboration and shared responsibilities to increase opportunities for successful transition to adult life and employment for all students with disabilities (refer to Description L). VR services may be provided to students and youth with disabilities; CDOR Student Services may only be provided to students with disabilities. The interagency agreement is still in effect; it does not include an expiration date.

The purpose of the agreement is to create a coordinated system of educational and VR services, including CDOR Student Services, for students with disabilities to facilitate a smooth transition from secondary education to postsecondary employment-related activities and competitive integrated employment. For the purposes of this agreement, interagency cooperation and collaboration for transition planning and services will be focused on students with disabilities who are enrolled in secondary school programs and are potentially eligible for services from CDOR. This includes students with disabilities who are served under the IDEA, regardless of where services are provided, and students with disabilities served in general secondary instructional programs and who are not served under IDEA.

<u>Consultation and Technical Assistance</u>

The CDOR will provide consultation and technical assistance to assist LEAs in planning for the transition of students with disabilities from school to post-school activities, including CDOR Student Services and other VR services. Technical assistance may be provided through teleconference calls, in-person presentations, and meetings or through informational material.

The CDE will provide CDOR with informational material for CDOR staff on mandated secondary transition planning under IDEA for students who have an IEP.

Additionally, statewide and local joint training with topics addressing CDOR Student Services and transition services will be made available to special education teachers, administrators, parents, and students by CDOR and CDE. Other training opportunities will be presented to agencies (e.g., County Mental Health programs, AJCCs, EDD, and DDS) that could individually or collectively share in the responsibility for providing transition-related services to youth and students with disabilities.

The CDOR has established a core series of training curricula designed for local CDOR and LEA staff. Expert consultants in their respective fields provide training modules that may include:
- CDOR Student Services – Workplace Readiness Training
- CDOR Student Services – Instruction in Self Advocacy
- CDOR Student Services – Work-Based Learning Experiences
- CDOR Student Services – Job Exploration Counseling

- Job Development, Placement and Retention
- Transition Age Youth
- Collaboration and Building Partnerships for Successful Employment
- Diversity and Cultural Competency
- Person-Centered and Person-Driven Planning
- Serving Rural Communities
- Individuals with behavioral health disabilities and Transition Services
- Individuals with ID/DD and Transition Services

Refer to Description (j)(1), specifically the sections titled "Consultation, Technical Assistance, and Community of Practice" and "Regional Training and Technical Assistance Curriculum" for more information.

**B.** ***Transition Planning by personnel of the designated State agency and educational agency personnel for students with disabilities that facilitates the development and implementation of the individualized education programs (IEPs) under section 614(d) of the Individuals with Disabilities Education Act;***

A student's IEP will include appropriate measurable postsecondary goals based upon age-appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills and the transition services (including courses of study) needed to assist the student in reaching those goals.

The CDE will encourage LEAs to invite CDOR staff to IEP meetings and other team meetings, to the extent appropriate and with the consent of the parent or adult child, so CDOR can provide information, technical assistance, and information and referral as needed for students with disabilities who are eligible or potentially eligible for VR services.

The CDOR staff will attend IEP meetings, when invited, to actively participate in the planning and development of CDOR Student Services and transition services for the individual student. For each eligible secondary student with a disability who applies for VR services, CDOR will develop an IPE before the student leaves the school system or within 90 days of eligibility determination, whichever occurs first.

The LEA and CDOR will use a collaborative team process to develop the transition services section of the IEP and the IPE for the transitioning student.

Refer to Description (j)(1), specifically the sections titled "Collaborative Team Process" for more information.

**C.** ***The roles and responsibilities, including financial responsibilities, of each agency, including provision for determining State lead agencies and qualified personnel responsible for transition services and pre-employment transition services;***

Refer to Description (j)(1), specifically the sections titled "Collaborative Team Process" and "Individualized Education Program and Individualized Plan for Employment Responsibilities."

***D. Procedures for outreach to and identification of students with disabilities who need transition services and pre-employment transition services. Outreach to these students should occur as early as possible during the transition planning process and must include, at a minimum, a description of the purpose of the vocational rehabilitation program, eligibility requirements, application procedures, and scope of services that may be provided to eligible individuals;***

To enhance outreach and identification of students with disabilities who need CDOR Student Services and transition services by VR and education, local CDOR districts and LEAs are collaborating to ensure access to these services. The CDOR procedures for student outreach will include sharing information on the VR program, eligibility requirements, application procedures, and the scope of services that may be provided to eligible individuals.

Refer to Description (j)(1), specifically the section titled "Outreach" for more information.

***E. The coordination necessary to satisfy documentation requirements set forth in 34 CFR part 397 regarding students and youth with disabilities who are seeking subminimum wage employment;***

<u>State Level Coordination</u>

The CDOR and CDE are responsible for providing leadership and monitoring to local CDOR offices and LEAs, respectively, to facilitate the development of cooperative programs for secondary students, memorandums of understanding, and identification of students with disabilities who are either potentially eligible or eligible for the VR program. The CDOR and CDE staff will work cooperatively with other state programs and agencies to ensure that CDOR students and consumers have access to the resources available through the workforce development system.

State and local staff from each agency will work together to plan and implement evaluation activities, including individual accountability measures, for shared students/consumers. These activities should address program effectiveness, consumer satisfaction, longitudinal outcomes, cooperative research and pilot projects, and other joint efforts to document and improve the effectiveness of transition services. These coordinated efforts help to ensure that necessary documentation requirements are satisfied as set forth in 34 CFR part 397 regarding students and youth with disabilities who are seeking subminimum wage employment.

<u>Phasing-Out of Subminimum Wage Employment</u>

On October 5, 2021, Governor Gavin Newsom signed legislation to phase out subminimum wage, making California the 11th state to do so. Under this new law, California workers with disabilities will be required to be paid at least the state's minimum wage by January 1, 2025. The CDOR has received a Disability Innovation grant to increase CIE outcomes of individuals with disabilities currently in subminimum wage employment. The California Subminimum Wage to Competitive Integrated Employment Project (CSP) is a multi-agency collaborative with an innovative design that will provide an array of services and supports for participants and families and address the historical challenges faced by individuals working in subminimum wage employment.

As such, per state legislation, effective January 1, 2025, CDOR will not be creating plans nor documenting services for students and youth with disabilities who are seeking subminimum wage employment.

Refer to Description (j)(1), specifically the sections titled "Consultation, Technical Assistance and Community of Practice," "Regional Training and Technical Assistance Curriculum," and "Local Level Coordination."

**F. *Assurance that in accordance with 34 CFR 397.31, neither the SEA nor the local educational agency will enter into a contract or other arrangement with an entity, as defined in 34 CFR 397.5(d), for the purpose of operating a program under which youth with a disability is engaged in work compensated at a subminimum wage.***

In accordance with 34 CFR 397.31, neither the SEA nor the local educational agency will enter into a contract or other arrangement with CDOR, as defined in 34 CFR 397.5(d), for the purpose of operating a program under which youth with a disability is engaged in work compensated at a subminimum wage.

**(k) Coordination with Employers**
***In accordance with the requirements in section 101(a)(11)(E) of the Rehabilitation Act, describe how the VR agency will work with employers to identify competitive integrated employment and career exploration opportunities in order to facilitate the provision of VR services; and transition services for youth and students with disabilities, including pre-employment transition services for students with disabilities.***

**VR services and Coordination with Employers.**

The CDOR continues to engage with and serve the business community to help businesses identify talented employees to participate in competitive integrated employment. Some ways CDOR works with businesses include:

- Engaging the workforce development system and the business community via effective outreach, as well as relationship and partnership building.
- Maintaining regular CDOR participation at the California Workforce Development Board and with local workforce development boards.
- Preparing a ready and skilled workforce by connecting consumers with local opportunities to obtain non-degree credentials, including industry certifications, apprenticeship certificates, and occupational licenses with CTE, workforce, and businesses to build an inclusive and skilled workforce.
- Emphasizing and supporting increased earn-and-learn opportunities for consumers, including on-the-job training, paid or unpaid work experiences, internships, and apprenticeships.
- Identifying and providing early interventions to address potential employment barriers, such as providing work incentive planning support, workplace readiness training, self-advocacy training, and work-based learning opportunities.
- Ensuring each CDOR District Administrator, Regional Director, or Regional Business Specialist meets with local business leaders from identified in-demand sectors, as determined by their

local Regional Planning Unit, to develop working partnerships or establish initiatives that support the hiring and/or recruitment of individuals with disabilities.
- Accessing and utilizing labor market information, including, but not limited to, CalJOBS, World of Work Inventory, The Career Index Plus, Career Zone, and Careerinfo.net, to inform plans that help businesses meet their recruitment and talent needs.
- Informing business partners on hiring incentives and resources (e.g., Work Opportunity Tax Credit, Talent Acquisition Portal, Disability Awareness training, the AT network, and CDOR business-based services) to support businesses employing, supporting, retaining, and promoting qualified talent with disabilities.
- Connecting consumers and businesses with on-the-job training opportunities.

Some examples of how CDOR has partnered with businesses to promote competitive integrated employment and career experiences for consumers include:

- Participating and hosting events to build business partnerships to increase career opportunities for consumers.
- Forming statewide partnerships with businesses.
- Providing training to CDOR staff on working with businesses and developing job opportunities.
- Offering training to businesses. CDOR has produced, in collaboration with the California Workforce Association, videos related to disability access, disability accommodations, and disability awareness training. These video trainings can be found on CDOR's YouTube channel: https://www.youtube.com/user/DORCalifornia.

**Transition services, including pre-employment transition services, for students and youth with disabilities.**

In addition to current vocational rehabilitation service delivery staff working with transition-aged youth, the CDOR dedicated 210 field staff, specifically Qualified Rehabilitation Professionals (QRPs) and Service Coordinators (SCs), to provide CDOR Student Services to students with disabilities. These Student Services staff outreach to employers and contractors to make available work-based learning experiences and work-readiness training to students with disabilities through initiatives such as the Student Training and Employment Program (STEP) and the Foundation for California Community Colleges (FCCC) Paid Work Experience. In addition, CDOR collaborates with community rehabilitation programs (CRPs) and schools, including through transition partnership programs (TPPs) and We Can Work programs, to provide paid work experience opportunities.

**Student Training and Employment Program (STEP)**

STEP is a contract between CDOR and the FCCC, which funds local America's Job Centers of California (AJCC) to provide workplace readiness training, career exploration, and work experience in partnership with local Work Development Boards.

As part of STEP, the FCCC can provide the employer of record services to assist adults, youth, and students with disabilities in obtaining valuable work experience. While the FCCC serves as the employer of record in most cases, the partnership has expanded to allow local workforce development areas and boards the option to also serve as employers of record, as appropriate.

Additional information on CDOR's efforts to collaborate with employers to provide competitive integrated employment and career exploration for students and youth with disabilities can be found in Priority 2 of Description (c), Goals, Priorities, and Strategies.

## Foundation for California Community Colleges FCCC Paid Work Experience

The FCCC has been partnering with CDOR to provide paid work experience for people with disabilities so that they can receive meaningful and transferable work experience in their local communities.

The FCCC student work experience is available to all students with disabilities aged 16 through 21 with an open potentially eligible or VR case. This opportunity allows students the ability to work in local businesses, develop soft skills, obtain transferrable skills for their resumes, and explore various careers for future employment. Work experiences can be up to 300 hours per student, are developed based on the student's interests and abilities, and are developed by local CDOR Student Services staff.

The FCCC adult work experience was developed out of the student work experience after seeing the success and need to expand these services for adults with disabilities. This is an extremely valuable assessment tool for exploring their interests and abilities as they move toward their employment goals.

## We Can Work (WCW)

The WCW job opportunities are administered through case service contracts between CDORs and LEAs. The purpose of these contracts is to afford students with disabilities an opportunity to participate in CDOR Student Services' work-based learning experiences.

The WCW is available to students with disabilities who are potentially eligible and eligible for VR services. Work-based learning experiences are provided primarily with community businesses that have been developed by the WCW contracts. Through WCW, students with disabilities can explore competitive integrated employment settings and work with community employers on career exploration.

**(l) Interagency Cooperation with Other Agencies**
*In accordance with the requirements in section 101(a)(11)(C) and (K), describe interagency cooperation with and utilization of the services and facilities of agencies and programs that are not carrying out activities through the statewide workforce development system to develop opportunities for community-based employment in integrated settings, to the greatest extent practicable for the following:*

1. **State programs (designate lead agency(ies) and implementing entity(ies)) carried out under section 4 of the Assistive Technology Act of 1998;**

The CDOR is the designated state entity for the provision of the Assistive Technology (AT) Act services and, as such, does not require additional agreements to coordinate AT Act and VR services. For additional information on State programs carried out under section 4 of the AT Act, refer to the response for Description (C) – Goals Priorities, and Strategies, specifically the information under the following header: "How a broad range of AT services and AT devices will be provided to individuals with disabilities at each stage of the rehabilitation process; and on a statewide basis."

The AT Act grant enhances the coordination, support, and provision of existing state leadership and state-level AT activities. The grant was executed in October 2018 and was extended until September 30, 2024. CDOR will complete a Request for Interest for a new three-year grant cycle beginning October 1, 2024, through 2027.

The CDOR Voice Options Program is an AT program supported through an Interagency Agreement with the California Public Utilities Commission's Deaf and Disabled Telecommunications Program. This program provides eligible Californians who are unable to speak or who have difficulty speaking with a speech-generating device through grant agreements with 29 local providers. The goal of this program is to ensure full and equal telephone communications access for all Californians with disabilities.

2. **Programs carried out by the Under Secretary for Rural Development of the Department of Agriculture;**

The CDOR is not a part of an interagency cooperation on the utilization of services and facilities of the programs carried out by the Undersecretary for Rural Development of the U.S. Department of Agriculture. However, CDOR field offices in rural areas do collaborate with local farm worker programs such as CalAgrAbility to coordinate and deliver services to farm workers with disabilities.

3. **Non-educational agencies serving out-of-school youth;**

The CDOR serves out–of–school youth through multiple venues and methods. The CDOR districts provide unique types of programs and services for youth and adults with disabilities. The majority of programs are with educational agencies (short or long-term training or educational programs). The CDOR districts have strong working relationships with the local regional centers that serve youth and adults with intellectual disabilities and developmental disabilities. Similarly, CDOR Districts also have established working relationships with local county mental health and county welfare programs that also serve youth and adults with psychiatric disabilities. Additionally, some CDOR districts have formed

connections with foster youth programs. The CDOR has established four third-party contractors to provide vocational services for out-of-school youth with behavioral health disabilities.

The CDOR built upon existing relationships with CDE to support information and referral services to out-of-school foster youth with disabilities, particularly those that suffer the traumatic effects of displacement from family and schools and multiple placements in foster care. The CDOR intends to obtain and disseminate the contact information of local county CDE foster youth services coordinators to CDOR districts to support local relationships and increase awareness about CDOR services. It will also share information about services available to foster youth through Foster Youth Services Coordinating Programs.

In late 2018, California passed Assembly Bill (AB) 2083, intending to align public programs to better meet the needs and serve children and youth in foster care who have experienced extreme trauma. The CDOR participates in State-level interagency planning efforts through the Children and Youth System of Care State Technical Assistance team with DHCS, DSS, California Department of Developmental Services (DDS), and CDE. CDOR continues to work in partnership with the State technical assistance team to support ongoing planning efforts for AB 2083 implementation. Resource development and technical assistance activities include the development of system profiles that list the services offered by systems that serve children and youth in foster care, the development of monthly technical assistance webinars, and presentations to system partners on CDOR programs and services. The CDOR Regional Directors continue to participate in the county MOUs with system partners to bring forward information about CDOR career services for youth with disabilities in foster care and improve CDOR involvement at the local level.

**4. State use contracting programs;**

The state-use contracting program is not applicable to CDOR.

Refer to the following other cooperative agreements with agencies not carrying out activities under the statewide workforce development system:

<u>California State Controller's Office</u>

Interagency Agreement 1: Claim Processing – expedites services to process claim schedules containing vendor invoices for goods and services provided to CDOR staff and consumers to ensure timely payment for continuance of services and compliance with the California Prompt Payment Act.

Interagency Agreement 2: Employee Leave System – provides CDOR Human Resource staff access and use of the State Controller's Office California Leave Accounting System for CDOR employees to perform a variety of functions necessary to accurately record and track leave system eligibility, balances, state service credits, and leave benefit activity.

Interagency Agreement 3: Human Resource Reports – provides CDOR Human Resource staff access and use of the Management Information Retrieval System to generate pre-written reports or create ad hoc reports on CDOR employee employment history, payment history, employer-sponsored deductions, and position inventory.

<u>California Department of General Services</u>

CDOR Purchasing Agreements: The California Department of General Services oversees the statewide purchasing contracts, where agreements establish a pre-qualified list of vendors and simplify the purchasing process. Leveraged Procurement agreements are available to all State of California governmental entities, including CDOR, that expend public funds for the acquisition of both non-IT goods and services and IT goods and services that have been assessed to be fair, reasonable, and competitive.

Interagency Agreement 1: Mediation and Fair Hearings for Vocational Rehabilitation and Independent Living Services Programs – CDOR contracts with the Department of Social Services State Hearings Division to conduct mediations and fair hearings requested by applicants, consumers, or students with disabilities who are dissatisfied with any action of CDOR in relation to application for or receipt of vocational rehabilitation and independent living services. The mediations and fair hearings are conducted in accordance with California Code of Regulations, title 2, section 7350 et seq. by administrative law judges who are jointly approved by CDOR and the State Rehabilitation Council to serve as impartial hearing officers.

Interagency Agreement 2: Full Evidentiary Hearings for Business Enterprises Program for the Blind – CDOR contracts with the Department of General Services' Office of Administrative Hearings to conduct full evidentiary hearings requested by individuals licensed through the Business Enterprises Program for the Blind in accordance with California Code of Regulations, title 2, section 7227.2. BEP licensees and vendors may request a full evidentiary hearing when dissatisfied with an action of CDOR arising from licensing, selection as a vendor, termination or suspension of a license or vendor operating agreement, probation, or administration of the program.

Interagency Agreement 3: Business Enterprises Program Insurance Management – the California Department of General Services' Office of Risk and Insurance Management provides management of the Business Enterprises Program statewide insurance program funded from food service vending machine locations.

<u>California Department of Health Care Services Information Exchange</u>

Interagency Agreement: Verification of CDOR Applicant's Benefit Status –CDOR contracts with the Department of Health Care services to verify an applicant's Supplemental Security Income or Social Security Disability Insurance benefit status to assist in determining eligibility for CDOR services, including application of the presumptive eligibility rules for Supplemental Security Income or Social Security Disability Insurance beneficiaries in accordance with Title I of the Rehabilitation Act.

<u>California Employment Development Department (EDD)</u>

Interagency Agreement: Provides CDOR with confidential EDD wage and employer information to verify CDOR consumers' cases can be closed as employed and for use in federally required evaluation of the federal VR program.

<u>California Department of Technology Services</u>

Interagency Agreement: Data Processing – provides CDOR data processing services.

California Office of Technology and Solutions Integration

Interagency Agreement: Formalized Governance – CDOR reimburses the Office of Technology and Solutions Integration for the proportional share of costs for ongoing formalized governance, project assessment, and strategic architecture services for delegated and non-delegated information technology projects.

California Human Resources (CALHR)

Interagency Agreement: Exam Access – The selection system provides CDOR computer access to conduct departmental civil service examinations and process and maintain civil service eligible lists and certification lists.

Disability Related Services

The CDOR provides disability training to federal, state, and local government employees through the CalLearns Training Portal, managed by the California Department of Human Resources. The CalLearns Training Portal has 66,000 registered users. Additional webinars related to disability employment, reasonable accommodations, and disability awareness are offered throughout the year. These webinars are promoted on the CDOR website, social media, and email marketing campaigns and further the mission of CDOR toward employment, independence, and equal access for individuals with disabilities. These services provide physical, digital, and communication accessibility expertise for state government entities, businesses, and consumers. Disability Access Services provides technical assistance guidance to public organizations and businesses on their responsibilities and the requirements of accessibility for persons with disabilities. Resources provided include specific information and links to the major laws, regulations, and referrals about disability access and rights in California for public entities, citizens, employers, businesses, and other interested persons.

Training provided to federal, state, and local government employees through the CalLearns Training Portal includes the following:

- Program Access
  - Physical accessibility training for the California State Lottery, Department of General Services, and State Architect's Office
  - Language accessibility for the Department of Developmental Services and the CA Health and Human Services Agency

- Document Accessibility and Disability Awareness and Employment Training
  - Contract with the California Department of Human Resources to offer training on the Cal Learns Training Portal:
    - Participants from 8 Federal Agencies
    - Participants from 223 State of California Departments/Boards/Commissions/ Agencies
    - Participants from 14 county governments in California
    - Participants from 26 city governments in California

- Webinars to the public – marketed via CDOR website, social media, and email marketing
    - Disability Awareness and Etiquette
    - Accessible Meetings
    - Reasonable Accommodations
    - Disability Employment
    - Service Animals

**5. State agency responsible for administering the State Medicaid plan under title XIX of the Social Security Act (42 U.S.C. 1396 et seq.);**

The CDOR has a formal agreement with the Department of Developmental Services (DDS), California's State agency responsible for administering the Home and Community-Based Services waiver for the State Medicaid plan under Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.). The CDOR and DDS continue to work together to overcome challenges in sharing individual client data across the two departments.

The DDS has the primary responsibility to provide services and support for individuals with ID/DD, including extended services for individuals ages 22 and older who have been determined to be eligible for home and community-based services under a Medicaid waiver, Medicaid State plan amendment, or other authority related to a State Medicaid program period.

Collaborative efforts to support community integration of individuals who are eligible for Home and Community-Based Services waiver programs include CDOR district staff participation in person-centered planning meetings when invited. The CDOR is supporting discussions with DDS for improved coordination of IEPs and Individual Program Plans for eligible individuals. Refer to Description (e), Arrangements and Cooperative Agreements for the Provision of Supported Employment Services.

**6. State agency responsible for providing services for individuals with developmental disabilities;**

The CDOR addressed its collaboration with DDS, the agency responsible for the State Medicaid plan under Title XIX of the Social Security Act and the provision of services for individuals with ID/DD, in a previous section to this description. The CDOR's cooperation with DDS is described throughout the State Plan, particularly in Description (e).

**7. State agency responsible for providing mental health services;**

In California, the State agency responsible for administering state and federal funding to county mental health services providers is the Department of Health Care Services (DHCS). Through a former memorandum of understanding (MOU), the CDOR and DHCS established a collaborative framework to provide local technical assistance and support to strengthen existing CDOR Mental Health Cooperative Programs or to develop new patterns of VR services available to individuals living with significant mental health disabilities. While the MOU expired in 2021, the CDOR has initiated and maintained enhanced collaborative efforts with DHCS to meet its intent, with the goal of ensuring that consumers have access to comprehensive, coordinated, and quality service delivery systems. CDOR and DHCS are not currently entering into a new MOU, yet they meet quarterly to continue collaboration on this project.

The CDOR is also a member of the California Behavioral Health Planning Council, which evaluates the behavioral health system for accessible and effective care. It advocates for an accountable system of responsive services that are strength-based, recovery-oriented, culturally competent, and cost-effective.

**8. Other Federal, State, and local agencies and programs outside the workforce development system;**

<u>California Association of Student Financial Aid Administrators</u>

Memorandum of Understanding: Guidelines for Joint Financial Support – establishes guidelines for the joint financial support of CDOR student consumers to achieve their educational goals, eventually leading to employment. This Memorandum of Understanding supports students enrolled in the California postsecondary setting with a financial aid office on campus.

<u>California State University (CSU)</u>

Memorandum of Understanding: Service Commitment for CSU Students who are CDOR Consumers – details the commitment of the CSU and CDOR to work cooperatively to provide services to eligible CSU students who are CDOR consumers with disabilities.

<u>California Community Colleges Chancellor's Office</u>

A Memorandum of Understanding between CDOR and the California Community Colleges provides the framework for working cooperatively to improve services to the consumers of both programs. The agreement establishes processes for information sharing and service provision by each program. This partnership results in more comprehensive, complete, and timely services for consumers of both programs.

<u>The Regents of the University of California (UC)</u>

Memorandum of Understanding: Service Commitment for UC Students who are CDOR Consumers – details the commitment of the UC and CDOR to work cooperatively to provide services to eligible UC students who are CDOR consumers with disabilities.

<u>Vocational Rehabilitation Services</u>

Demand Side Employment Initiative (DSEI), also known as Disability Employment Program: CDOR and the Department of Developmental Services, were granted a one-time appropriation of $20 million from the California State Legislature to increase employment opportunities for Californians with disabilities through June 30, 2024. DOR created the $10 million Demand Side Employment Initiative (DSEI) to incentivize employers to hire Californians with disabilities through three incentives: A California-specific human resource professional certificate program for disability-inclusive hiring and retention practices estimated to launch in December 2023; a partnership with IWSI America, NeuroTalent Works, and East Bay Innovations that established three new earn and learn opportunities in the allied health, insurance, and childcare sectors; and the EmployABILITY Business Grant to provide direct grants to employers for hiring permanent employees with disabilities and/or providing meaningful work experience to individuals with disabilities. The DSEI also provided funding for DOR to

partner with a media/marketing firm to highlight the businesses receiving grants and to communicate the competitive advantage of disability-inclusive hiring from the business perspective.

<u>Ticket to Work and Self–Sufficiency Program</u>

The CDOR actively coordinates with the Ticket to Work and Self-Sufficiency Program. Ticket to Work is a voluntary work incentive program for Social Security Disability Insurance or Supplemental Security Income beneficiaries between the ages of 18 and 64 who are interested in going to work. The Ticket to Work Program provides beneficiaries with access to VR, training, and placement services, job retention services, and other services and support. Beneficiaries can use their ticket to obtain employment services and support from CDOR, or they can take their ticket to an approved service provider called an Employment Network. A ticket cannot be assigned to an Employment Network and in use with CDOR at the same time.

The CDOR's Work Incentives Planners and VR Counselors have an active role in the Ticket to Work program. The CDOR's Work Incentives Planners verify ticket status, provide information as needed, and facilitate referrals to Employment Networks at case closure. VR counselors distribute CDOR's Ticket to Work fact sheet at intake, verify the ticket status prior to approving the IPE, and facilitate sequential services.

<u>California Work Incentives Planning and Assistance (WIPA) Projects</u>

Memorandum of Understanding: An agreement between CDOR and the seven California WIPA projects is established to improve the coordination of work incentives planning services delivered to individuals receiving Social Security Disability Insurance (SSDI) and/or Supplemental Security Income (SSI). The Memorandum of Understanding (MOU) provides guiding principles for collaboration, information sharing, and referrals between the CDOR and the WIPA projects.

The WIPA projects are organizations funded by the Social Security Administration to provide community-based work incentive planning services to SSDI/SSI beneficiaries. The WIPA projects are important CDOR partners working in cooperation to provide information SSDI/SSI beneficiaries need to make an informed choice about work and benefits for a successful transition to work and increased job retention.

**(9) Other private nonprofit organizations.**

<u>Independent Living Centers</u>

Grant 1: Statewide Grants: Administration and Oversight of Independent Living Services – Title VII Rehabilitation Act funds, state general funds, and state Social Security Reimbursement funds are used to administer CDOR's Independent Living program and monitor 28 Independent Living Centers that provide federal and state required services including information and referral, independent living skills, advocacy, peer support, transition and diversion, housing, personal assistance, and AT services to individuals with disabilities.

Grant 2: Provision of Independent Living Services – Assembly Bill 204 grants are issued to 28 non-profit Independent Living Centers and provide a wide range of person-centered, peer-driven, community-

based independent living services for individuals regardless of the type of disability, age, and income level to achieve social and economic independence. Core services provided include peer counseling, information and referral, advocacy, personal assistance, housing assistance, independent living skills training, and other services and supports such as AT, transportation, job development, mobility assistance, and communication.

As a core service, Independent Living Centers provide transition and diversion services. Transition services assist individuals transitioning from nursing homes and other institutions to home and community-based living. Transition services also include youth transition for individuals with significant disabilities to transition out of high school into postsecondary education, independent living, and employment. Diversion services provide assistance to consumers who are at risk of entering institutions or going into higher levels of care so that they may remain living in the community.

Grant 3: State Plan for Independent Living Independent Living Transition and Diversion Grants – In partnership with the State Independent Living Council (SILC) and the State Plan for Independent Living (SPIL), Title VII B of the Rehabilitation Act grants funds are used to assist Independent Living Centers with the one-time costs associated with assisting people with disabilities of all ages to transition from institutional settings to community settings, to remain in the community when at risk of entering institutionalization, for youth with disabilities to transition to postsecondary life, and to support individuals who are homeless to transition to stable housing.

Grant 4: State Plan for Independent Living Tier Augmentation Grants – In partnership with the SILC and the SPIL, Title VII B of the Rehabilitation Act grant funds are used to create an equitable base funding level for Independent Living Centers and to build capacity for transition services, community organizing, and targeted outreach to underserved communities.

Grant 5: Systems Change Grant – In partnership with the SILC and the SPIL, CDOR funds a Systems Change Grant through Title VII B of the Rehabilitation Act. The grant, issued on January 1, 2021, through September 30, 2024, granted one non-profit agency the award to administer the Systems Change Network Hub program that funds the maintenance, coordination, and continued development of an existing systems change network focused on independent living issues affecting persons with disabilities.

Traumatic Brain Injury

Grant 1: Traumatic Brain Injury (TBI) Program – The State General Fund supports a network of six community service provider TBI sites to assist individuals with TBI by providing supportive living, community reintegration, vocational supportive services, information and referral, and public and professional education. The CDOR coordinates TBI services and Technical Assistance through six TBI site partners and provides information and best practices related to TBI consumers to Independent Living Centers and the TBI service network.

Grant 2: Home and Community-Based Services (HCBS) Spending Plan TBI Grant: Through funding from the American Rescue Plan Act and the California Department of Health Care Services, CDOR expanded

its TBI program to serve unserved and underserved populations through a network of services and
supports for individuals with TBI, their families, and caregivers through December 2024. The six
existing state-funded TBI program sites and six new HCBS-funded sites have contracts that started on
April 1, 2022, and will end on June 30, 2024.

Grant 3: Traumatic Brain Injury (TBI) State Partnership Program Grant – In 2021, CDOR was awarded a
federal grant from the Administration for Community Living to continue the work of its TBI Advisory
Board that advises CDOR on the needs of TBI survivors to ensure resources are culturally and
linguistically competent, inclusive, and person-centered.

<u>State Independent Living Council</u>

Interagency Agreement: SILC Operation – Title VII B, Rehabilitation Act funds are used to operate the
SILC and provide SILC funds for various sub-grants and contracts necessary to carry out the goals and
objectives of the SPIL in support of independent and community living for people with disabilities.

<u>Community Living Fund</u>

Grant 1: To improve access to community Living, the Community Living Fund (CLF) advances
California's Master Plan for Aging over a three-year period that started July 1, 2022, through June 30,
2025. The CDOR has grants with a statewide network of 28 eligible disability and aging service
providers, including Independent Living Centers who have a demonstrated ability to provide
institutional transition and diversion services, assess individuals for needs and eligibility of services,
and coordinate services with other systems designed to support people with disabilities and older
adults to live in the community to reduce duplication to provide services for the Community Living
Fund. The grants started on April 1, 2023, and ended on June 30, 2025.

<u>Older Individuals who are Blind</u>

Older Individuals who are Blind Grants: The Older Individuals who are Blind Program Administration
and Services – Title VII, Chapter 2 Rehabilitation Act funds are used to administer and monitor the
delivery of local Older Individuals who are Blind program services to visually impaired individuals age
55 and older to assist them to live independently, including funding 15 organizations to provide
training in low-vision skills, adaptive equipment, orientation and mobility, communication, daily living
skills, self-advocacy, adjustment counseling, and supportive services to eligible individuals.

<u>California Committee on Employment of People with Disabilities</u>

The California Committee on Employment of People with Disabilities (CCEPD) has an interagency
agreement with the Employment Development Department to advance competitive integrated
employment for people with disabilities and support cross-system collaborations between workforce
and human services. The CCEPD makes policy recommendations to the Secretary of the California
Health and Human Services Agency and the Labor Workforce Development Agency and supports the
annual statewide Youth Leadership Forum and regional youth events. The CCEPD will continue
supporting collaborative efforts to further strategic co-enrollment and best practices in the broader
workforce. It will also develop reports to identify barriers to employment through the management

and navigation of benefits, efforts to engage in career technical education and apprenticeships, use of artificial intelligence, and efforts with the Master Plan for Aging.

<u>Youth Leadership Forum</u>

The Youth Leadership Forum (YLF) for Students with Disabilities is an annual leadership event that serves between 30 and 50 youth with disabilities. The event is designed to build youth's confidence and self-advocacy skills to set goals for their lives, education, training, and employment. In 2022, CCEPD staff and members engaged with local partners in Los Angeles, Sacramento, and San Diego to develop pilots for regional YLF events. The Sacramento YLF event was the first regional event, which took place in October 2023. The Los Angeles YLF event will be in February 2024, and the San Diego YLF event will be in June 2024. After the pilot phase, CCEPD partners will draft a plan to expand regional YLF events and create a sustainable structure to incorporate youth attending regional events to attend the statewide event, as well as having pilots be ongoing events throughout the state.

**Vocational Rehabilitation Certifications and Assurances**

*CERTIFICATIONS*

| | States must provide written and signed certifications that: |
|---|---|
| 1. | The (enter the name of designated State agency or designated State unit, as appropriate) is authorized to submit the VR services portion of the Unified or Combined State Plan under Title I of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended by title IV of WIOA,[1] and its State Plan supplement under Title VI of the Rehabilitation Act; |
| 2. | In the event the designated State agency is not primarily concerned with vocational and other rehabilitation of individuals with disabilities, the designated State agency must include a designated State unit for the VR program (Section 101(a)(2)(B)(ii) of the Rehabilitation Act). As a condition for the receipt of Federal funds under title I of the Rehabilitation Act for the provision of VR services, the (enter the name of the designated State agency or the designated State unit when the designated State agency has a designated State unit)[2] agrees to operate and is responsible for the administration of the State VR Services Program in accordance with the VR services portion of the Unified or Combined State Plan[3], the Rehabilitation Act, 34 CFR 361.13(b) and (c), and all applicable regulations[4], policies, and procedures established by the Secretary of Education. Funds made available to States under section 111(a) of the Rehabilitation Act are used solely for the provision of VR services and the administration of the VR services portion of the Unified or Combined State Plan; |
| 3. | As a condition for the receipt of Federal funds under title VI of the Rehabilitation Act for supported employment services, the designated State agency or the designated State unit when the designated State agency has a designated State unit, agrees to operate and  is responsible for the administration of the State Supported Employment Services Program in accordance with the supplement to the VR services portion of the Unified or Combined State Plan[5], the Rehabilitation Act, and all applicable regulations[6], policies, and procedures established by the Secretary of Education. Funds made available under title VI are used solely for the provision of supported employment services and the administration of the supplement to the VR services portion of the Unified or Combined State Plan; |

---

[1] Public Law 113-128.

[2] All references in this plan to "designated State agency" or to "the State agency" relate to the agency identified in this paragraph.

[3] No funds under title I of the Rehabilitation Act may be awarded without an approved VR services portion of the Unified or Combined State Plan in accordance with section 101(a) of the Rehabilitation Act.

[4] Applicable regulations, in part, include the Education Department General Administrative Regulations (EDGAR) in 34 CFR parts 76, 77, 79, 81, and 82; 2 CFR part 200 as adopted by 2 CFR part 3474; and the State VR Services program regulations at 34 CFR part 361.

[5] No funds under title VI of the Rehabilitation Act may be awarded without an approved supported employment supplement to the VR services portion of the Unified or Combined State Plan in accordance with section 606(a) of the Rehabilitation Act.

[6] Applicable regulations, in part, include the citations in footnote 4, as well as Supported Employment program regulations at 34 CFR part 363.

| States must provide written and signed certifications that: |
|---|
| 4. | The designated State unit, or if not applicable, the designated State agency, has the authority under State law to perform the functions of the State regarding the VR services portion of the Unified or Combined State Plan and its supplement and is responsible for the administration of the VR program in accordance with 34 CFR 361.13(b) and (c); |
| 5. | The State legally may carry out each provision of the VR services portion of the Unified or Combined State Plan and its supplement. |
| 6. | All provisions of the VR services portion of the Unified or Combined State Plan and its supplement are consistent with State law. |
| 7. | The (enter title of State officer below) has the authority under State law to receive, hold, and disburse Federal funds made available under the VR services portion of the Unified or Combined State Plan and its supplement; |
| 8. | The (enter title of State officer below) has the authority to submit the VR services portion of the Unified or Combined State Plan and the supplement for Supported Employment services; |
| 9. | The agency that submits the VR services portion of the Unified or Combined State Plan and its supplement has adopted or otherwise formally approved the plan and its supplement. |

***ASSURANCES***

The designated State agency or designated State unit, as appropriate and identified in the State certifications included with this VR services portion of the Unified or Combined State Plan and its supplement, through the signature of the authorized individual, assures the Commissioner that it will comply with all of the requirements of the VR services portion of the Unified or Combined State Plan and its supplement, as outlined in sections 101(a) and 606 of the Rehabilitation Act. The individual authorized to submit the VR services portion of the Unified or Combined State Plan and its supplement makes the following assurances:

| The State Plan must provide assurances that: |
|---|
| 1. | **Public Comment on Policies and Procedures:** The designated State agency assures it will comply with all statutory and regulatory requirements for public participation in the VR Services Portion of the Unified or Combined State Plan, as required by section 101(a)(16)(A) of the Rehabilitation Act. |
| 2. | **Submission of the VR services portion of the Unified or Combined State Plan and Its Supplement:** The designated State unit assures it will comply with all requirements pertaining to the submission and revisions of the VR services portion of the Unified or Combined State Plan and its supplement for the State Supported Employment Services program, as required by sections 101(a)(1), (22), (23), and 606(a) of the Rehabilitation Act; |

| The State Plan must provide assurances that: |
|---|

|  | section 102 of WIOA in the case of the submission of a Unified State plan; section 103 of WIOA in the case of a submission of a Combined State Plan; 34 C.F.R. 76.140. |
|---|---|
| 3. | **Administration of the VR services portion of the Unified or Combined State Plan:** The designated State agency or designated State unit, as appropriate, assures it will comply with the requirements related to: <br><br>(a)  The establishment of the designated State agency and designated State unit, as required by section 101(a)(2) of the Rehabilitation Act. <br><br>(b) Either a State independent commission or State Rehabilitation Council, as required by section 101(a)(21) of the Rehabilitation Act. <br><br>(c) Consultations regarding the administration of the VR services portion of the Unified or Combined State Plan, in accordance with section 101(a)(16)(B) of the Rehabilitation Act. <br><br>(d) The financial participation by the State, or if the State so elects, by the State and local agencies, to provide the amount of the non-Federal share of the cost of carrying out the VR program in accordance with section 101(a)(3). <br><br>(e) As applicable, the local administration of the VR services portion of the Unified or Combined State Plan, in accordance with section 101(a)(2)(A) of the Rehabilitation Act. <br><br>(f) As applicable, the shared funding and administration of joint programs, in accordance with section 101(a)(2)(A)(ii) of the Rehabilitation Act. <br><br>(g) Statewideness and waivers of statewideness requirements, as set forth in section 101(a)(4) of the Rehabilitation Act. <br><br>(h) The requirements for cooperation, collaboration, and coordination are as required by sections 101(a)(11) and (24)(B) and 606(b) of the Rehabilitation Act. <br><br>(i) all required methods of administration, as required by section 101(a)(6) of the Rehabilitation Act. <br><br>(j) The requirements for the comprehensive system of personnel development are set forth in section 101(a)(7) of the Rehabilitation Act. <br><br>(k) The compilation and submission to the Commissioner of statewide assessments, estimates, State goals and priorities, strategies, and progress reports, as appropriate and as required by sections 101(a)(15), 105(c)(2), and 606(b)(8) of the Rehabilitation Act. |

| The State Plan must provide assurances that: |
|---|

|  |  |
|---|---|
|  | (l) The reservation and use of a portion of the funds allotted to the State under section 110 of the Rehabilitation Act for the development and implementation of innovative approaches to expand and improve the provision of VR services to individuals with disabilities, particularly individuals with the most significant disabilities as set forth in section 101(a)(18)(A). |
|  | (m) the submission of reports as required by section 101(a)(10) of the Rehabilitation Act. |
| 4. | **Administration of the Provision of VR Services:** The designated State agency, or designated State unit, as appropriate, assures that it will: |
|  | (a) Comply with all requirements regarding information and referral services in accordance with sections 101(a)(5)(E) and (20) of the Rehabilitation Act. |
|  | (b) Impose no duration of residence requirement as part of determining an individual's eligibility for VR services or exclude from services under the plan any individual who is present in the State in accordance with section 101(a)(12) of the Rehabilitation Act. |
|  | (c) Provide the full range of services listed in section 103(a) of the Rehabilitation Act, as appropriate, to all eligible individuals with disabilities in the State who apply for services or, if implementing an order of selection, in accordance with criteria established by the State for the order of selection as set out in section 101(a)(5) of the Rehabilitation Act. |
|  | (d) Determine whether comparable services and benefits are available to the individual in accordance with section 101(a)(8) of the Rehabilitation Act. |
|  | (e) Comply with the requirements for the development of an individualized plan for employment in accordance with section 102(b) of the Rehabilitation Act. |
|  | (f) Comply with requirements regarding the provisions of informed choice for all applicants and eligible individuals in accordance with section 102(d) of the Rehabilitation Act. |
|  | (g) Provide vocational rehabilitation services to American Indians who are individuals with disabilities residing in the State, in accordance with section 101(a)(13) of the Rehabilitation Act. |
|  | (h) Comply with the requirements for the conduct of semiannual or annual reviews, as appropriate, for individuals employed either in an extended employment setting in a community rehabilitation program or any other employment under section 14(c) of the Fair Labor Standards Act of 1938, as required by sections 101(a)(14) and 511 of the Rehabilitation Act. |
|  | (i) meet the requirements in sections 101(a)(17) and 103(b)(2) of the Rehabilitation Act if the State elects to construct, under special circumstances, facilities for community |

| The State Plan must provide assurances that: |
|---|
| rehabilitation programs.<br><br>(j) with respect to students with disabilities, the State:<br><br>    (i) has developed and will implement,<br><br>        (A) strategies to address the needs identified in the assessments and<br><br>        (B) strategies to achieve the goals and priorities identified by the State, to improve and expand vocational rehabilitation services for students with disabilities on a statewide basis, and<br><br>    (ii) has developed and will implement strategies to provide pre-employment transition services (sections 101(a)(15),101(a)(25), and 113).<br><br>    (iii) shall reserve not less than 15 percent of the allocated funds for the provision of pre-employment transition services; such funds shall not be used to pay for the administrative costs of providing pre-employment transition services. |

| 5. | **Program Administration for the Supported Employment Title VI Supplement to the State Plan:**<br><br>(a) The designated State unit assures that it will include in the VR services portion of the Unified or Combined State Plan all information required by section 606 of the Rehabilitation Act.<br><br>(b) The designated State agency assures that it will submit reports in such form and in accordance with such procedures as the Commissioner may require and collects the information required by section 101(a)(10) of the Rehabilitation Act separately for individuals receiving supported employment services under Title I and individuals receiving supported employment services under Title VI of the Rehabilitation Act. |
|---|---|
| 6. | **Financial Administration of the Supported Employment Program (Title VI):**<br>(a) The designated State agency assures that it will expend no more than 2.5 percent of the State's allotment under Title VI for administrative costs of carrying out this program, and the designated State agency or agencies will provide, directly or indirectly, through public or private entities, non-Federal contributions in an amount that is not less than 10 percent of the costs of carrying out supported employment services provided to youth with the most significant disabilities with the funds reserved for such purpose under section 603(d) of the Rehabilitation Act, in accordance with section 606(b)(7)(H) and (I) of the Rehabilitation Act.<br>(b) The designated State agency assures that it will use funds made available under Title VI of the Rehabilitation Act only to provide supported employment services to individuals |

| The State Plan must provide assurances that: |  |
|---|---|
|  | with the most significant disabilities, including extended services to youth with the most significant disabilities, who are eligible to receive such services; and, that such funds are used only to supplement and not supplant the funds provided under Title I of the Rehabilitation Act, when providing supported employment services specified in the individualized plan for employment, in accordance with section 606(b)(7)(A) and (D), of the Rehabilitation Act. |
| 7. | **Provision of Supported Employment Services**: <br><br> (a) The designated State agency assures that it will provide supported employment services as defined in section 7(39) of the Rehabilitation Act. <br><br> (b) The designated State agency assures that the comprehensive assessment of individuals with significant disabilities conducted under section 102(b)(1) of the Rehabilitation Act and funded under Title I of the Rehabilitation Act includes consideration of supported employment as an appropriate employment outcome in accordance with the requirements of section 606(b)(7)(B) of the Rehabilitation Act an individualized plan for employment that meets the requirements of section 102(b) of the Rehabilitation Act, which is developed and updated with title I funds, in accordance with sections 102(b)(3)(F) and  606(b)(7)(C) and (E) of the Rehabilitation Act. |



# Unified Strategic Workforce Development Plan

## Program-Specific Requirements for Jobs for Veterans State Grant Program 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE WORKFORCE INNOVATION AND OPPORTUNITY ACT PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

# Table of Contents

Unified Strategic Workforce Development Plan ........................................................................... 1

Table of Contents ............................................................................................................................ 2

Program Specific Requirements for Jobs for Veterans State Grant Program ............................. 3

Employment, Training, and Job Placement ............................................................................... 3

*Explain how the state will provide these services through the JVSG program. This might include, for example* ........................................................................................................... 4

Populations Served ..................................................................................................................... 5

DVOP Specialists and LVER Staff ............................................................................................... 6

Incentive Award Program ........................................................................................................... 9

JVSG Performance Measures ..................................................................................................... 9

## Program Specific Requirements for Jobs for Veterans State Grant Program

The Jobs for Veterans State Grant (JVSG) is a mandatory, formula-based staffing grant to states and territories, including Washington D.C., Puerto Rico, the U.S. Virgin Islands, and Guam. The JVSG is funded annually in accordance with a funding formula defined in the statute Title 38 United States Code (U.S.C.) Section 4102A (c)(2)(B) that operates on a Fiscal Year (F.Y.) basis; however, performance metrics are collected and reported (ETA-9173 Report) quarterly, using four "rolling quarters" on a Program Year (P.Y.) basis. JVSG operates on a multi-year grant approval cycle modified and funded annually.

In accordance with Title 38 U.S.C. Sections 4102A(b)(5) and 4102A(c), the Assistant Secretary for the Veterans' Employment and Training makes grant funds available for use in each state to support Disabled Veterans' Outreach Program (DVOP) specialists, Consolidated Veterans Representatives (CVR), and Local Veterans' Employment Representatives (LVER) staff. As a condition to receive funding, Title 38 U.S.C. Section 4102A(c)(2) requires states to apply for the grant that contains a State Plan narrative which includes:

### Employment, Training, and Job Placement

*Describe how the State intends to provide employment, training, and job placement services to veterans and eligible persons under the JVSG program (i.e., virtually and in person):*

The JVSG program, in and of itself, does not constitute the entirety of California's veterans' services. Instead, the program is a partner within California's workforce development system. The JVSG requires America's Job Center of California$^{SM}$ (AJCC) staff to provide services to veterans and other eligible persons. The JVSG-funded DVOPs, CVRs, and LVERs fill a particular role in the overall program of services to veterans and other eligible persons. The DVOPs, CVRs, and LVERs are dedicated to their primary statutory responsibilities as defined by the Department of Labor (D.O.L.) Veterans' Program Letters (VPL). The DVOPs and CVRs focus on providing basic and individualized career services through case management to eligible veterans with significant barriers to employment (S.B.E.) and other eligible persons. Basic and individualized career services are provided both virtually and in person.

Basic career services are universally accessible and must be available to all individuals seeking employment and training. Generally, these services involve less staff time and involvement, including initial skill assessments, labor exchange services, information on programs and services, and program referrals [Training and Education Guidance Letter (TEGL) 19-16].

Individualized career services are services tailored to each participant to meet the participant's needs best. They must be provided to a participant after AJCC staff determine that such services are required to retain or obtain employment. Individualized career services consist of, but are not limited to:
- Comprehensive and specialized assessments [may include an Objective Assessment (O.A.)] of the individual's skill levels and service needs.

- In-depth interviews and evaluations to identify barriers to employment or S.B.E.s and appropriate employment goals.
- Development of an Individual Employment Plan (I.E.P.) to identify the employment goals, appropriate achievement objectives, and an appropriate combination of services for the participant to overcome S.B.E.s identified in the O.A., to ensure achievement of their employment goals, including the list of and information about, the eligible training providers.
- Providing vocational guidance and counseling as needed, such as:
  - Skills assessment, communication skills, interviewing skills, career planning, punctuality, personal maintenance skills, and professional conduct.
- Coordination of supportive services.
- Job referrals for specific employment opportunities.
- Referrals to training with federal partners and other state agencies.

Generally, these services involve significant staff time and customization to each participant's needs. Individualized career services extend the exit date in performance reporting [TEGL 10-16].  Post-pandemic, DVOP, CVR, and LVER staff continue using a hybrid model of working from local AJCC offices and remotely via telephone, teleconferencing, and email to provide services and case management to veterans and other eligible persons.

*Explain how the state will provide these services through the JVSG program. This might include, for example*:

A walkthrough of how eligible participants access American Job Center (A.J.C.) services, are triaged and referred for Disabled Veterans' Outreach Program (DVOP) services and receive individualized career services through a case management framework.

Once the veteran or other eligible person is identified, the Veteran Service Navigator (V.S.N.) conducts an initial assessment. This initial assessment uses a customized intake questionnaire, the Veteran Intake Form (V.I.F.), to help determine if the veteran or other eligible person has a S.B.E. or is a member of another special priority group. Suppose a determination is made that the client is an eligible veteran or eligible spouse who meets the S.B.E. or other special criteria. In that case, they are referred to the DVOP specialist or CVR for further assessment and Individualized Career Services. Those veterans determined not to possess a S.B.E. are provided career services and training as needed by a Veterans Career Specialist (V.C.S.) or other AJCC staff on a priority of service basis.

*How the DVOP works with AJCC staff and partners to connect veterans and other eligible participants to training and employment opportunities:*

DVOPs and CVRs collaborate with AJCC staff and partners to assist veterans with appropriate referrals, including training and employment opportunities and supportive services. DVOPs and CVRs assign veterans and eligible persons for participation in career planning, provide them with

individualized career services, and conduct follow-up meetings to secure more favorable employment or training outcomes. The DVOPs and CVRs also participate in AJCC-sponsored events organized by state agencies, community-based organizations, and veteran resource groups to promote the JVSG program and identify future training and employment opportunities.

*How the Local Veterans' Employment Representatives (LVER) connect in the local employer community to promote job opportunities for veterans:*

LVERs and CVRs perform a wide range of duties on behalf of veterans, including outreach to the local employer community, promoting the advantages of hiring veterans to employers, employer associations, and business groups through group presentations highlighting the benefits of hiring veterans, and creating job development contacts. LVERs and CVRs work closely with employers, unions, trade organizations, apprenticeship programs, and other business and community-based organizations to promote veterans' hiring, training, development, and career advancement. LVERs, CVRs, and AJCCs deliver services through Job Fairs, which are veteran-focused hiring events and standdowns. This collaboration between LVERs and CVRs and the local employer community serves to attract veterans and employers in need of services by DVOPs, CVRs, or LVERs.

**Populations Served**

*List the populations to be served by DVOP specialists and consolidated DVOP/LVER staff, including the eligibility criteria for referral to DVOP services:*

All duties assigned to DVOPs and CVRs are performed in accordance with Title 38, Chapters 41 and 42. DVOPs and CVRs assist disabled or special disabled veterans as a priority group in addition to eligible veterans and other eligible persons with S.B.E.s who require individualized career services as outlined in current VPLs and other relevant guidance. The DVOPs or CVRs assigned to the Veteran Readiness and Employment (VR&E) program cases work closely with the U.S. Department of Veterans Affairs (V.A.) staff to provide career guidance and pre-rehab plan assessment information.

The population served by DVOPs or CVRs includes:
- Special disabled or disabled veterans.
- Veterans aged 18 – 24.
- Veterans experiencing homelessness.
    - Individual or family who is fleeing, or is attempting to flee, domestic violence, dating violence, sexual assault, stalking, or other life-threatening conditions in the individual's or family's current housing situation.
- A recently separated service member who, at any point in the previous 12 months, has been unemployed for 27 or more consecutive weeks.
- Any eligible veteran who is currently or was formerly incarcerated.
- Vietnam War Era veterans.
- Veterans lacking a high school diploma or equivalent certificate.
- Veterans with low income.

- Eligible transitioning service members, spouses, and caregivers.
- Any other population specified by the D.O.L. Assistant Secretary for Veterans' Employment and Training.

Veterans with an S.B.E., or labeled in a specified category, will have access to all appropriate services available through the AJCC and are not limited to receiving services exclusively from DVOPs and CVRs.

**DVOP Specialists and LVER Staff**

*Describe the roles and responsibilities assigned to DVOP specialists, LVER staff, and consolidated DVOP/LVER positions by the state. These must be consistent with 38 U.S.C. § 4103A and 4104.*

In accordance with Title 38 U.S.C. Section 4103(a), DVOPs and CVRs provide individualized career services to eligible veterans and eligible persons to meet their employment needs, prioritizing services to special disabled and other disabled veterans, as defined by Title 38 U.S.C. Section 4211, and current VPLs and other relevant guidance, to other eligible veterans in accordance with priorities determined by the Secretary. The statute also requires that DVOPs and CVRs place maximum emphasis on assisting veterans who are economically or educationally disadvantaged. California's goals align with the U.S. Department of Labor Veterans' Employment and Training Service (DOL VETS) to provide meaningful services that promote successful careers for eligible veterans and eligible persons per current VPLs and other relevant guidance. The DVOPs or CVRs assigned to the VR&E program cases work closely with V.A. staff to provide career guidance and pre-rehab plan assessment information.

The DVOPs and CVRs provide employment assistance through basic and individualized career services in a case management service delivery strategy, including, at minimum, an O.A. and I.E.P. to veterans and other eligible persons identified with an S.B.E., including disabled and special disabled veterans. In addition, DVOPs and CVRs work on relationship building to locate and identify veterans who will require individualized career services and labor market services through the VA/ VR&E (i.e., Chapter 31 and Homeless Veterans Reintegration Program [HVRP]). Moreover, DVOPs and CVRs conduct outreach and recruitment activities with other Local Workforce Development Area service providers.

In accordance with Title 38 U.S.C. Section 4104(b), LVERs and CVRs conduct outreach to employers in the area to assist eligible populations, including veterans with and without S.B.E.s in gaining employment, training, seminars and job search workshops, and placement services within the AJCC, including employment services. Furthermore, LVERs and CVRs train all AJCC staff to network for veterans and comply with priority of service requirements.

Employer outreach activities may include, but are not limited to:
- Coordinating and sharing information at job fairs between employers, veterans, and other eligible persons leads to gainful employment.
- Networking with local trade unions, apprenticeship programs, educational facilities, local

workforce partners, and the business community to promote opportunities for veterans and other eligible persons.

- Networking with veteran service and community-based organizations, employers, and partners to promote hiring veterans and other eligible persons.

In rural areas, a CVR position is available to provide a combination of services normally performed by the DVOP and LVER without hindering the provision of services to veterans and employers consistent with the 38 U.S.C. § 4103A and 4104 requirements.

*Demonstrate how DVOP, LVER, and consolidated DVOP/LVER staff are integrated into the state's employment service delivery system, i.e., A.J.C.s. This demonstration should show active engagement between JVSG and other A.J.C. staff, such as through participation in staff meetings and cross-training opportunities:*

DVOPs and CVRs collaborate with AJCC partners to assist JVSG-eligible veterans with the appropriate referrals and supportive services in accordance with the TEGLs, VPLs, and relevant guidance.

Program updates and workforce development policies are shared with JVSG staff (DVOPs, LVERs, and CVRs), Wagner-Peyser, and AJCC operator staff and partners through regularly scheduled staff meetings and training. JVSG staff also participate in cross-functional workgroups, including department-wide initiatives and service delivery improvement programs. AJCC staff and partners also proactively include JVSG staff in planning veteran-related events. Finally, AJCC staff and partners consult with JVSG staff when identifying individuals eligible for training opportunities and other limited resources to ensure priority of service is followed.

Furthermore, DVOPs and CVRs work closely with the VA/VR&E program and the DOL VETS to provide services to veterans receiving funding from the VA/VR&E program to gain the skills and training needed to enter the workforce in new occupational fields. DVOPs and CVRs also collaborate with the HVRP grant programs, local shelters, food banks, and community and faith-based organizations to connect veterans with employers and support systems. Ex-offender veterans released in the last 12 months (VPL 03-14) receive individualized career services and support through the DVOP/CVR, Department of Corrections and Rehabilitation, or local jails to help them integrate into society as valued community members.

*Include a description of how DVOP, LVER, and consolidated DVOP/LVER positions are integrated into the employment service delivery system:*

This might include LVERs and business service teams collaborating to contact employers to present information on all programs to avoid duplicative visits.

LVERs and CVRs are integrated into the state's employment service delivery system by coordinating with local business service teams and members of the local employer community to advocate for employers, especially federal contractors, on behalf of veterans and to develop job

opportunities specifically for veterans. LVERs and CVRs also work with all AJCC staff and partners to identify and build capacity to increase resources for all veterans. Capacity-building activities include training partners and JVSG staff on how to network for veterans and comply with priority of service requirements, updating staff on policy changes, training new staff, and marketing upcoming events and hiring fairs.

The EDD's Workforce Service Branch Veterans Program Unit, in collaboration with JVSG staff in the field offices, developed a LVER/CVR Service Delivery Model and CalJOBS$^{SM}$ employer case management training, which reinforces the importance of documentation regarding LVER/CVR outreach to employers. LVERs and CVRs enter CalJOBS service codes and case notes to create a history of employer contacts, which creates a record that can be accessed by management and other partner staff to eliminate the possibility of duplicating visits or activities with that employer.

CalJOBS is California's labor exchange system to help job seekers and employers navigate the state's workforce services. CalJOBS is California's recognized "system of record" for participant tracking and federal and state reporting for WIOA and Wagner-Peyser employment services and programs.

*LVERs work with Workforce Innovation and Opportunity Act (WIOA) case managers to create job opportunities for veterans being case managed and trained through other WIOA one-stop partner programs:*

LVERs and CVRs advocate for all veterans served by the local AJCCs and collaborate with all AJCC partners, including WIOA case managers, to create job opportunities for all veterans being case-managed and trained through other WIOA AJCC partner programs. Furthermore, the LVERs and CVRs collaborate with their local AJCCs and community partners to provide additional services listed in VPL 03-14, such as planning and participating in job and career fairs, employer outreach, coordinating with unions, apprenticeship programs, and businesses or business organizations to promote employment and training programs for veterans, which all help members of the veteran community to obtain meaningful and successful careers.

*DVOPs share information with partner staff regarding available community resources they can access to better serve veterans who may not be eligible for DVOP services:*

The DVOPs and CVRs participate in AJCC-sponsored workshops and community-sponsored events organized by state agencies, partner staff, community-based organizations, and veteran resource groups to promote the JVSG program. Finally, DVOPs and CVRs actively seek to establish partnerships with other state and federal agencies and organizations, including, but not limited to, the California Department of Veterans Affairs (CalVet), County Veteran Service Officers, and community-based organizations to identify and promote available community resources and support systems to serve better all veterans and eligible persons, even those that may not be eligible for DVOP services. The DVOPs share an electronic version of CalVet's *California Veterans Resource Book,* which details all available resources for California's veterans.

**Incentive Award Program**

*Describe the state's performance incentive award program to encourage individuals and employment service offices to improve and achieve excellence in the provision of services to veterans, including:*

The EDD is researching the opportunity to develop and implement California's DOL VETS Performance Incentive Award Program. It is envisioned that an essential component of this plan is appropriate recognition of groups and individuals who provide outstanding performance. Consideration will be given annually for attitude, motivation, program improvement, positive feedback, and other indicators to achieve excellence in providing services to veterans.

1. The nomination and selection process for all performance incentive awards to individuals and employment service offices:

   N/A

2. The approximate number and value of cash awards using the one-percent incentive award allocation:

   N/A

3. The general nature and approximate value of-non-cash performance incentive awards to be charged to the base allocation:

   N/A

4. Any challenges the state may anticipate in carrying out a performance incentive award program as mandated by 38 U.S.C. § 4102A(c). This should include state laws or policies prohibiting such awards, if applicable. Describe the state's efforts in overcoming those challenges:

   N/A

**JVSG Performance Measures**

*List the performance targets for direct services to veterans provided by JVSG staff, as measured by the participants:*

F.F.Y. 2024 JVSG Performance Targets
Employment Rate 2nd Quarter After Exit     49%
Employment Rate 4th Quarter After Exit     47%
Median Earnings 2nd Quarter After Exit     $9,300



# Unified Strategic Workforce Development Plan

## Appendix 1:

## Performance Goals for Core Programs

## 2024-2027

IN FULFILLMENT OF THE REQUIREMENTS OF THE
WORKFORCE INNOVATION AND OPPORTUNITY ACT
PUBLIC LAW 113-128

800 Capitol Mall, Suite 1022 | Sacramento, CA 95814 | 916.657.1440

Each state submitting a Unified or Combined State Plan is required to identify expected levels of performance for each of the primary indicators of performance for the first two years covered by the plan. The state is required to reach an agreement with the Secretary of Labor, in conjunction with the Secretary of Education, on state-negotiated levels of performance for the indicators for each of the first two years of the plan.

## Background

During Program Year (PY) 2016-2019 plans, the Departments used the transition authority under section 503(a) of the Workforce Innovation and Opportunity Act (WIOA) to designate certain primary indicators of performance as "baseline" indicators to ensure an orderly transition from the requirements of the Workforce Investment Act of 1998 to those under WIOA. A "baseline" indicator was one for which states did not propose an expected level of performance and did not come to an agreement with the Departments on negotiated levels of performance because sufficient data was not available to establish such performance levels.  As a result, "baseline" indicators were not used in the end-of-the-year adjustment of performance levels. They were not used to determine failure to meet adjusted levels of performance for purposes of sanctions. The Departments designated indicators as "baseline" based on the likelihood of a State having insufficient data to reasonably determine an expected performance level.

For PYs 2020-2023 Plans, Title I programs (Adult, Dislocated Worker, and Youth) and the Title II program (Adult Education and Family Literacy Act) had several full years of data available to make reasonable determinations of expected levels of performance for the following indicators for PY 2020 through PY 2023:
- Employment (Second Quarter after Exit)
- Employment (Fourth Quarter after Exit)
- Median Earnings (Second Quarter after Exit)
- Credential Attainment Rate
- Measurable Skill Gains

The Wagner-Peyser Act Employment Service program, authorized under the Wagner-Peyser Act, as amended by Title III of WIOA, had several full years of data available to make a reasonable determination of expected levels of performance for the following indicators for PY 2020 through PY 2023:
- Employment (Second Quarter after Exit)
- Employment (Fourth Quarter after Exit)
- Median Earnings (Second Quarter after Exit)

The Credential Attainment Rate and Measurable Skill Gains indicators do not apply to the Wagner-Peyser Act Employment Service program; therefore, this program will not submit expected performance levels for these indicators.

For the first two years of PYs 2020-2023 Plans, the Vocational Rehabilitation (VR) program, authorized under Title I of the Rehabilitation Act of 1973, as amended by Title IV of WIOA, had two full years of data available for the Measurable Skill Gains indicator only. Therefore, the Departments designated the following indicators as "baseline" for the VR program for PY 2020 and PY 2021:

- Employment (Second Quarter after Exit)
- Employment (Fourth Quarter after Exit)
- Median Earnings (Second Quarter after Exit)
- Credential Attainment Rate

VR agencies continued to collect and report on all indicators, including those designated as "baseline, pursuant to section 116(d) of WIOA." The actual performance data reported by these programs for indicators designated as "baseline" for PY 2020 and PY 2021 served as baseline data going forward.

The Departments determined that the Effectiveness in Serving Employers indicator will be measured as a shared outcome across all six core programs within each state to ensure a holistic approach to serving employers. The Departments continued piloting approaches for measuring this indicator for the first two years of PY 2020-2023 plans. Therefore, states were not required to submit an expected level of performance for the Effectiveness in Serving Employers indicator for PY 2020 and PY 2021. However, core programs were expected to collect data and report on this indicator for PY 2020 and PY 2021 as they did for PY 2016-2019 plans.

## Current State Plan

Each core program must submit an expected level of performance for all the other indicators, as applicable. The Departments will work with states during the negotiation process to establish negotiated performance levels for each of the primary indicators for the core programs.

States may identify additional indicators in the plan, including additional approaches to measuring Effectiveness in Serving Employers, establish levels of performance for each state indicator, and identify them under Additional Indicators of Performance. The state's expected levels of performance relate to the performance accountability indicators based on primary indicators of performance described in section 116(b)(2)(A) of the WIOA.

| | Title I – Adult Program | | | |
| --- | --- | --- | --- | --- |
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit) | 67.0% | 67.5% | 67.0% | 67.5% |
| Employment (Fourth Quarter after Exit) | 65.0% | 65.5% | 65.0% | 65.5% |
| Median Earnings (Second Quarter after Exit) | $7,800 | $7,800 | $7,800 | $7,800 |
| Credential Attainment Rate | 66.0% | 66.0% | 66.0% | 66.0% |
| Measurable Skill Gains | 60.0% | 60.0% | 60.0% | 60.0% |

| | Title I – Dislocated Worker Program | | | |
|---|---|---|---|---|
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit) | 70.0% | 71.0% | 70.0% | 71.0% |
| Employment (Fourth Quarter after Exit) | 69.0% | 71.0% | 69.0% | 71.0% |
| Median Earnings (Second Quarter after Exit) | $8,800 | $9,500 | $8,800 | $9,500 |
| Credential Attainment Rate | 68.0% | 71.5% | 68.0% | 71.5% |
| Measurable Skill Gains | 60.0% | 60.0% | 60.0% | 60.0% |

| | Title I – Youth Program | | | |
|---|---|---|---|---|
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit)[1] | 70.0% | 72.0% | 70.0% | 72.0% |
| Employment (Fourth Quarter after Exit)[2] | 68.0% | 71.0% | 68.0% | 71.0% |
| Median Earnings (Second Quarter after Exit) | $4,500 | $4,500 | $4,500 | $4,500 |
| Credential Attainment Rate | 60.0% | 60.5% | 60.0% | 60.5% |
| Measurable Skill Gains | 60.0% | 61.0% | 60.0% | 61.0% |

---

[1] For Title I Youth programs, employment, education or training.
[2] For Title I Youth programs, employment, education or training.

| | Title II – Adult Education and Family Literacy Act Program | | | |
|---|---|---|---|---|
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit) | 23.0% | 29.5% | 24.0% | 29.6% |
| Employment (Fourth Quarter after Exit) | 23.0% | 26.3% | 24.0% | 27.0% |
| Median Earnings (Second Quarter after Exit) | $5,555 | $6,050 | $5,560 | $6,300 |
| Credential Attainment Rate | 22.1% | 9.0% | 22.1% | 9.5% |
| Measurable Skill Gains | 46.5% | 42.7% | 47.0% | 43.0% |

| | Wagner-Peyser Act Employment Service Program | | | |
| --- | --- | --- | --- | --- |
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit) | 59.0% | 61.0% | 59.0% | 61.0% |
| Employment (Fourth Quarter after Exit) | 58.0% | 60.0% | 58.0% | 60.0% |
| Median Earnings (Second Quarter after Exit) | $7,800 | $7,800 | $7,800 | $7,800 |
| Credential Attainment Rate | Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| Measurable Skill Gains | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

| | Vocational Rehabilitation Program | | | |
| --- | --- | --- | --- | --- |
| | Program Year: 2024 | | Program Year: 2025 | |
| | Expected Level | Negotiated Level | Expected Level | Negotiated Level |
| Employment (Second Quarter after Exit) | 52.0% | 52.0% | 55.0% | 55.0% |
| Employment (Fourth Quarter after Exit) | 50.0% | 50.0% | 53.0% | 53.0% |
| Median Earnings (Second Quarter after Exit | $7,000 | $7,000 | $7,200 | $7,200 |
| Credential Attainment Rate | 42.0% | 44.5% | 48.0% | 48.0% |
| Measurable Skill Gains | 37.0% | 37.0% | 40.0% | 40.0% |

ATTACHMENT D

**From:** WIOA <WIOA@ed.gov>
**Sent:** Friday, September 6, 2024 10:21 AM
**To:** 'Pradeep.Kotamraju@cwdb.ca.gov' <Pradeep.Kotamraju@cwdb.ca.gov>
**Cc:** 'm-jose-j-rodriguez-public@dol.gov' <m-jose-j-rodriguez-public@dol.gov>; Loyd, Amy <Amy.Loyd@ed.gov>; Wright-Gallo, Glenna <Glenna.Gallo@ed.gov>; Allen, Dante <Dante.Allen@ed.gov>; Carolyn Zachry <CZachry@cde.ca.gov>; 'jessica.grove@dor.ca.gov' <jessica.grove@dor.ca.gov>; Anglesey, Ashley@CWDB <Ashley.Anglesey@cwdb.ca.gov>; Tilley, Michael <Michael.Tilley@ed.gov>; Campbell, Lekesha <Lekesha.Campbell@ed.gov>; 'Westgren, Dana C - ETA' <Westgren.Dana.C@dol.gov>; Doyle, Jim <Jim.Doyle@ed.gov>; Moler, Shannon <Shannon.Moler@ed.gov>
**Subject:** [EXTERNAL] California PYs 2024-2027 WIOA Unified State Plan Conditional Approval – conditions met

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Dear Governor Newsom:

The U.S. Departments of Labor and Education (Departments) are pleased to inform you that the revisions that were submitted to California's program year 2024-2027 Workforce Innovation and Opportunity Act (WIOA) Unified State Plan fully address the conditions that were referenced in your June 4, 2024 approval notification.

We value California's commitment to work together with stakeholders and the Departments to support the public workforce system. If you have any questions, please contact your Federal agency representative.


Sincerely,
José Javier Rodríguez
Assistant Secretary
Employment and Training Administration
U.S. Department of Labor

Amy Loyd, Ed.L.D.
Assistant Secretary
Office of Career, Technical, and Adult Education
U.S. Department of Education

Glenna Wright-Gallo
Assistant Secretary
Office of Special Education and Rehabilitative Services
U.S. Department of Education

Danté Q. Allen
Commissioner
Rehabilitation Services Administration
U.S. Department of Education

# ATTACHMENT E

**Emilia Morris**



-----Original Message-----
From: francisco.ramirez@ed.gov <francisco.ramirez@ed.gov>
Sent: Friday, May 30, 2025 6:46 AM
To: Kimberly Born <KBorn@cde.ca.gov>; Superintendent Thurmond <Superintendent@cde.ca.gov>
Subject: [EXTERNAL] S424A240005-Preliminary Title IV, Part A FY 2025 Allocations

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Award: S424A240005 - DEPARTMENT OF EDUCATION CALIFORNIA

Dear Title IV, Part A State Coordinators:
Attached are preliminary fiscal year (FY) 2025 State allocations for the Student Support and Academic Enrichment Grant (Title IV, Part A) program.
The allocations are based on the Full-Year Continuing Appropriations and Extensions Act, 2025, which became law on March 15, 2025.
Please see the notes below about the allocations:
* As required by section 4103(b) of the Elementary and Secondary Education Act of 1965, the U.S. Department of Education (ED) determined the FY 2025 Title IV, Part A allocations based on the amount of each State's FY 2024 Title I, Part A allocation relative to the FY 2024 Title I, Part A allocations of all other States and on ensuring that every State receives a Title IV, Part A allocation that is at least 0.5 percent of the amount available to all States and that Puerto Rico's allocation does not exceed 0.5 percent of the amount available to all States.
* ED will release final Title IV, Part A allocations in June, which will be the basis for the July 1, 2025, grant awards.
Please contact your assigned program officer if you have any questions.
Finally, ED recognizes that States are waiting for preliminary FY 2025 allocations for other ESEA formula grants. This information will be provided once it becomes available.
Sincerely,
Title IV, Part A Team

ATTACHMENT F

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF CAREER, TECHNICAL, AND ADULT EDUCATION

**PROGRAM MEMORANDUM**

May 29, 2025

**TO:**        State Directors of Adult Education

**FROM:**   Nicholas J. Moore
                  Acting Assistant Secretary
                  Office of Career, Technical, and Adult Education

NICHOLAS MOORE
Digitally signed by NICHOLAS MOORE
Date: 2025.05.29 17:43:15 -04'00'

**RE:**        Estimated Adult Education State Award Amounts for Fiscal Year (FY) 2025

Attached are the estimated amounts each State will be awarded for FY 2025 under the Adult Education and Family Literacy Act (AEFLA), title II of the Workforce Innovation and Opportunity Act (WIOA). These funds will become available July 1, 2025.

The table shows the estimated award amounts for the AEFLA State grant program based on the allotment described in section 211(c) of WIOA. Under section 211(e), certain funds are reserved for the outlying areas of American Samoa, the Commonwealth of the Northern Mariana Islands, Guam, and the Republic of Palau.

The Full-Year Appropriations and Extension Act, 2025[1] provides $629,600,400 for formula grants to States to carry out adult education and literacy activities. This represents level funding for the national basic adult education formula grant program in comparison to the appropriation for FY 2024.

For purposes of calculating allotments under section 211(c)(2) of WIOA, the Department of Education (ED) used data from the 2023 American Community Survey (ACS) 1-year estimates. The ACS 1-year estimate provides the most current data and is a standard dataset used by other State formula grant programs at the Department of Education[2]. State grant awards may have increased or decreased from FY 2024 due to changes in State-level ACS data.

For State-specific information about the attached estimates, please contact NRS@ed.gov.

---

[1] Full-Year Appropriations and Extension Act, 2025 (P.L. 119-4).
[2] Allocations for American Samoa, Guam, Northern Mariana Islands, and the US Virgin Islands are determined using data from the 2020 decennial census, the most recent source of population data for the outlying areas, for the purposes of calculating allotments under section 211(c)(2).

| STATE | Basic State Grant: FY 2025 Estimated Award Amount |
|---|---|
| ALABAMA | $9,900,363 |
| ALASKA | $1,145,570 |
| ARIZONA | $14,697,799 |
| ARKANSAS | $6,058,262 |
| CALIFORNIA | $101,170,365 |
| COLORADO | $7,459,468 |
| CONNECTICUT | $5,503,578 |
| DELAWARE | $1,882,682 |
| FLORIDA | $41,402,441 |
| GEORGIA | $20,964,926 |
| HAWAII | $2,072,508 |
| IDAHO | $3,109,811 |
| ILLINOIS | $21,257,600 |
| INDIANA | $11,852,673 |
| IOWA | $4,141,029 |
| KANSAS | $4,511,017 |
| KENTUCKY | $8,649,252 |
| LOUISIANA | $9,973,143 |
| MAINE | $1,653,244 |
| MARYLAND | $10,051,890 |
| MASSACHUSETTS | $10,991,595 |
| MICHIGAN | $14,881,659 |
| MINNESOTA | $6,133,548 |
| MISSISSIPPI | $6,459,032 |
| MISSOURI | $9,016,257 |
| MONTANA | $1,549,920 |
| NEBRASKA | $2,732,187 |
| NEVADA | $7,296,964 |
| NEW HAMPSHIRE | $1,751,319 |
| NEW JERSEY | $15,532,867 |
| NEW MEXICO | $4,973,950 |
| NEW YORK | $41,051,662 |
| NORTH CAROLINA | $18,595,738 |
| NORTH DAKOTA | $1,015,638 |
| OHIO | $17,405,238 |
| OKLAHOMA | $7,512,204 |
| OREGON | $6,639,194 |
| PENNSYLVANIA | $18,547,178 |

| STATE | Basic State Grant: FY 2025 Estimated Award Amount |
|---|---|
| RHODE ISLAND | $2,298,248 |
| SOUTH CAROLINA | $9,728,075 |
| SOUTH DAKOTA | $1,395,887 |
| TENNESSEE | $12,548,384 |
| TEXAS | $69,444,696 |
| UTAH | $4,224,548 |
| VERMONT | $843,709 |
| VIRGINIA | $13,193,984 |
| WASHINGTON | $11,161,496 |
| WEST VIRGINIA | $3,779,870 |
| WISCONSIN | $6,968,139 |
| WYOMING | $918,399 |
| DISTRICT OF COLUMBIA | $1,142,826 |
| PUERTO RICO | $10,754,640 |
| VIRGIN ISLANDS | $588,966 |
| AMERICAN SAMOA | $201,200 |
| GUAM | $541,293 |
| NORTHERN MARIANAS | $222,269 |
| PALAU | $5,815 |
| **Subtotal** | **$629,506,215** |
| **Set-Asides** | |
| Pacific Region Competitive Grants [Section 211(e)] | $94,185 |
| **TOTAL** | **$629,600,400** |

# ATTACHMENT G

 Outlook

---

**[EXTERNAL] FL Update (6.13.25)**

---

**From** Aaron Fettgather <aaron.fettgather@ccsso.org>
**Date** Fri 6/13/2025 2:06 PM
**To** Natasha Middleton <NMiddleton@cde.ca.gov>

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

View this email in your browser



Dear Federal Liaisons,

Registration for CCSSO's Federal Liaison Summer Meeting is live! We already have over 20 registrants and hope to see several more of you at this meeting. As a reminder, here is the draft agenda for the meeting, which will be held **July 9-11 in Washington, DC**. We have again coordinated with NAESPA, who will host their meeting July 7-9, and we'll kick off after lunch on the 9th.

We've now confirmed our meeting at ED on the afternoon of July 10, where we'll meet with representatives from OESE, OPEPD, OSERS, and OCTAE, among others. We've also confirmed our afternoon on the Hill on July 11. We'll continue to add details to the agenda as we confirm speakers and guests. Please don't hesitate to reach out to Jessah with any questions about this meeting. Please also send Jessah the names of any SEA colleagues who are interested in attending.

**New ED Appointees Announced**

On Monday, the Trump Administration announced several political appointees to the U.S. Department of Education (ED). The full list of new appointments is available here. Among those named was Lindsey Burke as Deputy Chief of Staff for Policy and Programs. These appointments do not require confirmation in the Senate.

**Update on FY 2025 Preliminary Allocations**

ED has been delayed in sending allocation calculations to states in accordance with the continuing resolution that Congress passed in March to fund the federal government through the end of fiscal year (FY) 2025 (Sept. 30). To date, ED has released the following preliminary FY 2025 estimates of state allocations to SEAs:

- Title I, Part A: Grants to Local Educational Agencies
- Title I, Part B: State Assessment Formula Grants
- Title I, Part D:Programs for Children and Youth Who Are Neglected, Delinquent, or At-Risk
- Title IV, Part A: Student Support and Academic Enrichment Grant
- Education for Homeless Children and Youth

ED has told CCSSO it is working on allocations for additional funding streams, and we anticipate those will be communicated soon.

**Update on ESF Extended Liquidation**

As of June 9, more than 340 projects have been submitted to ED from 34 states and territories through ED's project-specific extension process for Education Stabilization Fund (ESF) liquidation. ED has issued determinations on more than 250 projects in 28 states and territories. CCSSO has analyzed many of these determination letters from ED. Based on our review of these letters, ED has approved only about one-fifth of the projects submitted

— only those projects that provide direct academic support to students, such as tutoring, access to dual credit programs or funds for parents to select academic services for students, for example. ED has denied projects to support teacher training, construction, curriculum and instructional materials, student mental health services and planning and evaluation. States and territories that have received determinations can appeal the decision within 30 days. Administrative appeals will be decided by the secretary of education. In addition, a federal district court issued two preliminary injunctions that apply to only 16 plaintiff states and D.C., allowing these states to continue to draw down funds per instructions provided before March 28, 2025. If you have questions about ESF liquidation, please contact Jessah Walker.

**Updates to ESSER and Federal Funds Webinar Series**
Due to upcoming holidays in June and July, we are adjusting the cadence of the ESSER and Federal Funds Webinar Series CCSSO hosts every other Thursday at 2pm ET. We are also refreshing the Zoom link starting June 12. Finally, thanks to feedback from FLs, we are also renaming this webinar series as the CCSSO Federal Funds Webinar Series; we will still discuss ESSER issues as they arise but intend to broaden the scope post-ESF as necessary. Please let us know if you have topics or questions you'd like to include in upcoming calls.

Updated Thursday ESSER and Federal Funds webinar series scheduled through this summer:

- **June 26, 2pm ET -** Federal Funds Webinar **(NEW Zoom Link!)**
- *July 10 – no call during CCSSO Federal Liaison Summer Meeting in Washington, DC, July 9-11*
- **July 24, 2pm ET -** Federal Funds Webinar  (Zoom Link)
- **August 7, 2pm ET -** Federal Funds Webinar (Zoom Link)
- **August 21, 2pm ET -** Federal Funds Webinar (Zoom Link)
- **September 4, 2pm ET -** Federal Funds Webinar (Zoom Link)

**Secretary McMahon the Hill This Week**
Secretary Linda McMahon testified in early June on the Trump Administration's budget request for FY 2026. Here are links to testimony before the Senate Appropriations

Subcommittee on Labor, Health and Human Services, Education, and Related Agencies on Tuesday and testimony before the House Committee on Education and Workforce on Wednesday.

**Schwinn, Richey Confirmation Hearing**

The HELP Committee held a hearing on June 5 for several nominees, including Penny Schwinn to be Deputy Secretary of Education and Kimberly Richey to be Assistant Secretary for Civil Rights at ED. You can watch a recording of the hearing here. These nominees are now subject to a HELP Committee vote to advance their nomination to the full Senate.

**Federal Court Issues Another Preliminary Injunction in ESF Liquidation Case**

On June 3, the U.S. District Court for the Southern District of New York issued a preliminary injunction order for the 16 plaintiff states and the District of Columbia that prohibits ED from implementing its March 28 rescission of the Education Stabilization Fund (ESF) during litigation. The order also blocks ED from implementing its May 11 modification, requires ED to provide plaintiffs with 30 days' notice before making future modifications to provide plaintiffs with sufficient time to review modifications, and directed ED to process the plaintiffs' "outstanding and future requests for liquidation of ESF without delay." This order only applies to the plaintiff states in this case.

**Federal Appeals Court Preserves Pause on ED RIFs**

On June 4, the 1st Circuit U.S. Court of Appeals turned down ED's request to pause a district court's order that temporarily blocks the administration from moving forward with its planned Reduction in Force. On June 6, the Trump Administration appealed to the Supreme Court, requesting it lift the preliminary injunction issued in May.

**Proposed EDFacts Revisions in the Federal Register**

On May 21, ED published a notice in the Federal Register about proposed changes to EDFacts for

- The existing data collection for School Years 2022-23, 2023-24, and 2024-25,
- The upcoming data collection for School Years 2025-26, 2026-27, and 2027-28.

For the existing data collection, ED propose to delete two "metadata questions" from this spring's collection to comply with recent executive orders:

- For sex, does your state collect more than two permitted values (male and female)?
- Beyond male and female, what permitted values does your state collect about students to represent sex, gender, and/or gender identity? Please provide state definitions if terms are defined.

Comments about the proposed changes may be submitted here on or before June 20, 2025. ED requests that SEAs and other stakeholders respond to the directed questions in Attachment D.


**Open Comment on Department of Energy Final Rule**
On May 16, the U.S. Department of Energy published in the Federal Register a direct final rule and request for comments on amending "athletics rules in view of provisions regarding nondiscrimination on the basis of sex in education programs or activities receiving federal financial assistance." Per the notice, "[t]he final rule is effective July 15, 2025 unless significant adverse comments are received by June 16, 2025."


**IMPORTANT: States May Need to Resubmit ESF Liquidation Requests Made Prior to March 28**
If your state submitted an Education Stabilization Fund (ESF) request for reimbursement to ED prior to 5pm ET on March 28, and has **not** yet received a payment, please contact Jessah as soon as possible. CCSSO will confirm with ED that it has received your state reimbursement request. Requests submitted prior to March 28 to ED email addresses other than ESSERF@ed.gov may not be in the queue for consideration. We want to ensure all eligible states and territories receive payments for reimbursements requests made prior to 5pm ET on March 28.


**ED Announces Secretary McMahon's Supplemental Grant Priorities**
On May 20, Secretary McMahon announced her first three proposed priorities for ED discretionary grant funding: evidence-based literacy, expanding education choice and returning education to the states. The *Secretary's Supplemental Priorities* have been published in the Federal Register for a 30-day public comment period. Once finalized, ED will use these priorities in grant competitions going forward. The secretary will likely publish additional priorities at a later date.

**Trump Administration ED Nominations**

There are 16 Senate-confirmable positions at the U.S. Department of Education. You can track all 817 political appointee positions that require Senate confirmation across the federal government here. Senate HELP Committee nomination hearings will be posted here one week in advance, and the Committee will update their nominations page. Additional (non-confirmable) political appointments to ED have been announced here (Jan 23), here (Feb 6), here (Feb 28), and here (Apr 15).

- **Secretary of Education: Linda McMahon** (officially nominated Jan 20). McMahon was confirmed by the Senate by a vote of 51-45 on March 3, 2025. CCSSO CEO Carissa Moffat Miller released a statement congratulating McMahon on her confirmation.

- **Deputy Secretary of Education: Penny Schwinn** (nominated Jan 22, HELP hearing June 5). Schwinn was Commissioner of Education in Tennessee and a CCSSO Board Member. CCSSO provided a statement on her nomination.

- **General Counsel: Jennifer Mascott** (nominated Feb 11).

- **Chief Financial Officer**

- **Undersecretary: Nicholas Kent** (nominated Feb 11, reported out of HELP Committee on May 22, awaiting Senate vote).

- **Assistant Secretary, OCTAE: Kevin O'Farrell** (nominated Feb 11, reported out of HELP Committee on May 22, awaiting Senate vote). O'Farrell is currently Chancellor for the Florida Department of Education's Division of Career and Adult Education.

- **Assistant Secretary, OCR: Kimberly Richey** (nominated Feb 11, HELP hearing June 5). Richey served as Acting Assistant Secretary of OCR in the first Trump Administration and has worked at the Oklahoma and Florida State Departments of Education.

- **Assistant Secretary, OCO**

- **Assistant Secretary, OESE: Kirsten Baesler** (nominated Feb 11, reported out of HELP Committee on May 22, awaiting Senate vote). Baesler currently serves as the North Dakota Superintendent of Public Instruction. She is the longest currently serving state chief and a former CCSSO Board President. CCSSO provided a statement on her nomination.

- **Assistant Secretary, OLCA: Mary Christina Riley** (nominated Feb 11). Riley worked most recently for the House Committee on Education and the Workforce.

- **Assistant Secretary, OPEPD**

- **Assistant Secretary for Postsecondary Education:** David Barker (nominated May 6).
- **Assistant Secretary, OSERS**
- **Commissioner, Rehabilitation Services Administration**
- **Director of the Institute of Education Sciences**
- **Inspector General**

**2025 Federal Liaison Calls and Meetings**
All FL monthly calls are at 4:00-5:00 p.m. ET on the last Monday of each month, unless otherwise noted below. Please use this Zoom link for 2025 calls.

- June 30
- **July 9-11 – Federal Liaison Summer Meeting in Washington, DC** (begins early afternoon of 7/9, concluding late afternoon 7/11)
- August 25
- September 29
- October 27
- **November 12-14 – CCSSO Annual Policy Forum in Houston, TX** (in-person FL meeting at the Annual Policy Forum)
- Dec 15 (not the last Monday of the month)

Have a great weekend,
Aaron

Unsubscribe from this list | Manage my subscriptions

# ATTACHMENT H

 Outlook



**Sent:** Monday, June 30, 2025 2:16 PM
**To:** Jull Auld <JAuld@cde.ca.gov>; Tony Thurmond <TThurmond@cde.ca.gov>
**Cc:** oese@ed.gov <oese@ed.gov>
**Subject:** [EXTERNAL] S011A220005-Update on ED Fiscal Year 2025 Formula Grant Programs

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

ATTACHMENT I

 Outlook



To: Monique McWayne <MMcWayne@cde.ca.gov>; Superintendent Thurmond <Superintendent@cde.ca.gov>
Cc: oese@ed.gov
Subject: [EXTERNAL] S367A240005-Update on ED Fiscal Year 2025 Formula Grant Programs

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

ATTACHMENT J

 Outlook



**To:** Alesha Moreno-Ramirez <AMoreno-Ramirez@cde.ca.gov>; Superintendent Thurmond <Superintendent@cde.ca.gov>
**Cc:** oese@ed.gov <oese@ed.gov>
**Subject:** [EXTERNAL] T365A240005-Update On ED Fiscal Year 2025 Formula Grant Programs

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

ATTACHMENT K

 Outlook



To: Kimberly Born <KBorn@cde.ca.gov>; Superintendent Thurmond <Superintendent@cde.ca.gov>
Cc: oese@ed.gov
Subject: [EXTERNAL] S424A210005-Update On Fiscal Year 2025 Formula Grant Programs

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

# ATTACHMENT L

 Outlook

---

**[EXTERNAL] S287C230005–Update on ED Fiscal Year 2025 Formula Grant Programs**

---

**From** noreply@ed.gov <noreply@ed.gov>

**Date** Mon 6/30/2025 2:27 PM

**To** Joshua Brady <JBrady@cde.ca.gov>; Superintendent Thurmond <Superintendent@cde.ca.gov>

**Cc** oese@ed.gov <oese@ed.gov>

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY 2025 funding for the [Title I-C, II-A, III-A, IV-A, IV-B] grant program(s), and decisions have not yet been made concerning submissions and awards for this upcoming academic year. Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review. The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

ATTACHMENT M

 Outlook

---

**[EXTERNAL] V002A240005-Update on ED Fiscal Year 2025 Formula Grants**

---

**From** noreply@ed.gov <noreply@ed.gov>

**Date** Mon 2025-06-30 2:05 PM

**To**    Carolyn Zachry <CZachry@cde.ca.gov>; Tony Thurmond <TThurmond@cde.ca.gov>

**Cc**    askaefla@ed.gov <askaefla@ed.gov>

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Given the change in Administrations, the Department is reviewing the FY2025 funding for the Adult Education Basic Grants to States grant program, including the Integrated English Language and Civics Education (IELCE) program, and decisions have not yet been made concerning submissions and awards for this upcoming academic year.  Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review.  The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.

# ATTACHMENT N



**From:** Patricia Tyler <ptyler@nasdae.org>
**Sent:** Monday, June 30, 2025 2:51 PM
**To:** Amber Gallup <amber.gallup@hed.nm.gov>; Carolyn Zachry <CZachry@cde.ca.gov>; Erin Landry <erinlandry@lctcs.edu>; Jay Baker <Jay.baker@tn.gov>; megan wadley (megan.wadley@dese.mo.gov) <megan.wadley@dese.mo.gov>; Sheryl Hart <sohart@nasdae.org>; Silver-Pacuilla, Heidi <Heidi.Silver-Pacuilla@doe.virginia.gov>; Sophie Tan <Sophie.tan@ride.ri.gov>; T.J. Armstrong <tarmstrong@highered.ohio.gov>; William Durden <wdurden@sbctc.edu>; Windy Swearingin <windy.swearingin@alaska.gov>; wyvonne Stevens-Carter <wyvonne.stevens-carter@doe.mass.edu>
**Subject:** [EXTERNAL] FW: V002A240013-Update on ED Fiscal Year 2025 Formula Grants

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Dear NASDAE Board,

Here is the response from Nick Moore, Acting Assistant Secretary for OCTAE regarding the withholding of GANs.

I will contact OMB.

Best,
Pat

Patricia H. Tyler
Executive Director
National Association of State Directors of Adult Education
822 Guilford Avenue #170
Baltimore, Maryland  21202
(202) 499-4201
ptyler@nasdae.org

https://urldefense.com/v3/__http://www.nasdae.org__;!!KlnUNGHvdQ!-_cJyM9GmWgYFRw2QXcRIIeqUkoQLw_qfIwb5N0eA2ncTi3N5d3fBS6K1rolj1xN6r0JspwXAy2w0j95HA$

-----Original Message-----
From: Moore, Nick <nick.moore@ed.gov>
Sent: Monday, June 30, 2025 5:49 PM
To: Patricia Tyler <ptyler@nasdae.org>
Subject: RE: V002A240013-Update on ED Fiscal Year 2025 Formula Grants

Good afternoon, Pat,

Thank you for reaching out, and I hope you are doing well. Thank you for your question. I encourage you to direct your inquiry to the Office of Management and Budget at OMBLegislativeAffairs@omb.eop.gov, as the Department is currently deferring all questions related to this program to our OMB colleagues. I appreciate it.

Best regards,
Nick

-----Original Message-----
From: Patricia Tyler <ptyler@nasdae.org>
Sent: Monday, June 30, 2025 5:45 PM
To: Moore, Nick <nick.moore@ed.gov>
Subject: FW: V002A240013-Update on ED Fiscal Year 2025 Formula Grants

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nick,

I hope you are doing well.

The forwarded message stating that Grant Award Notices for AEFLA will not be forthcoming for July 1 has taken state directors by surprise, as they have moved forward with planning based on the June 2 letter of Estimated Grant Awards.

On behalf of our members, I am requesting any further information that you may be able to share regarding AEFLA funds for the program year beginning tomorrow.  Will the funds be available at some point in the future?  What is the expectation of the Department for the future of the AEFLA program?

As you may imagine, the state directors are challenged by this sudden void of funds after receiving their estimates.  I will appreciate any information that you are able to share and would be happy to schedule some time to discuss via phone or zoom.

Thank you so much for your attention.

Best,
Pat

Patricia H. Tyler
Executive Director
National Association of State Directors of Adult Education
822 Guilford Avenue #170
Baltimore, Maryland  21202
(202) 499-4201
ptyler@nasdae.org

https://urldefense.com/v3/__http://www.nasdae.org__;!!KlnUNGHvdQ!-_cJyM9GmWgYFRw2QXcRlIeqUkoQLw_qfIwb5N0eA2ncTi3N5d3fBS6K1rolj1xN6r0JspwXAy2w0j95HA$

-----Original Message-----
From: noreply@ed.gov <noreply@ed.gov>
Sent: Monday, June 30, 2025 4:04 PM
Cc: askaefla@ed.gov
Subject: [External] V002A240013-Update on ED Fiscal Year 2025 Formula Grants

Given the change in Administrations, the Department is reviewing the FY2025 funding for the Adult Education Basic Grants to States grant program, including the Integrated English Language and Civics Education (IELCE) program, and decisions have not yet been made concerning submissions and awards for this upcoming academic year.  Accordingly, the Department will not be issuing Grant Award Notifications obligating funds for these programs on July 1 prior to completing that review.  The Department remains committed to ensuring taxpayer resources are spent in accordance with the President's priorities and the Department's statutory responsibilities.