**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

State of Rhode Island, et al.
Plaintiff,
v.                                              Case No.: 1:25−cv−00329−MRD−PAS

Linda McMahon, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

July 15, 2025                                   By the Court:

                                                /s/ John J. McConnell, Jr.
                                                United States Chief Judge