**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| _____ ) | |
| STATE OF CALIFORNIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00329 |
| ) | District Judge Melissa R. DuBose |
| ) | Magistrate Judge Patricia A. Sullivan |
| ) | |
| LINDA MCMAHON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**JOINT MOTION TO SET SCHEDULE REGARDING PLAINTIFFS' MOTION**
**FOR PRELIMINARY INJUNCTION**

Defendants and Plaintiffs (together "Parties") respectfully move the Court to set the below schedule regarding Plaintiffs' Motion for Preliminary Injunction.

1.      Plaintiffs filed their Complaint, *see* ECF No. 1, and the Motion for Preliminary Injunction ("PI Motion"), *see* ECF No. 2, on the Court's ECF electronic-filing system on July 14, 2025.  The ECF system set Defendants' response deadline to the PI Motion as July 28, 2025.

2.      The Parties have conferred and agreed to the following briefing schedule regarding the PI Motion: Defendants' Response due on July 31, 2025; and Plaintiffs' Reply due on August 7, 2025.  The Parties respectfully request that the Court enter this schedule.

3.      Plaintiffs request that the Court hold a hearing on their PI Motion during the week of August 11, 2025, or at the Court's earliest convenience thereafter.  If the Court determines that a hearing is warranted, Defendants' counsel will make themselves available for a hearing at the Court's convenience.

4.      Based on the foregoing agreements, the parties respectfully request that the Court grant this joint motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director


*/s/ Cesar Azrak*
Cesar Azrak
Pardis Gheibi
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for the United States*




**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Sarah W. Rice*
Sarah W. Rice (RI Bar No. 10465)
 Deputy Chief, Public Protection Bureau
 Assistant Attorney General
Jeff Kidd (RI Bar No. 10416)
 Special Assistant Attorney General
150 South Main Street

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lee Sherman*
Michael L. Newman
 Senior Assistant Attorney General
Virginia Corrigan
Irina Trasovan
 Supervising Deputy Attorneys General
Jesse Basbaum

Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov
jkidd@riag.ri.gov

Elia Herrera
Emilia Morris
Lee Sherman
Joshua N. Sondheimer
 Deputy Attorneys General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6202
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Irina.Trasovan@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Elia.Herrera@doj.ca.gov
Emilia.Morris@doj.ca.gov
Lee.Sherman@doj.ca.gov
Joshua.Sondheimer@doj.ca.gov

**PHILIP J. WEISER**
Attorney General for the State of Colorado

*/s/ Michelle Berge*
Michelle Berge
First Assistant Attorney General
Sarah H. Weiss
Patrick A. Withers
Joe Peters
Senior Assistant Attorneys General
Jenna Baker
Assistant Attorney General Fellow
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
Michelle.Berge@coag.gov
Sarah.Weiss@coag.gov
Patrick.Withers@coag.gov
Joe.Peters@co.ag.gov
Jenna.Baker@coag.gov

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ David C. Kravitz*
David C. Kravitz
 State Solicitor
Katherine B. Dirks
 Chief State Trial Counsel
Anna Lumelsky
 Deputy State Solicitor
Nathaniel J. Hyman
Vanessa A Arslanian
Katherine M. Fahey
Aaron Macris
 Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
David.Kravitz@mass.gov
Katherine.Dirks@mass.gov
Anna.Lumelsky@mass.gov
Nathaniel.J.Hyman@mass.gov
Vanessa.Arslanian@mass.gov
Katherine.Fahey@mass.gov
Aaron.Macris@mass.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Luci D. Davis*
Luci D. Davis
 Senior Litigation Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Luci.Davis@azag.gov
ACL@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
 Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808 5020
Michael.skold@ct.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab
 Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Ricardo Mullings*
Ricardo Mullings
 Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 878-9709
ricardo.mullings@dc.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
 Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
 Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Aleeza M. Strubel*
Aleeza M. Strubel
 Complex Litigation Counsel
Katharine Roberts
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Katharine.Roberts@ilag.gov

**OFFICE OF THE GOVERNOR** *ex rel.*
**ANDY BESHEAR**
in his official capacity as Governor of the
Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson
 Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Brian S. Carter*
Brian S. Carter
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-7403
Brian.Carter@ag.state.mn.us

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sarah A. Forster*
Sarah A. Forster
 Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Sarah.Forster@maine.gov

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatii*
Neil Giovanatti
Brian Beach
 Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119

Sarah.Forster@maine.gov

(702) 486-5708
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

*/s/ Jessica Palmer*
Jessica Palmer
Farng-Yi Foo
Mia Dohrmann
Nadya Comas
 Deputy Attorneys General
Office of the Attorney General
25 Market St.
Trenton, NJ 08625
(609) 696-4607
Jessica.Palmer@law.njoag.gov
Farng-Yi.Foo@law.njoag.gov
Mia.Dohrmann@law.njoag.gov
Nadya.Comas@law.njoag.gov

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi
 Senior Litigation Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

**LETITIA JAMES**
Attorney General of New York

By: */s/ Travis W. England*
Travis W. England
 Deputy Chief, Civil Rights Bureau
Rabia Muqaddam
 Chief Counsel for Federal Initiatives
28 Liberty St.
New York, NY 10005
(212) 416-6233
travis.england@ag.ny.gov
rabia.muqaddam@ag.ny.gov

**JEFF JACKSON**
Attorney General for the State of North Carolina

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
(919) 716-6026
Dmosteller@ncdoj.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
 Elleanor H. Chin
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201

**JENNIFER C. SELBER**
General Counsel

By: */s/ Thomas P. Howell*
Thomas P. Howell
 Deputy General Counsel
Governor's Office of General Counsel
30 N. 3rd Street, Suite 200

(971) 673-1880
Elleanor.Chin@doj.oregon.gov

Harrisburg, PA 17101
(717) 460-6786
thowell@pa.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jaime Kraybill*
Jaime Kraybill
 Assistant Attorney General
1 National Life Drive, Davis 5
Montpelier, VT 05602
(802) 828-0160
Jaime.Kraybill@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Sarah E. Smith-Levy*
Sarah E. Smith-Levy
Zane Muller
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Sarah.E.Smith-Levy@atg.wa.gov
Zane.Muller@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s Colin T. Roth*
Colin T. Roth
 Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us