IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> LINDA MCMAHON, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-00329 <br> District Judge Melissa R. DuBose <br> Magistrate Judge Patricia A. Sullivan |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants and Plaintiffs (together, "Parties") respectfully move the Court to extend the current briefing schedule regarding Plaintiffs' Motion for Preliminary Injunction.

1. Plaintiffs filed their Complaint, *see* ECF No. 1, and a Motion for Preliminary Injunction ("PI Motion"), *see* ECF No. 2, on the Court's ECF system on July 14, 2025. The PI Motion asked the Court to enjoin the Government from freezing education-related funding that Plaintiffs had expected to receive on July 1, 2025. *See generally* ECF No. 2.

2. On July 22, 2025, the Parties jointly moved for a briefing schedule whereby Defendants' response to the PI Motion would be due July 31, 2025, and Plaintiffs' reply would be due August 7, 2025. ECF No. 51. The Court granted the Parties' motion and set a hearing on the PI Motion for August 13, 2025.

3. On Friday, July 25, 2025, the Government announced that all the frozen funds at issue in the PI Motion would be released. As of this filing, at least some Plaintiff States are still waiting

for their Grant Award Notifications (GANs) and for funds to be available for the programs at issue in this litigation.

4. Defendants have represented to Plaintiffs that substantial funds will become available to Plaintiffs by today (July 30, 2025), and that they anticipate all funds at issue becoming available to Plaintiffs no later than Friday of this week.

5. Based on Defendants' representations, Plaintiffs consent to an extension of Defendants' deadline by which to respond to Plaintiffs' PI Motion to August 5, 2025, and accordingly, an extension of Plaintiffs' deadline by which to file a Reply to August 12, 2025.

6. Plaintiffs request that the Court schedule a hearing for their PI Motion at the Court's earliest convenience thereafter, and no later than August 20, 2025. Plaintiffs will notify the Court if they believe that a hearing on the PI Motion is unnecessary following a review of the GANs once they are awarded.

7. Based on the foregoing agreements, the parties respectfully request that the Court grant this joint motion for an extension of the PI Motion briefing schedule.

Respectfully submitted,

Dated: July 30, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

/s/ Cesar Azrak
Cesar Azrak
Pardis Gheibi
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for the United States*

| | |
|---|---|
| **PETER F. NERONHA** <br> Attorney General for the State of Rhode Island <br><br> By: */s/ Sarah W. Rice* <br> Sarah W. Rice (RI Bar No. 10465) <br> Deputy Chief, Public Protection Bureau <br> Assistant Attorney General <br> Jeff Kidd (RI Bar No. 10416) <br> Special Assistant Attorney General <br> 150 South Main Street <br> Providence, RI 02903 <br> (401) 274-4400 <br> srice@riag.ri.gov <br> jkidd@riag.ri.gov | **ROB BONTA** <br> Attorney General for the State of California <br><br> By: */s/ Lee Sherman* <br> Michael L. Newman <br> Senior Assistant Attorney General <br> Virginia Corrigan <br> Irina Trasovan <br> Supervising Deputy Attorneys General <br> Jesse Basbaum <br> Elia Herrera <br> Emilia Morris <br> Lee Sherman <br> Joshua N. Sondheimer <br> Deputy Attorneys General <br> California Attorney General's Office <br> 300 South Spring Street, Suite 1702 <br> Los Angeles, CA 90013 <br> (213) 269-6202 <br> Michael.Newman@doj.ca.gov <br> Virginia.Corrigan@doj.ca.gov <br> Irina.Trasovan@doj.ca.gov <br> Jesse.Basbaum@doj.ca.gov <br> Elia.Herrera@doj.ca.gov <br> Emilia.Morris@doj.ca.gov <br> Lee.Sherman@doj.ca.gov <br> Joshua.Sondheimer@doj.ca.gov |

**PHILIP J. WEISER**
Attorney General for the State of Colorado

*/s/ Michelle Berge*
Michelle Berge
First Assistant Attorney General
Sarah H. Weiss
Patrick A. Withers
Joe Peters
Senior Assistant Attorneys General
Jenna Baker
Assistant Attorney General Fellow
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
Michelle.Berge@coag.gov
Sarah.Weiss@coag.gov
Patrick.Withers@coag.gov
Joe.Peters@co.ag.gov
Jenna.Baker@coag.gov

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ David C. Kravitz*
David C. Kravitz
 State Solicitor
Katherine B. Dirks
 Chief State Trial Counsel
Anna Lumelsky
 Deputy State Solicitor
Nathaniel J. Hyman
Vanessa A Arslanian
Katherine M. Fahey
Aaron Macris
 Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
David.Kravitz@mass.gov
Katherine.Dirks@mass.gov
Anna.Lumelsky@mass.gov
Nathaniel.J.Hyman@mass.gov
Vanessa.Arslanian@mass.gov
Katherine.Fahey@mass.gov
Aaron.Macris@mass.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Luci D. Davis*
Luci D. Davis
 Senior Litigation Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Luci.Davis@azag.gov
ACL@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
 Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808 5020
Michael.skold@ct.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab
 Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Ricardo Mullings*
Ricardo Mullings
 Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 878-9709
ricardo.mullings@dc.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
 Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
 Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Aleeza M. Strubel*
Aleeza M. Strubel
 Complex Litigation Counsel
Katharine Roberts
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Katharine.Roberts@ilag.gov

**OFFICE OF THE GOVERNOR** *ex rel.* **ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sarah A. Forster*
Sarah A. Forster
 Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Sarah.Forster@maine.gov

travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson
 Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatii*
Neil Giovanatti
Brian Beach
 Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Brian S. Carter*
Brian S. Carter
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-7403
Brian.Carter@ag.state.mn.us
Sarah.Forster@maine.gov

**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

6

| | |
|---|---|
| **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>/s/ *Jessica Palmer*<br>Jessica Palmer<br>Farng-Yi Foo<br>Mia Dohrmann<br>Nadya Comas<br> Deputy Attorneys General<br>Office of the Attorney General<br>25 Market St.<br>Trenton, NJ 08625<br>(609) 696-4607<br>Jessica.Palmer@law.njoag.gov<br>Farng-Yi.Foo@law.njoag.gov<br>Mia.Dohrmann@law.njoag.gov<br>Nadya.Comas@law.njoag.gov | **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: /s/ *Mark Noferi*<br>Mark Noferi<br> Senior Litigation Counsel<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 490-4060<br>MNoferi@nmdoj.gov |
| **LETITIA JAMES**<br>Attorney General of New York<br><br>By: /s/ *Travis W. England*<br>Travis W. England<br> Deputy Chief, Civil Rights Bureau<br>Rabia Muqaddam<br> Chief Counsel for Federal Initiatives<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-6233<br>travis.england@ag.ny.gov<br>rabia.muqaddam@ag.ny.gov | **JEFF JACKSON**<br>Attorney General for the State of North Carolina<br><br>By: /s/ *Daniel P. Mosteller*<br>Daniel P. Mosteller<br>Associate Deputy Attorney General<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-6026<br>Dmosteller@ncdoj.gov |
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: /s/ *Elleanor H. Chin*<br> Elleanor H. Chin<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Elleanor.Chin@doj.oregon.gov | **JENNIFER C. SELBER**<br>General Counsel<br><br>By: /s/ *Thomas P. Howell*<br>Thomas P. Howell<br> Deputy General Counsel<br>Governor's Office of General Counsel<br>30 N. 3rd Street, Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>thowell@pa.gov |

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jaime Kraybill*
Jaime Kraybill
 Assistant Attorney General
1 National Life Drive, Davis 5
Montpelier, VT 05602
(802) 828-0160
Jaime.Kraybill@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Sarah E. Smith-Levy*
Sarah E. Smith-Levy
Zane Muller
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Sarah.E.Smith-Levy@atg.wa.gov
Zane.Muller@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s Colin T. Roth*
Colin T. Roth
 Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us