UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al.,<br><br>Defendants. | C.A. No. 25-cv-00329-MRD-PAS |

**PLAINTIFF STATES' MOTION TO WITHDRAW THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff States hereby move to withdraw their Motion for Preliminary Injunction (ECF No. 2) and their request for a hearing on their Motion for Preliminary Injunction. *See* ECF No. 54.

Respectfully Submitted,

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Sarah W. Rice*
Sarah W. Rice (RI Bar No. 10465)
 Deputy Chief, Public Protection Bureau
 Assistant Attorney General
Jeff Kidd (RI Bar No. 10416)
 Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov
jkidd@riag.ri.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lee Sherman*
Michael L. Newman
 Senior Assistant Attorney General
Virginia Corrigan
Irina Trasovan
 Supervising Deputy Attorneys General
Jesse Basbaum
Elia Herrera
Emilia Morris
Lee Sherman
Joshua N. Sondheimer

1

    Deputy Attorneys General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6202
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Irina.Trasovan@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Elia.Herrera@doj.ca.gov
Emilia.Morris@doj.ca.gov
Lee.Sherman@doj.ca.gov
Joshua.Sondheimer@doj.ca.gov

**PHILIP J. WEISER**
Attorney General for the State of Colorado

*/s/ Michelle Berge*
Michelle Berge
 First Assistant Attorney General
Sarah H. Weiss
Patrick A. Withers
Joe Peters
 Senior Assistant Attorneys General
Jenna Baker
 Assistant Attorney General Fellow
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
Michelle.Berge@coag.gov
Sarah.Weiss@coag.gov
Patrick.Withers@coag.gov
Joe.Peters@co.ag.gov
Jenna.Baker@coag.gov

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ David C. Kravitz*
David C. Kravitz
 State Solicitor
Katherine B. Dirks
 Chief State Trial Counsel
Anna Lumelsky
 Deputy State Solicitor
Nathaniel J. Hyman
Vanessa A Arslanian
Katherine M. Fahey
Aaron Macris
 Assistant Attorneys General
1 Ashburton Pl.
Boston, MA  02108
(617) 963-2277
David.Kravitz@mass.gov
Katherine.Dirks@mass.gov
Anna.Lumelsky@mass.gov
Nathaniel.J.Hyman@mass.gov
Vanessa.Arslanian@mass.gov
Katherine.Fahey@mass.gov
Aaron.Macris@mass.gov

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: */s/ Luci D. Davis*<br>Luci D. Davis<br> Senior Litigation Counsel<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Luci.Davis@azag.gov<br>ACL@azag.gov | **WILLIAM TONG**<br>Attorney General for the State of Connecticut<br><br>By: */s/ Michael K. Skold*<br>Michael K. Skold<br> Solicitor General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808 5020<br>Michael.skold@ct.gov |
| **KATHLEEN JENNINGS**<br>Attorney General of Delaware<br><br>By: */s/ Vanessa L. Kassab*<br>Vanessa L. Kassab<br> Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8413<br>vanessa.kassab@delaware.gov | **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: */s/ Ricardo Mullings*<br>Ricardo Mullings<br> Assistant Attorney General<br>Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, DC 20001<br>(202) 878-9709<br>ricardo.mullings@dc.gov |
| **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day<br> Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes<br> Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov | **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: */s/ Aleeza M. Strubel*<br>Aleeza M. Strubel<br> Complex Litigation Counsel<br>Katharine Roberts<br> Assistant Attorney General<br>115 S. LaSalle St.<br>Chicago, Illinois 60603<br>(773) 914-3046<br>Aleeza.Strubel@ilag.gov<br>Katharine.Roberts@ilag.gov |

**OFFICE OF THE GOVERNOR** *ex rel.*
**ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo
 General Counsel
Taylor Payne
 Chief Deputy General Counsel
Laura C. Tipton
 Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson
 Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Brian S. Carter*
Brian S. Carter
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-7403
Brian.Carter@ag.state.mn.us
Sarah.Forster@maine.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sarah A. Forster*
Sarah A. Forster
 Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Sarah.Forster@maine.gov

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatii*
Neil Giovanatti
Brian Beach
 Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

4

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

/s/ Jessica Palmer
Jessica Palmer
Farng-Yi Foo
Mia Dohrmann
Nadya Comas
 Deputy Attorneys General
Office of the Attorney General
25 Market St.
Trenton, NJ 08625
(609) 696-4607
Jessica.Palmer@law.njoag.gov
Farng-Yi.Foo@law.njoag.gov
Mia.Dohrmann@law.njoag.gov
Nadya.Comas@law.njoag.gov

**LETITIA JAMES**
Attorney General of New York

By: /s/ Travis W. England
Travis W. England
 Deputy Chief, Civil Rights Bureau
Rabia Muqaddam
 Special Counsel for Federal Initiatives
28 Liberty St.
New York, NY 10005
(212) 416-6233
travis.england@ag.ny.gov
rabia.muqaddam@ag.ny.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: /s/ Elleanor H. Chin
 Elleanor H. Chin
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Elleanor.Chin@doj.oregon.gov

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ Mark Noferi
Mark Noferi
 Senior Litigation Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

**JEFF JACKSON**
Attorney General for the State of North Carolina

By: /s/ Daniel P. Mosteller
Daniel P. Mosteller
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
(919) 716-6026
Dmosteller@ncdoj.gov

**JENNIFER C. SELBER**
General Counsel

By: /s/ Thomas P. Howell
Thomas P. Howell
 Deputy General Counsel
Governor's Office of General Counsel
30 N. 3rd Street, Suite 200
Harrisburg, PA 17101
(717) 460-6786
thowell@pa.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jaime Kraybill*
Jaime Kraybill
 Assistant Attorney General
1 National Life Drive, Davis 5
Montpelier, VT 05602
(802) 828-0160
Jaime.Kraybill@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Sarah E. Smith-Levy*
Sarah E. Smith-Levy
Zane Muller
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Sarah.E.Smith-Levy@atg.wa.gov
Zane.Muller@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s Colin T. Roth*
Colin T. Roth
 Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us

## CERTIFICATE OF SERVICE

I, Jeff Kidd, certify that on August 5, 2025, I filed this document through the CM/ECF e-filing system with service on all counsel of record.

*/s/ Jeff Kidd*