**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF CALIFORNIA *et al.*,

Plaintiffs,

v.

LINDA MCMAHON *et al.*,

Defendants.

Civil Action No. 1:25-cv-00329
District Judge Melissa R. DuBose
Magistrate Judge Patricia A. Sullivan

**JOINT MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE SUBJECT TO THE TERMS OF THE PARTIES' STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Linda McMahon, in her official capacity as Secretary of Education; U.S. Department of Education; Russell Vought, in his official capacity as Director of the U.S. Office of Management and Budget; U.S. Office of Management and Budget; Donald J. Trump, in his official capacity as President of the United States; and the United States of America ("Defendants"); and Plaintiffs State of California, State of Colorado, Commonwealth of Massachusetts, State of Rhode Island, State of Arizona, State of Connecticut, State of Delaware, District of Columbia, State of Hawai'i, State of Illinois, Office of the Governor ex rel. Andy Beshear in his official capacity as Governor of the Commonwealth of Kentucky, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, Office of the Governor ex rel. Josh Shapiro in his official capacity as Governor of the Commonwealth of Pennsylvania, State of Vermont, State of Washington, and State of

Wisconsin ("Plaintiffs") (collectively, the "Parties") move the Court to dismiss Plaintiffs' Complaint without prejudice subject to the terms of the below stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on July 14, 2025 (ECF No. 1);

WHEREAS, Plaintiffs' Complaint alleges that Defendants' decision not to make Title I-C, Title II-A, Title III-A, Title IV-A, Title IV-B, and the Work and Adult Education and Family Literacy Act program (collectively, the "Impacted Programs") funds available to the Plaintiffs on July 1 (the "First Tranche") pending a review of the Impacted Programs is contrary to law, arbitrary and capricious, and unconstitutional;

WHEREAS, during the week of July 28, 2025, Defendants made the First Tranche of funds for the Impacted Programs (amounting to a portion of the full allotment for Federal Fiscal Year 2025-26 (FY 2025-26)) available to Plaintiffs through issuance of Grant Award Notices (GANs);

WHEREAS, Plaintiffs contend that Defendants are required by law to make a second tranche of funds for the Impacted Programs (amounting to the balance of the full allotment for FY 2025-26) available to the Plaintiffs on October 1, 2025 (the "Second Tranche");

WHEREAS, Defendants do not concede that any of Plaintiffs' claims are meritorious, but nevertheless intend to make the Second Tranche of funds available on or about October 1, 2025, but no later than October 3, 2025;

WHEREAS, Plaintiffs have agreed to dismiss the Complaint without prejudice subject to Defendants' stipulation that Defendants will make the Second Tranche of funds for the Impacted Programs available to the Plaintiffs on or about October 1, 2025, but no later than October 3, 2025;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. Defendants agree to make the Second Tranche of funds for the Impacted Programs

available to the Plaintiffs through issuance of GANs on or about October 1, 2025, but no later than October 3, 2025, for the Impacted Programs without any new conditions or restrictions beyond those specified in the First Tranche GANs;

2. On the basis of Defendants' representations in this stipulation, the Parties agree that the Complaint shall be dismissed without prejudice;
3. This stipulation applies only to FY 2025-26 funds for the Impacted Programs described in the Complaint;
4. All parties will bear their own fees and costs; and
5. The Court retains jurisdiction to enforce the terms of the stipulation, until such time as all funds of the Second Tranche have been made available to the Plaintiffs in keeping with the above recitals.

Accordingly, the Parties respectfully request that the Court dismiss the Complaint without prejudice subject to terms of the above stipulation.

Dated: August 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

*<u>/s/ Cesar Azrak</u>*
Cesar Azrak
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for the United States*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Sarah W. Rice*
Sarah W. Rice (RI Bar No. 10465)
Deputy Chief, Public Protection Bureau
Assistant Attorney General
Jeff Kidd (RI Bar No. 10416)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov
jkidd@riag.ri.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lee I. Sherman*
Michael L. Newman
Senior Assistant Attorney General
Virginia Corrigan
Irina Trasovan
Supervising Deputy Attorneys General
Jesse Basbaum
Elia Herrera
Emilia P.E. Morris
Lee I. Sherman
Joshua N. Sondheimer
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6202
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Irina.Trasovan@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Elia.Herrera@doj.ca.gov
Emilia.Morris@doj.ca.gov
Lee.Sherman@doj.ca.gov
Joshua.Sondheimer@doj.ca.gov

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Michelle Berge*
Michelle Berge
First Assistant Attorney General
Sarah H. Weiss
Patrick A. Withers
Joe Peters
Senior Assistant Attorneys General
Jenna Baker
Assistant Attorney General Fellow
Colorado Department of Law

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ David C. Kravitz*
David C. Kravitz
State Solicitor
Katherine B. Dirks
Chief State Trial Counsel
Anna Lumelsky
Deputy State Solicitor
Nathaniel J. Hyman
Vanessa A Arslanian

Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
Michelle.Berge@coag.gov
Sarah.Weiss@coag.gov
Patrick.Withers@coag.gov
Joe.Peters@co.ag.gov
Jenna.Baker@coag.gov

Katherine M. Fahey
Aaron Macris
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
David.Kravitz@mass.gov
Katherine.Dirks@mass.gov
Anna.Lumelsky@mass.gov
Nathaniel.J.Hyman@mass.gov
Vanessa.Arslanian@mass.gov
Katherine.Fahey@mass.gov
Aaron.Macris@mass.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Luci D. Davis*
Luci D. Davis
Senior Litigation Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Luci.Davis@azag.gov
ACL@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808 5020
Michael.skold@ct.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Ricardo Mullings*
Ricardo Mullings
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 878-9709
ricardo.mullings@dc.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ David D. Day
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ Aleeza M. Strubel
Aleeza M. Strubel
Complex Litigation Counsel
Katharine Roberts
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Katharine.Roberts@ilag.gov

**OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: /s/ S. Travis May
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Sarah A. Forster
Sarah A. Forster
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Sarah.Forster@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
Brian Beach
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Brian S. Carter*
Brian S. Carter
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-7403
Brian.Carter@ag.state.mn.us
Sarah.Forster@maine.gov

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Jessica Palmer*
Jessica Palmer
Farng-Yi Foo
Mia Dohrmann
Nadya Comas
Deputy Attorneys General
Office of the Attorney General
25 Market St.
Trenton, NJ 08625
(609) 696-4607
Jessica.Palmer@law.njoag.gov
Farng-Yi.Foo@law.njoag.gov
Mia.Dohrmann@law.njoag.gov
Nadya.Comas@law.njoag.gov

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi
Senior Litigation Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

**LETITIA JAMES**
Attorney General of New York

By: */s/ Travis W. England*
Travis W. England
Deputy Chief, Civil Rights Bureau
Rabia Muqaddam
Chief Counsel for Federal Initiatives
28 Liberty St.
New York, NY 10005
(212) 416-6233
travis.england@ag.ny.gov
rabia.muqaddam@ag.ny.gov

**JEFF JACKSON**
Attorney General for the State of North Carolina

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
(919) 716-6026
Dmosteller@ncdoj.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Elleanor.Chin@doj.oregon.gov

**JENNIFER C. SELBER**
General Counsel

By: */s/ Thomas P. Howell*
Thomas P. Howell
Deputy General Counsel
Governor's Office of General Counsel
30 N. 3rd Street, Suite 200
Harrisburg, PA 17101
(717) 460-6786
thowell@pa.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jaime Kraybill*
Jaime Kraybill
Assistant Attorney General
1 National Life Drive, Davis 5
Montpelier, VT 05602
(802) 828-0160
Jaime.Kraybill@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Sarah E. Smith-Levy*
Sarah E. Smith-Levy
Zane Muller
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Sarah.E.Smith-Levy@atg.wa.gov
Zane.Muller@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s *Colin T. Roth*
Colin T. Roth
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us